FILED

KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

2013 AUG 15 PM 3:34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

Attorneys for Plaintiffs PHARRELL
WILLIAMS, ROBIN THICKE and
CLIFFORD HARRIS, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,

Plaintiffs,

vs.

BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. CV13-06004-JAK (AGRx)

**COMPLAINT FOR DECLARATORY RELIEF**

Plaintiffs Pharrell Williams, Robin Thicke, and Clifford Harris, Jr. (collectively, "plaintiffs") allege as follows:

**INTRODUCTION**

1. Plaintiffs, who have the utmost respect for and admiration of Marvin Gaye, Funkadelic and their musical legacies, reluctantly file this action in the face of multiple adverse claims from alleged successors in interest to those artists. Defendants continue to insist that plaintiffs' massively successful composition,

4112.003/676962.2

"Blurred Lines," copies "their" compositions. In the case of the Marvin Gaye-related defendants (the "Gaye defendants"), it's a song called "Got To Give It Up." For the owner of Funkadelic's songs, Bridgeport Music, Inc. ("Bridgeport"), it's a song called "Sexy Ways." But there are no similarities between plaintiffs' composition and those the claimants allege they own, other than commonplace musical elements. Plaintiffs created a hit and did it without copying anyone else's composition.

2. The basis of the Gaye defendants' claims is that "Blurred Lines" and "Got To Give It Up" "feel" or "sound" the same. Being reminiscent of a "sound" is not copyright infringement. The intent in producing "Blurred Lines" was to evoke an era. In reality, the Gaye defendants are claiming ownership of an entire genre, as opposed to a specific work, and Bridgeport is claiming the same work.

3. The reality is that the songs themselves are starkly different. Since that is the salient factor in a claim for copyright infringement, in the face of the threats of defendants to commence lawsuits, plaintiffs must seek declaratory relief from this Court that confirms plaintiffs' unfettered right to exploit "Blurred Lines" free of defendants' claims.

## JURISDICTION AND VENUE

4. This action is brought, and this Court has subject matter jurisdiction, pursuant to 28 U.S.C. Sections 1331, 1338 and 2201. This Court has federal question jurisdiction in this matter in that plaintiffs seek a declaration of rights under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*.

5. Venue lies within this Court pursuant to 28 U.S.C. Sections 1391(b)(2)-(3), (c), (d) and 1400(a) in that defendants Frankie Christian Gaye and Marvin Gaye III are domiciled and reside for venue purposes and are subject to personal jurisdiction in this district; that, on information and belief, defendant Nona Marvisa Gaye is a part-time resident of this district; and that she and defendant Bridgeport Music, Inc. ("Bridgeport") regularly and systematically conduct business

in this district and, therefore, are subject to personal jurisdiction in this district.

## THE PARTIES

6. Plaintiffs are the composers of the multinational hit song "Blurred Lines," which was released in or about March 2013. "Blurred Lines" has garnered more than 140 *million* views on YouTube.com.

7. On information and belief, Bridgeport is and at all times material herein has been a corporation organized and existing under the laws of the State of Michigan and is in the business of acquiring and exploiting copyright interests in musical compositions, and in the business of trolling for opportunities to threaten to sue and to sue musicians, performers, producers and others in the music industry for infringement of its copyrights. Bridgeport regularly and systematically does business in the state of California by, among other things, negotiating and granting licenses to use the songs in which it has a copyright interest to licensees in California and resorting to the California courts. Bridgeport has claimed an ownership interest in the copyright to the composition "Sexy Ways" written by George Clinton and Grace Cook.

8. On information and belief, defendant Frankie Christian Gaye is and at all times material herein has been an individual residing in Los Angeles County, California.

9. On information and belief, defendant Marvin Gaye III is and at all times material herein has been an individual residing in Los Angeles County, California.

10. On information and belief, defendant Nona Marvisa Gaye is and at all times material herein has been an individual residing in Los Angeles County California and the State of Rhode Island, who regularly conducts business as an entertainer in the County of Los Angeles, California. Defendants Frankie Christian Gaye, Marvin Gaye III and Mona Marvisa Gaye are referred to collectively hereinafter as "the Gayes."

11. Plaintiffs are informed and believe that the Gayes claim an ownership interest in the composition "Got To Give It Up" by Marvin Gaye.

12. Defendant Does 1 through 10, inclusive, are sued herein under fictitious names. Their true names and capacities are unknown to plaintiffs. When their true names and capacities are ascertained, plaintiffs will amend this complaint by inserting their true names and capacities herein.

13. On information and belief at all times material herein each of the defendants was the agent and employee of some or all of the other defendants, and in doing the things hereinafter alleged, was acting within the course and scope of such agency and employment.

## CLAIM FOR DECLARATORY RELIEF

14. Plaintiffs are informed and believe that Bridgeport owns some or all of the copyright in the composition "Sexy Ways" and that Bridgeport alleges that plaintiffs have infringed that composition by including elements of it in "Blurred Lines" without Bridgeport's knowledge or consent. Representatives of Bridgeport have recently notified plaintiffs that, if plaintiffs do not pay a monetary settlement of Bridgeport's claim, Bridgeport intends to initiate litigation for copyright infringement against plaintiffs and others.

15. Plaintiffs did not incorporate or otherwise use the composition "Sexy Ways" in "Blurred Lines." Plaintiffs did not infringe any copyright in "Sexy Ways."

