# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARRELLL WILLIAMS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>BRIDGEPORT MUSIC INC, et al.<br><br>Defendant(s). | Case No:<br>2:13−cv−06004−JAK−AGR<br><br><br>**ORDER RE PILOT PROGRAM**<br>**FOR UNDER SEAL DOCUMENTS** |

This Court is participating in a pilot program with respect to the submission of all under seal documents. Such documents shall be presented to the Court as follows:

**I.  FOR REQUESTS TO SEAL DOCUMENTS ONLY, NOT THE APPLICATION AND ORDER:**

1. Electronically file the application to seal and the declaration giving notice or proof of service.

2. Attach a proposed order to the electronically filed application (standard procedure for filing application with a proposed order).

3. Indicate which of the three following actions will be taken if the application is denied:

      a.    Counsel will file the document(s) in their entirety for public view and consideration by the Court;

      b.    Counsel will contact the Courtroom Deputy Clerk to pick up the chambers' cop(ies) of the document(s) within 24 hours; or

      c.    Counsel will request that the Courtroom Deputy Clerk destroy the chambers' cop(ies) of the document(s).

Note: If counsel opt for (b) above and do not contact the Courtroom Deputy Clerk within 24 hours, the documents will be destroyed.

4. After electronically filing the application and proof of service, send an e-mail to JAK_Chambers@cacd.uscourts.gov with an attachment containing: (i) an Adobe PDF version of the application to seal and declaration giving notice or a proof of service; (ii) a Word or WP version of the proposed order (including the proposed action to be taken if the application is denied (see 3., above)); and (iii) an Adobe PDF of the document(s) to be filed under seal with a caption page clearly marked "UNDER SEAL." The subject line of the e-mail should include: (a) the case number; (b) name of the represented party; and (c) the words "UNDER SEAL REQUEST." If the size of the email requires a second email that is a continuation of the under seal document(s), the subject line shall also include "Part 1 or "Part 2," etc.

5. A <u>non-blue backed</u>, tabbed (if appropriate) mandatory paper chambers' copy of the document(s) listed above (together in one envelope) must be delivered to Judge Kronstadt's courtesy box, outside of Room 181-L, 255 E. Temple St., Los Angeles, California by noon on the day after submission. The envelope shall include the words "COURTESY COPIES FOR UNDER SEAL REQUEST."

II. **FOR REQUESTS TO SEAL THE APPLICATION, ORDER AND DOCUMENT(S):**

1. Electronically file a NOTICE OF MANUAL FILING indicating that the following have been submitted to the Court: (1) an application to seal; (2) a declaration giving notice or a proof of service; (3) a proposed order; and (4) the documents to be placed under seal.

2. Send an email to the chambers' email at JAK_Chambers@cacd.uscourts.gov with an attachment containing (i) an Adobe PDF version of the application to seal and declaration giving notice or a proof of service; (ii) a Word or WP version of the proposed order (including the proposed action to be taken if the application is denied); and (iii) an Adobe PDF of the document(s) to be filed under seal with a caption page, clearly marked "UNDER SEAL." The subject line of the e–mail should include: (a) the case number; (b) the name of the represented party; and (c) the words "UNDER SEAL REQUEST". If the size of the email requires a second email that is a continuation of the under seal document(s), the subject line also include "Part 1" or "Part 2," etc.

3. A <u>non–blue backed</u>, tabbed (if appropriate) mandatory paper chambers copy of the documents listed above (all in one envelope) must be delivered to Judge Kronstadt's courtesy box, outside of Room 181–L, 255 E. Temple St., Los Angeles, California by noon on the day after submission. The envelope shall include the words "COURTESY COPIES FOR UNDER SEAL REQUEST."

III. **OTHER IMPORTANT INFORMATION REGARDING APPLICATIONS TO FILE UNDER SEAL:**

1. All applications must provide the reason(s) why the parties' interest

in maintaining the confidentiality of the document(s) outweighs the public's right of access to materials submitted in connection with a judicial proceeding.

2. All applications must identify which portions of the documents to be under seal are confidential.

3. If a party submits an application to file under seal soley because such materials have been designated as confidential by one or more parties pursuant to a protective order, **the application will be denied** unless the Court receives within 48 hours from the notice of filing a document providing (1) the reasons the document should be filed under seal; and (2) the portions within the document that are confidential. This document shall be entitled: "ADDENDUM TO APPLICATION TO FILE UNDER SEAL PURSUANT TO PROTECTIVE ORDER".

4. The title of the pleading will be placed on the public docket entry. For example: "Declaration of John Doe, Exhibit A." If approved, the document itself will be sealed and not viewable by the public, but the entry (title) will be indicated in the docket entry, which may be viewed by the public.

5. Counsel shall adhere to L.R. 5–4.3.1 with respect to the size of the PDF and, prior to submitting any document(s) to the Court for consideration, shall review each such document to confirm that none is presented with any missing pages.

6. All PDF documents shall be searchable.

7. Exhibits can either be attached to the document to which it refers or submitted as a separate Adobe PDF. Any separate filing shall contain a title page pursuant to L.R. 11–3.8, which shall indicate the exhibits attached thereto, e.g., "Exhibits 1–10 to Defendant's Motion for Dismiss".

8. Proposed orders granting or denying a motion are not required.

**IT IS SO ORDERED.**

DATED: August 23, 2013

_____
John A. Kronstadt
United States District Judge