| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PAUL H. DUVALL, ESQ.<br>KING & BALLOW<br>6540 LUSK BLVD.<br>SUITE 250<br>SAN DIEGO, CA 92121<br>Telephone No: 858-597-6000    FAX No: 858-597-6008 | | |

*Ref. No. or File No.:*

*Attorney for:* Defendant

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court For The Central District Of California, Western Division

*Plaintiff:* PHARRELL WILLIAMS, ET AL

*Defendant:* BRIDGEPORT MUSIC, INC., ET AL

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| | | | | CV13-06004-JAK (AGRX) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Defendants Frankie Christian Gaye's And Nona Marvisa Gaye's And Nona Marvisa Gaye's Answer And Affirmative Defenses To Complaint; Defendants' Frankie Christian Gaye And Nona Marvisa Gay Counterclaims; Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright; Order Setting Rule 16(B) Scheduling Conference; Certification And Notice Of Interested Parties; Amended Proof Of Service By Mail Of Defendants Frankie Christian Gaye And Nona Marvisa Gaye Counterclaims; Summons; Complaint; Summons In A Civil Action; Notice Of Assignment To United States Judges; Civil Cover Sheet; Certification As To Interested Parties; Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright; Notice To Parties Of Court-Directed Adr Program; Initial Standing Order For Cases Assigned To Judge John A. Kronstadt; Order Re Pilot Program For Under Seal Documents.

3. *a. Party served:*        PAULA MAXINE PATTON, AN INDIVIDUAL DBA HADDINGTON MUSIC
   *b. Person served:*      DINA WEBB, ASSISTANT, AUTHORIZED TO ACCEPT

4. *Address where the party was served:*    1900 AVENUE OF THE STARS
   25TH FLOOR
   LOS ANGELES, CA 90067

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Nov. 08, 2013 (2) at: 3:35PM

7. ***Person Who Served Papers:***                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CRISTIAN E. LOPEZ                          d. *The Fee for Service was:* $707.74
   b. **FIRST LEGAL INVESTIGATIONS**      e. I am: (3) registered California process server
   2112 N. MAIN STREET, SUITE 220                (i)  Independent Contractor
   SANTA ANA, CA 92706                             (ii)  *Registration No.:*   2549
   c. (714) 550-1375                                      (iii) *County:*            Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Nov. 13, 2013*