# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an Individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE # CV13-06004-JAK (AGRx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE CURRENTLY SET FOR DECEMBER 2, 2013**<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable John A. Kronstadt<br>Magistrate Alicia G. Rosenberg<br><br>Complaint Filed: August 15, 2013<br>Trial Date: Not Set |

| | |
|---|---|
| 1 | FRANKIE CHRISTIAN GAYE, an individual; NONA MARVISA GAYE, an individual; |
| 2 | |
| 3 | |
| 4 | Counter-Claimants, |
| 5 | vs. |
| 6 | |
| 7 | PHARRELL WILLIAMS, an individual; MORE WATER FROM NAZARETH PUBLISHING, INC., ROBIN THICKE, an individual d/b/a I LIKE 'EM THICKE MUSIC; and CLIFFORD HARRIS, JR., an individual p/k/a T.I., |
| 8 | |
| 9 | |
| 10 | |
| 11 | Counter-Defendants. |
| 12 | |
| 13 | FRANKIE CHRISTIAN GAYE, an individual; NONA MARVISA GAYE, an individual; |
| 14 | |
| 15 | |
| 16 | Third-Party Plaintiffs, |
| 17 | vs. |
| 18 | |
| 19 | ROBIN ALAN THICKE, an individual d/b/a I LIKE 'EM THICK MUSIC; PAULA MAXINE PATTON, an individual d/b/a HADDINGTON MUSIC; STAR TRAK ENTERTAINMENT; GEFFEN RECORDS; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; UNIVERSAL MUSIC DISTRIBUTION; SONY/ATV MUSIC PUBLISHING ACQUISITION, INC.; EMI APRIL, INC.; JOBETE MUSIC CO., INC. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | Third-Party Defendants. |
| 28 | |

ORDER

**WHEREAS** the parties have stipulated to the following:

1.  Pursuant to its October 30, 2013, Order Setting Rule 16(b) Scheduling Conference (the "Order"), the Court has set the scheduling conference in this matter for December 2, 2013 (the "Conference").

2.  Pursuant to their obligations under the Order, the parties to this action promptly conferred on the subject matters set forth in the Order and in Rules 16 and 26 of the Federal Rules of Civil Procedure ("FRCP") on November 8, 2013.  The parties, therefore, complied with their obligation to confer under the Order and request this continuance due to the reasons set forth herein.

3.  During the Conference, the parties agreed it would be most efficient to continue the December 2, 2013, scheduling conference to December 16, 2013, if the Court is then available, or as soon thereafter as the Court is available.

4.  The parties agree the requested continuance is warranted for the following reasons:

    a.  Not all parties will have appeared by December 2, 2013;

    b.  Counsel for many of the parties have scheduling conflicts with the currently set December 2, 2013, date; and

    c.  December 2 is the Monday following Thanksgiving holiday which is one of the most difficult weekends on which to travel and there are counsel from out of town whose presence is required at the scheduling conference.

5. Counsel for those parties who have yet to appear and, therefore, cannot sign this stipulation, acknowledge that they have been consulted about, and agree with, the content of this stipulation. Said counsel are also available for the proposed December 16, 2013, scheduling conference date.

**NOW, THEREFORE**, the Court orders as follows:

1. The currently set scheduling conference of December 2, 2013 is continued to December 16, 2013 at 1:30 p.m.; and

2. The parties' joint report shall be filed no later than December 6, 2013.

IT IS SO ORDERED.

DATE: November 20, 2013

_____
HONORABLE JOHN A. KRONSTADT