# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV13-06004 JAK (AGRx) | Date | December 16, 2013 |
| Title | Pharrell Williams, et al. v. Bridgeport Music, Inc., et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Howard E. King | Richard S. Busch<br>Paul N. Philips<br>Michael Niborski |

**Proceedings:**   **SCHEDULING CONFERENCE**

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' December 6, 2013 Joint Report and sets the following deadlines:

| | |
|---|---|
| January 10, 2014: | Last day to amend or add parties |
| March 31, 2014: | Last day to participate in a settlement conference/mediation |
| Not Set: | Post Mediation Status Conference |
| July 31, 2014: | Non-Expert Discovery Cut-Off |
| August 8, 2014: | Initial Expert Disclosures |
| August 22, 2014: | Rebuttal Expert Disclosures |
| September 12, 2014: | Expert Discovery Cut-Off |
| September 15, 2014: | Last day to hear motions |
| November 3, 2014 at 3:00 p.m.: | Final Pretrial Conference / Motions in Limine |
| November 14, 2014 at 3:00 p.m.: | Status Conference re Exhibits |
| November 18, 2014 at 9:00 a.m.: | Jury Trial (est. 3 weeks) |

The Court does not estimate the trial at 3 weeks but will confer further with counsel at the Final Pretrial Conference.

The Court grants the parties' request to participate in a settlement conference/mediation with a private

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-06004 JAK (AGRx) | Date | December 16, 2013 |
| Title | Pharrell Williams, et al. v. Bridgeport Music, Inc., et al. | | |

neutral. The parties are ordered to have a representative with authority to make final decisions as to this matter, present at the settlement conference/mediation. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. The Court does not set a Post Mediation Status Conference to follow up on the parties' settlement efforts but directs counsel to file either a notice of settlement or a joint report within 10 days after the completion of mediation. The joint report shall address the status of settlement and whether a second session would be productive but shall not disclose the substantive contents of any settlement communications between the parties.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference.

**IT IS SO ORDERED.**

|  | : | 20 |
|---|---|---|
| Initials of Preparer | ak | |