| | |
|---|---|
| 1 | KING, HOLMES, PATERNO & BERLINER, LLP<br>HOWARD E. KING, ESQ., STATE BAR NO. 77012 |
| 2 | STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514<br>ROTHSCHILD@KHPBLAW.COM |
| 3 | SETH MILLER, ESQ., STATE BAR NO. 175130<br>MILLER@KHPBLAW.COM |
| 4 | 1900 AVENUE OF THE STARS, 25TH FLOOR<br>LOS ANGELES, CALIFORNIA 90067-4506 |
| 5 | TELEPHONE: (310) 282-8989<br>FACSIMILE:  (310) 282-8903 |
| 6 | |
| 7 | Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD |
| 8 | HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH |
| 9 | PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a |
| 10 | HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN |
| 11 | RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and |
| 12 | UNIVERSAL MUSIC DISTRIBUTION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFFS ROBIN THICKE, PHARRELL WILLIAMS AND CLIFFORD HARRIS TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO FIRST SET OF DEMANDS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANTS AND COUNTER-CLAIMANTS NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE**<br><br>[DISCOVERY MATTER]<br>Date:  July 8, 2014<br>Time:  10:00 a.m.<br>Ctrm:  B, Hon. Alicia G. Rosenberg<br><br>Action Commenced: August 15, 2013<br>Trial Date: November 18, 2014<br>Pretrial Conference: November 3, 2014<br>Discovery Cut-Offs:<br>   Non-Expert: July 31, 2014<br>   Expert: September 12, 2014 |

4112.060/770871.1

TO THE COURT AND TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on **Tuesday, July 8, 2014**, at **10:00 a.m.**, or as soon thereafter as the matter may be heard before the Honorable Alicia G. Rosenberg in Courtroom No. B, 8th Floor, of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012, Plaintiffs and Counter-Defendants Robin Thicke, Pharrell Williams, and Clifford Harris ("Plaintiffs") will and hereby do move for an order compelling Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye ("Defendants") to produce all documents responsive to Demands for Production Nos. 5 and 15-19 set forth in Plaintiffs and Counter-Defendants Robin Thicke, Pharrell Williams, and Clifford Harris' First Set of Demands for Production of Documents to Defendants and Counter-Claimants Nona Marvisa Gaye and Frankie Christian Gaye within five (5) Court days of the ruling on this Motion.

This Motion is brought on the grounds that Defendants have failed to produce their documents responsive to Demands Nos. 5 and 15-19 and have objected and have withheld all of their responsive documents on grounds of alleged privilege, which objections and assertions of privilege are groundless and lack merit, and therefore the Court should compel production of all of the responsive documents.

Good cause exists to grant the Motion in that Demands Nos. 5 and 15-19 seek information directly relevant to the issues raised in the pleadings in this action.

Counsel for the parties met and conferred in person pursuant to Local Rule 37-1 on February 20, 2014, with respect to the issues in this Motion but were unable to resolve their disputes, as set forth in more detail in the Declaration of Seth Miller filed concurrently herewith.

This Motion is based on this Notice of Motion and Motion, the Joint Stipulation filed in support hereof pursuant to Local Rule 37, including the Declaration of Seth Miller and exhibits thereto attached to the Joint Stipulation, the

King, Holmes,
Paterno &
Berliner, LLP

4112.060/770871.1                                    1

1  records and files herein, and upon such oral argument and written submissions that
2  may be presented at, before, or in connection with the hearing on this Motion.
3
4  DATED: June 13, 2014            KING, HOLMES, PATERNO &
                                   BERLINER, LLP
5
6
7                                  By: _____
8                                            HOWARD E. KING
                                             SETH MILLER
9                                  Attorneys for Plaintiffs and Counter-Defendants
10                                 PHARRELL WILLIAMS, ROBIN THICKE
                                   and CLIFFORD HARRIS, JR. and Counter-
11                                 Defendants MORE WATER FROM
12                                 NAZARETH PUBLISHING, INC., PAULA
                                   MAXINE PATTON individually and d/b/a
13                                 HADDINGTON MUSIC, STAR TRAK
14                                 ENTERTAINMENT, GEFFEN RECORDS,
                                   INTERSCOPE RECORDS, UMG
15                                 RECORDINGS, INC., and UNIVERSAL
16                                 MUSIC DISTRIBUTION

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/770871.1                              2

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2014, I electronically filed the foregoing **NOTICE OF MOTION AND MOTION OF PLAINTIFFS ROBIN THICKE, PHARRELL WILLIAMS AND CLIFFORD HARRIS TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO FIRST SET OF DEMANDS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANTS AND COUNTER-CLAIMANTS NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joey S. Gossett-Evans*
Joey S. Gossett-Evans

King, Holmes,
Paterno &
Berliner, LLP

4112.060/770871.1