**EXHIBIT A**

KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiffs PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br><br>**PLAINTIFFS AND COUNTER-DEFENDANTS ROBIN THICKE, PHARRELL WILLIAMS AND CLIFFORD HARRIS' FIRST SET OF DEMANDS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS AND COUNTER-CLAIMANTS NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE** |

Pursuant to Fed.R.Civ.P. 34, plaintiffs and counter-defendants Pharrell Williams ("Williams"), Robin Thicke ("Thicke"), and Clifford Harris ("Harris") hereby demand that defendants and counter-claimants Christian Gaye and Nona Marvisa Gaye (collectively, and including anyone acting on their behalf or on behalf of either of them, "you" or "your") produce the following documents and things on

December 16, 2013 at King, Holmes, Paterno & Berliner, LLP, 1900 Avenue of the Stars, Ste. 2500, Los Angeles, California.

**DEMAND FOR PRODUCTION NO. 1:**

All "writings" and "recordings" as defined in Rule 1001 of the Federal Rules of Evidence, including, but not limited to, all electronically stored information (collectively, "writings") that you contend show that "Blurred Lines" infringes on "Got to Give It Up."

**DEMAND FOR PRODUCTION NO. 2:**

All reports and all draft reports of Judith Finell concerning "Blurred Lines."

**DEMAND FOR PRODUCTION NO. 3:**

All correspondence, including all letters, emails, memoranda, texts, and all other writings containing communications between you (including, but not limited to, your lawyers) and Judith Finell or anyone acting on her behalf concerning "Blurred Lines" and/or "Got to Give It Up."

**DEMAND FOR PRODUCTION NO. 4:**

All writings reflecting payments by you or on your behalf to Judith Finell for analysis of "Blurred Lines."

**DEMAND FOR PRODUCTION NO. 5:**

All writings that refer or relate to, or that reflect, any statement by any musicologist including, but not limited to, Lawrence Ferrara and/or any musicologist retained by defendant EMI April, Inc. ("EMI"), concerning whether "Blurred Lines" includes any element of "Got to Give It Up."

**DEMAND FOR PRODUCTION NO. 6:**

All articles, blogs, essays, letters, transcripts and other writings in which you contend that Thicke has admitted that "Got to Give It Up" was used in "Blurred Lines."

**DEMAND FOR PRODUCTION NO. 7:**

All articles, blogs, essays, letters, transcripts and other writings in which you

contend that Pharrell has admitted that "Got to Give It Up" was used in "Blurred Lines."

**DEMAND FOR PRODUCTION NO. 8:**

All articles, blogs, essays, letters, transcripts and other writings in which you contend that Harris has admitted that "Got to Give It Up" was used in "Blurred Lines."

**DEMAND FOR PRODUCTION NO. 9:**

All articles, blogs, essays, letters, transcripts and other writings in which you contend that any person or entity involved in the creation of "Blurred Lines" has admitted that "Got to Give It Up" was used in "Blurred Lines."

**DEMAND FOR PRODUCTION NO. 10:**

All writings that reflect or contain any remark of any journalist or commentator that "Blurred Lines" has significant compositional elements that are substantially similar to elements of "Got to Give It Up."

**DEMAND FOR PRODUCTION NO. 11:**

All writings that reflect or identify elements of "I Want You" in "Make U Love Me."

**DEMAND FOR PRODUCTION NO. 12:**

All writings that reflect elements of "After the Dance" in "Love After War."

**DEMAND FOR PRODUCTION NO. 13:**

All writings that you contend support your claim that defendants Thicke and Patton copied elements of "After the Dance" music in "Love After War."

**DEMAND FOR PRODUCTION NO. 14:**

All writings that you contend show that any ordinary observer would immediately recognize "Love After War" as a copy of "After the Dance."

**DEMAND FOR PRODUCTION NO. 15:**

All letters, emails, and other writings exchanged between you and EMI that refer or relate to whether "Blurred Lines" infringes "Got to Give It Up," including,

but not limited to, all letters, emails, reports, draft reports, agreements, demands, responses, and all other writings.

**DEMAND FOR PRODUCTION NO. 16:**

All letters, emails and other writings between you and any person at EMI that refer or relate to "Blurred Lines."

**DEMAND FOR PRODUCTION NO. 17:**

All writings that reflect that anyone at EMI communicated that your claim that "Blurred Lines" infringes "Got to Give It Up" is viable.

**DEMAND FOR PRODUCTION NO. 18:**

All writings that refer or relate to, or that reflect, any advice from EMI that it heard and understood the similarities between "Got to Give It Up" and "Blurred Lines."

**DEMAND FOR PRODUCTION NO. 19:**

The "renowned musicologist's report" alleged in paragraph 10 of your counterclaims.

**DEMAND FOR PRODUCTION NO. 20:**

Any and all agreements between you and EMI or any entity affiliated with EMI that were in effect at any time during 2013 including, but not limited to, all amendments, modifications, addenda and exhibits to all such agreements.

**DEMAND FOR PRODUCTION NO. 21:**

The Administration Agreement between EMI and the Gaye family alleged in paragraph 24 of your counterclaims.

**DEMAND FOR PRODUCTION NO. 22:**

The Modification Agreement alleged in paragraphs 24 and 25 of your counterclaims.

**DEMAND FOR PRODUCTION NO. 23:**

All writings that you contend support the allegation in paragraph 4 of your counterclaims that Thicke was "involved with the unlawful copying, sale, public

performing, licensing, and distribution of 'Blurred Lines'."

**DEMAND FOR PRODUCTION NO. 24:**

All writings that you contend support the allegation in paragraph 4 of your counterclaims that Pharrell was "involved with the unlawful copying, sale, public performing, licensing, and distribution of 'Blurred Lines'."

**DEMAND FOR PRODUCTION NO. 25:**

All writings that you contend support the allegation in paragraph 4 of your counterclaims that More Water from Nazareth Publishing, Inc. was "involved with the unlawful copying, sale, public performing, licensing, and distribution of 'Blurred Lines'."

**DEMAND FOR PRODUCTION NO. 26:**

All writings that you contend support the allegation in paragraph 4 of your counterclaims that Thicke was "involved with the unlawful copying, sale, public performing, licensing, and distribution of 'Blurred Lines'."

**DEMAND FOR PRODUCTION NO. 27:**

All writings that you contend support the allegation in paragraph 4 of your counterclaims that Harris was "involved with the unlawful copying, sale, public performing, licensing, and distribution of 'Blurred Lines'."

**DEMAND FOR PRODUCTION NO. 28:**

All writings that you contend support the allegation in paragraph 4 of your counterclaims that Star Trak Entertainment was "involved with the unlawful copying, sale, public performing, licensing, and distribution of 'Blurred Lines'."

**DEMAND FOR PRODUCTION NO. 29:**

All writings that you contend support the allegation in paragraph 4 of your counterclaims that Interscope Records was "involved with the unlawful copying, sale, public performing, licensing, and distribution of 'Blurred Lines'."

**DEMAND FOR PRODUCTION NO. 30:**

All writings that you contend support the allegation in paragraph 4 of your

counterclaims that UMG Recordings, Inc. was "involved with the unlawful copying, sale, public performing, licensing, and distribution of 'Blurred Lines'."

**DEMAND FOR PRODUCTION NO. 31:**

All writings that you contend support the allegation in paragraph 4 of your counterclaims that Universal Music Distribution was "involved with the unlawful copying, sale, public performing, licensing, and distribution of 'Blurred Lines'."

**DEMAND FOR PRODUCTION NO. 32:**

All copyright registrations of "Got to Give It Up."

**DEMAND FOR PRODUCTION NO. 33:**

All copyright registrations of "I Want You."

**DEMAND FOR PRODUCTION NO. 34:**

All copyright registrations of "After the Dance."

**DEMAND FOR PRODUCTION NO. 35:**

All appraisals of "Got to Give It Up" created during the period from January 1, 2003 to the present.

**DEMAND FOR PRODUCTION NO. 36:**

All agreements pursuant to which you granted any license or other right to broadcast, perform, interpolate, or otherwise exploit or use "Got to Give It Up" in any way from January 1, 2003 to the present.

**DEMAND FOR PRODUCTION NO. 37:**

All agreements pursuant to which you granted any license or other right to broadcast, perform, interpolate, or otherwise exploit or use "After the Dance" in any way from January 1, 2003 to the present.

**DEMAND FOR PRODUCTION NO. 38:**

All writings that you contend evidence the value of "Got to Give It Up" in 2013 prior to the release of "Blurred Lines."

///

///

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/713003.1

**DEMAND FOR PRODUCTION NO. 39:**

All writings that you contend evidence any "ordinary observer" who has recognized substantial similarities between "Got to Give It Up" and "Blurred Lines."

DATED: November 13, 2013

KING, HOLMES, PATERNO & BERLINER, LLP

By: /s/ Stephen D. Rothschild
STEPHEN D. ROTHSCHILD
Attorneys for Plaintiffs PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR.

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/713003.1

7

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, Twenty-Fifth Floor, Los Angeles, CA 90067-4506.

On November 13, 2013, I served true copies of the following document(s) described as **PLAINTIFFS AND COUNTER-DEFENDANTS ROBIN THICKE, PHARRELL WILLIAMS AND CLIFFORD HARRIS' FIRST SET OF DEMANDS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS AND COUNTER-CLAIMANTS NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with King, Holmes, Paterno & Berliner, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2013, at Los Angeles, California.

Jennifer Mobarez

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/713003.1

**SERVICE LIST**
**Williams, Pharrell, et al. v. Bridgeport Music, Inc., et al.**
**2:13-cv-06004-JAK (AGRx)**

| | |
|---|---|
| Richard S. Busch, Esq.<br>KING & BALLOW<br>315 Union Street, Suite 1100<br>Nashville, TN 37201<br>(615) 259-3456 – Telephone<br>(615) 726-5417 – Facsimile | Attorneys for Defendants/Counterclaimants<br>**NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE** |
| Paul H. Duvall, Esq.<br>KING & BALLOW<br>6540 Lusk Blvd., Suite 250<br>San Diego, CA 92121<br>(858) 597-6000 – Telephone<br>(858) 597-6008 – Facsimile | Attorneys for Defendants/Counterclaimants<br>**NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE** |
| Mark L. Block, Esq.<br>WARGO & FRENCH LLP<br>1888 Century Park East, Suite 1520<br>Los Angeles, CA 90067<br>(310) 853-6355 – Telephone<br>(310) 853-6333 – Facsimile | Attorneys for Defendants/Counterclaimants<br>**NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE** |
| Paul N. Philips, Esq.<br>The Law Offices of Paul N. Philips, APLC<br>9255 Sunset Blvd #920<br>Los Angeles, CA 90069<br>(323) 813-1126 - Office<br>(310) 854-6902 - Facsimile | Attorneys for Defendant<br>**MARVIN GAYE III** - (courtesy copy) |
| Donald S. Zakarin, Esq.<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036-6569<br>212-326-0108 - Office<br>212-798-6306 - Facsimile | Attorneys for Counter-Defendants<br>**EMI APRIL, INC., SONY/ATV MUSIC PUBLISHING ACQUISITION, INC., and JOBETE MUSIC CO., INC.** - (courtesy copy) |

KING, HOLMES, PATERNO & BERLINER, LLP

4112.060/713003.1