**EXHIBIT C**

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

|   | Document | Date Created | Description | Privilege |
|---|---|---|---|---|
| 1. | Email correspondence between Audrey Ashby and Dag Sandsmark; Janice Gaye and Audrey Ashby; Dag Sandsmark, Janis Gaye and Audrey Ashby; Jan Gaye and Mark Levinsohn | 7/22/2013, 11/8/2013 | Communication with EMI/Sony ATV regarding Blurred Lines | Confidential settlement discussions; Attorney-Client |
| 2. | Email correspondence between Mark Levinsohn and Janis Gaye; Janis Gaye and Audrey Ashby; Jan Gaye and Mark Levinsohn | 7/16/2013, 7/17/2013 | Communication with EMI/Sony ATV regarding Blurred Lines | Confidential settlement discussions; Attorney-Client |
| 3. | Emails correspondence between Mark Levinsohn, Bruce Scavuzzo and Dag Sandsmark | 7/22/2013, 7/24/2013 | Communication with EMI/Sony ATV regarding Blurred Lines | Confidential settlement discussions |
| 4. | Email correspondence between Mark Levinsohn and Dag Sandsmark | 7/23/2013 | Communication with EMI/Sony ATV regarding Blurred Lines | Confidential settlement discussions |
| 5. | Email correspondence between Mark Levinsohn, David Rudich, and Bruce Scavusso | 8/16/2013, 8/21/2013 | Communication with EMI/Sony ATV regarding Blurred Lines | Confidential settlement discussions |
| 6. | Email correspondence between Judith Finell and Sara Ellis; Richard S. Busch and Judith Finell; and Mark Levinsohn and Richard S. Busch | 8/21/2013 | Communication with expert witness regarding songs at issue in lawsuit | Privileged expert communication; Work product |
| 7. | Email correspondence between Richard S. Busch, Sara Ellis, Mark Levinsohn and Judith Finell; Richard S. Busch and Judith Finell; Richard S. Busch, Sara Ellis, Patrick W. Ogilvy and Mark Levinsohn | 8/21/2013 | Communication with expert witness regarding songs at issue in lawsuit | Privileged expert communication; Work product |
| 8. | Engagement Letter from Judith Finell to Richard S. Busch | 8/23/2013 | Engagement letter for musicologist services | Privileged expert |

1

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

| # | Document | Date | Description | Privilege |
|---|---|---|---|---|
| 9. | Email correspondence between Judith Finell, Richard S. Busch, and Sara R. Ellis | 8/23/2013, 8/30/2013 | Communication with expert witness regarding musicologist services | Privileged expert communication |
| 10. | Email correspondence between Mark Levinsohn and Bruce Scavuzzo | 8/23/2013, 9/5/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 11. | Email correspondence between Donald Zakarin, Mark Levinsohn and Bruce Scavuzzo | 9/9/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 12. | Letter from Donald Zakarin to Mark Levinsohn | 9/9/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 13. | Email from Mary Hodge to Judith Finell, Richard S. Busch, and Sara R. Ellis | 9/13/2013 | Communication with expert witness regarding musicologist services | Privileged expert communication |
| 14. | Letter from Judith Finell to Richard S. Busch | 9/17/2013 | Communication with expert witness regarding musicologist services | Privileged expert communication |
| 15. | Email correspondence between Judith Finell Richard S. Busch, Mark Levinsohn, and Sara R. Ellis | 10/09/2013 | Communication with expert witness regarding draft report | Privileged expert communication; Draft expert report; Work product |
| 16. | Preliminary draft expert report from Judith Finell | 10/09/2013 | Expert witness draft report | Privileged expert communication; Draft expert |

2

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

| | | | | report |
|---|---|---|---|---|
| 17. | Email from Judith Finell to Richard S. Busch, Mark Levinsohn and Sara Ellis | 10/11/2013 | Communication with expert witness regarding draft report | Privileged expert communication, Expert draft report, Work product |
| 18. | Email correspondence between Judith Finell, Richard S. Busch, Mark Levinsohn, Sara R. Ellis, and Jonathan L. Gerber | 10/14/2013 | Communication with expert witness | Privileged expert communication, Work Product |
| 19. | Email correspondence between Judith Finell, Richard S. Busch, and Sara R. Ellis | 10/15/2013 | Communication with expert witness regarding draft report | Privileged expert communication, Expert draft report, Work product |
| 20. | Email correspondence between Judith Finell, Richard S. Busch, Sara R. Ellis, and Mary Hodge | 10/16/2013 | Communication with expert witness regarding musicologist services | Privileged expert communication |
| 21. | Engagement Letter from Judith Finell to Richard S. Busch | 10/16/2013 | Communication with expert witness regarding musicologist services | Privileged expert communication |
| 22. | Invoice from Judith Finell to Richard S. Busch | 10/16/2013 | Communication with expert witness regarding musicologist services | Privileged expert communication, Work product |
| 23. | Email correspondence between Judith Finell, Richard S. Busch, and Sara R. Ellis | 10/17/2013 | Communication with expert witness | Privileged expert |

3

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

| | | | | |
|---|---|---|---|---|
| 24. | Email correspondence between Judith Finell, Richard S. Busch, Mark Levinsohn and Sara R. Ellis | 10/17/2013 | Communication with expert witness | communication; includes confidential information regarding an unrelated case |
| | | | | Privileged expert communication |
| 25. | Email from Winnie Chau to Donald Zakarin with attached letter | 10/18/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions, Work product |
| 26. | Letter from Mark Levinsohn to Donald Zakarin | 10/18/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 27. | Email from Judith Finell to Sara Ellis, Richard S, Busch and Mark Levinsohn | 10/21/2013 | Communication with expert witness | Privileged expert communication |
| 28. | Email correspondence between Judith Finell, Sara R. Ellis, Richard S. Busch and Mark Levinsohn | 10/22/2013 10/23/2013 | Communication with expert witness regarding draft report and counterclaim | Privileged expert communication, Expert draft report, Work product |
| 29. | Email from Donald Zakarin to Mark Levinsohn and Bruce Scavuzzo with attached letter | 10/23/2013 | Re: Blurred Lines/Got To Give It Up | Confidential settlement discussions, Work product |

4

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

| | | | | |
|---|---|---|---|---|
| 30. | Letter from Donald Zakarin to Mark Levinsohn | 10/23/2013 | Re: Blurred Lines/Got To Give It Up | Confidential settlement discussions |
| 31. | Email from Sara R. Ellis to Judith Finell | 10/28/2013 | Communication with expert witness | Privileged expert communication, Work product, Confidential information regarding an unrelated case |
| 32. | Email correspondence between Judith Finell, Sara R. Ellis, and Richard S. Busch | 10/28/2013 | Communication with expert witness | Privileged expert communication, Draft expert report, Work product, |
| 33. | Email from Judith Finell to Sara R. Ellis, Richard S. Busch | 10/28/2013 | Communication with expert witness regarding complaint | Privileged expert communication and work product |
| 34. | Email correspondence between Judith Finell and Sara R. Ellis | 10/28/2013 | Communication with expert witness regarding complaint | Privileged expert communication, Work product, Confidential information regarding an unrelated case |

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

| | | | |
|---|---|---|---|
| 35. | Email correspondence between Judith Finell, Jonathan L. Gerber, Sara R. Ellis, and Richard S. Busch | 10/29/2013 | Communication with expert witness regarding countercomplaint | Privileged expert communication and work product |
| 36. | Emails between Mark Levinsohn, Bruce Scavuzzo, and Richard S. Busch | 11/6/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions, Work product |
| 37. | Emails between Donald Zakarin, Richard S. Busch, Ilene S. Farkas, Michael J. Niborski, Sara R. Ellis, and Jonathan L. Gerber | 11/8/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 38. | Letter from Richard S. Busch to Donald Zakarin | 11/8/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 39. | Email from Donald Zakarin to Richard S. Busch, Ilene S. Farkas, Michael J. Niborski and | 11/11/2013 11/13/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 40. | Letter from Donald Zakarin to Richard S. Busch, | 11/11/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 41. | Email correspondence between Donald Zakarin, Michael J. Niborski, Benjamin Akley, Richard S. Busch, Paul Duvall, Jonathan L. Gerber, and Sherie Johnson | 11/14/2013 11/15/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 42. | Letter from Richard S. Busch to Donald Zakarin | 11/18/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 43. | Email from Mark Levinsohn to Bruce Scavuzzo | 11/19/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |

6

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

| # | Description | Date | Subject | Privilege |
|---|---|---|---|---|
| 44. | Email correspondence between Michael J. Niborski, Paul Duvall, Jonathan L. Gerber, Mary Hodge, Richard S. Busch, Sara R. Ellis, Sherie Johnson, Donald Zakarin, and Ilene S. Farkas | 11/19/2013 11/26/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions; Work product |
| 45. | Letter from Donald Zakarin to Richard S. Busch | 11/21/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 46. | Email correspondence between Donald Zakarin, Richard S. Busch, Paul Duvall, Jonathan L. Gerber, Sherie Johnson, Mark Levinsohn, Michael J. Niborski, Darius K. Zolnor, and Ilene S. Farkas | 12/4/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 47. | Email correspondence between Donald Zakarin, Richard S. Busch, Paul Duvall, Sara R. Ellis, Michael J. Niborski, Ilene S. Farkas, and Darius K. Zolnor | 12/10/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 48. | Email correspondence between Donald Zakarin, Mark Levinsohn, Richard S. Busch, Michael J. Niborski, Darius K. Zolnor, and Bruce Scavuzzo | 12/12/2013 12/13/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 49. | Email correspondence between Donald Zakarin, Mark Levinsohn, Richard S. Busch, Bruce Scavuzzo, Michael J. Niborski, Ilene S. Farkas | 12/12/2013 12/13/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 50. | Email correspondence between Donald Zakarin, Mark Levinsohn, Richard S. Busch, Bruce Scavuzzo, Michael J. Niborski, Ilene S. Farkas | 12/13/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 51. | Email correspondence between Donald Zakarin, Richard S. Busch, Mark Levinsohn, Richard S. Busch, Michael J. Niborski, and Bruce Scavuzzo | 12/16/2013 1/09/2014 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions; Work product |
| 52. | Draft of confidential settlement agreement | 12/16/2013 | Draft of confidential settlement agreement | Confidential settlement agreement draft; Work product |

7

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

| # | Description | Date | Subject | Privilege |
|---|---|---|---|---|
| 53. | Email correspondence between Donald Zakarin, Richard S. Busch, Michael J. Niborski, and mark Levinsohn | 12/20/2013 12/23/2013 12/24/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 54. | Email correspondence between Michael J. Niborski, Richard S. Busch, Mark Levinsohn, Paul Duvall, and Donald Zakarin | 12/27/2014 12/29/2014 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions, Work product |
| 55. | Email correspondence between Donald Zakarin, Richard S. Busch, Paul Duvall, Sara R. Ellis, and Michael J. Niborski | 1/09/2014 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 56. | Email correspondence between Donald Zakarin, Richard S. Busch, Mark Levinsohn, and Bruce Scavuzzo | 1/09/2014 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 57. | Email correspondence between Donald Zakarin, Richard S. Busch, Mark Levinsohn, and Bruce Scavuzzo with attached document | 1/09/2014 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions; Draft of confidential settlement, Work product |
| 58. | Draft of confidential settlement agreement | 1/09/2014 | Draft of confidential settlement agreement | Confidential settlement discussions; Draft of confidential settlement, Work product |
| 59. | Email correspondence between Donald Zakarin, Richard S. Busch, and Mark Levinsohn | 1/10/2014 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |

8

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

| | | | | |
|---|---|---|---|---|
| 60. | Email correspondence between Donald Zakarin, Richard S. Busch, and Mark Levinsohn | 1/10/2014 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 61. | Draft of confidential settlement agreement | 1/10/2014 | Draft of confidential settlement agreement | Confidential settlement discussions; Draft of confidential settlement, Work product |
| 62. | Email correspondence between Donald Zakarin, Richard S. Busch, and Mark Levinsohn | 1/10/2014 | Communication with EMI/Sony ATV regarding claims, Draft of confidential settlement agreement | Confidential settlement discussions; Draft of confidential settlement, Work product |
| 63. | Email correspondence between Donald Zakarin, Richard S. Busch, and Mark Levinsohn | 1/10/2014 | Communication with EMI/Sony ATV regarding claims, Draft of confidential settlement agreement | Confidential settlement discussions; Draft of confidential settlement, Work product |
| 64. | Email correspondence between Donald Zakarin, Richard S. Busch, and Mark Levinsohn | 1/10/2014 | Communication with EMI/Sony ATV regarding claims, Draft of confidential settlement agreement | Confidential settlement discussions; Draft of confidential settlement, Work product |

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

| | | | | |
|---|---|---|---|---|
| 65. | Email correspondence between Donald Zakarin, Richard S. Busch, and Mark Levinsohn | 1/10/2014 | Communication with EMI/Sony ATV regarding claims, Draft of confidential settlement agreement | Confidential settlement discussions; draft of confidential settlement |
| 66. | Draft of confidential settlement agreement | 1/10/2014 | Draft of confidential settlement agreement | Confidential settlement discussions; Draft of confidential settlement, Work product |
| 67. | Email correspondence between Donald Zakarin, Richard S. Busch, and Mark Levinsohn | 1/10/2014 | Communication with EMI/Sony ATV regarding claims, | Confidential settlement discussions |
| 68. | Email correspondence between Donald Zakarin, Richard S. Busch, and Mark Levinsohn | 1/10/2014 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |
| 69. | Email correspondence between Donald Zakarin, Richard S. Busch, Mark Levinsohn, Bruce D. Scavuzzo Esq., Michael J. Niborski, Darius K. C. Zolnor, Ilene S. Farkas, | 1/10/2014 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions; Confidential settlement agreement |
| 70. | Draft of confidential settlement agreement | 1/10/2014 | Draft of confidential settlement agreement | Confidential settlement discussions; Draft of confidential settlement, |

10

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

| | | | | Work product |
|---|---|---|---|---|
| 71. | Email correspondence between Donald Zakarin, Richard S. Busch, Mark Levinsohn, Bruce D. Scavuzzo Esq., Michael J. Niborski, Darius K. C. Zolnor, Ilene S. Farkas | 1/10/2014 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions; Confidential settlement agreement |
| 72. | Draft of confidential settlement agreement | 1/10/2014 | Draft of confidential settlement agreement | Confidential settlement discussions; Draft of confidential settlement, Work product |
| 73. | Email correspondence between Mark Levinsohn and Donald Zakarin | 1/10/2014 1/12/2014 1/13/2014 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions; Confidential settlement agreement |
| 74. | Email correspondence between Michael J. Niborski, Richard Busch, Mark Levinsohn, Darius K. C. Zolnor, Ilene S. Farkas, Paul Duvall, and Donald S. Zakarin | 1/10/2014, 1/13/2014 | Communication with EMI/Sony ATV regarding claims, Draft of confidential settlement agreement | Confidential settlement discussions |
| 75. | Email correspondence between Donald Zakarin, Richard S. Busch, Michael J. Niborski, Ilene S. Farkas, Darius K. Zolnor, Mark Levinsohn, Paul Duvall, Sara R. Ellis, and Sherie Johnson | 1/23/2014 | Communication with EMI/Sony ATV regarding subpoena | Discussion of Confidential Settlement Agreement |
| 76. | Email correspondence between Donald Zakarin, Mark Levinsohn, and Bruce Scavuzzo | 1/28/2014 | Communication with EMI/Sony ATV regarding subpoena | Discussion of Confidential |

11

Williams et al. v. Bridgeport et al.
Central District of California, Western Division
Case No. CV13-06004-JAK(AGRx)
Counter-Claimants Privilege Log – May 30, 2014

| | | | | |
|---|---|---|---|---|
| 77. | Email correspondence between Donald Zakarin, Richard S. Busch, Michael J. Niborski, Ilene S. Farkas, Darius K. Zolnor, Paul Duvall, Sara R. Ellis, and Sherie Johnson | 2/3/2014 | Communication with EMI/Sony ATV regarding subpoena | Discussion of Confidential Settlement Agreement |
| 78. | Email correspondence between Donald Zakarin, Richard S. Busch, Michael J. Niborski, Darius K. Zolnor, Ilene S. Farkas, Sara R. Ellis, Paul Duvall, Sherie Johnson, and Robert W. Crump | 2/3/2014 | Communication with EMI/Sony ATV regarding subpoena | Discussion of Confidential Settlement Agreement |
| 79. | Email correspondence between Judith Finell and Sara R. Ellis | 10/09/2013 | Communication with expert witness regarding draft report | Privileged expert communication |
| 80. | Email from Sara R. Ellis to Judith Finell | 10/28/2013 | Communication with expert witness regarding complaint | Privileged expert communication, Work product, |
| 81. | Email correspondence between Donald Zakarin, Mark Levinsohn, Richard S. Busch, Bruce Scavuzzo, Michael J. Niborski, Ilene S. Farkas | 12/13/2013 | Communication with EMI/Sony ATV regarding claims | Confidential settlement discussions |

12

*PHARRELL WILLIAMS et al. vs. BRIDGEPORT MUSIC, INC., et al.*
Case No. CV 13-06004-JAK-AGRx)

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I, the undersigned, am at least 18 years old and not a party to this action. My business address is 6540 Lusk Boulevard, Suite 250, San Diego, California 92121.

On May 30, 2014, I served the foregoing documents described as:

**Counter-Claimants Privilege Log – May 30, 2014**

on the interested parties in this action:

**See attached Service List.**

**By Mail.** I placed a true copy of the above document in sealed envelopes addressed to those individuals on the attached Service List. I am readily familiar with King & Ballow's practice of collection and processing of documents for mailing with the United States Postal Service, and that the document shall be deposited with the United States Postal Service this same day in the ordinary course of business;

and

**By Electronic Service.** Based on the agreement of the parties to accept electronic service, I sent the document in PDF format from my e-mail address of sjohnson@kingballow.com and checking "Request for Delivery Receipt." Said documents were emailed to the email addresses listed on the Service List.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 30, 2014, at San Diego, California.

_/s/ Sherie Johnson_
Sherie Johnson

1
PROOF OF SERVICE

*PHARRELL WILLIAMS et al. vs. BRIDGEPORT MUSIC, INC., et al.*
Case No. CV 13-06004-JAK-AGRx)

**SERVICE LIST**

Paul N. Philips, Esq.
The Law Offices of Paul N. Philips, APLC
9255 West Sunset Boulevard; Suite 920
West Hollywood, CA 90069
Tel: 323.813.1126
Fax: 310.854.6902
Email: pnp@pnplegal.com
Attorneys for Defendant MARVIN GAYE III

Howard E. King, Esq.
Stephen D. Rothschild, Esq.
Seth Miller, Esq.
King, Holmes, Paterno & Berliner, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067-4506
Tel: 310.282.8989
Fax: 310.282.8903
Emails:  king@khpblaw.com
         rothschild@khpblaw.com
         miller@khpblaw.com
Attorneys for Plaintiffs and Counter-Defendants
PHARRELL WILLIAMS, ROBIN THICKE;
CLIFFORD HARRIS, JR.; and Third-Party Defendants
PAULA MAXIN PATTON; STARTRAK
ENTERTAINMENT; GEFFEN RECORDS;
INTERSCOPE RECORDS; UMG RECORDINGS, INC.; and
UNIVERSAL MUSIC DISTRIBUTION