**EXHIBIT D**

**Seth Miller**

---

| | |
|---|---|
| **From:** | Zakarin, Donald S. <DZakarin@PRYORCASHMAN.com> |
| **Sent:** | Thursday, March 20, 2014 6:49 PM |
| **To:** | 'rbusch@kingballow.com'; Seth Miller |
| **Cc:** | Steve Rothschild; Howard King; 'sellis@KingBallow.com'; 'rcrump@KingBallow.com'; 'pduvall@kingballow.com' |
| **Subject:** | Re: discovery dispute meeting |

If you are both in agreement on this, we will produce all but our correspondence on the issue next week (subject to the possibility that income for the past 5 years may not yet be available), provided that we have the agreement respecting confidentiality of the produced material. The correspondence, I would assume, either will be produced by the Gaye's or will be quashed by the Court and therefore need not come from us in any event.

---

**From:** Richard Busch [mailto:rbusch@kingballow.com]
**Sent:** Thursday, March 20, 2014 09:27 PM
**To:** Seth Miller <SMiller@khpblaw.com>
**Cc:** Steve Rothschild <Rothschild@khpblaw.com>; Howard King <King@khpblaw.com>; Sara R. Ellis <sellis@KingBallow.com>; Robert W. Crump <rcrump@KingBallow.com>; Paul Duvall <pduvall@kingballow.com>; Zakarin, Donald S.
**Subject:** Re: discovery dispute meeting

We have decided to move to quash your subpoena to EMI with respect to correspondence between us and counsel for EMI. As a result, we will now provide you with the requested privilege log, which will essentially include out communications with EMI counsel and Judith. As I advised, if we were not going to move to quash, much of any privilege log would be excluded. We are also going to request of EMI counsel that such documents not be produced until this matter is resolved. I would hope to have the privilege log to you in advance of our meet and confer on Wednesday on other matters.

Sent from my iPhone

On Mar 20, 2014, at 9:17 PM, "Seth Miller" <SMiller@khpblaw.com> wrote:

> Richard,
>
> I have asked you several times now for a response to the meet and confer items you owe us per the email below, including the privilege log. If I do not receive responses by Monday, I will assume that you do not intend to respond or to provide a privilege log, and I will proceed accordingly.
>
> Thanks,
>
> Seth Miller, Esq. | miller@khpblaw.com
> King, Holmes, Paterno & Berliner, LLP
> office: 310.282.8915 | fax: 310.282.8903
>
> ---
>
> **From:** Seth Miller
> **Sent:** Monday, March 17, 2014 7:05 PM
> **To:** 'Richard Busch'

1