KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**DECLARATION OF SETH MILLER IN SUPPORT OF STIPULATION TO CONTINUE TRIAL AND RELATED DATES**<br><br>Action Commenced: August 15, 2013<br>Trial Date:           November 18, 2014 |

/ / /

/ / /

4112.060/783312.1

## DECLARATION OF SETH MILLER

I, Seth Miller, declare as follows:

1. The facts set forth below are true of my personal knowledge unless otherwise indicated. If called upon to testify, I could testify competently thereto.

2. I am an attorney duly admitted to practice before this Court. I am a partner with King, Holmes, Paterno & Berliner, LLP, attorneys of record for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. ("Plaintiffs") and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION (collectively, "Plaintiffs/Counter-Defendants").

3. Plaintiffs filed this action on August 15, 2013, against Defendants Frankie Christian Gaye ("Frankie"), Nona Marvisa Gaye ("Nona"), and Marvin Gaye III ("Marvin") (collectively, "Defendants") alleging a single claim for declaratory relief seeking, *inter alia*, a judgment declaring that Plaintiffs' song and sound recording, "Blurred Lines," does not infringe the copyright in the Marvin Gaye composition, "Got to Give It Up," in which Defendants claim an interest.

4. Defendants filed their respective Counterclaims on October 30, 2013 (Frankie/Nona) and November 19, 2013 (Marvin) alleging claims for copyright infringement against Plaintiffs/Counter-Defendants and claiming that "Blurred Lines" infringes the composition, "Got to Give It Up," and that the Robin Thicke song "Love After War" infringes the Marvin Gaye composition, "After the Dance."

5. Plaintiffs propounded initial sets of written discovery to Frankie and Nona in mid-November and December 2013, and Defendants Frankie and Nona propounded initial written discovery to Plaintiffs/Counter-Defendants in late December 2013. Beginning in January 2014 and in the subsequent months through

King, Holmes, Paterno & Berliner, LLP

4112.060/783312.1

1

June 2014, the parties responded to the respective written discovery requests, met and conferred over disputes arising out of their respective responses, supplemented certain of those responses, produced documents in response to inspection demands, and filed discovery motions with respect to certain third party and party discovery disputes that could not be informally resolved, and in general have made substantial progress in completing written discovery and resolving disputes regarding same.

6. The parties also have proceeded apace in taking the necessary fact depositions in this action, including that the depositions of Plaintiffs Pharrell Williams and Robin Thicke have been completed, as has the deposition of third party witness Jack Ashford. The depositions of all three Defendants and of the entity Counter-Defendants on a variety of topics, as specified under Defendants' FRCP 30(b)(6) deposition notices, are noticed for dates in mid-July 2014, as are the depositions of non-party witnesses EMI April Music Inc. and Jobete Music Co., Inc. in New York City. However, despite the parties' good faith efforts to cooperate in scheduling depositions prior to the July 31, 2014, discovery cutoff set by the Court, due to conflicting schedules of counsel and certain witnesses in June and July 2014, certain remaining party depositions will need to be taken after the July 31, 2014, discovery cutoff in order to reasonably accommodate the schedules of all persons.

7. Despite the parties' good faith efforts, the parties were unable to schedule a mediation prior to the June 30, 2014, mediation cutoff set by the Court, including due to the conflicting schedules of counsel, the parties, and the mediator, and also due to Defendants' desire to obtain certain financial information regarding damages issues from the entity Counter-Defendants and to depose Counter-Defendants prior to the mediation, including regarding that financial information. In particular, in response to certain discovery requests, the entity Counter-Defendants agreed to and did provide Defendants with detailed profit and loss statements regarding the revenues, expenses, and profits/losses from exploitation of the two allegedly infringing songs and sound recordings at issue, which information is

relevant to the damages claims. Compiling the requested information for the two songs took a significant amount of time, and Defendants did not want to depose the entity Counter-Defendants on those topics until after the profit and loss information was produced in early June 2014. Scheduling conflicts of the witnesses and counsel then further delayed the deposition of the entity Counter-Defendants on those topics.

8. The parties anticipate that expert discovery in this action will involve multiple experts on complex issues regarding liability for alleged infringement of Defendants' alleged copyrights in two musical compositions and any alleged damages from such alleged infringement, including Plaintiffs/Counter-Defendants' income, expenses, and profits or losses from exploiting the two songs at issue.

9. The parties are discussing mediation dates in August 2014 that work with the schedules of all parties, counsel, and the mediator, and expect to schedule a mediation with Honorable A. Howard Matz (Ret.) in or about late August 2014.

10. I understand from my communications with counsel that all parties desire to hold the mediation prior to engaging in the time and expense of expert discovery, which likely will be considerable, or any pretrial preparations, and believe that doing so will favorably impact the likelihood of reaching a settlement.

11. I further understand from my communications with counsel that all parties believe that a 90-day continuance of the trial date and all related dates set by the Court is necessary in order to allow the parties adequate time to hold a mediation and to complete the remaining discovery, expert discovery, motion practice, and pretrial tasks in the most productive, efficient, and cost-effective manner.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 1, 2014, at Los Angeles, California.

_____
Seth Miller

King, Holmes,
Paterno &
Berliner, LLP

4112.060/783312.1                         3

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2014, I electronically filed the foregoing **DECLARATION OF SETH MILLER IN SUPPORT OF STIPULATION TO CONTINUE TRIAL AND RELATED DATES** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joey S. Gossett-Evans*
Joey S. Gossett-Evans

King, Holmes, Paterno & Berliner, LLP

4112.060/783312.1