NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**ORDER CONTINUING TRIAL AND RELATED DATES**<br><br>Action Commenced: August 15, 2013<br>Trial Date:            November 18, 2014 |

/ / /

/ / /

After full consideration of the papers filed in connection with the Stipulation to Continue Trial and Related Dates ("Stipulation"), the Court finds that there is good cause to grant a continuance; provided, however, there will be no further continuances, and provided further, that this Order is contingent upon the

scheduling of the settlement conference with Judge Matz, whom the parties have selected for that purpose, for a date on or before August 29, 2014, with notice of the date selected filed with the Court on or before July 18, 2014:

THEREFORE, IT IS HEREBY ORDERED that good cause being shown, and subject to the conditions stated above, the trial will be continued from November 18, 2014 to **February 10, 2015, at 9:00 a.m**. in Courtroom 750, and the following scheduling dates previously set by the Court will be reset as follows:

August 29, 2014: Last day to participate in settlement conference/mediation;

October 31, 2014: Non-Expert Discovery Cutoff;

October 31, 2014, Initial Expert Disclosures;

November 10, 2014 Rebuttal Expert Disclosures;

December 4, 2014: Expert Discovery Cutoff;

December 22, 2014: Last day to hear motions;

January 26, 2015: Final Pretrial Conference / Motions in Limine at 3:00 p.m.

February 6, 2015: Status Conference re Exhibits at 3:00 p.m.

DATED: July 9, 2014

HON. JOHN A. KRONSTADT