UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6004-JAK (AGRx) | Date | July 18, 2014 |
|---|---|---|---|
| Title | PHARRELL WILLIAMS v. BRIDGEPORT MUSIC INC., et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | CS 7/18/2014 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Seth A. Miller | Paul H. Duvall<br>Sarah Ellis<br>Logan Marcus |

**Proceedings:** RE DENYING EX PARTE APPLICATION FOR ORDER STAYING JULY 10, 2014 ORDER

    Case is called. Counsel state their appearances.

    On July 16, 2014, Defendants and Counterclaimants (hereinafter the "Gaye Defendants") filed an ex parte application for an order staying this court's Order dated July 10, 2014, pending the District Judge's ruling on the Gaye Defendants' objections to the order. (Dkt. No. 82.) On July 17, 2014, Plaintiffs filed an opposition. (Dkt. No. 86.) The matter came on for hearing on July 18, 2014.

    At oral argument, counsel for the Gaye Defendants represented that they do not have documents responsive to Document Request Nos. 5 and 17-18 as narrowed by the court in the July 10 order. Accordingly, there is nothing for them to produce to Plaintiffs on July 21 pursuant to paragraph 1 of that order.

    That leaves paragraph 2 of the July 10 order, which involves an *in camera* review by this court of documents responsive to Document Request Nos. 15-16 that the Gaye Defendants contend are privileged. The hearing on the objections to the July 10 order is currently set on October 6, 2014. (Dkt. No. 83.) The discovery cut-off date has been extended to October 31, 2014. (Dkt. No. 78.) Postponing this court's *in camera* review until October would place undue and unnecessary time pressure on this court to complete the review, conduct any further proceedings and issue a ruling in a manner that does not interfere with the court's pretrial schedule. Moreover, the *in camera* review involves a discrete set of documents. It would be more efficient for this court to review the documents and, in the event issues arise from that review, conduct further proceedings while matters are fresh.

    The Gaye Defendants have not shown any prejudice at this stage of the proceedings. No documents are being produced to Plaintiffs on July 21. No prejudice has been shown based on the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6004-JAK (AGRx) | Date | July 18, 2014 |
|---|---|---|---|
| Title | PHARRELL WILLIAMS v. BRIDGEPORT MUSIC INC., et al. | | |

court's *in camera* review. In the event this court issues a ruling compelling the production of some or all documents after *in camera* review, the Gaye Defendants will be free to seek any appropriate remedies at that time.

      IT IS HEREBY ORDERED that Defendants' ex parte application for a stay of this court's Order dated July 10, 2014 is DENIED.

                                                   :    20

Initials of Preparer    mp