1  KING, HOLMES, PATERNO & BERLINER, LLP
   HOWARD E. KING, ESQ., STATE BAR NO. 77012
2  STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
   ROTHSCHILD@KHPBLAW.COM
3  SETH MILLER, ESQ., STATE BAR NO. 175130
   MILLER@KHPBLAW.COM
4  1900 AVENUE OF THE STARS, 25TH FLOOR
   LOS ANGELES, CALIFORNIA 90067-4506
5  TELEPHONE: (310) 282-8989
   FACSIMILE:  (310) 282-8903
6
   Attorneys for Plaintiffs and Counter-
7  Defendants PHARRELL WILLIAMS,
   ROBIN THICKE and CLIFFORD
8  HARRIS, JR. and Counter-Defendants
   MORE WATER FROM NAZARETH
9  PUBLISHING, INC., PAULA MAXINE
   PATTON individually and d/b/a
10 HADDINGTON MUSIC, STAR TRAK
   ENTERTAINMENT, GEFFEN
11 RECORDS, INTERSCOPE RECORDS,
   UMG RECORDINGS, INC., and
12 UNIVERSAL MUSIC DISTRIBUTION

13            UNITED STATES DISTRICT COURT

14       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15 | PHARRELL WILLIAMS, an | CASE NO. CV13-06004-JAK (AGRx)
   | individual; ROBIN THICKE, an | Hon. John A. Kronstadt, Ctrm 750
16 | individual; and CLIFFORD HARRIS, |
   | JR., an individual, | **STATEMENT OF**
17 | | **UNCONTROVERTED FACTS AND**
   |                Plaintiffs, | **CONCLUSIONS OF LAW IN**
18 | | **SUPPORT OF PLAINTIFFS AND**
   |        vs. | **COUNTER-DEFENDANTS'**
19 | | **MOTION FOR SUMMARY**
   | BRIDGEPORT MUSIC, INC., a | **JUDGMENT OR, IN THE**
20 | Michigan corporation; FRANKIE | **ALTERNATIVE, PARTIAL**
   | CHRISTIAN GAYE, an individual; | **SUMMARY JUDGMENT**
21 | MARVIN GAYE III, an individual; |
   | NONA MARVISA GAYE, an | Date:    October 20, 2014
22 | individual; and DOES 1 through 10, | Time:    8:30 a.m.
   | inclusive, | Ctrm:    750
23 | |
   |                Defendants. | Action Commenced: August 15, 2013
24 | | Trial Date:          February 10, 2015
   |
25 | AND RELATED COUNTERCLAIMS. |

26

27 / / /

28 / / /

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-1.
Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE (individually and d/b/a I LIKE 'EM THICKE MUSIC), and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION (collectively, "Counter-Defendants") hereby submit their Statement of Uncontroverted Facts and Conclusions of Law in support of their Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment:

**UNCONTROVERTED FACTS**

**COUNT 1/FIRST CAUSE OF ACTION IN DEFENDANTS' COUNTERCLAIMS HAS NO MERIT, AND PLAINTIFFS ARE ENTITLED TO JUDGMENT ON THEIR COMPLAINT FOR DECLARATORY RELIEF, BECAUSE "BLURRED LINES" DID NOT COPY ANY PROTECTABLE ELEMENTS OF "GOT TO GIVE IT UP"**

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1.     Defendants allege that they own the copyright in the Marvin Gaye musical composition "Got to Give It Up" ("GIVE"), which is registered in the United States Copyright Office, Registration Numbers EP 366-530 and RE 910-939.  A true and correct copy of Registration No. EP 366-530 | Defendants' Frankie Christian Gaye and Nona Marvisa Gaye Counterclaims ("Frankie/Nona Counterclaims"), filed on October 30, 2013, in Court's file, 6:24-7:13. ¶¶ 11-13, 12:5-12, ¶ 30, 24:19-23, ¶ 73; Defendant Marvin Gaye III's |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| is attached as Exhibit A to the Declaration of Donna Stockett filed in support of this Motion and incorporated by reference.  The copyright in GIVE (EP 366-530) was initially registered in 1977. | Counterclaim ("Marvin Counterclaim"), filed on November 19, 2013, in Court's file (Document 36), 5:13-15, ¶ 6, 8:21-9:1, ¶¶ 22-23, p. 11:18-21, ¶ 37; Declaration of Donna Stockett ("Stockett Decl"), 1:13-15, ¶ 4, Exhibit A. |
| 2.      The Copyright Deposit for GIVE consists of sheet music, a true and correct copy of which is attached as Exhibit C to the Stockett Declaration and incorporated herein by reference. | Stockett Decl, 1:16-21, ¶¶ 5-6, Exhibit C. |
| 3.      Plaintiffs' composition and sound recording "Blurred Lines" ("BLURRED") and GIVE are in different keys.  BLURRED is in the key of G.  GIVE is in the key of A.  All references herein to BLURRED, including all references to notes, pitches, and chords in BLURRED, refer to BLURRED as transposed into the key of A for purposes of comparison to GIVE. | Declaration of Sandy Wilbur ("Wilbur Decl"), 4:4-15, ¶¶ 25-26; Declaration of Seth Miller ("Miller Decl"), 1:24-27, ¶ 6, and Exhibit D (Judith Finell deposition transcript ("Finell Tr")), 69:16-71:8, 73:5-23. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 4.      There is no substantial similarity between the melodies of BLURRED and GIVE.  There is no melodic phrase—*i.e.*, a grouping of notes (each comprised of a specific pitch and duration), with a specific melodic rhythm, into a unit or statement with a specific beginning and end—in GIVE that also appears in BLURRED. | Wilbur Decl, 2:16-24, ¶¶ 11-14, 4:17-19, ¶¶ 27-28. |
| 5.      There is no substantial similarity between the harmonies of BLURRED and GIVE.  There is no sequence of two chords played in the same order and for the same number of measures (duration) in GIVE and BLURRED.  There are no three chords in common in GIVE and BLURRED. | Wilbur Decl, 5:9-6:16, ¶¶ 35-45; Miller Decl, Exhibit D (Finell Tr), 33:5-6, 75:13-76:9. |
| 6.      The chord pattern in BLURRED consists of 4 measures of A major followed by 4 measures of E major.  The chord pattern in the first sixteen measures (after the eight measure introduction) of GIVE consists of 8 measures of A7 followed by | Wilbur Decl, 5:15-6:16, ¶¶ 39-45. |

KING, HOLMES, PATERNO & BERLINER, LLP

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| one measure each of D7, E7, A7, B7, D7, E7, A7, and B7.  GIVE also has a break section that uses minor chords (Am7, Dm7). | |
| 7.      The bass line and melodies in GIVE each contain minor thirds, and the break section contains minor chords (Am7, Dm7). This use of minor thirds and minor chords provides a minor or bluesy sound to GIVE. BLURRED has no minor thirds or minor chords.  BLURRED has a major sound. | Wilbur Decl, 5:15-6:16, ¶¶ 39-45; Miller Decl, Exhibit D (Finell Tr), 69:16-71:8. |
| 8.      There is no substantial similarity between the rhythms of BLURRED and GIVE.  Among other differences, the sixteenth note rhythms that are prominent in BLURRED are quite different from the mainly eighth note rhythm in GIVE. | Wilbur Decl, 4:21-5:7, ¶¶ 29-34. |
| 9.      There is no substantial similarity between the structures of BLURRED and GIVE.  BLURRED has a traditional pop song structure, including verse, pre-chorus, | Wilbur Decl, 6:18-7:19, ¶¶ 46-51 Miller Decl, Exhibit D (Finell Tr), 91:6-92:10, 92:21-93:1. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| and chorus, which sequence is repeated. GIVE has a two-part verse that repeats several times with variations, but it has no chorus, among other differences from BLURRED. | |
| 10.     There is no substantial similarity between the lyrics of BLURRED and GIVE. They have no lyrical phrases in common. | Wilbur Decl, 7:21-24, ¶¶ 52-53, Exhibits B, C; Miller Decl, Exhibit D (Finell Tr), 93:2-9. |
| 11.     The Preliminary Report of Judith Finell ("Finell Report") attached to the Frankie/Nona Counterclaims, at pages 2 through 17, identifies a "constellation" of eight (8) purported similarities, denoted Similarities 1 through 8, between BLURRED and GIVE, as well as certain Additional Distinctive Similarities. | Miller Decl, 1:14-20, ¶¶ 3, 4, 6, Exhibit A (Counterclaims excerpt), Exhibit B (Finell Report), at pp. 2-17, ¶¶ 6-40; Exhibit D (Finell Tr.), 36:6-15, 48:17-49:4, 50:22-25, 61:1-62:2, 63:22-64:8, and Exh. 2 to Finell Tr; Frankie/Nona Counterclaims, filed October 30, 2013, in Court's file (the Finell Report is an exhibit to the Counterclaims); Wilbur Decl, 8:7-25, ¶¶ 56-57. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 12.    The eight purported Similarities identified in the Finell Report are:<br><br>• **Similarity 1: Signature Phrase in Main Vocal Melodies** -- A signature phrase that repeats its starting tone several times, contains the scale degree sequence 5-6-1 followed by 1-5, contains identical rhythms (six eighth notes in a row) for the first six tones, contains a melisma on the last lyric beginning with scale degrees 1-5, and has a melodic contour that rises and falls over the course of the phrase;<br><br>• **Similarity 2: Hooks** -- Hook phrases with some similar notes (though with different durations, rhythms, and placement in the measures);<br><br>• **Similarity 3: Hooks with Backup Vocals** – Hook backup vocals (though they do not have the same harmonic voicing, melodic rhythm, or overall sound);<br><br>• **Similarity 4: Core Theme In BLURRED and Backup Hook in GIVE** and **Similarity 5: Backup Hooks** – Melodic phrases that contain movement up and down by a half step;<br><br>• **Similarity 6: Bass Melodies** -- A bass pattern with some similar rhythmic elements and scale degrees (1 and b7, the root and flatted seventh scale degrees), and a descending bass pattern (though with different notes and rhythm) at the end of the eight measure bass phrase; | Wilbur Decl, 8:9-25, ¶ 57; Miller Decl, Exhibit B (Finell Report), pp. 2-17, ¶¶ 6-40. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| • **Similarity 7: Keyboard Parts** -- A keyboard part that plays chords on some offbeats; and, <br><br> • **Similarity 8: Unusual Percussion Choices** -- A cowbell. and an open high-hat sound on the "+" of the fourth beat. | |
| 13.    The eight purported Similarities are primarily melodic.  There are <u>no two consecutive notes</u> in any of the melodic examples in the Finell Report that have the same pitch, the same duration, and the same placement in the measure in BLURRED and GIVE. | Wilbur Decl, 8:26-9:3, ¶¶ 58-59. |
| 14.    Five out of the eight purported Similarities (Similarities 3-5, 7-8), a portion of Similarity 6 (Musical Example 6C), and the purported Additional Distinctive Similarities identified in the Finell Report, concern elements in GIVE that are not contained in the GIVE Copyright Deposit. The only Similarities identified in the Finell Report that pertain to elements that are contained in the GIVE Copyright Deposit | Wilbur Decl, 9:4-7, ¶ 60; 28:19, ¶ 163; 28:26, ¶ 166; 38:11-16, ¶ 211; 39:23-24, ¶ 222; 40:24-26, ¶ 231; 42:14-16, ¶ 241. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| are Similarities 1, 2, and 6A. | |
| 15.    Similarities 1 through 8 as they are defined in the Finell Report do not reflect material that is original to GIVE or that is significant to BLURRED. | Wilbur Decl, 9:10-12, ¶¶ 62-63. |
| 16.    There is no substantial similarity between any of the eight Similarities of BLURRED and GIVE with respect to their actual notes, meaning the pitch and duration of their respective notes, their placement in the measure, their melodic rhythms, or any similarity in the harmonies, structure, or lyrics of BLURRED and GIVE.  The "constellation" of Similarities only extends to compositional devices or ideas, not the specific expression of those devices or ideas in each song. | Wilbur Decl, 9:15-24, ¶¶ 65-66, 13-48, ¶¶ 82-238; *see* Miller Decl, Exhibit D (Finell Tr), 68:6-15. |
| 17.    The compositional devices and ideas reflected in the eight Similarities are all commonplace and generic and are basic | Wilbur Decl, 9:25-10:12, ¶¶ 67-69. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| building blocks of musical composition. Numerous compositions over the past decades contain one or more of these elements identified in the Finell Report: a repeated starting tone, six eighth notes in a row (identical rhythm for first six starting tones), a melodic contour that rises and falls over the course of a melodic phrase, the scale degree sequence 5-6-1, a melisma on the last syllable of a vocal melody, melodic phrases that share some of the same pitches (but not in the same rhythm, duration, or placement in the measure, and with other non-similar notes in-between), backup vocals, melodic phrases that contain movement up and down by a half step, a cowbell, an open hi-hat sound on the "+" of the fourth beat, a keyboard playing on some offbeats, or a bass pattern that emphasizes the root and flatted seventh scale degrees (1 and b7) and plays the root on or before the first beat of the measure. | |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 18.    The eight Similarities—individually or in combination—do not determine what a piece of music will sound like.  A composition that contains all of the eight Similarities could sound nothing like GIVE. | Wilbur Decl, 10:13-18, ¶¶ 64-65. |
| 19.    The eight Similarities are not original to GIVE and can be found in songs that predate GIVE.  "Low Rider" by War from 1975 contains a prominent cowbell part, electric piano that emphasizes chords on the offbeats ("+"), a bass melody that emphasizes the root and the flatted seventh scale degrees, a melodic phrase that goes down and up in half step intervals, and an instrumental melody "hook" that repeats its starting tone several times, contains six eighth notes in a row, and has a melodic contour that goes up and down over the course of the melodic phrase. | Wilbur Decl, 10:19-12:19, ¶¶ 72-75. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
| --- | --- |
| 20. The 1972 song "Superfly" by Curtis Mayfield contains falsetto vocals, the use of a cowbell and an open hi-hat on the "+" of the fourth beat, and a bass line that plays the root of the chord on the downbeat. | Wilbur Decl, 12:20-23, ¶ 76. |
| 21. The 1980 song "Funkytown" by Lipps Inc. has a cowbell part, repeated starting tones in the vocal and instrumental melodies, a melodic phrase that contains six eighth notes in a row, a bass line that emphasizes the root and flatted seventh of the chord, and a descending bass line with alternating octave notes. | Wilbur Decl, 12:24-28, ¶ 77. |
| 22. The presence of a "constellation" of these commonplace elements in GIVE is neither original to GIVE nor an indication of substantial similarity between GIVE and BLURRED or any other songs that share one or more of these elements. | Wilbur Decl, 13:1-3, ¶ 78. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
| --- | --- |
| 23.   **ALLEGED SIMILARITY 1:**  The respective "Signature Phrases" of GIVE and BLURRED that comprise Similarity are not substantially similar.  There is not a single note in the two Signature Phrases that has the same pitch (scale degree), duration, and placement in the measure in both Phrases. There is only one note that has the same pitch and placement (but not the same duration) in both songs.  The notes in the two Signature Phrases are substantially different.  The harmonies and the rhythms of the two Signature Phrases are different. The chords in the BLURRED Signature Phrase are one measure of E followed by one measure of A.  The chords in the GIVE Signature Phrase are two measures of A7. | Wilbur Decl, 13:82-16:18, ¶¶ 82-100; Miller Decl, Exhibit B (Finell Report), pp. 3-6, ¶¶ 13-17; Exhibit D (Finell Tr), 33:5-8. 75:13-76:9, 79:7-80:8, 80:25-81:6, 97:10-15, 98:21-102:4, and Exhibit 3 to the Finell Tr. |
| 24.     An accurate transcription of the two Signature Phrases (with the one note that has the same pitch and placement but not duration, highlighted) is set forth at page 13, lines 22-26, ¶ 84, of the Wilbur Decl and incorporated herein by reference.  A chart | Wilbur Decl, 13:18-26, ¶ 84, 14:13-23, ¶ 89. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| that accurately reflects the chords, lyrics, and notes (by scale degree) in the two Signature Phrases is set forth at page 14, lines 16-23, ¶ 89, of the Wilbur Decl and incorporated herein by reference. | |
| 25.    The seventh note of the GIVE Signature Phrase is the 2nd scale degree and is held for two full beats.  This 2nd scale degree receives melodic emphasis and creates harmonic tension (because the 2nd scale degree is not a stable note) and rhythmic tension (because it is played before the first beat of the second measure and held for another 1½ beats).  The seventh note of the BLURRED Signature Phrase is the 1st scale degree (the most stable note), is not held, and is then repeated on the first two beats of the next measure.  The 2nd scale degree is the highest note and an important note in the GIVE Signature Phrase.  The BLURRED Phrase does not contain a 2nd scale degree.  An accurate transcription of the Signature Phrases (with the above notes highlighted) is set forth at p. 16, lines 2-15, | Wilbur Decl, 15:10-16:16, ¶¶ 95-99. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| ¶ 99, of the Wilbur Decl and incorporated herein by reference. | |
| 26.　　The Finell Report states that both Signature Phrases "repeat their starting tone several times."  Repeating a starting tone several times in a row is a commonplace musical idea or device.  The 1957 song "Catch a Falling Star," sung by Perry Como, repeats its starting tone five times over the lyric "catch a falling star."  There is nothing original about the musical idea or device of repeating the starting tone of a melodic phrase several times. | Wilbur Decl, 16:21-22, ¶ 101, 17:25-19:10, ¶¶ 106-108; Miller Decl, Exhibit B (Finell Report), p. 4, ¶ 14; Miller Decl, Exhibi, 95:5-96:19. D (Finell Tr), 93:21-94:24. |
| 27.　　The repeated starting tones in GIVE and BLURRED, respectively, have different scale degrees (in GIVE, the first four tones are 5-5-5-5; in BLURRED, the first four tones are 3-3-2#-3), are sung over different chords, repeat a different number of times, and have different melodic contours.  The repeated starting tones in the 1957 song "Catch a Falling Star" have the same scale | Wilbur Decl, 16:23-17:24, ¶¶ 102-105; Miller Decl, Exhibit D (Finell Tr), 113:10-114:18. 115:2-116:4. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| degree as the repeated starting tones in BLURRED, which are different from GIVE. A chart that accurately reflects the notes (by scale degree) of the repeated starting tones in the two Signature Phrases as compared to "Catch a Falling Star" is set forth at page 19, lines 1-10, ¶ 108, of the Wilbur Decl and incorporated herein by reference. | |
| 28.    The Finell Report states that both Signature Phrases "contain the identical scale degree sequence of 5-6-1 followed by 1-5." The sequence of scale degrees of the Signature Phrases for BLURRED and GIVE are different: in GIVE, it is 5-5-5-5-6-1-2-1-5-6; in BLURRED, it is 3-3-#2-3-5-6-1-1-1-5-4-3. The chord patterns are different: two measures of A7 in GIVE; a measure each of E and A in BLURRED. The use of the 5-6-1 scale degree sequence is different:  the 5-6-1 sequence appears in a different location in the measure in each Signature Phrase, and the scale degree sequences preceding and following each 5-6-1 | Wilbur Decl, 19:13-21:10 , ¶¶ 109-117; Miller Decl, Exhibit B (Finell Report), p. 4, ¶ 14. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| sequence are different. | |
| 29.   Even focusing on just the portion of each Signature Phrase that starts with 5-6-1, the scale degree sequences are still different. In GIVE, the sequence is 5-6-1-2-1-5.  In BLURRED, the sequence is 5-6-1-1-1-5. GIVE has a 2nd scale degree in between the 5-6-1 and 1-5 scale degrees; BLURRED does not use a 2nd scale degree.  The 5-6-1 sequence in GIVE starts <u>on</u> the third beat of the first measure.  In BLURRED, the 5-6-1 sequence starts <u>after</u> the third beat, on its <u>off-beat</u>.  GIVE holds for two full beats the 2nd scale degree that is the last note of the first measure.  BLURRED has no held note at the end of the first measure and has notes played on the first two beats of the second measure.  The 5 and 1 scale degrees get more emphasis in GIVE as they fall on the third and fourth beats of the measure, whereas they get less emphasis and are less important in BLURRED as they fall on the "+" of the third and fourth beats | Wilbur Decl, 20:26-21:10, ¶¶ 115-117, 21:17-19, ¶ 119; Miller Decl, Exhibit D (Finell Tr), 108:18-110:3, 115:2-116:4. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 30.    The pitch sequence 5-6-1 is commonplace in popular (and other) music. The 5-6-1 sequence is not original to GIVE. | Wilbur Decl, 21:11-16 , ¶ 118;  Miller Decl, 2:1-4, ¶ 7, Exhibit D (Finell Tr), 105:10-108:17; Exhibit E (Judith Finell affidavit) in *Pyatt v. Jean*, 2004 WL 5530806 (E.D.N.Y. June 10, 2004), p. 4, ¶ 32 ("the scale degrees are 5-6-1-6-5 in both songs"); Exhibit F (Judith Finell affidavit) in *Jorgensen v. Careers BMG Music Publishing*, 2000 WL 34627715 (S.D.N.Y. July 22, 2001), p. 4, ¶ 7 (defendant's hook contained the sequence "5-6-1-2"). |
| 31.    The Finell Report states that both Signature Phrases "contain identical rhythms for the first six tones."  The rhythm of the first six tones of each Signature Phrase is six eighth notes in a row.  A series of six (or more) eighth notes in a row is a common musical idea or device and is not original to GIVE.  Numerous compositions contain six (or more) eighth notes in a row, such as the 1958 Chuck Berry song, | Wilbur Decl, 21:22-22:4, ¶¶ 120-121; Miller Decl, Exhibit B (Finell Report), p. 4, ¶ 14; Exh D (Finell Tr),120:21-121:9. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| "Johnny B. Goode" ("Way down in Louisiana …"), the 1964 Beatles song, "Hard Day's Night" ("And it's worth it just to hear you say …"), and the instrumental melody in the 1975 hit "Low Rider" by War. | |
| 32.    The scale degrees of the first six tones of the Signature Phrases in BLURRED and GIVE are different.  The chords in the first measure of the Signature Phrases are different:  E in BLURRED, A7 in GIVE. The <u>full</u> melodic phrases also are rhythmically different in that the seventh note in GIVE is held for two full beats.  In BLURRED, the seventh note is not held and has a different scale degree than in GIVE. A transcription that accurately reflects the six repeated starting tones and the seventh note in the two Signature Phrases (with each of those notes highlighted) is set forth at page 22, lines 9-25, ¶ 122, of the Wilbur Decl and incorporated herein by reference. | Wilbur Decl, 22:5-23:4, ¶¶ 122-125. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 33.     A melisma is a commonplace musical idea or device where one syllable or lyric is sung over several successive pitches.  There is nothing original to GIVE about the compositional idea or device of putting a melisma at the end of a melodic phrase, and it is common to do so in popular music.  In the 1965 Beatles song "Hard Day's Night," there is a three-note melisma sung on the word "dog" in the lyric "And I've been working like a dog." | Wilbur Decl, 24:10-15, ¶ 132; Miller Decl, Exh D (Finell Tr), 116:18-117:17. |
| 34.     The Finell Report states that both Signature Phrases "use the same device of a melodic 'tail' (melisma) on their last lyric, beginning with the scale degrees 1-5."  The melismas in the second measures of the GIVE and BLURRED Signature Phrases are different in pitches, rhythm, placement in the measure, and melodic contour.  The GIVE melisma consists of three eighth notes.  It starts on the "+" of the second beat and has the contour down-up.  Its three notes are scale degrees 1-5-6.  The | Wilbur Decl, 23:7-24:9, ¶¶ 127-132; Miller Decl, Exhibit B (Finell Report), p. 4, ¶ 14; Miller Decl, Exh D (Finell Tr), 118:8-119:9. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| BLURRED melisma consists of a <u>quarter note, two sixteenth notes, and an eighth note</u>.  It starts <u>on</u> the second beat, and its <u>contour is downward only</u>.  Its <u>four</u> notes are scale degrees 1-5-4-3.  A transcription that accurately reflects the melismas in the two Signature Phrases (with the melisma notes highlighted) is set forth at page 23, lines 12-26, ¶ 127, of the Wilbur Decl and incorporated herein by reference. | |
| 35.    The Finell Report states that both Signature Phrases "contain substantially similar melodic contours (melodic outlines/design)."  The direction of the notes in the BLURRED and GIVE Signature Phrases are not substantially similar.  There are only three potential directions between one note and the next—a series of notes can move up in pitch ("U"), down in pitch ("D"), or stay on the same pitch ("S").  The direction between the notes in GIVE is S-S-S-U-U-U-D-D-U.  The direction between the notes in BLURRED is S-D-U-U-U-U-S-S-D-D-D.  Both Signature Phrases <u>overall</u> | Wilbur Decl, 24:17-25:5, ¶¶ 133-139; Miller Decl, Exhibit B (Finell Report), p. 4, ¶ 14. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| move up in pitch then down again over their two measures, but there is nothing original to GIVE about that overall contour, which is commonplace. | |
| 36.   **ALLEGED SIMILARITY 2:** Similarity 2 relates to what the Finell Report refers to as the "hooks" of GIVE and BLURRED.  The first occurrence of the BLURRED "hook" is in its Signature Phrase.  The duration of the hooks, their placement in the measure, and their rhythm, melody, and harmony are all different.  The two hooks are not substantially similar.  An accurate transcription of the GIVE hook and the first occurrence of the BLURRED hook is set forth at page 26, lines 6-10, ¶ 143, of the Wilbur Decl and incorporated herein by reference.  A chart that accurately reflects the notes (by scale degree) and their melodic rhythm in the two hooks is set forth at page 27, lines 7-10, ¶ 152, of the Wilbur Decl and incorporated herein by reference. | Wilbur Decl, 25:8-27:10, ¶¶ 140-152; Miller Decl, Exhibit B (Finell Report), pp. 6-7, ¶¶ 18-19, Exhibit D (Finell Tr), 124:4-125:5 and Exhibit 4 to the deposition transcript. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 37.    The GIVE hook starts on the <u>third beat</u> of the first measure of the hook phrase and ends on the <u>third beat</u> of the second measure.  The BLURRED hook in its first occurrence in the Signature Phrase starts on the <u>fourth beat</u> of the first measure of the hook and ends on the <u>fourth beat</u> of the second measure and is part of a larger melodic phrase not represented in Musical Example 2b of the Finell Report.  The GIVE hook consists of <u>four notes</u>.  The first two notes are quarter notes.  The second two notes are dotted quarter notes, which are fifty percent longer in duration than a quarter note.  The BLURRED hook consists of <u>seven notes</u>.  The first two notes are eighth notes.  The third and fourth notes are quarter notes, followed by two sixteenth notes and a dotted quarter note (1½ beats). The note on the first beat of the second measure of each hook is different.  In GIVE, the note is the 2nd scale degree, which creates tension.  In BLURRED, the note is the 1st scale degree, the most stable note. The harmonies are different: in GIVE, the | Wilbur Decl, 26:1-27:10, ¶¶ 143-152; Miller Decl, Exhibit D (Finell Tr), 126:4-11, 128:22-129:22, and Exhibit 4 to Finell Tr, 131:4-132:10. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| chord is A7; in BLURRED, the first measure is E, and the second measure is A. | |
| 38.   **ALLEGED SIMILARITY 3:** Similarity 3 concerns the backup vocals for the hooks in Similarity 2.  The Copyright Deposit for GIVE does not contain the backup vocals. | Wilbur Decl, 27:13-14, ¶¶ 153-154, 28:19, ¶ 163; Miller Decl, Exhibit B (Finell Report), pp. 7-8, ¶ 20; Stockett Decl, Exh. C. |
| 39.    Backup vocals are a commonplace musical idea or device.  There is nothing original about having backup vocals beneath a lead vocal in popular music. | Wilbur Decl, 28:17-18, ¶ 162; Miller Decl, Exhibit D (Finell Tr), 136:4-14. |
| 40.    The backup vocals for the GIVE and BLURRED hooks are different.  In GIVE, the backup vocals accompany every note of the hook.  In BLURRED, the backup vocals are not on the first two notes, which gives extra emphasis to the notes in the second measure of the hook, unlike in GIVE.  In GIVE, there are only two notes sung at the same time.  In BLURRED, there are three | Wilbur Decl, 27:19-28:16, ¶¶ 156-161; Miller Decl, Exhibit D (Finell Tr), 133:13-18, 136:4-24, 138:1-11, 138:24-139:8. 142:7-15, and Exhibit 5 to the Finell Tr. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| notes sung at the same time.  In GIVE, the two sung notes form an interval of a perfect fourth.  In BLURRED, the three sung notes form a major chord.  BLURRED has backup vocal notes sung above and below the hook vocal.  GIVE only has one backup vocal note, and it is below the hook vocal.  An accurate transcription of the back-up vocals for the two hooks is set forth at page 27, lines 22-27, ¶ 156, of the Wilbur Decl and incorporated herein by reference. | |
| 41.    **ALLEGED SIMILARITY 4:** Similarity 4 concerns what the Finell Report refers to as "Theme X" in GIVE and BLURRED.  The GIVE Theme X is not contained in the GIVE Copyright Deposit. | Wilbur Decl, 28:23-26, ¶¶ 164-166; Miller Decl, Exhibit B (Finell Report), pp. 8-11, ¶¶ 21-27; Stockett Decl, Exh. C. |
| 42.    The GIVE Theme X starts on the second beat of the measure and has four eighth notes in a row.  The first, second, and fourth eighth notes are c# (3rd scale degree), and the third eighth note is b# (sharp 2nd scale degree).  The GIVE Theme X consists | Wilbur Decl, 29:4-30:4, ¶¶ 168-171. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| of a simple chromatic pitch movement. The melody moves down a half-step interval then back up a half-step interval. The scale degree sequence is 3-3-2#-3. It is a one-measure phrase, repeated in the next two measures. | |
| 43.     Chromatic movement is a commonplace musical idea or device. There is nothing original about melodic movement up and down by half-step intervals. The children's song "Hokey Pokey" contains a half-step chromatic movement up and down at "And you shake it all around. You do the Hokey Pokey." The 1975 War song, "Low Rider," has a series of notes with half-step chromatic movement up and down in the phrase "take a little trip, take a little trip." | Wilbur Decl, 30:5-25, ¶¶ 173-176; Miller Decl, Exhibit D (Finell Tr), 148:9-24, 157:9-158:3, 162:2-9. |
| 44.     The 1966 Lee Dorsey song, "Working In a Coal Mine," has a melodic phrase with the identical notes – *i.e.*, identical scale degrees, duration, placement, rhythm, and chromatic movement – as Musical | Wilbur Decl, 31:15-32:28, ¶¶ 180-183. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| Examples 4B and 4D and (except for one additional note) Example 4C of BLURRED Theme X.  Theme X in BLURRED is closer to "Working In a Coal Mine" than it is to GIVE.  A chart that accurately reflects the notes (by scale degrees) and melodic rhythms of the GIVE Theme X (Musical Example 4A), BLURRED Theme X (Musical Examples 4B-4D), and the first sung line of "Working in a Coal Mine," is set forth at page 32, lines 1-9, ¶ 181, of the Wilbur Decl and incorporated herein by reference.  An accurate transcription of Musical Examples 4A-4E and the first sung line of "Working in a Coal Mine," with the notes in common (*i.e.*, same scale degree and placement) highlighted, is set forth at page 32, lines 18-28, ¶ 183, of the Wilbur Decl and incorporated herein by reference. | |
| 45.    The GIVE Theme X <u>does not appear</u> in BLURRED.  BLURRED does not contain the same series of notes—with the same pitch, duration, rhythm, and placement in the measure—as the GIVE Theme X.  None | Wilbur Decl, 29:4-25, ¶ 168, 30:26-33:14, ¶¶ 177-187; Miller Decl, Exhibit D (Finell Tr), 146:17-147:16, 149:3-150:5, 151:5-156:24, 162:10- |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| of the examples of the BLURRED Theme X (Musical Examples 4B-4E) in the Finell Report are substantially similar to the GIVE Theme X (Musical Example 4A). The duration, order, and placement of the notes in BLURRED is different than in GIVE. An accurate transcription of Musical Examples 4A-4E in the Finell Report is set forth at page 29, lines 14-25, ¶ 168, of the Wilbur Decl and incorporated herein by reference. | 163:24, and Exhibit 6 to the Finell Tr. |
| 46.    Musical Example 4E of BLURRED Theme X contains the pitch sequence **5-5-4#-5-5**, is a <u>two-measure phrase</u>, starts on the <u>offbeat</u> of the <u>third beat</u> of the first measure, and ends on the second beat of the <u>second measure</u>. The GIVE Theme X, by contrast, has the pitch sequence **3-3-2#-3**, is a <u>one-measure phrase</u>, which repeats, starts on the <u>second beat</u> of the first measure, and ends on the offbeat ("+") of the third beat of the <u>first measure</u>. Musical Example 4E does not have the same scale degree, scale degree sequence, placement in the measure, or | Wilbur Decl, 29:4-30:2, ¶¶ 168-171, 32:13-33:14, ¶¶ 183-187; Miller Decl, Exhibit D (Finell Tr), 166:10;14, 169:7-170:24 and Exhibit 7 to the Finell Tr. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| melodic rhythm as the GIVE Theme X. | |
| 47.    **ALLEGED SIMILARITY 5**: Similarity 5 concerns the "'Blurred' Backup Hook" and GIVE Theme X (discussed above).  There is no substantial similarity between the GIVE Theme X and the BLURRED Backup Hook.  The pitch sequences, melodic rhythms, and contour and duration of each phrase are different. The pitch sequences are different—in GIVE, it is **c#-c#-b#-c# (3-3-2#-#)**; in BLURRED, it is **d-d#-e (4-4#-5)**. The GIVE Theme X has four eighth notes and starts on beat two of each measure.  The BLURRED Backup Hook has three eighth notes and starts on beat four of the measure.  An accurate transcription of the BLURRED Backup Hook and GIVE Theme X is set forth at page 34, lines 1-5, ¶ 190, of the Wilbur Decl and incorporated herein by reference. | Wilbur Decl, 33:17-34:16, ¶¶ 188-195; Miller Decl, Exhibit B (Finell Report), pp. 11-12, ¶ 28; Stockett Decl, Exh. C; Miller Decl, Exhibit D (Finell Tr), 173:11-20, 175:5-179:20, 181:2-10, and Exhibit 8 to the Finell Tr. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 48.   **ALLEGED SIMILARITY 6A:** Similarity 6A concerns the bass patterns in the first four measures of an eight measure sequence, respectively, in GIVE and BLURRED.  There are no substantial similarities in the bass patterns in the second four measures of those sequences, which have entirely different chords and notes. | Wilbur Decl, 34:19-28, ¶¶ 196-198; Miller Decl, Exhibit B (Finell Report), pp. 12-13, ¶¶ 29-30. |
| 49.    The only notes in both bass patterns that have the same pitch and placement in the measure in each four measure pattern are the 1st scale degree (or root) of the chord on the first beat of the first measure and on the "+" of the fourth beat in the first and second measures.  An accurate transcription of the bass patterns (highlighted to indicate the three root notes discussed above) is set forth at page 35, lines 5-14, ¶ 199, of the Wilbur Decl and incorporated herein by reference. | Wilbur Decl, 32:1-18, ¶¶ 199-200. |
| 50.    It is the most fundamental role of the bass in popular music to play the 1st scale | Wilbur Decl, 35:19-20, ¶ 21, 36:17-25, ¶¶ 205-207; Miller Decl, |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| degree, or root, of the chord.  It is a commonplace and generic musical device or idea to have the bass play the root, and to play it on the first beat (strongest beat) of the measure or as a lead-in note to the first beat.  In BLURRED, the bass plays the root ("a") on the first beat of each measure.  This is a generic and commonplace musical idea or device. | Exhibit D (Finell Tr), 186:23-187:9, 192:16-25. |
| 51.    In GIVE, the bass <u>does not play</u> the root on the first beat of any measure except the first measure in the first four measure phrase (Musical Example 6A).  The GIVE bass plays the root (a) on the offbeat ("+") of the fourth beat of each of the first three measures in the first four measures of the bass pattern.  By playing the root note (a) on the "+" of the fourth beat but not on the downbeat, the GIVE bass line has a more syncopated rhythm than BLURRED, which plays the root note squarely on the first beat (strongest beat) of each measure.  An accurate transcription of the bass patterns (highlighted to indicate the rhythm of the | Wilbur Decl, 35-36:16, ¶¶ 201-204; Miller Decl, Exhibit D (Finell Tr), 188:2-9, 188:17-190:10 and Exhibit 9 to Finell Tr. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| root notes discussed above) is set forth at page 36, lines 6-16, ¶ 204, of the Wilbur Decl and incorporated herein by reference. | |
| 52.    There are no similarities between the GIVE and BLURRED bass lines other than the commonplace idea of having the bass play the root of the chord.  The placement in the measure where the root is played and the other notes are different in each song. | Wilbur Decl, 34:23-37:6, ¶¶ 198-209; Miller Decl, Exhibit D (Finell Tr), 192:16-25, 193:20-194:4. |
| 53.    The 1972 Curtis Mayfield hit "Superfly" that predates GIVE by five years has a bass line that plays the root (1st scale degree) of the chord on the first beat of the first measure and on the "+" of the fourth beat of the first measure but not on the first beat of the second measure—which is *identical* to how the root is used in the first two measures of GIVE.  The bass notes shared between GIVE and BLURRED are not original to GIVE and were used in "Superfly" five years before GIVE.  A chart that accurately reflects the notes and | Wilbur Decl, 37:7-38:13, ¶¶ 210-211. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| rhythms of the four measure bass patterns in GIVE, BLURRED, and "Superfly" discussed above is set forth at page 37, lines 16-25, ¶ 210, of the Wilbur Decl and incorporated herein by reference.  An accurate transcription of the above bass patterns in BLURRED, GIVE, and "Superfly," with the notes that have the same scale degree and placement in the measure highlighted, is set forth at page 38, lines 7-13, ¶ 211, of the Wilbur Decl and incorporated herein by reference. | |
| 54.   **ALLEGED SIMILARITY 6C:** Musical Example 6C concerns the descending bass pattern that ends the eight measure phrase in each song.  The ending of the eight measure bass phrase in GIVE (Musical Example 6C in the Finell Report) is not contained in the GIVE Copyright Deposit. | Wilbur Decl, 38:14-19, ¶ 212; Miller Decl, Exhibit B (Finell Report), pp. 13-14, ¶ 31; Stockett Decl, Exh. C. |
| 55.    The descending patterns in GIVE and BLURRED are not substantially similar, | Wilbur Decl, 38:14-39:8, ¶¶ 212-214; Miller Decl, Exhibit D (Finell Tr), |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| including that the last measures of each eight measure bass pattern do not have a single note in common with the same pitch and placement in the measure, do not have the same rhythm, and are in support of different chords (A7 in GIVE, E in BLURRED).  The only note with the same pitch and placement (but not duration) occurs in the first beat of the first measure in the <u>next</u> eight measure phrase (discussed in Similarity 6A).  An accurate transcription of the two descending bass patterns is set forth at page 35, lines 24-28, ¶ 219, of the Wilbur Decl and incorporated herein by reference. | 194:5-16, 194:25-196:12. |
| 56.    It is a commonplace and generic musical device or idea in popular music to have a variation on the bass pattern at the end of a four or eight measure phrase to indicate the end of the phrase and beginning of the next phrase or section.  It is a commonplace and generic musical device or idea in popular music to have a descending bass pattern at the end of a phrase or section.  The use of a descending bass | Wilbur Decl, 39:9-14, ¶¶ 215-216; Miller Decl, Exhibit D (Finell Tr), 197:13-197:15. |

KING, HOLMES,
PATERNO &
BERLINER, LLP

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| pattern at the end of the phrase is not original to GIVE. | |
| 57.     It is a commonplace and generic musical device or idea in dance or disco music to have a descending bass line consisting of alternating octave notes.  The song "Funkytown" released by Lipps Inc. in 1980 contains an alternating octave note, descending bass phrase. | Wilbur Decl, 38:12-16, ¶¶ 216-218. |
| 58.     The last measure of the eight measure bass melody in BLURRED contains a descending bass line using alternating octave notes.  GIVE has no such descending bass line using alternating octave notes. | Wilbur Decl, 38:19-22, ¶¶ 219-220. |
| 59.     **ALLEGED SIMILARITY 7:** Similarity 7 concerns the keyboard parts in the two songs.  The keyboard part in GIVE is not contained in the GIVE Copyright Deposit. | Wilbur Decl, 39:25-28, ¶¶ 221-223; Miller Decl, Exhibit B (Finell Report), pp. 14-15, ¶ 32; Stockett Decl, Exh. C. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
| --- | --- |
| 60.     It is a commonplace and generic musical idea or device in popular music to have a piano or other instrument (*e.g.*, guitar) play chords on the offbeat.  There is nothing original about "comping" on the offbeats.  The 1975 hit song by War, "Low Rider," contains an electric piano part that emphasizes chords on the offbeat ("+"). | Wilbur Decl, 40:13-16, 19-20, ¶¶ 227, 229; Miller Decl, Exhibit D (Finell Tr), 204:8-24, 205:10-22. |
| 61.     The electric piano is a commonplace rhythm section instrument in popular music.  The electric piano sounds in BLURRED and GIVE are common and generic. | Wilbur Decl, 40:17-18, ¶ 220. |
| 62.     The rhythms of the keyboard parts in BLURRED and GIVE are different.  The piano in BLURRED plays chords on the offbeat of each beat.  The piano in GIVE plays four eighth notes in a row, then five offbeats, of which the last is held twice as long as the preceding chords, followed by an eighth rest. | Wilbur Decl, 40:1-10, ¶¶ 224-225; Miller Decl, Exhibit D (Finell Tr), 198:7-200:22 and Exhibit 11 to the Finell Tr. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 63.     The chords of the keyboard parts in BLURRED and GIVE are different: the BLURRED chord is an A major triad (three notes); the GIVE chord is an A7 (four notes).  An accurate transcription of the respective keyboard parts in BLURRED and GIVE that are identified as Similarity 7 in the Finell Report is set forth at page 40, lines 2-6, ¶ 224, of the Wilbur Decl and incorporated herein by reference. | Wilbur Decl, 40:1-12, ¶¶ 224-226; Miller Decl, Exhibit D (Finell Tr), 201:3-202:3 and Exhibit 11 to the Finell Tr. |
| 64.     **ALLEGED SIMILARITY 8:** Similarity 8 concerns the percussion parts in the two songs.  The percussion parts in GIVE, including the cowbell and hi-hat elements referenced at pages 15-16 of the Finell Report, are not contained in the GIVE Copyright Deposit. | Wilbur Decl, 40:23-27, ¶¶ 230-232; Miller Decl, Exhibit B (Finell Report), pp. 15-16, ¶¶ 33-34; Stockett Decl, Exh. C. |
| 65.     The Finell Report says that both compositions have a cowbell part.  The percussion part that is identified as a "cowbell" in the Finnell Report was created | Wilbur Decl, 41:1-4, ¶ 233; Miller Decl, 1:21-23, ¶ 5, Exhibit C (Jack Ashford deposition transcript), |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| in GIVE by the percussionist tapping on the side of a Coke bottle.  The percussion part in BLURRED is a digital cowbell sound. | 24:7-11. |
| 66.    There is nothing original about using a cowbell in popular music.  A number of Beatles songs from the 1960s – "Taxman," "Drive My Car," "Hard Day's Night," and "I Call Your Name" – feature a cowbell, as do Barry White's "Can't Get Enough of Your Love" released in 1974, Stevie Wonder's "Pastime Paradise" released in 1976, and War's 1975 hit "Low Rider," which begins with a prominent sole cowbell rhythm.  All of these songs predate GIVE. | Wilbur Decl, 41:25-42:2, ¶ 237; Miller Decl, Exhibit D (Finell Tr), 206:23-210:1. |
| 67.    The rhythms of the two "cowbell" percussion parts here are significantly different.  The BLURRED cowbell part is comprised of 16th note rhythms that occur on the second half (offbeat, or "+") only of each beat and has no note played on any beat in any measure.  The GIVE Coke bottle part has no 16th notes (it is an 8th note | Wilbur Decl, 41:5-24, ¶¶ 234-236; Miller Decl, Exhibit D (Finell Tr), 210:1-24. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| rhythm), and it has notes played on three out of the four beats in each measure.  An accurate transcription of the "cowbell" parts in BLURRED and GIVE is set forth at page 41, lines 7-14, ¶ 234, of the Wilbur Decl and incorporated herein by reference. | |
| 68.   The Finell Report also states that an open hi-hat sound occurs on the second half (or offbeat) of beat four in both BLURRED and GIVE.  Playing an open hi-hat on the second half ("+") of beat four is a commonplace and generic device used by drummers in popular music.  There is nothing original about this device.  For example, the 1972 song "Superfly" by Curtis Mayfield, the 1974 hit song, "The Hustle," and the 1975 hit song, "TSOP (The Sound of Philadelphia)," each have an open hi-hat on the second half ("+") of beat four. All three songs were prior to GIVE (1977). | Wilbur Decl, 42:3-11, ¶¶ 238-239; Miller Decl, Exhibit B (Finell Report), pp. 16, ¶ 33.b; Exhibit D (Finell Tr), 211:19-212:19. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 69.    **ALLEGED ADDITIONAL DISTINCTIVE SIMILARITIES:** "Additional Distinctive Similarities" are discussed at pages 16-17 of the Finell Report and are described as the use of falsetto singing, the use of background party noise, and the omission of a guitar in each song.  The Additional Distinctive Similarities, including the use of falsetto singing, background party noise, and the omission of a guitar, are not reflected in the GIVE Copyright Deposit.  These purported "Similarities" are performance and arrange-ment choices in the GIVE sound recording and are not part of the GIVE composition. | Wilbur Decl, 42:14-23, ¶¶ 240-243; Miller Decl, Exhibit B (Finell Report), pp. 16-17, ¶¶ 36-40; Stockett Decl, Exh. C. |
| 70.    The musical idea or device of falsetto background singing is commonplace and not original to GIVE.  Frankie Vallie and the Four Seasons in the 1950s and Smokey Robinson in the 1960s used male falsetto in a number of songs, as did Curtis Mayfield in "Superfly" in 1972, Eddy Kendrick in his 1973 hit "Keep on Trucking," and The Bee | Wilbur Decl, 42:24-28, ¶ 244;Miller Decl, Exhibit D (Finell Tr), 212:20-213:5. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| Gees in their 1976 hit "You Should Be Dancing." | |
| 71.    There is no background party noise in BLURRED.  While there are vocal "whoops" in the background, these are isolated vocalizations, whereas in GIVE the party noise is just that – noise that simulates the sound of a lively party. | Wilbur Decl, 43:1-4, ¶ 245; Miller Decl, Exhibit D (Finell Tr), 214:18-213:15. |
| 72.    Not all songs use a guitar.  Whether to use a guitar in performing a composition is an arrangement choice and not a compositional element.  There is nothing original about recording a song without a guitar in the instrumental track.  There is a guitar part in "Got to Give It Up (Part 2)," as indicated in the GIVE Copyright Deposit. | Wilbur Decl, 43:5-9, ¶ 246; Stockett Decl, Exh. C, p. 4 (at bottom of page 4 of the "Got to Give It Up (Part 2)" sheet music); Miller Decl, Exhibit D (Finell Tr), 213:6-24. |
| 73.    BLURRED and GIVE are in the style of soul or rhythm and blues.  The vast majority of modern American popular music, including, soul, dance, and rhythm | Wilbur Decl, 43:11-13, ¶¶ 247-248. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| and blues music, is in 4/4 time.  So are BLURRED and GIVE. | |
| 74.    It has been commonplace since the 1970s for disco, soul, and other dance music to have a tempo in the range of 120-128 beats per minute (BPM).  The BLURRED and GIVE sound recordings, respectively, are both in the range of 120-128 BPM.  The tempo of both songs in their respective sound recordings is commonplace, particularly given their musical style. | Wilbur Decl, 43:17-21, ¶¶ 250-251. |
| 75.    The drum patterns in the BLURRED and GIVE sound recordings are commonplace for dance music and are not substantially similar. | Wilbur Decl, 43:22-23, ¶ 252. |
| 76.    There is no musicological evidence that any part of GIVE was copied in BLURRED.  Any similarities between GIVE and BLURRED are insignificant and commonplace practices and do not represent | Wilbur Decl, 43:14-26, ¶¶ 249, 253; *see generally,* Wilbur Decl, pp. 1:2-43:26, ¶¶ 1-253; *see* Miller Decl, Exhibit D (Finell Tr), 84:22-86:13 (testifying that the alleged similarities |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| expression that is original to GIVE.  Any perceived similarity in the sound of the recordings of BLURRED and GIVE does not relate to their underlying compositions but instead concerns arrangement, performance, or production elements that are not original to GIVE. | that allegedly are obvious enough for a lay listener to hear them are only the cowbell, keyboard, and bass parts). |

**COUNT 2/SECOND CAUSE OF ACTION IN DEFENDANTS' COUNTERCLAIMS HAS NO MERIT BECAUSE "LOVE AFTER WAR" DID NOT COPY ANY PROTECTABLE ELEMENTS OF "AFTER THE DANCE"**

| | |
|---|---|
| 77.     Defendants allege that they own the copyright in the Marvin Gaye musical composition "After the Dance" ("DANCE"), which is registered in the United States Copyright Office, Registration Numbers EP 351-582, PA 002-617, and RE 903-945.  A true and correct copy of Registration No. EP 351-582 is attached as Exhibit B to the Stockett Declaration filed in support of this Motion and incorporated by reference.  The copyright in DANCE (EP | Frankie/Nona Counterclaims, 6:24-7:13, ¶¶ 11-13, 17:9-13, ¶ 47, 28:11-14, ¶ 93; Marvin Counterclaim, 5:16-18, ¶ 7, 8:21-9:1, ¶¶ 22-23, 14:19-22, ¶ 55; Stockett Decl, 1:13-15, ¶ 4, Exhibit B. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 351-582 ) was initially registered in 1976. | |
| 78.    The Copyright Deposit for DANCE consists of sheet music, a true and correct copy of which is attached as Exhibit D to the Stockett Declaration and incorporated herein by reference. | Stockett Decl, 1:16-21, ¶¶ 5-6, Exhibit D. |
| 79.    Plaintiffs' composition and sound recording "Love After War" ("WAR") and DANCE are in different keys.  DANCE is in the key of E.  WAR is in the key of Bb minor.  All references herein to WAR, including all references to notes, pitches, and chords in WAR refer to WAR as transposed into the key of E for purposes of comparison to DANCE. | Wilbur Decl, 44:5-11, ¶¶ 255-256. |
| 80.    There is no substantial similarity between the structures of DANCE and WAR.  After an eight measure introduction and nine measure chorus, the structure of DANCE is verse, pre-chorus, chorus, which | Wilbur Decl, 44:14-45:19, ¶¶ 257-263. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| sequence is repeated, followed by the introduction again, and ending with a chorus that is repeated (six times in the DANCE sound recording).  After a nine measure chorus, the structure of WAR is verse-chorus, which sequence is repeated, followed by a nine measure break, and then the chorus is repeated five times.  The structures are different in that DANCE has a repeated "verse, pre-chorus, chorus," while WAR has a repeated "verse, chorus." | |
| 81.    Both song structures are commonplace musical ideas or devices and were so prior to 1976 when DANCE was written.  Neither the "verse, pre-chorus, chorus" structure of DANCE nor the "verse, chorus" structure of WAR is original.  Both DANCE and WAR end on a chorus that is repeated multiple times (five times for WAR, six times for DANCE).  Repeating the chorus at the end of a song is a commonplace musical idea or device and was so prior to 1976 when DANCE was written.  Repeating the chorus at the end of | Wilbur Decl, 44:14-45:19, ¶¶ 257-263. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| a song is not an original idea. | |
| 82.    There is no substantial similarity between the melodies of DANCE and WAR.  The only melodic similarity in the two songs appears in the chorus of each song and consists of one note (g#) with the same pitch and placement in the measure, which is repeated four times in the chorus. However, the <u>melodic rhythm</u>, the <u>melodic contour</u>, and the <u>duration</u> of that final note are different in each song.  An accurate transcription of the chorus sections of WAR and DANCE (with the one note {g#}with the same pitch and placement in each song highlighted) is set forth at page 46, lines 3-16, ¶ 266, of the Wilbur Decl and incorporated herein by reference. | Wilbur Decl, 45:22-49:18, ¶¶ 264-287. |
| 83.    Except for the single note in common (g#), there are no notes with the same pitch in common between the two chorus sections.  The WAR notes are b-a-b-g#-b-a-b-g#-b-d#-b-g#- b-a-b-g#.  The DANCE | Wilbur Decl, 45:22-48:27, ¶¶ 264-282. |

King, Holmes, Paterno & Berliner, LLP

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| notes are e-f#-g#-f#-e-f#-g#-f#-e-f#-g#-f#-f#-e-e-f#-f#-f#-g#.  The length and melodic rhythms of the two chorus phrases are different.  The two phrases also start and end in different places in the measure.  The melodic contours of the two chorus melodies also are completely different.  The direction of notes—up (U), down (D), or repeat the same note (S)—in the two chorus melodies is very different:  in WAR, the note direction is D-U-D-U-D-U-D-U-U-D-D-U-D-U-D; in DANCE, it is U-U-D-D-U-U-D-D-U-U-D-S-D-S-U-S-S-U. | |
| 84.    The ways that the melodies of each song interact with the chords and lyrics in each respective song are also completely different.  In DANCE, a <u>new chord accompanies each melody note</u> and lyric in the first five measures of the chorus.  In WAR, there are several notes played before a new chord is played.  <u>Each note</u> and lyric in WAR is <u>not accompanied by a new chord</u>, unlike in DANCE. | Wilbur Decl, 49:1-6, ¶¶ 283-284. |

| **UNCONTROVERTED FACTS** | **SUPPORTING EVIDENCE** |
|---|---|
| 85.    The manner in which a new chord accompanies each melody note in DANCE strongly emphasizes the rhythm of the melody, which rhythm is a quarter note on the first beat of the first measure, a dotted quarter note on the third beat of the first measure, then an eighth note on the "+" of the fourth beat of the first measure which is held for the first two beats of the second measure, and finally a dotted quarter note on the offbeat ("+") of the third beat of the second measure.  The melodic rhythm of the DANCE melody is an integral part of the hook, and also is supported by the bass notes, which emphasize the same rhythm.  WAR, by contrast, has no similar use of a new chord on each new note in the melodic phrase.  The last note of the WAR melody in the first measure of the phrase is played <u>before</u> the chord change that occurs on the first beat of the next measure.  WAR has a very different rhythm than DANCE. | Wilbur Decl, 49:7-18, ¶¶ 285-287. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 86.    There is no substantial similarity in the harmonies of DANCE and WAR.  There is no similarity at all between the harmonies (chord patterns) anywhere in the songs other than in the chorus of each song, where both songs use an E major seventh (Emaj7) chord repeated four time in the chorus, as well as a B minor seventh (Bmin7) chord that appears only <u>once</u> in the chorus of WAR but <u>four times</u> in the chorus of DANCE.  The use of the Emaj7 chord four times and the Bmin7 once in the eight measure chorus of WAR is not a substantial similarity to DANCE. | Wilbur Decl, 49:21-51:18, ¶¶ 288-302. |
| 87.    The Emaj7 chord in each chorus appears at different places in the measure. In WAR, the Emaj7 chord falls <u>on beat one</u> of the <u>second measure</u>.  In DANCE, the Emaj7 chord starts on the <u>offbeat</u> ("+") of <u>beat four</u> in the <u>first measure</u>.  In WAR, the Bmin7 chord is only used once, in beat three of the third measure.  Otherwise, the B chord used in the WAR chorus is B7, which is a major chord.  DANCE does not contain | Wilbur Decl, 50:1-51:16, ¶¶ 290-301. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| a B7 in its chorus.  The chord patterns in the two songs are different in all other respects. An accurate transcription of the chorus sections in WAR and DANCE, including the chords (with the Emaj7 and Bmin7 chords highlighted), is set forth at page 50, lines 4-17, ¶ 290, of the Wilbur Decl and incorporated herein by reference. | |
| 88.    In WAR: the chorus starts with an Esus4/F# chord; in the third and fifth measures, the first chord is an Em/A chord; in the seventh measure, the first chord is a Cmaj7 chord.  DANCE does not contain an Esus4/F# chord, and Emin/A chord, or a Cmaj7 chord.  In DANCE, the first chord of the first, third, fifth, and seventh measures of the chorus is an Am7 chord.  WAR does not contain an Am7 chord in the chorus. | Wilbur Decl, 50:27-51:9, ¶¶ 295-298. |
| 89.    DANCE repeats the same four chord sequence over a two measure phrase, which phrase is repeated three more times over the eight measure chorus.  WAR uses three | Wilbur Decl, 51:10-14, ¶¶ 299-300. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| chords over a two measure phrase, and those chords vary as the two measure phrase is repeated three more times over the eight measure chorus. | |
| 90.    It is commonplace for two songs to have one or two (or more) chords in common.  That similarity alone between WAR and DANCE is not substantial. | Wilbur Decl, 51:17-18, ¶ 302. |
| 91.    The DANCE Copyright Deposit does not contain backup vocals. | Wilbur Decl, 51:19, ¶ 303; Stockett Decl, Exh. D. |
| 92.    The backup vocals in the choruses of DANCE and WAR are not substantially similar.  The backup vocals in the DANCE chorus are three part harmonies, consisting of two vocal notes sung below each lead melody note.  There are backup vocals for every note in the DANCE chorus.  In WAR, the only backup vocal is on the last note of the first measure of each two measure phrase.  In measures one, three, and five of | Wilbur Decl, 51:20-52:25, ¶¶ 304-306. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| the chorus, the backup vocal is <u>only one note (two part harmony)</u>.  The WAR backup vocals have different placement in the melodic phrase from DANCE and are sung above rather than below the lead vocals.  An accurate transcription of the chorus sections in WAR and DANCE, with the backup vocals notated and highlighted, is set forth at page 52, lines 1-13, ¶ 304, of the Wilbur Decl and incorporated herein by reference. | |
| 93.    There is no substantial similarity between the lyrics of DANCE and WAR. | Wilbur Decl, 53:3-4, ¶ 307. |
| 94.    There is no substantial similarity in the rhythms of DANCE and WAR.  The only similar melodic rhythm is the note that is sung on the offbeat ("+") of the fourth beat in the first measure of the chorus (and again in the third, fifth, and seventh measures of the chorus).  There are no other similar rhythms in the two songs. | Wilbur Decl, 53:7-10, 14, ¶¶ 308-309, 311. |

King, Holmes, Paterno & Berliner, LLP

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 95.　There is nothing original about singing a note on the "+" of the fourth beat. This is a common compositional choice that provides emphasis by starting the held note just before the downbeat of the next measure as opposed to on that beat. | Wilbur Decl, 53:11-13, 14, ¶ 310. |
| 96.　The overall rhythmic groove or feel of DANCE was not original in 1976 when DANCE was created.  The following songs, which were released in 1972, have a similar feel to DANCE:  "I'm Still In Love With You," "Let's Stay Together," and "Love and Happiness," by Al Green, and "Suavecito" by Malo.  Those songs also include similar harmonic elements to DANCE, including the use of jazz influenced chords. | Wilbur Decl, 53:15-20, 14, ¶ 312. |
| 97.　The only similarities – which are trivial and insubstantial – between DANCE and WAR in terms of melody, rhythm, harmony, structure, or lyrics are the single note (g3) and the Bm7 and Emaj7 chords in | Wilbur Decl, 53:22-26, ¶ 313; *see generally* Wilbur Decl, 43:26-53:26, ¶¶ 254-313. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
| --- | --- |
| the choruses of the two songs, as discussed above.  The use of a single note, or of the chords Bm7 and Emaj7, in the chorus of each song is not a substantial similarity. | |

Based on the foregoing uncontroverted facts, the following Conclusions of Law should be made.

## CONCLUSIONS OF LAW

1.      The Court has jurisdiction of this action pursuant to 28 U.S.C. § 1331.

2.      Plaintiffs/Counter-Defendants did not copy any protectable elements of the Marvin Gaye composition "Got to Give It Up" in the composition and sound recording, "Blurred Lines."  As a matter of law no reasonable juror could find substantial similarity of ideas and expression between "Got to Give It Up" and "Blurred Lines."  Any copying of any protectable elements of GIVE in BLURRED is *de minimis.*

3.      Plaintiffs/Counter-Defendants did not copy any protectable elements of the Marvin Gaye composition "After the Dance" in the composition and sound recording , "Love After War."  As a matter of law no reasonable juror could find substantial similarity of ideas and expression between "After the Dance" and "Love After War." ."  Any copying of any protectable elements of DANCE in WAR is *de minimis.*

4.      Judgment shall be entered: (a) in favor of Plaintiffs/Counter-Defendants on Defendants/Counterclaimants' Counterclaims, and Defendants shall take nothing by their Counterclaims; and (b) in favor of Plaintiffs on their Complaint against Defendants declaring that the musical composition and sound recording. "Blurred Lines," written and recorded by Plaintiffs, does not infringe the

1  copyright in the Marvin Gaye musical composition, "Got to Give It Up (Part 1 and
2  Part 2)," registered with the United States Copyright Office as Registration No. EP
3  366530 and renewals therein.  Plaintiffs are the prevailing party in this action and
4  are entitled to recover their costs of suit and reasonable attorneys' fees under 17
5  U.S.C. § 505 in an amount to be determined by noticed motion and bill of costs.

8  DATED: _____     _____
9                                                                         HON. JOHN A. KRONSTADT
10                                                                      JUDGE, UNITED STATES DISTRICT
                                                                                        COURT

13                      Respectfully submitted:

15  DATED:  July 21, 2014                          KING, HOLMES, PATERNO &
                                                                      BERLINER, LLP

18  By: _____
19                                                            HOWARD E. KING
20                                                              SETH MILLER
                                                     Attorneys for Plaintiffs and Counter-Defendants
21                                                   PHARRELL WILLIAMS, et al.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 22, 2014, I electronically filed the foregoing **STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** with the Clerk of the Court by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_Joey S. Gossett-Evans_

Joey S. Gossett-Evans