KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**PLAINTIFFS AND COUNTER-DEFENDANTS' EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:   October 20, 2014<br>Time:   8:30 a.m.<br>Crtrm.: 750<br><br>Action Commenced: August 15, 2013<br>Trial Date:           February 10, 2015 |

/ / /

/ / /

4112.060/786369.1

Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION hereby submit their evidence in support of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment against Defendants/Counter-Claimants:

## TABLE OF CONTENTS

**Declaration of Sandy Wilbur** (56 pages with attached Exhibits)

    **Exhibit A:**  Glossary of Commonly Used Musical Terms

    **Exhibit B:**  Lyrics and Song Structure for "Blurred Lines"

    **Exhibit C:**  Lyrics and Song Structure for "Got To Give It Up"

    **Exhibit D:**  Resume of Sandy Wilbur

    **Exhibit E:**  Qualifications of Sandy Wilbur

**Declaration of Donna Stockett** (1 page with attached Exhibits)

    **Exhibit A:**  Original Copyright Registration for "Got To Give It Up"

    **Exhibit B:**  Original Copyright Registration for "After The Dance"

    **Exhibit C:**  Original Copyright Deposit for "Got To Give It Up"

    **Exhibit D:**  Original Copyright Deposit for "After The Dance"

**Declaration of Seth Miller** (3 pages with attached Exhibits)

    **Exhibit A:**  Excerpts from Defendants' Frankie Christian Gaye and Nona Marvisa Gaye Counterclaims, filed on October 30, 2013

    **Exhibit B:**  Preliminary Report of Judith Finell dated October 17, 2013

    **Exhibit C:**  Excerpts from transcript of deposition of Jack Ashford

    **Exhibit D:**  Excerpts from transcript of deposition of Judith Finell

    **Exhibit E:**  Affidavit of Judith Finnell in *Pyatt v. Jean*, 2004 WL 5530806 (E.D.N.Y. June 10, 2004)

KING, HOLMES,
PATERNO &
BERLINER, LLP

1 | **Exhibit F:** Affidavit of Judith Finnell in *Careers BMG Music Publishing*,
2 | 2000 WL 34627715 (S.D.N.Y. July 22, 2001)
3
4 | DATED: July 21, 2014       KING, HOLMES, PATERNO &
5 |                            BERLINER, LLP
6
7 |                            By: */s/ Seth Miller/*
8 |                                HOWARD E. KING
9 |                                SETH MILLER
10|                            Attorneys for Plaintiffs and Counter-Defendants
   |                            PHARRELL WILLIAMS, et al.

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/786369.1                           2

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2014, I electronically filed the foregoing **PLAINTIFFS AND COUNTER-DEFENDANTS' EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joey S. Gossett-Evans*
Joey S. Gossett-Evans

King, Holmes, Paterno & Berliner, LLP

4112.060/786369.1