# DECLARATION OF SANDY WILBUR

## DECLARATION OF SANDY WILBUR

I, Sandy Wilbur, declare as follows:

1.     I am over the age of 18 and not a party to this action.  I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2.     I have worked extensively as a forensic musicologist for over 25 years. My background and qualifications are discussed below at Paragraphs 313-318.

3.     A Glossary of Commonly Used Musical Terms I prepared that defines certain musical terms used in this Declaration is attached hereto as **Exhibit A**.

### A.     SUMMARY OF WORK PERFORMED IN THIS ACTION

4.     I have performed a musicological analysis of the four compositions and sound recordings at issue in this lawsuit, as follows:

(a)     "Blurred Lines" ("BLURRED") and "Got to Give It Up" ("GIVE") obtained from the following albums: "Blurred Lines" by Robin Thicke (featuring T.I. & Pharrell) on the Robin Thicke album entitled "Blurred Lines (Deluxe Edition)" released in 2013, and "Got To Give It Up" by Marvin Gaye from the Marvin Gaye album entitled "Every Great Motown Hit of Marvin Gaye" released by Motown in 1983; and,

(b)     "After the Dance" ("DANCE") and "Love After War" ("WAR") obtained from the following albums:  "After the Dance (Vocal Version)" from the 1976 Marvin Gaye album entitled "I Want You," and "Love After War" from the 2011 Robin Thicke album entitled "Love After War (Deluxe Version)."

5.     I also have reviewed sheet music for "Got to Give It Up" and "After the Dance" that I understand was obtained from the Library of Congress and is a true copy of the copyright deposit submitted to the United States Copyright Office when the copyrights in the compositions "Got to Give It Up" and "After the Dance" were registered on behalf of Marvin Gaye (the "Copyright Deposit" for GIVE/DANCE).

1      6.     I also have reviewed the Preliminary Report of Judith Finell ("Finell

2  Report") attached to the Counter-Claims filed by the Defendants in this action.

3      **B.**    **SUMMARY OF MUSICOLOGICAL CONCLUSIONS**

4      7.     There is no substantial similarity between the composition GIVE and

5  the composition and sound recording BLURRED.  There are no substantial

6  similarities in melody, harmony, rhythm, lyrics, or structure between the two songs.

7      8.     The purported similarities between BLURRED and GIVE described in

8  the Finell Report are either not similar or are commonplace or insubstantial, as set

9  forth in more detail below.

10      9.     There is no substantial similarity between the composition DANCE and

11  the composition and sound recording WAR.  There are no substantial similarities in

12  melody, harmony, rhythm, lyrics, or structure between the two songs.

13      **C.**    **DEFINITION OF A MUSICAL COMPOSITION**

14      10.    Generally, the elements of a musical composition are melody, rhythm,

15  harmony, structure, and lyrics (if they are included in the musical composition).

16      11.    Musical notes have two components:  pitch and duration.

17      12.    A melody is a horizontal succession of single pitches and rests, each

18  with a specific duration.

19      13.    Melodic rhythm refers to the duration and accent patterns of the notes

20  and rests in relation to one another, including their position in the measure.

21      14.    A melodic phrase is a grouping of notes and rests, with a specific

22  melodic rhythm, into a unit or statement with a specific beginning and end.

23      15.    The composition of a song typically contains a number of different

24  melodic phrases organized to form sections of the song (verse, chorus, bridge, etc.).

25      16.    The structure of a composition consists of its organization into different

26  sections (verse, chorus, bridge, break, etc.), and the respective length of each

27  section.

28  / / /

## D.     MUSICOLOGICAL METHOD FOR COMPARING WORKS

17.     In comparing two musical works for substantial similarity, I look for any similarities between the melodies, harmonies, rhythm, lyrics, and structures of the two works and compare and contrast those similar elements.  I also look for the important weighted notes in melodic phrases, *i.e.*, those notes that stand out and are the most important to the listener.

18.     In comparing melodies, it is critical to look at their harmonic context. The relationship of a note (pitch) to the chord(s) over which it is played (harmony) can significantly alter the melodic impact of that note.

19.     For example, melodies typically use both stable notes and notes that create tension.  The relationship of a note (pitch) to its harmonic context and its rhythmic emphasis can make a big difference to whether the note is stable or creates tension that wants to resolve.

20.     In comparing melodic rhythms, the placement in the measure where a series of notes occurs affects and in part defines the melodic rhythm of the phrase.

21.     In 4/4 time, the first beat usually is the strongest beat of the measure (the most rhythmic emphasis).  The third beat usually is the second strongest beat.

22.     A sequence of notes in a melody will have a different "feel" depending upon its placement relative to the beats in the measure and its placement in the larger melodic phrase, if any.

23.     The five elements of a musical composition – melody, rhythm, harmony, structure, and lyrics (if included) – are what a musicologist looks at to determine whether original material from one composition is substantially similar to that found in another composition or sound recording.  All five elements must be compared in order to fully and accurately analyze whether any substantial similarity exists.  The degree and importance of the similar elements also must be taken into consideration.

/ / /

1        **E.      BLURRED AND GIVE ARE NOT SUBSTANTIALLY SIMILAR**

2        24.      I have summarized below the conclusions I have drawn from my

3  comparison of BLURRED and GIVE.

4        25.      As a preliminary observation, BLURRED and GIVE are written in

5  different keys.  BLURRED is in the key of G.  GIVE is in the key of A.

6        26.      Following generally accepted musicological practice, I have transposed

7  BLURRED to the key of A for purposes of comparing it to GIVE.  All references to

8  notes, pitches, and chords in BLURRED herein and all transcriptions of BLURRED

9  herein are in the key of A.  All other music examples from other works have been

10 transposed to the key of A, as well.  In the key of A, the notes may be referred to by

11 their pitches (a-b-c#-d-e-f#-g#) or by their respective scale degrees (1-2-3-4-5-6-7).

12 For example, the 1st scale degree in the key of A major is the pitch "a," the 2nd scale

13 degree is the pitch "b," etc.  In my discussion of BLURRED and GIVE below, if

14 two notes have the same pitch in each song, they also have the same scale degree,

15 and vice versa, because I have transposed BLURRED to the key of A herein.

16              **(i)      The Melodies of BLURRED and GIVE Are Not Similar**

17       27.      There is no substantial similarity between the melodies of BLURRED

18 and GIVE.

19       28.      There is no melodic phrase in GIVE that also appears in BLURRED.

20              **(ii)      The Rhythms of BLURRED and GIVE Are Not Similar**

21       29.      There is no substantial similarity between the rhythms of BLURRED

22 and GIVE.

23       30.      The Copyright Deposit for GIVE is the composition:  the Copyright

24 Deposit contains the melody, rhythm, harmony, structure, and lyrics of GIVE.

25       31.      The only rhythm in the Copyright Deposit is the melodic rhythm of the

26 lead vocal and the bass, which are not substantially similar to any rhythm in

27 BLURRED, as discussed in more detail below in my response to the Finell Report.

28 / / /

King, Holmes,
Paterno &
Berliner, LLP

4112.060/766680.1                                        4

32.     The sixteenth note rhythms that are prominent in BLURRED are quite different from the mainly eighth note rhythm in GIVE.

33.     The bass pattern of GIVE emphasizes the offbeat (or "+") of the fourth beat of the measure.  In BLURRED, the bass plays on the first beat of every measure.  The bass rhythm in BLURRED is on the beat, whereas it is generally off the beat in GIVE.

34.     Other rhythmic differences can be found throughout the two songs.

### (iii)     The Harmonies of BLURRED and GIVE Are Not Similar

35.     There is no substantial similarity between the harmonies of BLURRED and GIVE.

36.     The chord patterns of BLURRED and GIVE are entirely different.

37.     There is no sequence of two chords played in the same order and for the same number of measures (duration) in GIVE and BLURRED.

38.     There are no three chords in common in GIVE and BLURRED.

39.     BLURRED has two chords, both major, with no dominant sevenths.  A dominant seventh chord adds a fourth note to the three note chord.  The A major chord (A) uses the notes a, c#, and e, while the A dominant seventh chord (A7) uses the four notes a, c#, e, and g.

40.     GIVE has six chords, two minor, four major, all sevenths.

41.     The chord pattern in BLURRED consists of 4 measures of A major followed by 4 measures of E major.

42.     The chord pattern in GIVE consists of 8 measures of A7 followed by one measure each of  D7, E7, A7, B7, D7, E7, A7, and B7.  In addition, GIVE has a 24 measure break section that, after 8 measures of A7, contains 4 measures of A minor seventh (Am7), followed by 8 measures of D minor seventh (Dm7), followed by 2 measures of Am7, followed by 2 measures of A7.  The ending of GIVE is a repeated A7 chord (which last for 28 measures in the sound recording of GIVE).

/ / /

43.     Below is a chart comparing the chord patterns of BLURRED and GIVE for the first sixteen measures (after the eight measure instrumental introduction in GIVE) of each of the two works (this chart does not include the 24 measure break section of GIVE, which uses minor chords, as described in more detail below).

| Measure | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Give It Up | A 7 | A 7 | A 7 | A 7 | A 7 | A 7 | A 7 | A 7 | D7 | E7 | A7 | B7 | D7 | E7 | A7 | B7 |
| Blurred | A | A | A | A | E | E | E | E | A | A | A | A | E | E | E | E |

44.     The bass pattern and melodies in GIVE each contain minor thirds, and the break section of GIVE consists of 14 of the 24 measures of minor chords (Am7, Dm7).  This use of minor thirds and minor chords provides a minor or bluesy sound to GIVE.

45.     BLURRED has no minor thirds or minor chords.  It does contain a sharp 2nd scale degree that alternates with the 3rd scale degree as part of a chromatic note pattern in certain parts of the BLURRED vocal melody, but the emphasis in these patterns is on the major 3rd scale degree.  BLURRED has a major sound.

### (iv)   The Structures of BLURRED and GIVE Are Not Similar

46.     There is no substantial similarity between the structures of BLURRED and GIVE.

47.     After an introduction, the structure of BLURRED consists of a verse, pre-chorus, and chorus, which sections are then repeated a second time, followed by a rap and break, and then another verse and chorus, and a coda (ending section).

48.     After an introduction, the structure of GIVE consists of a two-part verse, consisting of two eight-bar sections with different content, repeated three times, with an extra half-verse the third time, followed by a lengthy break, then another half-verse, and then a four-bar hook section that repeats (seven times in the GIVE sound recording).

/ / /

49.     Below is a chart comparing the structures of BLURRED and GIVE as they are performed in the respective sound recordings of the two songs.

| "Give It Up" | | | | "BLURRED" | | |
|---|---|---|---|---|---|---|
| SECTION | # MEASURES | STARTS | | SECTION | # MEASURES | STARTS |
| Instrumental intro | 8 | 0:00 | | Intro thru "Hey hey hey" | 8 | 0:00 |
| Verse 1A | 8 | 0:19 | | Verse 1 | 8 | 0:18 |
| Verse 1B | 8 | 0:37 | | Pre-Chorus | 8 | 0:34 |
| Verse 2A | 8 | 0:51 | | Chorus "good girl" | 16 | 0:50 |
| Verse 2B | 8 | 1:07 | | Verse 2 | 8 | 1:22 |
| Verse 3A | 8 | 1:24 | | Pre-Chorus | 8 | 1:38 |
| Verse 3C (A+B var) | 8 | 1:40 | | Chorus | 16 | 1:55 |
| Verse 3B | 8 | 1:56 | | Rap | 16 | 2:27 |
| Break "Move it up" | 24 | 2:11 | | Break | 8 | 2:59 |
| Verse 4B | 8 | 2:59 | | Verse 3 | 8 | 3:14 |
| Hook "Keep on" | 4 | 3:13 | | Chorus | 16 | 3:31 |
| Hook | 28 (4 x 7 repeats) | 3:21 | | Coda (intro) | 8 | 4:00 |
| End | | 4:13 | | End | | 4:19 |

50.     The chorus of BLURRED ("You're a good girl") appears early in the song, after the first verse and pre-chorus, and the chorus is repeated several times after each intervening verse and pre-chorus.  This is a traditional pop song structure.

51.     The hook of GIVE ("Keep on dancing, got to give it up") does not appear until the very end of the song (3:13 minutes into the sound recording), and only after all of the verses and the break.  The GIVE structure is very unique.

### (v)     The Lyrics of BLURRED and GIVE Are Not Similar

52.     There is no substantial similarity between the lyrics of BLURRED and GIVE.  They have no lyrical phrases in common.

53.     True and correct copies of the lyrics to BLURRED and GIVE are attached hereto as **Exhibits B** and **C**, respectively.

### (vi)     In Sum, BLURRED and GIVE Are Not Substantially Similar

54.     None of the five elements of a musical composition – melody, rhythm, harmony, structure, and lyrics – are substantially similar in BLURRED and GIVE.

/ / /

55.     The so-called similarities between BLURRED and GIVE identified in the Finell Report either are not similarities or are not substantial, and are not original to GIVE, and moreover are not significant elements in BLURRED.

**F.     THE "CONSTELLATION OF EIGHT SUBSTANTIALLY SIMILAR FEATURES" IDENTIFIED IN THE FINELL REPORT IS NOT A SUBSTANTIAL SIMILARITY BETWEEN THE SONGS**

56.     The Finell Report identifies a "constellation" of eight (8) purported similarities, denoted Similarities 1 through 8, between BLURRED and GIVE.

57.     The eight purported Similarities between the two songs that are identified in the Finell Report (see pages 3-16 of the Finell Report) are:

- **Similarity 1: Signature Phrase in Main Vocal Melodies** -- A signature phrase that repeats its starting tone several times, contains the scale degree sequence 5-6-1 followed by 1-5, contains identical rhythms (six eighth notes in a row) for the first six tones, contains a melisma on the last lyric beginning with scale degrees 1-5, and has a melodic contour that rises and falls over the course of the phrase;

- **Similarity 2: Hooks** -- Hook phrases with some similar notes (though with different durations, rhythms, and placement in the measures);

- **Similarity 3: Hooks with Backup Vocals** – Hook backup vocals (though they do not have the same harmonic voicing, melodic rhythm, or overall sound);

- **Similarity 4: Core Theme In BLURRED and Backup Hook in GIVE** and **Similarity 5:  Backup Hooks** – Melodic phrases that contain movement up and down by a half step;

- **Similarity 6: Bass Melodies** -- A bass pattern with some similar rhythmic elements and scale degrees (1 and b7, the root and flatted seventh scale degrees), and a descending bass pattern (though with different notes and rhythm) at the end of the eight measure bass phrase;

- **Similarity 7: Keyboard Parts** -- A keyboard part that plays chords on some offbeats; and,

- **Similarity 8: Unusual Percussion Choices** -- A cowbell. and an open high-hat sound on the "+" of the fourth beat.

58.     The eight Similarities are primarily melodic.

/ / /

/ / /

59.     There are <u>no two consecutive notes</u> in any of the melodic examples in the Finell Report that have the same pitch, the same duration, and the same placement in the measure.  This is highly unusual in a claim of substantial similarity.

60.     Five of the eight Similarities (Similarities 3-5, 7-8), and a portion of Similarity 6 (Musical Example 6C), and also the purported "Additional Distinctive Similarities" discussed at pages 16-17 of the Finell Report, concern elements in GIVE that are not contained in the Copyright Deposit for GIVE.

61.     Similarities 1 through 8 are discussed in detail below.  None of those eight Similarities are substantial similarities between BLURRED and GIVE.

62.     Similarities 1 through 8 do not reflect material that is original to GIVE.

63.     Similarities 1 through 8 do not reflect material that is significant to BLURRED.

64.     The "constellation" of those eight Similarities, taken together, does not comprise any substantial similarity between BLURRED and GIVE.

65.     As discussed in detail in the next section, below, there is no substantial similarity between any elements of BLURRED and GIVE with respect to their actual notes, meaning the pitch and duration of their respective notes, their placement in the measure, their melodic rhythms, or any similarity in the harmonies, structure, or lyrics of BLURRED and GIVE.  It bears repeating that there are <u>no two consecutive notes</u> in any of the melodic examples in the Finell Report that have the same pitch (scale degree), the same duration, and the same placement in the measure.

66.     The "constellation" of Similarities, therefore, simply extends to compositional devices or ideas, not the specific expression of those devices or ideas.

67.     The compositional devices and ideas reflected in the eight Similarities are all commonplace and generic and available to all composers to employ.

68.     The history of Western music going back centuries, as well as popular music over the past one hundred years, is full of examples of compositions that have

KING, HOLMES, PATERNO & BERLINER, LLP

1  one or more of the following elements identified in the Finell Report: a repeated

2  starting tone, six eighth notes in a row (identical rhythm for first six starting tones),

3  a melodic contour that rises and falls over the course of a melodic phrase, the scale

4  degree sequence 5-6-1, a melisma on the last syllable of a vocal melody, melodic

5  phrases that share some of the same pitches (but not in the same rhythm, duration, or

6  placement in the measure, and with other non-similar notes in-between), backup

7  vocals, melodic phrases that contain movement up and down by a half step, a

8  cowbell, an open hi-hat sound on the "+" of the fourth beat, a keyboard playing on

9  some offbeats, or a bass pattern that emphasizes the root and flatted seventh scale

10  degrees (1 and b7) and plays the root on or before the first beat of the measure.

11      69.    These so-called similar elements are simply a few of the basic building

12  blocks of musical composition that are present, if not inevitable, in many songs.

13      70.    The "constellation" of eight Similarities together does not define in any

14  meaningful way what a composition will sound like.  A composition that contains

15  all of the above elements could very easily sound nothing like GIVE.  As just one

16  example, BLURRED does not sound like GIVE.  The songs are different.

17      71.    The above elements – individually or in combination – do not

18  determine what a piece of music necessarily will sound like.

19      72.    The eight Similarities identified in the Finell Report and discussed in

20  detail below can be found in songs that predate GIVE and are not original to GIVE.

21      73.    For example, "Low Rider" by War from 1975 contains a prominent

22  cowbell part, electric piano that emphasizes chords on the offbeats ("+"), a bass

23  pattern that emphasizes the root and the flatted seventh scale degrees, and a melodic

24  phrase that goes down and up in half step intervals ("take a little trip," at 2:35 in the

25  original recorded version  by War of "Low Rider").  "Low Rider" also has as its

26  "hook" an instrumental melody that repeats its starting tone several times, contains

27  six eighth notes in a row, and has a melodic contour that goes up and then down

28

KING, HOLMES, PATERNO & BERLINER, LLP

1  over the course of the melodic phrase – many of the same features found in the

2  Signature Phrase of GIVE.

3      74.     Below is a transcription of the first two measures of the instrumental

4  melody in "Low Rider" (transposed from its original key of E to the key of A for

5  comparison purposes), which is a hook or signature phrase of "Low Rider," along

6  with the Signature Phrases of BLURRED and GIVE.  As is evident from the below

7  transcription, all three phrases contain six eighth notes in a row, repeated starting

8  tones, and an overall melodic contour that rises and falls over the phrase.



16     75.     Below is a transcription of the first eight measures of "Low Rider," as

17 transposed into the key of A, that shows the cowbell part, piano chords played on

18 the offbeats ("+"), and the bass pattern that emphasizes the root and the flatted

19 seventh scale degrees, all of which are highlighted in yellow in the below chart.

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /



76.     The 1972 song "Superfly" by Curtis Mayfield contains falsetto vocals, the use of a cowbell and an open hi-hat on the "+" of the fourth beat, and a bass pattern that plays the root of the chord on the downbeat – all elements that appear in BLURRED and that are defined as Similarities to GIVE in the Finell Report.

77.     The 1980 song "Funkytown" by Lipps Inc. has a cowbell part, repeated starting tones in the vocal and instrumental melodies, a melodic phrase that contains six (or more) eighth notes in a row, a bass pattern that emphasizes the root and flatted seventh of the chord, and a descending bass pattern with alternating octave notes.

78. The presence of a "constellation" of these commonplace elements in GIVE is neither original nor an indication of substantial similarity between GIVE and BLURRED or any other songs that share one or more of these elements.

79. The elements in the Finell Report that are considered to be significant are all compositional devices or ideas that are available to anyone and moreover are not significant elements in BLURRED, as further discussed in detail below.

80. Substantial similarity of melodic content depends upon the scale degree and melodic rhythm and placement in the measure of the actual notes.

81. There is no substantial similarity between BLURRED and GIVE.

**G.    NONE OF THE EIGHT "SIMILARITIES" IDENTIFIED IN THE FINELL REPORT ARE SUBSTANTIAL, LET ALONE SIMILAR**

**(i)    "Similarity 1: Signature Phrase in Main Vocal Melody" Is Not a Substantial Similarity (see transcription at ¶ 84 below)**

82. Similarity 1 is discussed at pages 3-6 of the Finell Report.

83. Page 5 of the Finell Report has a transcription of the two-measure portions of BLURRED and GIVE that the Finell Report refers to as the "Signature Phrase" of each song. For discussion purposes, I will adopt this terminology.

84. Below is a transcription of the two Signature Phrases. The yellow highlighting in the transcription indicates the <u>one note</u> in both Signature Phrases that has the same pitch and placement (but not the same duration) in both songs. No other notes in the Signature Phrases have the same pitch and placement.



85. The two Signature Phrases are not substantially similar.

/ / /

86.     There is not a single note in the two Signature Phrases that has the same pitch, duration, and placement in the measure in both Signature Phrases.

87.     There is only one note in the two Signature Phrases that has the same pitch (scale degree) and placement (but not the same duration) in both songs.

88.     Below is a chart that indicates by measure ("M") and beat ("B") where each note falls in the GIVE ("G") and BLURRED ("BL") Signature Phrases.  The notes in the chart are identified by their respective scale degrees (1, 2#, 3, etc.).  The one note that has the same scale degree and placement in both songs is highlighted.

| M | 1 | | | | | | | | 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
| G | | 5 | 5 | 5 | **5** | 6 | 1 | 2 | | | | 1 | **5** | 6 | | |
| BL | | 3 | 3 | 2# | 3 | **5** | 6 | 1 | 1 | | 1 | | **5** 4 | 3 | | |

89.     Below is a chart that compares by measure ("M") and beat ("B") the Signature Phrases in GIVE ("G") and BLURRED ("BL"), this time with the chords (highlighted in yellow) and lyrics also added in, both of which are different.

| M | 1 | | | | | | | | 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
| G | | 5 | 5 | 5 | 5 | 6 | 1 | 2 | | | | 1 | **5** | 6 | | |
| | A7 | | | | | | | | A7 | | | | | | | |
| | | I | used | to | go | out | to | par- | | | | ties | - | | - | |
| BL | | 3 | 3 | 2# | 3 | 5 | 6 | 1 | 1 | | 1 | | **5** 4 | 5 | | |
| | E | | | | | | | | A | | | | | | | |
| | | And | that's | why | I'm | goin | take | a | good | | girl | - | | - | - | |

90.     The notes in the Signature Phrases are substantially different.

91.     For example, the first four notes of the GIVE Signature Phrase are the 5th scale degree (e).  In the BLURRED Signature Phrase, the first four notes are the 3rd scale degree (c#), the sharp 2nd scale degree (b#), and the 3rd scale degree (c#).

/ / /

92. As another example, the last note in the first measure (or seventh note in the melodic phrase) in the GIVE Signature Phrase is the 2nd scale degree (b) and is held (sustained by the singer) for two full beats into the first half of the second measure. This 2nd scale degree (b) thus is emphasized in GIVE.

93. The 2nd scale degree (b) does not appear in the BLURRED Signature Phrase.

94. The harmonies in the two Signature Phrases are different. In GIVE, both measures of the Signature Phrase are A7. In BLURRED, the first measure is E, and the second measure of the Signature Phrase is A.

95. The rhythms of the Signature Phrases are different. The seventh note of the GIVE Signature Phrase falls on the offbeat or "+" of the fourth beat in the first measure of the Phrase and is placed <u>before</u> the first beat of the second measure. That note then is held (sustained) for the first 1½ beats of the second measure.

96. In the BLURRED Signature Phrase, the seventh note is not held, and then additional notes are played on the first and second beats of the second measure.

97. The seventh note of the GIVE Signature Phrase is the most important note in the Phrase and receives the most melodic emphasis. This is because the seventh note creates: (a) harmonic tension, because the 2nd scale degree (b) is not a stable note; and (b) rhythmic tension, because the seventh note is played <u>before</u> the first beat of the second measure and then is held in duration for another 1½ beats. The 2nd scale degree is the highest note and is a highlight and an important note in the GIVE Signature Phrase.

98. BLURRED, by contrast, has a note played on the first and second beats of the second measure, which note is the 1st scale degree (a), the most stable note.

99. The Finell Report, at page 5, contains a transcription of the Signature Phrases, which is set forth below, and which has been annotated to show with yellow highlighting the sustained 2nd scale degree on the offbeat in GIVE versus the

1st scale degree on the first and second beat in BLURRED that are discussed above.



Musical Example 1A: "Give It Up" Signature Phrase



Musical Example 1B: "Blurred" Signature Phrase

100.   The Finell Report fails to take into account the differences in harmony, pitch (scale degree), duration, and placement of the notes in the Signature Phrases.

**(a) Repeating a Starting Tone Is Not a Substantial Similarity (see transcription at ¶ 102 below)**

101.   The Finell Report, on page 4, states that both Signature Phrases "repeat their starting tone several times."

102.   Below is the first measure of the Finell Report transcription of the Signature Phrases (which appears on page 5 of the Finell Report), as annotated to show the chords, and to also highlight in yellow the first four notes of BLURRED and GIVE that are discussed below.

/ / /

/ / /



Musical Example 1A: "Give It Up"



Musical Example 1B: "Blurred"

103.   The starting tones are different.  In GIVE, the starting tone is the 5th scale degree (e).  In BLURRED, the starting tone is the 3rd scale degree (c#).

104.   The starting tones are played over different chords – an A7 in GIVE, and an E in BLURRED.  The harmonic context for the starting tones is different.

105.   In GIVE, the starting tone (e) is repeated four times.  In BLURRED, the starting tone (c#) is repeated twice, the third note is a half-step lower (b#), and the fourth note is the c# starting tone again.  The melodic contour in BLURRED has a down-up chromatic movement that is not present in the first four notes of GIVE.

106.   A sequence of pitches can only move in one of three ways:  up in pitch, down in pitch, or repeating the same pitch (or a combination of same).  There is nothing original about the musical idea or device of repeating a pitch in a melodic phrase, including repeating the starting tone of a melodic phrase several times.

107.   Repeating a starting tone several times in a row is a commonplace musical idea or device.  For example, the 1957 Number One hit song, "Catch a Falling Star," sung by Perry Como, repeats its starting tone five times over the lyric "catch a falling star."  Below is a transcription of the first measures of the Signature Phrases of GIVE and BLURRED and of the first sung line in "Catch a Falling Star" (transcribed to the key of A) with the repeated notes in each song highlighted in yellow.  As can be seen below, repeated eighth note starting tones are not original to GIVE.



108.   Below is a chart showing by measure ("M"), beat ("B") the first measures of the Signature Phrases in GIVE ("G") and BLURRED ("BL") and of the first sung line in "Catch a Falling Star" ("CA").  The notes are indicated by their respective scale degrees (1, 2#, 3, etc.).  The three repeated starting tones in BLURRED are highlighted in yellow, as are the identical repeated starting tones in "Catch a Falling Star."  As can be seen, the repeated starting tones are the same pitch (3rd scale degree) in "Catch a Falling Star" and BLURRED, whereas the repeated starting tone in GIVE is a different pitch (5th scale degree).

/ / /

/ / /

/ / /

| M | 1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| B | 1 | + | 2 | + | 3 | + | 4 | + |
| G | | 5 | 5 | 5 | 5 | 6 | 1 | 2 |
| BL | | 3 | 3 | 2# | 3 | 5 | 6 | 1 |
| CA | 3 | 3 | 3 | 3 | 3 | | 4 | |

**(b) The Scale Degree Sequence 5-6-1 Is Not a Substantial Similarity (see transcription at ¶ 110 below)**

109.   The Finell Report, on page 4, states that both Signature Phrases "contain the identical scale degree sequence of 5-6-1 followed by 1-5."

110.   Below is the Finell Report's transcription of the Signature Phrases, as annotated to highlight in yellow the 5-6-1 scale degree sequence in each song, and to highlight in purple the held 2nd scale degree (b) in GIVE that is not in BLURRED, as is discussed below.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



Musical Example 1A: "Give It Up" Signature Phrase



Musical Example 1B: "Blurred" Signature Phrase

111.    The Finell Report fails to compare the full melodic phrases.  The scale degree sequence of the full Signature Phrase in GIVE is 5-5-5-5-6-1-2-1-5-6.  The scale degree sequence of the full Signature Phrase in BLURRED is 3-3-#2-3-5-6-1-1-1-5-4-3.

112.    The scale degree sequences in the Signature Phrases are significantly different.

113.    The harmonies also are different.  The chords in GIVE are A7.  In BLURRED, the chords are E in the first measure and A in the second measure.

114.    The Finell Report compares only a few notes rather than the entire melodic phrase and also fails to take into account the chords, and the duration and placement of the 5-6-1 note sequences, each of which is different.

115.    Even focusing on just the portion of each phrase that starts with 5-6-1, the scale degree sequences are still different.  In GIVE, the sequence is 5-6-1-2-1-5. In BLURRED, the sequence is 5-6-1-1-1-5.   GIVE contains the 2nd scale degree

1 before the downbeat of the second measure, which pitch is then sustained (held by
2 the singer) for two full beats – none of which is present in or similar to BLURRED.

3      116.   BLURRED does not have the 2nd scale degree in its Signature Phrase.

4      117.   The two scale degree sequences have different rhythms and note
5 placement.  The 5-6-1-2-1-5 sequence in GIVE starts <u>on</u> the third beat of the first
6 measure.  In BLURRED, the 5-6-1-1-1-5 sequence starts <u>after</u> the third beat, on its
7 <u>off-beat</u> ("+" of the third beat).  GIVE also holds for two full beats the 2nd scale
8 degree note that is the last note of the first measure.  BLURRED has no held note at
9 the end of the first measure and has two notes played on the first two beats of the
10 second measure.

11      118.   The 5-6-1 scale degree sequence is a commonplace musical idea or
12 device.  The 1st scale degree is the most stable note in a scale.  The 5th scale degree
13 is the second most stable.  The 6th scale degree is a commonplace note used to move
14 between the 5th and 1st scale degrees in a melodic phrase occurring over a major
15 chord.  The scale degree sequence 5-6-1 is commonplace in popular (and other)
16 music.  Furthermore, it does not occur at the same time in the two Signature Phrases.

17      119.   Moreover, the 5 and 1 get more emphasis in GIVE as they fall on the
18 third and fourth beats of the measure, whereas they get less emphasis and are less
19 important in BLURRED as they fall on the "+" of the third and fourth beats.

20      **(c) Six Repeated Eighth Notes Is Not a Substantial Similarity**
21     **(see transcription at ¶ 122 below)**

22      120.   The Finell Report, on page 4, states that both Signature Phrases
23 "contain identical rhythms for the first six tones."

24      121.   The first six tones in both songs are simply six eighth notes in a row.  A
25 series of six (or more) eighth notes is a common musical idea or device.  Numerous
26 compositions contain six (or more) eighth notes in a row.  For example, the 1958
27 Chuck Berry song, "Johnny B. Goode" ("Way down in Louisiana …"), the 1964
28 Beatles song, "Hard Day's Night" ("And it's worth it just to hear you say …"), the

instrumental melody in the 1975 hit "Low Rider" by War, and so on.  The above three songs and others contain six (or more) eighth notes in a row and pre-date GIVE.  There is nothing original about having six (or more) eighth notes in a melodic phrase.

122.   Below is the Finell Report's transcription of the Signature Phrases, annotated to highlight in yellow the first six eighth notes of each Signature Phrase, and to indicate the chords, and to highlight in purple the sustained seventh note at the end of the first measure in GIVE that is different from the rhythm in BLURRED.





123.   In BLURRED and GIVE, the notes in the first six tones are different. The same rhythmic pattern played with entirely different notes is not a similarity.

/ / /

124.   The melodic phrases also are rhythmically different in that the seventh note (after the six eighth notes in a row) in GIVE is held for two full beats.  In BLURRED, the seventh note is not held, and a note is played on the next beat.

125.   The chords are also different in each song.

### (d) The Melismas Are Not a Substantial Similarity (see transcription at ¶ 127 below)

126.   The Finell Report, on page 4, states that both Signature Phrases "use the same device of a melodic 'tail' (melisma) on their last lyric, beginning with the scale degrees 1-5."

127.   Below is the Finell Report's transcription of the Signature Phrases, over which I have highlighted the respective melismas.





128.   The melismas in the second measures of GIVE and BLURRED are different in pitches, rhythm, placement in the measure, and melodic contour.

1    129.   The melisma in GIVE consists of three eighth notes.  It starts on the

2    "+" of the second beat and has the contour down-up.  Its three notes are a-e-f#, or

3    scale degrees 1-5-6.

4    130.   The melisma in BLURRED consists of a quarter note, two sixteenth

5    notes, and an eighth note.  It starts on the second beat, and its contour is downward

6    only.  Its four notes are a-e-d-c#, or scale degrees 1-5-4-3.

7    131.   The 1st and 5th scale degrees in each melisma start in different places in

8    the measure in GIVE and BLURRED and are common choices for a melisma

9    because they form part of the underlying chord.

10    132.   A melisma is a commonplace musical idea or device where one syllable

11    or lyric is sung over several successive pitches.  There is nothing original about the

12    compositional idea or device of putting a melisma at the end of a melodic phrase.  In

13    fact, it is common in popular music.  As just one example, in the 1965 Beatles song

14    "Hard Day's Night," there is a three-note melisma sung on the word "dog" in the

15    lyric "And I've been working like a dog."

16           **(e) The Melodic Contours Are Not a Substantial Similarity**

17    133.   The Finell Report, on page 4, states that both Signature Phrases

18    "contain substantially similar melodic contours (melodic outlines/design)."

19    134.   Melodic contour refers to the overall shape of a melodic phrase.

20    Melodic contour can be refined to include the direction between one note and the

21    next within the overall phrase.

22    135.   There are only three potential directions between one note and the

23    next– a series of notes can move up in pitch ("U"), down in pitch ("D"), stay on the

24    same pitch ("S").

25    136.   The direction between the notes in GIVE is S-S-S-U-U-U-D-D-U.

26    137.   The direction between the notes in BLURRED is S-D-U-U-U-U-S-S-

27    D-D-D.

28    / / /

138.  The directions between the notes in each song are not substantially similar.

139.  Both Signature Phrases <u>overall</u> move up in pitch then down again over the two measures, but there is nothing original about that overall contour, which is commonplace.

**(ii)**  <u>**"Similarity 2: Hooks" Is Not a Substantial Similarity (see transcription at ¶ 143 below)**</u>

140.  Similarity 2 is discussed on pages 6-7 of the Finell Report.

141.  Similarity 2 relates to what the Finell Report refers to as the "hooks" of GIVE and BLURRED.  For discussion purposes, I will adopt this terminology.

142.  Below is the transcription of the two hook phrases that appears on page 7 of the Finell Report.  The transcription omits the chords, omits the melisma in the BLURRED hook in its first occurrence in the Signature Phrase, and for some reason compresses the spacing in the first measure of the GIVE hook so that it matches the spacing in the measure of the BLURRED hook, even though the rhythm of the first two notes of GIVE is one beat longer than in BLURRED, and the rhythm of the last two notes in GIVE is fifty percent longer than the last two notes in BLURRED.



**Musical Example 2A: "Give It Up" Hook**



**Musical Example 2B: "Blurred" Hook**

143. Below is a transcription of the two hook phrases that includes the melisma at the end of the BLURRED hook in its first occurrence in the Signature Phrase and correct spacing. I have highlighted the sustained 2nd scale degree in GIVE (discussed below) that is not in BLURRED. It is evident from the transcription that the melodic rhythms also are different (as discussed below).



144. There is no substantial similarity between the two so-called "hooks."

145. The GIVE hook lasts for five beats. It starts on the third beat of the first measure of the hook and ends on the third beat of the second measure.

146. The BLURRED hook lasts for five beats and is part of a larger melodic phrase that is not represented in Musical Example 2b. It starts on the fourth beat of the first measure of the hook and ends on the fourth beat of the second measure.

147. The GIVE hook consists of four notes. The first two notes are quarter notes. The second two notes are dotted quarter notes, which are fifty percent longer in duration than a quarter note.

148. The BLURRED hook consists of seven notes when it occurs with the melisma. The first two notes are eighth notes. The third and fourth notes are quarter notes, followed by two sixteenth notes and a dotted quarter note (1½ beats).

149. The BLURRED hook in its first occurrence in the Signature Phrase ends with a downward melisma that starts on the second beat of the second measure. The GIVE hook has no melisma.

150. The note on the first beat of the second measure of each hook is different. In GIVE, the note is the 2nd scale degree (b), which creates tension. In BLURRED, the note is the 1st scale degree (a), the most stable note.

151.   The harmonies of the two hook phrases are different.  In GIVE, the chord is A7.  In BLURRED, the first measure is E, and the second measure is A.

152.   Below is a chart reflecting by measure ("M") and beat ("B") the notes and melodic rhythms in the hooks of GIVE ("G") and BLURRED ("BL").  The duration of the sustained 2nd scale degree in GIVE (discussed above) is highlighted in yellow.   The 2nd scale degree is not in the BLURRED hook.

| M | 1 | | | | | | | | 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
| G | | | | | 6 | | 1 | | 2 | | | 1 | | | | |
| BL | | | | | 6 | 1 | 1 | | 1 | | 5 4 | 3 | | | | |

### (iii)   "Similarity 3: Hooks with Backup Vocals" Is Not a Substantial Similarity (see transcription at ¶ 156 below)

153.   Similarity 3 is discussed on pages 8-11 of the Finell Report.

154.   Similarity 3 concerns the backup vocals for the hooks in Similarity 2.

155.   The transcription of the two hooks with backup vocals that appears at page 8 of the Finell Report is inaccurate because it includes a fourth note (f#) in the BLURRED backup vocals that is not present in BLURRED and also compresses the spacing of the notes in the first measure of GIVE, as discussed above.

156.   Below is a transcription of the two hooks with backup vocals, as annotated to highlight in yellow the backup notes in the two songs.  The notes that are not highlighted are the hook phrases that are discussed above in Similarity 2.



Musical Example 3a: "Give it Up" Hook with Backup Vocals

Give it Up   3:12   keep   on   danc - ing

Musical Example 3b: "Blurred Lines" Hook with Backup Vocals

Blurred   take   a   good   girl

157.   In GIVE, the backup vocals accompany every note of the hook.

1   158.   In BLURRED, the backup vocals are not on the first two notes.  This

2   gives extra emphasis to the notes in the second measure of the BLURRED hook,

3   unlike in GIVE.

4   159.   In GIVE, there are only two notes sung at the same time.  In

5   BLURRED, there are three notes sung at the same time.

6   160.   In GIVE, the two sung notes form an interval of a <u>perfect fourth</u>.  In

7   BLURRED, the three sung notes form a <u>major chord</u>.  A perfect fourth, by itself as

8   in GIVE, has a pure sound that is different from the richer sound of a major chord.

9   This is true even though the major chord in BLURRED contains a perfect fourth

10  interval within it.

11  161.   In GIVE, the single backup vocal note is an interval of four scale

12  degrees lower than the hook lead vocal note.   In BLURRED, the two backup vocal

13  notes are at respective intervals of two scale degrees above and three scale degrees

14  below the hook lead vocal note.  BLURRED has backup vocal notes above <u>and</u>

15  below the hook vocal.  GIVE only has one backup vocal note, and it is below the

16  hook vocal.

17  162.   Backup vocals are a commonplace musical idea or device.  There is

18  nothing original about having backup vocals beneath a lead vocal in popular music.

19  163.   The Copyright Deposit for GIVE does not contain the backup vocals.

20   **(iv)   "Similarity 4: Core Theme in 'Blurred' and Backup Hook in**

21   **'Give It Up'" Is Not a Substantial Similarity (see transcription at ¶ 168**

22   **elow)**

23  164.   Similarity 4 is discussed at pages 8-11 of the Finell Report.

24  165.   Similarity 4 concerns what the Finell Report refers to as "Theme X" in

25  GIVE and BLURRED.  For discussion purposes, I will adopt this terminology.

26  166.   The GIVE Theme X is not contained in the GIVE Copyright Deposit.

27  / / /

28  / / /

167.   The Finell Report, at pages 10-11, contains transcriptions of the GIVE Theme X (denoted Musical Example 4A), which the Finell Report then compares to four iterations of the BLURRED Theme X (denoted Musical Examples 4B-4E).

168.   Below is a transcription showing the differences in rhythm and pitches between the GIVE Theme X and the four versions of the BLURRED Theme X.  The notes in Musical Example 4E below differ from what appears in the Finell Report (at page 11 of the Finell Report) because the Finell Report for some reason transposes Musical Example 4E into the key of F# major (rather than A major).  The transcription of Musical Example 4E below is transposed into the key of A major. As is evident from the transcriptions below, the duration, order, and placement of the notes in BLURRED is different from that in GIVE.  In addition, as shown in the transcription below, the GIVE Theme X repeats for three successive measures. None of the BLURRED Theme X variations repeat for three measures in a row.



169.   The GIVE Theme X starts on the second beat of the measure, and is repeated in each successive measure.

170.   The GIVE Theme X contains four eighth notes in a row.

KING, HOLMES, PATERNO & BERLINER, LLP

171.   The first two and the last eighth notes in GIVE Theme X are c# (3rd scale degree).  The third eighth note in Theme X is b# (sharp 2nd scale degree).

172.   The GIVE Theme X consists of a simple chromatic pitch movement. The melody moves down a half-step interval then back up a half-step interval.

173.   Chromatic movement is a commonplace musical idea or device.  There is nothing original about melodic movement up and down by half-step intervals.

174.   The children's song "Hokey Pokey" contains a half-step chromatic movement up and down at "And you shake it all around.  You do the Hokey Pokey."

175.   A series of notes with half-step chromatic movement up and down also occurs in the lyric of the 1975 War song, "Low Rider," over the phrase "take a little trip, take a little trip," which is transcribed below (as transposed into the key of A from its original key for comparison purposes).  The "Low Rider" phrase below contains five eighth notes in a row, repeats the starting tone, moves down a half step, then moves up a half step.  In that respect, the chromatic movement in "Low Rider" is identical to that in GIVE (except that GIVE repeats the starting tone twice before moving down a half-step, whereas "Low Rider" repeats its starting tone three times before moving down a half step – the note duration and chromatic movement of the notes in the two songs is otherwise identical in these two melodic phrases).

176.   Below is a transcription of the "take a little trip" four measure phrase from "Low Rider" by War transposed into the key of A major for comparison purposes, and with the chromatic movement of the notes that is discussed above highlighted in yellow.



2:37   take a li-ttle trip   take a li-ttle trip   take a li-ttle trip with me

177.   The GIVE Theme X does not appear anywhere in BLURRED.

178.   BLURRED does not contain the same series of notes – with the same pitch, duration, rhythm, and placement in the measure – as in the GIVE Theme X.

179.   The note order of the GIVE Theme X is c#-c#-b#-c#.  The note order of the first BLURRED Theme X (Musical Example 4B) is c#-b#-c#-c#.   The Finell Report indicates that BLURRED Musical Example 4B is in "reverse order" from the GIVE Theme X.  This statement makes no musicological sense.  Although sometimes used a compositional device, a sequence of notes in reverse order bears no similarity to the sequence of notes that it reverses if the notes do not have the same duration and placement in the measure.  Music only has one direction: it goes forward in time.  Notes in reverse order sound different.  Besides, the duration of the notes (shown above) is different.  In GIVE, the sharp 2nd scale degree (b#) is played on the third beat of the measure, which is the second strongest beat, and thus tends to emphasize the b#, which is not a stable note.  In BLURRED, the b# is played on the offbeat ("+") of the second beat, and the 3rd scale degree (c#), which is a stable note, is played on the second and third beats, emphasizing the c# and not the b#.  GIVE emphasizes the b# and BLURRED does not.

180.   The 1966 Lee Dorsey song, "Working In a Coal Mine," contains a melodic phrase with the identical notes – *i.e.*, the identical scale degrees, note duration, placement, rhythm, and chromatic movement – as Musical Examples 4B and 4D and (except for one note) Musical Example 4C of the BLURRED Theme X.

181.   Below is a chart comparing by measure ("M") and beat ("B"), with notes indicated by their scale degree (1, #2, 3, etc.), the Theme X Backup Hook for GIVE ("GA"), the first three iterations of Theme X (Musical Examples 4B-4D) for BLURRED ("BLB-BLD"), and the hook phrase ("Working in a coal mine") from the 1966 Lee Dorsey song, "Working In a Coal Mine."  The notes in the Lee Dorsey song that are identical to BLURRED Musical Examples are highlighted in yellow.

/ / /

/ / /

/ / /

/ / /

KING, HOLMES, PATERNO & BERLINER, LLP

**"Working In A Coal Mine" (black)**

| | 1 | + | 2 | + | 3 | + | 4 | + |
|------|----|----|----|----|----|----|----|----|
| M | 1 | | | | | | | |
| B | 1 | + | 2 | + | 3 | + | 4 | + |
| G A | | | 3 | 3 | #2 | 3 | | |
| BL B | | | 3 | #2 | 3 | | 3 | |
| BLC | | 3 | 3 | #2 | 3 | #2 | 3 | |
| BLD | | 3 | 3 | #2 | 3 | | | |
| WIAC | #2 | 3 | 3 | #2 | 3 | | 3 | |

182.   As can be seen from the above chart, "Working In a Coal Mine" is virtually identical to BLURRED in terms of the Theme X variations.  Theme X in BLURRED is much closer to "Working In a Coal Mine" than it is to GIVE.

183.   Below is the same comparison, this time in a transcription, with the notes that have the same scale degree and placement in the measure in GIVE (Musical Example 4A), BLURRED (Musical Examples 4B-4E), and "Working In a Coal Mine" (as transposed to the key of A) highlighted in yellow.  As can be seen, BLURRED has far more notes in common with "Working…" than with GIVE.



184.   Musical Example 4E of the BLURRED Theme X (see transcription above) contains the scale degree sequence 5-5-4#-5-5, is a two-measure phrase, starts on the offbeat ("+") of the third beat of the first measure, and ends on the second beat of the second measure.

185.   GIVE Theme X, by contrast, has the scale degree sequence 3-3-2#-3, is a one-measure phrase, starts on the second beat of the first measure, and ends on the offbeat ("+") of the third beat of the first measure.

186.   Musical Example 4E does not have the same scale degrees or scale degree sequence, placement in the measure, or melodic rhythm as GIVE Theme X. Hence, no notes in Musical Example 4E are highlighted in the above transcription because there are no notes in common with GIVE.

187.   None of the examples of the BLURRED Theme X identified in the Finell Report are substantially similar to the GIVE Theme X.  In each case, the duration, order, and placement of the notes in BLURRED is different than in GIVE.

(v)   **"Similarity 5: Backup Hooks" Is Not Substantially Similar (see transcription at ¶ 190 below)**

188.   Similarity 5 is discussed at pages 11-12 of the Finell Report.

189.   Similarity 5 concerns what the Finell Report refers to as the "'Blurred' Backup Hook."  For discussion purposes, I will adopt this terminology.

190.   A transcription of the BLURRED Backup Hook and its comparison to the GIVE Theme X is below.  The notes in the BLURRED Backup Hook (Musical Example 5b) below differ from what appears in the Finell Report (p. 12) because the Finell Report for some reason transposes Musical Example 5b into the key of F# (rather than A).  The transcription of Musical Example 5b below is transposed into the key of A.

/ / /

/ / /

/ / /

Musical Example 5a: "Give it Up" Backup Hook - Theme X

Give it Up

3:13   dan-cing la-dy   dan-cing la-dy   dan-cing la-dy

Musical Example 5b: "Blurred" Backup Hook

Blurred

0:09   hey hey  hey   hey hey  hey   hey hey  hey

191.   There is no substantial similarity between the GIVE Theme X and the BLURRED Backup Hook.

192.   The pitch sequences are completely different.  In GIVE, the sequence of pitches is c#-c#-b#-c# (scale degrees 3-3-2#-3).  In BLURRED, the sequence is d-d#-e (scale degrees 4-4#-5).

193.   The melodic rhythms are completely different.  The GIVE Theme X has four eighth notes, starting on beat two of each measure.  The BLURRED Backup Hook has three eighth notes, starting on beat four of each measure.

194.   GIVE has no note on the first beat (strongest beat) of the measure.  The last note of BLURRED is on the first beat of the measure, which is emphasized.

195.   Moreover, the contour and duration of each phrase are different.

(vi)    **"Similarity 6: Bass Melodies" Is Not Substantially Similar (see transcriptions at ¶ 199 and ¶ 212 below)**

196.   Similarity 6 is discussed at pages 12-14 of the Finell Report.

197.   Similarity 6A concerns the bass pattern in the first four measures of an eight measure sequence in GIVE, and Similarity 6B concerns the bass pattern in the first four measures of an eight measure sequence in BLURRED.

198.   There are <u>no</u> similarities in the bass patterns in the second four measures of these sequences in the two songs because the second four measures of each song have different chords – A7 in GIVE, and E in BLURRED.  As a result, the BLURRED bass pattern has completely different notes in the second four measures from the notes in GIVE.  There is no note in common in the second four measures.

199.   The Finell Report, at page 13, contains a transcription of the bass patterns in the first four measures of the two songs, which is set forth below, as annotated to highlight in yellow the notes that have the same pitch, duration, and placement in the measure in each song.



Musical Example 6A: "Give It Up" Bass Line Bars 1-4[22]

Musical Example 6B: "Blurred" Bass Line Bars 1-4

200.   The notes highlighted above are the <u>only</u> notes (scale degrees) in common that appear at the same location in the measure in the respective four-measure bass patterns in BLURRED and GIVE.  The notes in common that appear in the same location in the measure are an "a," the 1st scale degree of the chord

201.   In BLURRED, the bass plays the root (a)(1st scale degree) on the first beat of each measure.  This is a generic and commonplace musical idea or device.

202.   In GIVE, the bass <u>does not play</u> the root on the first beat of any measure except the first measure in the four measure phrase (Musical Example 6A). Instead, the GIVE bass plays the root (a) on the offbeat ("+") of the fourth beat of each of the first three measures in the first four measures of the bass pattern.  The rhythmic emphasis is on the "+" of the fourth beat in GIVE.

203.   By playing the root (a) on the "+" of the fourth beat, but not on the downbeat, the GIVE bass pattern has a more syncopated rhythm than BLURRED, which plays the root note squarely on the first beat (strongest beat) of each measure.

204.   Below is the Finell Report transcription of the bass pattern, as highlighted to show where the root (a) is played on the "+" of the fourth beat in GIVE but <u>not</u> on the first beat of the next measure (*i.e.*, only before the bar line in the musical staff that divides the measures), and by contrast where the root is played <u>on</u> the first beat in BLURRED (*i.e.*, after the bar line that divides the measures).



205.   It is the most fundamental role of the bass in popular music to play the 1st scale degree, or root, of the chord.  While the bass may play other notes, the bass is usually the lowest pitched instrument, and it commonly is used to anchor the sound of the chord by playing the root note (1st scale degree) of the chord.

206.   There is nothing original about having the bass play the root.  It is a commonplace and generic musical device or idea to have the bass play the root note.

207.   There also is nothing original about having the bass play the root note on the first beat (strongest beat) of the measure or as a lead-in note to the first beat. It is a commonplace and generic musical device or idea.

208.   Both BLURRED and GIVE include the 4th scale degree and b7th scale degree in their four measure bass patterns, but not with the same emphasis or location in the measure.  GIVE establishes a strong relationship between the b7th

and 1st scale degrees in the first three measures of its bass pattern, which tend to emphasize the offbeats, as compared to BLURRED, which establishes a pattern of repeated 1st scale degrees only and emphasizes the downbeat of each measure.

209.   There are no similarities between the bass patterns other than the commonplace idea of having the bass play the root of the chord.  The placement in the measure where the root is played and the other notes are different in each song.

210.   The 1972 Curtis Mayfield hit "Superfly" that predates GIVE by five years has a bass pattern that plays the root (1st scale degree) of the chord on the first beat of the first measure and on the "+" of the fourth beat of the first measure but not on the first beat of the second measure – just as it is played in the first two measures of GIVE.  A chart reflecting the scale degrees in the first four measures of "Superfly" ("SF"), BLURRED ("BL"), and GIVE ("G") is set forth below.  The notes in common between the three songs are highlighted in yellow below.  The bass notes shared between GIVE and BLURRED are not original to GIVE and, as one example, were used in "Superfly" five years before GIVE was written.

| M | 1 | | | | | | | | 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
| G | 1 | | | | | b7 | | | 1 | | | | | b7 | | 1 |
| BL | 1 | | | | | | | 1 | 1 | | | | 4 | | | 1 |
| SF | 1 | | | b7 | | | 1 | | 1 | | | b7 | | | 1 | 1 |

| M | 3 | | | | | | | | 4 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + |
| G | | | | | | b7 | | | 1 | | | 5 | 4 | b3 | | |
| BL | 1 | | | | | | 5 | b7 | 1 | | | | | | 1 | 5 |
| SF | 1 | | | b7 | | | 1 | | 1 | | | b7 | | | 1 | 1 |

211.   A transcription comparing the bass patterns in BLURRED, GIVE, and "Superfly" (SF), as transposed to the key of A, is set forth below, with the notes that have the same scale degree and placement in the measure in each song highlighted

in yellow.  In "Superfly," the 1st scale degree is an octave lower and thus appears at a lower position in the musical staff in the transcription below, but it is the same scale degree as in GIVE and BLURRED.  As can be seen, every note in common between GIVE and BLURRED also appears in the earlier song, "Superfly," which has an additional scale degree in common with BLURRED on the first beat of the third measure.  BLURRED is more similar to "Superfly" than it is to GIVE.



212.   Importantly, the descending bass pattern in BLURRED that ends the eight measure bass phrase (denoted Musical Example 6D and discussed at pages 13-14 of the Finell Report) is not substantially similar to the ending of the eight measure bass phrase in GIVE.  The descending bass pattern in GIVE shown on page 14 of the Finell Report (denoted Musical Example 6C) is not contained in the GIVE Copyright Deposit even though the Copyright Deposit does contain a bass pattern.

213.   The last measures of each eight-measure bass pattern in BLURRED and GIVE, respectively (Musical Examples 6C/6D), do not have a single note in common with the same pitch and placement in the measure.  The two melodies also do not have the same rhythm, as shown in the below transcription of the eighth measure of each bass pattern.  The only note with the same pitch and placement (but not the same duration) in the measure is the root (a)(1st scale degree) played on the first beat of the first measure of the next eight measure phrase.  That single common note – i.e., the root of the chord played on beat one of the measure, which is a commonplace musical idea or device for a bass – is highlighted in yellow below.



214.   Furthermore, the last measure of the eight measure phrase in BLURRED is an E chord, whereas in GIVE it is an A7 chord.  The bass patterns are in support of entirely different chords in the last four measures, including the eighth measure of each song.

215.   It is a commonplace and generic musical device or idea in popular music to have a variation on the bass pattern at the end of a four or eight measure phrase to indicate the end of the phrase and beginning of the next phrase or section.

216.   It is a commonplace and generic musical device or idea in popular music to have a descending bass pattern as a transition at the end of a phrase or section.

217.   It is a commonplace and generic musical device or idea in dance or disco music to have a descending bass pattern consisting of alternating octave notes.

218.   An example of such an alternating octave note, descending bass pattern can be found in the song "Funkytown" released by Lipps Inc. in 1980.

219.   Here, the last measure of the eight measure bass pattern in BLURRED contains a descending bass pattern using alternating octave notes.

220.   GIVE has no such descending bass pattern using alternating octave notes.

**(vii)   "Similarity 7: Keyboard Parts" Is Not Substantially Similar (see transcription at ¶ 223 below)**

221.   Similarity 7 is discussed at pages 14-15 of the Finell Report.

222.   Similarity 7 concerns the keyboard parts in the two songs.

223.   The keyboard part in GIVE, including the keyboard part referenced at pages 14-15 of the Finell Report, is not contained in the GIVE Copyright Deposit.

224.   Below is a transcription of the keyboard parts in the two songs.



225.   The rhythms of the two keyboard parts are different.  The piano in BLURRED plays chords on the offbeat of each beat.  The piano in GIVE plays four eighth notes in a row, then five offbeats, of which the last is held twice as long as the preceding chords, followed by an eighth rest.

226.   The chords are different in that the BLURRED chord is an A major triad (three notes), and the GIVE chord is an A7 (four notes).

227.   It is a commonplace and generic musical idea or device in popular music to have a piano or other instrument (*e.g.*, guitar) play chords on the offbeat in order to provide rhythmic drive and counterpoint to drums and other instruments that play "on the beat."  There is nothing original about "comping" on the offbeats.

228.   The electric piano is a commonplace rhythm section instrument in popular music.  The electric piano sound in each song is common and generic.

229.   For example, the 1975 hit song by War, "Low Rider," contains an electric piano part that emphasizes chords on the offbeat ("+").

(viii)   **"Similarity 8: Unusual Percussion Choices" Is Not Substantially Similar (see transcription at ¶ 233 below)**

230.   Similarity 8 is discussed at pages 15-16 of the Finell Report.

231.   Similarity 8 concerns the percussion parts in the two songs.

232.   The percussion parts in GIVE are not contained in the GIVE Copyright Deposit, including that the cowbell and hi-hat elements referenced at pages 15-16 of the Finell Report do not appear in the GIVE Copyright Deposit.

/ / /

233.    The Finell Report says that both compositions have a cowbell part. Jack Ashford, the percussionist who played on GIVE, has stated in reported interviews that the percussion part on GIVE was created by his tapping on the side of a Coke bottle.  The percussion part in BLURRED is a digital cowbell sound.

234.    A transcription of the first four measures of the above two percussion parts (cowbell and Coke bottle, respectively) in BLURRED and GIVE is below.





235.    The rhythms of the two percussion parts here are significantly different. The BLURRED cowbell part is comprised of 16th note rhythms that occur on the second half (offbeat, or "+") only of each beat and has no note played on any beat in any measure.  The GIVE Coke bottle part has no 16th notes (it is an 8th note rhythm), and it has notes played on three out of the four beats in each measure.

236.    The BLURRED cowbell part has a sixteenth note rhythm on the offbeat ("+") of almost every beat, which emphasizes the sixteenth note rhythmic groove of BLURRED.  The GIVE Coke bottle part shown above does not contain any sixteenth notes.  GIVE is a variation of a rhythm commonly found in Latin music.

237.    There is nothing original about using a cowbell in popular music.  A number of Beatles songs from the 1960s – "Taxman," "Drive My Car," "Hard Day's Night," and "I Call Your Name" – feature a cowbell, as do Barry White's "Can't Get Enough of Your Love" released in 1974, Stevie Wonder's "Pastime Paradise"

1  released in 1976, and War's 1975 hit "Low Rider," which begins with a prominent

2  sole cowbell rhythm.  All of these examples predate the release of GIVE.

3    238. The Finell Report also states that an open hi-hat sound occurs on the

4  second half (or offbeat) of beat four in both BLURRED and GIVE.

5    239. Playing an open hi-hat (or "splash") sound on the second half of beat

6  four is a commonplace and generic device used by drummers in popular music.

7  There is nothing original about this device.  For example, "Superfly" by Curtis

8  Mayfield from 1972 contains an open hi-hat sound on the second half of the fourth

9  beat of the measure at various places throughout the song.  The 1974 hit song, "The

10  Hustle," and the 1975 hit song, "TSOP (The Sound of Philadelphia)," each have an

11  open hi-hat on the "+" of the fourth beat starting at about 35 seconds into each song.

12     **(ix)** **"Additional Distinctive Similarities"Are Not Substantially**

13       **Similar – or Part of the Composition**

14    240. "Additional Distinctive Similarities" are discussed at pages 16-17 of

15  the Finell Report.

16    241. The Additional Distinctive Similarities are the use of falsetto singing,

17  the use of background party noise, and the omission of a guitar in each song.

18    242. The Additional Distinctive Similarities, including the use of falsetto

19  singing, background party noise, and the omission of a guitar (or any other

20  arrangement choices), are not referenced in the GIVE Copyright Deposit.

21    243. These purported "Similarities" are performance and arrangement

22  choices in the GIVE sound recording and are not part of the composition.  None of

23  these elements are reflected in the GIVE Copyright Deposit.

24    244. The musical idea or device of falsetto background singing is

25  commonplace and not original.  Frankie Vallie and the Four Seasons in the 1950s

26  and Smokey Robinson in the 1960s used male falsetto in a number of songs, as did

27  Curtis Mayfield in "Superfly" in 1972, Eddy Kendrick in his 1973 hit "Keep on

28  Trucking," and The Bee Gees in their 1976 hit "You Should Be Dancing."

245.   There is no background party noise in BLURRED.  While there are vocal "whoops" in the background of the BLURRED sound recording, these are isolated vocalizations, whereas in GIVE the party noise is just that – noise that simulates the sound of a lively party.

246.   Not all songs use a guitar.  Whether to use a guitar in performing a composition is an arrangement choice and not a compositional element.  There is nothing original about recording a song without a guitar in the instrumental track. Furthermore, in "Got to Give It Up (Part 2)," there is a guitar part, as indicated in the Copyright Deposit for "Got to Give It Up (Part 2)."

### (x)   Generic Similarities Are Not Relevant

247.   BLURRED and GIVE are in the style of soul or rhythm and blues.

248.   The vast majority of modern American popular music, including, soul, dance, and rhythm and blues music, is in 4/4 time.  So are BLURRED and GIVE.

249.   Any perceived similarity in the sound of the recordings of BLURRED and GIVE does not relate to their underlying compositions but instead concerns arrangement, performance, or production elements that are not original to GIVE.

250.   It has been commonplace since the 1970s for disco, soul, and other dance music to have a tempo in the range of 120-128 beats per minute (BPM).

251.   The BLURRED and GIVE sound recordings, respectively, are both in the range of 120-128 BPM.  The tempo of both songs in their respective sound recordings is commonplace, particularly given their musical style.

252.   The drum patterns in the BLURRED and GIVE sound recordings are commonplace for dance music and are not substantially similar to each other.

253.   There is no musicological evidence that any portion of GIVE was copied in BLURRED.  Any similarities between the two songs are insignificant and commonplace practices and do not represent expression that is original to GIVE.

/ / /

/ / /

## H.   COMPARISON OF DANCE AND WAR

254.   There is no substantial similarity between the composition DANCE and the composition and sound recording WAR.  There are no substantial similarities in melody, harmony, rhythm, lyrics, or structure between the two songs.

255.   DANCE is in the key of E.  WAR is in the key of Bb minor.

256.   Following generally accepted musicological practice, I have transposed WAR to the key of E for comparison purposes.  All references to notes, pitches, and chords in WAR herein and all transcriptions of WAR below are in the key of E.  In my discussion of WAR and DANCE below, if two notes have the same pitch in each song, they also have the same scale degree, and vice-versa, because I have transposed WAR to the key of E herein.

### (i)   The Structures of DANCE and WAR Are Not Substantially Similar

257.   There is no substantial similarity between the structures of DANCE and WAR.

258.   After an eight measure introduction and nine measure chorus, the structure of DANCE is verse, pre-chorus, chorus, which sequence is repeated, followed by the introduction again, and ending with a repeated chorus (six times in the DANCE sound recording).

259.   After a nine measure chorus, the structure of WAR is verse-chorus, which sequence is repeated, followed by a nine measure break, and then the chorus is repeated five times.

260.   The structures are different in that DANCE has a repeated "verse, pre-chorus, chorus," while WAR has a repeated "verse, chorus."

261.   Both song structures are commonplace musical ideas or devices and were so prior to 1976 when DANCE was written.  Neither the "verse, pre-chorus, chorus" structure of DANCE nor the "verse, chorus" structure of WAR is original.

/ / /

262. Both DANCE and WAR end on a chorus that is repeated multiple times (five times for WAR, six times for DANCE, in their respective sound recordings). Repeating the chorus at the end of a song is a commonplace musical idea or device and was so prior to 1976 when DANCE was written. Repeating the chorus at the end of a song is not an original idea.

263. Below is a chart setting forth the structures of the two songs as they are performed in the respective sound recordings of each song.

| "DANCE" | | | | "WAR" | | |
|---|---|---|---|---|---|---|
| SECTION | # MEAS | TIME | | SECTION | # MEAS | TIME |
| Intro | 8 | :00 - :18 | | Chorus | 9 | :00 - :20 |
| Chorus | 9 | :19 - 38 | | Verse 1 | 8 | :21 - :37 |
| Verse 1 | 9 | :39– :58 | | Chorus | 9 | :38 - :58 |
| Pre-Chorus 1 | 8 | :59 – 1:16 | | Verse 2 | 8 | :59 – 1:17 |
| Chorus | 9 | 1:17 – 1:35 | | Chorus | 8 | 1:18 – 1:35 |
| Verse 2 | 9 | 1:36 – 1:56 | | Break | 9 | 1:36 – 1:54 |
| Pre-Chorus 2 | 10 | 1:56 – 2:17 | | Chorus | 8 | 1:55 – 2:12 |
| Chorus | 9 | 2:18 – 2:37 | | Chorus | 8 | 2:12 – 2:31 |
| Intro | 8 | 2:37 – 2:54 | | Chorus | 8 | 2:31 – 2:48 |
| Chorus | 8 | 2:55 - 3:12 | | Chorus | 8 | 2:49 – 3:08 |
| Chorus | 8 | 2:13 – 3:21 | | Chorus | 8 | 3:09 – 3:16 |
| Chorus | 8 | 3:21 – 3:47 | | | | |
| Chorus | 8 | 3:47 - 4:04 | | | | |
| Chorus | 8 | 4:15 - 4:21 | | | | |
| Chorus | 8 | 4:28 – 4:38 | | | | |

**(ii)   The Melodies of DANCE and WAR Are Not Substantially Similar (see transcriptions at ¶ 265 and ¶ 271)**

264. There is no substantial similarity between the melodies of DANCE and WAR.

265. The only melodic similarity in the two songs appears in the chorus of each song and consists of one note with the same pitch and placement in the measure, which is repeated four times in the chorus. However, the melodic rhythm, the melodic contour, and the duration (with one exception) of that final note are different in each song.

266.   Below is a transcription of the two choruses, with the g# that appears in the same place in each melodic phrase (discussed above) highlighted in yellow.





267.   In DANCE, the third note in the first measure of the vocal melodic phrase in the chorus is a g#, which is played on the offbeat ("+") of the fourth beat of the first measure (and again in the third, fifth, and seventh measures of the chorus, where the first two measures of the chorus repeat with certain variations).

268.   In WAR, the fourth note in the first measure of the vocal melodic phrase in the chorus is a g#, which is played on the offbeat ("+") of the fourth beat of the first measure (and again in the third, fifth, and seventh measures of the chorus, where the first two measures of the chorus repeat with certain variations).

269.   Except for the single note in common (g#) highlighted above, there are no notes with the same pitch (scale degree) in common between the two chorus sections.

270.   The WAR notes are b-a-b-g#-b-a-b-g#-b-d#-b-g#- b-a-b-g#.

271.  The DANCE notes are e-f#-g#-f#-e-f#-g#-f#-e-f#-g#-f#-f#-e-e-f#-f#-f#-g#.

272.  Below is the transcription of the two chorus sections.  I have highlighted the one note with the same melodic rhythm in both songs.  As can be seen, the melodic rhythm of the other notes in the two songs is different.





273.  The length and melodic rhythms of the two chorus phrases are different.  The two phrases also start and end in different places in the measure.

274.  For example, in WAR, there is no note sung on the first beat (strongest beat) of the first measure of the two measure repeating phrase.  In DANCE, there is a note sung on the first beat of the first measure.

275.  In the first measure of WAR, notes are played on beats 2, 2+, 4, and 4+, whereas in the first measure of DANCE, notes are played on beats 1, 3, and 4+.

276.  In the second measure of WAR, no notes are sung other than the note (g#) held over from the first measure (3½ beats).  In the second measure of DANCE,

a new note is sung on beat 3+ in addition to the note (g#) held over from the first measure (2½ beats).

277.   In WAR, the duration of the sung notes in the first two measures is eighth note, dotted quarter note, eighth note, and eighth note tied to dotted half note and quarter note.

278.   In DANCE, the duration of the sung notes in the first two measures is quarter note, quarter note, eighth note tied to half note, and dotted quarter note.

279.   In WAR, the two measure phrase contains a note sung on the offbeat ("+") of the fourth beat of the first measure and held (sustained) for three beats until beat three of the fourth measure.  No note is sung on beat four of the fourth measure.

280.   DANCE also contains a note sung on the offbeat ("+") of the fourth beat of the first measure and held (sustained), but it is only sustained for two beats, through beat two of the second measure.  There is a rest (*i.e.*, no note sung) on the first half of beat three in the second measure, and then a note is sung on the second half of beat three of the second measure that leads into the first note of the next two measure phrase.  WAR has no such lead-in note but simply ends on beat three.

281.   The melodic rhythm in all the measures of the two choruses is completely different except the held g# discussed above, and in measures 1 and 2, 5 and 6, and 7 and 8, the g# is not held for the same duration in DANCE and WAR.

282.   The melodic contours of the two chorus melodies also are completely different.  The melodic contour of each of the four phrases in the chorus in WAR goes down, while the melodic contour of the four phrases in DANCE goes up.  The direction of each note to the next note is also very different.  The directions of the notes are indicated below by the symbols "U" (upward movement in pitch), "D" (downward movement in pitch), and "S" (repeating the same pitch).

**WAR:**  D-U-D-U-D-U-D-U-U-D-D-U-D-U-D

**DANCE:**  U-U-D-D-U-U-D-D-U-U-D-S-D-S-U-S-S-U

/ / /

283.   The ways that the melodies of each song interact with the chords and lyrics in each respective song are also completely different.

284.   In DANCE, a new chord accompanies each melody note and lyric in the first five measures of the chorus.  In WAR, there are several notes played before a new chord is played.  Each note and lyric in WAR is not accompanied by a new chord, unlike in DANCE.

285.   The manner in which a new chord accompanies each melody note in DANCE strongly emphasizes the rhythm of the melody, which rhythm is a quarter note on the first beat of the first measure, a dotted quarter note on the third beat of the first measure, then an eighth note on the "+" of the fourth beat of the first measure which is held for the first two beats of the second measure, and finally a dotted quarter note on the offbeat ("+") of the third beat of the second measure.

286.   The melodic rhythm of the DANCE melody is an integral part of the hook, and also is supported by the bass notes, which emphasize the same rhythm.

287.   WAR, by contrast, has no similar use of a new chord on each new note in the melodic phrase.   Moreover, the last note of the WAR melody in the first measure of the phrase is played before the chord change to E major 7 that occurs on the first beat of the next measure.  WAR has a very different rhythm than DANCE.

> **(iii)**   **The Harmonies of DANCE and WAR Are Not Substantially Similar (see transcription at ¶ 289 below)**

288.   There is no substantial similarity in the harmonies of DANCE and WAR.

289.   There is no similarity at all between the harmonies (chord patterns) anywhere in the songs other than in the chorus of each song, where both songs use an Emaj7 (E major 7) chord repeated four time in the chorus, as well as a Bm7 (B minor 7) chord that appears once in the chorus of WAR but four times in the chorus of DANCE.

/ / /

290.   A transcription of the two chorus sections is below, with the Emaj7 chords and the one Bm7 chord in WAR and corresponding Bm7 chord in GIVE – *i.e.*, the only chords in common in the two choruses – highlighted in yellow.





291.   The Emaj7 chord in each chorus appears at different places in the measure.  In WAR, the Emaj7 chord falls on beat one of the second measure.  In DANCE, the Emaj7 chord starts on the offbeat ("+") of four in the first measure.

292.   In WAR, the Bm7 chord is only used once, in beat three of the third measure.  Otherwise, the B chord used in the WAR chorus is B7, which is a major chord.  DANCE does not contain a B7 in its chorus.

293.   This use of the Emaj7 chord four times and the Bm7 chord one time in the eight measure chorus of WAR is not a substantial similarity to DANCE.

294.   The chord patterns in the two songs are different in all other respects.

295.   WAR starts with an Esus4/F# (an Esus chord contains a 4th scale degree instead of a 3rd scale degree so is neither major nor minor; the "/F#" means an f# is

played as the bass note).  In the third and fifth measures of WAR, the first chord is an Em/A (E minor chord over an "a" in the bass).  In the seventh measure, the first chord is a Cmaj7 (C major 7).

296.   WAR does not contain an Am7 (A minor 7) chord in the chorus.  The E min/A chord used in the third and fifth measures of WAR is different from an Am7.

297.   In DANCE, the first chord of the first, third, fifth, and seventh measures of the chorus is an Am7 chord.

298.   DANCE does not contain an Esus4/F# chord, and Emin/A chord, or a Cmaj7 chord.

299.   DANCE repeats the same four chord sequence over a two measure phrase, which phrase is repeated three more times over the eight measure chorus.

300.   WAR uses three chords over a two measure phrase, and those chords vary as the two measure phrase is repeated three more times over the eight measure chorus.

301.   In sum, the harmonies of the two choruses are different other than the use of an Emaj7 chord four times and the use of a Bm7 chord one time in WAR.

302.   It is commonplace for two songs to have one or two (or more) chords in common.  That similarity alone between WAR and DANCE is not substantial.

303.   The DANCE Copyright Deposit does not contain backup vocals.

304.   A transcription of the two choruses with the backup vocals that appear in the respective sound recordings of DANCE and WAR added, and with the backup vocal notes in each chorus in the respective sound recordings highlighted in yellow, is set forth below.  The notes that are not highlighted in yellow below are the lead vocal notes.

/ / /

/ / /

/ / /

/ / /





305.   The backup vocals in the DANCE chorus in the sound recording are three part harmonies, consisting of two vocal notes sung below each lead melody note (as shown in the transcription in paragraph 302, below).  There are backup vocals (three part harmony) for every note in the eight measure DANCE chorus in the DANCE sound recording.

306.   In WAR, the only backup vocal is on the last note (g#) of the first measure of each two measure phrase.  In measures one, three, and five of the chorus, the backup vocal is only one note (two part harmony), and it is sung above the lead vocal note (g#).  In measure seven of WAR, there are two backup notes, both sung above the lead vocal note (g#).  The WAR backup vocals have different placement in the melodic phrase from DANCE and are sung above rather than below the lead vocals.  The backup vocals in DANCE and WAR are not substantially similar.

/ / /

/ / /

/ / /

1     **(iv)**  <u>**The Lyrics of DANCE and WAR Are Not Substantially**</u>
2       <u>**Similar**</u>

3   307. There is no substantial similarity, let alone any similarity, between the

4 lyrics of DANCE and WAR.

5     **(v)**  <u>**The Rhythms of DANCE and WAR Are Not Substantially**</u>
6       <u>**Similar**</u>

7   308. There is no substantial similarity in the rhythms of DANCE and WAR.

8   309. The only similar melodic rhythm in the two songs as discussed above is

9 the g# note that is sung on the offbeat ("+") of the fourth beat in the first measure of

10 the chorus (and again in the third, fifth, and seventh measures of the chorus).

11   310. There is nothing original about singing a note on the "+" of the fourth

12 beat.  This is a common compositional choice that provides emphasis by starting the

13 held note just before the downbeat of the next measure as opposed to on that beat.

14   311. There are no other similar rhythms in the two songs.

15   312. The overall rhythmic groove or feel of DANCE was not original in

16 1976 when DANCE was created.  For example, the following songs, which were

17 released in 1972, have a similar feel to DANCE:  "I'm Still In Love With You,"

18 "Let's Stay Together," and "Love and Happiness," by Al Green, and "Suavecito" by

19 Malo.  Those songs also include similar harmonic elements to DANCE, including

20 the use of jazz influenced chords.  The above songs all pre-date DANCE (1976).

21     **(vi)** <u>**In Sum, DANCE and WAR Are Not Substantially Similar**</u>

22   313. The only similarities – which are trivial and insubstantial – between

23 DANCE and WAR in terms of melody, rhythm, harmony, structure, or lyrics are the

24 single g# note and the Bm7  and Emaj7 chords in the choruses of the two songs.

25 The use of a single note, or of the chords Bm7 and Emaj7, in the chorus is not a

26 substantial similarity.

27 / / /

28 / / /

# I.    MY BACKGROUND AND QUALIFICATIONS

314.    As President of Sandy Wilbur Music, Inc., DBA Musiodata, I served as an expert witness in a copyright infringement case for the first time in 1981 and have been working extensively as a forensic musicologist since 1988.  I have compared and analyzed thousands of musical pieces and samples, have created charts and exhibits, have done public domain and prior art searches, and copyright valuation research and have consulted on a wide range of musical issues for law firms, advertising agencies, film, television, and record companies, music publishing and production companies.  In 2012 alone, I cleared approximately 335 pieces of original music for release or broadcast, performed approximately 112 preliminary musicological analyses of which 5 were extensive reports involving potential or pending litigation and 15 required recommended changes before release or broadcast.  I also performed 18 sample analyses mainly for record companies about half of which concerned potential litigation.  Additionally, I did 8 prior art research reports and determined the public domain status of 29 songs.  Over the last several years, I have been consulted on an average of 10 - 15 times per year regarding potential litigation matters, about three of which are ongoing at any given time and most of which have settled.

315.    I have worked as an expert in several litigations and consulted on major music albums and a Grammy award winning movie soundtrack, including: (a) in 1981, I testified as an expert on behalf of the defendants in *Creme Records v. Benton & Bowles Advertising Agency, Schlitz Brewing Co. and J.J. Johnson* (Federal California case, Southern District); (b) in the trial of *Rene Santrail, et al. v. Kirk Burrell a/k/a M.C. Hammer*, I gave a deposition in 1995, and in 1998 appeared as an expert witness on behalf of the plaintiff (Federal New York case); (c) in 1996, I served as a court-appointed expert for the Central District of California, *Frank Gari Productions v. Coca-Cola Co., Mercenary Productions, et al.*; (d) I was the musicologist and song researcher for the 2000 Coen Brothers' film and soundtrack

album "O Brother Where Art Thou," which won a Best Album Grammy in 2001 and also musicologist for the subsequent soundtrack album for "Down From The Mountain;"(e) in 2006, I was the musicology expert on behalf of several defendants in *Armour v. Beyonce Knowles et al.*; (f) in 2007-08, I was the musicology expert for the plaintiff in *Bourne Co. v Twentieth Century Fox Film Corp., Fox Broadcasting Co., Twentieth Century Fox Television, Inc. et al.*; (g) In 2013, I was the musicology expert on behalf of the plaintiff in *Anne Bryant v Sunbow Productions* in the Supreme Court of the State of New York; and (h) in 2013, I was the musicological expert for defendants in the case of Jose O. *Guzman v Hacienda Records and Recording Studio, Inc. et al* in U.S. District Court, Southern District of Texas, Victoria Division, Civil Action No. 612-ev-00042.

316.   As a composer, arranger, lyricist, and producer, I have had over forty recorded songs and five chart singles to my credit.  My most recently released projects are three educational music videos entitled "We The People" which sings the Preamble to the Constitution, "Four Score and Seven Years Ago" which sings part of the Gettysburg Address, and "She Still Carries A Torch" about the Statue of Liberty and immigration all of which are designed to be teaching and performing tools (www.sandywilburmusic.com).  I produced, wrote, arranged and performed for my album "All Through the Night," released by Caedmon/Harper Audio and also composed and produced hundreds of jingles and scores for major corporate clients, including: Proctor & Gamble, AT&T, Coors, Wendy's, Hardees, Tyco, and UNICEF, among others.  Some of the artists who have performed my jingles include: Lee Greenwood, Teddy Pendergrass, Kool and the Gang, Janis Ian, Patti Austin, The Platters, Gap Band, Dr. Hook, Tony Bennett and Kermit the Frog.

317.   From 1980 to 1982, I was Associate Music Director at Benton & Bowles Advertising Agency, now part of Publicis.

318.   I received a B.A. from Sarah Lawrence College, and an M.A. in Ethnomusicology from the University of California at Los Angeles, with emphasis

1   on African, Indonesian, and Native American music and culture.  My M.A.

2   dissertation was entitled "Music of the Pawnee Indians; With Special Reference To

3   Present Day Oklahoma Practices."  I have taught music courses at several

4   universities and institutes, including Rutgers University, The Songwriter's Guild of

5   America and the State University of New York.

6        319.   I have also received awards from ASCAP, CLIO, The New York

7   International Film Festival and The American Song Festival, among others and have

8   been a member of ASCAP, SAG, AFTRA, AFM, Women in Music, and the

9   Songwriters Guild of America, among others.  My complete resume and

10  qualifications are attached hereto as **Exhibits D** and **E**, respectively.

11       I declare under penalty of perjury under the laws of the United States of

12  America that the foregoing is true and correct.

13       Executed on July 21, 2014, at South Londonderry, Vermont.

14

15

16  Sandy Wilbur

17

18

19

20

21

22

23

24

25

26

27

28

King, Holmes,
Paterno &
Berliner, LLP

**EXHIBIT A**

Sandy Wilbur, President

# GLOSSARY OF COMMONLY USED MUSICAL TERMS[1]



*Notes on a piano keyboard

**BEAT** - Referring to the recurring pulse or rhythmic unit of music.  Hup-two-three-four while marching is an example of four beats.  Note how an **ACCENT** pattern is established since the first beat is strongest and the third beat is next strongest.  One-two-three One-two-three might be a waltz where the first beat (One) is the strongest.

**CHORD** - Three or more related pitches that sound simultaneously or in close proximity.  Chords are often numbered I, II, III, IV, V, etc.  corresponding to the pitch of the scale on which the chord is based.  Common chords in the C Major scale are the I chord or C chord (c-e-g), the IV chord or F chord (f-a-c) and the V chord or G chord (g-b-d).  A V7 chord (G7) has the seventh note from the root of the chord added to the chord (g-b-d-f). A chord written F/G indicates an F chord (f-a-c) with a g in the bass (g-f-a-c).

**FLAT** - (*b*) A half step below the letter pitch.  d*b* or d flat is the same pitch as c#.

**HARMONY** -  Pertains to the pitches that sound simultaneously or in close proximity to their related pitches, also referred to as **CHORDS**, and their movement.  Harmonic rhythm refers to the duration and accent patterns of the chords in relation to one another.

**INTERVAL** - The distance between one pitch (or note) and the next.  The distance is often measured in **STEPS**.  A half step is the distance between each note in a chromatic scale (c to c#, e to f, b to c) while a whole step is two half steps (c to d, d to e, f to g, etc.)  Common intervals are referred to as a major

---

[1]   The purpose of these brief definitions is to help get a better understanding of music as it relates to the music business generally and to a specific musicological report and is not meant to be either legally accurate or complete. This material is  copyrighted © Sandy Wilbur Music, Inc. and any duplication of this material is prohibited without permission.



Sandy Wilbur, President

third (c - e), a minor third (a - c), a major second (g - a), a minor second (e - f), a fifth (c - g), a fourth (c to f), etc.

**KEY** - The tonal center to which all the other pitches are related.  This is usually the first pitch (root or tonic) in the scale.  A piece is said to be in the key of C major if it uses the "C" major scale, or, in the key of C minor, if it uses the C minor scale (see scale).

**LOOP** - Repeating a sound, phrase, or pattern without replaying it by automatically programming the computer or synthesizer to repeat it for an infinite or specific number of times, after a specified period of time.  Synthesized drum and percussion parts on drum machines or synthesizers are commonly looped.

**MEASURE** (Often referred to as a **BAR**) - A unit of musical time  separated by a bar line or vertical line in a musical staff.  Each measure contains a certain number of beats, determined by the **METER** of the piece or of the specific measure.  When added together, the **NOTES**, representing pitches, and the **RESTS** representing periods of silence, must be equal to the number of beats in that measure.

**MELODY**  - A horizontal succession of single pitches, each with a specified duration.  A **MELODIC PHRASE** is the grouping of notes into a unit or statement with a specific beginning and end. **MELODIC CONTOUR** refers to the shape of the phrase (as if one were to put lines between the notes on a graph).  **MELODIC RHYTHM** refers to the duration and accent patterns of the note in relation to one another.  In the song "Three Blind Mice," for instance, the first line consists of two repeated phrases ("Three blind mice") with a melodic contour that goes down in each, and with a melodic rhythm where the last note in the phrase is twice as long as the first two.

**METER -**  A pattern of fixed units, or beats, by which a piece of music is measured. (See Measure.)  Common meters are 4/4, 3/2, 6/8, etc.  indicating that there are four, three or six beats in each measure (top number) and a quarter note, half note or eighth note gets one beat (bottom number).

**MODE** – (See Scale) A variation of the fixed order of notes in the diatonic scale within one octave.



Sandy Wilbur, President

**OSTINATO** [2] – "A melodic and/or rhythmic figure that is persistently repeated throughout a composition or a section of one.  Examples occur as early as the Middle Ages.  The use of a bass part constructed in this way was common in the 17[th] and early 18th centuries.  The technique (not restricted to the bass part) has also been employed extensively by some composers of the 20th century."

**PEDAL POINT** -  A note, usually in the bass, that continues to play as the chords change above it.  A tonic pedal point uses the first note of the scale as that held or repeated note.

**PITCH** - A specific sound on the scale of low to high that is based on frequency (or number of vibrations per second).  The pitch "a" below middle c vibrates 440 times per second.  The higher the pitch the higher the number of vibrations.

**QUANTIZE** – Digitally moving a note or notes to the nearest selected note value (such as moving a note to the nearest 16th note or 8th note).

**RAP -** A style of music in which the lyric is rhythmically spoken or "rapped" over a strongly rhythmic instrumental track.  The track can contain sung or instrumental melodies or **samples** of already recorded music combined into a mosaic of repeating patterns or **loops**.

**RHYTHM** - The aspects of music pertaining to the organization of time, including duration of both sounds and silence, accent patterns found in the sounds, and silences that make up the musical and non-musical aspects of music. **Beats**, **meter**, **measures**, **tempo** all help define the rhythmic nature of a piece of music.  Accent patterns found in both **melody**, lyrics, and **harmony** (melodic rhythm, rap, and harmonic rhythm, for example) also have rhythmic components.

**RIFF** – A repeated figure, usually instrumental, (sometimes referred to as a **vamp** when used with vocals), which is used as a common performance practice in other works and is not related to the specific song (music or lyrics) but to the musical underpinning or arrangement of the song.

**SAMPLE -**  A digital "snapshot" of a sound, instrumental performance or recording.  Like a snapshot, the sound can be very accurate or very fuzzy depending upon the amount of memory assigned to capture it. It is often

---

[2] *Harvard Concise Dictionary of Music,* Don Michael Randel. 1978 Belknap Press of Harvard University Press

252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com

3



Sandy Wilbur, President

accessed through a keyboard that can play the actual sample piece higher, lower, faster, slower, with other sounds, etc.

**SCALE** - The tonal foundation of most popular Western music is based on certain major and minor scales arranged as rising pitches or steps (Do - Re - Me - Fa- So - La - Ti - Do, or 1-2-3-4-5-6-7-8[1]).  The first pitch or step, Do (also referred to as the **ROOT**, or **TONIC**) is the most important pitch in the scale.  All scales are made up of an arrangement of half steps, whole steps, and occasionally one and a half steps).  A chromatic scale consists of all half steps (the black and white keys between one C and the next higher C, for instance) **MODES** are variants of these scales with certain changed steps, common to certain musical genres the most common listed below the scales.  Note that the Dorian mode is all the white keys of the piano starting and ending with "d" and the mixolydian mode is all the white keys of the piano starting and ending with "g."  The five-note Pentatonic scale consists of all the black keys of the piano within one octave. The scales and modes below all start and end with "c."

```
Chromatic Scale –     c   c#  d   d#  e   f   f#  g   g#  a   a#  b   c
Major scale           c       d       e   f       g       a       b   c
Minor melodic  (up)   c       d   eb      f       g       a       b   c
Minor(descending)     c       d   eb      f       g       ab      bb      c
Pentatonic scale      c       d       f   g       a
Dorian mode           c       d   eb      f       g       a   bb          c
Mixolydian mode       c       d       e   f       g       a   bb          c
```



**SHARP** - (#) A half step up from the letter pitch.  c# or c sharp is the black note on the piano between c and c.

**TEMPO** - Speed or pulse, usually measured by how many beats per second are found in a piece of music.

**EXHIBIT B**

## LYRICS AND SONG STRUCTURE

**"BLURRED LINES"**
Robin Thicke & Pharrell Williams *

INTRO - Pharrell

Everybody get up
Everybody get up
Hey, hey, hey
Hey, hey, hey
Hey, hey, hey

VERSE 1 – Robin Thicke

*If you can't hear what I'm trying to say*
*If you can't read from the same page*
Maybe I'm going deaf,
Maybe I'm going blind
Maybe I'm out of my mind
*[Pharell:]* Everybody get up

PRE-CHORUS – Robin Thicke

OK now he was close, tried to domesticate you
But you're an animal, baby, it's in your nature
Just let me liberate you
Hey, hey, hey
You don't need no papers
Hey, hey, hey
That man is not your maker
Hey, hey, hey

CHORUS – Robin Thicke

And that's why I'm gon' take a good girl
I know you want it
I know you want it
I know you want it
You're a good girl
Can't let it get past me
You're far from plastic
Talk about getting blasted

I hate these blurred lines
I know you want it
I know you want it
I know you want it
But you're a good girl
The way you grab me
Must wanna get nasty
Go ahead, get at me

Pharrell:] Everybody get up

VERSE 2 – Robin Thicke

*What do they make dreams for*
*When you got them jeans on*
*What do we need steam for*
You the hottest bitch in this place
I feel so lucky
Hey, hey, hey
You wanna hug me
Hey, hey, hey
What rhymes with hug me?
Hey, hey, hey

PRE-CHORUS – ROBIN THICK
OK now he was close, tried to domesticate you
But you're an animal, baby it's in your nature
Just let me liberate you
Hey, hey, hey
You don't need no papers
Hey, hey, hey
That man is not your maker
Hey, hey, hey

CHORUS – Robin Thicke
And that's why I'm gon' take a good girl
I know you want it
I know you want it
I know you want it
You're a good girl
Can't let it get past me
You're far from plastic
Talk about getting blasted
*[Pharell:]* Everybody get up

I hate these blurred lines
I know you want it
I hate them lines
I know you want it
I hate them lines
I know you want it
But you're a good girl
The way you grab me
Must wanna get nasty
Go ahead, get at me

RAP – TI
One thing I ask of you
Let me be the one you back that ass to
Go, from Malibu, to Paris, boo
Yeah, I had a bitch, but she ain't bad as you
So hit me up when you passing through
I'll give you something big enough to tear your ass in two
Swag on, even when you dress casual
I mean it's almost unbearable

Then, honey you're not there when I'm
With my foresight bitch you pay me by

Nothing like your last guy, he too square for you
He don't smack that ass and pull your hair like that
So I just watch and wait for you to salute
But you didn't pick
Not many women can refuse this pimpin'
I'm a nice guy, but don't get it if you get with me

BRIDGE – Robin Thicke
Shake the vibe, get down, get up
Do it like it hurt, like it hurt
What you don't like work?

VERSE 3 – Robin Thicke

*Baby can you breathe? I got this from Jamaica*
*It always works for me, Dakota to Decatur*, uh huh
No more pretending
Hey, hey, hey
Cause now you winning
Hey, hey, hey
Here's our beginning

CHORUS – Robin Thicke

I always wanted a good girl
(Pharell: Everybody get up)
I know you want it
I know you want it
I know you want it
You're a good girl
Can't let it get past me
You're far from plastic
Talk about getting blasted

I hate these blurred lines
(Pharell: Everybody get up)
I know you want it
I know you want it
I know you want it
But you're a good girl
The way you grab me
Must wanna get nasty
Go ahead, get at me

OUTRO – Pharrel Williams

Everybody get up
Everybody get up
Hey, hey, hey
Hey, hey, hey
Hey, hey, hey

**EXHIBIT C**

**"Got To Give It Up"**

VERSE 1

I used to go out to parties
And stand around
'Cause I was too nervous
To really get down

But my body
yearned to be free
So I got up on the floor and found
Someone to choose me

VERSE 2

No more standin' along the side walls
Now I've got myself together, baby
And I'm havin' a ball

Long as you prove it
There's always a chance
Somebody watches
I'm gonna make romance

VERSE 3

Move your body, ooo baby, and dance all night
To the grooving, I feel all right
Havin' a party, ooh, invite all your friends
But if you see me stop by, let me in.

Baby just party all night long
Let me slip into your erotic zone

BREAK

Ooh move it up, ooh
Shake it down, ooh
You an bump me when you want to, babe
This is such a groovy party baby dancin' face to face
And everybody's screamin' it's such a groovy place
All the young ladies are so fine

VERSE 4 (harmonically last half of verse)

You're movin your body leaves me with no doubt
Know what you're thinkin, want to turn me out.
Think I'm gonna let you do it

HOOK

*[repeat and fade on seventh repeat:]*
Keep on dancin' ooh
Got to give it up

**EXHIBIT D**



# >> SANDY WILBUR

252 Seventh Ave. Suite 17G New York, NY 10001
TEL 212-217-2566  |  FAX 212-217-2567
swilbur@musicology.com  |  www.musicology.com

---

### >>POSITIONS HELD

**1987- Present  President, Sandy Wilbur Music, Inc. (DBA Musiodata** 1995- present **)**
Full-time professional musicologist offering consultation and expert forensic musicology services to attorneys, advertising agencies, film producers, publishing and record companies, and other music professionals.  Principal responsibilities include: offering expert opinions on copyright infringement and sound-alike issues, public domain and prior art research, creative consulting, licensing music for TV and film and copyright valuation.

**1982 - 1989    President, Sandy Wilbur Music, Inc.**
Full-service Music Production Company. Services provided: producing, composing, arranging, scoring for records, TV, film and commercials. Owner and operator of a MIDI multi-track studio with Macintosh sequencing and interlock to video. Part-time musicological services.

**1980 -1982    Associate Music Director, Benton and Bowles Advertising Agency**
Duties included: producing and occasionally writing music for half the agency's accounts, negotiating initial contracts with artists and music suppliers, licensing songs, producing radio commercials, creating music concepts for ad campaigns.   (Benton and Bowles, now DMB&B, was fifth largest in the world at the time). Also, served as music expert in Federal case involving Benton and Bowles, Schlitz Malt Liquor, J.J. Johnson, and Cream Records.

### >>ACHEIVEMENTS

- Musicology expert in several legal cases, most recently for several defendants in Armour v Beyonce Knowles et al (2006-07), and for plaintiff in Bourne Co. v Twentieth Century Fox Film et al (2007-08) and in hundreds of cases as a consultant. Specific information and references available upon request.

- Musicologist for the Coen brothers' 2000 film "O Brother Where Art Thou," released by Touchstone Pictures. Researched all the 1930s folk songs used in the film to determine which were in the public domain or whose original song or arrangement to credit.  This soundtrack album won Grammy Award for Best Album of the Year, 2001.  Also researched songs on the 2001 album "Down from the Mountain: Live Concert Performances by the Artists and Musicians of O Brother, Where Art Thou?"

- Over 40 original songs recorded since 1981, with five Billboard chart singles including: "Hit 'n Run Lover" (#1 - France, Italy, England, #3 US Billboard Dance Charts, Top 20 Billboard Dance Hits for the year 1982, included in Paramount Pictures soundtrack album and included in numerous compilations) and "The Woman In Me" (gold record, Canada).

- Wrote and produced three educational music video for teachers and students K-9 as part of an ongoing series "Learning History Through Music." "We The People (Constitution Song)" sings the Preamble to the Constitution, "Four Score and Seven Years Ago" sings part of the Gettysburg Address and addresses the Civil War and equality, and "She Still Carries A Torch" is about the Statue of Liberty and immigration, the last two released in 2013. www.sandywilburmusic.com

- Album: "All Through The Night" a collection of lullabies played, programmed, produced, written and/or arranged by Sandy Wilbur, sung by Diane Green. Released Oct. 1989, Caedmon Audio/Harper and Row.

- Numerous jingles and scores for: Schlitz Malt Liquor (CLIO AWARD), Wendy's, AT&T, Coors, P&G, Tyco, Hardees and UNICEF, among many others.  Artists who have sung some of these jingles include Mark Cohen, Luther Vandross, Lee Greenwood, Tony Bennett, Kool & The Gang, Janis Ian, Teddy Pendergrass, Patty Austin, The Platters, The Drifters, Gap Band, Dr. Hook, Millie Jackson and Kermit the Frog, among others.

## >>TEACHING AND SPEAKING ENGAGEMENTS

**1987 -Present   Lecturer, speaker and panelist**
on Musicological issues for various associations, organizations and schools around the
Country (AAAA's, Bar Association, Copyright Society of the USA, National Music
Publishers Association, American Music Producers (AMP), and Songwriters Guild of America, among others).

1974-1982    **Adjunct Professor, Lecturer, Instructor**
Composition, Ethnomusicology, Music Theory, Hit Songwriting Techniques, Psychology of Music, Advertising Music, etc. at various universities, schools and institutions including Rutgers, SUNY, Central Piedmont Community College and American Guild of Authors and Composers (now Songwriter's Guild of America), among others.  Participated in Artist-In-The-Schools program (1977-80).

## >>EDUCATION

1970-1972    **UCLA, MA in Music** (Ethnomusicology specialization).
UCLA Teaching Assistantship, 1970-71.  Clifton Webb Endowment Fund Grant 1972. Collected in-the-field music and cultural data for Master's thesis: "Music of the Pawnee Indians; With Special Reference to Present Day Oklahoma Practices."

1968-1969    **University of California, Berkeley** Graduate Music Composition
Department, Hertz Fellowship in Composition.

1964-1968    **Sarah Lawrence College, BA**
Sarah Lawrence College Fellowship for the study of renaissance music and art in Florence, Italy, 1967.

1962-1964    **Yale University** (Music Department). Private classical piano instruction
with Professor Donald Courier (one of only two high school students in the nation selected for this two-year study program).

## >>CREATIVE AWARDS

Awards from ASCAP, CLIO, New York International Film Festival and American Song Festival.

## >>ASSOCIATIONS

American Board of Forensic Examiners, Songwriters Guild of America (former council member), SAG, AFTRA, AFM, ASCAP, SAMPAC (former board member), Copyright Society of America, Manchester Music Festival (former advisory board), Women in Music (former board member) Green Mountain Academy for Lifelong Learning (board).

**EXHIBIT E**



Sandy Wilbur, President

## QUALIFICATIONS OF SANDY WILBUR

Sandy Wilbur, President of Sandy Wilbur Music, Inc., DBA Musiodata, first served as an expert witness in a copyright infringement case in 1981 and has been working extensively as a musicologist since 1988. She has compared and analyzed thousands of musical pieces and samples, has created charts and exhibits, has done public domain and prior art searches, and copyright valuation research and has consulted on a wide range of musical issues for law firms, advertising agencies, film, television, and record companies, music publishing and production companies. In 2012 alone, she cleared approximately 335 pieces of original music for release or broadcast, performed approximately 112 preliminary musicological analyses of which 5 were extensive reports involving potential or pending litigation and 15 required recommended changes before release or broadcast. She also performed 18 sample analyses mainly for record companies about half of which concerned potential litigation. Additionally, she did 8 prior art research reports and determined the public domain status of 29 songs. Over the last several years, she has been consulted on an average of 10 - 15 potential litigation matters per year, about three of which are ongoing at any given time and most of which have settled.

Recognized as a leading expert in the field of forensic musicology, Ms. Wilbur has worked as an expert in several litigations and consulted on major music albums and a Grammy award winning movie soundtrack.

- In 1981, Ms. Wilbur testified as an expert on behalf of the defendants in Creme Records v. Benton & Bowles Advertising, Schlitz Brewing Co. and J.J. Johnson (Federal California case).
- In the trial of Rene Santrail, et al. v. Kirk Burrell p/k/a M.C. Hammer, she gave a deposition in 1995, and in 1998 she appeared as an expert witness on behalf of the plaintiff (Federal New York case).
- In 1996, she served as a court-appointed expert for the Central District of California, Frank Gari Productions v. Coca-Cola Co., Mercenary Productions, et al.
- She was the musicologist and song researcher for the 2000 Coen Brothers' film and soundtrack album "O Brother Where Art Thou," which won a Best Album Grammy in 2001.
- In 2006, she was the musicology expert on behalf of several defendants in Armour v. Beyonce Knowles et al.
- In 2007-08, she was the musicology expert for the plaintiff in Bourne Co. v Twentieth Century Fox Film Corp., Fox Broadcasting Co., Twentieth Century Fox Television, Inc. et al.



**Sandy Wilbur, President**

- In 2013, she was the musicology expert for the plaintiff in Anne Bryant v Sunbow Productions in the Supreme Court, State of New York.
- In 2014, she was musicology expert for defendants in Civil Action No. 6;12-cv-00042; Jose Guzman v. Hacienda Records and Recording Studio, Inc. In the US District Court for the Southern District of Texas, Victoria Division

Ms. Wilbur is also an accomplished composer, arranger, lyricist, and producer with over forty recorded songs and five chart singles to her credit. Her most recent released project is an educational music video entitled "We The People" which sings the Preamble to the Constitution and is designed to be a teaching and performing tool. Two new educational music videos will be released in 2013. She produced, wrote, arranged and performed for her album "All Through the Night," released by Caedmon/Harper Audio and also composed and produced hundreds of jingles and scores for major corporate clients, including: Proctor & Gamble, AT&T, Coors, Wendy's, Hardees, Tyco, and UNICEF, among others. Some of the artists who have performed Ms. Wilbur's jingles include: Lee Greenwood, Teddy Pendergrass, Kool and the Gang, Janis Ian, Patti Austin, The Platters, Gap Band, Dr. Hook, Tony Bennett and Kermit the Frog. From 1980 to 1982, Ms. Wilbur was Associate Music Director at Benton & Bowles Advertising Agency, now DMB&B.

Ms. Wilbur received a B.A. from Sarah Lawrence College, and an M.A. in Ethnomusicology from the University of California at Los Angeles, with emphasis on African, Indonesian, and Native American music and culture. Her M.A. dissertation was entitled "Music of the Pawnee Indians; With Special Reference To Present Day Oklahoma Practices." She has taught music courses at several universities and institutes, including Rutgers University, The Songwriter's Guild of America and the State University of New York.

Ms. Wilbur has received awards from ASCAP, CLIO, The New York International Film Festival and The American Song Festival, among others. She is or has been a member of ASCAP, SAG, AFTRA, AFM, Women in Music, and the Songwriters Guild of America, among others.