**DECLARATION OF DONNA STOCKETT**

## DECLARATION OF DONNA STOCKETT

I, Donna Stockett, declare as follows:

1.     I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2.     I am a lead copyright analyst for Thomson CompuMark ("Thomson") in Alexandria, Virginia.  Thomson is a company that, *inter alia*, provides research and information services relating to United States trademarks and copyrights.

3.     In 2014, King, Holmes, Paterno & Berliner, LLP, engaged Thomson to obtain copies of the original copyright registrations and deposits from the United States Copyright Office in Washington, D.C., for the following two copyrighted works:  (a) "Got to Give It Up (Part 1 and Part 2)," Registration No. EP 366530 ("GIVE"); and (b) "After the Dance," Registration No. EP 351582 ("DANCE").

4.     In 2014, I obtained true and correct copies of the original copyright registrations for GIVE and DANCE from the United States Copyright Office, true and correct copies of which are attached hereto as **Exhibits A** and **B**, respectively.

5.     The United States Copyright Office informed me that it did not have in its records any copyright deposits for GIVE and DANCE.

6.     I subsequently contacted the Library of Congress in Washington, D.C., which informed me that it had in its records the original copyright deposits for GIVE and DANCE, true and correct copies of which were then obtained by me from the Library of Congress and are attached hereto as **Exhibits C** and **D**, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June **20**, 2014, at Alexandria, Virginia.

Donna Stockett

4112.060/771803.1

1

**EXHIBIT A**

Page 1

# Application
## for Registration of a Claim to Copyright

**FORM E**

REGISTRATION NO.

EP 366530

DO NOT WRITE HERE
EP     EU

**CLASS**

**E**

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, and may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). The name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name ...... JOBETE MUSIC COMPANY, INC. ......

Address ...... 6255 SUNSET BLVD. ......

Name ......

Address ......

**2. Title:** ...... GOT TO GIVE IT UP (PART 1 AND 2) ...... #10,034
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name ...... MARVIN GAYE ...... Citizenship: U.S.A. X Other ......
(Give legal name followed by pseudonym if latter appears on the copies)      (Check if U.S. citizen)      (Name of country)

Domiciled in U.S.A. Yes X No .... Address 6255 SUNSET BLVD. ...... Author of words & music
(State which: words, music, arrangement, etc.)

Name ...... Citizenship: U.S.A. .... Other ......
(Give legal name followed by pseudonym if latter appears on the copies)      (Check if U.S. citizen)      (Name of country)

Domiciled in U.S.A. Yes .... No .... Address ...... Author of ......
(State which: words, music, arrangement, etc.)

Name ...... Citizenship: U.S.A. .... Other ......
(Give legal name followed by pseudonym if latter appears on the copies)      (Check if U.S. citizen)      (Name of country)

Domiciled in U.S.A. Yes .... No .... Address ...... Author of ......
(State which: words, music, arrangement, etc.)

▶▶ **NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◀◀

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made, printed, or reproduced, or the date when the work was per-

formed or recorded, should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

3          10          77
(Month)      (Day)      (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

USA

▶▶ **NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work. ◀◀

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form,

or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ...... No ...... Date of registration ...... Registration number ......

Was work previously published? Yes ...... No ...... Date of publication ...... Registration number ......

Is there any substantial NEW MATTER in this version? Yes ...... No ...... If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

EXAMINER

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

JOBETE MUSIC COMPANY, INC.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ___JOBETE MUSIC COMPANY, INC.___ Address ___6255 SUNSET BLVD.___

8. Send certificate to:

(Type or print name and address)

Name ___JOBETE MUSIC COMPANY, INC.___

Address ___6255 SUNSET BLVD.___
              (Number and street)

___HOLLYWOOD,___ ___CALIFORNIA___ ___90028___
   (City)              (State)              (ZIP code)

**9. Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____
              (Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

**Class A**  Form A—Published book manufactured in the United States of America.

**Class A or B**  Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

**Class B**  Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

**Class C**  Form C—Lecture or similar production prepared for oral delivery.

**Class D**  Form D—Dramatic or dramatico-musical composition.

**Class E**  Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

**Class F**  Form F—Map.

**Class G**  Form G—Work of art or a model or design for a work of art.

**Class H**  Form H—Reproduction of a work of art.

**Class I**  Form I—Drawing or plastic work of a scientific or technical character.

**Class J**  Form J—Photograph.

**Class K**  Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

**Class L or M**  Form L–M—Motion picture.

**Class N**  Form N—Sound recording.

•  Form R—Renewal copyright.

•  Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received | |
| Fee received | |
| Renewal  RE 910-939 | |

**EXHIBIT B**

Page 1

# Application
## for Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, and may be carbon copies.

**FORM E**

REGISTRATION NO.

EP 351582
DO NOT WRITE HERE
EP            EU

**CLASS**
**E**

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with:

(a) If unpublished, one complete copy of the work and the registration fee of $6.

(b) If published, two copies of the best edition of the work and the registration fee of $6.

Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). The name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name .Johete Music Co.........................................................................................

Address .6464 Sunset Blvd.....Hollywood, Ca. 90028..........................................

Name ....................................................................................................................

Address ................................................................................................................

**2. Title:** .After The Dance...........#9322.....................................................................
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name .Marvin Gaye.................................... Citizenship: U.S.A. .X... Other .....................
(Give legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

Domiciled in U.S.A. Yes .X... No .... Address .6464 Sunset Blvd., Hollywood.. Author of .Words and Music.
(State which: words, music, arrangement, etc.)

Name .Leon Ware.......................................... Citizenship: U.S.A. .X... Other .....................
(Give legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

Domiciled in U.S.A. Yes .X... No .... Address .6464 Sunset Blvd., Hollywood.. Author of .Words and Music.
(State which: words, music, arrangement, etc.)

Name ............................................................. Citizenship: U.S.A. ...... Other .....................
(Give legal name followed by pseudonym if latter appears on the copies)   (Check if U.S. citizen)   (Name of country)

Domiciled in U.S.A. Yes .... No .... Address ............................................ Author of ............................
(State which: words, music, arrangement, etc.)

➤➤ **NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◄◄

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made, printed, or reproduced, or the date when the work was performed or recorded, should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

........................March.........6........1976................
(Month)   (Day)   (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

.......................................U.S.A......................................

➤➤ **NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work. ◄◄

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form,

or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ...... No .X.. Date of registration ..................... Registration number ...............

Was work previously published? Yes ...... No .X.. Date of publication ..................... Registration number ...............

Is there any substantial NEW MATTER in this version? Yes ......... No ......... If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

........................................................................................................................................

EXAMINER

*Complete all applicable spaces on next page*

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

Jobete Music Co.

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name Jobete Music Co.          Address Below

8. Send certificate to:

(Type or print name and address)

Name     Jobete Music Co.

Address  6464 Sunset Blvd.   #1080
                              (Number and street)

         Hollywood, Ca.   90028
         (City)          (State)              (ZIP code)

**9. Certification:**

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Brenda Robinson*

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

Class A    Form A—Published book manufactured in the United States of America.

Class A or B    Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B    Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.

Class L or M    Form L–M—Motion picture.

Class N    Form N—Sound recording.
   • Form R—Renewal copyright.
   • Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>APR 05 1976 | |
| One copy received | |
| Two copies received<br>APR 05 1976 | |
| Fee received | |
| Renewal<br>RE 903-945 | |

**EXHIBIT C**

# Got To Give It Up
## ( PART 1 )

Ep 366530



WORDS AND MUSIC BY
MARVIN GAYE

© 1977 JOBETE MUSIC COMPANY, INC.







**EXHIBIT D**

# After The Dance

EP 351582

APR 05 1975

WORDS AND MUSIC BY:

MARVIN GAYE AND
LEON WARE

#9322



© 1976  JOBETE  MUSIC COMPANY, INC.

VALLE MUSIC PAPERS 12045 Ventura Blvd.
Phone 762-0615  No. Hollywood, Calif.

208

(G#7sus.4) C#m F#m
-ERY - WHERE I THOUGHT TO MY-SELF SHE IS SO
G#7(SUS.4) G#7 C#m
FINE THE WAY SHE MOVES, SHE'S SO DI-VINE, SHE WAS MOV-
F#m G#7(SUS.4) G#7
IN' SO FREAK-ISH-LY OH WHAT SHE NEEDS IS ME
Am Bm EMA.7 Am Bm EMA.7
I WANT YOU AND YOU WANT ME SO
Am Bm EMA.7 Am Bm EMA.7
WHY DON'T WE GET TO-GETH-ER AF-TER THE DANCE AND
G#7(SUS.4) G#7 C#m
WHILE WE DANCED YOU WERE SO
F#m E/G# G#7(SUS.4) G#7
IN TIME, THE WAY YOU MOVED ME, YOUR BIG BROWN EYES TOLD
AND THE TOUCH
C#m F#m G#7(SUS.4)
ME OF WARM THINGS OH BA-BY I FELT VI-BRA-TIONS THAT
OF YOUR THIGHS
C#m F#m
YOU WANT-ED ME WE START-ED WALK-IN' AND WE START-ED TALK-IN', YOU
G#7(SUS.4) G#7 C#m
NEED-ED MY SWEET LOV-IN' BA-BY AND NO-BO-DY EL-SE'S BO-DY'S BUT
F#m G#7(SUS.4)
MY LOVE BA-BY 'CAUSE THAT'S HOW I FEEL A-BOUT YOU, I WANT YOU
TO TAKE ME WITH YOU WHAT-CHA GON-NA DO?
Am Bm EMA.7 Am Bm EMA.7
OH I WANT YOU OH AND YOU WANT
Am Bm EMA.7
ME SO WHY DON'T WE GET TO-
Am Bm EMA.7
-GETH-ER AF-TER THE DANCE AL-RIGHT OOH
C#m
DANCE WITH ME DANCE WITH ME BA-BY DANCE WITH ME, DANCE
(WITH ad lib LEAD VOCAL)
WITH ME BA-BY DANCE WITH ME, DANCE WITH ME BA-BY
DANCE WITH ME DANCE WITH ME BA-BY
Am Bm EMA.7 Am Bm EMA.7
I WANT YOU AND YOU WANT ME SO
Am Bm EMA.7 Am Bm EMA.7
WHY DON'T WE GET TO-GETH-ER AF-TER THE DANCE OH

