**EXHIBIT C**

Page 1

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,

    Plaintiffs,

VS.

BRIDGEPORT MUSIC, a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE, III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,

    Defendants.

No. CV13-06004-JAK

VIDEOTAPE DEPOSITION
OF
JACK ASHFORD

JUNE 30, 2014

JOB NO. 81031

REPORTER: Takiya Sanders

Page 6

1    you are about to give shall be the truth, the
2    whole truth, and nothing but the truth; so help
3    you God?
4         THE WITNESS:  Yes.
5         I have a question.  Did I hear you say
6    Bridgeport Music?
7         MS. ELLIS:  They are no longer a party to
8    the litigation.
9         THE WITNESS:  Really?
10        MS. BORODKIN:  Yes.  Do you want to go off
11   the record?
12        THE WITNESS:  Yeah.  Off the record.
13        THE VIDEOGRAPHER:  Off the record at
14   10:30.
15                  (A recess was taken, and the
16                  deposition continued as
17                  follows:)
18        THE VIDEOGRAPHER:  Back on the record at
19   10:31.
20                  JACK ASHFORD,
21   having been first duly sworn, was examined and
22   testified as follows:
23                  EXAMINATION
24   BY MS. BORODKIN:
25        Q    I think we should also state for the

```
                                                        Page 10
 1        A    No.
 2        Q    In particular, are you taking any
 3   medications that will impair your memory today?
 4        A    No.
 5        Q    Thank you.  Okay.
 6             We are going to start with just a
 7   little background.  So what I would like to ask you
 8   is:  Where do you live?
 9        A    I live in Memphis, Tennessee.
10        Q    What county do you live in?
11        A    What county?
12        Q    Yes.
13        A    Shelby.
14        Q    Shelby County.
15             How long have you lived there?
16        A    Over 30 years.
17        Q    All right.  What is your legal name?
18        A    Jack Ashford.
19        Q    All right.  What is your current
20   occupation?
21        A    Musician.
22        Q    How long have you been a musician?
23        A    About 73 years.
24        Q    And --
25        A    No.  That is too old.  Ever since I was
```

Page 24

1  one.  He said, "I love it."
2           And that was the history of "What's
3  Going On."  It just took off and turned into another
4  thing, you know.  But that was Marvin's debut as a
5  producer, you know, and my first experience with him
6  as a producer.  And it worked fine.
7       Q    Getting back to the recording of "Got To
8  Give It Up," was there any cowbells in the recording
9  of that song?
10      A    No.  I didn't play a cowbell.  I played a
11 Coca-Cola bottle.
12      Q    And how did you get the idea to play the
13 Coca-Cola bottle?
14      A    I really couldn't tell you.
15      Q    What is this -- hotel sheet?
16      A    Right.  It is a piece of styrene.
17      Q    How would you spell that?
18      A    S-T-Y-R-E-N-E, I think.  Styrene.
19 Plastic.  It is plastic.
20      Q    How would you spell "hotel sheet"?
21      A    H-O-T-E-L.  S-H-E-E-T.
22      Q    Was it common to use a cowbell in
23 recording music at that time?
24      A    No instrument is common in recording
25 music.  It is all according to what fits the track.