**EXHIBIT E**

2004 WL 5530806 (E.D.N.Y.) (Expert Report and Affidavit)
United States District Court, E.D. New York.

PYATT,

v.

JEAN et al.

No. 04CV03098.
June 10, 2004.

**Judith Finell Musicservices Inc Consulting • Research • Music Copyright Matters • Music Industry Support**

**Case Type:** Intellectual Property >> Copyright
**Jurisdiction:** E.D.N.Y.
**Name of Expert:** Judith Finell
**Area of Expertise:** Art, Entertainment & Media >> Music

**Representing:** Unknown

*Detailed Analysis and Comparison of "The Other Can Make It Right," Performed by Wadena Pyatt and "Two Wrongs Can Make It Right," Performed by Wyclef Jean*

*Materials Reviewed*

A review of compact disc recordings of "The Other Can Make It Right" (Wadena Pyatt) and "Two Wrongs Can Make It Right" (Wyclef Jean) was conducted. Wadena Pyatt provided all materials reviewed, including lyric sheets for the songs at issue. These songs will be referred to below as "Pyatt" and "Jean," respectively.

*Conclusions*

1. "Pyatt" and "Jean" are substantially similar in their primary melodic themes, known as their "hooks."[1] The similarities in the two songs' hooks comprise both their lyrics and melodies.[2] The resemblance here is particularly significant because the hook is the primary identifying element in each song. See Exhibit A attached for a detailed comparison of these hooks.

2. This similar hook is unusually important in "Jean" because its melody appears repeatedly often in varied form, a total of twenty times throughout the song's verses and chorus.

3. When comparing the two songs, the listener is immediately struck by the substantial similarity of their respective chorus sections, both of which open with the similar hook. In "Jean," this hook is then immediately repeated in the subsequent phrases (in varied form), which is why the entire chorus of "Jean" sounds substantially similar to "Pyatt."

4. The hook contains identifying elements, such as syncopated rhythms sung to identical lyrics and scale degrees, in both songs.[3]

5. In addition to the hooks, Melodies B, C, and D in both songs contain important similarities. Furthermore, Melodies B and C occur together with the hook in both songs.

6. The way in which similar features are combined, such as the hook, Melody B, and Melody C, contributes to "Pyatt's" and "Jean's" substantial similarity.

*Findings*

Analysis: "Pyatt"

7. "Pyatt" is five minutes, twenty-one seconds long. It contains lead and back-up vocals, and instrumental accompaniment including keyboard, strings, xylophone, bass and drums/percussion.

8. "Pyatt" is a song containing introduction, verse, chorus, bridge, and coda sections.

9. "Pyatt" contains several melodies that are important in identifying the song. These include the hook (sung to the lyrics "Two wrongs don't make it right"), a xylophone melody directly succeeding the hook ("Melody B"), and a descending melody in the bass line that begins simultaneously with the hook ("Melody C").

10. The hook, Melody B, Melody C, and an additional melody, Melody D, all contain important similarities to "Jean."

*Analysis: "Jean"*

11. "Jean" is 3 minutes, forty-eight seconds long. It contains lead and back-up vocals, and instrumental accompaniment including strings, pan flute, guitar, bass, and drums/percussion.

12. "Jean" is a song containing introduction, verse, chorus, bridge, and coda sections.

13. The hook in "Jean" permeates the chorus section as well as parts of the verses.

14. Melody D in "Jean" is the instrumental hook of the song.[4] It is similar to Melody D in "Pyatt."

*Comparison of "Pyatt" and "Jean"*

15. The hooks of "Pyatt" and "Jean" are substantially similar to one another. In both songs, the hook occurs in the main vocal melody, located in Phrase I of the chorus.

16. The hook lyrics are nearly identical in both songs. In "Pyatt," the lyrics are "Two wrongs don't make it right." In "Jean," they are "They say two wrongs don't make it right."

17. In comparing the hooks' scale degrees, six of seven scale degrees in "Pyatt" are found in "Jean."[5] The identical scale degrees are sung to identical lyrics, as shown in Table 1 below. Identical features, such as scale degrees and lyrics, are underlined and in bold.

*Table 1: Hook (Phrase I of Chorus in "Pyatt" and "Jean")*

TABLE

18. The rhythms in the hooks contain important similarities that contribute to the songs' resemblance. For example, there is a musical feature in "Pyatt" that is also found in "Jean," accompanying the lyrics "make it right." In both songs, these lyrics begin on beat 3 of bar 1, and the rhythmic pattern is long-short-long, with the final "long" (lyric "right") being a tied note.[6] This rhythmic pattern results in syncopated rhythms in both songs. While the rhythmic values are not identical when transcribed, this melody sounds the same in both songs. The exact rhythms are as follows:

a. "Pyatt" quarter-eighth-eighth tied to eighth note

b. "Jean": eighth-sixteenth-sixteenth tied to quarter note

19. In "Jean," the hook is repeated successively, in variation, in Phrases 2-6 of Choruses 1 and 2, and in Phrases 2-4 of Chorus 3. Each of these varied repeats contains the same scale degrees as found in Phrase 1 of each chorus (the hook), but the scale degrees are often repeated (such as 3-3-5-5), and the phrases contain varying endings.

20. In "Jean," the lyrics differ in each varied repetition of the hook melody. This repeated use of the hook in "Jean" is significant because it increases the quantity of similar material found in "Jean" and "Pyatt." For example, Phrase 3 in Chorus 1 of "Jean" (sung to the lyrics "I'm trying to have some dinner with some candlelight") contains the scale degrees 3-5-5-3-3-5-3-3-5-3-5-6. Here, all of "Pyatt's" seven scale degrees are found in "Jean" as underlined.

21. The verses of "Jean" contain the hook melody four additional times (again in varied form), in the main vocal melody. The hook first occurs in the initial vocal phrase of the song. See Table 2 below for details of these varied repeats of the hook as found in the verses (scale degrees that are identical to "Pyatt" and "Jean's" hooks are underlined and in bold type):

*Table 2: Hook Variations Located in "Jean's" Verses*

TABLE

22. The hook melody and its variations occur a total of twenty times in "Jean." The hook is the identifying melody of the song, and in this case its significance as to the identity of "Jean" is even more substantial than usual, due to the number of repeats.

23. The hook in "Jean" is also the main basis for the entire vocal melody of the chorus, occurring in six out of nine phrases in Choruses 1 and 2, for example. The hook occupies a high proportion of the Chorus in "Jean," and its similarity to "Pyatt" is significant partly due to this fact.

24. The hooks in both songs share not only identical scale degrees, but also syncopated rhythms and identical lyrics.

25. In both songs, Phrase 2 of the main vocal line, which follows the hook, ends with the identical word "fight."

26. Both songs contain a similar melody that occurs immediately after the hook, and is performed by support musicians. In both songs, this melody ("Melody B") occurs in Choruses 1 and 2, but not in Chorus 3. In "Pyatt," Melody B is played by xylophone, immediately after the final hook lyric "right." The scale degrees are *1-7-5*. In "Jean," Melody B is sung in the back-up vocals, also immediately after the final book lyric "right," with the lyrics "Don't make it right." The scale degrees for Melody B in "Jean" are *1-7-6-5*.

27. in both songs, Melody B is closely linked to the book, functioning as a "musical comment" on the hook. In comparing Melody B of both songs, all of "Pyatt's" scale degrees are also in "Jean." The shared link between the hooks and Melody B in both songs is an indicator of copying here.

28. "Pyatt" and "Jean" contain a similar instrumental melody in bars 1-4 of the chorus (Melody C).[7] Melody C is played by bass in "Pyatt" and by guitar in "Jean." Melody C begins simultaneously with the hook in both songs.

29. Melody C contains descending pitches in long (sustained) rhythms. Specifically, Melody C begins on scale degree I and descends one tone per bar in both songs.[8] Whereas Pyatt contains some repealed tones on rhythmically weak beats at the end of the bar, Jean contains embellishment tones at the end of the bar.[9] The melodies here sound substantially similar. See Table 3 below for a comparison of scale degrees in Melody C. The repeated and embellishment tones are in parentheses:

*Table 3: Melody C in "Pyatt" and "Jean"*

TABLE

30. As shown in Table 3 above, all of "Pyatt's" scale degrees are found in "Jean" Because of this and the similarities in rhythm, Melody C sounds nearly the same in both songs. it is associated with the hook in both.

31. There is a fourth melody that is similar between "Pyatt" and "Jean" (Melody D). In "Pyatt," Melody D occurs in the main vocal melody in Verse 2, Phrase 2, and in Verse 3, Phrase 3. In "Jean," Melody D contains similar scale degrees and is found repeatedly throughout "Jean," both as played by guitar in the introduction, bridge, and coda sections, and as sung in the main vocal melody in the bridge section.[10] Melody D occurs a total of nine times throughout "Jean" (that is, seven times played by guitar and two times sung in the main vocal melody). Melody D is prominent in "Jean" and functions as an instrumental book. See Table 4 below for a comparison of scale degrees. Table 4 represents Melody D in "Jean" as it occurs in the bridge section, that is with lyrics:

*Table 4: Melody D in "Pyatt" and "Jean"*

TABLE

32. In Melody D, where the scale degrees are 5-6-1-6-5 in both songs, the rhythms are the same, that is all eighth notes, in both songs.

33. In comparing the lyrics, both songs use many of the same or similar lyrics in nearly the same locations. See Table 5 below for details:

*Table 5: Similar or Identical Lyrics and their Locations in "Pyatt" and "Jean"*

TABLE

### Summary

34. "Pyatt" and "Jean" are substantially similar in their hooks, and in many of their key features.

35. The similarity between "Pyatt" and "Jean" surpasses generic features common to their musical style, but involves the essential creative and distinctive elements of each song.

36. In addition, many of these similar elements combine to form a similar series of features.

37. These shared features are also positioned similarly by both composers, such as is the case in Melodies B and C. Many of these like features are also similarly linked to their respective hooks.

38. From a musicological standpoint, a copyright infringement claim brought by the proprietor of "Pyatt" against that of "Jean" would be musically valid.

**Appendix not available.**

Footnotes

1. The "hook" of a popular song refers to the melody and lyrics of the passage associated with the title lyrics. In "Pyatt," the hook is the passage in the chorus using the lyrics "Two wrongs don't make it right" and in "Jean," the hook is the passage in the chorus using the lyrics "They say two wrongs don't make it right."
2. A "melody" is defined as pitch (tone) plus rhythm (duration). A "pitch" describes a particular tone, for example a C, a D, an E, and so on. A rhythm defines the length of time, described in "beats," assigned to that tone. For example, a C may last for 1 beat 2 beats, and so on, Consequently, 2 substantially similar melodies contain a series of similar pitche?? (tones) plus rhythms. A "vocal melody" refers to a melody that is sung. rather than performed on an instrument. In voca?? melodies, lyrics are usually included, as well. When the 3 components of a vocal melody, that is the pitches, the rhythm and the lyrics, are similar or virtually the same, a conclusion of substantial similarity is often reached, as is the case her
3. "Syncopation" refers to a disturbance of the normal pulse of the melody, and results in an uneven or "jerky" rhythm An example of a syncopated song is George Gershwin's "I Got Rhythm"
4. An "instrumental hook" refers to a key instrumental melody associated with the song, similar in function to a vocal hook, omitting lyrics.
5. A "scale degree" describes the position within a musical scale of a particular tone. In a traditional 7-note C-major scale, for example, the first tone, C, is scale degree 1, D is scale degree 2, E is scale degree 3, and so on. If two melodies contain a significant series of the same or similar scale degrees. as well as rhythms, they sound alike.
6. A tie is used when a note is held from one beat to the next. It is indicated with a curved line, also called a slur.
7. Melody C was found during the preliminary study and identified as a "descending bass line." Further study has revealed that although Melody C occurs in a low register in both songs, it is in fact played by guitar in "Jean."
8. A one-tone descent from scale degree 1 is scale degree 7.
9. Embellishment tones are less prominent tones on rhythmically weak beats that emphasize the more prominent tones on stronger beats. Measures are comprised of alternating strong and weak beats. For example, in a 4-beat measure, beats 1 and 3 are strong, and 2 and 4 are weak.
10. A "bridge" refers to a transitional section in popular music.

**End of Document**

© 2014 Thomson Reuters. No claim to original U.S. Government Works.