**EXHIBIT F**

2000 WL 34627715 (S.D.N.Y.) (Expert Report and Affidavit)
United States District Court, S.D. New York.

John L. JORGENSEN, Plaintiff,

v.

CAREERS BMG MUSIC PUBLISHING, Reprise Records, Universal International Publishing Inc., Defendants.

No. 01 CIV. 0357 (LAP).
July 22, 2000.

**Declaration of Judith Finell**

**Case Type:** Intellectual Property >> Copyright
**Jurisdiction:** S.D.N.Y.
**Name of Expert:** Judith Greenberg Finell
**Area of Expertise:** Art, Entertainment & Media >> Music

**Representing:** Unknown

I, JUDITH FINELL, do hereby declare:

The Expert Reports and Credentials attached to this Declaration are from Ms. Judith Finell. They are self explanatory and refer to the Defendants songs "Change the World", in comparison to Plaintiff's song "A Rocker, That's What I Always Will Be".

1) Preliminary Report dated July 22, 2000.

2) Addendum to Preliminary Report dated November 30, 2001.

3) I declare under penalty of perjury the foregoing is true and correct.

**Preliminary Report**

**Comparison of "A Rocker" and "Change the World"**

I compared the above-entitled musical pieces using the following materials, provided to me by John Jorgensen:

1. Audio cassette tape containing "A Rocker" and "Change the World"

2. Lead sheet for "A Rocker." I will refer below to this work as "Rocker"

3. Sheet music for "Change the World," words and music by Gordon Kennedy, Tommy Sims and Wayne Kirkpatrick ((C) 1996 Polygram International Publishing, Inc., Careers-BMG Music Publishing, Inc., Bases Loaded Music) [the remainder was omitted from the copy I received]. I will refer below to this work as "Change."

**Methodology**

I listened to both songs and made a working transcription of the main portions of these songs. This transcription was mostly of the sections of the respective songs with similar features, including the guitar patterns and significant harmonies. A transcription is a written representation of a recording or performance, containing the melodies, rhythms, harmonies, and lyrics of the song. To the extent that the recording is unclear, this will be indicated in the transcription. In addition, when appropriate, I referred to the sheet music for "Change" and the lead sheet for "Rocker," both of which I compared to their respective recordings to verify their relationship to these recordings.

### Findings and Conclusions

1. "Rocker" and "Change" are substantially similar.

2. The most compelling reason for my conclusion of substantial similarity is because of the first guitar riff heard in the introductory measures of the works and carried through to their main sections. [1]  In both cases, this riff is built on a melody that first ascends three notes, then mirrors this ascent by descending the same three notes to form an arc-like structure.

3. This riff contains the melody played by the lead guitar, and paralleled by the rhythm and bass guitars in "Rocker" with the scale degrees 3-4-5, followed by scale degrees 5-4-3. [2]  This melody also occurs first in the instrumental introduction (in ornamented form), and then throughout the verse vocal line in "Change." I will refer to this riff in both songs as "Theme A."

4. While these riffs are not identical in the two songs, they sound alike because they share key identifying characteristics which are:

a. Theme A in each song is divided into two phrases or parts, the first consisting of an ascending melody (scale degrees 3-4-5), the second, consisting of a descending melody (5-4-3).

b. Theme A in both shares the same feature of accenting **the** second note in Part 1 (scale degree 4).

5. Theme A is essential to "Change" due to its constant recurrence, throughout the song, and its strong influence on the primary vocal melody of the verse.

6. Theme A is also important to the identity of "Rocker," as it recurs often and provides cohesion to the song.

7. Throughout most of the verse in "Change," for example, are two- part phrases based on this same structure as found in the main riff of "Rocker." Table 1 below shows the way in which the entire verse section of "Change" uses Theme A:

TABLE

8. Even the chorus section of "Change" contains elements of Theme A, such as in bar 25 which contains the sequence 1-2-3/3-2-1 for the song's hook ("change the world"). [5]

9. It was not within the scope of this initial evaluation to compare every element of these two songs, but if I were to do so on a more detailed level, it is probable that I would find additional important similarities between them.

10. From a musical standpoint, a copyright infringement claim brought on the part of the owner of "Rocker," against the composer of "Change" would be valid.

Judith Finell

July 22, 2000

**Addendum to Preliminary Report of July 22, 2000:**

**Comparison of Bridge Section of "A Rocker" to Chorus Section of "Change the World"**

1. Upon reviewing the music as discussed in my report of July 22, 2000, I have found additional similarities that further support my finding of substantial similarity. This additional finding in no way alters my prior findings and conclusions. I will refer to these works as "Rocker" and "Change," respectively. "Rocker" is by John Jorgensen and "Change" is by Gordon Kennedy, Tommy Sims and Wayne Kirkpatrick.

2. In order to compare the respective melodies in the bridge of "Rocker" and chorus in "Change," I used the working transcription of "Rocker" prepared for my earlier report, the lead sheet of it prepared by Mr. Jorgensen, the published sheet music for "Change," and the same recordings as cited in my prior report.

3. Regarding chords, I have not made a transcription of all the chords found in these works, which would be outside the scope of this particular assignment, but the chords as marked in the musical documents cited above do sound correct when played with piano. I used these chord indications for my comparison below.

4. In comparing the bridge of "Rocker" to the chorus section of "Change," the melodies do not contain any identical passages, but they do contain phrases using the same or similar scale degrees. [1] These melodies are definitely related to one another.

5. The main melody of the bridge section of "Rocker" contains 6 phrases, sung to the following lyrics:

Phrase 1: I'm groovin' late but it must be fate

Phrase 2: 'Cause it's never been this way before

Phrase 3: At any rate it's never too late

Phrase 4: Better late than

Phrase 5: Never to say when

Phrase 6: 's long as you do it again.

6. The main melody of "Change's" chorus also contains 6 phrases, sung to the following lyrics:

Phrase 1: And I can change the world

Phrase 2: 1 will be the sunlight in your universe

Phrase 3: You would think my love was really something good,

Phrase 4: baby, if I could

Phrase 5: change

Phrase 6: the world.

7. The hook of "Change" is found in Phrase 1 of the chorus. [2] This hook sounds related to Phrases 1 and 3 of "Rocker" (bridge) because they share the same scale degrees. As shown below, "Change" contains the same scale degrees as "Rocker's" Phrases 1 and 3 combined (same scale degrees are underlined). All of the scale degrees in "Rocker" Phrase 3 are also found in "Change" Phrase 1, with the exception of repeated scale degrees in "Rocker." In addition, these phrases all begin on scale degree 3:

"Rocker" Phrase 1: 3-6-I-M-1-1-5-6-5-5

"Rocker" Phrase 3: 3-6-1-1-3-3-1-2-1-1

"Change" Phrase 1: 3-3-5-6-I-2-3-3-2-I (hook)

8. Phrases 4 and 5 of "Rocker" also contain similar scale degrees to Phrase 4 of "Change," in reverse order, as shown below:

"Rocker" Phrase 4: 5-5-b6-b7 [3]

"Rocker" Phrase 5: 6-6-6-b7-1

"Change" Phrase 4:1-b7-6-6-5-1

9. The similarities found in the main melodies of "Rocker" and "Change" occur in the same consecutive order, that is, similarities are found beginning in Phrase 1 of both, and then beginning in Phrase 4 of both.

10. There is also an intervallic [4] similarity in the endings of "Rocker," Phrase 2 and "Change's" hook (Phrase 1) as follows:

"Rocker" Phrase 2 ending, lyrics "way before": 6-7-5

"Change" Phrase 1 (hook) ending, lyrics "change the world": 2-3-3-2-1 (main pitches underlined)

In looking at the primary pitches of "Change," eliminating the repetitions and passing tones, as compared to Phrase 2 of "Rocker," both of these phrase endings contain the same intervals with the same contour, that is an ascending major 2nd interval followed by a descending major 3rd interval. While these are not identical, they do resemble one another in their construction.

11. In comparing the harmonies, a detailed analysis and comparison of all chords would take more time than would be within the scope of this review, including confirmation by transcription, but a selective comparison of the pitches of each chord [5] as per the chord indications given reveals the following similarities (the underlined groups of pitches indicate the same pitches or full chords in both songs):

"Rocker" Phrases 1 and 3: G # -B # -D #, C # -E-G #, A-C # -E, E-G # -B, B-D # -F #

"Change" Phrase 1: G # -B # -D # -F #, F # -A-C # -E. G # -B # -D # -F #. C # -E-G # -B

12. These added similarities, in conjunction with the resemblance already discussed in my prior report, contribute further to the finding of substantial similarity.

Report submitted on November 30, 2001 by:

Judith Greenberg Finell

## Footnotes

1      A "riff" describes a short melodic phrase, played repeatedly on an instrument such as a guitar or saxophone, in a piece of jazz or rock music. Certain riffs are associated with prominent performers, such as Count Basie and Benny Goodman.

1      Scale degree numbers indicate the position of pilches within a scale, and allow for 2 melodies to be compared to one another. In the scale of C major, for example, the pitch C is scale degree 1, D is 2, and so on. 2 melodies containing the same or similar scale degrees often sound alike.

2      Scale degree numbers indicate the position of pitches within a scale, and allow for 2 melodies to be compared to one another. In the scale of C major, for example, the pitch C is scale degree 1, D is 2, and so on. Two melodies containing the same or similar scale degrees often sound alike.

3      In "Change" the melody in the verse contains many secondary notes that intervene within the primary scale degrees of Theme A (3-4-5), but these notes are ornamental, and would be appropriately analyzed as insignificant to the basic architectural "skeleton" of the melody.

4      Chords are notated in Roman numerals according to their position and function in the scale. The main chord, called the tonic, is the one associated with the first note of the scale, so that in the key of C major, the I chord is a C chord, the II chord a D chord, etc. When a chord has more than the customary 3 notes, raised numbers are added to indicate this, such as "7." These raised numbers indicate the distance or actual notes between the root note of the chord (such as C in a C chord) and the additional note, such as a B-flat in a C 7 chord.

2      A "hook" is the melody associated with the song's title. and is usually considered the most distinctive and memorable part of the song.

3      The b sign indicates a lowered scale degree. This lowering is also referred to as "flat," and it deviates from the scale degree ordinarily in the key. For example, in the key of C major, scale degree 6 is normally A, but a b6 would be an A-flat instead.

4      An "interval" describes the distance between 2 notes. For example, a 2nd interval describes pitches 2 notes apart, a 3rdi interval describes pitches 3 notes apart, and so on. Intervals are described as either major or minor, depending on their exact spacing. Melodies containing the same intervals moving in the same direction (ascending or descending) sound similar. The sequence of intervals in a melody defines its "shape" or "contour."

5      A "hook" is the melody associated with the song's title, and is usually considered the most distinctive and memorable part of the song.

5      Traditional chords are most often comprised of 3-4 notes played simultaneously, such as would be the case when strumming a guitar or playing a'piano. Chords comprised of all or mostly the same pitches sound similar or identical.

---

**End of Document**            © 2014 Thomson Reuters. No claim to original U.S. Government Works.