| | |
|---|---|
| 1 | KING, HOLMES, PATERNO & BERLINER, LLP |
|   | HOWARD E. KING, ESQ., STATE BAR NO. 77012 |
| 2 | STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514 |
|   | ROTHSCHILD@KHPBLAW.COM |
| 3 | SETH MILLER, ESQ., STATE BAR NO. 175130 |
|   | MILLER@KHPBLAW.COM |
| 4 | 1900 AVENUE OF THE STARS, 25TH FLOOR |
|   | LOS ANGELES, CALIFORNIA 90067-4506 |
| 5 | TELEPHONE: (310) 282-8989 |
|   | FACSIMILE:  (310) 282-8903 |

Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**NOTICE OF LODGING OF MUSIC CD IN SUPPORT OF PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:  October 20, 2014<br>Time:  8:30 a.m.<br>Ctrm:  750<br><br>Action Commenced: August 15, 2013<br>Trial Date:              February 10, 2015 |

/ / /

/ / /

4112.060/777863.1

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE (individually and d/b/a I LIKE 'EM THICKE MUSIC), and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION (collectively, "Counter-Defendants") hereby lodge with the Court a music CD in support of their Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment. The CD contains these five sound recordings (by song/album/album release date):

| SONG | ALBUM | YEAR |
| --- | --- | --- |
| Got To Give It Up | Every Great Motown Hit of Marvin Gaye | 1983 |
| Blurred Lines | Blurred Lines (Deluxe Version) | 2013 |
| Low Rider | Why Can't We Be Friends? | 1975 |
| After the Dance (Vocal Version) | I Want You | 1976 |
| Love After War | Love After War (Deluxe Version) | 2011 |

DATED: July 21, 2014

KING, HOLMES, PATERNO & BERLINER, LLP

By: _____
HOWARD E. KING
SETH MILLER
Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, et al.

KING, HOLMES, PATERNO & BERLINER, LLP

4112.060/777863.1

1



## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2014, I electronically filed the foregoing **NOTICE OF LODGING OF MUSIC CD IN SUPPORT OF PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*Joey S. Gossett-Evans*
Joey S. Gossett-Evans

King, Holmes, Paterno & Berliner, LLP

4112.060/777863.1

## CERTIFICATE OF SERVICE

I further certify that on July 22, 2014, I have mailed the foregoing **NOTICE OF LODGING OF MUSIC CD IN SUPPORT OF PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** by First Class Mail, postage prepaid, to the following case participants, at the following addresses:

Richard S. Busch, Esq.
Sara R. Ellis, Esq.
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Tel: (615) 259-3456
Fax: (615) 726-5417
Email: rbusch@kingballow.com
Email: sellis@kingballow.com

Attorneys for Defendants/Counterclaimants **NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE**

Paul H. Duvall, Esq.
KING & BALLOW
6540 Lusk Boulevard, Suite 250
San Diego, California 92121
Tel: (858) 597-6000
Fax: (858) 597-6008
Email: pduvall@kingballow.com

Attorneys for Defendants/Counterclaimants **NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE**

Mark L. Block, Esq.
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, California 90067
Tel: (310) 853-6355
Fax: (310) 853-6333
Email: mblock@wargofrench.com

Attorneys for Defendants/Counterclaimants **NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE**

Paul N. Philips, Esq.
The Law Offices of Paul N. Philips, APLC
9255 Sunset Boulevard, #920
Los Angeles, California 90069
Tel: (323) 813-1126
Fax: (310) 854-6902
Email: pnp@pnplegal.com

Attorneys for Defendant **MARVIN GAYE III**

*/s/ Joey S. Gossett-Evans*
Joey S. Gossett-Evans

KING, HOLMES, PATERNO & BERLINER, LLP

4112.060/777863.1