KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**[PROPOSED] JUDGMENT**<br><br>Action Commenced: August 15, 2013<br>Trial Date:           February 10, 2015 |

/ / /

/ / /

4112.060/786185.1

Pursuant to the Court's Order dated _____, 2014, granting Plaintiffs/Counter-Defendants' motion for summary judgment against Defendants/Counter-Claimants herein, and good cause appearing therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that: (1) the musical composition and sound recording, "Blurred Lines," written and recorded by Plaintiffs Pharrell Williams, Robin Thicke, and Clifford Harris, Jr., does not infringe the copyright in the Marvin Gaye composition, "Got to Give It Up (Part 1 and Part 2)," including as registered with the United States Copyright Office as Registration No. EP 366-530 and RE 910-939; (2) the musical composition and sound recording, "Love After War," written by Robin Thicke and Counter-Defendant Paula Maxine Patton and recorded by Robin Thicke, does not infringe the copyright in the Marvin Gaye composition, "After the Dance," including as registered with the United States Copyright Office as Registration No. EP 351-582, PA 002-617, and RE 903-945; (3) Counter-Claimants Frankie Christian Gaye, Nona Marvisa Gaye, and Marvin Gaye III ("Counter-Claimants") shall have and recover nothing from Counter-Defendants Pharrell Williams, Robin Thicke, individually and d/b/a I Like 'Em Thicke Music, Clifford Harris, Jr., More Water From Nazareth Publishing, Inc., Paula Maxine Patton, individually and d/b/a Haddington Music, Star Trak Entertainment, Geffen Records, Interscope Records, UMG Recordings, Inc., and Universal Music Distribution (collectively, "Counter-Defendants") on Counter-Claimants' respective Counterclaims against Counter-Defendants; and (4) Plaintiffs/Counter-Defendants shall have and recover from Defendants/Counter-Claimants their costs of suit herein, including reasonable attorneys' fees, in the sum of _____ Dollars ($_____), with interest thereon at the rate of ten percent (10%) per annum from the date of entry of this Judgment until paid.

DATED: _____, 2014

                                        Hon. John A. Kronstadt
                                        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2014, I electronically filed the foregoing **[PROPOSED] JUDGMENT** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joey S. Gossett-Evans*
Joey S. Gossett-Evans

King, Holmes, Paterno & Berliner, LLP

4112.060/786185.1