KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**JOINT REPORT RE MEDIATION**<br><br>Action Commenced: August 15, 2013<br>Trial Date:          February 10, 2015 |

/ / /

/ / /

4112.060/804176.1

TO THE COURT:

The parties to this action held a mediation before Hon. Howard A. Matz (Ret.) on August 28, 2014. The parties did not reach a settlement at the mediation. A second mediation session would not be productive.

DATED: September 4, 2014

KING, HOLMES, PATERNO & BERLINER, LLP

By: /s/ Seth Miller
HOWARD E. KING
SETH MILLER
Attorneys for Plaintiffs and Counter-Defendants
PHARRELL WILLIAMS, et al.

DATED: September 4, 2014

KING & BALLOW

By: /s/ Paul H. Duvall, Esq.
PAUL H. DUVALL
Attorneys for Defendants and Counter-Claimants
NONA MARVISA GAYE and FRANKIE CHRISTIAN GAYE

DATED: September 4, 2014

KING & BALLOW

By: /s/ Richard S. Busch, Esq.
RICHARD S. BUSCH
SARA R. ELLIS
Attorneys for Defendants and Counter-Claimants
NONA MARVISA GAYE and FRANKIE CHRISTIAN GAYE

KING, HOLMES, PATERNO & BERLINER, LLP

4112.060/804176.1

1

| | | |
|---|---|---|
| DATED: September 4, 2014 | | WARGO & FRENCH LLP |

By:     /s/ Mark L. Block, Esq.
                 MARK L. BLOCK

Attorneys for Defendants and Counter-Claimants NONA MARVISA GAYE and FRANKIE CHRISTIAN GAYE

DATED: September 4, 2014     THE LAW OFFICES OF PAUL N. PHILIPS, APLC

By:     /s/ Paul N. Philips, Esq.
                 PAUL N. PHILIPS

Attorneys for Defendant and Counter-Claimant MARVIN GAYE III

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/804176.1        2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2014, I electronically filed the foregoing **JOINT REPORT RE MEDIATION** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*Joey S. Gossett-Evans*
Joey S. Gossett-Evans

King, Holmes, Paterno & Berliner, LLP

4112.060/804176.1