Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000
Fax: (858) 597-6008
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Richard S. Busch (TN BPR 014594)
(*pro hac vice*)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456  Fax: (615) 726-5417
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East; Suite 1520
Los Angeles, CA 90067
(310) 853-6355 Fax: (310) 853-6333
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Paul N. Philips (SBN 18792)
E-Mail: pnp@pnplegal.com
The Law Offices of Paul N. Philips
9255 West Sunset Boulevard
West Hollywood, CA 90069
(323)813-1126 Fax: (323) 854-6902
Attorney for Defendant and Counter-Claimant Marvin Gaye III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**JOINT NOTICE OF LODGING OF DVD CONTAINING AN EXHIBIT TO BE FILED UNDER SEAL IN SUPPORT OF COUNTER-CLAIMANTS' OPPOSITION TO PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 20, 2014<br>Time: 8:30 a.m.<br>Ctrm: 750<br><br>Action Commenced: August 15, 2013<br>Trial Date: February 10, 2015<br><br>JURY TRIAL DEMANDED |

///

///

Counter-Claimants Nona Marvisa Gaye, Frankie Christian Gaye, and Marvin Gaye III (the "Gayes") hereby lodge with the Court one DVD to be filed under seal. The DVD contains a video of segments of the Depositions of Plaintiffs Mr. Thicke and Mr. Williams as referenced to in the Declaration of Richard S. Busch as Exhibit 16 which is being manually lodged under seal with the Court as confidential pursuant to the Protective Order entered on April 18, 2014.

Attached to this Joint Notice of Lodging is the Joint Application Of Counter-Claimants For Order To File Documents Opposing Summary Judgment Under Seal previously filed with regard to documents in this case with a proposed order previously presented to the Court. This filing under seal is subject to the procedures of the pilot program as stated in the Court's standing order.

This non-paper physical exhibit cannot be attached to the Declaration to which it relates because it is not a paper exhibit but rather a DVD.

Dated: September 8, 2014

Respectfully submitted,
KING & BALLOW

By: /s/ Richard S. Busch
RICHARD S. BUSCH
PAUL H. DUVALL
*Attorneys for Counter-Claimants Nona and Frankie Gaye*

WARGO & FRENCH, LLP

By: /s/ Mark L. Block
MARK L. BLOCK
*Attorneys for Counter-Claimants Nona and Frankie Gaye*

THE LAW OFFICES OF PAUL N. PHILIPS

By: /s/ Paul N. Philips
PAUL N. PHILLIPS
*Attorney for Counter-Claimant Marvin Gaye III*



# CERTIFICATE OF SERVICE

I, Sherie Johnson, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 6540 Lusk Boulevard, Suite 250, San Diego, California 92121. On September 8, 2014, I served the foregoing **JOINT NOTICE OF LODGING OF DVD CONTAINING AN EXHIBIT TO BE FILED UNDER SEAL IN SUPPORT OF COUNTER-CLAIMANTS' OPPOSITION TO PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** by Email and First Class Mail, postage prepaid, to the interested parties in this action, at the following addresses:

Howard E. King, Esq.
Seth Miller, Esq.
KING, HOLMES, PATERNO & BERLINER, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067-4506
Attorney for Plaintiffs Pharrell Williams, Robin Thicke, and Clifford Harris, Jr.
miller@khpblaw.com
king@khpblaw.com

I declare under penalty of perjury under the laws of the State of California and the Federal Rules of Civil Procedure that the above is true and correct. Executed on September 8, 2014, at San Diego, California.

/s/Sherie Johnson
Sherie Johnson

- 1 -