1  Paul H. Duvall (SBN 73699)
   E-Mail: pduvall@kingballow.com
2  KING & BALLOW
   6540 Lusk Blvd., Suite 250
3  San Diego, CA 92121
   (858) 597-6000
4  Fax: (858) 597-6008
   Attorneys for Defendants and Counter-
5  Claimants Frankie Christian Gaye and
   Nona Marvisa Gaye
6

   Richard S. Busch (TN BPR 014594)
   (pro hac vice)
   E-Mail: rbusch@kingballow.com
   KING & BALLOW
   315 Union Street, Suite 1100
   Nashville, TN 37201
   (615) 259-3456  Fax: (615) 726-5417
   Attorneys for Defendants and Counter-
   Claimants Frankie Christian Gaye and Nona
   Marvisa Gaye

7  Mark L. Block (SBN 115457)
   E-Mail: mblock@wargofrench.com
8  WARGO & FRENCH LLP
   1888 Century Park East; Suite 1520
9  Los Angeles, CA 90067
   (310) 853-6355 Fax: (310) 853-6333
10 Attorneys for Defendants and Counter-
   Claimants Frankie Christian Gaye and
11 Nona Marvisa Gaye

   Paul N. Philips (SBN 18792)
   E-Mail: pnp@pnplegal.com
   The Law Offices of Paul N. Philips
   9255 West Sunset Boulevard
   West Hollywood, CA 90069
   (323)813-1126 Fax: (323) 854-6902
   Attorney for Defendant and Counter-Claimant
   Marvin Gaye III

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**JOINT NOTICE OF LODGING OF THUMB DRIVES AND DVD CONTAINING EXHIBITS IN SUPPORT OF COUNTER-CLAIMANTS' OPPOSITION TO PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 20, 2014<br>Time: 8:30 a.m.<br>Ctrm: 750<br><br>Action Commenced: August 15, 2013<br>Trial Date: February 10, 2015<br><br>JURY TRIAL DEMANDED |

27  ///

28  ///

1    Counter-Claimants Nona Marvisa Gaye, Frankie Christian Gaye, and Marvin
Gaye III (the "Gayes") hereby lodge with the Court two thumb drives and two DVDs
described as follows:

1. One thumb drive containing audio mashups of "Blurred Lines" and "Got to Give it Up" as referenced in the Declarations of Tom Court as Exhibit 1 (track 3) and Ron Aston as Exhibits 1-3 (track 1, 2, & 4);

2. One thumb drive containing a piano melody played over "After the Dance" as referenced in the Declaration of Dr. Ingrid Monson as Exhibit 4; and

3. One DVD with interview segments of Plaintiffs Mr. Thicke and Mr. Williams as referenced in the Declaration of Richard S. Busch as Exhibit 3.

These non-paper physical exhibits cannot be attached to the Declarations to which they relate because they are not paper exhibits but rather thumb drives and a DVD.

Dated: September 8, 2014          Respectfully submitted,

KING & BALLOW

By: /s/ Richard S. Busch
RICHARD S. BUSCH
PAUL H. DUVALL
*Attorneys for Counter-Claimants Nona and Frankie Gaye*

WARGO & FRENCH, LLP

By: /s/ Mark L. Block
MARK L. BLOCK
*Attorneys for Counter-Claimants Nona and Frankie Gaye*

THE LAW OFFICES OF PAUL N. PHILIPS

By: /s/ Paul N. Philips
PAUL N. PHILLIPS
*Attorney for Counter-Claimant Marvin Gaye III*

- 1 -

**WARGO FRENCH**
1888 Century Park East
Suite 1520
Los Angeles, CA 90067



EXHIBIT 1

WILLIAMS et al., v.
BRIDGEPORT MUSIC et al.,
CASE NO. CV13-06004-JAK (AGRx)

EXHIBIT 1



**WARGO FRENCH**
1888 Century Park East
Suite 1520
Los Angeles, CA 90067



EXHIBIT 4

WILLIAMS et al., v.
BRIDGEPORT MUSIC et al.,
CASE NO. CV13-06004-JAK (AGRx)

EXHIBIT 4

# CERTIFICATE OF SERVICE

I, Sherie Johnson, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 6540 Lusk Boulevard, Suite 250, San Diego, California 92121. On September 8, 2014, I served the foregoing **JOINT NOTICE OF LODGING OF THUMB DRIVES AND DVD CONTAINING EXHIBITS IN SUPPORT OF COUNTER-CLAIMANTS' OPPOSITION TO PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** by Email and First Class Mail, postage prepaid, to the interested parties in this action, at the following addresses:

Howard E. King, Esq.
Seth Miller, Esq.
KING, HOLMES, PATERNO & BERLINER, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA  90067-4506
Attorney for Plaintiffs Pharrell Williams, Robin Thicke, and Clifford Harris, Jr.
miller@khpblaw.com
king@khpblaw.com

I declare under penalty of perjury under the laws of the State of California and the Federal Rules of Civil Procedure that the above is true and correct. Executed on September 8, 2014, at San Diego, California.

/s/Sherie Johnson
Sherie Johnson

- 1 -