UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV13-06004 JAK (AGRx) | Date | October 20, 2014 |
|---|---|---|---|
| Title | Pharrell Williams, et al. v. Bridgeport Music, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Seth Miller | Paul H. Duvall |
| Lisa Bordokin | Richard S. Busch |
| | Paul N. Phillips |

**Proceedings:** **PLAINTIFF PHARRELL WILLIAMS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT (DKT. 89)**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Plaintiff Pharrell Williams's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and will issue a ruling.

**IT IS SO ORDERED.**

|  | 1 | : | 02 |
|---|---|---|---|
| Initials of Preparer | ak | | |