1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt, Ctrm 750<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND EXPERT DISCOVERY CUTOFF TO DECEMBER 5, 2014**<br><br>**JURY TRIAL DEMANDED**<br><br>Ctrm: 750, Honorable John A. Kronstadt<br><br>Action Commenced: 08/15/2013<br>Trial Date: 02/10/2015<br>Pretrial Conference: 01/26/2015<br><br>Expert Discovery Cutoff: 12/04/2014 |

# ORDER

After full consideration of the papers filed in connection with the Joint Stipulation to Extend Expert Discovery Cutoff, the Court finds that there is good cause to GRANT the extension requested. It is hereby ordered that the Expert Discovery Cutoff be extended until December 5, 2014, so Plaintiffs and Counter-Defendants may conduct the Deposition of Judith Finell.

IT IS SO ORDERED.

Dated: December 2, 2014                         By:_____
                                                     Hon. John A. Kronstadt
                                                     United States District Judge

- 1 -