**EXHIBIT A**








