**EXHIBIT B**



# After The Dance

EP 351582

WORDS AND MUSIC BY:
MARVIN GAYE AND
LEON WARE

APR. 0 5. 1976

#9322

© 1976 JOBETE MUSIC COMPANY, INC.

