| | |
|---|---|
| 1 | KING, HOLMES, PATERNO & BERLINER, LLP |
|   | HOWARD E. KING, ESQ., STATE BAR NO. 77012 |
| 2 | STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514 |
|   | ROTHSCHILD@KHPBLAW.COM |
| 3 | SETH MILLER, ESQ., STATE BAR NO. 175130 |
|   | MILLER@KHPBLAW.COM |
| 4 | 1900 AVENUE OF THE STARS, 25TH FLOOR |
|   | LOS ANGELES, CALIFORNIA 90067-4506 |
| 5 | TELEPHONE: (310) 282-8989 |
|   | FACSIMILE:  (310) 282-8903 |

Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**DECLARATION OF SETH MILLER IN SUPPORT OF PLAINTIFFS' MOTIONS *IN LIMINE***<br><br>**Final Pretrial Conference:**<br>Date:   January 26, 2015<br>Time:   3:00 p.m.<br>Ctrm.:   750<br><br>**Jury Trial:**<br>Date:   February 10, 2015<br>Time:   9:00 a.m.<br>Ctrm.:   750<br><br>Action Commenced: August 15, 2013 |

27  / / /

28  / / /

4112.060/840646.1

## DECLARATION OF SETH MILLER

I, Seth Miller, declare as follows:

1. The facts set forth below are true of my personal knowledge unless otherwise indicated. If called upon to testify, I could and would testify competently thereto.

2. I am an attorney duly admitted to practice before this Court. I am a partner with King, Holmes, Paterno & Berliner, LLP, attorneys of record for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION (collectively, "Plaintiffs").

3. Defendants Frankie Christian Gaye, Nona Marvisa Gaye, and Marvin Gaye III ("Defendants") did not produce in discovery any sheet music, including any published sheet music or any copyright deposits, for the Marvin Gaye compositions, "Got to Give It Up" ("GIVE") and "After the Dance" ("DANCE").

4. Defendants Frankie Christian Gaye and Nona Marvisa Gaye served their initial disclosures under Federal Rule of Civil Procedure 26(a)(1) on December 30, 2013, and served revised initial disclosures on October 30, 2014, a true and correct copy of which revised disclosures is attached hereto as **Exhibit A**.

5. Plaintiffs obtained from the Library of Congress certain sheet music for GIVE and DANCE as is described in the Declaration of Donna Stockett ("Stockett Declaration") filed in support of Plaintiffs' motion for summary judgment. A true and correct copy of the Stockett Declaration is attached hereto as **Exhibit B**.

6. Attached hereto are copies of the following Rule 26 expert witness reports served by Defendants on October 31, 2014 (absent certain exhibits):

- Expert report of Judith Finell (**Exhibit C** hereto);

- Expert report of Ingrid Monson (**Exhibit D** hereto);
- Expert report of Thomas Court (**Exhibit E** hereto);
- Expert report of Ron Aston (**Exhibit F** hereto);
- Expert report of Michael Alleyne (**Exhibit G** hereto);
- Expert report of Nancie Stern (**Exhibit H** hereto);
- Expert report (revised) of Gary Cohen (**Exhibit I** hereto)(excerpts only, and redacted for financial privacy).

7. In November and December 2014, Plaintiffs took the depositions of Defendants' expert witnesses listed above. True and correct copies of excerpts from the transcripts of those expert depositions are attached hereto, as follows:

- Deposition of Judith Finell (**Exhibit J** hereto)(excerpts from her depositions taken on April 18, 2014 [**Exh. J, tab 1**], prior to her Rule 26 designation, and on December 5, 2014 [**Exh. J, tab 2**];
- Deposition of Ingrid Monson (**Exhibit K** hereto);
- Deposition of Michael Alleyne (**Exhibit L** hereto);
- Deposition of Thomas Court (**Exhibit M** hereto);
- Deposition of Ron Aston (**Exhibit N** hereto);
- Deposition of Nancie Stern (**Exhibit O** hereto).

8. Lodged concurrently herewith is an audio CD (and marked as **Exhibit P** to this Declaration) that contains true and correct copies of Audio Examples 1-5 to the reports of Defendants' expert witnesses (Monson, Finell, Court and Aston).

9. Attached hereto as **Exhibit Q** is a true and correct copy of "Nonconventional" Musical Analysis and "Disguised" Infringement: Clever Musical Tricks to Divide the Wealth of Tin Pan Alley, 52 Clev. St. L. Rev. 339.

10. Attached hereto as **Exhibit R** is a true and correct copy of the web page www.setlist.fm/about.

11. Attached hereto as **Exhibit S** is a true and correct copy of excerpts from the deposition of Harry Weinger taken by Defendants in this action.

12. Plaintiffs Robin Thicke and Pharrell Williams gave a number of interviews to the press that made reference to Marvin Gaye's GIVE in connection with the creation of Plaintiffs' song, "Blurred Lines" ("BLURRED") and also testified concerning certain of the press statements at their depositions and in their interrogatory responses, including that Robin Thicke testified that the comments he made to the press about the creation of BLURRED were made in order to promote BLURRED and did not accurately reflect the song's creation. True and correct copies of exemplars of these interviews that Defendants submitted to the Court in opposing Plaintiffs' motion for summary judgment are attached hereto as **Exhibit T**.

13. Defendants have produced or identified in discovery or otherwise in this action that various third parties have commented in the media, in social media, in celebrity interviews (*e.g.*, a Howard Stern interview with Smokey Robinson), or otherwise concerning whether those persons believe that Plaintiffs' sound recording of "Blurred Lines" ("BLURRED") sounds similar to or copies or infringes the Marvin Gaye sound recording of GIVE, including that Defendants have produced certain of these materials in discovery. Exemplars of articles were submitted by Defendants in opposition to Plaintiffs' motion for summary judgment, true and correct copies of which are attached hereto as **Exhibit U**. Defendants Nona Marvisa Gaye, Marvin Gaye III, and Janis Gaye testified at their depositions to their opinions as to whether BLURRED sounds similar to or copies GIVE. Nona Gaye also testified to her belief that the Marvin Gaye song "After the Dance ("DANCE") is similar to or copies the Robin Thicke song, "Love After War" ("WAR").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2015, at Los Angeles, California.

*/s/ Seth Miller*
Seth Miller

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2015, I electronically filed the foregoing **DECLARATION OF SETH MILLER IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*Joey S. Gossett*
Joey S. Gossett

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/840646.1