**EXHIBIT A**

Richard S. Busch (TN BPR 014594)
(*Pro Hac Vice*)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street; Suite 1100
Nashville, TN 37201
(615) 259-3456 Facsimile: (615) 726-5417

Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000 Facsimile: (858) 597-6008

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East; Suite 1520
Los Angeles, CA 90067
(310) 853-6355 Facsimile: (310) 853-6333

Attorneys for Counter-Claimants
NONA MARVISA GAYE and
FRANKIE CHRISTIAN GAYE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**DEFENDANTS FRANKIE CHRISTIAN GAYE'S AND NONA MARVISA GAYE'S REVISED RULE 26(a)(1) DISCLOSURES**<br><br>**JURY TRIAL DEMANDED**<br><br>Action Commenced: August 15, 2013<br>Trial Date: February 10, 2015 |

AND RELATED COUNTERCLAIMS

## **REVISED RULE 26(a)(1) DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye make the following revised initial disclosures based on information presently available and reserve the right to supplement this disclosure as discovery proceeds:

**(A) WITNESSES**: The names and last known addresses of individuals likely to have discoverable information that Counter-Claimants may use to support their claims are:

1. Nona Marvisa Gaye
   c/o Richard S. Busch
   King & Ballow
   315 Union St.
   Suite 1100
   Nashville, TN 37201
   Phone: (615) 259-3456
   Counter-Claimant

2. Frankie Christian Gaye
   c/o Richard S. Busch
   King & Ballow
   315 Union St.
   Suite 1100
   Nashville, TN 37201
   Phone: (615) 259-3456
   Counter-Claimant

3. Marvin Gaye III
   c/o Paul N. Phillips
   9255 West Sunset Blvd.
   Suite 920
   West Hollywood, CA 90069
   Phone: (323) 813-1126
   Counter-Claimant

4. Janis Gaye
   c/o Richard S. Busch
   King & Ballow
   315 Union St.
   Suite 1100
   Phone: (615) 259-3456
   Nashville, TN 37201

5. Mark Levinsohn
   1325 Ave of the Americas
   Floor 27
   New York, NY 10019
   Phone: (212) 262-1000
   Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

6. Dag Sandsmark
   810 Seventh Avenue
   New York, NY 10019
   Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants. Informed Counter-Claimants he believed they had a viable infringement claim for "Blurred Lines."

7. Martin Bandier
   550 Madison Ave,
   New York, NY 10022
   Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

8. Audrey Ashby
   810 Seventh Avenue
   New York, NY 10019
   Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

9. Bruce Scavuzzo
   2700 Colorado Avenue, Suite 100
   Santa Monica, CA 90404

Phone: 212-492-1200
Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

10. Jody Gerson
    2700 Colorado Avenue, Suite 100
    Santa Monica, CA 90404
    Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

11. Jonas Kant
    550 Madison Ave,
    New York, NY 10022
    Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

12. Peter Brodsky
    550 Madison Ave,
    New York, NY 10022
    Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

13. Jeff Harleston
    2220 Colorado Ave.
    Santa Monica, CA 90404.
    Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

14. Rand Hoffman
    2220 Colorado Ave.
    Santa Monica, CA 90404.
    Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

15. Neil Shulman
    271 Madison Ave
    20th Floor
    New York, NY 10016
    Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

16. Jaimie Roberts
    271 Madison Ave
    20th Floor
    New York, NY 10016
    Phone: (212) 871-9002
    Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

17. Peter Paterno
    1900 Avenue of the Stars
    25th Floor
    Los Angeles, CA 90067
    Phone: (310) 282-8937
    Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

18. Jordan Feldstein
    1100 Glendon Ave.
    Suite 1100
    Los Angeles, CA 90024
    Robin Thicke's manager. Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

19. Jonathan Leonard
    949 West Marietta St NW
    Suite X102
    Atlanta, GA 30318
    Phone: (404) 892-2001
    Attorney for Clifford Harris, Jr. Has knowledge of the notice of infringement provided to Plaintiffs and Counter-Defendants.

20. Tony Maserati
    1140 Alta Loma Rd., Suite 104
    West Hollywood, CA 90069
    Has knowledge of the creation of "Blurred Lines" and "Love After War."

21. Todd Hurt
    Address Unknown
    Has knowledge of the creation of "Blurred Lines."

22. Andrew Coleman
    Address Unknown
    Has knowledge of the creation of "Blurred Lines."

23. James Gass a/k/a Pro-Jay a/k/a Pro J
    Address Unknown
    Has knowledge of the creation of "Love After War."

24. William "Smokey" Robinson, Jr.
    Address Unknown
    Has knowledge of the similarities between "Blurred Lines" and "Got to Give it Up" and had a conversation with Robin Thicke regarding the same.

Counter-Claimants will supplement their disclosures pursuant to Rule 26(e), if and when any further individuals, not previously identified, who are likely to possess discoverable information are made known to them. Further, Counter-Claimants incorporate all witnesses disclosed by Plaintiffs and Counter-Defendants into these Initial Disclosures. Counter-Claimants specifically reserve the right to utilize witnesses who are later identified as having discoverable information relevant to this matter and disclose them by Amended Initial Disclosures, Interrogatory Responses, Responses to Document Requests, and other written discovery, written correspondence or deposition testimony.

**(B) DOCUMENTS**: The documents and tangible things reasonably available to Counter-Claimants which they may use to support their claims are as follows:

1. Judith Finell's expert report(s) on "Blurred Lines" and "Love After War;"
2. Dr. Ingrid Monson's expert report(s) on "Blurred Lines" and "Love After War;"
3. Documents and other tangible things relating to the substantial similarity of the musical compositions and sound recordings in this action;
4. Documents relating to the ownership and creation of the musical

compositions and sound recordings in this action; and

5. Documents within the possession, custody, and control of Plaintiffs and Counter-Defendants.

Counter-Claimants will supplement their disclosures pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, if and when any further documents, data compilations and/or tangible things which have not been previously disclosed become known to them.

**(C) DAMAGES**: At this point in the litigation, Counter-Claimants are unable to calculate their damages with particularity. Counter-Claimants have not yet computed their damages or retained an expert to do so and accordingly cannot provide a computation of damages claimed.

Counter-Claimants' damages for the infringement of its composition will be calculated, as permitted under 17 U.S.C. § 504(c), in the amount of $150,000 multiplied by each act of infringement of the musical composition, or in such other amounts as may be determined at trial, or, at Counter-Claimants' election, pursuant to 17 U.S.C. § 504(b), Counter-Claimants' actual damages, including Plaintiffs and Counter-Defendants profits attributable to the infringement, as will be proven at trial. Counter-Claimants have no way of determining Plaintiffs' and Counter-Defendants' profits at this date and will request documentation showing that information, at which time they will designate an expert witness and provide a calculation of their damages. Counter-Claimants accordingly reserve the right to supplement this disclosure in accordance with the Federal Rules of Civil Procedure.

Counter-Claimants are entitled to costs, fees, and expenses under 17 U.S.C. § 505. Further, Counter-Claimants are entitled to any applicable pre-judgment interest.

Counter-Claimants will supplement their damage calculations as discovery provides more information from which Counter-Claimants will be able to better see the full scope of their damages.

**(D) INSURANCE AGREEMENTS**: Counter-Claimants are not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy any such judgment.

## CONCLUSION

Counter-Claimants assert that the above initial disclosures are based upon information as it is currently available. This litigation is in its early stages and investigation and discovery is ongoing. Counter-Claimants expressly reserve all rights to object to the introduction into evidence of the above information and do not waive any privileges that may be applicable in this case.

Dated: October 7, 2014

By: /s/ Paul H. Duvall
Paul H. Duvall
Richard S. Busch (TN BPR 014594)
*Pro Hac Vice*
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
(615) 259-3456

*Attorney for Counter-Claimants Nona and Frankie Gaye*

## PROOF OF SERVICE

The undersigned certifies that a copy of Counter-Claimants' Revised Rule 26(a)(1) Disclosures was served upon Howard E. King, Seth Miller, and Paul N. Philips by electronic mail and U.S. Mail at their respective business addresses as disclosed by the pleadings of record herein, with postage fully prepaid, on October 7, 2014. I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

By: /s/ 
Paul H. Duvall
Richard S. Busch (TN BPR 014594)
*Pro Hac Vice*
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
(615) 259-3456

*Attorney for Counter-Claimants Nona and Frankie Gaye*