**EXHIBIT C**

# Judith Finell MusicServices Inc.

**CONSULTING • RESEARCH • MUSIC COPYRIGHT MATTERS • MUSIC INDUSTRY SUPPORT**

October 31, 2014

## Full Comparison of "Got to Give It Up" with "Blurred Lines"

### Materials Reviewed

1. The following recordings were acquired for review:

a. "Got to Give It Up (Single)" from the album *Every Great Motown Hit of Marvin Gaye*, released 1983 ℗ 2000 Universal Motown Records, a division of UMG Recordings, Inc.

b. "Blurred Lines (feat. T.I. & Pharrell) from the album *Blurred Lines (Deluxe Version)*, released July 30, 2013 ℗ 2013 Star Trak, LLC.

c. "After the Dance" from the album *I Want You*, released March 16, 1976 ℗ 2000 Universal Motown Records, a division of UMG Recordings, Inc.

d. "Love After War" from the album *Love After War (Deluxe Version)*, released December 6, 2011 ℗ 2013 Star Trak, LLC.

2. The following sheet music was obtained for reference:

a. "Got to Give It Up," Words and Music by Marvin Gaye, © 1977 (Renewed 2005) Jobete Music Co., Inc.

b. "Blurred Lines," Words and Music by Robin Thicke and Pharrell Williams, © 2013 EMI April Music, Inc. / More Water From Nazareth Publishing, Inc.

**81 PONDFIELD ROAD • SUITE 246 • BRONXVILLE • NY • 10708**
**Tel: (914) 779-8881• Fax: (914) 779-8883 • Email: Judi@jfmusicservices.com**
**www.jfmusicservices.com**

c. "After the Dance," Words and Music by Leon Ware, Marvin Gaye, and Arthur Ross © 1976 (Renewed 2004), 1978 Jobete Music Co., Inc., MGIII Music, NMG Music and FCG Music

3. The following documents and materials were provided by King & Ballow for review:

a. "Williams v. Bridgeport – Motion for Summary Judgement"

b. "Williams v. Bridgeport – Wilbur Declaration"

c. Audio Exhibit: "CD filed with MSJ"

d. "Williams v. Bridgeport – Stockett Declaration"

e. Multi-tracks from recording of "Blurred Lines," provided by the plaintiffs

f. Multi-tracks from recording of "Got to Give It Up," PCD 4205 provided by King & Ballow

4. The musical works discussed below will be referred to as follows:

a. "Got to Give it Up," by Marvin Gaye

b. "Blurred Lines," by Robin Thicke, Pharrell Williams and Clifford Harris

c. "After the Dance," by Marvin Gaye and Leon Ware

d. "Love After War," by Robin Thicke and Paula Patton

5. References:

a. The Motion for Summary Judgement will be referred to in the report below as the "MSJ."

b. The Declaration of Sandy Wilbur will be referred to below as the "Wilbur Declaration." It will be cited as "WD," followed by the paragraph number.

c. My preliminary report of October 17, 2013 will be referred to as "Finell Preliminary Report," I hereby incorporate that report and attach it hereto.

2

d. My declaration of October 20, 2014 will be referred to as "Finell Declaration," I hereby incorporate that report and attach it hereto.

## Results of Full Examination Comparing "Got to Give It Up"

## and "Blurred Lines"

6. Since my preliminary evaluation and report of October 17, 2013, a further examination of "Got to Give It Up" compared to "Blurred Lines" has revealed significant new similarities, as well as expansions of the similarities first discussed in the Finell Preliminary Report. That preliminary report identified primary similar compositional features between "Got to Give It Up" and "Blurred Lines," and focused on the most obvious reasons why the songs are so substantially similar.

7. A "Constellation of 8 Substantially Similar Features," resulting from the way in which the similarities coincide and intersect throughout each song, was identified. [Finell Preliminary Report, ¶6.] The initial review focused on single iterations of the eight substantially similar features in each song.

8. These substantial similarities remain unchanged. In-depth examination has now revealed three categories of further similarities which will be discussed below:

A. Similarities already discussed in my preliminary report on a single basis were reviewed in terms of their own development and recurrence within each song to determine the significance of the similar material to both songs. These are discussed in Section A below. Exhibit A also illustrates the magnitude of the similar material embedded within nearly every bar of "Blurred Lines."

B. Newly uncovered similar features, identified since the preliminary report, were evaluated.  These new similarities are discussed in Section B below.

3

C. Similarities newly uncovered that imply that "Got to Give It Up" served as a template for the design and character of "Blurred Lines" were assessed. These new similarities are discussed in Section C below.

## Conclusions

9. My full review of "Blurred Lines" compared with "Got to Give It Up" has led to the following conclusions:

A. "Blurred Lines" virtually exudes "Got to Give It Up." This is due to the many tangible shared similar compositional features, but also to a subtle but very distinctive way in which these features are combined in a final artistic whole in both songs.

B. "Blurred Lines" is even more tethered to "Got to Give it Up" than initially found in my Preliminary Review.

C. Detailed examination has revealed more subtle similarities than were obvious upon initial review, and these further demonstrate how influential "Got to Give It Up" was in the creation and design of "Blurred Lines."

D. With a more comprehensive review of "Blurred Lines" as a whole, there emerges a virtual mosaic of elements descending from "Got to Give It Up." The link between the two works is undeniable – especially considering the multitude of tiny creative details that blend to form the completed work.

## Section A. Enlarged Constellation of Similarities

10. My Preliminary Report of October 17, 2013 demonstrates brief musical examples of eight similarities. These eight similar features are not isolated, but are the musical seeds from which both songs grow and develop from beginning to end. Their presence and significance in each work will be discussed below in their broader impact on the songs as a whole.

4

**Similarity 1: Signature Phrase in Main Vocal Melodies**

11. As stated in my Preliminary Report, [Finell Preliminary Report, ¶¶13, 14], much of the main vocal melody in "Got to Give It Up" evolves from its own Signature Phrase, using the same scale degrees and other similar elements. This is found throughout all verse sections as well as in the outro, or ending section.

12. Regarding the verse sections, most phrases of the verse refer back to the initial Signature Phrase in "Got to Give It Up." See Table 1 below for an example of this as it occurs in the first verse of "Got to Give It Up." This Signature Phrase is substantially similar to "Blurred Lines," both in its own Signature Phrase and its embedded hook ("take a good girl").

**Table 1: "Got to Give It Up" Signature Phrase Development**

**Verse 1, Phrases 1-8**

| Phrase | Bar Nos. | Lyrics | Scale Degrees |
|---|---|---|---|
| 1 | 8-9 | "I used to go out to parties" | 5-5-5-5-6-1-2-1-5-6 |
| 2 | 10-11 | "and stand around" | 6-2-1-6-5 |
| 3 | 12-13 | "'Cause I was too nervous" | 5-5-6-1-2-1-5-6 |
| 4 | 14-15 | "to really get down" | 6-1-6-1-6-5 |
| 5 | 16-17 | "But my body" | 6-1-2-1-5-6 |
| 6 | 18-19 | "yearned to be free" | 1-5-5-1-5-1-5 |
| 7 | 20-21 | "I got up on the floor boy" | [different] |
| 8 | 22-23 | "and somebody to choose me" | 5-6-1-6-5-1-5-1 |

13. As shown above in Table 1, nearly the entire section of Verse 1 in "Got to Give It Up" is a melodic outgrowth of the Signature Phrase.

The significance of the above outgrowth is that the similar material in "Blurred Lines" is found in the entirety of the verse of "Got to Give It Up," and not only in one isolated phrase. Consequently, this similarity with "Blurred Lines" and "Got to Give It Up" exceeds well

5

beyond a single phrase in "Got to Give It Up," but rather extends into the first large section of the song in which this phrase develops.

14. Similar development of the Signature Phrase continues throughout all the verses of "Got to Give It Up," found in Bars 8-63 and 88-95 (the verse sections occupy a total of 64 bars, more than half of the song).

15. The hook of "Got to Give It Up," sung to the lyrics "keep on dancin'," is also an outgrowth of the song's own Signature Phrase, and this hook is found repeatedly (28 times) in the outro section of "Got to Give It Up," found in Bars 96-124. The scale degrees here are 6-1-2-1.

16. Just as in "Got to Give It Up," the hook of "Blurred Lines" is also located within the song's own Signature Phrase (as stated in my Preliminary Report).

17. The outro section in "Got to Give It Up" contains an additional outgrowth phrase, sung to the title lyrics "got to give it up." The scale degrees of the first occurrence of this phrase (at 3:33) are 1-6-2-1-1, and its recurrence (at 3:40) contains scale degrees 1-6-2-1-6.

18. The Signature Phrase and its outgrowths always occur simultaneously with the similar bass melodies, keyboard parts, and most often hi-hat in "Blurred Lines."

### Similarities 2 and 3: Hooks and Hooks with Backup Vocals

19. As stated in my Preliminary Report, the hook in "Got to Give It Up" using the lyrics "keep on dancin'," repeats seven times at four-bar intervals, 28 times in total. It occupies a large portion of the outro (ending) section of the song from 3:12 to 4:06, and is a distinctive passage. Both songs' hooks convey their respective main messages.

20. In "Blurred Lines," the hook first occurs within the song's own Signature Phrase at the beginning of the chorus section (:49), using the lyrics "take a good girl," as shown in the

musical examples of the preliminary report. The hook is thereafter repeated numerous times in various forms. The "Blurred Lines" hook has these defining features: (a) lyrics, (b) rhythms and rhythmic placement, (c) scale degrees, and (d) distinctive accompanying backup vocals. The hook variations always retain at least two of the hook's defining features and vary the others. These variations occur frequently – and include the lyrics variation "blurred lines" – again conveying the song's main message. As can be seen in Table 2 below, the words preceding "a good girl" vary in length and melodic content, but the words "a good girl" are consistent. The hook and its variations occur a total of 12 times in "Blurred Lines" and are substantially similar to the melody of the hook of "Got to Give It Up," as discussed in my Preliminary Report. [Finell Preliminary Report, ¶¶18-20.]

### Table 2: Occurrences of Hook and Variations in "Blurred Lines"

| Bar Nos. | Lyrics | Scale Degrees | Similarity to "Got to Give It Up" |
|---|---|---|---|
| 24-25 | "take a good girl" | 6-1-1-1 | Signature Phrase; Hook "Keep on dancin'" with Backup Vocals[1] |
| 56-57 | "take a good girl" | 6-1-1-1 | same as above |
| 28-29 | "You're a good girl" | 5-#4-5-5 | Backup hook Theme X ("Dancin' lady"); Hook with Backup Vocals |
| 60-61 | "You're a good girl" | 5-#4-5-5 | same as above |
| 108-109 | "You're a good girl" | 5-#4-5-5 | same as above |
| 36-37 | "But you're a good girl" | 5-5-#4-5-5 | same as above |
| 68-69 | "But you're a good girl" | 5-5-#4-5-5 | same as above |
| 116-117 | "But you're a good girl" | 5-5-#4-5-5 | same as above |
| 104-105 | "[I always wanted] a good girl" | 5-1-1 | Hook with Backup Vocals |
| 32-33 | "I hate these blurred lines" | 5-5-4-5-5 | same as above |

[1] The first iteration of the hook in "Blurred Lines" ("take a good girl") is similar to 2 locations in "Got to Give It Up": (a) first found within the Signature Phrase for the lyrics "out to parties," and (b) also found later with the lyrics "keep on dancin'," as discussed in my Preliminary Report. The same scale degrees in "Got to Give It Up" for both of these occurrences are 6-1-2-1, and the scale degrees in this iteration of the "Blurred Lines" hook are 6-1-1-1, as discussed in detail in my Preliminary Report. [Finell Preliminary Report, ¶¶14, 18, 19.]

| 64-65 | "I hate these blurred lines" | 5-5-4-5-5 | same as above |
| 112-113 | "I hate these blurred lines" | 5-5-4-5-5 | same as above |

21. The hook always occurs simultaneously with the similar bass melodies and keyboard parts in "Blurred Lines."

## Similarity 4: Core Theme in "Blurred Lines" and Backup Hook in "Got to Give It Up" – Theme X in Both

22. The similarity has already been described between Theme X in "Blurred Lines" and in "Got to Give It Up" (with the lyrics "dancin' lady"), including many variations. [Finell Preliminary Report, ¶¶21-27.] Below are the areas in "Blurred Lines" where these similar phrases abundantly occur.

### Table 3: Theme X and Variants in "Blurred Lines"

| Section in "Blurred Lines" | Bar Nos. | Lyrics | Scale Degrees |
|---|---|---|---|
| Verse 1 | 9 | "If you can't hear" | 3-#2-3-3 |
| Verse 1 | 11 | "If you can't read" | 3-#2-3-3 |
| Verse 1 | 13 | "maybe I'm going deaf" | 5-5-#4-5#4-5 |
| Verse 1 | 14 | "maybe I'm going blind" | 5-5-#4-5#4-5 |
| Verse 1 | 15 | "maybe I'm going out of my [mind]" | 5-5-#4-5#4-5 |
| Verses 2 and 3 | 17 and 49 | "Okay, now he was close" | 3-3-#2-3-#2-3 |
| Verses 2 and 3 | 19 and 51 | "But you're an animal" | 3-3-#2-3-#2-3 |
| Verses 2 and 3 | 21 and 53 | "just let me liberate you" | 2-#1-#1-2-#1-2-X$^2$ |
| Verses 2 and 3 | 22 and 54 | "you don't need no papers" | 2-#1-2-#1-2-X |
| Verses 2 and 3 | 23 and 55 | "that man is not your maker" | #1-2-#1-2-#1-2-X |
| Verse 4 | 99 | "It always works [for me]" | #2-3-#2-3 |
| Verse 4 | 101 | "no more pretending" | #3-4-#3-4-#3 |
| Verse 4 | 102 | "cause now you're winning" | #3-4-#3-4-#3 |
| Verse 4 | 103 | "here's our beginning," | #3-4-#3-4-#3 |
| Chorus | 28-29, 60-61, 108-109 | "You're a good girl" | 5-#4-5-5 |

---

[2] In Table 3 above, an "X" in the Scale Degrees column indicates that this lyric is not a sung tone.

| Chorus | 36-37, 68-69, 116-117 | "But you're a good girl" | 5-5-#4-5-5 |

23. All variants of Theme X above contain similarity to the distinctive melodic pattern discussed in my Preliminary Report. Theme X is the core material of the verse in "Blurred Lines," as well as being an important element throughout the chorus section.

24. Theme X always occurs simultaneously with two or more of the following similarities: Backup Hook, bass melodies, keyboard parts, and hi-hat.

### Similarity 5: Backup Hooks

25. This material is a defining element in both songs. In "Got to Give It Up," it uses the lyrics "dancin' lady" and in "Blurred Lines," it uses the lyrics "hey, hey, hey." In "Got to Give It Up," the Backup Hook recurs 28 times consecutively. Further analysis reveals that in addition to this, its precursor occurs earlier in the backup vocal parts in "Got to Give It Up" at 2:10 (with the lyrics "hop, fop, fop, doo-wop, hop"), thus occupying more of "Got to Give It Up" than previously recognized. This new finding of similarity is discussed in Section B below.

26. The Backup Hook "Hey, hey, hey" in "Blurred Lines" occurs in its introduction, all verse sections, interlude, and (ending section). See Table 4 for details.

### Table 4: Backup Hook of "Blurred Lines" Occurrences

| Section in "Blurred Lines" | Bar Nos. | Lyrics/ Scale Degrees | Similarity to "Got to Give It Up" |
|---|---|---|---|
| Intro | 4-7 | "Hey, hey, hey"/4-#4-5 | Backup Hook – Theme X[3] |
| Verse 1 | 13-16 | "Hey, hey, hey"/4-#4-5 | Backup Hook – Theme X |
| Verse 2 | 21-24 | "Hey, hey, hey"/4-#4-5 | Backup Hook – Theme X |
| Interlude | 45-48 | "Hey, hey, hey"/4-#4-5 | Backup Hook – Theme X |
| Verse 3 | 53-56 | "Hey, hey, hey"/4-#4-5 | Backup Hook – Theme X |
| Verse 4 | 101-104 | "Hey, hey, hey"/4-#4-5 | Backup Hook – Theme X |

---

[3] Contains the lyrics "dancin' lady" in "Got to Give It Up," previewed melodically by the earlier backup section "hop, fop, fop, doo-wop, hop" at 2:10.

| Outro | 124-127 | "Hey, hey, hey"/4-#4-5 | Backup Hook – Theme X |
|---|---|---|---|

27. In "Blurred Lines," the Backup Hook always occurs simultaneously with the similar keyboard parts, hi-hat, and often Theme X.

### Similarity 6: Bass Melodies

28. The similar bass melody in Bars 1-4 of "Got to Give It Up," depicted in Musical Example 6A of my Preliminary Report, [Finell Preliminary Report, ¶¶29-31], is the melodic foundation for a great deal of the bass material throughout "Got to Give It Up"[4] This is indicated on the deposit copy lead sheet in Bar 8, marked "BASS SIMILE," meaning that after Bar 8, the bass melody continues as an outgrowth of Bars 1-8, as a feature of the underlying composition. The recurring bass melody first heard in Bars 1-4 of "Blurred Lines" is substantially similar to material in "Got to Give It Up," far beyond the initial four bars of "Got to Give It Up." See the musical examples below to compare Bars 1-4 of "Blurred Lines" to a limited selection of this additional similar material as found in "Got to Give It Up." In Musical Examples 1 and 2, identical rhythms for both pitches and rests are indicated with "x," and identical scale degrees are indicated with arrows:

### Musical Example 1: "Blurred Lines" Bass Line Bars 1-4



---

[4] Musical Example 6A in my Preliminary Report shows the final note in Bar 1 as scale degree 1; however, further examination of the multi-tracks for "Got to Give It Up" reveal that this note is instead scale degree flat-7.

**Musical Example 2: "Got to Give It Up" Bass Line Bars 5-8**



29. In the above comparison of Musical Examples 1 and 2, only shared scale degrees that occur in consecutive order are indicated with arrows. However, both songs in the above examples also share an ascending leap from scale degree 1 to 4, with 4 being the highest tone in both – and this is a distinctive additional similarity.

**Musical Example 3: "Got to Give It Up" Bass Line Bars 9-12**



**Musical Example 4: "Got to Give It Up" Bass Line Bars 13-16**



30. Musical Examples 3 and 4 above demonstrate further outgrowths of Bars 1-4 of the bass melody in "Got to Give It Up," as well as the similar descending bass melody discussed in my preliminary report (shown in Bars 12 and 16 above).

31. Together, the two bass melody similarities discussed above are found in 77 out of 130 bars in "Blurred Lines," or nearly 60 % of the song.

32. The similar bass melodies in "Blurred Lines" always occur simultaneously with the similar keyboard parts and hi-hat, as well as often with either the Signature Phrase, Hook with Backup Vocals, Theme X, or Backup Hook.

11

### Similarity 7: Keyboard Parts

33. As stated in the preliminary report, "Blurred Lines" alternates between two chords, with each chord repeated consecutively for four bars at a time, for the entirety of the song. [Finell Report, ¶32.] Both chords in "Blurred Lines" are also found in "Got to Give It Up," as previously reported – these chords are found in the upper part (normally performed with the right hand).

34. Further examination has revealed that the similarities extend beyond this: there is a lower (left hand) part with identical rhythms and primary scale degrees in both songs (not discussed in my Preliminary Report).

See Musical Examples 5 and 6 below to compare the first chord in "Blurred Lines" to "Got to Give It Up." Chord designations are shown above the staff.[5]

### Musical Example 5: Chord 1 in "Got to Give It Up" Fender Rhodes Bars 1-4



---

[5] Regarding Musical Example 5 of "Got to Give It Up," some of the iterations of this passage are performed so that the chord with rhythmic suspension ends slightly earlier than at the very end of the bar, which is more similar to "Blurred Lines." Musical Example 6 of "Blurred Lines" contains a correction from my Preliminary Report, in which the rhythmic suspension occurs first in Bar 4, rather than in Bar 1 as previously reported. In "Got to Give It Up," the rhythmic suspension occurs first in Bar 2 (as previously reported) as well as in Bar 4 (as shown here). My conclusion remains the same: both songs share the same distinctive rhythmic feature, in the same location.
Chord designation A refers to an A major chord. A7 means there is an additional note (pitch G) added to the A major chord.

### Musical Example 6: Chord 1 in "Blurred Lines" Fender Rhodes Bars 1-4



See Musical Examples 7 and 8 below to compare the most similar occurrence of Chord 2 in "Blurred Lines" to "Got to Give It Up":[6]

### Musical Example 7: Chord 3 in "Got to Give It Up" Fender Rhodes Bar 18



### Musical Example 8: Chord 2 in "Blurred Lines" Fender Rhodes Bar 7



In "Got to Give It Up," Chords 1 and 3 are found in over 2/3 of the song. In "Blurred Lines," Chords 1 and 2 account for all the keyboard material in the song.

---

[6] In Musical Example 8 of "Blurred Lines," the upper (right hand) part is transposed an octave higher for ease in reading the musical notation.

35. In "Blurred Lines," the similar keyboard parts always occur simultaneously with the similar bass melodies and/or hi-hat, as well as with either the Signature Phrase, Hook with Backup Vocals, Theme X, or Backup Hook.

## Section B. Additional Similarities beyond the Constellation of Substantially Similar Features

36. Closer examination of the two songs and their associated multi-tracks have revealed significant additional similarities beyond those discussed in the Preliminary Report.

### 37. Shared musical fingerprint

A shared musical "fingerprint" has been uncovered. Specifically, both songs express a high-pitched vocal exclamation, a nonsense syllable, namely "woo" in repeated locations. This trait was acknowledged by Sandy Wilbur in her declaration. [WD, ¶245.] It was not yet discussed in my Preliminary Report.

38. I refer to this element as a "musical fingerprint" because it is a highly provocative musical detail. It appears so often and prominently in "Blurred Lines" that it becomes a very significant similar feature. It is an indicator that "Got to Give It Up" was virtually "present" during the creation and execution of "Blurred Lines," strongly rooted within its creative expression. To deny this influence and appropriation would be tantamount to accepting the denial of a suspect's presence after his fingerprint has been found at a crime scene.

39. The identical and substantially similar elements of this feature are:

    a. Identical syllable "woo"

    b. Identical, unusual rhythmic placement: on the second half of beat 3

    c. In "Got to Give It Up," this appears both in a male voice in a high register outside the normal male vocal range (found at 1:44), as well as in a female voice (at 2:09)

14

d. In "Blurred Lines," this occurs in every other bar throughout the entire song (with three exceptions), 62 times in total. It is adopted into the continual musical accompaniment of the song.

**"Got to Give It Up" - "Woo" by high male voice at (1:44), with the following rhythmic placement:**

| Beats | 1 | 2 | 3     + | 4 |
|-------|---|---|---------|---|
| "Woo" |   |   | Woo     |   |

**"Got to Give It Up" - "Woo" by background female voice (2:09), with the following rhythmic placement:**

| Beats | 1 | 2 | 3     + | 4 |
|-------|---|---|---------|---|
| "Woo" |   |   | Woo     |   |

**"Blurred Lines" - "Woo" by high male voice, in every other bar of entire song, with the following rhythmic placement:**

| Beats | 1 | 2 | 3     + | 4 |
|-------|---|---|---------|---|
| "Woo" |   |   | Woo     |   |

40. The selection of the second half of beat 3 is an unusual creative choice rhythmically, and a shared one between and "Got to Give It Up" and "Blurred Lines." Further, in "Blurred Lines," the "woo" feature echoes the rhythmic suspension feature in the keyboard part, occurring at the same location in Bars 4, 12, 20, and so forth. Here in "Blurred Lines," the accompanying harmony is an A chord, which is similar to the accompanying harmony of an A7 chord in "Got to Give It Up" at (1:44).

15

### 41. **Shared hand clap rhythms**

The hand clap rhythms and their shared function are substantially similar in "Blurred Lines" and "Got to Give It Up." This feature was not yet discussed in my Preliminary Report. In both songs, the hand claps function as would any other percussion instrument. Both songs contain the following two hand clap rhythms, repeated throughout the songs:

**Rhythm A:**



**Rhythm B:**



### 42. **Backup vocals "Doo-Wop" passage in "Got to Give It Up"**

Closer examination has revealed a substantial similarity in the backup singers' "doo-wop" passage at 2:10 in "Got to Give It Up" as compared with Theme X in "Blurred Lines." As discussed in my Preliminary Report, Theme X in "Blurred Lines" is the core melody of the verse section, first heard with the lyrics in Verse 1,"If you can't hear," and in Verse 2, "Okay, now he was close." [Finell Preliminary Report, ¶¶21-27.] In "Got to Give It Up," the "doo-wop" passage occurs during the bridge section of the song, where the lead vocal part contains the lyrics "Move it up."

43. Further study has revealed that the "doo-wop" passage in "Got to Give It Up" is a precursor to the Backup Hook (Theme X) in its own song, meaning that the melody heard in the "doo-wop" passage is again found later within "Got to Give It Up" itself, as the Backup Hook (Theme X) sung to the lyrics "dancin' lady." In the "doo-wop" passage first appearing at 2:10-

16

2:26, the backup chorus has a lower singing part using the same scale degrees as heard subsequently in the Backup Hook (Theme X) of "Got to Give It Up," namely scale degrees 3-3-#2-3. These same scale degrees in the lower backup singing part are indicated in the musical example below with a bracket. This "doo-wop" passage was not discussed in my Preliminary Report.

44. The significance of this additional similarity within "Got to Give It Up" is that the substantial similarity with "Blurred Lines" is even more pervasive than initially found and discussed in the Preliminary Report.

### Musical Example 9: "Got to Give It Up"  "Doo-wop" Passage



45. __Substantial Similarities in Lyrics and Story Line__

Further examination has revealed similarities in lyrics and story lines that were not yet reviewed or discussed in my Preliminary Report.

A. __Similar story lines__

The lyrics and scenarios expressed in "Got to Give It Up" and "Blurred Lines" bear some notable similarities. Both songs' lyrics describe:

> (a) behavioral transformation of self or other
>
> (b) physical/sexual/emotional liberation from restraint, and
>
> (c) the contrast between an earlier and changed self or other.

46. In "Got to Give It Up," the narrator describes transforming himself from a shy "wall flower" into an active social participant able to attract women:

"I used to go out to parties and stand around (verse 2: 'stand upside the wall')

'cause I was too nervous to really get down.

But my body yearned to be **free**

I got up on the floor boy

So somebody could choose me"

47. The above narrator expresses how he worked on transforming himself in order to attract women:

"Somebody watchin'

might **wanna make romance**"

He also describes a desire to free himself of anxiety, enjoy himself, "give it up," and "keep on dancin'."

48. Similarly, in "Blurred Lines," the narrator attempts to seduce the repressed "good girl" to whom he sings, urging her to change her behavior to reflect her inner freer sexualized self.

"But you're an animal; baby

it's in your nature

Just let me **liberate** you. . .

And that's why I'm gon' take a good girl

I know you **want it**. . . you're a good girl. . .

Baby, can you breathe? I got this from Jamaica, It always works for me "

This story theme is amplified in the rap section of "Blurred Lines."

## B. **Similar Lyrics**

Both songs' narrators are courting a potential paramour, and in this way "Blurred Lines" echoes "Got to Give It Up," written at a time when the language was more subdued, and the sexuality described more discretely:

a. "Got to Give It Up":

18

"You can bump me when you want to, babe" and "Let me slip into your erotic zone"

b. "Blurred Lines":

"Let me be the one you back that ass into" and "I'll give you something big enough to tear your ass in two" (rapped)

49. These themes are broadened particularly in the rap section of "Blurred Lines" as well as in the background party chatter (talking) that is nearly constant in "Got to Give It Up." In "Got to Give It Up," for example, members of the party crowd respond directly to the lyrics on a conversational level as the song progresses, particularly when the lyrics are flirtatious or provocative ("let me slip into your erotic zone" to which a woman in the crowd says confrontationally "I heard that") in "Got to Give It Up."[7]

50. Another substantial similarity has been uncovered in a series of three short phrases containing the words "up," "(a-)round," "shake," and "down" in the lyrics of both songs. See Musical Examples 10 and 11 below:

### Musical Example 10: "Got to Give It Up" Lyrics "up"/"'round"/" shake"/"down"[8]



2:13    Move it **up,**    turn it **'round,**    ooh, **shake** it **down.**___

### Musical Example 11: "Blurred Lines" Lyrics "up"/ "around"/" shake"/"down"



2:57    **Shake** a-**round,**    get **down,**    get **up,**

---

[7] This comment by the background party crowd member is actually shown in the deposit copy lead sheet, though the first word in the phrase is notated as "we" instead of "I" ["heard that"]. [Stockett Declaration, Deposit Copy of "Got to Give It Up," p. 3] This is highly unusual to include a non-musical crowd element in a lead sheet.

[8] The middle note of the first two phrases in this example was transcribed as a G-natural, as also shown on the deposit copy. However, the singer is inexact as he "slides" upward from G to A, and some listeners may hear the middle note as a G-sharp in this passage.

19

The above musical examples show the following:

a. Both songs use "up," "(a-)round," "shake," and "down" in the same falsetto vocal range, in a similar 3-part series

b. 3 out of the 4 scale degrees in "Blurred Lines" are found in "Got to Give It Up": scale degrees 1, flat-7, and 3

c. Both songs end the "down" phrase on scale degree 1, on a downbeat

d. Both songs ascend melodically by one scale step to the lyric "up"

e. In both songs, these passages share the same musical function as a "bridge" section transitioning between the main sections in each song. In "Got to Give It Up," they occur immediately preceding the chant-like *parlando* section (discussed below). In "Blurred Lines," they occur immediately following the rap section which is parallel to the *parlando* section of "Got to Give It Up" (discussed below).

51. **Roots of Backup Hook "Hey, Hey, Hey" in "Blurred Lines" found Similarly Expressed in "Got to Give It Up"**

A predecessor to the distinctive, recurring Backup Hook in "Blurred Lines," the phrase "hey, hey, hey" has been found in "Got to Give It Up." Further study of the background party chatter that permeates "Got to Give It Up" has revealed frequent use of the word exclaimed as "hey," singly and in repetition. In both songs, this first occurs in the introduction section.

a. The multiple iterations of the word "hey" in "Got to Give It Up" include:

0:01-0:09 (in the background voices evoking a party scene)
0:11-0:12 ("Hey Clayton! Clayton!")
0:16-0:18 ("Hey Clayton! Clayton!")
1:06-1:08 ("Hey! Hey!")
2:16 ("Hey!")

b. This element is emblematic of "Blurred Lines," so much so that a single iteration of it, always sung in 3 repeats to the same ascending chromatic scale degrees, is immediately recognizable as part of "Blurred Lines."

53. **Bass Melody in "Blurred Lines" Substantial Similarities to Tom-Tom in "Got to Give It Up"**

The bass melody in "Blurred Lines" contains substantial rhythmic similarity to the tom-tom (drum) part in "Got to Give It Up," in identical locations. See Musical Examples 12 and 13 below, where arrows indicate identical rhythms in Bars 1-4 of both songs:

**Musical Example 12: "Got to Give It Up" Tom-Tom Part Bars 1-4**



**Musical Example 13: "Blurred Lines" Bass Line Bars 1-4**

:02

## Section C. Similarities in Structure and Design Template between "Got to Give It Up"  and "Blurred Lines"

54. Further review has revealed that "Blurred Lines" is substantially similar to distinctive structural properties in "Got to Give It Up." The nature of these similarities implies that "Got to Give It Up" served as a template for distinctive design and format features in "Blurred Lines."  Sections A and B above and Exhibit A, as well as my Preliminary Report, all discuss the specific similar compositional content, in terms of comparisons of melodies, rhythms, harmonies, vocal and instrumental lines.

55. This section will discuss the two songs in terms of distinctive designs and structural similarities that constitute substantially similar creative choices made by the creators of "Blurred Lines" as compared to "Got to Give It Up."

56. **Similar Deviation**

A structural idiosyncrasy has been identified as substantially similar in the two songs. It suggests that "Blurred Lines" was modeled after the architecture of "Got to Give It Up." Of special interest is that this idiosyncrasy occurs in the **identical location** in the two songs, at Bars 73-88; and at precisely the same timing, counters 2 minutes, 26 seconds to 2 minutes, 57 seconds in each song. This parallel timing is highly unusual, even in a music copyright case. At this identical location in both songs, the following occurs:

a. In "Got to Give It Up," the lyrics here begin with "Oh, you can bump me when you want to, Babe." In "Blurred Lines," the lyrics begin with: "One thing I ask of you: let me be the one you back that ass into." These lyrics are similar.

b. Of greater importance, though, is that both songs depart here from the established vocal melodic material already in progress in similar ways.

57. This shared departure is found similarly in the *parlando*[9] section of "Got to Give It Up" and the rap section of "Blurred Lines."

a. To explain, in both songs, these comparable sections represent a deviation from more melodious portions of each song, particularly noticeable and distinctive in "Blurred Lines," where there is an abrupt change from singing to speaking. The change is more subtle and understated in "Got to Give It Up." In "Got to Give It Up," the *parlando* section presents

---

[9]"Parlando" refers to a spoken delivery of a lyric. In singing, a speech-like style, with one syllable for each note. *Oxford Music Online.* Oxford University Press, accessed October 22, 2014, http://0-www.oxfordmusiconline.com.library.juilliard.edu/subscriber/article/opr/t114/e4987

chanted lyrics by Marvin Gaye interrupting the song's more melodious procession up to that point.

b. Similarly, the rap section – which is rhythmical speech with no pitch – of "Blurred Lines" is a departure from the melodious sections that precede and succeed it.

c. From a musicological perspective, this similar deviation from the prior and subsequent melodic passages of each respective song is something quite notable.

d. *Parlando* and rap are both speech-like music techniques. In both *parlando* and rap, the syllabic rhythm and texture of the words are given prominence over melody. Musically, the effect is to emphasize the verbal message, and create a distinct contrast with any more melodic or sung material that may precede or follow such passages of *parlando*/rap.

e. In the context of the 1970s when "Got to Give It Up" was released, rap music was still a nascent development. Rap as it is used today was not a part of Marvin Gaye's musical language or context, at least not in the form that Thicke, Williams, and Harris use it in "Blurred Lines." Yet, because of the similar contrast that these interrupting *parlando*/rap sections represent, both constitute substantially similar creative choices – and they do so in precisely the same location in each song.

f. Of importance, too, is that both songs continue in their respective *parlando* and rap sections with the same instrumental similarities in the bass, keyboards, hi-hat, and hand claps as found before and after these sections, and in this way, perpetuate the similarities in the two songs already found in the "Constellation of 8 Substantially Similar Features" discussed in my Preliminary Report and in Section A of this report.[10]

To compare corresponding sections in each song:

---

[10] In "Got to Give It Up," the harmony changes to minor rather than major chords, affecting some of the pitches in the keyboard material; however, the relationships to the Constellation remain intact and obvious.

23

**Table 5: Comparison of *Parlando* Section of "Got to Give It Up" with  Rap Section of "Blurred Lines"**

| Shared Location/Function | "Got to Give It Up" | "Blurred Lines" |
|---|---|---|
| Occur in identical sections in both songs, precisely the same measure number and timing. The *parlando*/rap has a structural purpose and musical/emotional effect that achieves a very similar impact. | *Parlando* segment is featured from Bar 73 [2mn26s] to Bar 88 [2mn57s] | Rap segment is featured from Bar r 73 [2mn26s] to Bar 88 [2mn57s] |

### 58. Phrase Construction Similarities

Upon further examination, a new substantially similar structural trait has emerged that represents additional distinctive expressive choices shared in both songs. In the verse of "Got to Give It Up," the phrases are structured in "question" and "answer" phrasing. In musical analysis, this is termed "antecedent" and "consequent" phrases. This compositional method describes a pair of phrases that are co-dependent on one another, and act as a musical "question" and "answer." This means that Phrase 1 finishes in an incomplete, unresolved fashion requiring Phrase 2 to complete it. In this context, "incomplete" refers both to the musical properties that can include unresolved harmonies and/or melodies, and to the lyrical qualities of an incomplete sentence or clause.[11]

59. Both "Got to Give It Up" and "Blurred Lines" contain series of "question" and "answer" phrases throughout their respective verse sections. These question/answer phrases do not share the same pitches, but they are structured in a similar distinctive way. The decision to structure a musical passage in question and answer phrases represents a creative choice, and in addition to many other distinctive elements, these two songs share this creative choice.

---

[11] Melodic phrases are similar to individual sentences within a longer paragraph. When phrases are structured in a "question/answer" manner, a musical "dialog" results between the first and second phrase, which are usually co-dependent melodically and lyrically. The "question" phrase usually ends with an unresolved melodic note or chord, and implies musically that more is to follow. In some vocal works, this incompleteness coincides in the lyrics, in which only the first half of a sentence is stated (the "question"), awaiting the "answer" for completion. In sum, the two phrases complete one another.

24

60. For example, in "Got to Give It Up," we find four pairs of questions and answers comprising Verse 1. The question/answer structure of the verse of "Got to Give It Up" is mirrored in the first four phrases of the verse of "Blurred Lines," organized in two pairs of alternating question/answer melodies. This question/answer structure continues in every verse section of both songs. See Tables 6 and 7 below for details.

**Table 6: "Got to Give It Up" Verse 1, Structure of Question/Answer Phrases**

| Phrase | Question/Answer | Lyrics | Bar Nos. |
|---|---|---|---|
| 1 | Q | "I used to go out to parties" | 8-9 |
| 2 | A | "and stand around" | 10-11 |
| 3 | Q | "'cause I was too nervous" | 12-13 |
| 4 | A | "to really get down" | 14-15 |
| 5 | Q | "but my body" | 16-17 |
| 6 | A | "yearned to be free" | 18-19 |
| 7 | Q | "I got up on the floor boy" | 20-21 |
| 8 | A | "so somebody could choose me" | 22-23 |

**Table 7: "Blurred Lines," Verse 1, Structure of Question/Answer Phrases**

| Phrase | Question/Answer | Lyrics | Bar Nos. |
|---|---|---|---|
| 1 | Q | "If you can't hear" | 9 |
| 2 | A | "what I'm tryna say" | 10 |
| 3 | Q | "if you can't read" | 11 |
| 4 | A | "from the same page" | 12 |

This is an additional example that shows substantial similarity in structural features within "Blurred Lines" and "Got to Give It Up," especially in sharing a distinctive creative compositional choice. The scale degrees of the above examples are discussed separately in Section A above.

25

61. **Coinciding Similar Vocal Features**

Another similarly distinctive design/structure has emerged upon further study which suggests that "Got to Give It Up" was the model for "Blurred Lines." Simultaneously with the "doo-wop" feature in "Got to Give It Up," a distinctive 3-note melody is sung to the lyrics "move it up," then "turn it 'round." This combination of two distinctive vocal features is very similar to the combination of two distinctive vocal features in "Blurred Lines," where Theme X and the Backup Hook "hey, hey, hey" intersect. Both songs contain the following simultaneous elements here:

A. One vocal melody containing a rebounding chromatic feature ("fop doo-wop" in "Got to Give It Up"; Theme X in "Blurred Lines")[12]

B. A coinciding 3-note, ascending vocal melody that occurs at the end of the bar in eighth note rhythms ("move it up" and "turn it 'round" in "Got to Give It Up"; "hey, hey, hey" in "Blurred Lines").

See Table 8 below for an illustration of the first occurrence of this similar feature in both songs, where the lyrics sung to rebounding chromatic tones are underlined.

**Table 8: Coinciding Similar Vocal Features in "Got to Give It Up" and "Blurred Lines"**

| | "Got to Give It Up" (2:12) | | | | | | | | "Blurred Lines" (0:25) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beat** | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | + | 1 |
| **A** | | hop | fop | fop | doo | wop | | | | may- | be | I'm | go- | ing | deaf | | |
| **B** | | | | | | move | It | up | | | | | | | hey | Hey | hey |

---

[12] "Rebounding chromatic" tones are 2 tones one-half step apart that alternate. In Table 8, the rebounding tones in "Got to Give It Up" are scale degrees 3-#2-3; in "Blurred Lines" they are 5-#4-5-#4-5. The melodies here are previously discussed in the report above in paragraphs 22-24 and 42-44.

26

### Section D. "After the Dance" / "Love After War"

62. A preliminary examination was conducted of "After the Dance" and "Love After War." These songs contain substantially similar material in their choruses, including in the melodies sung to their hook lyrics. Each song uses its hook melody and variations throughout most of its own chorus, rather than moving from one contrasting theme to another.

63. Consequently, due to the way that the choruses are based throughout on the hooks, there is a higher proportion of substantially similar material than might ordinarily be the case in comparing two songs.

64. The first iteration of the main hook in "After the Dance" is sung to the lyrics, "I want you." In "After the Dance," the hook lyrics are performed with two or more voices singing simultaneously in harmony. In the recurring and varied appearances of the hook throughout "After the Dance," the voice that is heard most prominently shifts so that sometimes it is the highest voice, and sometimes a lower voice that predominates. Two of the more prominent voices are (a) one in a higher register, singing the scale degrees 1-2-3, and (b) another found simultaneously in a lower register, singing the scale degrees 4-5-3. The second iteration of the hook, sung to the lyrics, "And you want me," contains the scale degrees 5-4-5-3 in the lower- register voice. It is this lower register vocal line of the hook in "After the Dance" that "Love After War" resembles in its own hook.

65. In "Love After War," the hook is sung to the lyrics, "love after war." As in "After the Dance," several simultaneous voices create the hook. In the most prominent voice, the scale degrees in "Love After War" are 5-4-5-3, which are also found in "After the Dance."

66. The ordinary listener would be able to hear this similar material in the lower register

27

voice where it is more prominent on the recording. For example, the lower voice in "After the Dance" is more prominent at 2:55, where it occurs in varied form.

67. The songs also share a number of other similar elements:

(a) Both songs share unusual and distinctive harmonies accompanying their hooks, this is an important shared feature that contributes to their sounding similar.

(b) Both songs also share a distinctive (syncopated) rhythm on the last note of their hooks.

(c) The chorus sections occupy an unusually large proportion of both songs, thus the similarities are of greater importance than otherwise might be the case.

## Section E: Wilbur Declaration

68. The findings and conclusions of the Wilbur Declaration are flawed as they are based on faulty premises and methodology.

69. The Wilbur Declaration neither credibly nor accurately responds to the substantial similarities already discussed in my Preliminary Report, nor does it fully address the overriding basis for my conclusion of substantial similarity. This conclusion is based on my finding that the similar features operate in combination with one another —intersecting and co-existing— and they permeate "Blurred Lines." The similar features are undeniably linked to "Got to Give It Up." "Blurred Lines" simply would not be recognizable without them.

70. The aggregation of similar features in "Got to Give It Up" and "Blurred Lines"

results in their two substantially similar "Constellations." This "Constellation" is greater and more significant than any of the individual, substantially similar features.

71. Since writing my Preliminary Report, I have further examined "Got to Give It Up" and "Blurred Lines," including the full recordings and individual multi-tracks for each recording. These further reviews have uncovered additional new similarities between the works as discussed above. Examination of additional iterations of the material within the initial "Constellation of 8 Features" has demonstrated how the substantially similar material permeates nearly every bar of "Blurred Lines." This high quantity of similar material throughout "Blurred Lines" is illustrated in the accompanying Exhibit A, which shows that all but 3 bars of "Blurred Lines" contain material that is substantially similar to "Got to Give It Up."

72. Nothing in the Wilbur Declaration has changed my opinion that "Blurred Lines" is substantially similar to "Got to Give It Up." Rather, further examination of the two works has shown that even the structure and design of "Blurred Lines" is so substantially similar to distinctive elements of "Got to Give It Up" as to suggest that Gaye's song served as a template for the creators of "Blurred Lines."

73. The Wilbur Declaration distracts from the collective similarity that I identify in my Preliminary Report, and instead focuses myopically on isolated individual elements. The "Constellation" is mischaracterized as a random assembly of individual features, and the Wilbur Declaration overlooks the magnitude of the similar musical content embedded in "Blurred Lines." This is largely a result of an inappropriate methodology that drives the Wilbur Declaration. As discussed below, this methodology attempts to deny the similarities by the following means:

        a. To deconstruct and microscopically dissect the individual similar features in

isolation, outside the context of the overall musical work

       b. To dismiss and obscure the individual similarities by applying irrelevant and inappropriate criteria to the comparison process

       c. To define as ideas rather than expression the musical content of the works

       d. To mischaracterize the similar musical features as collections of commonplace "devices"

       e. To mislead by disregarding the continuous integrated presence of the similarities and their significance to "Blurred Lines"

       f. To separate the deposit copy from the recording of "Got to Give It Up," attempting to disqualify the recording from the comparison process[13]

       g. To cite irrelevant prior art that:

           i. does not meet the comparison criteria and standards that the Wilbur Declaration applies to the two songs at issue, and

           ii. lacks the collective similarities present in these songs.

74. This flawed methodology was discussed in greater detail in my Declaration. [Finell Declaration, ¶¶ 13-99.]

## Section F: Deposit Copy

75. The recording of "Got to Give It Up" represents the work in its most complete form. I did not have access to the deposit copy in conducting my preliminary review. However, having reviewed it as attached to the Stockett Declaration, nothing in the deposit copy changes my findings or conclusions.

76. As a musicologist, I rarely if ever find that a deposit copy fully defines the entire

---

[13] This report refers to the deposit copy for "Got to Give it Up (PART 1)" as found in item 3d above: "Williams v. Bridgeport - Stockett Declaration." "Got to Give It Up (PART 1)" correlates to the recording I reviewed in my Preliminary Report of October 17, 2013.

composition. It is normally termed a "lead sheet," and it is not intended to represent fully the composition. At best, it is a skeletal representation or sketch, and usually shows only the most basic vocal melodies, typically only a single iteration of the beginning sections, some beginning lyrics, and chord indications. I have never relied solely on a lead sheet in any copyright infringement case, and certainly not for my analysis or evaluation.

77. In the present popular music industry environment, lead sheets have become obsolete for the most part. Music is rarely created with a written score within the popular genres, but rather composed in a recording studio, and musical works are often the result of audio experimentation, and trial and error. Any written manifestation of the musical sounds, other than the lyrics, usually occurs after the music has been created, if ever, and is rarely transcribed by the creators themselves. This is due to a number of factors. Very few popular music composers and song writers have formal music training, or even read music today. In his deposition, Pharrell Williams denied the ability to read music, and described his own studio production process that did not involve any written documentation of the musical works that he has created. Technology has enabled musicians to work in an audio environment and create music directly to a recording, and edit pre-recorded material, without the intervening step of writing it down at all.

78. At the time of Marvin Gaye's "Got to Give It Up" (1977) and "After the Dance" (1976), the music industry was already headed in this direction. Technological developments in the interim have empowered musicians to become composers in the recording studio without the benefit of paper and pencil as never before in music history. Because of this, and the shift away from formal music education, writers of popular music have seen a full transition from written to recorded musical composition. In other words, what was once considered a manuscript or first "edition" of a musical work, which was the basis of a "deposit copy," is now digitally accomplished directly to a recording.

When Marvin Gaye composed "Got to Give It Up," most often, lead sheets were notated after the composition was completed and recorded, in order to fulfill music copyright

registration requirements. They were often notated by music copyists employed by the music publishers rather than by the artists themselves. It was the norm that most of the musicians in the popular genres of the time could not read musical notation with proficiency. Certainly in this case, the recording itself is a fuller manifestation of "Got to Give it Up" as a composition, and the most complete and appropriate means for comparing the work to the "Blurred Lines" recording.[14] I am unaware of a lead sheet deposit copy for "Blurred Lines." The same is true of "Love After War" and its comparison to "After the Dance."

79. While the deposit copy of "Got to Give It Up" does verify many of the similarities already noted and transcribed from the recording in this report and my Preliminary Report, this deposit copy lead sheet is only a partial and incomplete sketch of the fuller work as embodied in the recording.[15] For example, there is an indication on the deposit copy lead sheet in Bar 8, marked "BASS SIMILE," meaning that after Bar 8, the bass melody continues as an outgrowth of Bars 1-8. This demonstrates that the entire bass melody is a feature of the underlying composition; however, the limitations of the single-line notation format used for the lead sheet result in this abbreviation for the deposit copy.

80. Likewise, the deposit copy (lead sheet) for "Got to Give It Up" excludes all of the backup vocal melodic material and instrumental lines except the bass melody in Bars 1-7, so there is no keyboard, drums, cow bells, and other percussion. Only rudimentary chord indications are shown. The recording of "Blurred Lines" corresponds more closely with the recording of "Got to Give it Up," thus allowing the more informative and complete comparison of the two.

81. The opposing expert Sandy Wilbur's claim that the deposit copy alone qualifies as

---

[14] Upon further examination, the deposit copy does include some of the party chatter in "Got to Give it Up," including the dialog described above in ¶49 when a woman responds to the lyrics "your erotic zone" by saying "We heard that," which is shown on the lead sheet, page 3, though the "We" on the recording is "I." I do not recall having seen another deposit copy lead sheet that includes background commentary as this does, and this gives further substantiation to this song being a precursor to the rap section of "Blurred Lines" as discussed above in ¶57.

[15] A transcription is a written representation of the sounds heard in a musical performance. To the extent that the sounds are unclear or inaudible, this will be reflected in the transcription.

the composition does not accurately acknowledge the material in the underlying song. She states: "The Copyright Deposit for GIVE is the composition: the Copyright Deposit contains the melody, rhythm, harmony, structure, and lyrics of GIVE." [WD, ¶30.] While the deposit copy does contain some melodic features, it is incomplete because it does not include all of the compositional properties essential to "Got to Give It Up." Ms. Wilbur also contradicts herself when she states that one must rely only upon the deposit copy, but in an effort to point out differences in harmony and structure between "Blurred Lines" and "Got to Give It Up," she refers to the recording of "Got to Give It Up," for example. [WD, ¶¶39-42 and ¶¶48-49.] In discussing "After the Dance" as compared to "Love After War," the MSJ states: "Defendants' copyright in DANCE is limited to the material reflected in the copyright deposit sheet music." [MSJ, p. 23, lines 21-22.] While I already discussed the problematic issues with this approach above regarding "Got to Give It Up," the same applies to "After the Dance."

82. In the case of "After the Dance," the elimination of the recording is a critical mistake and entirely inappropriate towards accurately defining the underlying song. In "After the Dance," the simultaneous lead and backup vocal melodies intertwine in a way that they function as a unit, alternating in their prominence, and blending together in their roles as primary and secondary melodic lines. This differs from the more standard domination of the lead vocals and subordination of the backup vocals.

83. This is especially important in the case of "After the Dance" because the deposit copy represents only one vocal melody at a time. It does not at all reflect the complexity of the true underlying material of the song. When Sandy Wilbur only used the deposit copy to arrive at her conclusions, she dismissed vocal material found on the recording that is integral to the composition. The result is that her findings and conclusions are based on incomplete materials.

## Section G:
## Audio Exhibit: Mashups Demonstrating Similarities in

## "Got to Give It Up" and "Blurred Lines"

84. I have listened closely to the audio examples prepared by Thomas Court and Ron Aston as exhibits to the response to the Motion for Summary Judgment. I have also reviewed Mr. Court's and Mr. Aston's descriptions of the way in which they created the audio examples, and their process in preparing them.[16] I have also spoken with Mr. Court and Mr. Aston numerous times during the recording process in order to ensure fully that the materials prepared by them were trustworthy and that they accurately reflected elements from both "Blurred Lines" and "Got to Give it Up." I am more than satisfied that these audio examples do accurately reflect the music of "Got to Give it Up" and "Blurred Lines," and that any minor adjustments made are within acceptable musicological practice.[17]

85. The three examples show that when the similar vocal melodies in "Blurred Lines" are merged with the similar instrumental melodies in "Got to Give it Up," the material sounds like a perfect, natural match because it blends sonically. The same natural congruence occurs when the similar vocal melodies in "Got to Give It Up" are merged with the similar instrumental melodies in "Blurred Lines."

86. These mashups demonstrate the undeniable substantial similarity between the two compositions. It is significant that the two songs are so effortlessly overlaid. As the mashups

---

[16] Examples 1-3 are referred to as "mashups" within music industry tradition because they simultaneously combine passages from two different recordings.

[17] In Example 1, where the "Blurred Lines" vocals are combined with instrumental accompaniment from "Got to Give it Up," "Got to Give it Up" is transposed down one whole step, to the key of "Blurred Lines." This is the audio equivalent of what a musicologist does in comparing musical works, described in paragraph 68 and the corresponding footnote in the Finell Declaration. In Examples 1-3, the tempos are adjusted very slightly, so that the songs can be synchronized to be heard in the same time frame. According to the Wilbur Declaration, both songs are in the tempo range of 120-128 beats per minute, meaning that the tempo adjustments for these examples are minimal and have no impact whatsoever in the content compared between the two songs. This procedure embodies standard musicological practice, as the tempo is not a factor in comparing musical works for their underlying melodic, harmonic, and other compositional similarities.

show, each song's vocal line can be played interchangeably—and on a sustained basis —with the instrumental accompaniment of the other. In this case, this is because the compositions contain a multitude of similar compositional features.

87. The above is demonstrated in Example 1, which contains approximately the first minute and 20 seconds of the vocal material in "Blurred Lines" superimposed over approximately the first minute and 20 seconds of the instrumental material of "Got to Give It Up." In this example, the similarities from the respective parts in both songs occur simultaneously, interlocking and synchronizing in the same way as does the vocal material with its own instrumental material in the commercially released recordings of "Blurred Lines" and "Got to Give It Up."

88. The same is true in Example 2, in which the vocal material in "Got to Give It Up" is superimposed over the instrumental material in "Blurred Lines."

89. The ongoing sequence of vocal melodies of "Blurred Lines" superimposed over the ongoing instrumental material of "Got to Give It Up" also shows how continuous the similar materials are within their own respective songs. Further, the ongoing sections (introduction, verse, chorus) of "Blurred Lines" in their original form need no reorganization to co-exist seamlessly with the instrumental parts of "Got to Give It Up."  The same is true of the vocal melodies of "Got to Give it Up" as superimposed over the instrumental material of "Blurred Lines" in these audio examples.

90. All eight similarities in the "Constellation of Similarities" discussed in my Declaration above are demonstrated in Audio Examples 1-3. Specifically:

a. Example 1 demonstrates Similarities 1, 2, 3, 4, and 5 in "Blurred Lines," combined with simultaneous Similarities 6, 7, and 8 in "Got to Give it Up," transposed

to the key of "Blurred Lines."

b. Example 1 begins at counter :02 with Similarities 6 (bass melody), 7 (keyboard parts), and 8 (percussion) in "Got to Give it Up." All of these similarities occur simultaneously with Similarity 5 of "Blurred Lines" (the backup hook with lyrics "hey, hey, hey") at counter :11, followed by Similarity 4 of "Blurred Lines" (Theme X, lyrics "If you can't hear") at counter :16, and Similarities 1, 2 and 3 of "Blurred Lines" (Signature Phrase, "And that's why I'm gon' take a good girl") at counter :45. The songs' similarities merge together in this mashup and clearly show the substantial similarities between "Blurred Lines" and "Got to Give It Up."

c. Example 2 merges the vocals in the verse of "Got to Give It Up" with the instrumental accompaniment of "Blurred Lines." Here, Similarity 1 (Signature Phrase) and its outgrowth material in "Got to Give It Up" are combined seamlessly with simultaneous Similarities 6, 7, and 8 in "Blurred Lines."

d. Example 3 merges the vocals in the hook of "Got to Give it Up" (starting at 3:12 of the original recording), with the instrumental accompaniment of "Blurred Lines." Specifically, Example 3 contains Similarities 2 (hook, "Keep on dancin'"), 3 (hook with backup vocals), 4 and 5 (backup hook/Theme X, lyrics: "dancin' lady") in "Got to Give it Up," combined with simultaneous Similarities 6, 7, and 8 in "Blurred Lines."

e. Example 4 contains the commercially released recordings of "Got to Give It Up" and "Blurred Lines," played in succession.

**Summary of Audio Examples 1-4**

| Example No. | "Got to Give it Up" | "Blurred Lines" |
|---|---|---|
| 1 | Similarities 6, 7, and 8 | Similarities 1, 2, 3, 4, and 5 |
| 2 | Similarity 1 (Signature Phrase) and its outgrowth material | Similarities 6, 7, and 8 |
| 3 | Similarities 2, 3, 4, and 5 | Similarities 6, 7, and 8 |
| 4 | Full song | Full song |

Significant newly uncovered similarities as of this report are also heard on the Audio Examples.

91. The Wilbur Declaration exaggerates the minor dissimilarities between the two works, including their chords (where they actually contain the same basic chords, embellished in "Got to Give it Up"), slight rhythmic position shifting, and intervening passing tones (such as in the shared melisma in Similarity 1). None of these minor differences, however, detract from the effortless blending of vocals of "Blurred Lines" with instrumentals of "Got to Give it Up," and the reverse with the vocals of "Got to Give it Up" with the instrumentals of "Blurred Lines," in these audio examples. This is because their overriding similarities surpass their less significant differences.

92. Examples 1-3 also expose the faulty methodology and conclusions of Ms. Wilbur who stressed the lesser differences, and even discounted pitches that were identical (such as in Similarity 1) as "different," acknowledging only one same note instead of the five identical notes found in comparing the Signature Phrases of both songs.

93. Examples 1-3 further discredit Ms. Wilbur's mischaracterization of the similar features as mere "ideas" or "devices," as these melodies, rhythms, harmonies, and instrumental material are clearly the identifying features of both songs that coincide in these mashups.

37

94. The obvious blend of the vocals of one song with the instrumentals of the other as presented in Examples 1-3 reinforces in a dramatic way my conclusions that "Blurred Lines" is substantially similar to "Got to Give It Up."

## Section H:
## Exhibit A: Schematic Diagram of
## "Blurred Lines" - Constellation of 8 Similarities with "Got to Give It Up"

95. The attached chart, Exhibit A, illustrates the "Constellation of 8 Substantially Similar Features" discussed in my Preliminary Report, my Declaration, and this report.

96. It is designed as a musical "roadmap," in which every bar is included from "Blurred Lines" and the features found to be similar to "Got to Give It Up" in my preliminary review are included. The more detailed development, outgrowth, and variations of the Constellation of 8 Similar Features are exhibited here, and discussed in Section A of this report. Variants of themes are shown with a "v" in the bar.

97. Exhibit A corresponds to the bar numbers in "Blurred Lines" and the timing counter numbers in the recording. At the bottom of the each system of 8 similarities is a black horizontal line that shows the summation of similarities in each bar.

98. This chart was designed as a schematic representation of the musical material in "Blurred Lines." To the extent that a feature occupies a portion of a bar, it is represented by indicating in which half of the bar it occurs. In the event of an element extending over the bar line into a subsequent bar, this is notated across the bar line.

99. Exhibit A illustrates the following findings:

a. Nearly every bar has at least one similarity, and most contain multiple simultaneous similarities.[18]

b. Only 3 bars out of a total of 130 bars in "Blurred Lines" lack any material that

---

[18] Note that the hook (Similarities 2 and 3) is located within the Signature Phrase (Similarity 1). There is also a case in which Similarities 2 and 4 intersect, meaning that this is one phrase, containing 2 elements of similarity, thus shown in both red and blue coloring. This occurs in Bars 28-29, 36-37, 60-61, 68-69, 108-109, and 116-117.

is substantially similar to "Got to Give It Up."

100. This simultaneity of similar features is why I refer to it as a "Constellation" in my Preliminary Report.

101. The newly found similarities discussed in Section B and C of this report are not included. If those additional similarities were included, the chart would be much more heavily populated.

102. Also attached is a Guide to Exhibit A, showing the musical material found in each of the 8 Similarities represented in the chart, as illustrated previously in my Preliminary Report.

## Section I: Importance of Listening Comparison with the Full Recordings

103. The composition of "Got of Give It Up" is embodied in its melodies, lyrics, and specific features as heard on the recording. Some of the composition, but not all of it, is represented by the lead sheet. The distinctive manner in which all of the melodic and harmonic material intertwines with the musical and lyrical messages of the song is demonstrated most accurately and authentically by the recording. While the lead sheet provides a hollow guide to the true song, it does not convey the full composition, nor the composer's intentions.

104. As a musicologist and former music librarian for many years, I am familiar with fully notated classical musical scores, in which every intention of the composer is communicated, including the phrasing, bowing (string instruments), and way of striking the instrument (such as *staccato*, and so on).[19] On symphonic scores by Mozart, for example, the composer's intention is very detailed and specific, leaving little to chance. With modern popular music, though, lead sheets were never meant to be the fullest manifestation of the music, nor are most popular music composers equipped to prepare such a detailed score. Because of this, the

---

[19] I have performed music librarianship duties at the American Music Center manuscript collection in New York, the University of California at Berkeley, and the University of California at Los Angeles. I have also been a music editor for music publishers, interpreting the manuscripts of composers for publication. I have been a guest moderator at panels of the Music Library Association on issues involving music manuscripts and publication.

lead sheet is an inadequate representation of "Got to Give It Up."

105. Likewise, if one were to play simply the main vocal melody of "Blurred Lines" on a piano, in a distilled format typical of a lead sheet, it would hardly be identifiable to a lay listener. It would be void of the many specific features that make "Blurred Lines" the song as we recognize it.

## Section J: Deposit Copy of "Got to Give It Up" – Regarding Omitted Items from the Deposit Copy Protectable List in Judge Kronstadt's Order of October 30, 2014

106. Judge Kronstadt's order, in distinguishing between protectable and non-protectable items used the deposit copy as a guide. There are some misinterpretations of the content of the "Got to Give It Up" deposit copy:

a. P. 20 (ii). <u>Descending bass line</u>.  The order states that the bass line descending melody does not appear in the deposit copy. This is incorrect. It appears in both bars 4 and 7.

b. In addition, the deposit copy indicates that the bass line melody should continue throughout the remainder of the song, when it is marked "simile," which means "in the same manner" on a musical score.

c. Pp. 20-21 (g). <u>Keyboard parts</u>. The order also allows the similar chords that the keyboard part plays, but not their rhythms, which the order states are missing from the deposit copy. However, the newly reported (for the first time in this report) lower left hand part of the keyboard is parallel to the bass introduction, and this indicates the rhythm which is clearly shown on the deposit copy. This is shown in the present report, paragraph 34, Musical Example 5.

d. While the other instruments on the recording are not indicated on the lead sheet, this is normally the way that lead sheets of the Gaye era were done. They rarely showed the parallel accompanying parts, or listed the scoring of specific instruments, and were usually confined to a single musical stave per bar, rather than a more complicated full score with multiple staves would be the case in music involving a larger ensemble and conductor.

e. P. 21 (h). <u>Percussion</u>. Regarding the hi-hat, which occurs on the second half of beat 4, there are many parallels for that rhythm in the deposit copy, for example in the bass melody, Bars 3 and 5, and in the vocal line, Bars 8, 12, 18, and 20. The hi-hat is a non-pitched instrument, so only the rhythm is applicable, not the pitches of the related bass and vocal lines outlined here.

107. In sum, the deposit copy of "Got to Give It Up" includes features found in the "Constellation of 8 Substantial Similarities" as follows:

a. The Signature Phrase and hook

b. The descending bass melody as shown in Musical Example 6C of my Preliminary Report, in Bars 4-5 and 7-8

c. The indication "bass simile" in Bar 8 to mean that the bass melody is represented throughout the entire deposit copy

d. The chord indications indicate the pitches played by the keyboard part

e. The keyboard material is further represented in the following ways:

i. The bass intro in Bars 1-8 are parallel to the lower keyboard (left hand) part discussed in paragraphs 34-35 and Musical Example 5, in Section A above. The pitches shown on the deposit copy are performed in the keyboard part, with similar rhythms.

41

ii. The hi-hat rhythms are represented in many locations in the deposit copy, for example in Bars 3 and 5 of the bass melody, and in the vocal melody such as in Bar 8 (lyric "par-" of the Signature Phrase), Bar 12 (lyric "ner-), Bar 18, (lyric "be"), and Bar 20 (lyric "floor"), where the rhythms are identical to the hi-hat on the second half of beat 4.

Report submitted on October 31, 2014 by:


Judith Finell, Musicologist and President
Judith Finell MusicServices Inc.

42

**Exhibit A: "Blurred Lines" – Constellation of 8 Similarities with "Got to Give It Up"**



**Exhibit A: "Blurred Lines" – Constellation of 8 Similarities with "Got to Give It Up"**



*v = variant

**Guide to Exhibit A:**
**"Blurred Lines" – Constellation of Similarities with "Got to Give It Up"**

1. Signature Phrase



"Blurred Lines" Signature Phrase

2. Hook



"Blurred Lines" Hook

3. Hook with Backup Vocals



"Blurred Lines" Hook with Backup Vocals

4. Theme X



"Blurred Lines" Theme X (Verse 1, Phrases 1 and 3)



"Blurred Lines" Theme X (Verse 2, Phrases 1 and 3)



"Blurred Lines" Theme X (as found in Signature Phrase)



"Blurred Lines" Theme X (Hook Variation)

5. Backup Hook

**"Blurred Lines" Backup Hook**



6. Bass Melodies

**"Blurred Lines" Bass Line Bars 1-4**



**"Blurred Lines" Descending Bass Melody**



7. Keyboard Parts

**"Blurred Lines" Keyboard Bars 1-2**



8. Hi-hat

**"Blurred Lines" Hi-hat**

[No notated example.]

Note: The Hi-hat sounds on the second half of the fourth beat.

# Judith Finell MusicServices Inc.

**CONSULTING • RESEARCH • MUSIC COPYRIGHT MATTERS • MUSIC INDUSTRY SUPPORT**

October 17, 2013

## Preliminary Report:
## Comparison of "Got to Give It Up" and "Blurred Lines"

### Materials Reviewed and Methodology

1. The following recordings were acquired from iTunes for review:

a. "Got to Give It Up (Single)" from the album *Every Great Motown Hit of Marvin Gaye*, released 1983 ℗ 2000 Universal Motown Records, a division of UMG Recordings, Inc.

b. "Blurred Lines (feat. T.I. & Pharrell) from the album *Blurred Lines (Deluxe Version)*, released July 30, 2013 ℗ 2013 Star Trak, LLC.

2. The following sheet music was obtained for reference:

a. "Got to Give It Up," Words and Music by Marvin Gaye, © 1977 (Renewed 2005) Jobete Music Co., Inc.

b. "Blurred Lines," Words and Music by Robin Thicke and Pharrell Williams, © 2013 EMI April Music, Inc. / More Water From Nazareth Publishing, Inc.

3. A preliminary analysis and comparison was conducted of the above recorded musical works. Transcriptions of portions of both songs were prepared for the purposes of comparison. A transcription is a written representation of the sounds heard in a musical performance.

4. Regarding key, the tonal center of "Got to Give It Up" is A, while in "Blurred Lines"

81 Pondfield Road • Suite 246 • Bronxville • NY 10708
Telephone: (914) 779-8881 • Fax: (914) 779-8883 • E-mail: judi@jfmusicservices.com
Web site: www.jfmusicservices.com

the tonal center is G.[1] Both songs contain tones of the major scale as well as tones outside of the major scale (such as the lowered third and seventh scale steps and the raised fourth scale step, often associated with the "blues" scale). However, we follow common practice in the report below, by showing both songs in the context of the key of A major (based on the tonal center of "Got to Give It Up"), for ease in comparison.[2]

5. The above recorded works will be referred to in the report below as "Give It Up" and "Blurred," respectively.

## Preliminary Conclusions

6. A preliminary review comparing "Give It Up" and "Blurred" has revealed a constellation of eight substantially similar features thus far, although a more comprehensive review would likely identify additional significant and substantial similarities between the works. Their substantially similar elements in both their vocal melodies and instrumental accompaniments occur simultaneously in each work, coinciding to form a similar "constellation" of features.

7. The two songs' substantial similarities surpass the realm of generic coincidence, reaching to the very essence of each work.

8. In listening to these two songs, the ordinary "lay" listener would likely recognize the substantial similarities between them.

9. Both songs are comprised of multiple vocal and instrumental themes. The primary vocal melodic themes in "Blurred" are as follows: the signature phrase (sung to the lyrics "And that's why I'm gon' take a good girl"), the hook ("take a good girl," "You're a good girl," and so

---

[1] "Key" refers to the tonal center or primary pitch of a musical composition, and to the scale or series of pitches that create the melodic and harmonic material of the music. Whether a key is "major" or "minor" is determined by the series of pitches in the scale. Within the tradition of music in our Western culture, the most common scales are called "major scale" and "minor scale," each containing seven tones. The first tone is the foundation of the scale, and is also referred to as the "tonic" or "home."
[2] In the key of A major, the pitches (tones) are A, B, C-sharp, D, E, F-sharp and G-sharp. The lowered third scale step is C-natural, the lowered seventh scale step is G-natural, and the raised fourth scale step is D#.

2

forth), the core theme of the verse (beginning with "If you can't hear"), and the backup hook ("Hey, hey, hey").[3] The primary instrumental themes in "Blurred" are found in its bass lines and keyboard parts. Additional identifying elements are found in the percussion parts. All of these elements are found similarly, in various locations, throughout "Give It Up."

## Context of Shared Creative Choices

10. The composer of a musical work makes a series of creative choices that result in the final composition – its character, identity, and all of the sounds heard by the listener. When the composers of two songs each make many of the same creative choices – particularly of primary identifying elements – then the songs often sound substantially similar to one another.

11. This is the case in comparing "Blurred" with "Give It Up." The composers of "Blurred" made a number of the same fundamental creative choices regarding identifying elements as did the composer of "Give It Up," resulting in substantially similar features.

## Preliminary Findings

12. The particular features thus far identified as similar are discussed below.

## Similarity 1: Signature Phrase in Main Vocal Melodies

13. "Give It Up" and "Blurred" contain very similar signature phrases.[4] In "Blurred," this similar signature phrase is sung to the lyrics "And that's why I'm gon' take a good girl." In "Give It Up," this similar signature phrase is sung to the lyrics "I used to go out to parties." In both songs, this signature phrase is positioned similarly, heralding a new section of the song, and is one of the crucial elements of the song's identity.

---

[3] A "hook" is the term used in popular and commercial music for the most important melodic material of the work, that which becomes the memorable melody by which the song is recognized. In the case of songs, it is usually the passage in the chorus in which the title lyrics are sung, such as in the hit recording "Girls Just Want to Have Fun" (1979, recorded by Cyndi Lauper). In instrumental music, it is the signature theme by which the listener recognizes which song is being performed.

[4] A phrase is a passage within a longer melody, similar to a sentence within a paragraph or a line within a poem. In vocal music, phrases are often determined by the pauses between lyric lines as the singer takes a breath. The signature phrase is a primary identifying feature of a song and one of its most memorable elements.

3

14. In comparing the first occurrences of the signature phrases (found at :19 seconds in "Give It Up" and at :47 seconds in "Blurred"), both songs share the following identifying elements:

      a. Both repeat their starting tone several times

      b. Both contain the identical scale degree sequence of 5-6-1 followed by 1-5[5]

      c. Both contain identical rhythms for the first six tones[6]

      d. Both use the same device of a melodic "tail" (melisma) on their last lyric, beginning with the scale degrees 1-5[7]

      e. Both contain substantially similar melodic contours (melodic outlines/design).[8]

See Musical Examples 1A and 1B below, where brackets show the above similar elements a, b, c, and d, and identical scale degrees are indicated with arrows.[9]

---

[5] "Scale degrees" refer to the position in a particular scale of each tone. The traditional scale contains seven consecutive tones, and, for example, in the scale of C major, the tone C is scale degree 1, D is scale degree 2, E is scale degree 3, and so on. Two melodies containing a similar series of scale degrees with similar rhythms usually sound similar.

[6] Rhythm describes the duration of one tone or rest (silence) followed by the next. Rhythms are defined by the length of beats they occupy. For example, a quarter note usually occupies one beat, an eighth note a half beat, a sixteenth note a quarter beat, and so on.

[7] A "melisma" describes a vocal melody in which one syllable or lyric is held while sung with several successive pitches, rather than a single pitch for each syllable.

[8] Melodic "contour" describes the overall "shape" of a melody, whether it rises or lowers in register (going up to a higher note or down to a lower note) as it progresses on its course from one note to the next.

[9] In all musical examples in this report, "Blurred" (in the key of G major on the recording) is transposed to the key of "Give It Up" (A major) for the purposes of comparison. "Transpose" refers to the process of changing a melody line (or chords) to another key. This does not change the recognizability nor internal relationships between notes. In other words, a transposed melody sounds virtually the same as its original version. Transposition is a necessary and musicologically valid process required when musically comparing two different melodies.

4

**Musical Example 1A: "Give It Up" Signature Phrase**



**Musical Example 1B: "Blurred" Signature Phrase**



15. The above musical examples show that both songs combine their shared identifying elements in similar ways. The result is that the two songs are similar in their signature phrases.

16. This signature phrase in "Give It Up" is very significant to the song and provides the basis upon which much of the song's subsequent vocal material is developed. It is the first vocal phrase, introducing the song, and it enables the listener to recognize the song immediately. Much of the main vocal melody in "Give It Up" is an outgrowth of this signature phrase, using the same scale degrees and other similar elements.[10] This outgrowth material is found in the main

---

[10] In music, melodies are often varied for color and interest after they are initially stated. This can be done by shifting the order of pitches, adding repetition, or modifying rhythms or phrase endings, for example. These variations of the initial theme are described as "outgrowths," as their origins are clearly in the first statement of the theme. Composers use this technique to create continuity, and maintain interest, while prolonging their works.

vocal melody throughout Bars 8-56 and 80-113 (out of 118 bars in total) in "Give It Up."[11]

17. In "Blurred," the main vocal melody also contains phrases that are outgrowths of this similar material, such as the melodies sung to the lyrics "What do they make dreams for, when you got them jeans on, what do we need steam for?" (at 1:21) and "I got this from Jamaica...Dakota to Decatur" (at 3:15), where many of the identical scale degrees are found in reverse order as compared to "Give It Up."

## Similarity 2: Hooks

18. The first occurrence of the hook in "Blurred," located within its signature phrase (described above), is sung to the lyrics "take a good girl." This melody in "Blurred" is very similar to one of the hook phrases in "Give It Up," sung to the lyrics "Keep on dancin'."

19. In "Blurred," this first hook occurrence is heard at :49 and is repeated later in the song. In "Give It Up," this hook is repeated seven times at four-bar intervals starting at 3:12. See Musical Examples 2A and 2B below for a comparison of these hooks, where identical scale degrees are indicated with arrows.

---

[11] Musical pieces are divided into groups of beats, and each group is referred to as a "bar" or "measure." In describing a musical piece, one usually refers to the location within a piece by bar number. The number of beats per bar is usually two, three, four, or six. In musical notation, bars are separated by vertical lines called "bar lines."

**Musical Example 2A: "Give It Up" Hook**



**Musical Example 2B: "Blurred" Hook**



## Similarity 3: Hooks with Backup Vocals

20. In both songs' hooks as described above, backup vocal parts are sung simultaneously with the main vocal melodies. In "Blurred," this multi-part backup chorus – with its bright anthem-style setting – highlights the key words "good girl." This material is substantially similar to the pairing of the main vocal and backup vocal melodies in the hook in "Give It Up" sung to the lyrics "Keep on dancin'."

See Musical Examples 3A and 3B below for a comparison of the first occurrences of these hooks combined with backup vocals. Scale degrees are stacked vertically above tones that are sung simultaneously, and arrows indicate identical scale degrees.

7

**Musical Example 3A: "Give It Up" Hook with Backup Vocals**



**Musical Example 3B: "Blurred" Hook with Backup Vocals**



## Similarity 4: Core Theme in "Blurred" and Backup Hook in "Give It Up"

21. In "Blurred," the core material of the song's verse (Theme X) is substantially similar to the backup hook (Theme X) in "Give It Up."[12]

22. Theme X in "Give It Up" is sung 28 times in the backup vocals to the lyrics "Dancin' lady," starting at 3:13. In "Blurred," Theme X is introduced as the first phrase of the verse section (at :18) with the lyrics "If you can't hear," and it serves as the melodic core from which much of the remaining vocal material throughout the entire song is developed.

23. In comparing Themes X in "Give It Up" and "Blurred," the songs share the following substantially similar elements:

a. Scale degrees: In "Give It Up," Theme X contains scale degrees 3-3-#2-3. In "Blurred," the same scale degrees are found in numerous phrases in various ways, including in

---

[12] Musical works are divided into smaller sections, much as books are divided into chapters. In popular songs, these sections are often alternating "choruses" and "verses," as well as transitional sections such as "bridges" and "interludes," and ending sections called "codas" or "outros."

8

the exact reverse order, 3-#2-3-3, as well as in the same order as "Give It Up," with the final pitches repeated, such as 3-3-#2-3-(#2-3) sung to the lyrics "Okay, now he was close."

   b. Some identical rhythms are shared.

   c. A distinctive melodic pattern: both descend, then ascend a half step to a non-scale tone.[13] This is preceded by a repeated pitch in "Give it Up" and the exact opposite (followed by a repeated pitch) in "Blurred."[14] The shared use of a non-scale tone is significant in that each song deviates from the traditional scale in the same way, using a chromatic feature.[15]

  24. In "Give It Up," Theme X occurs 28 times in 28 consecutive bars in (starting at 3:13).

  25. In "Blurred," Theme X is the core of the entire verse as well as other significant vocal phrases throughout the song. This substantially similar note sequence occurs many times throughout "Blurred" – while lyric and pitch variations do occur, the fundamental shared elements of Theme X are intact and contribute to the songs' sounding similar.

See Musical Examples 4A, 4B, and 4C below for a comparison of the first three repeats of Theme X (backup hook) in "Give It Up," with Theme X in Phrases 1 and 3 in Verse 1, and Phrases 1 and 3 of Verse 2 in "Blurred." Identical scale degrees are indicated with arrows, while "R" above the arrows indicates that shared scale degrees are found in reverse order, and brackets indicate identical scale degrees that are repeated.

---

[13] Half steps describe the movement in a melody to the nearest adjacent tone, either higher or lower. For example, moving from the tone F to F-sharp describes moving a half-step higher; moving from B to B-flat describes moving a half-step lower. A series of half-step movements in a melody are often described as "chromatic" tones.

[14] The technique of reversing the order of musical pitches in a melody is termed "retrograde."

[15] A chromatic series of pitches is one in which the pitches immediately adjacent to one another are sounded, and as such deviate from the standard series of pitches in a scale. For example, a chromatic scale played on the piano would be performed by striking consecutive black and white keys in succession, such as C-C-sharp (#), D-D#-E, and so on.

The pitches in "Blurred" are not always sung precisely. Sometimes the chromatic feature in Theme X of "Blurred" is less pronounced.

**Musical Example 4A: "Give It Up" Backup Hook - Theme X**



**Musical Example 4B: "Blurred" Theme X (Verse 1, Phrases 1 and 3)**[16]



**Musical Example 4C: "Blurred" Theme X (Verse 2, Phrases 1 and 3)**



26. Theme X also occurs within the signature phrase of "Blurred," (shown above in Musical Example 1B) sung to the lyrics "And that's why I'm" (at :47). See Musical Example 4D below.

**Musical Example 4D: "Blurred" Theme X (as found in Signature Phrase)**



---

[16] In Musical Example 4B, Theme X in "Blurred" is transposed down one octave for the purposes of comparison.

10

27. Additionally, Theme X in "Blurred" is the melody used for subsequent variations of the song's hook found in the chorus section, such as at 1:12 with the lyrics "But you're a good girl." (Here, the melody is transposed to a different starting pitch so that the actual scale degrees are 5-5-#4-5, but it is the same melodic structure as shown above.)[17] See Musical Example 4E below.

## Musical Example 4E: "Blurred" Hook Variation



1:12    *But you're   a     good    girl*

## Similarity 5: Backup Hooks

28. Another very important theme in "Blurred" is found in the backup vocals – it is so significant to the song that it will be referred to as the "backup hook." This is set to the lyrics "Hey, hey, hey." The backup hook in "Blurred" is similar to the backup hook (Theme X) in "Give It Up" in that both songs share the feature of distinctive chromatic (half step) sequences, and both do this specifically within the function of the backup hook. The backup hook set to the lyrics "Hey, hey, hey" in "Blurred" first occurs at :09 and is repeated a total of 21 times throughout the song.

See Musical Examples 5A and 5B below for a comparison of the backup hook (Theme X) in "Give It Up" and the backup hook in "Blurred."

---

[17] In this hook variation of "Blurred," the similar melody is transposed to a different starting pitch. Because of this, the scale degrees differ in comparison to "Give It Up"; however, the melodies sound similar because the internal relationships between the notes are intact. Musical Example 4D shows the phrase "But you're a good girl" with the same starting pitch as in Musical Examples 4A-4C, for the purposes of comparison. In order to show this accurately within the context of a key, Musical Example 4D is shown in the key of F# major.

**Musical Example 5A: "Give It Up" Backup Hook - Theme X**



**Musical Example 5B: "Blurred" Backup Hook**[18]



## Similarity 6: Bass Melodies

29. The bass lines in Bars 1-4 of both songs are similar in their scale degrees and rhythms.[19] Although not identical, they share many of the same distinctive syncopated rhythms, in the same locations and often with identical scale degrees, which makes them sound very similar.[20]

See Musical Examples 6A and 6B below, where identical rhythms for both pitches and rests are indicated with "x," and identical scale degrees are indicated with arrows.[21]

---

[18] The similar melodies, Theme X in "Give It Up" and the backup hook in "Blurred," differ in scale degrees. The similarity due their shared use of chromatic tones is heard nonetheless. Musical Example 5B shows the phrase "Hey, hey, hey" with the same ending pitch as in Musical Example 5A, for the purposes of comparison. In order to show this accurately within the context of a key, Musical Example 5B is shown in the key of F# major.

[19] "Blurred" also contains a pre-intro bar, Bar 0, heard at :00-:02 on the recording.

[20] "Syncopation" refers to a disturbance of the normal pulse within the music, which creates an uneven effect, such as a short rhythm, followed by a long rhythm. This is found in such songs as George Gershwin's "I Got Rhythm."

[21] A rest is a period of silence within a melody. Rests are assigned specific rhythmic values, just the same as if they were notes. Consequently, a whole rest in a traditional four-beat bar would last four beats, a half rest two beats, a quarter rest one beat, and so on. The rests are one of the distinctive features in both songs' bass lines here.

12

**Musical Example 6A: "Give It Up" Bass Line Bars 1-4**[22]



:05

**Musical Example 6B: "Blurred" Bass Line Bars 1-4**



:02

30. The above material is heard prominently in the instrumental introduction of "Give It Up," and is subsequently varied throughout the song. In "Blurred," this similar material is also heard prominently in the instrumental introduction, and is subsequently repeated at 8-bar intervals throughout the entire song (i.e. in Bars 1-4, 9-12, 17-20, and so forth).

31. Additionally, both songs combine the above similar features in their bass lines with a substantially similar descending melody, also in their bass lines, from scale degrees 5 to 1. This similar descending bass melody recurs intermittently throughout the verse of "Give It Up" (with variation) and at every eighth bar in "Blurred" (Bars 8, 16, and so forth). This descending melody serves an important structural feature in "Blurred," as it occurs at the end of each section to herald the beginning of a new portion of the song.

See Musical Examples 6C and 6D below, for a comparison of one of the variations of the descending bass melody in "Give It Up," with "Blurred." Solid arrows indicate identical scale degrees, hollow arrows indicate nearly identical scale degrees, and parentheses indicate scale degrees that are repeated in a different register.

---

[22] The bass line in "Give" is transposed one octave higher than heard on the recording, for comparison purposes.

13

**Musical Example 6C: "Give It Up" Descending Bass Melody**



**Musical Example 6D: "Blurred" Descending Bass Melody**



## Similarity 7: Keyboard Parts

32. The keyboard parts in both songs are very similar, containing chords in rhythms that emphasize the offbeats, performed with staccato articulation.[23] Additional similar elements include:

    a. Shared pitches: the keyboard part in "Blurred" alternates between two chords, with each chord repeated consecutively for four bars at a time, for the entirety of the song. In Chord 1 of "Blurred," two out of three pitches in each iteration are identical to the first chord in "Give It Up" (first heard in consecutive repetition in Bars 1-16 of the song). In Chord 2 of "Blurred," two out of three pitches in each iteration are identical to the third chord of "Give It Up" (first heard in Bar 18).

    b. Both songs contain a distinctive rhythmic feature in which the keyboard stops

---

[23] Musical phrases are divided into groups of beats, which alternate between strong and weak beats. The "off beat" represents a tone that is struck after the main part of the beat and is considered to be in a weaker position than if it were to occur immediately on the beat. This technique often results in a distinctive rhythm, as is the case here. In music performance, articulation refers to the manner in which a particular note or group of notes is physically performed; for example, short, with a sharp attack ("staccato"); smoothly connected ("legato"); long but separated, and so on.

14

playing on beat 4, creating a rhythmic suspension until the following bar. This first occurs in Bar 2 in "Give It Up," and in Bar 1 (followed by Bar 2) in "Blurred."

See Musical Examples 7A and 7B below for excerpts comparing the keyboard parts in Bars 1-2 in "Blurred" (Chord 1) and Bars 1-2 in "Give It Up." Scale degrees are stacked vertically above tones that are played simultaneously; arrows indicate identical scale degrees, and brackets indicate repeated scale degrees.

### Musical Example 7A: "Give It Up" Keyboard Bars 1-2



### Musical Example 7B: "Blurred" Keyboard Bars 1-2



## Similarity 8: Unusual Percussion Choices

33. Both songs contain two very prominent percussion lines with distinctive sonorities, as described below:[24]

      a. Cowbell part: both songs contain syncopated rhythms played by

---

[24] "Sonority" refers to the quality of a sound, such as that of a particular instrument, and is one element that contributes to the distinctiveness of a given recording.

cowbell.[25] Although their cowbell parts are not identical, this feature performs the same function in both songs, adding a very specific color and identity to the rhythm section. The cowbell part is a shared deviation from the standard drum set instrumentation, and it is an indispensable feature in both songs' identities.

b. Open hi-hat playing on the second half of beat 4 occurs in both songs.[26] In "Give It Up," the open hi-hat is introduced prominently even before the bass and keyboard enter, launching the instrumental introduction, and it appears repeatedly throughout the song. In "Blurred," the open hi-hat appears prominently in every second bar throughout the song. In both songs, this open hi-hat rhythm is placed on the weakest beat of the bar, creating a distinctive "splash" that is in sharp contrast to the stable rhythms of the drums. This identical open hi-hat rhythm is crucial to the character of both songs.

34. The above similarities are somewhat unusual and represent the same specific creative choices made by the composers of both songs.

## Constellation of 8 Similar Features

35. In both "Give It Up" and "Blurred," Similarities 6-8 (found in the instrumental accompaniment) function as a group of simultaneously occurring features, repeated continuously throughout both songs. These similar features combine to drive both works. Similarities 1-5 are the defining phrases in the vocal melodies of "Give It Up" and "Blurred." When they occur, they always appear simultaneously with the group of features, Similarities 6-8.

## Additional Distinctive Similarities

36. The scoring and arrangement choices represented in the recordings enlarge the circle

---

[25] A cowbell is a metal percussion instrument with a distinctive sound.
[26] A hi-hat is one of the instruments found in a standard drum set. It is constructed of two cymbals placed horizontally on a stand and connected to a pedal, that when pressed and released, opens and closes the two cymbals against each other to create a muted percussive sound. It can also be played by striking it with a drumstick or brush, either with the cymbals brought together ("closed") or kept apart ("open"), as is the sound represented here.

16

of similarities to the listener. For example, the songs both use the same instrumentation and sonorities for their similar instrumental material.

37. Both songs use distinctive falsetto in their vocal parts.[27]

38. Both songs deviate from the norm in their instrumental scoring by omitting a guitar.

39. Both songs contain party noises as one of the accompanimental elements throughout the song.

40. The above traits enhance the perception of similarity between "Give It Up" and "Blurred" and represent additional shared creative choices made by the composers of both songs.

## Summary

41. "Give It Up" and "Blurred" both contain substantially similar constellations of defining features.

42. The substantial similarities found in "Give It Up" and "Blurred" surpass the similarities that result from their shared genre, and are the result of many of the same deliberate creative choices made by their respective composers. Consequently, rather than merely resembling one another stylistically, these two works sound substantially similar in many of their most distinctive features.

43. Many of the main vocal and instrumental themes of "Blurred" are rooted in "Give It Up," particularly the signature phrase, vocal hook, backup vocal hook, their variations, and the keyboard and bass lines in "Blurred" as discussed above. In addition, the shared departures from convention, such as the unusual cowbell instrumentation, omission of guitar, and use of male falsetto, all contribute further to the finding of substantial similarity here.

44. In listening to these two songs, the ordinary or "lay" listener would likely recognize

---

[27] Falsetto is a singing technique in which a singer vocalizes outside his or her normal vocal range. In this case, the male singer sings in the high register of a female voice, which is distinctive.

similarities between them.

45. This is a preliminary report comparing "Give It Up" and "Blurred." The substantial similarities include, but are not necessarily limited to, the features compared here. Further study would likely identify additional important similarities between these two works.

46. I have listened independently to the works compared in this report. I believe that the ordinary observer would recognize the substantial similarities between these songs. I have also read of the many opinions regarding this case on the internet, and understand why so much of the lay public finds the two songs so similar.

47. It is improbable that a single third-party work could be found that would contain all of these similar features coinciding in a similar "constellation" as described above. Our preliminary conclusion is that it is that "Blurred" was not created independently of "Give It Up."

Report submitted on October 17, 2013 by:

Judith Finell, Musicologist and President
Judith Finell MusicServices Inc.

18