**EXHIBIT H**



## "Got To Give It Up" as replayed by "Blurred Lines" (Robin Thicke)

I'm an independent sample clearance agent that has been clearing samples for over 20 years, and have been Vice President of Quincy Jones Music Publishing for 18 years. Before starting my own Music Clearance company I worked in music publishing for 15 years for the following companies;

**Vice President, Quincy Jones Music Publishing**: (18) years. Oversee all aspects of Quincy Jones Music Publishing.

**Giant Publishing/Giant Records**:   (3) years: Sample clearances for label artists, writer relations, Song exploitations for film and television uses.

**Screen-Gems EMI Music Publishing**:   (5 years): International acquisitions. I acquired the rights for copyrights from all territories outside the US.

**Summa Music Group**:       (3) years:  Administrative assistant. Handled copyrighting of songs with both the copyright office and registration of songs with performance societies. Oversaw and booked their in-house recording studio.

In the 20 years I have been clearing samples and replays I have cleared well over 1000 samples and replays for some of the biggest artists in the music industry, including 50 Cent, Mariah Carey, Destiny's Child, 2 Pac & Blackeyed Peas.  I have also reviewed and quoted on numerous samples and replays for copyrights controlled or owned by Quincy Jones Music Publishing. I have reviewed both Judith Finell and Dr. Ingrid Monson's reports as well as listened to both the song "Blurred Lines" by Robin Thicke and the replayed song "Got To Give It Up" by Marvin Gaye. My opinion is based on the musicologist reports, the mashups prepared by Tom Court and Ron Aston, and my expertise in clearing samples and replays.

I have no doubt that the instrumentation and melody of "Got to Give it Up" was featured throughout "Blurred Lines."  The instrumental and underlying melody from "Got To Give It Up" are almost identical to the melody and instrumental of "Blurred Lines." If I had been asked by a client to advise them as to whether this song should be cleared,  I would have told them that it absolutely would need to be cleared and that if they didn't they would be looking at an infringement claim and that it would end up costing them a lot more after the fact.

The use in "Blurred Lines" is similar to a replayed sample I cleared for the song "Collide" by Justine Skye, which used an instrumental portion of "Strawberry Letter 23" by The Brothers Johnson. "Collide" looped the "Strawberry Letter 23" instrumental throughout the recording.

6671 Sunset Blvd. Suite 1574A Los Angeles, CA 90028 Fön 323.993.9975 Fax 323.993.9921
mr@musicresources.com    www.musicresources.com

This use makes up most of the instrumental track and is subtle however very recognizable as being from "Strawberry Letter 23." We quoted (50%) for this version, but they ended up changing the use and used less of the song so we lowered it. This is the original version they submitted where we quoted (50%).

It is my opinion that this use would be at least a (50%) use under normal circumstances, however when a sample use is not cleared prior to release of the record and subsequently becomes a copyright infringement case, the percentage often goes as high as (75%) to (100%) copyright ownership in additional to monetary damages.

My hourly rate is $200 for my expert services, including litigation support and deposition/trial testimony.

Nancie Stern

President, Music Resources, Inc.