**EXHIBIT I**

United States District Court
Central District of California, Western Division

Case # CV13-06004-JAK (AGRx)

---

Pharrell Williams, et al
Plaintiffs/Counter-Defendants

v.

Bridgeport Music, Inc. et al
Defendants/Counter-Plaintiffs

---

# Revised Expert Report on Damages and Profits

Dated: December 29, 2014

Submitted By

Gary Cohen, CPA
Gary Cohen Corporation

On behalf of Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

## I. Description of Services

I was requested by counsel for Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye (collectively, "the Gayes") to provide my expert opinions regarding the amount of actual damages and Plaintiffs/Counter-Defendants ("PCD") profits, if any, the Gayes should receive under the United States Copyright Act ("Copyright Act") in the action entitled *Williams v. Bridgeport* if it is determined that (a) PCD's composition *Blurred Lines* infringes the Gayes' composition *Got to Give it Up* and (b) PCD's composition *Love After War* infringes the Gayes' composition *After the Dance*. I was also asked to provide certain litigation support services including preparing this report and providing expert testimony, if necessary.

I understand that under the Copyright Act, a plaintiff who has established infringement may recover the actual damages suffered by him or her as a result of the infringement, and any profits of the infringer that are attributable to the infringement and are not taken into account in computing actual damages. Further, I understand that PCD in this action are jointly and severally liable for damages.

To recover profits, a plaintiff must prove that the profits it seeks to recover are reasonably related to the infringement. Plaintiff must prove the infringer's gross revenue. The alleged infringer has the burden of proving deductible expenses and the elements of profit attributable to factors other than the copyrighted work.

## II. Qualifications

I am a Certified Public Accountant and founder and President of Gary Cohen Corporation. I received my certification in 1985. I have thirty years of experience in the entertainment industry as a forensic accountant and business manager. Gary Cohen Corporation conducted over 1,000 royalty audits on behalf of recording artists, songwriters, producers and other music entertainment companies. I testified as an expert witness in the United States District Courts and the state courts in New York, New Jersey, Michigan and California. My curriculum vitae and a listing of cases and audit engagements are attached to this report.

## III. Compensation

My hourly rate is $300 for my expert services, including litigation support and deposition/trial testimony.

## IV. Documents Reviewed

In formulating my opinions, I reviewed the following documents.

1. Miscellaneous documents produced by PCD (PCD 00001 – 00873).
2. Financial documents produced by PCD for the period inception through December 31, 2013 (PCD 01062 – 01285, PCD 1328 – 4110, PCD 4247 – 4317 and PCD 4318-7213).
3. Financial documents produced by Roberts & Hafitz (Roberts 00001 – 01091).
4. Source royalty statements rendered to I Like 'Em Thicke Music and RBI Music produced by Roberts & Hafitz (No Bates Numbers).
5. Source royalty statements produced by Robinson & Company (Robinson 00001 – 00573).
6. "Blurred Lines" publishing splits (No Bates Numbers).
7. Sales information and video production agreement produced by Chris Maguire (CAM 001-028).
8. "Blurred Lines" licenses produced by the Harry Fox Agency in Excel format (No Bates Numbers).
9. "Blurred Lines" licenses produced by the Sony/ATV in Excel format (No Bates Numbers).
10. "Blurred Lines" summary of activity for Pharrell Williams's share of USA and foreign publishing royalties for the 2nd half of 2013 and 1st half of 2014 produced by SATV (No Bates Numbers).
11. Agreements and financial documents produced by ASCAP (ASCAP 0001 – 0180).
12. Tour documents produced by Creative Artists Agency (CAA 0001 – 0043).
13. "Blurred Lines" synchronization license summary in Excel format produced by SATV (No Bates Numbers).
14. Financial and registration documents produced by SoundExchange (SX 001 - 060).
15. Label copy for the albums *Blurred Lines* and *Love After War*.
16. Setlist.fm set lists for Robin Thicke's live performances.
17. Supplemental financial documents produced by PCD on November 26, 2014 (PCD 8063 – 8318).

### E. SoundExchange Revenues

REDACTED

### F. Artist/Producer Royalties

REDACTED

### G. Tour Revenues

The track "Blurred Lines" was released in the United States on March 26, 2013. Robin Thicke performed the song "Blurred Lines" in live concerts. According to a schedule produced by CAA, Robin Thicke headlined 69 live performances between April 27, 2013 and December 6, 2014. Revenue from these live performances totaled $ REDACTED (CAA 0001-2).

The site www.setlist.fm contains the set list for 6 of Robin Thicke's performances during this time period. The total number of songs performed at each of these performances ranged from 6

to 15. "Blurred Lines" was performed once or twice at each performance. The percentage of performances of "Blurred Lines" to the total number of songs performed is 9.33%.

If it is found that revenue and expenses should be allocated based on the number of masters on the album, then Tour Revenue to be included in my damages calculation would be 9.33% of $ REDACTED which is equal to $ REDACTED.

My computations are detailed on BL Schedule E.

2. *Love After War*

    A. <u>Record Label Profits</u>

    REDACTED

8. **Tour Revenues**

The track "Love After War" was released in the United States on October 11, 2011. Robin Thicke performed the song "Love After War" during live performances. According to a schedule produced by CAA, Robin Thicke headlined 90 live performances between February 14, 2012 and December 6, 2014. Revenue from these live performances totaled $ REDACTED (CAA 0001-2). Of these 90 performances, 31 occurred between February 14, 2012 and February 2, 2013, prior to the release of the BL Track. The Tour Revenue for these 31 performances was $ REDACTED.

The site www.setlist.fm contains the set list for 6 of Robin Thicke's performances during this time period. The total number of songs performed at each of these performances ranged from 6 to 15. "Love After War" was performed in one of the six performances sampled. Subsequent to the release of the BL Track, the percentage of performances of *Love After War* to the total number of songs performed is 1.33%. Prior to the release of *the BL Track,* I assume that the song "Love After War" was performed at each live performance and each performance consisted of 13 songs. Accordingly, for this period, the percentage of performances of "Love After War" to the total number of songs performed is 7.69%.

If it is found that revenue and expenses should be allocated based on the number of masters on the album, then Tour Revenue to be included in my damages calculation would be 7.69% of the revenue prior to the release of the BL Track and 1.33% of the Tour Revenue subsequent to the release of the BL Track

My computations are detailed on LAW Schedule E.

VI. **Summary of Findings**

REDACTED

I reserve the right to amend this report based on any new information I receive.

Dated: December 29, 2014

_____<br>GARY COHEN, CPA

Williams v. Bridgeport  12.29.14
Blurred Lines
Touring Revenues
BL Schedule E

| Tour dates | Revenue | Blurred % | Allocated Revenue | Reference |
|---|---|---|---|---|
| 2/14/12 - 2/2/13 | REDACTED | 0 |  | CAA0001-2 |
| 4/27/13 - 12/6/14 | REDACTED | 9.33% | REDACTED | CAA0001-2 |

Setlist.fm sample

| show date | show revenue | total songs | blurred | love/war |
|---|---|---|---|---|
| 7/11/2013 | REDACTED | 13 | 2 | 1 |
| 9/21/2013 | REDACTED | 6 | 1 | 0 |
| 2/27/2014 | REDACTED | 13 | 1 | 0 |
| 3/7/2014 | REDACTED | 14 | 1 | 0 |
| 3/8/2014 | REDACTED | 14 | 1 | 0 |
| 6/7/2014 | REDACTED | 15 | 1 | 0 |
|  |  | 75 | 7 | 1 |
|  | % Total |  | 9.33% | 1.33% |

Williams v. Bridgeport  
Love After War  
Touring Revenues  
LAW Schedule E

12.29.14

|  | Tour dates | Revenue | LAW % | Allocated Revenue | Reference |
|---|---|---|---|---|---|
| Love After War allocated revenue | | | | | |
| pre BL release | 2/14/12 - 2/2/13 | REDACTED | 7.69% | REDACTED | CAA0001-2 |
| post BL release | 4/27/13 - 12/6/14 | REDACTED | 1.33% | REDACTED | CAA0001-2 |
| | | | | REDACTED | |

|  | Setlist.fm sample | | | | |
|---|---|---|---|---|---|
| | show date | show revenue | total songs | blurred Ins | |
| post BL release | 7/11/2013 | REDACTED | 13 | 2 | 1 |
| | 9/21/2013 | REDACTED | 6 | 1 | 0 |
| | 2/27/2014 | REDACTED | 13 | 1 | 0 |
| | 3/7/2014 | REDACTED | 14 | 1 | 0 |
| | 3/8/2014 | REDACTED | 14 | 1 | 0 |
| | 6/7/2014 | REDACTED | 15 | 1 | 0 |
| | | | 75 | 7 | 1 |
| | | | % Total | 9.33% | 1.33% |

|  | | | | love/war | |
|---|---|---|---|---|---|
| pre BL release | 7/11/2013 | REDACTED | 13 | 1 | |
| | | | % Total | 7.69% | |

(A) Included in Blurred Lines Tour Profits (BL Schedule E)