Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000
Fax: (858) 597-6008
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Richard S. Busch (TN BPR 014594)
(*pro hac vice*)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456  Fax: (615) 726-5417
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East; Suite 1520
Los Angeles, CA 90067
(310) 853-6355 Fax: (310) 853-6333
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Paul N. Philips (SBN 18792)
E-Mail: pnp@pnplegal.com
The Law Offices of Paul N. Philips
9255 West Sunset Boulevard
West Hollywood, CA 90069
(323)813-1126 Fax: (323) 854-6902
Attorney for Defendant and Counter-Claimant Marvin Gaye III

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**JOINT APPLICATION OF COUNTER-CLAIMANTS' FOR ORDER TO FILE DOCUMENTS OPPOSING PLAINTIFFS AND COUNTER-DEFENDANTS' MOTION IN LIMINE NOS. 1 AND 6 UNDER SEAL**<br><br>[Proposed] Order filed concurrently herewith<br><br>Date: January 26, 2015<br>Time: 3:00 p.m.<br>Ctrm: 750<br><br>Action Commenced: August 15, 2013<br>Trial Date: February 10, 2015 |

**PLEASE TAKE NOTICE** Counter-Claimants Frankie Christian Gaye, Nona Marvisa Gaye, and Marvin Gaye III (collectively, "the Gayes"), by and through counsel, bring this Joint Application pursuant to Local Rule 79-5 and the Court's Standing Order, Exhibits E and F, to file Documents Opposing Plaintiff's Motions in Limine No. 1 and 6 under seal.

This Joint Application is required because the Gayes will submit documents designated as "Confidential" under the Protective Order to respond and defeat Plaintiff's Motion in Limine Nos. 1 and 6. The Protective Order (attached hereto as **Exhibit A**) was approved by the United States Magistrate Judge Alicia Rosenberg on April 18, 2014. The Protective Order provides the opportunity for each party to designate appropriate documents and deposition testimony as "Confidential." If a document or deposition transcript is designated as "Confidential" or "Confidential—Attorney Eyes Only, then the Protective Order requires at Paragraph 15 that any Court filing must be filed under seal and in compliance with Local Rule 79-5.1. Pending the ruling on this Application, the documents are lodged under seal.

The documents the Gayes intend to file under seal are:

1. <u>Exhibit 46 to the Declaration of Richard S. Busch: Declaration of Mark Levinsohn with the attachment of the Confidential Settlement and Standby Agreement, dated December 13, 2013, executed between the Gayes and EMI April Music, Inc., Jobete Music Co., and Sony/ATV Music Publishing Acquisition, Inc.</u>
2. <u>Exhibit 9 to the Declaration of Richard Busch: Documents from Jobete marked confidential.</u>
3. <u>Exhibit 50 to the Declaration of Richard Busch: UMG Marketing Plan: "Robin Thicke *Blurred Lines* Marketing Plan," updated March 6, 2014.</u>

**PLEASE TAKE FURTHER NOTICE:**

1. The Gayes agree that Exhibit 46, the Confidential Settlement Agreement, verified by the declaration of Mark Levinsohn, should remain under seal. The document is a confidential settlement agreement ("Agreement") containing a confidentiality clause prohibiting the parties from making the document public. This Agreement is between the Gayes and EMI April Music, Inc., Jobete Music Co., and Sony/ATV Music Publishing Acquisition, Inc., who are no longer parties to this case, pursuant to the Agreement. The relevant clause requiring confidentiality is contained in the Agreement. The Gayes have conducted a meet and confer session with counsel for Plaintiffs and Counter-Defendants regarding the confidentiality of this document but no agreement was reached. Should the Court deny this Application,, counsel will contact the Courtroom Deputy Clerk to pick up the chambers' cop(ies) within 24 hours.

2. The Gayes do not agree that Exhibit 9, the Jobete documents, should be confidential. Jobete is a party that is no longer in the case. The Gayes have discussed this matter with opposing counsel without resolution. The Jobete documents are agreements with the Gayes concerning licensing and administration of Marvin Gaye's music. Should the Court deny this Application counsel will contact the Courtroom Deputy Clerk to pick up the chambers' cop(ies) within 24 hours.

3. The Gayes do not agree that Exhibit 50, the UMG Marketing Plan as created by Plaintiffs, is confidential. The parties have not reached agreement on this issue. No reason exists to keep this document out of the public record. Should the Court deny this Application, counsel will contact the Courtroom Deputy Clerk to pick up the cop(ies) within 24 hours.

- 2 -

Counter-Claimants will be filing a redacted version of their Joint Memorandum of Points and Authorities in Opposition to Plaintiffs and Counter-Defendants' Motion in Limine No. 1 to Exclude Marvin Gaye's Sound Recordings.

Dated: January 13, 2015          Respectfully submitted,

KING & BALLOW

By: /s/ Richard S. Busch
RICHARD S. BUSCH
PAUL H. DUVALL

WARGO & FRENCH, LLP

By: /s/ Mark L. Block
MARK L. BLOCK

*Attorneys for Defendants and The Gayes Nona and Frankie Gaye*

THE LAW OFFICES OF PAUL N. PHILIPS

By: /s/ Paul N. Philips
PAUL N. PHILIPS

*Attorney for Defendant and Counter-Claimant Marvin Gaye III*