**EXHIBIT A**



Sandy Wilbur, President

MUSICOLOGICAL ANALYSIS
COMPARING TWO SONGS ENTITLED
"GOT TO GIVE IT UP" (GOT) BY MARVIN GAYE AND "AFTER THE
DANCE" (DANCE) BY MARVIN GAYE, LEON WARE AND ARTHUR ROSS
TO TWO SONGS ENTITLED "BLURRED LINES" (BLURRED) BY ROBIN
THICKE, PHARRELL WILLIAMS AND CLIFFORD HARRIS, JR and
"LOVE AFTER WAR" (WAR) BY ROBIN THICKE AND PAULA PATTON

INTRODUCTION

1. In the copyright infringement Case No. CV13-06004, I was retained by King, Holmes, Paterno & Berliner, LLP to analyze and compare the two songs BLURRED and GOT and the two songs WAR and DANCE and to render an opinion on whether these two sets of songs were substantially similar to one another. This report will discuss each set of songs separately. In the case of BLURRED and GOT, it is my opinion that the songs themselves are not substantially similar and that those elements that may be perceived to be similar consist of arrangement elements that are not a part of the song, and "groove" and "feel" elements of the recording that are not protectable. In the case of WAR and DANCE, similarities are limited to the chorus section that contains a somewhat related harmonic pattern in a common eight-measure structure in which four two-measure phrases are repeated and where the last melody note of each phrase is similar. All other elements in these two songs, DANCE and WAR are different and it is my opinion that the similarities found do not rise to the level of substantial similarity because chords themselves are not protectable and the melodic phrases themselves are very different other than having one note in common.

2. The songs above came from the following albums and were downloaded from iTunes: **a**. "Blurred Lines" by Robin Thicke (featuring T.I & Pharrell) on the Robin Thicke album "Blurred Lines (Deluxe Edition)" released in 2013 **b**. "Got To Give It Up" from the Marvin Gaye album "Every Great Motown Hit of Marvin Gaye" released by Motown in 1977 **c**. "After the Dance (Vocal Version)" from the 1976 Marvin Gaye album "I Want You" and **d**. "Love After War" from the 2011 Robin Thicke album entitled "Love After War (Deluxe Edition)

3. Additional materials reviewed and discussed in this analysis include:
a. Publisher's sheet music for all songs digitally downloaded from www.musicnotes.com
b. Copyright office deposit copies of Marvin Gaye's songs "Got To Give It Up" (Part 1 and Part 2) and "After The Dance"
c. Preliminary report by Judith FINELL
d. Declarations of Judith FINELL, Ingrid Monson, Ron Aston and Thomas Court
e. Musical examples presented as part of the above Declarations
f. Individual stems (tracks) of the songs discussed
g. Depositions of Robin Thicke and Pharrell Williams

252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com

1



Sandy Wilbur, President

4. As a forensic musicologist, I review the musical facts found in the musical works to be compared, focusing on similarities between the works in order to determine whether those similarities are evidence of copying. As is customary, I transcribe large sections of the pieces into musical notation in the original key and then transpose the pieces into the same key in order to better compare them. In the case of BLURRED which is in the key of G major and GOT which is in the key of A major, BLURRED has been transposed to the key of A major and all references to musical elements in both pieces will be in the key of A major throughout this report. In order to claim substantial similarity, elements of the Marvin Gaye song must have been copied and found in BLURRED. So it is critical to understand what are the specific elements that make up a song. Those elements include melody, harmony, lyrics, structure and rhythm as it relates to other elements of the song. In this context, "song" means "composition" as distinguished from the arrangement and performance elements found in the recorded version of the song. I have examined the elements that comprise the song – melody (including melodic rhythm, melodic contour, and accent patterns); harmony (both vocal and chord patterns / harmonic rhythm); lyrics; rhythm as it relates to other aspects of the song, and structure or how the song is organized into sections (verse, chorus, etc.). I have also examined the copyright deposit of GOT which contains some but not all of the song elements reflected in the sound recording. I have also examined the arrangement elements including instrumentation and individual instrumental parts of the recording and the piano arrangements found on the downloaded publishers' sheet music for both GOT and BLURRED. I have also considered performance elements including vocal sound, timbre and phrasing. As part of this analysis, I will consider all aspects of the composition found on the recordings including all vocal melodies and vocal harmonies, all elements found in the sheet music and copyright deposits, along with lyrics, harmonies, structures and the rhythmic elements as they apply to these other elements.

## BACKGROUND AND QUALIFICATIONS

5. For the last 25 years, I have been a testifying expert in several trials and a full-time musicology consultant to record, film, and publishing companies, artists, composers and advertising agencies. As president of Sandy Wilbur Music, Inc. DBA Musiodata, I first served as an expert witness in a copyright infringement case in 1981 and have been working extensively as a musicologist since 1989. I have compared and analyzed thousands of musical pieces and samples, have created charts and exhibits, have done public domain and prior art searches, and copyright valuation research and have consulted on a wide range of musical issues for law firms, advertising agencies, film, television, and record companies, music publishing and production companies. In 2012 alone, the last time I counted, I cleared approximately 335 pieces of original music for release or broadcast, performed approximately 112 preliminary musicological analyses of which 5 were extensive reports involving potential or pending litigation and 15 required recommended changes before release or broadcast. I also performed 18 sample analyses

**MUSIODATA**

Sandy Wilbur, President

mainly for record companies about half of which concerned potential litigation. Additionally, I did 8 prior art research reports and determined the public domain status of 29 songs. Over the last several years, I have been consulted on an average of 10 - 15 potential litigation matters per year, about three of which are ongoing at any given time and most of which settle. Based on my rate at the time I started work on this case, I am being compensated at the rate of $300 per hour plus expenses. My complete resume and qualifications are attached to this report along with a GLOSSARY OF COMMONLY USED MUSICAL TERMS, and other relevant attachments in this case.

6. I have testified or been involved in the following litigations:
- In 1981, I testified as an expert on behalf of the defendants in Creme Records v. Benton & Bowles Advertising, Schlitz Brewing Co. and J.J. Johnson (Federal California case).
- In the trial of Rene Santrail, et al. v. Kirk Burrell p/k/a M.C. Hammer, I gave a deposition in 1995, and in 1998 she appeared as an expert witness on behalf of the plaintiff (Federal New York case).
- In 1996, I served as a court-appointed expert for the Central District of California, Frank Gari Productions v. Coca-Cola Co., Mercenary Productions, et al.
- I was the musicologist and song researcher for the 2000 Coen Brothers' film and soundtrack album "O Brother Where Art Thou," which won a Best Album Grammy in 2001.
- In 2006, I was the musicology expert on behalf of several defendants in Armour v. Beyonce Knowles et al.
- In 2007-08, I was the musicology expert for the plaintiff in Bourne Co. v Twentieth Century Fox Film Corp., Fox Broadcasting Co., Twentieth Century Fox Television, Inc. et al.
- In 2013, I was the musicology expert for the plaintiff in Anne Bryant v Sunbow Productions in the Supreme Court, State of New York.
- In 2014, I was musicology expert for defendants in Civil Action No. 6;12-cv-00042; Jose Guzman v. Hacienda Records and Recording Studio, Inc. In the US District Court for the Southern District of Texas, Victoria Division
- In 2014, I was deposed in the CASE NO. CV13-06004-JAK Pharrell Williams and Robin Thicke "Blurred Lines" v Bridgeport Music Inc., Marvin Gaye III and Gaye siblings for defendants.
- In 2014, I was musicology expert for the plaintiff in CASE 12 CIV. 9473 Sugarhill Music Publishing v Trevor Smith and T'ziah's Music (Busta Rhymes) in US District Court Southern District of New York.

7. As an accomplished songwriter, composer, arranger, lyricist, and producer, I have had over forty songs recorded and five chart singles. My biggest hit single, "Hit and Run Lover" performed by Carol Jiani, was released in 1981, was in the top 10 Hit Parade



Sandy Wilbur, President

in France for nine months, peaked at #4 on the US Billboard Club Play singles, has been in over forty compilations, and in one film.

My most recent released project is called "Learning History Through Music" which I both composed and produced and includes educational music videos entitled "We The People" which sings the Preamble to the Constitution, "Four Score and Seven Years Ago" which sings part of the Gettysburg Address and deals with President Lincoln and the Civil War, and "She Still Carries A Torch" about the Statue of Liberty and Immigration. The book "Learning History Through Music," released on Oct 21, 2014, includes all eight videos with documentary footage, three CDs of the full songs and instrumental tracks, history chapters, core-aligned lesson plans for fourth through eighth grades, and sheet music. These materials were designed as teaching and performing tools for K – 8 across the curriculum (available through www.sandywilburmusic.com).

From 1982 – 2003, I had my own studio where many music projects were created or demoed. I produced, wrote, arranged and performed for the album "All Through the Night," released by Caedmon/Harper Audio and also composed and produced hundreds of jingles and scores for major corporate clients, including: Proctor & Gamble, AT&T, Coors, Wendy's, Hardees, Tyco, and UNICEF, among others. Some of the artists who have performed Ms. Wilbur's jingles include: Lee Greenwood, Teddy Pendergrass, Kool and the Gang, Janis Ian, Patti Austin, The Platters, Gap Band, Dr. Hook, Tony Bennett and Kermit the Frog. From 1980 to 1982, I was Associate Music Director at Benton & Bowles Advertising Agency, later DMB&B, and now part of Publicis.

8. As a teenager, I wrote songs and played guitar and was part of a performing group, the Beloff Sisters, which won best folk duo in the state of Connecticut. I was also one of two high school students selected to study classical piano with the then head of the Yale University Music Department, Donald Courier, which I did for the last two years of high school.

I received a B.A. from Sarah Lawrence College, and an M.A. in Ethnomusicology from the University of California at Los Angeles, with emphasis on African, Indonesian, and Native American music and culture. My M.A. dissertation was entitled "Music of the Pawnee Indians; With Special Reference To Present Day Oklahoma Practices." She has taught music courses at several universities and institutes, including Rutgers University, The Songwriter's Guild of America and the State University of New York.

I have received creative awards from ASCAP, CLIO, The New York International Film Festival and The American Song Festival, among others. She is or has been a member of ASCAP, SAG, AFTRA, AFM, Women in Music (previous board member), and the Songwriters Guild of America (previous board member), Copyright Society of the USA, among others.

252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566      4
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com



Sandy Wilbur, President

9. As president of Musiodata, I have also handled licensing issues for a variety of clients. It is customary business practice in the music industry when licensing works (for film or TV, for instance) to go to the publisher to license the underlying song (synchronization license) and the record company to license the master recording (the sounds fixed in a specific medium or the master license).  It is also customary to pay an equal amount to license the master recording (on a most favored nations basis) as the amount paid to the publishing company.  In standard publisher licensing agreements, the song does not include the arrangement of the song or the sound of the singer(s). Unless otherwise specified, songs credits are generally divided equally between the music and the lyrics.  There are distinct rights associated with the song, the arrangement, the master recording and the recognizable sound of an artist's voice.

### DESCRIPTION OF THE SONGS GOT AND BLURRED

10. GOT, a lush R&B song with party crowd noises throughout, is in the key of A major,[1] approximately four minutes and fifteen seconds in length (4:15), with a common dance tempo of approximately 122 beats per minute (BPM) although the tempo fluctuates between 121 and 123 BPM. Both the flatted seventh step of the scale[2] (lowered by a half step or b7) and to a much less extent the flatted third step of the scale (b3) are used in the song and there are several measures in the Break Section in the middle of the song that uses minor chords.  The structure of the song is unusual because the repeating hooks and title of the song don't appear until the end of the song. After an eight-measure intro, there are two sixteen-measure verses, followed by a third verse that has twenty-four measures. This is followed by a twenty-four measure free-form break, then an eight-measure section structurally like the second half of the verse. This section is followed by a repeating four-measure section that states the two hooks – "Keep on dancing" and "Got to give it up," and a third background vocal "Dancing ladies" at around 3:15. The song slowly fades during the seventh repeat. Harmonically, the introduction and first eight measures of each verse use only the A7 (I 7) chord[3]. The second half of the verses and the eight-measure

---

[1] Please consult the Glossary of Commonly Used Musical Terms in the Appendix for musical definitions.

[2] The major scale has seven steps.  In the key of A, the rising seven scale steps are a-b-c#-d-e-f#-g# (# or sharp is a half step above the note) or 1-2-3-4-5-6-7. Both c# and db (d flat) are the same note. The chromatic rising scale uses all twelve notes of the scale a-a#-b-c-c#-d-d#-e-f-f#-g-g#. In the key of A, a flat seven (b7) would be "g," not g#. A flat 3rd step would be "c," not c#.

[3] Chords, or three or more note played simultaneously or in short succession, are indicated by Roman numeral and generally small case when minor and large case when major chords.  The chords of the major scale are I ii iii IV V vi vii (diminished).  Each of the Roman numerals relates to the step of the scale where the chord originates so in the A major scale, the A chord or I chord uses steps 1-3-5 or a-c#-e, the dominant A7 chord

252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com

5



Sandy Wilbur, President

section following the break use the following chords in each of the eight measures of these sections (D7 / E7 / A7 / B7 / D7 / E7 / A7 / B7). The repeating four-measure end section stays on the A7 chord throughout. (See "Structure" in #11 below). The recording uses many vocal layers, including lead and background parts and vocal harmony on many of the background parts. Melodically, much of the lead vocal part revolves around the 5th, 6th, 1st, and 2nd steps of the scale, with heavy emphasis on the 2nd step as an important melody note. Other melodic elements including background vocals and vocal harmonies will be discussed later in this report.

     11. After transcribing the two songs, I reviewed both the copyright deposit of GOT and the sheet music of GOT downloaded from www.musicnotes.com (©1977 (Renewed 2005) Jobete Music Co. All Rights Controlled and Administered by EMI APRIL MUSIC INC.) The sheet music is a piano arrangement of the song. The melody, chords, lyrics, and important sections of the songs are indicated. Interestingly, the title of the song, "Got to give it up" and the phrase "Dancing ladies" are nowhere to be found on this sheet music. The repeated phrase at the end is simply "Keep on dancing." No background melodies are included, nor the harmony parts. The bass part is simplified but captures the essence of the rhythm in the left hand of the piano part (bass clef where it repeats the b7-1 or g-a on the "and," or middle, of the 3rd and 4th beats of each measure[4]). The right hand of the piano plays mostly eighth note chords along with some of the melody, keeping the eighth note pulse found in the recording. Interestingly, the melody at the bottom of page 2 "Move it up" and "turn it round" that is in the break portion of the song (2:10 into the recording) uses the notes g-g-a (b7 b7 1) and not g-g#-a as indicated in the MONSON and FINELL declarations.

     12. The copyright deposit from the Copyright Office entitled "Got To Give It Up" (Part 1) contains the first eight measures of the bass line as heard on the recording, but no other instruments (such as cowbell, open high hat, piano pattern, or vocal markings such as "falsetto," though a guitar part is indicated in Part 2 of the song). The melody, lyric and chords are represented (melody notes, lyrics, chords above). The sections are broken down in the same way as found in the publisher's sheet music with the exception that both "Keep on dancing" and "Got to give it up" are found as the four-measure repeating refrain at the end of the song. As in the sheet music, the break section contains 14 measures of minor chords where the minor third (b3) is used in the melody. The b3 also occurs a couple of times in the verse but the rest of the melody mainly uses the notes of the scale 5, 6, 1, and 2 with heavy emphasis on the 2nd scale step. Background parts

---

uses scale steps 1-3-5-7b or a-c#-e-g and the V or E chord uses steps 5-7-2 or e-g#-b the dominant V7 chord uses 5-7-2-4, or e-g#-b-d, etc.

[4] The "and" of the beat is halfway between one beat and the next. One beat can be divided into two equal parts (1 and 2 and, etc.)



Sandy Wilbur, President

("Dancing ladies" and "Bop bop duwop bop") found in the Gaye sound recording and harmony parts are not included. The melodic phrases "move it up" and "turn it round" found in the break section are the same as found in the sheet music ( b7 b7 1 or g-g-a and not g-g#-a as indicated in the FINELL preliminary report and MONSON declarations). The crowd noise on the GOT recording plays a major role and is very different from anything heard on the BLURRED recording.

13. BLURRED uses a spare track with no crowd noises (though some whoops and comments including a high pitched female vocal sound), was released in 2013, is approximately four minutes and twenty-three minutes (4:23) in length, in the key of G major (transposed to A major for this report), with a tempo of 120 beats per minute. This is a much more tightly structured song than GOT. The song uses a common pop song structure as follows: Intro (8 measures), Verse 1 (8), Pre-Chorus (8), Chorus (8 + 8), Verse 2 (8), Pre-Chorus (8), Chorus (8 + 8), Rap (8 + 8), Bridge (8), Verse 3, (8), Chorus (8 + 8), and Outro and fade (8). Except when no chord is heard briefly in the Bridge section, the harmonic structure uses the A major (I) chord for four measures followed by the E major (V) chord for four measures alternating throughout the whole song. There is a distinctive high-pitched female vocal sound starting on the "and" or second half of the third beat starting in the second measure of the intro and repeating in every other measure throughout the song. Just before the chords change to the E or V chord in the 5th of every 8 measures, the chromatic rising melodic phrase d-d#-e for "hey hey hey" begins on the fourth beat and ends on the downbeat of the 5th measure. This pattern repeats twice more in the next three measures and again throughout the song in the same place each time chords change from A to E. When the A or I chord is playing, the melody uses many notes between the 1st and 3rd steps of the major scale. The first verse opens using the scale steps 3-$2^5$-3-3, 3-2-1-1-3 ("If you can't hear, what I'm trying to say"), again in the Pre-Chorus 3-3-2#-3-2#-3 ("Ok now he was close") and in the Chorus 1-1-1-2-3 ("I know you want it"). On the four-measure sections using the E or V chord, the melodies use a pattern that goes back and forth between one note and a note a half step lower (5-5-4#-5-4#-5 for "maybe I'm going deaf" or 2-1#-2-1#-2-2 ("you don't need no papers") or stays on the same note 2-2-2-2-3-4 ("can't let it get past me"). All of these lowered notes (the notes using the sharp #) are on weak beats of the phrase. This chromatic pattern, where the lower notes are on weak beats, is one of the important melodic characteristics of BLURRED as differentiated from GOT where any chromatic lower note is on a strong beat and is melodically more significant. A falsetto (high pitched) singing style is used in fourteen measures, all occurring on the A or I chord during the first three or four measures of Verses 1 – 3 and the beginning of the Break section.

---

[5] In the publisher's sheet music, the scale step "2" is used instead of the "#2." As I will show throughout BLURRED, the lowered note is used on weak beats throughout the song, so whether or not the 2 or #2 is used is less important than more important weighted notes (IWN) in the phrase.

252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com

7



Sandy Wilbur, President

14. I also reviewed the sheet music for BLURRED (©2013 EMI APRIL MUSIC, INC. / MORE WATER FROM NAZARETH PUBLISHING, INC.) which is a piano arrangement of the song. The left hand plays the bass part as it occurs in the recording. The right hand plays an A major chord for four measures followed by an E chord for four measures on the "and" of every beat in a percussive staccato fashion (very short and light hits) throughout the song. Vocal harmony and background notes are indicated with smaller note heads than the main melody, and are above the main melody note (Country style harmony). This is consistent with the vocal parts of the recording.

## COMPARING THE SONG-SPECIFIC ELEMENTS OF GOT AND BLURRED

15. **STRUCTURE** - Comparing the song-specific elements – structure, harmony, melody, rhythm, and lyrics, I find no substantial similarity. The structures of the two pieces can be found in the two charts below with the name of the section, the number of measures in that section, and the approximate start time in the recording of each song. Note that in GOT, verses with an "A" use the A7 chord throughout, while verses with a "B" use a different chord in each of the eight measures (see Harmony below in #17). In BLURRED, four measures of A alternate with four measures of E in all the sections.

**GOT**

| SECTION | # MEASURES | STARTS |
|---|---|---|
| Instrumental intro | 8 | 0:00 |
| Verse 1A | 8 | 0:19 |
| Verse 1B | 8 | 0:37 |
| Verse 2A | 8 | 0:51 |
| Verse 2B | 8 | 1:07 |
| Verse 3A | 8 | 1:24 |
| Verse 3C (A+B var) | 8 | 1:40 |
| Verse 3B | 8 | 1:56 |
| Break "Move it up" | 24 | 2:11 |
| Verse 4B | 8 | 2:59 |
| Hook "Keep on" | 4 | 3:13 |
| Hook | 28 (4 x 7 repeats) | 3:21 |
| End | | 4:13 |

**BLURRED**

| SECTION | # MEASURES | STARTS |
|---|---|---|
| Intro thru "Hey hey hey" | 8 | 0:00 |
| Verse 1 | 8 | 0:18 |
| Pre-Chorus | 8 | 0:34 |
| Chorus "good girl" | 16 | 0:50 |
| Verse 2 | 8 | 1:22 |
| Pre-Chorus | 8 | 1:38 |
| Chorus | 16 | 1:55 |
| Rap | 16 | 2:27 |
| Break | 8 | 2:59 |
| Verse 3 | 8 | 3:14 |
| Chorus | 16 | 3:31 |
| Coda (intro) | 8 | 4:00 |
| End | | 4:19 |

The way the two songs are organized is different from one another. GOT is quite unusual while BLURRED is quite conventional. Where the chorus of BLURRED ("You're a good girl") begins at :50, the hook of GOT doesn't even start until 3:13 where it repeats seven times to the end ("Keep on dancing, got to give it up"). GOT is much more free form and feels very improvised. In contrast, "Blurred" uses a standard pop song structure and a rigid, quantized tempo on the recorded composition (each played note is moved to

252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com

8



**Sandy Wilbur, President**

the closest 16th note). As is common in pop songs today, loops of the instruments and vocal parts are repeated throughout the song. In the MONSON Declaration, she tired to argue, among other things, that the structures are similar. Eight and sixteen measure sections are common in popular music and the fact that both use these common elements does not make the structures more similar.

16. **LYRICS** – There is no similarity whatsoever between the two sets of lyrics. I have included both sets of lyrics as attachments to this report.

17. **HARMONIC PATTERNS** - The following chart shows the chords in the first sixteen measures of each song. This pattern repeats throughout most of each song, except in the last 28 measures of GOT (seven repeats of the four-measure hook section) where the chord remains A7. BLURRED alternates between the I chord and the V chord every four measures regardless of the section. GOT has a very different pattern that is related to the structure and sections of the songs. Both songs use common eight or sixteen-measure sections, but BLURRED uses a standard pop hook chorus structure while GOT clearly does not. The clear I V I V chord pattern found in BLURRED has a strong correlation to the melody notes used as compared to GOT whose melody can be compatible with many chord patterns including songs using only one chord (Hear **music example 1**) where the keyboard part in each song plays these chords. Note that the patterns are clearly different and the harmonic rhythm is also very different. In MONSON's declaration, she argues that these are similar patterns but this is simply not the case. I believe the average person hearing these two chord sections will easily hear the different chords, harmonies and harmonic rhythms. **NOTE all music examples with detailed descriptions will be listed in #34)**.

| Measure | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GOT | A7 | A7 | A7 | A7 | A7 | A7 | A7 | A7 | D7 | E7 | A7 | B7 | D7 | E7 | A7 | B7 |
| BLURRED | A | A | A | A | E | E | E | E | A | A | A | A | E | E | E | E |

Vocal harmony in both songs is also different. Vocal harmonies are on important words ("good girl," "blurred lines," "close," "animal) and lines such as "you the hottest bitch in this place" in BLURRED and the harmony notes themselves are found mostly above and sometimes above and below the main melody notes (more like Country vocal harmonies). This is not the case in GOT where the harmony notes are below the main melody notes and spread throughout the phrases where they occur, or are conventional R&B three part background vocals ("ah" or "hop hop duwop hop") rather than on important words in the phrases as in BLURRED.

18. **MELODIC CONSIDERATIONS** – I do not find any substantial similarity between the melodies in the two pieces. There are not two consecutive notes that have the same pitch, duration or placement in the measure. This is highly unusual in a copyright claim, particularly since there are no lyric similarities. The alleged similarities consist of

252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com

9



**Sandy Wilbur, President**

only a few consecutive notes with common durations and, because they are not in the same position in the measure, their accent patterns do not match. FINELL downplays the importance of this fact. And MONSON uses none of the FINELL melodic examples (except for the bass pattern) in her declaration, indicating that she doesn't find these examples similar either. All the alleged melodic similarities in the FINELL and MONSON reports consist of common melodic elements or patterns, often in a different harmonic context, and in different positions in the measures.  I will show in this analysis that the pieces do not contain "a high degree of similar pitches," nor pitches in a similar rhythm. The interplay of pitches, their harmonic context and placement in the measure on weak or strong beats is extremely important. This can be illustrated by comparing the consecutive notes of the descending major scale (c-b-a-g-f-e-d-c) spaced evenly over two measures as compared to the same consecutive notes of the song "Joy To The World" (c-b-a-g-f-e-d-c). In both cases, the 8 consecutive notes are identical.[6]  Yet they sound very different because the duration of each note, the melodic rhythm, and placement in the measure in each is different. Below are both the transcription and graph to illustrate this point (Hear **music example 2**):



| Measure | 1 | | | | | 2 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beats | 1 | 2 | | 3 | 4 | 1 | 2 | 3 | 4 |
| Joy | c | b | a | g | | f | e | d | c |
| Scale | c | b | | a | g | f | e | d | c |

In each of the two measures there are four beats divided into two equal parts or cells. The first thing a person might guess when looking at the graph is that there is a lot of similarity between these two melodies because the first two notes are one above the other and both the notes "a" and "f" are in close proximity to one another, and the notes "e"

---

[6] A major scale consists of seven notes that can be referred to by letter or pitch name or by the step number so ascending C major scale can be illustrated by using the letter names c-d-e-f-g-a-b-c or the step number 1-2-3-4-5-6-7-1. The descending major scale in C, then is the reverse, starting on the highest note going to the lowest: c-b-a-g-f-e-d-c or number 1-7-6-5-4-3-2-1.



Sandy Wilbur, President

and "d" are the same duration (one beat long) in both but just one beat earlier in Joy. However, singing the two melodic lines would clearly reveal that they are quite different. Both the scale and "Joy To The World" (Joy) start on the same note (c) which has the same duration (one beat). In both songs, the next note (b) starts on the same beat (2) but the "b" in Joy is shorter than the "b" in the scale because the "a" in Joy comes before the 3rd beat (the "b" in Joy is a dotted eighth note or three quarters of a beat and the "a" is a sixteenth note or one quarter of a beat). Now the two notes in close proximity ("a" and "f" in both pieces) are really not related to one another. That is because the notes in Joy ("a" and "f") act as passing notes to both the "g" and "e" which fall on accented beats (3 and 1). The first beat of each measure is usually the strongest beat (the 3rd beat usually the second strongest) and so the "f" in the scale and the "e" in Joy are more accented. In spite of the fact that the first two notes seem the same, only the first note has the same duration and placement in the measure. The natural accent patterns in a measure have a great deal to do with how the notes are perceived and even though the consecutive notes in both the descending scale and Joy are identical, their melodies are far from the same.

    19. I have reviewed all the vocal melodic elements in both recordings and find no substantial similarities. In GOT, most of the vocal melody notes revolve around the following notes of the major scale 5 - 6 -1 – 2 - 1, with prominent use of the 2 or 2nd scale step resolving to the 1st step in important hook phrases, as the highest note and on a strong or long-held beat: "I used to go out to **part**-ies" (5-5-5-5-6-1-2-1), "keep on **danc**-ing" (6-1-2-1), and "got to **give it** up" (1-1-2-2-1. In fact, of the 54 phrases in the GOT recording, there are 35 phrases which use the 2nd step and in 32 or 59% of these phrases, the 2nd step is the highest and most important note of the phrases. In contrast, melodies in BLURRED, as explained in #13 above, tend to either stress the 3rd step of the major scale ( 3 2 3 3, 3 2 1 1 3, 3 2 3 3 for "If you can't hear, what I'm try-na say, If you can't read, etc.") or go back and forth between two half steps while on the V or E chord (5 5 4# 5 4# 5, 5 5 4# 5 4# 5, 5 5 4# 5 for "maybe I'm going deaf, maybe I'm going blind, maybe I'm etc. or 2 2 1# 2 1# 2 2, 2 1# 2 1# 2 2, 2 2 1# 2 1# 2 2 for "Just let me liberate you, you don't need no papers, that man is not your maker"). The lowered chromatic note in BLURRED is ALWAYS on a weak beat and less important to the phrase. The use of chromatic movement in GOT is very different. Every lowered note is on a strong beat and hence an important weighted note in the phrase (background parts "dancing **la**dies" 3-3-**2#**-3 and "bop bop **du**wop bop" 5-5-**4#**-5-5). This is a significant difference melodically. It also explains why there is a discrepancy between some of the notes in the sheet music (the uses of "2" instead of "2#" in the first phrase in BLURRED for instance or copyright deposit and sheet music of GOT (b7-b7-1 or g-g-a for "move it up" as compared to the FINELL and MONSON transcriptions g-g#-a or b7-7-1). Because the lowered notes are all on weak beats, the actual pitch of the note is much less critical. There is also an important correspondence between melodic phrases (such as "move it up" in GOT and "hey hey hey" in BLURRED) and the general underlying bass melodic rhythms as they relate to strong and weak beats, but this will be discussed in detail below.

252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com

11



Sandy Wilbur, President

| B | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|
| BL |  |  |  | hey | hey | hey |  |  |
| BB |  |  |  | 5 | 5 |  |  |  |
| G |  |  | Move | it | up |  |  |  |
| GB |  |  | b7 | 1 |  |  |  |  |

NOTE: B=beats, BL = BLURRED lyric, BB = BLURRED bass, G =GOT lyric, GB = BOT bass

20. Other melodic elements that were reviewed included bass melodies. They are not the same. The sheet music for BLURRED shows the bass (or left hand piano part) as identical to that of the recording. The bass in BLURRED is an eight-measure loop that ran throughout most of the recording. In GOT, the bass was not consistent throughout the recording varying throughout and especially on the second eight measures that have a different chord in each measure, but the sheet music captured the essence of the bass part and rhythm by playing (in the left hand piano part) notes on the "and" of beats 3 and 4, a consistently more syncopated rhythm (stressing the offbeats as in the chart above) than the bass melody in BLURRED which stressed the downbeat (playing mostly on the "and" of beat 4 and the downbeat, or beat 1 of the next measure). The bass part will be discussed in more detail in Section 27 below.

21. In all the melodic examples in the FINELL preliminary report, there are not two consecutive notes that have the same pitch, duration, and placement in the measure. In every one of her examples, the melodies are really quite different. Moreover, none of her melodic claims are found in the MONSON declaration at all, indicating that MONSON didn't find these same melodies similar either. I will go through the alleged similarities claimed by FINELL followed by those claimed by MONSON to show, as the example of the descending major scale and "Joy To The World" clearly illustrates, that a few similar consecutive notes do not mean that the melodies are similar. Even if, as both FINELL and MONSON claim, it is the *combination* of elements that are similar in the two songs, the combination must include more than general ideas or consecutive notes. It must include specific notes in specific locations with specific durations.

22. As an illustration, I have taken all the similar elements that FINELL claims to be the same in her first example (what she calls Similarity 1, "Signature phrase" Ex. 1A and 1B pages 3 – 6 of her report) and composed another melody that includes all of these similar elements but which is as different from the two being compared as they are from one another. (NOTE: Some of the transcription examples use "Give It Up" instead of GOT. They are one and the same).

From page 4 of FINELL's report, she states:



Sandy Wilbur, President

14. In comparing the first occurrences of the signature phrases (found at :19 seconds in "Give It Up" and at :47 seconds in "Blurred"), both songs share the following identifying elements:

    a. Both repeat their starting tone several times

    b. Both contain the identical scale degree sequence of 5-6-1 followed by 1-5[5]

    c. Both contain identical rhythms for the first six tones[6]

    d. Both use the same device of a melodic "tail" (melisma) on their last lyric, beginning with the scale degrees 1-5[7]

    e. Both contain substantially similar melodic contours (melodic outlines/design).[8]

See Musical Examples 1A and 1B below, where brackets show the above similar elements a, b, c, and d, and identical scale degrees are indicated with arrows.[9]





In her transcription of the "Signature Phrases" (above top two lines), she uses "a" for repeating notes, "b" for consecutive notes 5-6-1 and 1-5, "c" for eighth note rhythms, and "d" for melisma. FINELL fails to indicate that measure one in GOT uses the I7 Chord (A7) and measure one in BLURRED uses the V chord (E). None of these "similar

252 7th Avenue # 17G New York, NY 10001-7351 Tel: 212.217.2566    13
Fax: 212.217.2567 swilbur@musicology.com / www.musicology.com



Sandy Wilbur, President

consecutive notes" happen at the same time and both sound very different when heard in their harmonic context. The melismas of the two examples use a different melodic contour and melodic rhythm and is a commonplace device. Now, if you look at the third musical example above composed by me, you will find the same five similarities (a. repeating notes, b notes 5-6-1 and 1-5, c. same eighth-note rhythm, d. melisma using notes 1-5, and e. overall melodic contour). But the melodies are all significantly different from one another. The only note in common, in fact, is the 5th scale degree on beat 3 of measure 2 (and all three notes have different durations). All of these five elements are common musical building blocks. The only similarity between these three melodies is overall melodic contour.

The added highlighting shows the importance of the longest held and highest note in the phrase of GOT (2) as compared the three notes (1-1-1) that happen in BLURRED at the same time. This note in GOT (2) is the most important melody note in the phrase and we will see the importance of this note, not only in the opening phrase "I used to go out to parties," but also in other important phrases throughout GOT (including "keep on dancing" and "got to give it up")

In chart form, the notes of the Signature phrases and newly created melody (W) look like this. There are two measures (M), with four beats per measure (B). Note the different chords used in GOT and BLURRED. The unusual harmony on the first two beats of measure 2 ("good girl") highlights the importance of these notes that are very different from GOT. (Hear **musical example 3**)

| M | 1 | | | | | | | | 2 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | + | 2 | + | 3 | + | 4 | + | 1 | + | 2 | + | 3 | + | 4 | |
| G | | 5 | 5 | 5 | 5 | 6 | 1 | 2 | | | | | 1 | 5 | 6 | |
| | | A7 | | | | | | | | A7 | | | | | | |
| | | I | used | to | go | out | to | par- | | | | | ties | - | - | |
| BL | | 3 | 3 | 2# | 3 | 5 | 6 | 1 | 1 | | 1 | | 5 4 | 5 | | |
| | | E | | | | | | | | A | | | | | | |
| | | And | that's | why | I'm | goin | take | a | good | | girl | | - | - - | - | |
| W | | 1 | 1 | 1 | 1 | 1 | 5 | 6 | 1 - | 7 | 1 | 56 | 5 | - | | |
| | | this | me- | lo- | dy | is | not | the | same | | Thing | - | - | - | | |

23. The second FINELL "similarity" (found on page 6-7 in her preliminary report) is referred to as the "hooks." She again fails to indicate that the harmonies used in the first measure are different. Here is her transcription: