# Exhibit 21

EXHIBITS TO BUSCH DEC. -391

Android app (https://play.google.com/store/apps/details?id=com.huffingtonpost.android&hl=en)   More (/big-news/#entertainment)

Desktop Alerts | Log In | Create Account

AdChoices ▷

(https://mail.aol.com?icid=uninav-[h]huffingtonpostmaili?icid=uninav-[h]huffingtonpost(aolon)

January 13, 2015

(http://www.huffingtonpost.com/entertainment)

Edition: U.S. ▾     Like 594k

Newsletters     Huffington Post Search

**FRONT PAGE (HTTP://WWW.HUFFINGTONPOST.COM)**   **POLITICS (HTTP://WWW.HUFFINGTONPOST.COM/POLITICS/)**   **BUSINESS (HTTP://WWW.HUFFINGTONPOST.COM/BUSINESS/)**   **MEDIA (HTTP://WWW.HUFFINGTONPO**

Entertainment (http://www.huffingtonpost.com/entertainment)   • For Your Consideration (http://www.huffingtonpost.com/news/fyc/)

• Celebrity (http://www.huffingtonpost.com/celebrity/) • TV (http://www.huffingtonpost.com/tv/) • Political Hollywood (http://www.huffingtonpost.com/news/political-hollywood/)

• Features (http://www.huffingtonpost.com/news/entertainment-features/) • Hollywood Buzz (http://www.huffingtonpost.com/news/hollywood-buzz/)

• Videos (http://videos.huffingtonpost.com/entertainment/)

Moviefone (http://www.moviefone.com/)



(http://www.huffingtonpost.com/2015/01/12/amal-clooney-bored-golden-globes_n_6457188.html)
**Amal Clooney Was So Over Her Husband's Lame Office Party (http://www.huffingtonpost.com/2015/01/12/amal-clooney-bored-golden-globes_n_6457188.html)**



(http://www.huffingtonpost.com/2015/01/11/tina-fey-amy-poehler-bill-cosby_n_6444640.html)
**Tina Fey & Amy Poehler Burn Bill Cosby At The Golden Globes (http://www.huffingtonpost.com/2015/01/12/tina-fey-amy-poehler-bill-cosby_n_6444640.html)**



(http://www.huffingtonpost.com/2015/01/12/margaret-cho-golden-globes-racist_n_6455354.html)
**Margaret Cho's Golden Globes Bit Accused Of Racism (http://www.huffingtonpost.com/2015/01/12/margaret-cho-golden-globes-racist_n_6455354.html)**

# Robin Thicke Sues Marvin Gaye's Family To Protect 'Blurred Lines'

**The Huffington Post** | By Kia Makarechi (/kia-makarechi/)   (/user/find/twitter.com/Kia_Mak)

Posted: 08/16/2013 8:48 am EDT  |  Updated: 08/17/2013 1:46 pm EDT

Many have noted the similarity between Marvin Gaye's "Got to Give It Up" and Robin Thicke's song-of-the-summer smash hit "Blurred Lines," and now Thicke has gone on the offensive to ensure that the sonic likeness of the two songs doesn't end up costing him any money.

The Hollywood Reporter broke the news late Thursday: Thicke, along with Pharrell Williams and T.I., filed a lawsuit against Gaye's family and Bridgeport Music (http://www.hollywoodreporter.com/thr-esq/robin-thicke-sues-protect-blurred-607492?). In the case, the trio of music makers say they have "the utmost respect for and admiration of Marvin Gaye, Funkadelic and their musical legacies," but must "reluctantly file this action in the face of multiple adverse claims from alleged successors in interest to those artists."

Gaye's family and Funkadelic (the relevant compositions of whom are owned by Bridgeport), have insisted that "Blurred Lines" is too similar to their original songs. Here's a bit of the tick-tock, courtesy of the Hollywood Reporter:

> The suit claims the Gaye family is alleging that "Blurred Lines" and Gaye's "Got to Give It Up" "feel" or "sound" the same, and that the "Gaye defendants are claiming ownership of an entire genre, as opposed to a specific work."
>
> As for Funkadelic, there's said to be claimed similarity between Thicke's hit and Funakedlic's "Sexy Ways."
>
> "But there are no similarities between plaintiffs' composition and those the claimants allege they own, other than commonplace musical elements," states the lawsuit. "Plaintiffs created a hit and did it without copying anyone else's composition

"Blurred Lines" is currently in its tenth week atop the Billboard Hot 100 (http://www.billboard.com/articles/news/5650672/robin-thicke-leads-hot-100-for-10th-week-katy-perrys-roar-debuts), making it summer's biggest song. The lawsuit, however, isn't the first controversy to hit the track — an earlier dust-up with critics who found the lyrics and x-rated music video to be misogynistic was eventually brushed aside by Thicke himself (http://www.huffingtonpost.com/2013/07/31/robin-thicke-blurred-lines-feminist-movement_n_3682209.html).

Listen to "Blurred Lines" above and Marvin Gaye's "Got to Give It Up" below and let us know what you think in the comments. For more, head over to THR (http://www.hollywoodreporter.com/thr-esq/robin-thicke-sues-protect-blurred-607492?).





ALSO ON THE HUFFINGTON POST

Celebrity News & Photos                    1 of 411   Close

ADVERTISEMENT



FREE CHECKED BAG*
FOR ALL MILEAGE PLAN MEMBERS

Alaska

FIND OUT MORE

*Terms apply. See site for details

SUGGESTED FOR YOU

# Exhibit 22

11/18/2014                    Robin Thicke ft. Pharrell & T.I. "Blurred Lines" [VIDEO] | Hip-Hop Wired



Bossip  |  Magakdom Studios  |  StyleBlazer  |  MadameNoire  |  MommyNoire

## HIPHOPWIRED

FEATURES  VIDEO  NEWS  WIRED TRACKS  POLITICS  BANGIN CANDY  THE GENTLEMAN'S PROJECT          SEARCH



# Robin Thicke ft. Pharrell & T.I. "Blurred Lines" [VIDEO]

NEWS, VIDEO

» by Latifah Muhammad (@TheLatifah) Mar 20 2013, 7:41pm

Like  54

The blue-eyed crooner is back with another mid-tempo hit on his hands. After premiering the song on his *Real Husbands of Hollywood* Tuesday (March 19), **Robin Thicke** unleashed the video for his latest, "Blurred Lines," featuring **Pharrell** and **T.I.**

Rather than going at a slower pace, Paul Patton's better half dropped the song and video all in one swoop. With a quick nod to his Remy Martin endorsement deal, the visual features the singer two-stepping with partially clothed beautiful women. And of course, T.I. and Pharell get in on the action, swaying heavily to the beat, which samples Marvin Gaye's, "Got To Give It Up."

We've never really seen Tip move like that, but from the looks of it, he and everybody else had fun on the set (even the woman who had her feet used as a makeshift microphone).

Ever since **Justin Timberlake's** been on his "'Suit & Tie' sh-t,"the Robin Thicke comparisons have been running rampant, and this track probably won't dead the fodder. To be clear though, Thicke has long been on his grown-man s*xy tip, suits and all.

Props to him for sticking to what works.



Photo: Vevo

Comments: 1  ⌀ Tags: t.i., pharrell, robin thicke, blurred lines  Views: 7

## We Recommend

---

Your Email Here

#DONTSHOOT REPORT

Missouri Gov. Jay Nixon Declares State Of Emergency

BANGIN CANDY



HipHopWired.com
Like

135,182 people like HipHopWired.com.



Facebook social plugin

WIRED TRACKS

 

Beanie Sigel Says He's Still On "Roc-A-Fella Payroll" [LISTEN]

EXHIBITS TO BUSCH DEC. -395

# Exhibit 23

# EVERYTHING EXCLUSIVE MAGAZINE



## MUSIC

# "Blurred Lines" Is A Clear Hit

MARCH 25, 2013 | ASIA THOMAS | LEAVE A COMMENT

EXHIBITS TO BUSCH DEC. -397



(http://everythingexclusivemag.files.wordpress.com/2013/03/robin-thicke-blurred-lines.jpg)Boy band star turned Pop/R&B star **Justin Timberlake** is not the only white boy making a comeback this year. Sexy soulster **Robin Thicke** is back with his latest single, *"Blurred Lines,"* from his upcoming sixth album.

Intended or not, *"Blurred Lines,"* featuring producer **Pharrell** and Atlanta rapper **T.I.**, is fair competition for Timberlake's current single with Jay-Z, *"Suit and Tie."* In this playful single, Thicke samples the famous **Marvin Gaye** hit, *"Got to Give it Up."*

*"Blurred Lines"* is a flirty song about Thicke and a woman, who portrays to be a good girl, sending signals back and forth to each other.

The contrasting styles of Thicke, Pharrel and T.I. blend together in the song to create a classy, feel-good product.

Even on this quirky, playful song, T.I. kills his verse and complements the song tremendously with his lyrical balance and swagger.

Thicke recently gave fans a sneak peek of what to expect from his album with the release of the grown and sexy music video for *"Blurred Lines."*

Thicke, Pharrell, T.I. and three diverse models seem to be having a good time in the video with innocent flirting, off-beat dance moves, random goats and T.I.'s **James Brown** dance impersonations.

Although *"Blurred Lines"* is a style of usual Thicke creations, the video and track have received mixed views from his fans so far.

Nevertheless, the video is funky and intriguing, and the song is a great peek of his album.

Check out the "Blurred Lines" music video and be the judge.

EXHIBITS TO BUSCH DEC. -398

# Exhibit 24

Many of today's hit songs are, uh, borrowed from old hit songs. Today! Robin Thicke and Marvin Gaye | The Tom Leykis Show



Navigation ≣

SHOP. CONNECT. ENJOY.
All from Earth's biggest selection.

Privacy

MANGRATE
CAST IRON GRILL GRATES
FOR THE GRILLERS ON YOUR GIFT LIST:
CLICK HERE FOR $19.99 HOLIDAY SPECIALS!
www.ManGrate.com
USE CODE: TOM

by **Tom Leykis** on June 9, 2013 in **Tom's Blog**



EXHIBITS TO BUSCH DEC. -400

Case 2:13-cv-06004-JAK-AGR   Document 196-11   Filed 01/13/15   Page 11 of 53   Page ID #:5736

[ ▶ ]

One of the hottest songs on today's pop charts is called *Blurred Lines* by Robin Thicke. Sound familiar? It should…assuming you've heard the song *Got To Give It Up* by the late Marvin Gaye. Press the play buttons of these two videos at the same time and layer them over each other if you don't believe me. What do you think?

 **About Tom Leykis**

View all posts by Tom Leykis →

## Subscribe

Subscribe to our e-mail newsletter to receive updates.

**Related Posts:**

EXHIBITS TO BUSCH DEC. -401

# Exhibit 25

1   Paul H. Duvall (SBN 73699)
    E-Mail: pduvall@kingballow.com
2   KING & BALLOW
    6540 Lusk Blvd., Suite 250
3   San Diego, CA 92121
    (858) 597-6000
4   Fax: (858) 597-6008
    Attorneys for Defendants and Counter-
5   Claimants Frankie Christian Gaye and
    Nona Marvisa Gaye
6

7   Mark L. Block (SBN 115457)
    E-Mail: mblock@wargofrench.com
8   WARGO & FRENCH LLP
    1888 Century Park East, Suite 1520
9   Los Angeles, CA 90067
    (310) 853-6355 Fax: (310) 853-6333
10  Attorneys for Defendants and Counter-
    Claimants Frankie Christian Gaye and
11  Nona Marvisa Gaye

Richard S. Busch (TN BPR 014594)
(pro hac vice)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456  Fax:  (615) 726-5417
Attorneys for Defendants and Counter-
Claimants Frankie Christian Gaye and Nona
Marvisa Gaye

Paul N. Philips (SBN 18792)
E-Mail: pnp@pnplegal.com
The Law Offices of Paul N. Philips
9255 West Sunset Boulevard
West Hollywood, CA 90069
(323)813-1126 Fax: (323) 854-6902
Attorney for Defendant and Counter-Claimant
Marvin Gaye III

12

13                    UNITED STATES DISTRICT COURT

14           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15   PHARRELL WILLIAMS, an
     individual; ROBIN THICKE, an
16   individual; and CLIFFORD HARRIS,
     JR., an individual,
17
              Plaintiffs,
18
     vs.
19
     BRIDGEPORT MUSIC, INC., a
20   Michigan corporation; FRANKIE
     CHRISTIAN GAYE, an individual;
21   MARVIN GAYE III, an individual;
     NONA MARVISA GAYE, an
22   individual; and DOES 1 through 10,
     inclusive,
23
              Defendants.
24

25   AND RELATED COUNTERCLAIMS

26

27

28

Case No. CV13-06004-JAK (AGRx)

Hon. John A. Kronstadt

**DECLARATION OF DR. MICHAEL ALLEYNE IN SUPPORT OF COUNTER-CLAIMANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTIONS *IN LIMINE***

Date: January 26, 2015
Time: 3:00 p.m.
Ctrm: 750

Action Commenced: August 15, 2013
Trial Date: February 10, 2015

1

## DECLARATION OF DR. MICHAEL ALLEYNE

I, Dr. Michael Alleyne, declare and state:

1.   The information contained in this Declaration is based upon my personal knowledge. If I am called as a witness, I am competent to testify to all matters set forth in this declaration.

2.   I have been asked to examine the commercial implications of the appropriation and infringement of Marvin Gaye's 1977 No. 1 single "Got to Give It Up" in the 2013 recording "Blurred Lines" by Robin Thicke featuring T.I. and Pharrell Williams.

3.   Attached hereto as **Exhibit A** is a true and correct copy of my Report.

4.   Attached hereto as **Exhibit B** is a true and correct copy of my Curriculum Vitae

5.   I am a professor in the Department of Recording Industry at Middle Tennessee State University. For more than a decade I have taught a course on International Recording Industry, which required the instruction of detailed and practical marketing plans for artists. These plans were designed to foster the application of sales-oriented skills, allowing students to create strategies to break acts into new markets. As a professor in the Department of Recording Industry at Middle Tennessee State University (MTSU) since 2000, I have also published numerous book chapters and journal articles on popular music and contributed several entries to the second edition of *Grove Dictionary of American Music* (2013). I am the author of *The Encyclopedia of Reggae: The Golden Age of Roots Reggae* (Sterling Publishing, 2012) and contributing editor of *Rhythm Revolution: A Chronological Anthology of American Popular Music* (Cognella Academic Publishing, 2013 & 2014).

7.   I have substantial experience in my academic work analyzing international sales, marketing strategies across multiple popular music genres, the custom and practice in the industry regarding record sales and marketing music, and how the marketing drives record sales. I am published in the area of creation and selling popular music. My entire

- 2 -

career has incorporated assessment of popular music commercialization and how compositional changes affect audience appeal.

8.    My work has included guest lectures in Jamaica, Barbados, England, Sweden and Germany, and the international presentation of conference papers on popular music including a study on the music of American R&B artist Marvin Gaye. I have served as the Distinguished Cultural Studies Lecturer & Scholar-in-Residence at the University of the West Indies, Trinidad (2005), and have been a doctoral thesis examiner for that institution's other campuses. Beyond Caribbean popular music, my academic work also encompasses topics ranging from the respective histories of the album cover and record production to the evolution of sound in film. My involvement with popular music also includes writer membership of ASCAP (American Society of Composers, Authors & Publishers) and PRS (Performing Right Society). I am also an Editorial Board member for the journal *Popular Music & Society*.

9.    Based on my analysis, which is fully set forth in my Report, the explicit marketing of "Blurred Lines" is an expansion of Marvin Gaye's creative legacy, and has intentionally capitalized on Marvin Gaye and "Got to Give it Up."

10.    I studied the interviews and the staggering amount of blog references on the association between "Blurred Lines" and "Got to Give It Up," as well as the absence of any corrective intervention from Universal Recordings and concluded the association with Marvin Gaye was considered a marketing assert by Plaintiffs.

11.    The marketing blitz and the blog activities executed pursuant to Universal's marketing plan are part of the custom and practice of promoting records.

12.    Encouraging references to Marvin Gaye and "Got to Give It Up" were deliberate choices made to drive sales of "Blurred Lines" by evoking this legendary performer and iconic song.

13.    Plaintiffs' exploited Marvin Gaye, his fame, name and likeness to their commercial benefit.

14.    The marketing and success of "Blurred Lines" has been extremely

- 3 -

1  commercially beneficial for Robin Thicke and Pharrell Williams.

2      15.  Mr. Thicke was a marginal artist before associating himself with Gaye and the

3  infringing works.

4      16.  None of Robin Thicke's singles, prior to "Blurred Lines," has achieved

5  remotely comparable sales success.

6      17.  Following "Blurred Lines," Thicke's sales performance has proceeded on a

7  steady decline.

8      18.  "Blurred Lines" clearly signifies a major improvement in Thicke's

9  commercial fortunes.

10      19.  The respective individual chart histories of Robin Thicke and Pharrell

11  Williams indisputably demonstrate that "Blurred Lines" represents an unprecedented

12  sales peak for both artists. Prior to the song's commercial success, neither Williams nor

13  Thicke for both artists. Prior to the song's commercial success, neither Williams nor

14  Thicke had attained significant consistently high singles sales, either domestically or

15  internationally.

16      20.  Based on my analysis, there was a conscious effort in using publicity in the

17  blogs addressing "Blurred Lines" to benefit from the notoriety of Marvin Gaye to propel

18  record sales. Marvin Gaye's remarkable artistic legacy and credibility in the music

19  business lends significant commercial value to the alignment of Robin Thicke and

20  Pharrell Williams with his musical work and their piggy-backing on it. There is a

21  significant confluence involving (i) widespread media emphasis on "Got to Give It Up"

22  as the direct musical source of "Blurred Lines," (ii) Thicke's and Williams's own

23  admissions to this effect in interviews, and (iii) several precedents for Thicke's prior use

24  of Marvin Gaye's material.

25      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

26  is true and correct. Executed this 13th day of January, 2015.

27      /s/ Dr. Michael Alleyne

        Dr. Michael Alleyne

28

- 4 -

# Exhibit A

# Mike**Alleyne**™
PROJECTS

## POPULAR MUSIC RESEARCH & CONSULTANCY
E-Mail: mike@mikealleyneprojects.com / mike.alleyne@mtsu.edu
Website: www.mikealleyneprojects.com

## Report:

## Qualifications

I am the author of *The Encyclopedia of Reggae: The Golden Age of Roots Reggae* (Sterling Publishing, 2012) and contributing editor of *Rhythm Revolution: A Chronological Anthology of American Popular Music* (Cognella Academic Publishing, 2013 & 2014). As a professor in the Department of Recording Industry at Middle Tennessee State University (MTSU) since 2000, I have also published numerous book chapters and journal articles on popular music and contributed several entries to the second edition of *Grove Dictionary of American Music* (2013).

My work has included guest lectures in Jamaica, Barbados, England, Sweden and Germany, and the international presentation of conference papers on popular music including a study on the music of American R&B artist Marvin Gaye. I have served as the Distinguished Cultural Studies Lecturer & Scholar-in-Residence at the University of the West Indies, Trinidad (2005), and have been a doctoral thesis examiner for that institution's other campuses. Beyond Caribbean popular music, my academic work also encompasses topics ranging from the respective histories of the album cover and record production to the evolution of sound in film. My involvement with popular music also

includes writer membership of ASCAP (American Society of Composers, Authors & Publishers) and PRS (Performing Right Society). I am also an Editorial Board member for the journal *Popular Music & Society*.

I have substantial experience in my academic work analyzing international sales, marketing strategies across multiple popular music genres, the custom and practice in the industry regarding record sales and marketing music, and how the marketing drives record sales. My entire career has incorporated assessment of popular music commercialization and how compositional changes affect audience appeal. For more than a decade I have taught a course on International Recording Industry, which required the instruction of detailed and practical marketing plans for artists. These plans were designed to foster the application of sales-oriented skills, allowing students to create strategies to break acts into new markets.

My further qualifications and publications are included in my attached CV.

My hourly rate is $200 for my expert services, including litigation support and deposition/trial testimony.

## Overview: The Marketing and Commercial Impact of "Blurred Lines"

- This report examines the commercial implications of the appropriation and infringement of Marvin Gaye's 1977 No. 1 single "Got to Give It Up" in the 2013 recording "Blurred Lines" by Robin Thicke featuring T.I. and Pharrell (also referred

**3**

to as Pharrell Williams). It discusses the extent to which the marketing and success of the single "Blurred Lines" has commercially benefitted the respective recording careers of its performers and writers Robin Thicke and Pharrell Williams, the latter of whom is also the song's producer. As of the end of September 2014, the "Blurred Lines" single had sold 7.2 million copies in the United States alone and approximately another 7 million copies outside of the United States.[1]

- As noted in the musicologists' reports, "Blurred Lines" demonstrates that fundamental creative choices made by the songs' creators resulted in a composition substantially similar to "Got to Give It Up." In addition to this creative emulation of Marvin Gaye's music, there were also deliberate, calculated strategic marketing choices made by Thicke, Williams, and Universal Music that reinforced the association of "Blurred Lines" with the R&B music legend and his number one single, "Got to Give it Up.".

- The report also considers the explicit marketing of "Blurred Lines" as an extension of Marvin Gaye's creative legacy, including the blogs and other press solicited and serviced by Universal Music, the other articles, and Robin Thicke's and Pharrell Williams's interviews referencing "Got to Give It Up" and Marvin Gaye almost immediately upon the single release of "Blurred Lines." These blogs and interviews were part of Universal's, Thicke's and Williams's marketing plan for "Blurred Lines"

---

[1] Ed Christman, "4 Lessons of Robin Thicke's Deposition," Billboard 19 Sept. 2014 http://www.billboard.com/biz/articles/news/6258890/4-lessons-of-robin-thickes-deposition

4

and vastly increased the success that accrued to the makers of "Blurred Lines."  The respective sales histories of Thicke and Williams as the song's co-performers and alleged co-writers are examined for contextual purposes. The analysis employs exact sales figures and chart data where available

- The marketing of "Blurred Lines" has explicitly and purposefully capitalized on Marvin Gaye's artistic credibility and in particular his number one hit song "Got to Give It Up." Thicke's direct association with Gaye's song in numerous interviews appears as part of a marketing plan intended to drive sales of "Blurred Lines" and Thicke's album by riding directly on the coattails of Marvin Gaye's legendary status and the high commercial impact of "Got to Give it Up."  As the New York Daily News observes,

> After all, the bane of this star's five-album career has been his out-sized ambition to slip into the plush, loverman shoes left vacant by the late Gaye.[2]

The blogs solicited by UMG echoed these sentiments and referenced Marvin Gaye and "Got to Give It Up" practically from the very release of the "Blurred Lines" single. Robin Thicke's interviews also persistently referred to Gaye's "Got to Give It Up" as the basis of "Blurred Lines." Elements of the record's marketing plan were described in the deposition of Nicole Bilzerian, Marketing Director of Universal Music, to whom the record has been assigned since its release.

---

[2] Jim Farber, "Robin Thicke's 'Blurred Lines': Album review," Daily News, 29 July 2013   http://www.nydailynews.com/entertainment/music-arts/robin-thicke-blurred-lines-album-review-article-1.1411756

Soliciting blogs has been a crucial part of this marketing plan, getting writers whose blogs are actively targeted by Universal Music for exposure to report on "Blurred Lines." This was a marketing plan to continually reference and evoke Marvin Gaye, capitalizing on the singer's popularity, notoriety, and creative credentials in order to drive the sales of "Blurred Lines." The whole marketing plan relied on referencing Marvin Gaye, introducing his name into mentions of "Blurred Lines," and from the start of the campaign it was both a combination of Robin Thicke's promotion and these blogs that were solicited, writing about "Blurred Lines." Ms. Bilzerian confirmed in her deposition that Thicke's interviews were also a central part of the marketing plan.[3] The overall intent was to reach influential internet blogs and create mainstream audience interest and media momentum.

- She states that the strategy for "Blurred Lines" began with the release of the music video which was licensed through Universal's Film & TV division. In her words "the time line goes for almost a year," adding that "this plan is truly one of the most robust and labor intensive plans that I've been a part of."

- The many illustrations of the blogs and interviews from Universal Music's list of targets referencing of Marvin Gaye' "Got to Give It Up" include the following examples concentrated around the time of "Blurred Lines" initial release and its

---

[3] Bilzerian Deposition at 65: 24

**6**

ascent on radio playlists and industry chart positions:  In his deposition, Thicke stated that "When I give interviews, I Tell whatever I want to say to help sell records."[4]

* March 20, 2013: The posting on HipHipWired.com stating "And of course, T.I. and Pharell [sic] get in on the action, swaying heavily to the beat, which samples Marvin Gaye's, "Got To Give It Up.""[5] Hip Hop Wired was listed on the Marketing Plan blog list.[6]

* March 21, 2013: The posting on www.collegedj.net emphasizes that "'Blurred Lines' sounds like a callback to Gaye's classic party record 'Got to Give It Up.'"[7]

* March 25, 2013: *Everything Exclusive* magazine states "Thicke samples the famous Marvin Gaye hit, 'Got to Give it Up.'"

* April 2, 2013: Zumic.com indicates that "Blurred Lines" "features the melody of Marvin Gaye's song 'Got to Give It Up.'"[8]

* May 6, 2013: VH1 posts a video interview in which Thicke asserted that "Pharrell and I went in the studio, and I had mentioned to him that one of my favorite songs of all-time is Marvin Gaye's 'Got To Give It Up.' So we tried to get a little groove like that going...."[9] Mr. Thicke's VH1 interview was featured as part of *Blurred Lines*'s

---

4   Thicke Deposition at 31: 17-19.
5   HipHopWired.com   http://hiphopwired.com/2013/03/20/robin-thicke-ft-pharrell-t-i-blurred-lines-video/
6 PCD 4154.
7   Collegedj.net,   http://www.collegedj.net/2013/03/21/r-n-b/robin-thicke-pharrell-ti-blurred-lines-video/
8   Zumic.com,   http://zumic.com/music-videos/11512/blurred-lines-robin-thicke-feat-t-i-and-pharrell-banned-music-video/
9 Mark Graham, "Robin Thicke On His Controversial 'Blurred Lines' Video: I Just Wanted To Break Every Rule," http://www.vh1.com/music/tuner/2013-05-06/robin-thicke-blurred-lines-interview/ . This interview actually took place on May 1, 2013.

marketing plan.[10]

* <u>May 7, 2013</u>: *GQ* magazine posts its interview with Robin Thicke online. When quizzed about the origins of "Blurred Lines" Thicke stated that "Pharrell and I were in the studio and I told him that one of my favorite songs of all time was Marvin Gaye's 'Got to Give It Up.' I was like, 'Damn, we should make something like that, something with that groove.' Then he started playing a little something and we literally wrote the song in about a half hour and recorded it."[11] Mr. Thicke's *GQ* interview was featured as part of *Blurred Lines*'s marketing plan.[12]

* <u>June 10, 2013</u>: Thicke is interviewed on the influential New York urban music radio station Hot 97. This interview took place prior to the existence of any dispute between Marvin Gaye's family and Thicke, Williams, and Universal Music being publicly known. The interviewers suggested that "Blurred Lines" feels like "Got to Give It Up, Part 2" and asked whether Thicke was attempting to create "the Marvin Gaye vibe." Thicke responds by stating "That's exactly what I went in. It's one of my favorite songs of all time. I went in and I was like 'You know, Pharrell, I'd love to make something like this, you know, a feel like 'Got to Give It Up,' and he started with the percussion trying to get that rhythm...." Mr. Thicke's Hot 97 interview was

---

[10] PCD 4142.

[11] Stelios Phili, "Robin Thicke on That Banned Video, Collaborating with 2 Chainz and Kendrick Lamar, and His New Film," <u>GQ</u> 7 May 2013 <u>http://www.gq.com/blogs/the-feed/2013/05/robin-thicke-interview-blurred-lines-music-video-collaborating-with-2-chainz-and-kendrick-lamar-mercy.html</u> ; A portion of a previous interview with Thicke was also broadcast on <u>CBS This Morning</u> on September 16, 2014, reiterating the sequence of studio events. In this interview, Thicke stated that "Pharrell and I had been in the studio a couple of days and one of my favorite songs of all time is Marvin Gaye's 'Got to Give It Up.' So I came in the studio and said 'Hey Pharrell, I wonder if we can't do something with this feel, this kind of spirit.'"

[12] PCD 4141.

featured as part of *Blurred Lines*'s marketing plan.[13]

* July 11, 2013: *Britain's Daily Mail Online* identifies the "funky cowbell and lifts from Marvin Gaye's 'Got to Give It Up'" [14]

* July 29, 2013: *New York's Daily News* indicts Thicke by observing that "The opening salvo mimics the insinuating bass line and clinking percussion from Marvin Gaye's 1977 classic 'Got to Give It Up' – the last things Mr. Thicke should swipe."[15]

* July 29, 2013: *Spin* likewise indicts Williams by observing that "Just as he'd boosted Chuck Brown's 'Bustin' Loose' for Nelly's 'Hot in Herrre' more than a decade ago, Pharrell revamped Mavin Gaye's 'Got to Give It Up Pt. 1' for a throwback too buoyant to be truly retro."[16]

* July 30, 2013: *USA Today* clearly states that "Blurred Lines" is "modeled after Gaye's 'Got to Give It Up.'" [17]

* August 5, 2013: Soultrain.com stresses that if "Blurred Lines" sounds familiar "it's because Thicke and Williams wanted the songs to remind listeners of Marvin Gaye's 'Got to Give It Up.'"[18]

---

[13] PCD 4142.
[14] Adrian Thrills, "Album of the week: Robin Thicke's got soul, but it's time to grow up," Mail Online   http://www.dailymail.co.uk/tvshowbiz/article-2360952/Robin-Thicke-Blurred-Lines-review--Thickes-got-soul-time-grow-up.html.
[15] Farber.
[16] Keith Harris, Robin Thicke's 'Blurred Lines' Is the Album Justin Timberlake Was Too Famous to Make,   http://www.spin.com/reviews/robin-thicke-blurred-lines-justin-timberlake/
[17] Elysa Gardner, "On 'Blurred Lines,' Robin Thicke's vision is clear," usatoday.com http://www.usatoday.com/story/life/music/2013/07/29/robin-thicke-interview-blurred-lines/2575857/
[18] Stephanie Penn, "Album Review: Robin Thicke's 'Blurred Lines," http://soultrain.com/2013/08/05/album-review-robin-thickes-blurred-lines/

**9**

- Ms. Bilzerian also stated that Robin Thicke's music is typically purchased by an Urban Adult demographic, an R&B and soul music audience which she recognizes places Marvin Gaye at the pinnacle of the genre as one of its most important artists. According to her, Universal "did target that audience" in its marketing plan.[19] Despite the many occurrences, and despite the fact that it was her job to carefully supervise and follow the marketing activities of Robin Thicke, when asked whether she was aware of blog posts mentioning the similarities between Marvin Gaye's "Got to Give It Up" and "Blurred Lines," Ms. Bilzerian maintained that she was unable to recall one at the time.

- Pharrell Williams also boasted about the Marvin Gaye/"Got to Give It Up" parallels, stating "I was trying to pretend that I was Marvin Gaye…."[20] Williams also stated that "Got to Give it Up" inspired him in creating "Blurred Lines."[21]

- The accumulation of blog references to the association between the two songs and the absence of any corrective intervention from Universal demonstrates that the association with Marvin Gaye was considered a marketing asset by Universal Music, Robin Thicke, and the other Plaintiffs and Counter-Defendants. This marketing blitz and the blog activities are part of the custom and practice of promoting records, and

---

[19] Bilzerian Deposition at 84: 22-23.

[20] Dan Rhys, "Pharrell Has Found His Happy Place," XXL http://www.xxlmag.com/news/2014/03/pharrell-found-happy-place-mainstream/

[21] Ashley Williams, "Exclusive: Pharrell Williams Admits 'Blurred Lines' Was Inspired By Marvin Gaye's 'Got to Give It Up'", HipHollywood.com, http://hiphollywood.com/2013/10/marvin-gayes-children-sue-robin-thicke-pharrell-williams-t-blurred-lines/

the reference to Marvin Gaye and "Got to Give it Up" were deliberate choices made to drive sales of "Blurred Lines" by evoking this legendary performer and iconic song. Indeed, Harry Weinger, Vice President of A&R for Universal Music Enterprises, the catalog reissue arm of Universal Music Group, and a division of Counter-Defendant UMG Recordings Inc., tweeted on two occasions the following:

- o  On April 2, 2013, right around the time "Blurred Lines" was released, and while the blogosphere was recognizing the similarity of "Blurred Lines" to "Got to Give it Up," Mr. Weinger tweeted, "Got To Give It Up is a stone groove but the deep charm is its vulnerability #MarvinGaye kickin' at 75 @ClassicMotown."[22]

- o  On August 23, 2013, Mr. Weinger tweeted a link to the *Rolling Stone* article "Robin Thicke, You're No Marvin Gaye" by David Ritz.[23] The first paragraph of that article stated:

> When I first heard Robin Thicke's "Blurred Lines," my reaction was the same as millions of other R&B fans: *"Hey, that's Marvin Gaye's 'Got to Give It Up.'"* Thicke and company not only copped Gaye's distinct bass line, but the defining funk of the cowbell accents. I wasn't entirely surprised, since some years earlier Thicke's "Love After War" was a virtual lift of Marvin's "After the Dance" — just as his "Million Dolla Baby" shamelessly copied Gaye's "Trouble Man."

---

[22]  Harry Weinger, @harryweinger,   April  2,  2013,  10:07AM,  Tweet, https://twitter.com/harryweinger/status/451360218971402240
[23]  Harry Weinger, @harryweinger, August 23, 2013, 3:46PM, Tweet, https://twitter.com/harryweinger/status/370995374255005696; David Ritz, "Robin Thicke, You're No Marvin Gaye," Rolling Stone 23 Aug. 2013 http://www.rollingstone.com/music/news/robin-thicke-youre-no-marvin-gaye-20130823

- All of these references to Marvin Gaye and "Got to Give it Up," discussed above, through a proven marketing plan, clearly drove record sales of "Blurred Lines," and was an inextricable proximate cause of those sales.

## The Historical Significance of Marvin Gaye

Marvin Gaye is one of popular music's most highly regarded recording artists and composers who also distinguished himself as an iconic performer, producer, and multi-instrumentalist. Even prior to his Hot 100 singles chart debut as a solo artist for Motown Records in October 1962 with "Stubborn Kind of Fellow," he had been working with the company as a session drummer, pianist and occasional background vocalist.[24]

The degree to which Gaye is inextricably connected with Motown stems from his work at the label's inception and the fact that his debut solo album *The Soulful Moods of Marvin Gaye* was only its second release.[25] Parallel to establishing and consolidating his solo career, Marvin Gaye also demonstrated his skills as the consummate duet vocalist, and between 1964 and 1974, his catalog of hit pop and R&B singles includes hit collaborations with Kim Weston (1964-1967), Tammi Terrell (1967-1970), and Diana Ross (1974).

Gaye's twenty-fourth Top 40 hit "I Heard It Through the Grapevine" was his first chart-topping single in 1968, and his intense reinterpretation of the previously recorded song established him as a premier pop performer. His notable commercial success in the

---

[24] David Ritz, *Divided Soul: The Life of Marvin Gaye*. New York: Da Capo, 1991, 63, 70. According to producer Clarence Paul, "Marvin had more talents than anyone else up there" (70); also see Phil Hardy and Dave Laing, The Faber Companion to 20th Century Popular Music (London: Faber, 1992) 300.
[25] Dafydd Rees and Luke Crampton, Q Rock Stars Encyclopedia (New York: Dorling Kindersley, 1999) 402.

1960s, charting seven albums as a solo artist, was extended in the 1970s, a decade that ultimately reshaped and redefined Marvin Gaye's musical identity.

The phase of his career from 1971 to 1977 witnessed his creative peak with Motown as his solo records consistently achieved commercial prominence and critical acclaim while providing ample evidence of Gaye's artistic evolution. He was one of the artists that established the notion of the black singer/songwriter and producer in the 1970s, exerting maximum control over his work so that the resulting releases were authentic representations of his individual creative vision rather than assembly-line factory product. 1971's *What's Going On* represented a definitive sociopolitical statement that simultaneously established his creative independence, expanding his recording persona beyond the confines of his debonair ladies man image.

Against the wishes of Motown, Gaye pursued an independent artistic goal which ironically reaped considerable commercial benefits.[26] All of this occurred at a time when artist self-production was a rare occurrence in the recording industry. Gaye sternly refused to record further music for Motown until the label overcame its considerable reservations to accept and release *What's Going On*. In so doing, Gaye was not only vindicated by the commercial fulfillment of his creative vision with his first top ten album, but he also became an exemplary advocate for artistically committed artists refusing to yield to record label marketplace preferences. Gaye's influence on later generations is emphasized by the vast number of cover versions and sampled segments of songs from this million-selling record that have continually appeared since its release

---

[26] In Ben Edmonds liner notes for the Deluxe Edition reissue of <u>What's Going On</u>, he recalls that it was "The company's first gatefold cover for a single album" and "also its first to print lyrics," thereby making it a groundbreaking record even beyond its musical content.

decades ago. In specific terms of the record's artistic innovation, it's noted that "Marvin Gaye was among the first to take advantage of additional tracks by filling them with variations of his own voice,"[27] and the distinct vocal multitracking techniques he applied on this record formed an essential part of his identity as a solo artist from this point onwards. *What's Going On* was also one of the first Motown albums to credit its session musicians.[28]

Gaye was one of the few black popular music artists in the 1970s to create a high-profile movie soundtrack album with the release of *Trouble Man* in 1972 which reached the top twenty. As perhaps the ultimate musical statement on sensuality, 1973's album *Let's Get It On* peaked at No. 2, while its title track topped the pop charts lending additional momentum to this stage of Gaye's career. A hiatus of three years between studio releases was broken by the album *I Want You* that reached No. 4, powerfully extending many of the romantic themes of its predecessor. His next release, the 1977 *Live at the London Palladium* album was propelled to the No. 3 position by Gaye's third No. 1 pop hit, the disco-inflected "Got to Give it Up (Pt.1)," the record's only studio track. The song has been repeatedly covered and sampled by numerous jazz and R&B performers. This is one of Gaye's most distinctive compositions, made more unique by the use of unconventional percussion to accentuate its rhythm.[29] Emerging from a disco era of hits which often lacked longevity, "Got to Give It Up" is considered an instantly recognizable

[27] Ritz, Divided Soul 138, 149.
[28] Vince Aletti, Review. What's Going On. Rolling Stone, 5 Aug. 1971, 43-44.
[29] Joel Whitburn, The Billboard Book of Number One Rhythm & Blues Hits (New York: Billboard, 1993) 221. Gaye is described by recording engineer Art Stewart as "doing crazy things like banging on a half-filled grapefruit juice bottle for rhythm."

dance music classic. Gaye has been described as "crafting an idiosyncratic groove completely foreign from the four-on-the-floor beat that typified disco."[30]

Following the dissolution of his business ties with Motown, Gaye's comeback album *Midnight Love* was released in late 1982. This last official studio album was his best selling release, going triple platinum and generating critical enthusiasm. By one estimate, "it certified that Gaye had lost none of his musical intelligence or commercial acumen."[31] The single "Sexual Healing" peaked at #3, becoming the largest selling single of his career with over 2 million copies sold.

Apart from being a commercial success, the song further demonstrated Gaye's innovation with his tasteful and unconventional applications of synthesizers and drum programming, which subsequently influenced several R&B releases by other artists.[32] This also echoed his compositional individuality displayed years earlier on the rhythmic peculiarities and "infectious groove"[33] of "Got to Give It Up," Both songs exemplified Gaye's ability to make uncommon creative and compositional choices that generated commercial success. "Sexual Healing" crowned his career with his first Grammy awards in 1983 for Best R&B Vocal Performance and Best Instrumental Performance, providing a fitting end to an incomparable recording career shortened by his tragic death in 1984. Marvin Gaye's legendary status was underlined when he was inducted into the Rock & Roll Hall of Fame in 1987 and given a Grammy Lifetime Achievement award in 1996.

---

[30] David Ritz, "Robin Thicke, You're No Marvin Gaye," <u>Rolling Stone</u> 23 Aug. 2013 http://www.rollingstone.com/music/news/robin-thicke-youre-no-marvin-gaye-20130823
[31] George 97.
[32] Mike Alleyne, "A Production Case Study of Marvin Gaye's 'Sexual Healing'," <u>Journal of The Art of Record Production</u> http://www.artofrecordproduction.com/content/view/218/114/
[33] Ritz, "Robin Thicke."

## "Blurred Lines" and Similarities to Marvin Gaye's "Got to Give It Up"

"Blurred Lines" is further evidence of a pattern in which Robin Thicke has utilized Marvin Gaye's compositions to enhance his credibility and authenticity in the R&B world. The fact that Thicke is signed to Pharrell's Star Trak record label at least partially implicates the latter in the recurrent creative choices. Other notable examples include "Trouble Man" (the title track from Gaye's 1972 soundtrack album) on Thicke's "Million Dollar Baby" (from his 2009 album *Sex Therapy*, the very title of which draws on Gaye's massively successful 1982 single "Sexual Healing"). Although in this instance Gaye is credited as a co-writer, the song rests entirely on the structure and musical characteristics of his original composition.

Such instances are not isolated in Thicke's recorded repertoire, with other cited examples involving two songs from Gaye's 1976 album *I Want You*: parts of the title track are duplicated on "Make U Love Me" (2009) and "Love After War" (2011) utilizes Gaye's composition "After the Dance." Time magazine has suggested a similarity between Thicke's 2006 hit "Lost Without U" and Gaye's "I Want You" (1976).[34] Thicke's fixation[35] on Marvin Gaye has further extended to his 2013 rendition of the National Anthem on the television show *Real Husbands of Hollywood*,[36] echoing Gaye's memorable performance thirty years earlier. It is also incidentally relevant that rapper T.I.

---

[34] Lily Rothman, "Robin Thicke's Copyright Drama Continues," Time 27 Nov. 2013 http://entertainment.time.com/2013/11/27/robin-thickes-copyright-drama-continues/
[35] Andy Kellman, Review, "Blurred Lines." http://www.allmusic.com/album/blurred-lines-mw0002518827
[36] BET.com, http://www.bet.com/video/the-real-husbands-of-hollywood/season-1/exclusives/sneak-peek-episode-105-s3.html

who is a credited feature artist on "Blurred Lines" also sampled Marvin Gaye's "Trouble Man" composition, even making it the title track of his 2012 album which begins with twenty seconds of the original recording.[37] This illustrates habitual use of Gaye's works which has now been collectively exploited with Robin Thicke, Pharrell Williams, and T.I. on "Blurred Lines." As David Ritz, the late singer's biographer stated in a *Rolling Stone* magazine guest editorial, "Marvin has become to soul singers what John Coltrane became to saxophonists: the undisputed master."[38]

As discussed above, references to "Blurred Lines" 'sampling' and copying[39] "Got to Give It Up" are so pervasive in the reviews and blogs about the record that most writers discussing Thicke's recording are compelled to highlight the unavoidable similarities between the two works. This demonstrates that the perceived infringement of Marvin Gaye's work actually has a basis in fact for both music critics and average listeners in the general public.

---

[37] Erika Ramirez, "Backbeat: T.I. Brings Together Atlantic Execs, Media For 'Trouble Man' NYC Listening Party," Billboard 25 Oct. 2012 http://www.billboard.com/biz/articles/backbeat/1083277/backbeat-ti-brings-together-atlantic-execs-media-for-trouble-man-nyc ; T.I.'s album *Trouble Man: Heavy is the Head* made its chart debut at No. 2 in December 2012 and was listed at No. 50 on the *Billboard* chart of top selling albums for 2013. The record achieved Gold certification, selling over 529,000 copies.

[38] Ritz, "Robin Thicke"; Harry Weinger. "Got To Give It Up is a stone groove but the deep charm is its vulnerability," 2 Apr. 2014, 10:07 a.m. Weinger is the Vice President of Universal Music Enterprises which curates and reissues Motown Records releases.

[39] The term 'sampling' presently has connotations beyond its original meaning in relation to popular music. While initial uses of the term in the 1980s stemmed from the digital reproduction of segments of actual sound recordings, its mainstream application in the twenty-first century now also encompasses interpolation of a pre-existing musical composition. The instance cited here refers to the latter meaning.

Robin Thicke's "Blurred Lines" has been described as sounding like "a clipped sampling of Marvin Gaye's 'Got to Give it Up'"[40] that replicates the composition's numerous distinctive components. Most significantly, in his May 2013 interview with GQ magazine, Thicke disclosed the extent to which "Got to Give It Up" was the conceptual and compositional basis for "Blurred Lines":

> Pharrell and I were in the studio and I told him that one of my favorite songs of all time was Marvin Gaye's "Got to Give It Up." I was like, 'Damn, we should make something like that, something with that groove.'[41]

The apparent speed ("about a half hour"[42] by one of Thicke's estimates) with which the 'composition' was completed further suggests that Thicke and Williams were operating from the pre-existing template of Gaye's song. The substantial similarity is readily evident in "Blurred Lines" duplicating distinctive compositional elements. Such similarities cited in the musicologist's report of Judith Finell include (1) signature phrase in main vocal melodies; (2) hooks; (3) hooks with backup vocals; (4) core theme, or "Theme X;" (5) backup hooks; (6) bass melodies; (7) keyboard parts; and (8) unusual percussion choices., Finell also discusses "Similarities newly uncovered that imply that 'Got to Give It Up' served as a template for the design and character of 'Blurred Lines,'" asserting that "The link between the two works is undeniable...."[44]

---

[40] Mixtape Maestro http://mixtapemaestro.net/2013/03/robin-thicke-featuring-t-i-pharrell-blurred-line.html
[41] Phili,
[42] Phili.
[44] Judith Finell, "Preliminary Report: Comparison of 'Got to Give It Up' and 'Blurred Lines.'" 17 Oct. 2013. Judith Finell, "Report: Full Comparison of 'Got to Give It Up' with 'Blurred Lines'" 31 Oct. 2014.

Finell also identifies similarities in (i) the use of falsetto in the vocal parts; (ii) the use of party noises as accompanying sound; and (iii) the omission of a guitar from the instrumental scoring.[45]

As noted in another blog,

> Robin Thicke has acknowledged that for "Blurred Lines," he and producer Pharrell Williams were intentionally trying to make "something with that groove," referring to Marvin Gaye's funky 70's classic "Got To Give It Up".... From the cowbell, vintage-sounding snare and keys to the studio chatter, falsetto crooning and ad libs, "Blurred Lines"... definitely pushes the boundaries of what qualifies as a "tribute" track.[46]

In a September 30th 2014 interview with Howard Stern, when asked about the validity of the copyright infringement legal action against Thicke, former Motown legend Smokey Robinson unequivocally asserted that "part of the melody is in there, and when you hear the track to 'Blurred Lines' it's 'Got to Give It Up.'"[47] Robinson was also queried about his initial response to hearing the Thicke recording and whether he thought it was a 'rip-off.' He provides explicit affirmation, stating "Absolutely, I said that," and even adds that he spoke to Robin Thicke about it.[48] Thicke's subsequent denials that "Got to Give It Up" was the basis for "Blurred Lines" contradict not only his own pre-lawsuit interviews, but also the *de facto* replication of Gaye's work.

Robinson's credible observation that "Blurred Lines" steals directly from 'Got to Give It Up" is a major indictment. His recording career with Motown began at almost the same time as Gaye's in the early 1960s, and spanned Gaye's entire tenure as a Motown artist which ended in 1978. Moreover, Robinson's close musical relationship with Gaye

---

[45] Finell, "Preliminary Report."
[46] Same That Tune  http://www.samethattune.com/got-give-it-marvin-gaye-vs-blurred-lines-robin-thicke
[47] Howard Stern Show, Sirius XM Radio. 30 Sept. 2014. Radio.
[48] Howard Stern Show, Sirius XM Radio. 30 Sept. 2014. Radio

encompassed successfully working with him as a producer, and giving the singer his first

No.1 R&B hit in 1965.[49] As a first-hand witness to Marvin Gaye's musical evolution at

Motown, he is in a unique position to authoritatively assert the character of his music.

Recognizing the significant marketing value of an association with Marvin Gaye,

Robin Thicke and his co-defendants publicly maintained this affiliation. In his deposition,

Thicke states that Marvin Gaye is not a dominant influence on his music, however when

he's challenged as to why he would previously have said otherwise if it were not true, the

singer states:

> It depends on what the lead-in was. And I've been compared to — I've
> been called the 'white Marvin Gaye' since I was — since I got started. So I
> think I've embraced that, consider it an honor.
>
> And so — so sometimes, if someone is leading you into, you know, being
> compared to or connecting with Marvin Gaye, I might embellish.[50]

The widespread blog references to "Got to Give It Up" reinforced the marketing

plan to exploit the commercial value of such an association with a song that already

topped the U.S. singles chart and had generated decades of catalog sales. By affiliating

himself with Marvin Gaye, Thicke sought to boost his authenticity from his cultural

position as a white R&B singer.

## U.S. CHART HISTORIES: Robin Thicke & Pharrell Williams

### ROBIN THICKE: SINGLES & ALBUMS

### Key Points:

---

[49] Steve Turner, Trouble Man: The Life and Death of Marvin Gaye ( New York: Ecco,
2000) 85-86.
[50] Thicke Deposition at 74: 12-19.

- None of Robin Thicke's singles prior to "Blurred Lines" had achieved remotely comparable sales success.[51]

- Thicke had only scored two Top 40 solo singles up to 2011. Five out of six singles immediately preceding the release of "Blurred Lines" failed to even register on the *Billboard* Hot 100 chart.

## "Blurred Lines": U.S Commercial Impact

- In America, "Blurred Lines" has sold 7.2 million copies. According to *Billboard* magazine, "No song spent more time atop the *Billboard* Hot 100 last year than Robin Thicke's "Blurred Lines," which logged 12 weeks at No. 1 and set the all-time record for radio audience when it reached 229 million listeners in a week."[52]

## "Blurred Lines": International Commercial Impact

- According to IFPI (international Federation of the Phonographic Industry) which is an association of national recording industry associations, "Blurred Lines" was

---

[51] Whitburn, <u>Top Pop Singles 1955-2012</u>. 836.
[52] Gail Mitchell, "'Notice to Black Artists': Behind R&B's Struggle at Radio & The Letter That Has the Industry Buzzing," <u>Billboard</u> 21 Feb. 2014 <u>http://www.billboard.com/biz/articles/news/chart-alert/5915592/notice-to-black-artists-behind-rbs-struggle-at-radio-the</u>

2013's biggest-selling single globally, registering over 14.8 million units in a year when overall industry revenues declined by 4 percent.[53]

- IFPI notes that the song reached No. 1 in 80 countries to top the list of Global Top Selling Digital Singles in 2013.[54]  The *Blurred Lines* album, propelled by the single's success, sold 1.2 million copies worldwide and was ranked at No. 34 in the IFPI list of Global Top 50 Albums of 2013.[55]

## 2013 Global Singles Charts[56] (Individual Country Sales Figures Not Verifiable)

| Country | Year-End Chart Ranking | Country | Year-End Chart Ranking |
|---|---|---|---|
| U.S | 1 | Portugal | 6 |
| Canada | 1 | Spain | 4 |
| Austria | 2 | Switzerland | 2 |
| Belgium | 3 | U.K. | 1 |
| Denmark | 3 | Australia | 2 |
| France | 2 | New Zealand | 1 |
| Germany | 2 | Mexico | 6 |

---

[53] Richard Smirke, "IFPI Music Report 2014: Global Recorded Music Revenues Fall 4%, Streaming and Subs Hit $1 Billion," Billboard 18 March 2014 http://www.billboard.com/biz/articles/news/global/5937645/ifpi-music-report-2014-global-recorded-music-revenues-fall-4
[54] IFPI Recording Industry in Numbers: 2014 Edition, 15.
[55] IFPI Recording Industry in Numbers: 2014 Edition, 13.
[56] IFPI Recording Industry in Numbers: 2014 Edition.

| Ireland | 1 | S. Africa | 4 |
|---------|---|-----------|---|
| Italy | 4 | | |
| Netherlands | 2 | | |
| Norway | 5 | | |
| Poland | 5 | | |

- Year-end sales figures in the U.K. confirmed that "'Blurred Lines' sold more than 1.54 million copies since it debuted at No. 1 in Britain in June 2013, subsequently topping the charts on five separate occasions.[57] The song spent five weeks in the top spot, making it the longest running No. 1 hit of 2013."[58] The song's sales made it the

---

[57] Lars Brandle, "Robin Thicke's 'Blurred Lines' Tops Britain's All-Time Downloaded Chart," <u>Billboard</u> 23 April 2014 <u>http://www.billboard.com/biz/articles/news/chart-alert/6062855/robin-thickes-blurred-lines-tops-britains-all-time-downloaded</u>
[58] Georg Szalai, "U.K 2013 Albums Sales Drop As Streaming, Singles Spike," <u>Billboard</u> 2 Jan. 2014. 24 Sept. 2014 <u>http://www.billboard.com/biz/articles/news/digital-and-mobile/5855122/uk-2013-albums-sales-drop-as-streaming-singles-spike</u>

year's top selling single in Britain, achieving Double Platinum certification.[59] The *Daily Mail* newspaper notes that prior to this Thicke had "spent a decade trying to crack Britain."[60]

- In April 2014, it was announced that "Blurred Lines" had become "the most downloaded track of all-time in the United Kingdom." This status has since been ironically superseded by Pharrell Williams' "Happy." The "Blurred Lines" music video has been viewed more than 346,000,000 times on YouTube alone.

- As the available listed figures indicate, "Blurred Lines" has vastly outsold any previous Robin Thicke single, suggesting that his alignment with and utilization of Marvin Gaye's number one hit "Got to Give it Up" and the specific similarities to "Got to Give It Up" was pivotal in creating this unprecedented scenario.

## U.S. CHART SINGLES: ROBIN THICKE[61]

| Year | Title | Sales | Hot 100 |
|------|-------|-------|---------|
| 2005 | Wanna Love You Girl | 239,056 | 34 |

---

[59] According to the British Phonographic Industry, the U.K. Platinum certification threshold for singles is 600,000 copies (as opposed to the U.S. threshold of 1 million copies).
[60] Thrills, <u>Mail Online</u>.
[61] Unless specified otherwise, all figures in this report reflect U.S. sales data available at the end of September 2014 primarily from Nielsen SoundScan, and exclude special editions of the cited releases.

| 2006 | Lost Without U | 954,000[62] | 14 |
|------|----------------|-------------|-----|
| 2007 | Can U Believe | N/A[63] | 99 |
| 2008 | Magic | 640 | 59 |
| 2008 | The Sweetest Love | N/A | 105[64] |
| 2009 | Somebody to Love (Leighton Meester ft. Robin Thicke) | N/A | 111 |
| 2010 | Sex Therapy | N/A | 54 |
| 2010 | It's In The Mornin' (ft. Snoop Dogg) | N/A | 117 |
| 2011 | Pretty Lil' Heart (ft. Lil Wayne) | N/A | 106 |
| 2011 | Love After War | N/A | 105 |
| 2013 | Blurred Lines | 7.2 million | 1 |
| 2013 | Give It 2 U (featuring Kendrick Lamar) | N/A | 13 |
| 2013 | Feel Good | N/A | 37 |
| 2014 | Get Her Back | N/A | 82 |

## U.S. CHART ALBUMS: ROBIN THICKE

Key Points:

- The *Blurred Lines* album was Thicke's first-ever No. 1 on the Billboard Top 200 after a decade of recording. It's also his first album since 2006 to surpass the gold certification threshold of 500,000 copies with sales of over 750,000 copies. In the

---

[62] Paul Grein, "Week Ending June 30, 2013. Songs: Macklemore's Timely Hit," Chart Watch: Yahoo Music, 3 July 2013 https://music.yahoo.com/blogs/chart-watch/week-ending-june-30-2013-songs-macklemore-timely-194709084.html

[63] The sales figures were not available from SoundScan.

[64] Whitburn, Top Pop Singles 1955-2012. 8. All singles listed here with chart peaks below 100 are documented as part of Billboard's Bubbling Under the Hot 100 Chart. Billboard magazine began this supplementary chart listing in 1959 to identify records with "relative potential to earn an early listing on the Hot 100."

existing climate of rapidly declining record sales, this amount is significant,
particularly in the context of no platinum certifications (for sales of over 1 million
copies) occurring in 2014 by the end of October.[65]

- Sales of each of Thicke's three albums preceding *Blurred Lines* (from 2008 to 2011)
  showed progressive commercial decline, as did his post-*Blurred Lines* album..

Chronological Analysis of Thicke's Solo Albums Before *Blurred Lines*

- Thicke's debut album was *A Beautiful World* (Nu America/Interscope Records) in
  2003 which spent only one week on the Billboard Top 200, peaking at No. 152.[66]

- In contrast, his 2006 follow-up release *The Evolution of Robin Thicke* (Star
  Trak/Interscope Records) achieved a No. 5 peak, achieving platinum certification.

- Thicke's third album *Something Else* (Star Trak/Interscope Records) also penetrated
  the upper reaches of the charts peaking at No. 3 in 2008, however its sales were
  significantly lower than its predecessor.  It had not yet achieved Gold certification
  (500,000 copies) by September 2014, selling just over 484,000 copies.

---

[65] Ed Christman, "SoundScan's Third-Quarter Numbers in One Word: Bleak," Billboard
10 Oct. 2014 http://www.billboard.com/biz/articles/news/retail/6281506/soundscans-
third-quarter-numbers-in-one-word-bleak. Billboard notes that the only album to pass the
one million mark was the *Frozen* soundtrack, but no individual artist albums have sold so
well.
[66] No independently verifiable published sales figures were available, though some
sources claim the record sold in the region of 63,000 copies.

**26**

- 2009's *Sex Therapy: The Experience* (Star Trak/Interscope Records) similarly stalled below the Gold certification threshold at 478,951 (Sept. 26, 2014) debuting in its peak chart position at No. 9.

- Thicke's 2011 release *Love After War* (Star Trak/Geffen Records) witnessed further commercial decline selling 212,000 copies, only reaching No. 21 during its brief chart tenure.

- In August 2013, more than 10 years after the release of his debut album, Robin Thicke scored his first chart topping album on the Billboard Top 200 with *Blurred Lines* named after its title track. It sold 177,000 copies in the wake of the single's success, making it Thicke's "best sales week ever." The album debuted at #1[67] clearly signifying a major improvement in his commercial fortunes with sales of over 749,000 copies by September 2014.

## U.S. CHART ALBUMS: ROBIN THICKE
### Sales & Chart Data

## PHARRELL WILLIAMS

### SINGLES

### Summary of Hot 100 Singles Chart Performance Before "Blurred Lines."

---

[67] Keith Caulfield, "Robin Thicke Gets First No. 1 Album on Billboard 200," Billboard 7 August 2013 http://www.billboard.com/biz/articles/news/chart-alert/5638312/robin-thicke-gets-first-no-1-album-on-billboard-200-five

27

- By December 2008, Pharrell had only secured three hit singles as a featured solo artist. Before 2013, his most successful single was also his first solo hit single released in 2003 – a full decade before "Blurred Lines" which catapulted his career. That hit single was "Frontin" featuring rapper Jay-Z. The song peaked at #5, spent 23 weeks on the charts and sold over 51,000 copies. Subsequent chart singles in 2005 ("Can I Have It Like That" featuring Gwen Stefani) and 2006 ("Number One") were markedly less successful, both in terms of numbers of units sold and chart positions.

- Williams's singles chart presence before "Blurred Lines" was more ubiquitous as a guest artist on singles by other acts. Such appearances yielded five Top 40 hits between 2002 and 2006 including two chart-topping records, but the biggest seller of these reportedly only registered little more than 32,000 copies.

- The impact of "Blurred Lines" has also contributed to the music market's willingness to adopt newer recordings by Williams. By July 2014, the single "Happy" had sold 5.6 million copies in the U.S. after topping the charts for 10 weeks. In September, it became "the most downloaded track ever in the U.K." selling 1.6 million copies. Its commercial success paved the way for his album G I R L to debut at No. 1 on the British charts in March.[68]

---

[68] George Szalai, "Pharrell Overtakes Robin Thicke for Most Downloaded Track Ever in U.K.," <u>Billboard</u> 10 Sept. 2014 <u>http://www.billboard.com/biz/articles/news/digital-and-mobile/6244188/pharrell-most-downloaded-song-official-charts</u>

28

- The list of Pharrell's charted singles as a solo act and guest performer from 2002 to 2014 with respective sales is as follows:

## U.S. CHART SINGLES: PHARRELL WILLIAMS
## SOLO ARTIST

| Year | Title | Artist | Sales | Peak |
|------|-------|--------|-------|------|
| 2003 | Frontin' | Pharrell (Feat. Jay-Z) | 51,745 | 5 |
| 2005 | Can I Have It Like That | Pharrell (Feat. Gwen Stefani) | 5,607 | 49 |
| 2006 | Number One | Pharrell (Feat. Kanye West) | 3,542 | 57 |
| 2013 | Happy | Pharrell Williams | 6 million[69] | 1 |
| 2014 | Come Get It Bae | Pharrell Williams | 522,574 | — |

## PHARRELL WILLIAMS AS GUEST ARTIST
## U.S. CHART SINGLES

| Year | Title | Artist | Sales | Peak |
|------|-------|--------|-------|------|
| 2002 | Pass the Courvoisier | Busta Rhymes ft. P. Diddy & Pharrell | 32,330 | 11 |
| 2002 | Boys | Britney Spears ft. Pharrell | 1,760 | 122 |
| 2003 | Beautiful | Snoop Dogg ft. Pharrell & Charlie Wilson | 23,622 | 6 |
| 2003 | Senorita | Justin Timberlake ft. Pharrell | 1,994 | 27 |
| 2003 | Light Your Ass On Fire | Busta Rhymes ft. Pharrell | 13,219 | 58 |

---

[69] Figures from the Recording Industry Association of America, riaa.com

| 2004 | Drop It Like It's Hot | Snoop Dogg ft. Pharrell | 28,952 | 1 |
| 2006 | Money Maker | Ludacris ft. Pharrell | N/A[70] | 1 |
| 2008 | I Know | Jay-Z ft. Pharrell | N/A | 118 |
| 2008 | Universal Mind Control | Common ft. Pharrell | N/A | 62 |
| 2013 | Blurred Lines | Robin Thicke (ft. Pharrell & T.I.) | 6,855,263 | 1 |
| 2013 | Get Lucky | Daft Punk ft. Pharrell Williams | 4 million[71] | 2 |

- In the case of the 2013 Daft Punk single "Get Lucky" on which Pharrell Williams appears as a guest artist and co-writer, the song revisits the sound of the disco-era group Chic[72] that scored its first hit in 1977, the same year in which "Got to Give It Up" was released.

**PHARRELL WILLIAMS ALBUMS**

- Pharrell's two solo albums have performed moderately well, though his post-"Blurred Lines" release has attained gold status. This too is at least partially attributable to the commercial notoriety gained by the single's success.

## U.S. CHART ALBUMS: PHARRELL WILLIAMS

| Year | Title | Sales | Chart Peak |
| --- | --- | --- | --- |

[70] The sales figures were not available from SoundScan.
[71] Figures from the Recording Industry Association of America, riaa.com
[72] Chic group leader and rhythm guitarist Nile Rodgers also appears on "Get Lucky" as a co-songwriter and performer. His active participation in Daft Punk's project imbues the song with a performative authenticity absent from "Blurred Lines."

| 2006 | In My Mind | 407,710 | 3 |
| 2014 | G I R L | 500,000+ | 2 |

- The 2013 soundtrack album for the film *Despicable Me 2* featured four songs by Pharrell Williams including "Happy." The soundtrack sold 72,118 copies.

## U.S. CHART ALBUMS: N.E.R.D[73]

| Year | Title | Sales | Chart Peak |
|------|-------|-------|------------|
| 2001 | In Search Of... | 731,274 | 56[74] |
| 2004 | Fly or Die | 439,449[75] | 6 |
| 2008 | Seeing Sounds | 238,930 | 7 |
| 2010 | Nothing | 59,284 | 20 |

## **Summary**

- Creative choices made by Robin Thicke and Pharrell Williams, particularly in the way they arranged the distinctive elements, led to the creation of a composition ("Blurred Lines") which copies important elements of Marvin Gaye's "Got to Give it

---

[73] N.E.R.D. is an acronym for Nothing Ever Really Dies. This hip-hop group features the production duo known as The Neptunes that includes Pharrell Williams, but also includes a third member.

[74] No Author, "Usher Breaks Records With 'Confessions' Debut," Billboard 31 March 2004   http://www.billboard.com/biz/articles/news/1440930/usher-breaks-records-with-confessions-debut

[75] Joel Whitburn, Top Pop Singles 1955-2012 (Wisconsin: Record Research Inc., 2013) 562. Whitburn includes the symbol for a Gold release next to the listed chart history of the album. Although the sales figure for *Fly Or Die* falls below the Gold certification threshold of 500,000 copies, the latter number units may have shipped to retailers thereby accounting for the apparent discrepancy.

Up." Beyonf those creative decisions relating to the music, it is clear that the marketing decisions made by Robin Thicke, Pharrell Williams, and Universal Music directly and purposefully invoked the compositional legacy and credibility of Marvin Gaye, and his number one hit "Got to Give It Up." Thicke's deposition statements confirm that he sought to capitalize on the "Blurred Lines" association with Gaye's song  - in his words – "after people connected the two." There was a conscious effort in using publicity in the many blogs addressing "Blurred Lines" to benefit from the notoriety of Marvin Gaye to propel the record's sales. Thicke definitively affirmed in his deposition that "When I give interviews, I tell whatever I want to say to help sell records."[76]

- Marvin Gaye's remarkable artistic legacy and credibility in the music business lends significant commercial value to the alignment of Robin Thicke and Pharrell Williams with his musical work and their piggy-backing on it. There is a significant confluence involving (i) widespread media emphasis on "Got to Give It Up" as the direct musical source of "Blurred Lines," (ii) Thicke's and Williams's own admissions to this effect in interviews, and (iii) several precedents for Thicke's prior use of Marvin Gaye's material.

- The respective individual chart histories of Robin Thicke and Pharrell Williams indisputably demonstrate that "Blurred Lines" represents an unprecedented sales peak for both artists. Prior to the song's commercial success, neither Williams nor Thicke

---

[76] Thicke Deposition at 31: 17-19.

for both artists. Prior to the song's commercial success, neither Williams nor Thicke had attained significant consistently high singles sales, either domestically or internationally. The sales of those singles either individually or combined as solo artists, guest artists, and (in the case of Williams) performing as part of a group do not collectively match the worldwide sales of over 14 million copies achieved by "Blurred Lines."

- "Blurred Lines" is compositionally inseparable from "Got to Give It Up." It can therefore be argued that the duplicative relationship between "Blurred Lines" and Marvin Gaye's 1977 chart-topping single was a key factor in the single's marketing and establishment of a new commercial zenith for Robin Thicke, Pharrell Williams and T.I., the song's performers.

- Based on all of the above, and the musicological opinion of Judith Finell and Dr. Ingrid Monson, it is my view that the sales of "Blurred Lines" is inextricably intertwined with "Got to Give it Up" and Marvin Gaye.

Dr. Michael Alleyne
Dr. Michael Alleyne

# Exhibit B

• An earned PhD (English/Cultural Studies) including a thesis on popular music (*The Transnationalisation of Caribbean Music: Capitalism & Cultural Intertextuality*)

• Academic rank of full professor.

• Fourteen years teaching in the Department of Recording Industry at Middle Tennessee State University.

• Extensive international popular music conference presentation across Europe, Africa and the Caribbean. Specific countries include Finland, Sweden, Denmark, U.K., Canada, Colombia, Brazil, Mexico, Barbados, Jamaica, and South Africa.

• International lecture experience on business-related aspects of the music industry, including working at universities in Sweden and Germany.

• External PhD examiner (of popular music theses) for the University of the West Indies (Barbados & Jamaica).

• 2005 Distinguished Cultural Studies Lecturer & Scholar-in-Residence at the University of the West Indies (Trinidad).

• Extensive publication in peer-reviewed books and journals with international audiences, including two self-authored books.

• Writer/publisher member of the Performing Right Society (PRS) and ASCAP (American Society of Composers, Authors and Publishers).

• Editorial board member for the journal *Popular Music & Society*.

• Advisor for the forthcoming *Smithsonian Anthology of Hip-Hop and Rap*.

• Advisor, National Museum of African American Music.

• All publications authored in the past 10 years:

BOOKS

2014
*Rhythm Revolution: A Chronological Anthology of American Popular Music* (Ed.)
Revised First Edition. San Diego: Cognella Academic Publishing.

2013
*Rhythm Revolution: A Chronological Anthology of American Popular Music* (Ed.).
San Diego: Cognella Academic Publishing.

2012

*The Encyclopedia of Reggae: The Golden Age of Roots Reggae.* New York: Sterling Publishing.

ARTICLES & ESSAYS

2014
"After the Storm: Hipgnosis, Storm Thorgerson & the Rock Album Cover." *Rock Music Studies,* Vol. 1, Issue 3: 251-267.

Forthcoming:
"Rihanna & the Barbados Music Industry." *Rihanna: Bad Girl Done Best.* Eds. H. Russell & H. Beckles. UWI Press.

Book Review: The Art of Music Production (4th Ed.). *Journal on the Art of Record Production.*

2013
Book Review. Archipelagos of Sound. *Canadian Journal of Latin American and Caribbean Studies.* Vol. 38, No. 74.

"Quincy Jones," "Bob Marley," "Reggae," "Nile Rodgers."   *The Grove Dictionary of American Music, Second Edition.* Ed. Charles Hiroshi Garrett. New York: Oxford University Press.

2011
"Rihanna & The Barbados Music Industry." *Caribbean Creatives* 1.2 : 5.

2010
Co-Producer of the album *Fall On Me* by Loren Mulraine. Ten 21 Records.

2009
"A Production Case Study of Marvin Gaye's 'Sexual Healing'." *Journal of The Art of Record Production.* http://www.artofrecordproduction.com/content/view/218/114/

"Globalisation and Commercialisation of Caribbean Music." *World Music Roots and Routes.* (Ed. Tuulikki Pietila). Studies across Disciplines in the Humanities and Social Sciences 6. Helsinki: Helsinki Collegium for Advanced Studies, 2009 :  76–101.http://www.helsinki.fi/collegium/eseries/volumes/volume_6/006_07_Alleyne.pdf

"Globalisation and Commercialisation of Caribbean Music." *Popular Music History* 3.3 (Dec. 2009): 247-273.

"Sounds Reel: Tracking The Cultural History of Film Sound Technology." *Sound and*

*Music in Film and Visual Media: An Overview.* (Ed. Graeme Harper). Continuum Press : 15-41.

"Facing The Music." *Billboard*, 21 March, 2009 : 4.

"Latin Absence At Grammys." *Billboard*, 7 March, 2009 : 4.

2008
"Bob Marley's Island Records Album Covers." *Riddim Magazine* (Germany): 93-96.

2007
"An Introduction to Caribbean Music." *Reading the Caribbean* (Ed. Klaus Stierstorfer). Heidelberg University Press : 299-314.

"Nile Rodgers: Navigating Production Space." *The Journal of the Art of Record Production.* http://arpjournal.com/author/mike-alleyne/

Interview with Nile Rodgers. *The Journal of the Art of Record Production.* http://arpjournal.com/author/mike-alleyne/

2006
"Fade to Black: Record Production & Cultural Authenticity." *The Journal of the Art of Record Production.* www.artofrecordproduction.com

"Inside Out: Dancehall & The 'Re-Cooperation' of Meaning." *Small Axe* #21, Oct. 2006 : 150-160.

"Obituary Letter: Johnnie Wilder." *The Guardian.* 24 June 2006. http://www.guardian.co.uk/obituaries/story/0,,1804898,00.html

2005
"International Crossroads: Reggae, Dancehall & the U.S. Recording Industry", *Globalization, Diaspora & Caribbean Popular Culture* (eds. Christine Ho & Keith Nurse), Ian Randle Press : 283-296.

Book Co-Editor, *Mr. Ragga Ragga – Red Plastic Bag: Stedson Wiltshire 1979-2002*, Research Riddims Inc., Barbados.

"Dancehall", *Encyclopedia of African-American Culture and History: The Black Experience in the Americas*, (Editor in Chief: Colin Palmer), Macmillan Reference.