# Exhibit 30

United States District Court
Central District of California, Western Division

Case # CV13-06004-JAK (AGRx)

---

Pharrell Williams, et al
Plaintiffs/Counter-Defendants

v.

Bridgeport Music, Inc. et al
Defendants/Counter-Plaintiffs

---

# Revised Expert Report on Damages and Profits

Dated: December 29, 2014

Submitted By

Gary Cohen, CPA
Gary Cohen Corporation

On behalf of Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

EXHIBITS TO BUSCH DEC. -502

## I.   Description of Services

I was requested by counsel for Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye (collectively, "the Gayes") to provide my expert opinions regarding the amount of actual damages and Plaintiffs/Counter-Defendants ("PCD") profits, if any, the Gayes should receive under the United States Copyright Act ("Copyright Act") in the action entitled *Williams v. Bridgeport* if it is determined that (a) PCD's composition *Blurred Lines* infringes the Gayes' composition *Got to Give it Up* and (b) PCD's composition *Love After War* infringes the Gayes' composition *After the Dance*. I was also asked to provide certain litigation support services including preparing this report and providing expert testimony, if necessary.

I understand that under the Copyright Act, a plaintiff who has established infringement may recover the actual damages suffered by him or her as a result of the infringement, and any profits of the infringer that are attributable to the infringement and are not taken into account in computing actual damages. Further, I understand that PCD in this action are jointly and severally liable for damages.

To recover profits, a plaintiff must prove that the profits it seeks to recover are reasonably related to the infringement. Plaintiff must prove the infringer's gross revenue. The alleged infringer has the burden of proving deductible expenses and the elements of profit attributable to factors other than the copyrighted work.

-1-

EXHIBITS TO BUSCH DEC. -503

## II.   Qualifications

I am a Certified Public Accountant and founder and President of Gary Cohen Corporation. I received my certification in 1985. I have thirty years of experience in the entertainment industry as a forensic accountant and business manager. Gary Cohen Corporation conducted over 1,000 royalty audits on behalf of recording artists, songwriters, producers and other music entertainment companies. I testified as an expert witness in the United States District Courts and the state courts in New York, New Jersey, Michigan and California. My curriculum vitae and a listing of cases and audit engagements are attached to this report.

## III.   Compensation

My hourly rate is $300 for my expert services, including litigation support and deposition/trial testimony.

## IV.   Documents Reviewed

In formulating my opinions, I reviewed the following documents.

1. Miscellaneous documents produced by PCD (PCD 00001 – 00873).
2. Financial documents produced by PCD for the period inception through December 31, 2013 (PCD 01062 – 01285, PCD 1328 – 4110, PCD 4247 – 4317 and PCD 4318-7213).
3. Financial documents produced by Roberts & Hafitz (Roberts 00001 – 01091).
4. Source royalty statements rendered to I Like 'Em Thicke Music and RBI Music produced by Roberts & Hafitz (No Bates Numbers).
5. Source royalty statements produced by Robinson & Company (Robinson 00001 – 00573).
6. "Blurred Lines" publishing splits (No Bates Numbers).
7. Sales information and video production agreement produced by Chris Maguire (CAM 001-028).
8. "Blurred Lines" licenses produced by the Harry Fox Agency in Excel format (No Bates Numbers).
9. "Blurred Lines" licenses produced by the Sony/ATV in Excel format (No Bates Numbers).
10. "Blurred Lines" summary of activity for Pharrell Williams's share of USA and foreign publishing royalties for the 2nd half of 2013 and 1st half of 2014 produced by SATV (No Bates Numbers).
11. Agreements and financial documents produced by ASCAP (ASCAP 0001 – 0180).
12. Tour documents produced by Creative Artists Agency (CAA 0001 – 0043).
13. "Blurred Lines" synchronization license summary in Excel format produced by SATV (No Bates Numbers).
14. Financial and registration documents produced by SoundExchange (SX 001 - 060).
15. Label copy for the albums *Blurred Lines* and *Love After War*.
16. Setlist.fm set lists for Robin Thicke's live performances.
17. Supplemental financial documents produced by PCD on November 26, 2014 (PCD 8063 – 8318).

- 2 -

### E.  SoundExchange Revenues

REDACTED

### F.  Artist/Producer Royalties

REDACTED

### G.  Tour Revenues

The track "Blurred Lines" was released in the United States on March 26, 2013.  Robin Thicke performed the song "Blurred Lines" in live concerts.  According to a schedule produced by CAA, Robin Thicke headlined 69 live performances between April 27, 2013 and December 6, 2014.  Revenue from these live performances totaled $ REDACTED (CAA 0001-2).

The site www.setlist.fm contains the set list for 6 of Robin Thicke's performances during this time period.  The total number of songs performed at each of these performances ranged from 6

- 9 -

to 15. "Blurred Lines" was performed once or twice at each performance. The percentage of performances of "Blurred Lines" to the total number of songs performed is 9.33%.

If it is found that revenue and expenses should be allocated based on the number of masters on the album, then Tour Revenue to be included in my damages calculation would be 9.33% of $ REDACTED which is equal to $ REDACTED.

My computations are detailed on BL Schedule E.

   2.  *Love After War*

      A.  <u>Record Label Profits</u>

                                    REDACTED

- 10 -

EXHIBITS TO BUSCH DEC. -506

Case 2:13-cv-06004-JAK-AGR   Document 196-13   Filed 01/13/15   Page 7 of 69   Page ID
#:5842
Case 2:13-cv-06004-JAK-AGR   Document 175-9   Filed 01/07/15   Page 7 of 9   Page ID
#:4608

### 8. Tour Revenues

The track "Love After War" was released in the United States on October 11, 2011. Robin Thicke performed the song "Love After War" during live performances. According to a schedule produced by CAA, Robin Thicke headlined 90 live performances between February 14, 2012 and December 6, 2014. Revenue from these live performances totaled $ REDACTED (CAA 0001-2). Of these 90 performances, 31 occurred between February 14, 2012 and February 2, 2013, prior to the release of the BL Track. The Tour Revenue for these 31 performances was $ REDACTED .

The site www.setlist.fm contains the set list for 6 of Robin Thicke's performances during this time period. The total number of songs performed at each of these performances ranged from 6 to 15. "Love After War" was performed in one of the six performances sampled. Subsequent to the release of the BL Track, the percentage of performances of *Love After War* to the total number of songs performed is 1.33%. Prior to the release of *the BL Track,* I assume that the song "Love After War" was performed at each live performance and each performance consisted of 13 songs. Accordingly, for this period, the percentage of performances of "Love After War" to the total number of songs performed is 7.69%.

If it is found that revenue and expenses should be allocated based on the number of masters on the album, then Tour Revenue to be included in my damages calculation would be 7.69% of the revenue prior to the release of the BL Track and 1.33% of the Tour Revenue subsequent to the release of the BL Track

My computations are detailed on LAW Schedule E.

## VI.   Summary of Findings

REDACTED

I reserve the right to amend this report based on any new information I receive.

Dated: December 29, 2014

GARY COHEN, CPA

- 15 -

Williams v. Bridgeport                    12.29.14
Blurred Lines
Touring Revenues
BL Schedule E

| Tour dates | Revenue | Blurred % | Allocated Revenue | Reference |
|---|---|---|---|---|
| 2/14/12 - 2/2/13 | REDACTED | 0 | | CAA0001-2 |
| 4/27/13 - 12/6/14 | REDACTED | 9.33% | REDACTED | CAA0001-2 |

Setlist.fm sample

| show date | show revenue | total songs | blurred | love/war |
|---|---|---|---|---|
| 7/11/2013 | REDACTED | 13 | 2 | 1 |
| 9/21/2013 | REDACTED | 6 | 1 | 0 |
| 2/27/2014 | REDACTED | 13 | 1 | 0 |
| 3/7/2014 | REDACTED | 14 | 1 | 0 |
| 3/8/2014 | REDACTED | 14 | 1 | 0 |
| 6/7/2014 | REDACTED | 15 | 1 | 0 |
| | | 75 | 7 | 1 |
| | % Total | | 9.33% | 1.33% |

Williams v: Bridgeport                                           12.29.14
Love After War
Touring Revenues
LAW Schedule E

|  | Tour dates | Revenue | LAW % | Allocated Revenue | Reference |
|---|---|---|---|---|---|
| Love After War allocated revenue |  |  |  |  |  |
| pre BL release | 2/14/12 - 2/2/13 | REDACTED | 7.69% | REDACTED | CAA0001-2 |
| post BL release | 4/27/13 - 12/6/14 | REDACTED | 1.33% | REDACTED | CAA0001-2 |
|  |  |  |  | REDACTED |  |

Setlist.fm sample

|  | show date | show revenue | total songs | blurred lns |  |
|---|---|---|---|---|---|
| post BL release | 7/11/2013 | REDACTED | 13 | 2 | 1 |
|  | 9/21/2013 | REDACTED | 6 | 1 | 0 |
|  | 2/27/2014 | REDACTED | 13 | 1 | 0 |
|  | 3/7/2014 | REDACTED | 14 | 1 | 0 |
|  | 3/8/2014 | REDACTED | 14 | 1 | 0 |
|  | 6/7/2014 | REDACTED | 15 | 1 | 0 |
|  |  |  | 75 | 7 | 1 |
|  |  | % Total | | 9.33% | 1.33% |

|  |  |  |  | love/war |
|---|---|---|---|---|
| pre BL release | 7/11/2013 | REDACTED | 13 | 1 |
|  |  | % Total | | 7.69% |

(A) Included in Blurred Lines Tour Profits (BL Schedule E)

# Exhibit 31

Gary Cohen
560 Sylvan Avenue
Suite 1070
Englewood Cliffs, NJ 07632
(212) 575-5404

I present a brief vitae below:

Education: Yale University
NYU – BS Accounting, 1983

Professional accreditation: CPA licensed in New York State, 1985.

1983-1984: Coopers & Lybrand, audit staff.

1984-1993: Rascoff Zysblatt Organization.  Manager of the royalty audit department.

1993-Present: Owner and President, Gary Cohen Corporation.  My practice is limited to royalty auditing, administration, valuations and consulting.

Over the last thirty years I conducted in excess of one thousand royalty audits of record companies, music publishers and other licensees of copyrighted and trademarked materials.  On occasion, I gave expert testimony in royalty dispute litigation.

Attached is a sample list of recent royalty audits I conducted and cases where I have been deposed or given testimony.

Sincerely,


Gary Cohen

Gary Cohen

Expert Engagements

As of October 14, 2014

1. David Byrne v. The Stevens & Schriefer Group
US District Court, Middle District of Florida, Tampa Division
Case # 8:10-CV-01187-T26MAP
2011 – Report only

2. Desperado Entertainment v. Aftermath Records
Supreme Court of California, County of Los Angeles, Central Division
Case # BC 440167
2011 – Report only

3. Main Ingredient v. Marvin Zolt
American Arbitration Association, Commercial Arbitration Tribunal
RE: 13 107 02642 10
2011 – Report/Testimony

4. Alvert Music v. DM Records, Inc
US District Court for the Eastern District of Texas
Case # 4:07-cv-00146-RAS
2011 – Report only

5. Cheryl Cook and the Estate of William Stewart v. Sugar Hill Music Publishing
US District Court of the Southern District of New York
Case # 10-CIV-2632 (LTS)
2011 – Report only

6. Abkco Music & Records v. Chimeron
US District Court of the Southern District of New York
Case # 10-CV-3064 (WHP)(DCF)
2011 – Report only

7. Robyn Fenty, et al. v. Berdon LLP, et al.
US District Court for the Southern District of New York
Case # 12-CIV-5207

8.  George "Coz" Canler v. Master Beat, Inc, et al
    Sixth Circuit Court for County of Oakland
    State of Michigan
    Case # 11-120317-CZ
    2013 – Report/Deposition

9.  Daniel V. Marino v. Usher, et al.
    US District Court for the Eastern District of Pennsylvania
    Case # 11-cv-6811 (PSD)
    2013 – Report

## AUDIT ENGAGEMENTS

BEATLES –W- EMI PUBLISHING
ROLLING STONES –W- SONY
ROLLING STONES –W- ABKCO
AEROSMITH –W- SONY
SANTANA –W- ARISTA
SANTANA –W- SONY
JOURNEY –W- SONY
BLACK EYED PEAS –W- UMG
NORAH JONES –W- BLUE NOTE
NORAH JONES –W- EMI MUSIC
BLACK EYED PEAS –W- UMG
FERGIE –W- UMG
REALSONGS –W- SONY
REALSONGS –W- ARISTA
GERSHWIN –W- WARNER CHAPPELL MUSIC
MILES DAVIS –W- SONY
MILES DAVIS –W- SONY ATV
DORIS DAY –W- SONY
PAUL SIMON –W- WARNER BROS.
BING CROSBY –W- DECCA
BEACH BOYS –W- CAPITOL
EMINEM –W- INTERSCOPE RECORDS
EMINEM –W- FAMOUS MUSIC
50 CENT –W- SHADY RECORDS
50 CENT –W- UNIVERSAL MUSIC PUBLISHING
SEAN PAUL –W- ATLANTIC RECORDS
MICHAEL BOLTON –W- SONY
METALLICA –W- ELEKTRA
TENACIOUS D –W- SONY
MODEST MOUSE –W- SONY
METALLICA –W- POLYGRAM INTERNATIONAL
METALLICA –W- POLYGRAM PUBLISHING
RED HOT CHILI PEPPERS –W- WARNER BROS.
RED HOT CHILI PEPPERS –W- ARTEMIS
JOE SATRIANI –W- RELATIVITY
TOM PETTY –W- MCA
LOU REED –W- EMI PUBLISHING
FUGEES –W- SONY
PINK –W- ARISTA
AVRIL LAVIGNE –W- ARISTA
STEPPENWOLF –W- MCA
DEXTER GORDON –W- BLUE NOTE
ENRIQUE IGLESIAS –W- FONOVISA

# Exhibit 32



LOOK SHARP · LIVE SMART



On May 07, 2013 at 1:20 AM
**Robin Thicke on That Banned Video, Collaborating with 2 Chainz and Kendrick Lamar, and His New Film**
BY *Stelios Phili*



*Photograph by Nate Erickson*

Robin Thicke's latest music video features mostly-naked models, allusions to drugs and bestiality, and a balloon arrangement that reads, "Robin Thicke has a big dick." So when I met the singer-songwriter for an interview at *GQ* headquarters, I didn't expect that we'd first talk about mercy killings, home eviction, and cancer (the topics of Thicke's upcoming self-penned short film, *Mercy*) before moving on to his controversial music video, "Blurred Lines," which is banned, like, everywhere. "What a pleasure it is to degrade a woman," he said. "I've never gotten to do that before." Calm down, folks, it's a joke and everyone in the video is in on it. Thicke's a real Southern gentleman and his soul's as good as his hair. (Note: Thicke has a perfect, self-maintained coif. A hair and makeup artist stopped by during the interview and never touched it.) Here, the multifaceted Thicke on everything from his heavy new film to his deep love for 2 Chainz.

■  ■  ■

**GQ: Before we talk about the music, word is you're getting into film.**
**Robin Thicke:** I'm directing a short film I wrote called *Mercy*. About a year ago, I saw this story in the news about a man who shot and killed his wife after 40 years of marriage. Afterwards, he called the police and said, "The gun will be on the television and I'll be waiting for you on the porch." The couple was getting evicted that day and had lost all their money to his wife's cancer, and they were suffering terribly. That's why I called it *Mercy*—it was a mercy killing. It made me think, what if my wife [Paula Patton], who I've been with since we were teenagers, got sick and I got sick and that happened to us? I figured it was an

EXHIBITS TO BUSCH DEC. -516

important story that should be told. I started writing it in the fall, and luckily my wife is going to be in it and Amandla Stenberg from *The Hunger Games* will play my daughter. We're going to figure out the lead role soon. We start filming next week, and it'll be ready for the Toronto Film Festival. I also just finished my long form screenplay. I've always written my own songs, so it's just an extension of telling stories.

**GQ: What's the origin story behind your new single "Blurred Lines"?**
**Robin Thicke:** Pharrell and I were in the studio and I told him that one of my favorite songs of all time was Marvin Gaye's "Got to Give It Up." I was like, "Damn, we should make something like that, something with that groove." Then he started playing a little something and we literally wrote the song in about a half hour and recorded it. The whole thing was done in a couple hours—normally, those are the best ones. Him and I would go back and forth where I'd sing a line and he'd be like, "Hey, hey, hey!" We started acting like we were two old men on a porch hollering at girls like, "Hey, where you going, girl? Come over here!" That's why, in the video, we're doing all these old men dances. It was super fun.

**GQ: Yeah, the catcalling old man vibe definitely comes through in the video.**
**Robin Thicke:** That's what I wanted to create, just imitating how we were in the studio. A lot of my videos and songs have been so serious—about love and pride and relationships and hope and getting over insecurities and vulnerabilities. But lately, I've just wanted to have fun and enjoy my life, really appreciate all the great things that I have, like a great wife, a great child, and a great career. That shows up in the music with more humor and light-heartedness.

**GQ: I didn't know T.I. could dance.**
**Robin Thicke:** I just said, "Hey, do some old man dances!" And he went for it. T.I. and I have become best buddies since then. He's a great guy.

**GQ: How did T.I. end up on the track?**
**Robin Thicke:** Well, at first it was me and Pharrell. Then I thought, who else is a grown Southern gentleman with a family? T.I. Even though he's a hardcore rapper, he's a real Southern gentleman. He says "Sir" and "Ma'am," he stays cool, and he's really beloved. Pharrell's the same way. It was just three really nice guys having a good time together.

**GQ: Some animals also made it into the video...**
**Robin Thicke:** We tried to do everything that was taboo. Bestiality, drug injections, and everything that is completely derogatory towards women. Because all three of us are happily married with children, we were like, "We're the perfect guys to make fun of this." People say, "Hey, do you think this is degrading to women?" I'm like, "Of course it is. What a pleasure it is to degrade a woman. I've never gotten to do that before. I've always respected women." So we just wanted to turn it over on its head and make people go, "Women and their bodies are beautiful. Men are always gonna want to follow them around." After the video got banned on YouTube, my wife tweeted, "Violence is ugly. Nudity is beautiful. And the 'Blurred Lines' video makes me wanna..." You know. And that's the truth. Right now, with terrorism and poverty and Wall Street and Social Security having problems, nudity should not be the issue.

**GQ: The video also features an interesting balloon arrangement.**
**Robin Thicke:** That wasn't my ideal *[laughs]* That was director Diane Martel's idea. I was like, "You sure T.I. and Pharrell will be okay with that?" The whole point was to go over the top, knock down the ceiling, jump over the wall and say, we're gonna do things everyone is afraid to do, as brash and fearless as possible. Diane did the whole video. All I told her was that I wanted it to be funny and for it to have some Benny Hill type stuff. We just wanted it to be as silly as possible. That way, the nudity isn't taken seriously.

**GQ: So 2 Chainz and Kendrick Lamar are confirmed on the album.**
**Robin Thicke:** I did a song with will.i.am on the album and he produced it. I reached out to 2 Chainz, because I'm a big 2 Chainz fan, and I think Kendrick is amazing. So the funny thing was, my management sent it to Kendrick while I had sent it 2 Chainz. So I already had a 2 Chainz version and then suddenly we hear that Kendrick loves the record and already recorded a verse. And I was like, "Oh my god, this is incredible." So they're both on the song now, because it's just too good. Want to hear it? *[Pulls out a laptop, asks me to turn off the recorder, plays the track. It's a synth-heavy, club-ready banger. After 15 seconds, he says, "Let's just skip to the rap." The word "dick" is mentioned a few times, and Kendrick and 2 Chainz are lovely as always.]*

**GQ: That's awesome. I also read that you were thinking of getting A$AP Rocky for the album.**
**Robin Thicke:** I sent Rocky a record and he didn't like his verse yet, but I'm hoping that I'll get him on something. Then I'll almost have everyone from "Fuckin' Problems" on the album. Now all I need is Drizzy Drake. I've made fifty, sixty songs so far—I always make too many songs for an album. And every time right before I finish, I write three or four new songs that replace the others. The song with 2 Chainz and Kendrick will probably be the next single—unless we beat it.

EXHIBITS TO BUSCH DEC. -517

Robin Thicke on That Banned Video, Collaborating with 2 Chainz and Kendrick Lamar, a...   Page 3 of 4

Tags:
2 Chainz,
Blurred Lines,
Entertainment,
Hip-Hop,
Interviews,
Kendrick Lamar,
Music,
Music Videos,
Rappers,
Robin Thicke

Permalink
Comments

10 Talking Points from *Game of Thrones*: Season 3, Episode 6 "The Climb"
Why We (and the NBA) Still Miss the Thunder's Big Three

Follow @GQMagazine

The Feed main

---

## YOU MAY ALSO LIKE:



**Your Daily Eye Queue: Scarlett Johansson Named Sexiest Woman Alive (Again), Starbucks Pick Up Spawns Internet Senstation, and More...**



**Shaun White's Hair Evolution**



**Last Night's Must-See Menswear: How to Upgrade Your Khaki Game**



**Rihanna Parties With Her Nips Out, Remains Unaffected**
Hollyscoop

EXHIBITS TO BUSCH DEC. -518

Robin Thicke on That Banned Video, Collaborating with 2 Chainz and Kendrick Lamar, a...  Page 4 of 4

EXHIBITS TO BUSCH DEC. -519

# Exhibit 33

# billboard

# Robin Thicke on Wife's Impact on 'Blurred Lines,' Not Touring America Until 2014

By Gary Graff, Detroit | July 09, 2013 10:20 AM EDT



### Thicke says he and his camp "plan to take our time" before touring in earnest to support the new album, out July 30

Robin Thicke says his home life provided a bit of quality control for his forthcoming album "Blurred Line," which has already spawned a Billboard 100 chart-topper in the title track.

"My wife (Paula Patton) and I would hang out at the end of the night, and I would play her the songs I was working on and we would dance around and be so

happy," Thicke tells Billboard. "And then some of my sadder and more depressing songs would come on, and we would always want to go back to the top and keep dancing and having a good time. So I think I just ended up making an escape album. I never plan it, but I think I did my best to make my wife and I have a chance to escape every night, and I felt like that made for a great album."

### Robin Thicke's 'Blurred Lines' Holds Atop Hot 100

The more downbeat fare, he says, went by the wayside, even though "those are easier for me to write because I've always kind of used music to deal with whatever issues are going on in my life and in my heart, so I've always tended to write more of the diary-type songs. But the songs I ended up keeping, I had a better time listening got them than some of the other ones, so that's where we headed."

Thicke says he invoked a soul legend for "Blurred Lines' " title track, which is his first No. 1 single.

"Pharrell and I were in the studio making a couple records, and then on the third day I told him I wanted to do something kinda like Marvin Gaye's 'Got To Give It Up,' that kind of feel 'cause it's one of my favorite songs of all time. So he started messing with some drums and then he started going 'Hey, hey hey..' and about an hour and a half later we had the whole record finished."

That was in August of 2012, Thicke says, while T.I.'s feature came into being "once we decided were going to make a video" -- a clip that finds Thicke, T.I. and Pharrell flirting with topless models and with, he says, Patton's blessing.

Thicke also expanded his collaboration ranks on "Blurred Lines" -- which is due out July 30 -- working not only with longtime cohort Pharrell but also adding Dr. Luke ("Give It 2 U," featuring Kendrick Lamar), Timbaland ("Take It Easy On Me") and will.i.am ("Go Stupid 4 U," "Feel Good" and Give It 2 U").

"I've always kind of come from the band model; I've always tried to make records I could duplicate with a four-or five-piece band, so there's still that kind of core feeling on some of the songs," Thicke explains. "But when you work with some of these other producers, they're about pushing the sonics forward and into the next realm and the next level. It inspires me in the way they can do things I wouldn't even think to do."

The track "Ain't No Hat 4 That," meanwhile, was co-written with his father, actor Alan Thicke.

The younger Thicke says he and his camp "plan to take our time" before touring in earnest to support "Blurred Lines."

EXHIBITS TO BUSCH DEC. -522

"We're gonna try to just do promotion the rest of the year, and then we're gonna do some European tours and we're not gonna tour here in the States 'til next year," he says. "There's so many opportunities for promotions and radio stations and people that have never seen me before, so we're really gonna focus on just getting out there, and hopefully by next spring we'll be ready to put on a real U.S. tour."

---

© 2014 Billboard. All Rights Reserved.

EXHIBITS TO BUSCH DEC. -523

# Exhibit 34





Music (http://www.highsnobiety.com/category/music/) · July, 29 2013·

By Pete Williams (http://www.highsnobiety.com/author/pete/)

# Robin Thicke Discusses Working with Pharrell, Kendrick Lamar, 2 Chainz, Michael Jordan & More (http://www.highsnobiety.com/2013/07/29/robin-thicke-blurred-lines-interview/)

Shares

## Our newsletter

Get the latest news, product reviews and features directly into your inbox.

| Enter your Email | 1 | Subscribe |

Comment

Leading up to the July 30 release of his latest album *Blurred Lines*, we recently sat down with musician Robin Thicke (http://www.highsnobiety.com/tag/robin-

EXHIBITS TO BUSCH DEC. -525

thicke). Together, we talked about the album's title track and certifiable summer anthem "Blurred Lines," as well as the accompanying video clip (http://www.highsnobiety.com/2013/03/28/watch-the-unrated-version-of-robin-thickes-music-video-for-blurred-lines-feat-t-i-pharrell/) before getting into the details of working with the likes of Pharrell Williams (http://www.highsnobiety.com/tag/pharrell-williams), Kendrick Lamar (http://www.highsnobiety.com/tag/kendrick-lamar) and others.

**"Blurred Lines" is pretty much the song of the summer. Did you imagine it would be so big?**

I thought it would be a good crossover pop song, but I didn't think it would do this.

**How did that track come about, working with Pharrell?**

We'd been recording for a couple days, we made a couple other songs and then I wanted to do something like Marvin Gaye's "Got To Give It Up" which is one of my favorite songs. Pharrell started messing with the drums, and an hour and a half later the whole record was done. It was pretty dope.

**And how did T.I. end up on the track?**

We were getting ready to shoot the video and I knew that I wanted to make a silly, funny video. We were thinking about what rappers had great personalities, that would be able to not just stand there and rap but are also great performers. And T.I. being a great actor and performer and all that stuff, he seemed like the perfect person for that.

**What was the concept behind the video?**

The concept was pretty simple. I was on the phone with the director and I said I wanted to do something like Benny Hill, something very silly and slapstick. And she said, "Well, what if we have the girls take their clothes off?" I said, "Let's make sure we shoot two versions, just in case it gets a little sleazy." And then when we saw the finished product, both videos were great. I was very happy with both of them.

**Can you tell us about the balloons in the video...**

That was the director's idea. She said "what if we do a balloon thing with 'Robin Thicke has a big dick.'" She just liked it because it rhymed (laughs). Otherwise, she has no proof (more laughter). So she was pretty much just going on a rhyming scheme. We figured we'd just shoot it and see if we needed it. And it ended up being pretty funny.

**There's a few other funny things in the video... like the lamb.**

Yeah, the lamb. Pharrell. That was the funniest part of the day because I don't think Pharrell's ever held a farm animal before and he seemed very uncomfortable with it. So we all got a kick out of that.

**What is the meaning behind the title of the album, *Blurred Lines*?**

I think that as you get older... When you're younger you think that you're gonna live a certain way and you're gonna do this, and marry this person and you're going to... you know, you plan out your life. But then as life smacks you in the face a few times, you realize that life is not lived in the black and white, it is lived in-between the lines, in the "blurred lines." For me, I think coming to that realization right now... life is not what I expected it to be, but you have to find a way to make the most of it, and love people to get love back.

**Tell us about working with Kendrick Lamar on "Give It 2 U."**

I didn't get to work in the studio with him, but I sent him the track and obviously he's amazing, he's brilliant. He just murdered it, killed it. We were very grateful and he loves the song, he's very excited about it too. We haven't shot the video yet, but we plan on having a pretty good time.

**And how about the 2 Chainz (http://www.highsnobiety.com/tag/2-chainz) remix?**

Well actually 2 Chainz was on it first. What happened was I reached out to 2 Chainz, I went to a concert of his and him and I became friends. I was telling him, "I'm going to send you a track, I got a track for you." And then I sent it to him and he nailed it. And then when Kendrick put his verse on it, we decided to go with Kendrick's verse and use 2 Chainz for the remix. 'Cause Kendrick's verse goes a lot faster. He raps mostly in double-time so it seems to make the song go a little bit faster, so we ended up using his verse for the main version.

**What other rappers would you like to work with?**

Probably just Kanye (http://www.highsnobiety.com/tag/kanye-west). He's probably the only one I haven't worked with that I'd like to. I like A$AP (http://www.highsnobiety.com/tag/asap-rocky) also.

**Would you want to work with Drake (http://www.highsnobiety.com/tag/drake)? I know you have a Canadian background.**

Oh yeah Drake. I like Drake. Drake's the man. I would definitely work with Drake.

**We heard you recently performed at** Michael Jordan (http://www.highsnobiety.com/tag/michael-jordan)'**s wedding. How was that?**

That was great. I have performed at all of Michael's events. His golf tournaments, his NBA All-Star parties, his Jordan stuff. He's become a fan over the years which is the coolest thing for me, because I used to have his poster above my bed and play imaginary basketball with him in my backyard, one-on-one. Me vs. him. I always won, of course. But to have him singing my lyrics to his wife... And both of them knew all the words to the songs. To have them singing back and forth to each other was a pretty amazing compliment.

*Interview: Pete Williams (http://www.petewilliams.me/)*
*Photography: Robert Wunsch (http://www.robertwunsch.com)*

10

Shares

Comments Filed under:   Robin Thicke (http://www.highsnobiety.com/tag/robin-thicke/)

# Exhibit 35

Pharrell Has Found His Happy Place In The Mainstream - XXL



728 News

SUBSCRIBE NOW
DIGITAL & PRINT VERSIONS AVAILABLE
(/subscribe/)

Best Hip-Hop Instagrams Of The Day

50 Cent's Has Been Throwing Shots At A ...

Hip-Hop's Top 5 Goriest Moments

Best Hip-Hop Instagrams Of The Day

(http://www.xxlmag.com/)

HOME (HTTP://WWW.XXLMAG.COM) ▸ NEWS (HTTP://WWW.XXLMAG.COM/NEWS/) ▸ PHARRELL HAS FOUND HIS HAPPY PLACE IN THE MAINSTREAM

# Pharrell Has Found His Happy Place In The Mainstream

MAR 4TH, '14 • NEWS (HTTP://WWW.XXLMAG.COM/NEWS/) • by DAN RYS (HTTP://WWW.XXLMAG.COM/AUTHOR/DAN-RYS/) • NO COMMENTS (HTTP://WWW.XXLMAG.COM/NEWS/2014/03/PHARRELL-FOUND-HAPPY-PLACE-MAINSTREAM/#COMMENTS)

Like   44      Tweet   118

0        0

**XXL: One of the biggest thing in production is always sampling. You'd gotten into a little bit of an issue with "Blurred Lines" and Marvin Gaye's estate. Did you see the similarities in those tracks? How did you deal with that fallout?**
Pharrell: Well listen, I have the utmost respect, the most, utmost respect for Marvin Gaye and his music, and he is one of the patriarchs, he is one of the best. But here's the thing—you can't trademark a groove. If I play a song—which a lot of my new hip-hop, rap records are—that's done in 6/8 time signature, Charlie Parker's family is not going to sue me for that. Do you understand what I'm saying? If I do a salsa beat right now, I know that Ricky Martin's family is not going to come looking for me.

Because that's what we're dealing with. We're dealing with the idea that someone feels like a groove is proprietary, and it's not. Music is, and the notes are, and when you look at the sheet music, then you'd know. And just for a bit of humor, the percussion that I use on "Blurred Lines," aside from the music notation being completely different, completely different!—the sheet music is available online, by the way—but the percussion, I was trying to pretend that I was Marvin Gaye, and what he would do had he went down to Nashville and did a record with pentatonic harmonies, and more of a bluegrass chord structure. So unfortunately there's no comparison between the minor, bluesy chords he was playing and my major, bluegrass-y chords, and that's very plain to see for anyone who can read music.

Pharrell Has Found His Happy Place In The Mainstream - XXL          Page 2 of 3



Previously: Pharrell Felt Like His First Album Had No Purpose (http://www.xxlmag.com/news/2014/02/pharrell-felt-like-first-album-purpose/)
The Rise Of Pharrell: Mapping The Career Of The Summer's Biggest Hit-Maker (http://www.xxlmag.com/news/2014/02/rise-pharrell-mapping-career-summers-biggest-hit-maker/)
Pharrell Continues His Hot Streak With (http://www.xxlmag.com/rap-music/reviews/2014/03/pharrell-girl-album-review/) G I R L (http://www.xxlmag.com/rap-music/reviews/2014/03/pharrell-girl-album-review/)
Pharrell Makes Them Dance At The 2014 Oscars (http://www.xxlmag.com/news/2014/03/pharrell-performs-oscars-2014/)
Pharrell's Album Cover Starts Controversy (http://www.xxlmag.com/news/2014/03/pharrells-album-cover-starts-controversy/)
It Took Pharrell 9 Tries To Make "Happy" (http://www.xxlmag.com/news/2014/03/pharrell-says-alicia-keys-next-album-will-make-ny-proud/)


(http://www.xxlmag.com/author/dan-rys/)

Dan Rys (http://www.xxlmag.com/author/dan-rys/): Senior Editor at XXL

(http://www.xxlmag.com/author/dan-rys/)

TAGS:   FEATURE (HTTP://WWW.XXLMAG.COM/TAG/FEATURE/), (HTTP://WWW.XXLMAG.COM/TAG/FEATURED/)GIRL          Like  44          Tweet  118
        (HTTP://WWW.XXLMAG.COM/TAG/GIRL/), N.E.R.D. (HTTP://WWW.XXLMAG.COM/TAG/NERD/), PHARRELL
        (HTTP://WWW.XXLMAG.COM/TAG/PHARRELL/), THE NEPTUNES (HTTP://WWW.XXLMAG.COM/TAG/THE-
        NEPTUNES/)

Ω

## RELATED STORIES

**MAJOR LAZER AND PHARRELL SHOWCASE GRAFFITI AND TATTOOS IN "AEROSOL CAN" VIDEO**
Graffiti and tattoo artist Mike Giant is featured in Major Lazer and Pharrell's video component to "Aerosol Can." With nothing ...
(http://www.xxlmag.com/news/2014/04/major-lazer-pharrell-showcase-graffiti-tattoos-aerosol-can/)

**PHARRELL WILL CURATE AN ART EXHIBITION IN PARIS**
Pharrell has a lot to be happy about. With a single that skyrocketed to number one and being showered with ...
(http://www.xxlmag.com/news/2014/04/pharrell-curate-art-exhibition-paris/)

**DOOM SHARES THE STORIES BEHIND TEN OF HIS BEST VERSES**
DOOM Shares The Stories Behind Ten Of His Best Verses
(http://www.xxlmag.com/news/2013/10/doom-shares-the-stories-behind-ten-of-his-best-verses/)

**THE NEW NEW: 15 FEMALE RAPPERS YOU SHOULD KNOW**
The 1990s have come and gone, and with them went a generation of some of the most talented women in hip-hop ...
(http://www.xxlmag.com/news/2013/12/new-new-15-female-rappers-know/)

Ω

**NEWS (/NEWS/)**
(http://www.xxlmag.com/news/2014/04/exclusive-rza-wu-tang-affiliate-penis/)

**XXLTV (/VIDEO/)**
(http://www.xxlmag.com/video/2014/04/russell-simmons-takes-xxl-staff-happy-place/)

**SNEAKERS (/LIFESTYLE/SNEAKERS/)**

EXHIBITS TO BUSCH DEC. -531

Pharrell Has Found His Happy Place In The Mainstream - XXL

EXCLUSIVE: RZA SPEAKS ON THE WU-TANG AFFILIATE WHO CUT OFF HIS OWN PENIS (HTTP://WWW.XXLMAG.COM/NEWS/2014/04/RZA-WU-TANG-AFFILIATE-PENIS/)

- [http://www.xxlmag.com/news/2014/04/rza-15-best-beats/] RZA'S 15 BEST BEATS (HTTP://WWW.XXLMAG.COM/NEWS/2014/04/RZA-15-BEST-BEATS/)

- [http://www.xxlmag.com/news/2014/04/two-fans-attempt-raise-millions-buy-wu-tang-album/] TWO FANS ATTEMPT TO RAISE MILLIONS TO BUY WU-TANG ALBUM (HTTP://WWW.XXLMAG.COM/NEWS/2014/04/TWO-FANS-ATTEMPT-RAISE-MILLIONS-BUY-WU-TANG-ALBUM/)

MORE > [/NEWS/]

RUSSELL SIMMONS TAKES THE XXL STAFF TO HIS HAPPY PLACE (HTTP://WWW.XXLMAG.COM/VIDEO/2014/04/SIMMONS-TAKES-XXL-STAFF-HAPPY-PLACE/)

- [http://www.xxlmag.com/video/2014/04/asher-roth-talks-greenhouse-effect-def-jam-history-retro-hash-cover-art/] ASHER ROTH TALKS 'GREENHOUSE EFFECT,' DEF JAM HISTORY, AND 'RETROHASH' COVER ART [VIDEO] (HTTP://WWW.XXLMAG.COM/VIDEO/2014/04/ASHER-ROTH-TALKS-GREENHOUSE-EFFECT-DEF-JAM-HISTORY-RETRO-HASH-COVER-ART/)

- [http://www.xxlmag.com/video/2014/03/yg-album-get-snoop-dogg-back-studio/] DID YG'S ALBUM GET SNOOP DOGG BACK IN THE STUDIO? [VIDEO] (HTTP://WWW.XXLMAG.COM/VIDEO/2014/03/YG-ALBUM-GET-SNOOP-DOGG-BACK-STUDIO/)

MORE > [/VIDEO/]

[http://www.xxlmag.com/lifestyle/2014/04/bostons-bodega-revamps-reebok-instapump-fury-20th-anniversary/] BOSTON'S BODEGA REVAMPS THE REEBOK INSTAPUMP FURY FOR IT'S 20TH ANNIVERSARY (HTTP://WWW.XXLMAG.COM/LIFESTYLE/2014/04/BOSTONS-BODEGA-REVAMPS-REEBOK-INSTAPUMP-FURY-20TH-ANNIVERSARY/)

- [http://www.xxlmag.com/lifestyle/2014/04/nike-sb-project-ba-hacky-sack/] NIKE SB PROJECT BA "HACKY SACK" (HTTP://WWW.XXLMAG.COM/LIFESTYLE/2014/04/NIKE-SB-PROJECT-BA-HACKY-SACK/)

- [http://www.xxlmag.com/lifestyle/2014/04/black-scale-x-gourmet-partner-another-sneaker-collection/] BLACK SCALE X GOURMET PARTNER ON ANOTHER SNEAKER COLLECTION (HTTP://WWW.XXLMAG.COM/LIFESTYLE/2014/04/BLACK-SCALE-X-GOURMET-PARTNER-ANOTHER-SNEAKER-COLLECTION/)

MORE > [/LIFESTYLE/SNEAKERS/]

---

0 Comments    XXL Magazine

Sort by Best ▾

⚲ Login ▾

Share 🔗   Favorite ★

Start the discussion…

Be the first to comment.

✉ Subscribe    🅓 Add Disqus to your site

---

**GALLERIES**

[http://www.xxlmag.com/cent-throwing-shots/]

50 CENT'S HAS BEEN THROWING SHOTS AT A BUNCH OF PEOPLE THIS

[http://www.xxlmag.com/facts-might-know-chance-rapper/]

21 FACTS YOU MIGHT NOT KNOW ABOUT CHANCE THE RAPPER

[http://www.xxlmag.com/hip-hop-instagrams-day-27/]

BEST HIP-HOP INSTAGRAMS OF THE DAY

[http://www.xxlmag.com/hat-everywhere/]

PHARRELL'S HAT HAS BEEN EVERYWHERE (HTTP://WWW.XXLMAG

[http://www.xxlmag.com/hip-hop-instagrams-week-23/]

BEST HIP-HOP INSTAGRAMS OF THE WEEK

Copyright © 2014, Harris Publications, Inc. All rights reserved.  |  Terms of Use (/terms-of-use/)  |  Privacy Policy (/privacy-policy/)

EXHIBIT C TO BUSCH DEC - 532

4/17/2014

# Exhibit 36



# Robin Thicke, You're No Marvin Gaye

## In a guest editorial, one of Gaye's collaborators explains what he thinks Thicke is missing about the soul great

*by* DAVID RITZ
AUGUST 23, 2013

When I first heard **Robin Thicke's "Blurred Lines,"** my reaction was the same as millions of other R&B fans: *"Hey, that's Marvin Gaye's 'Got to Give It Up.'"* Thicke and company not only copped Gaye's distinct bass line, but the defining funk of the cowbell accents. I wasn't entirely surprised, since some years earlier **Thicke's "Love After War"** was a virtual lift of **Marvin's "After the Dance"** – just as his **"Million Dolla Baby"** shamelessly copied **Gaye's "Trouble Man."**

The list of **Marvin's** musical children is long: R. Kelly, Maxwell, Usher, John Legend, Miguel, just to name a few. Marvin has become to soul singers what John Coltrane became to saxophonists: the undisputed master. Yet the vast majority of those singers – with Thicke standing as the most recent example – are so eager to emulate Marvin's lush sensuality that they miss the single ingredient that lends Marvin's artistry its spiritual power: his nuanced sense of autobiographical storytelling.

**Where Did Marvin Gaye Rank on Our List of the 100 Greatest Singers of All Time?**

Take "Got to Give It Up." Like "Blurred Lines," it was an across-the-board Number One hit. Marvin wrote it in 1976 at the height of the disco craze. Rather than follow the craze, he fought the craze, crafting an idiosyncratic groove completely foreign from the four-on-the-floor beat that typified disco. Even more radical was the story he told on top of the beat – a tale of a man, much like Marvin, who's deadly afraid of dancing. Gaye paints the portrait of a wallflower "too nervous to really get down," a shy guy whose "body yearned to be free." The song becomes a vehicle to face his fear. And the infectious groove allows him to overcome the fear.

Marvin's message is all about vulnerability and uncertainty. He uses the music to express his human frailty. That's why we love him so much. He's not afraid to say that he's afraid. So the song becomes a journey and the groove becomes a kind of prayer that allows him to move from trepidation to a triumphant conclusion – "Now I've gotten myself together, baby!"

Yet even his triumph veers sharply from the usual boy-woos-and-wins-the-girl scenario. In Marvin's story, the woman is the aggressor. Too shy to pursue her, his hope is that she'll come after him. "I know what you're thinking," he sings, "You wanna turn me out . . . and I'm gonna let you."

EXHIBITS TO BUSCH DEC. -534

The fear of dancing becomes a metaphor for the fear of sex. Overcoming that fear requires not only the aid of the voluptuous groove, but a woman willing to lead the way. In telling his truth, Marvin rips off the mask of machismo and allows us to see his fragile heart.

In contrast, Thicke never removes that mask. "Blurred Lines" is all swag. The tired old "I know you want it" motif deadens any sense of subtlety or surprise. In the silly video, Thicke pushes the macho posture to the point of broadcasting, in huge letters above the topless dancers, his claim of being well-endowed.

Robin might want to revisit Gaye's **"Ego Tripping Out,"** written a couple of years after "Got To Give It Up." It's another journey song, beginning in self-absorption and ending in a cry for God. At the story's conclusion, we realize that Marvin has spoofed his own narcissism and come to see megalomania as a cold and cruel prison.

Great artists like Marvin Gaye understand that irony and emotional complexity are necessary tools for making deep, enduring art. Marvin used music to figure out who he was and who he wanted to be. It was a lot more than a sexy groove; it was riding that groove to search within for a truth that's as confusing as it elusive.

*David Ritz is the author of DIVIDED SOUL: THE LIFE OF MARVIN GAYE and cowriter of "Sexual Healing."*

http://www.rollingstone.com/music/news/robin-thicke-youre-no-marvin-gaye-20130823

EXHIBITS TO BUSCH DEC. -535

# Exhibit 37

EXHIBITS TO BUSCH DEC. -536

Page 1

1                UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3       PHARRELL WILLIAMS, an individual;  )

4       et al.,                            )

5                                          )

6                             Plaintiffs,  )

7       vs.                                ) CASE NO.

8                                          ) CV13-06004-

9       BRIDGEPORT MUSIC, a Michigan       ) JAK (AGRx)

10      corporation; FRANKIE CHRISTIAN     )

11      GAYE, an individual; MARVIN        )

12      GAYE III, an individual; NONA      )

13      MARVISA GAYE, an individual; and   )

14      DOES 1 through 10, inclusive,      )

15                                         )

16                             Defendants. )

17                                         )

18          VIDEOCONFERENCE OF

19          MICHAEL ALLEYNE

20          Taken on Behalf of the Plaintiffs

21          November 18, 2014

22

23

24      Reported By: Elisabeth Miller Lorenz

25      Job No: 87477

EXHIBITS TO BUSCH DEC. -537

1    of them.

2         I also received my Ph.D. in English and

3    cultural studies from the same university.  My

4    dissertation for that Ph.D. was based on popular

5    music.

6    Q.     What was your degree in -- what was your

7    bachelor's degree in?

8    A.     English.

9    Q.     Do you have any other degrees other than

10   the Bachelor of Arts and the Ph.D. from the

11   University of West Indies?

12   A.     No.

13   Q.     Do you have any professional

14   certifications at all?

15   A.     No.

16   Q.     Do you have any professional -- are you a

17   member of any professional organizations?

18   A.     Yes -- well, perhaps you might need to

19   qualify exactly what you mean by professional

20   organizations.

21   Q.     Fair enough.  Good following of

22   instructions.

23         You're currently a college professor; is

24   that correct?

25   A.     Yes.

EXHIBITS TO BUSCH DEC. -538

1    Up was a No. 1 hit in 1977.  And it's a normal

2    part of the sales arc for a song to have

3    relatively small or flat sales almost 40 years

4    since its initial success.

5              So had I taken the statistical data on the

6    sales of Got to Give It Up in the last five years

7    versus the performance of Blurred Lines, I could

8    not necessarily reach a valid conclusion.

9    Q.      Well, you didn't look at that, so we don't

10   really know, but --

11             MR. OGILVY:  Object to form.

12             MR. KING:  Yes, I'll withdraw the

13   comment.

14   BY MR. KING:

15   Q.      My question is, are you telling me there's

16   no relevance -- if you think the music contributed

17   so much to the success of Blurred Lines, you as an

18   expert believe there's no relevance to the

19   difference in sales of Blurred Lines when compared

20   to the sales of Got to Give It Up?

21             MR. OGILVY:  Object to form.

22             THE WITNESS:  Well, of course, my

23   argument is that Blurred Lines is selling Got to

24   Give It Up.  The two songs are so inextricably

25   intertwined that what we're seeing with the sale

EXHIBITS TO BUSCH DEC. -539

1    of Blurred Lines are, in fact, sales of Got to

2    Give It Up.

3    BY MR. KING:

4    Q.      And so it's your opinion that

5    Blurred Lines would have sold as well as it sold

6    had Universal not done any marketing efforts?  Is

7    that your opinion?

8    A.      It would certainly have been a commercial

9    success based on the fact --

10   Q.      Did it -- go ahead.  I'm sorry.

11   A.      -- based on the fact that it capitalizes

12   on elements of a previously established hit.

13   Q.      So it's your expert opinion that

14   Blurred Lines would have been a big hit without

15   the expenditure of any marketing or promotion

16   efforts?  Is that your testimony?

17              MR. OGILVY:  Object to the form.

18              THE WITNESS:  I'd say it's quite

19   likely and certainly possible.

20   BY MR. KING:

21   Q.      Well, okay.  But that's -- is it quite

22   likely or possible that it would have been a hit

23   without any promotion and marketing?

24   A.      Well, in order for it to be possible, it

25   would have to be quite likely.  I cannot say the

Page 69

1    Q.       Have you ever attended any sort of formal

2    seminar on promotion or marketing?

3    A.       No.

4    Q.       Have you ever actually promoted or

5    marketed a sound recording?

6    A.       No.

7    Q.       Can you identify any other source of the

8    expertise you say you have in the promotion and

9    marketing of records?

10   A.       I think there is some expertise in the

11   research material and the publications and the

12   international presentation of material that

13   relates to the marketing of music.

14   Q.       Are you talking about your publications

15   and presentations?

16   A.       Yes, yes.  I am talking about what I have

17   done with presenting at international conferences

18   in terms of teaching courses in other countries

19   that directly involve marketing in the recording

20   industry.

21   Q.       I have your resumé.

22            Can you identify which courses you've

23   given in the United States, not out of the

24   United States, which courses you've given in the

25   United States that would involve the marketing and

EXHIBITS TO BUSCH DEC. -541

# Exhibit 38

1  Paul H. Duvall (SBN 73699)
   E-Mail: pduvall@kingballow.com
2  KING & BALLOW
   6540 Lusk Blvd., Suite 250
3  San Diego, CA 92121
   (858) 597-6000
4  Fax: (858) 597-6008
   Attorneys for Defendants and Counter-
5  Claimants Frankie Christian Gaye and
   Nona Marvisa Gaye

6

7  Mark L. Block (SBN 115457)
   E-Mail: mblock@wargofrench.com
8  WARGO & FRENCH LLP
   1888 Century Park East, Suite 1520
9  Los Angeles, CA 90067
   (310) 853-6355 Fax: (310) 853-6333
10 Attorneys for Defendants and Counter-
   Claimants Frankie Christian Gaye and
11 Nona Marvisa Gaye

Richard S. Busch (TN BPR 014594)
(pro hac vice)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 Fax: (615) 726-5417
Attorneys for Defendants and Counter-
Claimants Frankie Christian Gaye and Nona
Marvisa Gaye

Paul N. Philips (SBN 18792)
E-Mail: pnp@pnplegal.com
The Law Offices of Paul N. Philips
9255 West Sunset Boulevard
West Hollywood, CA 90069
(323)813-1126 Fax: (323) 854-6902
Attorney for Defendant and Counter-Claimant
Marvin Gaye III

12
## UNITED STATES DISTRICT COURT
13
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
14

15 PHARRELL WILLIAMS, an
   individual; ROBIN THICKE, an
16 individual; and CLIFFORD HARRIS,
   JR., an individual,
17
            Plaintiffs,
18
      vs.
19
   BRIDGEPORT MUSIC, INC., a
20 Michigan corporation; FRANKIE
   CHRISTIAN GAYE, an individual;
21 MARVIN GAYE III, an individual;
   NONA MARVISA GAYE, an
22 individual; and DOES 1 through 10,
   inclusive,
23
            Defendants.
24

25 AND RELATED COUNTERCLAIMS

26

27

28

Case No. CV13-06004-JAK (AGRx)

Hon. John A. Kronstadt

**DECLARATION OF NANCIE STERN IN SUPPORT OF COUNTER-CLAIMANTS' JOINT OPPOSITION TO PLAINTIFFS' IN LIMINE MOTION NO. 7**

Date: January 26, 2015
Time: 3:00 p.m.
Ctrm: 750

Action Commenced: August 15, 2013
Trial Date: February 10, 2015

1

# DECLARATION OF NANCIE STERN

I , Nancie Stern, declare and state:

1. The information contained in this Declaration is based upon my personal knowledge. If I am called as a witness, I am competent to testify to all matters set forth in this Declaration.

2. I prepared a Report addressing whether "Blurred Lines" should have been licensed.

3. Attached hereto as **Exhibit A** is a true and correct copy of my Report.

4. I am an independent sample clearance agent and have been clearing samples for over 20 years.

5. I have cleared well over 1000 samples and replays for some of the biggest artists in the music industry including Mariah Carey, 2 Pac, 50 Cent, Destiny's Child and Blackeyed Peas.

6. I am considered an expert in the field of clearance and understand that there are only a handful of clearance experts.

7. Based on my experience, I have no doubt that the instrumentation and melody of "Got to Give it Up" was featured throughout "Blurred Lines." In fact, in my opinion, instrumentation and melody from "Got to Give it Up" is almost identical to the instrumentation and melody of "Blurred Lines."

8. In my opinion, which is set forth in my Report, this use would be at least (50%) under normal circumstances, however, when a sample used is not cleared prior to release of the record and a copyright infringement action subsequently asserted, the percentage often goes as high as 75% to 100% copyright ownership, in addition to monetary damages.

- 2 -

1 | Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true

2 | and correct. Executed this 12th day of January 2015.

NANCIE STERN

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBITS TO BUSCH DEC. -545

# Exhibit A



the only resource you need

## "Got To Give It Up" as replayed by "Blurred Lines" (Robin Thicke)

I'm an independent sample clearance agent that has been clearing samples for over 20 years, and have been Vice President of Quincy Jones Music Publishing for 18 years. Before starting my own Music Clearance company I worked in music publishing for 15 years for the following companies;

**Vice President, Quincy Jones Music Publishing:** (18) years. Oversee all aspects of Quincy Jones Music Publishing.

**Giant Publishing/Giant Records:** (3) years: Sample clearances for label artists, writer relations, Song exploitations for film and television uses.

**Screen-Gems EMI Music Publishing:** (5 years): International acquisitions. I acquired the rights for copyrights from all territories outside the US.

**Summa Music Group:** (3) years: Administrative assistant. Handled copyrighting of songs with both the copyright office and registration of songs with performance societies. Oversaw and booked their in-house recording studio.

In the 20 years I have been clearing samples and replays I have cleared well over 1000 samples and replays for some of the biggest artists in the music industry, including 50 Cent, Mariah Carey, Destiny's Child, 2 Pac & Blackeyed Peas. I have also reviewed and quoted on numerous samples and replays for copyrights controlled or owned by Quincy Jones Music Publishing. I have reviewed both Judith Finell and Dr. Ingrid Monson's reports as well as listened to both the song "Blurred Lines" by Robin Thicke and the replayed song "Got To Give It Up" by Marvin Gaye. My opinion is based on the musicologist reports, the mashups prepared by Tom Court and Ron Aston, and my expertise in clearing samples and replays.

I have no doubt that the instrumentation and melody of "Got to Give it Up" was featured throughout "Blurred Lines." The instrumental and underlying melody from "Got To Give It Up" are almost identical to the melody and instrumental of "Blurred Lines." If I had been asked by a client to advise them as to whether this song should be cleared, I would have told them that it absolutely would need to be cleared and that if they didn't they would be looking at an infringement claim and that it would end up costing them a lot more after the fact.

The use in "Blurred Lines" is similar to a replayed sample I cleared for the song "Collide" by Justine Skye, which used an instrumental portion of "Strawberry Letter 23" by The Brothers Johnson. "Collide" looped the "Strawberry Letter 23" instrumental throughout the recording.

This use makes up most of the instrumental track and is subtle however very recognizable as being from "Strawberry Letter 23." We quoted (50%) for this version, but they ended up changing the use and used less of the song so we lowered it. This is the original version they submitted where we quoted (50%).

It is my opinion that this use would be at least a (50%) use under normal circumstances, however when a sample use is not cleared prior to release of the record and subsequently becomes a copyright infringement case, the percentage often goes as high as (75%) to (100%) copyright ownership in additional to monetary damages.

My hourly rate is $200 for my expert services, including litigation support and deposition/trial testimony.


Nancie Stern

President, Music Resources, Inc.

# Exhibit 39

```
1                  UNITED STATES DISTRICT COURT
2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
3
         -------------------------x
4    PHARRELL WILLIAMS, an          )
     individual;                    )
5                                   )
                   Plaintiff,       )
6                                   )
                   vs.              )No. CV13-06004-JAK (AGRx)
7                                   )
     BRIDGEPORT MUSIC, INC.,        )
8    a Michigan corporation;        )
     FRANKIE CHRISTIAN GAYE,        )
9    an individual; MARVIN          )
     GAYE III, an individual;       )
10   NONA MARVISA GAYE, an          )
     individual; and DOES 1         )
11   through 10, inclusive,         )
                                    )
12                 Defendants.      )
                                    )
13       -------------------------x
14
15
16               DEPOSITION OF NANCIE STERN
17                 Los Angeles, California
18                Friday, November 21, 2014
19
20
21
22
23   Reported By:
24   SUSAN A. SULLIVAN, CSR #3522, RPR, CRR
25   Job No. 87437
```

EXHIBITS TO BUSCH DEC. -550

1    you in your belief to determine whether or not

2    something needed to be cleared?

3        A    My experience of clearing samples for almost

4    20 years and reviewing thousands of uses and

5    clearing thousands of uses.

6        Q    Well, the thousands of uses that you

7    cleared, how many of those did you make the

8    determination that a clearance was necessary as

9    opposed to someone asking you to clear a song?

10       A    In most cases I was asked to clear a song,

11   there were some cases where someone would send

12   something to me if they were unsure, if they felt it

13   needed to be cleared, they asked my opinion.

14       Q    On how many occasions has somebody asked you

15   to render an opinion as to whether or not something

16   needed to be cleared?

17       A    I mean, that would have to be a guess.  It

18   is 20 years of work.  I don't know.

19       Q    More than a hundred?

20       A    No, probably not more than a hundred.  Maybe

21   20, 30.

22       Q    So in 20 years you believe maybe 20 or 30

23   times you have been asked whether or not a song

24   needs to be cleared?

25       A    Yes.

1  composition of the song as opposed to copying the

2  sound regarding?

3      A    Yes.  But more -- not necessarily does it

4  mean they copied the sheet music or copied it

5  exactly, they may do their own arrangement, they may

6  change instrumentation, but they have clearly based

7  the use on another composition which is what we call

8  a replayed sample.

9      Q    So you call a replay a new composition that

10 is based upon the underlying composition?

11     A    Which can be based on another composition, a

12 new composition that uses elements from an existing

13 composition.

14     Q    But you have no particular training in what

15 elements have to be used from the existing

16 composition to legally require permission for a

17 replay in a new composition?

18     A    No.

19     Q    Correct?  I am correct, you have no

20 training in that area?

21     A    I have no training in that area.  What I

22 have training in is my expertise in clearing these

23 uses many, many times over many years and knowing

24 what the industry standard is and what people do and

25 don't clear and what I feel would end up being an

1    issue down the road if they didn't clear it.

2        Q    Okay.  You believe you know what the

3    industry standard is for when a composition should

4    be cleared?

5        A    For lack of I guess a better way to say it,

6    I know from my experience what publishers and record

7    companies look at when they think their copyright

8    has been infringed on.

9        Q    Well, do you believe you know what the

10   standard in the industry is of when a composition

11   replay gets cleared and when a composition replay

12   does not get cleared?

13       A    Can you say that again, please?

14       Q    Do you know what the industry standard is

15   for when a replay is cleared and when a replay is

16   not cleared?

17       A    I can just say from my experience and the

18   many uses that I've cleared from various different

19   artists and producers and record companies what they

20   generally consider something that needs to be

21   cleared.

22       Q    You have been asked your opinion 20 to 30

23   times as to whether or not you believe something, a

24   replay should be cleared, correct?

25       A    Yes.

EXHIBITS TO BUSCH DEC. -553

1      A    No.   I listened to first the two recordings

2   of "Got To Give It Up" and "Blurred Lines," just

3   them in their entirety.   That's really what I used

4   to base my opinion.

5      Q    Okay.   You didn't look at any sheet music,

6   right?

7      A    No, I did not.

8      Q    So you concluded based upon listening to the

9   sound recording of "Got To Give It Up" that enough

10  of that had been used in "Blurred Lines" to make it

11  consistent with industry custom and practice that

12  "Blurred Lines" should have obtained a license?

13     A    Yes.

14     Q    And your opinion I believe says that had

15  they sought such a license you believe -- had they

16  sought a license before they used it that license

17  fee would have been 50 percent.

18     A    Yes.

19     Q    Okay.   When you say 50 percent, 50 percent

20  of what?

21     A    The copyright.

22     Q    The copyright in the sound recording or the

23  copyright in the composition?

24     A    In the composition.

25     Q    So it is your opinion based upon listening

# Exhibit 40

REVIEWS (Http://Www.Spin.Com/Reviews/)   ALBUMS (Http://Www.Spin.Com/Reviews/Albi

# Robin Thicke's 'Blurred Lines' Is the A Timberlake Was Too Famous to Make



CRITICAL MASS

SPIN Rating:                    8 of 10

Release Date: July 30, 2013
Label: Star Trak/ Interscope

**July 29 2013, 8:13 AM ET**
by Keith Harris (http://www.spin.com/writers/keith-harris/)

This is the album that Justin Timberlake is too famous to make in 2013, its musical scope and track lengths modest, its sexual appetite and commercial ambition immodest, its star willing to offer up whatever cheesy line, vocal acrobatic, pop hook

or funk groove or electro flourish that it takes to keep you listening. On *The 20/20 Experience*, JT sought to mature from puppy-doggish persistence to manly assurance while preserving his fascinating ability to try too hard yet never come on too strong. Whereas Robin Thicke, a slow-jam man just now reaching a broader audience, shamelessly parades his versatility as a singer and a lover. He's crass and corny and comic, and yours for the night if you'll have him.

Over the past decade, as pop has grown increasingly club-bound, Thicke's been TCB at home, luxuriating on the R&B charts, soundtracking intimate bedroom interactions for the satisfaction of a fanbase that's largely black, largely female, and largely ignored by outsiders. In this arena, where nuances of vocal timbre matter more than state-of-the-art beat construction, exquisitely sweet nothings like "Lost Without You" and "Sex Therapy" lent the therapeutic cliché that good sex is all about communication a ring of sensual truth.

But this March, a very different Robin Thicke came swaggering dick-first into the club. With some help from an entertaining (if all-too-coyly "sexy-or-sexist?") video, "Blurred Lines" has topped the *Billboard* Hot 100 for six weeks (and counting). Just as he'd boosted Chuck Brown's "Bustin' Loose" for Nelly's "Hot in Herrre" more than a decade ago, Pharrell revamped Mavin Gaye's "Got to Give It Up Pt. 1" for a throwback too buoyant to be truly retro. And a come-on too ingratiating to be truly offensive, right?

Well... yes. "Blurred Lines" (like so many great songs before it) no doubt has and no doubt will continue to spark inexcusable and intrusive behavior from heterosexual men, because heterosexual men are horrible creatures who club owners should only allow to enter their establishments one at a time, in the same way suspicious convenience stores limit teens' access after school. And among the lines that Thicke's inescapable megahit blurs is the one between convincing someone you're worth bedding and overcoming her resistance to your advances. Still, on its own terms, "Blurred Lines" is a consensual two-way flirtation, a game both players get to win, with Thicke desperately launching goofball compliments at a woman who paws at him and prances away.

Of course, with all pop seductions, whether you deem the attention welcome or worthy of a drink in the face depends on how attractive you find the performance. "Blurred Lines" is also a singer's showcase, driven by the contrast between Thicke's

spiraling falsetto and his assured, full-voiced mid-register, employing virtuosity for playful effect. This white guy knows his old-school classics cold, and the past echoes through *Blurred Lines* the album — here's Phillip Bailey's step-by-step upward waft on "Feel Good," there's Aaron Hall's manly groan giving way to George Clinton's druggy sidle on "Go Stupid 4 U" — without ever sounding imitative or studied. It's a welcome alternative to the pinched, monochromatic yearning that pop fans are too often forced to settle for. Alternate album title: *I Can Fuck You Better than Adam Levine*.

Thicke can come off like a guy who doesn't get out much, someone who knows more what to whisper in your ear by candlelight than what to shout out on a thumping dance floor. But he's so smartly self-aware of his limitations as a PUA that he exaggerates and sings the hell out of them. On "Give It to You," as a terrifying bass buzz suggests that some mutant Syfy mosquito has escaped Dr. Luke's lab, Thicke bluntly offers up "a big dick for you" and drops a ridiculously awestruck "angel" into its falsetto chorus. Maybe his blurted need "to shop for your underwear" is what stands out on the Timbaland jam "Take It Easy on Me," but the more revealing line is "Baby, I ain't never been the type / To dance, but tonight might be the night." And if he overuses "thing" for both his-and-hers genitalia, do you really prefer Justin euphemizing about his blueberry lollipop and Jessica Biel's wad of strawberry bubblegum?

Still, life-long Thicke fans might prefer the Prince-like ballad "For the Rest of My Life," about a cocky kid who wins over his teenage dream by crooning a Jodeci joint, loses her through typical adolescent jerkiness, and crawls back a wiser man for an undeserved second chance. An autobiographical glance back at the singer's relationship with Paula Patton, his childhood sweetheart and wife of eight years, it suggests an unfolding future of licks and nibbles and familiar yet unexpected sensations more ecstatic than any one-night-stand can promise. As a follow-up single to "Blurred Lines," though, it fizzled. Apparently some people would rather believe that true love should be like staring at your reflection in a mirror.

# SPOTLIGHT

EXHIBITS TO BUSCH DEC. -558

# Exhibit 41

#:5085

1/12/2015

Harry Weinger (@harryweinger) | Twitter

  Search Twitter  🔍   Have an account? Log in ▾



| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES | |
|---|---|---|---|---|
| 1,252 | 538 | 1,031 | 7 | ➕ Follow |

## Harry Weinger
@harryweinger

A&R VP/producer at Universal Music's
UMe, world's premier music catalog
team; writer; music consultant;
NYU/ReMu adjunct

📍 NY Metro
🕐 Joined October 2012

📷 165 Photos and videos

  
  

Tweets   Tweets & replies   Photos & videos

Harry Weinger retweeted
**Frank DiLella** @fdilella · 15h
Stoked for this tonight... tinyurl.com/lgptstz ...bowling for a GREAT cause!
@sayorg #PaulRuddBowling
↩   🔁 4   ⭐ 5   •••

**Harry Weinger** @harryweinger · 15h
## Looking forward to tonight's event w/kids of @sayorg and #PaulRudd say.org/events/paulrud…
↩   🔁 2   ⭐ 2   •••

Harry Weinger retweeted
**Okayplayer.com** @okayplayer · Jan 11
Okay, player. #Prince at the #GoldenGlobes (presenting to winners
@common & @johnlegend) instagram.com/p/xvZfjSxzjH/
↩   🔁 12   ⭐ 10   •••

Harry Weinger retweeted
**Retta** @unfoRETTAble · Jan 7
Oh. My. God.
#Whiplash has me like Woah!

My heart is actually racing.

#TheDevilBeJKSimmonsAsFletcher
↩   🔁 44   ⭐ 165   •••

Harry Weinger retweeted

EXHIBITS TO BUSCH DEC. -560

1/5

# Exhibit 42

Richard S. Busch (*Pro Hac Vice*)
(Tennessee Bar # 14594)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street; Suite 1100
Nashville, TN 37201
(615) 259-3456 Facsimile: (615) 726-5417

Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000 Facsimile: (858) 597-6008

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East; Suite 1520
Los Angeles, CA 90067
(310) 853-6355 Facsimile: (310) 853-6333

Attorneys for Defendants
NONA MARVISA GAYE and
FRANKIE CHRISTIAN GAYE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>               Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an Individual; and DOES 1 through 10, inclusive, Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | CASE # 14-MC-00073-pl<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF MARK LEVINSOHN**<br><br>Trial Date: November 18, 2014<br><br>**JURY TRIAL DEMANDED** |

1

## DECLARATION OF MARK LEVINSOHN

I, Mark Levinsohn, being duly sworn, depose and state as follows:

1.  The information contained in this Declaration is based upon my personal knowledge. If I am called as a witness, I am competent to testify to all matters set forth in this Declaration.

2.  I am a transactional counsel for Counter-Claimants Nona Marvisa Gaye and Frankie Christian Gaye (collectively "Counter-Claimants"), as well as Janis Gaye, and act as a legal consultant in the above captioned matter.

3.  In or about early July, 2013, Nona and Frankie Gaye retained me to help them address and pursue potential infringement issues regarding "Blurred Lines" copying "Got To Give It Up."

4.  Dr. Ferrara was retained thereafter to provide a preliminary analysis regarding the similarities between "Blurred Lines" and "Got To Give It Up."

5.  On or about July 19, 2013, Dr. Ferrara provided a preliminary consulting expert report. The report was prepared in anticipation of litigation.

6.  Dr. Ferrara's report was not provided to any adverse third parties, including EMI Music Publishing/Sony ATV.

7.  On or about July 24, 2014 I began contacting Plaintiffs and Counter-Defendants informing them that "Blurred Lines" infringed upon "Got To Give It Up." Attached to this Declaration as **Exhibit 1** are true and correct copies of the notices of infringement.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of April 2014.

_____
MARK LEVINSOHN

2

# Exhibit 43

1  KING, HOLMES, PATERNO & BERLINER, LLP
   HOWARD E. KING, ESQ., STATE BAR NO. 77012
2  STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
   ROTHSCHILD@KHPBLAW.COM
3  SETH MILLER, ESQ., STATE BAR NO. 175130
   MILLER@KHPBLAW.COM
4  1900 AVENUE OF THE STARS, 25TH FLOOR
   LOS ANGELES, CALIFORNIA 90067-4506
5  TELEPHONE: (310) 282-8989
   FACSIMILE:  (310) 282-8903
6
   Attorneys for Plaintiffs and Counter-
7  Defendants PHARRELL WILLIAMS,
   ROBIN THICKE and CLIFFORD
8  HARRIS, JR. and Counter-Defendants
   MORE WATER FROM NAZARETH
9  PUBLISHING, INC., PAULA MAXINE
   PATTON individually and d/b/a
10 HADDINGTON MUSIC, STAR TRAK
   ENTERTAINMENT, GEFFEN
11 RECORDS, INTERSCOPE RECORDS,
   UMG RECORDINGS, INC., and
12 UNIVERSAL MUSIC DISTRIBUTION

13              UNITED STATES DISTRICT COURT

14        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15 PHARRELL WILLIAMS, an              CASE NO. CV13-06004-JAK (AGRx)
   individual; ROBIN THICKE, an
16 individual; and CLIFFORD HARRIS,   PLAINTIFF AND COUNTER-
   JR., an individual,                DEFENDANT ROBIN THICKE'S
17                                    SUPPLEMENTAL RESPONSES TO
                Plaintiffs,           DEFENDANTS AND COUNTER
18                                    CLAIMANTS FRANKIE
         vs.                          CHRISTIAN GAYE AND NONA
19                                    MARVISA GAYE'S FIRST SET OF
   BRIDGEPORT MUSIC, INC., a          INTERROGATORIES
20 Michigan corporation; FRANKIE
   CHRISTIAN GAYE, an individual;
21 MARVIN GAYE III, an individual;
   NONA MARVISA GAYE, an
22 individual; and DOES 1 through 10,
   inclusive,
23
                Defendants.
24
25 AND RELATED COUNTERCLAIMS.

26 ///

27 ///

28 ///

4112.060/746228.1

**INTERROGATORY NO. 15:**

Did you or anyone else involved in the process of the creation of the musical composition and/or sound recording "Love After War" listen to "After The Dance" while creating "Love After War?" If so, why and for what purpose?

**RESPONSE TO INTERROGATORY NO. 15:**

Responding party objects to the subject interrogatory on the grounds that it is too general to meet the requirements of Fed.R.Civ.P. 26(b), seeks information that is not relevant to any claim or defense herein, is overbroad and unduly burdensome, is vague, ambiguous and unintelligible, and is compound and, therefore, causes the total number of interrogatories in this set to exceed the allotted maximum.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 15:**

Responding party objects to the subject interrogatory on the grounds that it is too general to meet the requirements of Fed.R.Civ.P. 26(b), seeks information that is not relevant to any claim or defense herein, is overbroad and unduly burdensome, is vague, ambiguous and unintelligible, and is compound and, therefore, causes the total number of interrogatories in this set to exceed the allotted maximum.

Subject to and without waiver of the foregoing objections, Responding party responds as follows:  No.

**INTERROGATORY NO. 16:**

Please describe step by step how "Blurred Lines" was created, including any and all conversations you had with Williams or anyone else involved in the creation or recording of "Blurred Lines" about what you were attempting to achieve with the song (i.e., whether you were trying to evoke Marvin Gaye at all or create something that sounded like "Got To Give it Up").

**RESPONSE TO INTERROGATORY NO. 16:**

Responding party objects to the subject interrogatory on the grounds that it is too general to meet the requirements of Fed.R.Civ.P. 26(b), seeks information that is not relevant to any claim or defense herein, is overbroad and unduly burdensome, is

EXHIBITS TO BUSCH DEC. -566

1  vague, ambiguous and unintelligible, and is compound and, therefore, causes the

2  total number of interrogatories in this set to exceed the allotted maximum.

3  **SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 16:**

4      Responding party objects to the subject interrogatory on the grounds that it is

5  too general to meet the requirements of Fed.R.Civ.P. 26(b), seeks information that is

6  not relevant to any claim or defense herein, is overbroad and unduly burdensome, is

7  vague, ambiguous and unintelligible, and is compound and, therefore, causes the

8  total number of interrogatories in this set to exceed the allotted maximum.

9      Subject to and without waiver of the foregoing objections, Responding party

10  responds as follows:  The track was created from scratch in about an hour and a half.

11  Robin Thicke told Pharrell Williams that Thicke would love to create a song that

12  evoked the musical era of "Got to Give It Up."  Williams created the instrumental

13  track and the first verse, and then Thicke and Williams created the rest of the verses,

14  improvising four lines at a time.  Clifford Harris later added a vocal track.

15  **INTERROGATORY NO. 17:**

16      Please describe step by step how "Love After War" was created, including

17  any and all conversations you had with anyone else involved in the creation of

18  "Love After War" about what you were attempting to achieve with the song (i.e.,

19  whether you were trying to evoke Marvin Gaye at all or create something that

20  sounded like "After The Dance").

21  **RESPONSE TO INTERROGATORY NO. 17:**

22      Responding party objects to the subject interrogatory on the grounds that it is

23  too general to meet the requirements of Fed.R.Civ.P. 26(b), seeks information that is

24  not relevant to any claim or defense herein, is overbroad and unduly burdensome, is

25  vague, ambiguous and unintelligible, and is compound and, therefore, causes the

26  total number of interrogatories in this set to exceed the allotted maximum.

27  / / /

28  / / /

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/746228.1

17

1    Subject to and without waiver of the foregoing objections, Responding party

2    responds as follows:  Thicke wanted to create a song that evoked the musical era of

3    "Got to Give It Up."  But Williams created the instrumental track and vocal melody

4    (except for the second verse melody) from his own inspiration and ideas.

5

6    DATED:  March 28, 2014            KING, HOLMES, PATERNO &
                                      BERLINER, LLP
7

8

9                                     By: _____
10                                              SETH MILLER
                                              HOWARD E. KING
11                                    Attorneys for Plaintiffs and Counter-Defendants
12                                    PHARRELL WILLIAMS, ROBIN THICKE
                                      and CLIFFORD HARRIS, JR. and Counter-
13                                    Defendants MORE WATER FROM
                                      NAZARETH PUBLISHING, INC., PAULA
14                                    MAXINE PATTON individually and d/b/a
                                      HADDINGTON MUSIC, STAR TRAK
15                                    ENTERTAINMENT, GEFFEN RECORDS,
16                                    INTERSCOPE RECORDS, UMG
                                      RECORDINGS, INC., and UNIVERSAL
17                                    MUSIC DISTRIBUTION
18

19

20

21

22

23

24

25

26

27

28

King, Holmes,
Paterno &
Berliner, LLP

4112.060/746228.1

22

**VERIFICATION**

I have read the foregoing **PLAINTIFF AND COUNTER-DEFENDANT ROBIN THICKE'S SUPPLEMENTAL RESPONSES TO DEFENDANTS AND COUNTER CLAIMANTS FRANKIE CHRISTIAN GAYE AND NONA MARVISA GAYE'S FIRST SET OF INTERROGATORIES** and know its contents.

I am a party to this action. The matters stated in the foregoing document are true of my own knowledge, information or belief.

Executed on March 23, 2014, at ___Greenwich, New York City, 8 pm___
___Hotel___

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

___Robin Thicke___
Print Name of Signatory

___[signature]___
Signature

EXHIBITS TO BUSCH DEC. -569