KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**JOINT [PROPOSED] VERDICT FORM**<br><br>**Jury Trial:**<br>Date:   February 10, 2015<br>Time:   9:00 a.m.<br>Ctrm.:   750<br><br>Action Commenced: August 15, 2013 |

/ / /

/ / /

4112.060/848275.1

Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION ("Plaintiffs"), and Defendants and Counter Claimants NONA MARVISA GAYE and FRANKIE CHRISTIAN GAYE, and MARVIN GAYE III ("Defendants"), by and through their counsel of record, hereby submit the following Joint [Proposed] Verdict Form.

The parties do not agree on the verdict form.

Attached hereto as **Exhibit A** is Plaintiffs' proposed verdict form.

Attached hereto as **Exhibit B** is Defendants' proposed verdict form.

DATED: January 20, 2015

KING, HOLMES, PATERNO & BERLINER, LLP

By: _____
HOWARD E. KING
SETH MILLER
Attorneys for Plaintiffs and Counter-Defendants
PHARRELL WILLIAMS, et al.

DATED: January 20, 2015

KING & BALLOW

By: ____/s/ Richard S. Busch____
RICHARD S. BUSCH
Attorneys for Defendants/Counter-Claimants
NONA MARVISA GAYE and FRANKIE CHRISTIAN GAYE

1  DATED: January 20, 2015    LAW OFFICES OF PAUL N. PHILIPS, APLC
2
3
4                              By:    /s/ Paul N. Philips
5                                        PAUL N. PHILIPS
                                Attorneys for Defendant/Counter-Claimant
6                               MARVIN GAYE III
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/848275.1              2

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2015, I electronically filed the foregoing **JOINT [PROPOSED] VERDICT FORM** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joey S. Gossett*
Joey S. Gossett

King, Holmes,
Paterno &
Berliner, LLP

4112.060/848275.1