16. Plaintiffs are informed and believe that the Gayes claim that they own and have standing to pursue claims for infringement of the copyright in the composition "Got To Give It Up" by Marvin Gaye, and that plaintiffs have infringed that composition by including elements of it in "Blurred Lines" without the Gaye's knowledge or consent. Representatives of the Gayes have recently notified plaintiffs that, if plaintiffs do not pay a monetary settlement of the Gayes' claim, the Gayes intend to initiate litigation for copyright infringement against plaintiffs and

others.

17. Plaintiffs did not incorporate or otherwise use the composition "Got To Give It Up" in "Blurred Lines." Plaintiffs did not infringe any copyright in "Got To Give It Up."

18. There is an actual and justiciable controversy between plaintiffs and Bridgeport in that Bridgeport claims that "Blurred Lines" infringes "Sexy Ways," and that the exploitation of "Blurred Lines" violates Bridgeport's rights as herein alleged. Conversely, plaintiffs deny Bridgeport's claims and contend that "Blurred Lines" does not infringe "Sexy Ways."

19. There also is an actual and justiciable controversy between plaintiffs and the Gayes in that the Gayes claim that they have an ownership interest in the composition "Got To Give It Up" and standing to pursue claims of infringement of that composition; that the Gayes claim that "Blurred Lines" infringes "Got To Give It Up;" and that the exploitation of "Blurred Lines" violates the Gaye's alleged rights, as herein alleged.

20. Plaintiffs did not incorporate or otherwise use the composition "Got To Give It Up" in "Blurred Lines." Plaintiffs did not infringe any copyright in "Got To Give It Up."

21. A judicial declaration of the parties' respective rights and obligations with respect to "Blurred Lines" is necessary and appropriate.

22. Plaintiffs seek a judgment declaring the parties' respective rights with regard to "Blurred Lines," including a declaration that (a) "Blurred Lines" does not infringe "Sexy Ways" or otherwise violate Bridgeport's rights; (b) the Gayes do not have an interest in the copyright to the composition "Got To Give It Up" sufficient to confer standing on them to pursue claims of infringement of that composition; or alternatively (c) that "Blurred Lines" does not infringe "Got To Give It Up" or otherwise violate the Gayes' rights.

///

1  WHEREFORE, plaintiffs respectfully request judgment against defendant as
2  follows:
3      1.  A declaration that (a) "Blurred Lines" does not infringe "Sexy Ways"
4  or otherwise violate Bridgeport's rights; (b) the Gayes do not have an interest in the
5  copyright to the composition "Got To Give It Up" sufficient to confer standing on
6  them to pursue claims of infringement of that composition; or alternatively (c) that
7  "Blurred Lines" does not infringe "Got To Give It Up" or otherwise violate the
8  Gayes' rights;
9      2.  For costs and attorney fees incurred herein; and
10     3.  For such other and further relief as the court deems just and proper.

DATED: August 15, 2013        KING, HOLMES, PATERNO & BERLINER, LLP

By: _____
       HOWARD E. KING
       STEPHEN D. ROTHSCHILD
Attorneys for Plaintiffs PHARRELL WILLIAMS,
ROBIN THICKE and CLIFFORD HARRIS, JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge ___John A. Kronstadt___ and the assigned Magistrate Judge is ___Alicia G. Rosenberg___ .

The case number on all documents filed with the Court should read as follows:

### 2:13-CV-6004-JAK (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

August 15, 2013                             By   MDAVIS
Date                                             Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☑ Western Division | ☐ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)               NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

| Name & Address: |
|---|
| Howard E. King, Esq. -SBN 077012<br>Stephen D. Rothschild, Esq. -SBN 132514<br>KING, HOLMES, PATERNO & BERLINER, LLP<br>1900 Avenue of the Stars, 25th Floor<br>Los Angeles, California 90067-4506 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., AN INDIVIDUAL<br>PLAINTIFF(S)<br>v.<br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br>DEFENDANT(S). | CASE NUMBER<br><br>CV13-06004 JAK(AGRx)<br><br>**SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [X] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Howard E. King, Esq._, whose address is _1900 Avenue of the Stars, 25th Floor, Los Angeles, CA 90067_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __AUG 1 5 2013__    By: __MARILYN DAVIS__
                                Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                    SUMMONS                    4112.060
                                                              CCD-1A

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GARY III, an individual; NONA MARVISA GAYE, an individual

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Howard E. King, Esq.
KING, HOLMES, PATERNO & BERLINER, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, California 90067-4506
(310) 282-8989

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Section 2201, Declaratory Relief re Copyright Claim

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities- Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:   Case Number:   **CV13-06004**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)   CIVIL COVER SHEET   4112.060   Page 1 of 2
CCD-CV71

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?  [x] NO  [ ] YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?  [x] NO  [ ] YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- [ ] A. Arise from the same or closely related transactions, happenings, or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE**: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Robin Thicke - Los Angeles County | Pharrell Williams - Florida<br>Clifford Harris, Jr. - Georgia |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Frankie Christian Gaye - Los Angeles<br>Marvin Gaye III - Los Angeles<br>Nona Marvisa Gaye - Los Angeles | Bridgeport Music, Inc. - Michigan |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT): _____  DATE: August 15, 2013
Howard E. King

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |