Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000
Fax: (858) 597-6008
Attorneys for Defendants and Counter-
Claimants Frankie Christian Gaye and
Nona Marvisa Gaye

Richard S. Busch (TN BPR 014594)
(*pro hac vice*)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 Fax: (615) 726-5417
Attorneys for Defendants and Counter-Claimants
Frankie Christian Gaye and Nona Marvisa Gaye

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East; Suite 1520
Los Angeles, CA 90067
(310) 853-6355 Fax: (310) 853-6333
Attorneys for Defendants and Counter-
Claimants Frankie Christian Gaye and
Nona Marvisa Gaye

Paul N. Philips (SBN 18792)
E-Mail: pnp@pnplegal.com
The Law Offices of Paul N. Philips
9255 West Sunset Boulevard
West Hollywood, CA 90069
(323)813-1126 Fax: (323) 854-6902
Attorney for Defendant and Counter-Claimant
Marvin Gaye III

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

|  |  |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>—————————————<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**COUNTER-CLAIMANTS' JOINT REQUEST TO SUPPLEMENT THEIR MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF MARVIN GAYE SOUND RECORDINGS**<br><br>Date:   January 26, 2015<br>Time:   3:00 p.m.<br><br>Action Commenced: August 15, 2013<br>Trial Date: February 10, 2015 |

Counter-Claimants Nona Marvisa Gaye, Frankie Christina Gaye, and Marvin Gaye III (collectively "the Gayes"), by and through counsel, respectfully request that this Honorable Court accept and admit into the record additional trial transcript pages from the court files of *Three Boys Music Corp. v. Bolton*, 212 F.3d 477 (9th Cir. 2000).    These documents, attached as **Exhibit A,** were given to the Court and opposing counsel at the hearing held on January 26, 2015.

Dated: January 26, 2015                    Respectfully submitted,

                                                        KING & BALLOW

                                                        By: /s/ Richard S. Busch
                                                        RICHARD S. BUSCH
                                                        PAUL H. DUVALL

                                                        WARGO & FRENCH, LLP

                                                        By: /s/ Mark L. Block
                                                        MARK L. BLOCK

                                                        *Attorneys for Counter-Claimants Nona and Frankie Gaye*


                                                        By: /s/ Paul N. Philips
                                                        PAUL N. PHILIPS

                                                        *Attorney for Defendant and Counter-Claimant Marvin Gaye III*

- 1 -

# EXHIBIT   A

| No. of Exhibit | Description | Date Identified | Date of Exhibit |
|---|---|---|---|
| 400. | April 27, 1991 Issue of Billboard Magazine | | |
| 401. | April 13, 1991 Issue of Billboard Magazine | | |
| 402. | December 21, 1991 Special "Double Issue" of Billboard Magazine | | |
| 403. | Tape recording of Bolton's appearance on the Arsenio Hall Show 7/15/91 | | |
| 404. | Book authored by Anthony Ricigliano titled "Melody and Harmony in Contempory Songwriting" | | |
| 405. | Book authored by Anthony Ricigliano titled "Popular and Jazz Harmony" | | |
| 507. | Cassette Tape containing the complete Isley Song and the complete Bolton-Goldmark Song | | |

7

101

1  been filled, will go into the first bench and take the first

2  seat near the wall.  You will then have four jurors seated in

3  that first bench, juror No. 9, 10, 11, 12.

4           Once that bench has been completed with four

5  jurors, the next juror, which would be Juror No. 13, will

6  begin to fill the second bench up against the wall and

7  filling up four seats and on down the line.

8           Don't feel it's a test.  If you're confused, just

9  ask a question.  And if you look like you're lost in the

10  courtroom, we'll help you.  All right.

11           MR. SUGARMAN:  Your Honor.

12           THE COURT:  Yes.

13           MR. SUGARMAN:  May we approach for a minute?

14           THE COURT:  Yes.

15           (At the sidebar.)

16           MR. SUGARMAN:  Did you pull out those question

17  marks and put them at the end?

18           THE COURT:  We've already done that.  I didn't

19  want to announce who are the winners or who are the losers.

20           MR. MC NICHOLAS:  While we're here, as part of the

21  voir dire we've agreed that it would be a good idea to play --

22           THE COURT:  Play the tape, yes.

23           MR. MC NICHOLAS:  It's exhibit 507.

24           THE COURT:  All right.

25           MR. MC NICHOLAS:  And it's all set to be played

LUCILLE M. LITSHEIM, U.S. COURT REPORTER

**EXHIBIT A -005**

102

1    any time you want.

2             THE COURT:  We'll do it as soon as we get to that

3    area.

4             MR. SUGARMAN:  As Karen mentioned, as I went

5    through this again, it occurred to me that No. 1, Mr. Altman,

6    works for Hughes Aircraft and we've represented Hughes Air-

7    craft from time to time, I have personally, and I don't know --

8             THE COURT:  As long as he doesn't know you -- and

9    I will just once again make sure they don't know you or the

10   law firm.

11            MR. MC NICHOLAS:  I don't think you have to do

12   that.

13            THE COURT:  Your don't think that is a problem?

14            MR. MC NICHOLAS:  Right.

15            MR. SUGARMAN:  All right.

16            THE COURT:  But I want you to know that Karen has

17   called our B list, and they will simply -- once we've gone

18   through the regular people, she will begin with them.  They

19   won't know that but we know that.

20            MR. MC NICHOLAS:  Okay.  They'll be selected

21   randomly.

22            THE COURT:  Yes, the B list will be random.

23            MR. MC NICHOLAS:  Okay.

24            (In open court.)

25            THE CLERK:  No. 8, Alice Felix, F-e-l-i-x.  Alice

LUCILLE M. LITSHEIM,  U.S. COURT REPORTER

337

1          This is a subconscious copyright infringement case

2    and what you're about to hear is what went into the

3    subconscious, into that wonderful computer we call the human

4    mind, of Mr. Bolton and Mr. Goldmark.

5          Mr. Goldmark is seated next closest to me on my

6    left, to your right.  And seated next to Mr. Goldmark is

7    Mr. Bolton.  They weren't here Friday, so now you know who

8    they are.

9          Welcome to our court, gentlemen.

10         This is what went into the subconscious.  This is

11   the chords, c-h-o-r-d-s, and melody.

12         (Audio tape played at 10:12 a.m. until 10:12.5.)

13         MR. MC NICHOLAS:  And this is the song recorded by

14   the Isley Brothers in 1964, copyrighted by them, and they

15   were issued a copyright by the United States Copyright Office

16   on February 6, 1964, and this is the song that came out on

17   the single.

18         (Tape played at 10:13 a.m. to 10:14 a.m.)

19         MR. MC NICHOLAS:  That's what went into the

20   computer, into the subconscious of Mr. Bolton and to

21   Mr. Goldmark, and this is what came out.

22         (Tape played at 10:14:25 a.m. until 10:18:5 a.m.)

23         MR. MC NICHOLAS:  The words and lyrics "Love Is A

24   Wonderful Thing" are what is known in this case as the

25   title-hook.  The title is simple, it's title of the song.

LUCILLE M. LITSHEIM,  U.S. COURT REPORTER

348

1   are there but until you put them together, you don't have a

2   cake. And that's what Ron Isely did. He put all these

3   components of the English language, music, melody, all that,

4   and he created "Love Is A Wonderful Thing."

5         Let me tell you what some -- or show you what some

6   of these major similarities are. And you'll have this or a

7   copy of this.

8         Well, that's not going to work. If I put it here,

9   can --

10         Ms. Liberatore, can you see here?

11         JUROR NO. 4: Yes, I can.

12         MR. MC NICHOLAS: Can you see the bottom or do you

13   want me to hold it up?

14         JUROR NO. 4: No.

15         Now I can.

16         MR. MC NICHOLAS: Well, let me take and show you

17   what we have here. The chart is titled "Similarities." I've

18   mentioned the title-hook phrase.

19         Shifted cadence.

20         Instrumental figures.

21         Verse/chorus material.

22         And the ending, which is called the coda, which I

23   understand comes from the Latin word meaning tail for the

24   tail end. All right.

25         The title-hook, as I have said, is the heart of

EXHIBIT A -008

349

1    the song.  They took the heart.  They may have put a few

2    different arms and legs on it but it's our heart they took.

3              In the title-hook -- and our musicologist,

4    Dr. Gerald Eskelin from Pierce College, a well-experienced

5    musicologist, will explain this much better than I can.  But

6    let me give you an idea what he's going to talk to us about.

7              The Bolton-Goldmark rendition of "Love Is A

8    Wonderful Thing" copied more than our title.  It copied the

9    same melodic notes on which to sing that title.  It is this

10   combination - the mix, the melodic notes and the title - that

11   form the expression.  Remember, the idea is a vacuum?  No.

12   The expression of those ideas.  And that's how Ron Isely

13   expressed those ideas.  And that's what these gentlemen

14   copied.

15             Cadence shift.  It's difficult to explain.  It can

16   be demonstrated much easier, but Love is a wonderful thing,

17   Love is a wonderful thing, Love is a wonderful thing, and

18   then when you get to the last sentence, if you think of it as

19   a paragraph, it's squashed together.  That's not music talk,

20   that's just plain talk.  We have it and so they copied that.

21             It's distinctive because it is a restatement of

22   the title, the title-hook phrase in the last phrase of the

23   section.  Trust me, Dr. Eskelin is much more eloquent about

24   this than I am.  But that's one of the five major elements

25   that went into the mix of our song and made it the expression

EXHIBIT A -009

350

1    that it is that was copied.

2            The instrumental figures.  Instrumental figures

3    per se are not unusual, but the manner in which Ron Isely and

4    the Isley Brothers used them in their copyrighted song is,

5    particularly when you take it in conjunction with the

6    title-hook and the shifted cadence.

7            The coda also, we have that which they copied.

8            Now, let me show you one other chart here, maybe

9    you can hold this one, Jerry.

10           (Document displayed on plaster board.)

11           MR. MC NICHOLAS:  And I will come around.

12           (Document displayed on plaster board.)

13           MR. MC NICHOLAS:  This is what we used to use to

14   hold our charts before all this equipment came in.

15           Can you see this?  If anyone can't see this chart,

16   please tell me.

17           THE COURT:  Feel free to stand up, ladies and

18   gentlemen, if you can't see that.

19           MR. MC NICHOLAS:  I always ask Ms. Liberatore,

20   who's the farthest away.

21           MR. SUGARMAN:  Your Honor, may I stand over there?

22           THE COURT:  Yes.  You may.

23           MR. MC NICHOLAS:  Sure.

24           MR. SUGARMAN:  May I cross over?

25           THE COURT:  You can cross through the well.

LUCILLE M. LITSHEIM,  U.S. COURT REPORTER

**EXHIBIT A -010**

351

1                MR. SUGARMAN:  Excuse me.

2                MR. MC NICHOLAS:  Can you see, Your Honor?

3                THE COURT:  Yes, I can see.

4                MR. MC NICHOLAS:  All right.  Across the top of

5      this chart, Selected Features in Bolton Albums, we have some

6      abbreviations.  NFLX for inflection.

7                Consult the chart that Jerry's now holding to my

8      right and you'll see the translation.

9                The shift column is the cadence shift.  The Figs,

10     F-i-g-s, column, is the instrumental figures.  The VS virgule

11     CH, VS/CH is Verse/Chorus.  And then the last column is

12     self-explanatory, coda.

13               Now, these are Mr. Bolton's albums 1983.  1987

14     "The Hunger."

15               Well, it's "Michael Bolton" in 1983.

16               "The Hunger" in 1987.

17               "Soul Provider" in '89.

18               "Time, Love And Tenderness" 1991.  Where "Love

19     Is A Wonderful Thing" was a kick-off single.

20               Then we move down to 1992, "Timeless."  Now I

21     believe there are 48 songs on those one-two-three-four --

22     five albums.

23               Now, Mr. Bolton uses this inflection and he'll

24     probably demonstrate that for us, so wait and you'll see what

25     we're talking about.  He gets a yes on all of those.  The

LUCILLE M. LITSHEIM,  U.S. COURT REPORTER

EXHIBIT A -011

352

1    cadence shift I just told you about, the cadence shift, one

2    definite yes and one possible yes.  Where is the definite

3    yes?  "Love Is A Wonderful Thing."

4              All right.  Let's move to the next column.

5    Instrumental figures in his first album in 1983 Michael

6    Bolton, none of those.  Second album in '87, none.  Possible

7    the 3216 is something called scale steps, I'm not going to

8    get into that now, it won't add anything.

9              Moving down to the third album, no such

10   instrumental figures as found in ours.

11             What is this "Love Is A Wonderful Thing"

12   instrumental figures, YES.  After that in the other songs in

13   the other albums, nothing.

14             Let's move to the fourth column, versus stroke or

15   variable CH, chorus.  First album, "Fool's Game."  YES.

16   "Can't Hold On, Can't Let Go," YES.  "Back In My Arms

17   Again," YES.  Then we have an absence until we get down to

18   "Love Is A Wonderful Thing."  Then we have some that follow.

19             Let's go to the coda, the last.  Got some YESs up

20   in the first album.  A couple in the second album.  Well, one

21   in the third album.  Has it in ours.  And he has some that

22   follow.  The point is it's the combination of the elements,

23   it's the recipe for this cake known as the 1964 copyrighted

24   version of "Love Is A Wonderful Thing" by the Isley Brothers

25   that has -- And it's the only one that has all two, three,

LUCILLE M. LITSHEIM,   U.S. COURT REPORTER

**EXHIBIT A -012**

353

1    four, five. Is that substantial similarity? Yes. Bear in
2    mind it's not identical similarity, it's substantial
3    similarity.
4              Everybody see?
5              Thank you.
6              We believe that the evidence will reasonably show
7    that the infringing elements, components on our song
8    accounted for about 65 percent of the profits of the
9    Bolton-Goldmark song "Love Is A Wonderful Thing." And that
10   on the album "Time Love And Tenderness," where our song was
11   the kick-off single, numero uno, the first song, the first
12   song you hear when you play the album, that the
13   Bolton-Goldmark infringing song was responsible for
14   generating 35 percent of the profits for the album. For the
15   album.
16             Before I sit down and thank you, I would be remiss
17   if I didn't tell you just a little something about the Isley
18   Brothers and in particular about Ron Isely.
19             The Isley Brothers, like so many of our great
20   Black artists, learned to sing in church. And Ron Isely
21   began performing -- he can't remember how old he was, two,
22   three, four, five, six. He had to stand on a chair when he
23   was introduced. His mother was a vocal and piano teacher.
24   Played at the church. His oldest brother, O'Kelly, was the
25   eldest of the Isley Brothers. Unfortunately, he passed on in

EXHIBIT A -013

1  heard of the Isley Brothers at the time. He was not into

2  that kind of music.

3       Mr. Bolton had heard of the Isley Brothers.

4  Mr. Bolton was in a band, but Mr. Bolton's band played top

5  40 music and some obscure blues music that Mr. Bolton's

6  brother had on his records. The only quote "Isley Brothers

7  song" that Mr. Bolton's bands played at the time was "Twist

8  and Shout" but by that time "Twist and Shout" had also been

9  recorded by the Beatles.

10       And so Mr. Bolton and Mr. Goldmark never heard

11  this song, never went to an Isley Brothers concert, never

12  had an Isley Brothers record. And you will also hear

13  evidence from a variety of sources that this song just

14  wasn't played. You will hear, for example, testimony of

15  Bruce Morrow. Bruce Morrow, sometimes known or most of the

16  time known as Cousin Brucie, was a disk jockey in New York

17  in 1966 on WABC radio, a station that was powerful enough to

18  get into Connecticut where Michael Bolton and Andy Goldmark

19  lived.

20       Mr. Morrow was a fan of the Isley Brothers. He

21  played a lot of their music. He played "Shout," he played

22  "Twist and Shout." He played "This Old Heart of Mine." He

23  never played "Love Is A Wonderful Thing." Indeed, he never

24  heard of "Love Is A Wonderful Thing" before this lawsuit

25  started.

524

1          THE COURT:  All right.

2          MR. MC NICHOLAS:  Next in order, we'll offer

3   exhibit 305.  We will move the admission of exhibit 306.

4          Next in order, we'll move the admission of exhibit

5   400, exhibit 401, exhibit 402.

6          Is exhibit 507 in evidence?  Has it already been

7   moved in?

8          MR. SHEBAR:  Yes.

9          MR. MC NICHOLAS:  Why don't I just move it in

10  again?  As you say, better redundant than omit.

11         THE COURT:  507?

12         MR. MC NICHOLAS:  Yes, Your Honor.  We'll move the

13  admission of 508.  And that -- is that it?

14         May I just have a moment, Your Honor?

15         THE COURT:  Yes.

16         (Discussion.)

17         MR. FOX:  No, there's actually others.

18         MR. MC NICHOLAS:  831, 832.  And lastly, I'll move

19  the admission of exhibit 806.  That was referred to yesterday.

20         MR. SHEBAR:  806.

21         THE COURT:  Anything else?

22         MR. MC NICHOLAS:  No, Your Honor.  Thank you.

23         THE COURT:  Okay.

24         MR. SUGARMAN:  Your Honor, the only exhibit that

25  we would move in at this time is 715, which is the tape of

EXHIBIT A -015

525

1    the Marvin Gaye "Some Kind Of Wonderful."

2              THE COURT:  Exhibit 715.  No objection?

3              MR. MC NICHOLAS:  No objection.

4              THE COURT:  All right, that's admitted.

5              (Received in Evidence Exhibit Nos. 2 thru 6, 6-A,

6         13, 100 thru 104, 106 thru 110, 200 thru 208, 302,

7         305, 306, 400 thru 402, 507, 508, 715, 806, 831, 832.)

8              THE COURT: Does that take care of the exhibits so far?

9              MR. MC NICHOLAS:  May I have just a moment with

10   Mr. Fox?

11             (Discussion between plaintiffs' counsel sotto voce.)

12             MR. MC NICHOLAS:  Yesterday morning I gave

13   Mr. Sugarman a cassette with the Isley Brothers' medley.  You

14   may recall, Your Honor, that we had some discussion about

15   that.

16             THE COURT:  Right.

17             MR. MC NICHOLAS:  My understanding is that we have

18   not assigned that an exhibit number, and I think that would

19   be in order for us to do so this morning.

20             THE COURT:  All right.  What is the next one in

21   order?

22             THE CLERK:  Your Honor, I'm not too sure because I

23   don't have the full exhibit list.

24             MR. FOX:  835.

25             MR. MC NICHOLAS:  835.

LUCILLE M. LITSHEIM,  U.S. COURT REPORTER

**EXHIBIT A -016**

606

1    I think the words legal conclusion is something different.
2              MR. SUGARMAN:  I withdraw the objection.
3              THE COURT:  Okay.
4              (In open court:)
5    Q.   BY MR. MC NICHOLAS:  Dr. Eskelin, would you like the
6    question again?
7    A.   No, I think I remember the question now.
8              I base that opinion on not just one element of
9    similarity between the two songs but a number of elements,
10   actually can be broken down to seven or eight significant --
11   when considered collectively, significant elements that are
12   contained in both songs.
13   Q.   Excuse me, I think we have a chart that may be of help
14   here.
15             (Document displayed on plasterboard.)
16             MR. MC NICHOLAS:  Do you know what the exhibit
17   number of this is?
18             MR. SUGARMAN:  It's not on the exhibit list.
19             MR. MC NICHOLAS:  That's right.
20   Q.   Can you see this chart, Dr. Eskelin?
21   A.   Yes, I can.
22   Q.   It's titled Similarities and it has five elements on it.
23   A.   Yes.
24   Q.   Can everybody in the box see it -- as soon as I get out
25   of the way?  All right.

EXHIBIT A -017

607

1          Would you continue with your answer, please.

2    A.    The first item, entitled there Title-Hook Phrase,

3    actually is three aspects in one.  The lyric of the title

4    itself is used as the lyric of the opening phrase, the chorus

5    of the song.  Not only the pitch series is significantly

6    similar but the rhythms are as well.  And third --

7          Well, that is the three.  The lyric, the rhythm

8    and the pitch series all coming together to create a compound

9    expression of the title-hook phrase itself.

10          The second item on the chart there, called Shifted

11   Cadence, has to do with the position of the final phrase in

12   each of the choruses.  Instead of landing in a symmetrical

13   position, it advances metrically in its position.  I'll

14   demonstrate that just a little later.

15          There are two instrumental figures, that is,

16   little instrumental phrases that figure into the shape and

17   details of each of the pieces.  There is a similarity there

18   that I'll show you.

19          The verse/chorus material in both of these is --

20   uses -- let me start my sentence again.

21          Both the verse and chorus of each of the songs use

22   similar material rather than contrasting material.  I think

23   it's more usual for a verse to contrast in material so it

24   stands out as different from the chorus.  In both of these

25   songs, the material is similar.  And I'll demonstrate that a

LUCILLE M. LITSHEIM,  U.S. COURT REPORTER

**EXHIBIT A -018**

608

1    little later.

2           At the end of each of the songs, there is a fade

3    ending.  Now fade ending is a very common thing.  In both of

4    these, that fade ending consists of a vocal group, sometimes

5    called as background singers, singing a repeated phrase based

6    on the title-hook phrase over and over while the lead singer

7    improvises fills in between.

8           Now, any of these items considered by itself is

9    not unusual.  I think it's very important that we understand

10   this right up front.  I'm not saying that any one of these

11   individual items is unusual.  Some of them are very common.

12   What is unusual, and absolutely extremely unusual, is to have

13   all of these significant elements in two separate pieces.

14   And that is the basis for my testimony here.

15   Q.   All right.

16          What does the term "title-hook phrase" mean in

17   your opinion?

18   A.   The word "hook" is kind of a Tin Pan Alley -- that's the

19   songwriter's traditional location in New York, New York, in

20   the early century.  I believe they coined the phrase and it

21   pretty much has established itself among songwriters, even to

22   this date.

23          And the "hook" means that portion of the song that

24   the listener tends to remember.  And when he hears it again,

25   to recognize it.  He says, "Oh, there's that song again."

EXHIBIT A -019

609

1      It's a (singing) Blue Moon, would be a very simple

2  title-hook. It just keeps popping up in that song and when

3  you hear that lyric with that rhythm and those pitches. Even

4  as simple as it is, you know immediately what that song is,

5  assuming that you are familiar with it.

6  Q.    All right. Can you, using any of the visual aids that

7  you helped us prepare in this case, demonstrate this in any

8  fashion?

9  A.    Yes.

10 Q.    Would you tell us which of the exhibits your --

11 A.    May we see Similarities in Title-Hook Phrase Chart One.

12 That would be the one that demonstrates the title-hook as

13 used in the first and second choruses of the Bolton-Goldmark

14 song.

15      (Document displayed on T.V. screen.)

16      THE COURT:   Now, are these identified by number,

17 Mr. McNicholas?

18      MR. MC NICHOLAS:   Yes, they are, Your Honor. Let

19 me correlate that. Dr. Eskelin has a different number than

20 the exhibit number.

21      They begin in the series beginning 200, Your

22 Honor. We're going to be looking at 201 and the title is on

23 the TV screen, Similarities in Title-Hook Phrase.

24 Q.    Would you describe for the record and our jury,

25 Dr. Eskelin, what appears on exhibit 201, Similarities in

LUCILLE M. LITSHEIM,   U.S. COURT REPORTER

648

1    Q.    To the shift column, the yellow column?

2    A.    Yes.   What is significant here is that of all of the

3    songs in five Bolton albums, there is no shift in the

4    arrival of the final pitch like it appears in these two

5    songs except possibly in the one near the bottom entitled

6    "Bring It On Home To Me."

7          I put a yes question mark there.   There is a kind

8    of a shift there, but it's not exactly the way these are

9    shifted.   There's a feeling of a shift.

10         And I put a question mark on "How Can We Be

11   Lovers?"   I have a no with a question mark.   So some of

12   these are a judgment call.

13         The only other one that has a definite yes is

14   "Love Is A Wonderful Thing" of course.   That's the one we're

15   talking about, but no other song seemed to have exactly the

16   same type of cadence shift.

17         That concludes that discussion.

18   Q.    All right.   Are we now ready to leave the column up of

19   cadence shift and direct our attention to the next column,

20   which is instrumental figures?

21   A.    Yes.

22   Q.    All right.   And let me just hold this up.   It's part of

23   your handout.   Definition of features we are now on the

24   third bullet, SHFT, Shift of Cadence, we are on the third

25   figs, instrumental figures like those used in the songs at

1    issue.   Is this where we are?

2    A.    Yes.

3    Q.    How does instrumental figures fit into your opinion of

4    substantially opinion between the two songs?

5    A.    An instrumental figure is just a short phrase that the

6    instruments play between the phrases or the sections as kind

7    of a punctuation mark.   For example, what I call an

8    instrumental turnaround figure.   If we can see that.   We

9    have it up there.   The Isley turnaround figure.

10   Q.    Wait just a moment.   We need to get an exhibit

11   designation for that.

12        MR. MC NICHOLAS:   I believe that is 208, your

13   Honor.

14        THE COURT:   Thank you.

15        THE WITNESS:   The brass instruments, either real

16   or synthesized, I think they're real in both but I'm not

17   sure.

18   Q.    Does it matter?

19   A.    It doesn't matter, but it serves the same purpose in

20   both as it does in most popular music.

21        In the case of the Isley we get this kind of a

22   thing.   The beat is going (snaps fingers) two, three, four

23   the chorus of the verse finishes and it goes (signing) ba da

24   da da da ba da da da! and then that followed as you see on

25   the music by the chorus -- I'll do that again followed by

1  the chorus -- three and four and, ba da da da da ba da da da

2  loooove is a -- and so on, an it happens before the versus

3  ba da da da da ba da da da!  I know love is -- so what it

4  does is end something and begin something else.

5         Now, notice that the brass turnaround figure in

6  the third chorus of the Bolton-Goldmark song, that would be

7  the third line down, has a very similar turnaround figure.

8  This one, however, goes into a new key.

9         This is where the climax of the piece where the

10 Bolton-Goldmark song has the identical pitches and rhythm of

11 the title hook (snaps fingers) snap snap snap -- I'm sorry,

12 (snaps fingers) ba da da da da ba da da da da here's the

13 Isley one again (snaps fingers) ba da da da da ba da da da

14 da!

15        Bolton-Goldmark ba ba ba da da ba da ba da!  And

16 then the one that happens just before the coda after that

17 whispered thing that we referred to on the shifted cadence,

18 ba ba ba ba ba da da!

19        So it has a lot of repeated scales steps five and

20 then works its way up to scale step one through six.

21        Now that in itself, as I said before, is not an

22 unusual thing, but it doesn't appear in any other song in

23 the five albums put out by Michael Bolton.  So in that sense

24 it is very unique to this body of material and of course it

25 does appear in both the Isley and Bolton songs at issue

EXHIBIT A -023

651

1    here.

2    Q.   Are we ready to move to --

3    A.   Can we look at the other instrumental figure?

4    Q.   Yes.

5    A.   Then will we be ready to move to 306?

6         Do we need a number for that?

7    Q.   Yes.

8              MR. MC NICHOLAS:   207, your Honor.

9              THE COURT:   All right.

10             THE WITNESS:   We can speed this up simply by

11   looking at the numbers.

12             The first phrase, the introduction of the Isley

13   piece, da da da da da da da although it has three one six,

14   it's the second, third, and fourth phrases that has this 3 3

15   2 1 6.   3 3 2 1 6.   3 3 2 1 6.   Each of those lines has the

16   3 3 2 1 6.

17             And then if we look down at the bottom, we see

18   that the brass figure at the very beginning of the piece

19   after the introduction and just before the vocal comes in

20   3 2 1 6 as well.

21   Q.   Here?

22   A.   No.   The bottom line.

23   Q.   Excuse me?

24   A.   Ba da da ba ba.   That's all on that.

25   Q.   Now are we ready to move over to exhibit 306?

652

1    A.    Yes.   Note again that neither of these figures appears

2    in this way in any of the other items.

3    Q.    What about this 3 2 1 6?  Take a look at my face.

4    A.    From here I couldn't see the difference.

5    Q.    I know the problem.

6    A.    Yes.   Take a look at my face -- does have a 3 2 1 6,

7    but not the other.  Not the turnaround.

8    Q.    Shall we now leave the subject of instrumental figures

9    and move to the subject of verse and chorus?

10   A.    Yes.   This is very simple.   I mentioned in the

11   introductory remarks that most versus tend to have different

12   melodic materials than the chorus.

13              In this case both songs use the same scale steps,

14   largely 321, in both the chorus and the verse.   We can look

15   at those if you like or I can just --

16   Q.    Let's take a fast look.

17   A.    Give you the sign.   Yes.   Let's put them up.   If this

18   is the one with the red numbers?

19   Q.    Yes.   Bear with me for just a moment.

20              MR. MC NICHOLAS:   Exhibit 202, your Honor.

21              THE COURT:   All right.

22              THE WITNESS:   The title hook, 3 2 1 2 1 1 1 which

23   which we are quite familiar.

24   Q.    Where I am pointing?

25   A.    Yes, across that whole top line.   3 2 1 2 1 1 1.   Now

EXHIBIT A -025

1   although not exclusively.

2   Q.  Moving down on exhibit 306 to the Time, Love and

3   Tenderness album by Mr. Bolton in 1991 and specifically to

4   "Love Is A Wonderful Thing," we now have yesses in 1, 2, 3,

5   4 out of the 5 columns; is that right?

6   A.  For the fifth column if we could hear the coda.

7   Q.  All right.  Let's make it clear, we're now turning our

8   attention from the fourth column verse and chorus and

9   addressing our attention to the coda column.

10  A.  That's right.

11  Q.  All right.  Would you explain what a coda is while

12  Mr. Fox is queueing up the tape.

13  A.  A coda is an ending, a fade ending as I said.  It's

14  fairly common, and in this case we have a situation where

15  the coda has a group of singers repeating a kind of title

16  phrase over and over again, although the pitches are not

17  identical, while the lead singer improvises rather.

18         Rather than make a chart or try to play it here,

19  it would be clearer if we just listen it on the tape.  This

20  is the ending.

21         (tape played)

22  Now that was the Michael Bolton recording.  Do we have

23  the Isley recording as well?

24  Q.  Yes.  We have to rewind it.

25         MR. MC NICHOLAS:  This is exhibit 507 in I have

1    had, your Honor.

2            THE COURT:  Fine.  Thank you.

3    A.    If you like we can set this up.

4    Q.    We're almost ready.

5            (tape played)

6    A.    This type of coda appears in --

7    Q.    We're now on 306?

8    A.    Yes.  We're looking at the yesses in the coda column

9    and we see 1, 2, 3, 4, 5, 6, 7, 8. 9, 10, 11, 12, 13, 14,

10   15, 16, 17, 18, 19, 20, including Love Is A Wonderful Thing

11   and does not appear in 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11,

12   12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,

13   27, 28 songs.

14   Q.    There are 48 on the chart; right?

15   A.    I think that comes out about right.  So that isn't as

16   definitive because there is mixed figures here, but there

17   are noes than yesses.

18           So in my mind that makes this somewhat significant

19   here, but here's the bottom line.  All of these elements

20   that we talked about in common between the Isley song and

21   the Bolton-Goldmark song are each individually very common,

22   and if we were just talking about one or two or three of

23   these, we probably would not be here today.

24           To find all seven or eight of these individual

25   elements, there are five main ones but remember, the title

706

1    testimony, Mr. Sugarman.

2            MR. SUGARMAN:  All right.

3    Q.    Now, it is a fact, Dr. Eskelin, that if the similarity

4    in the title phrase stood alone, you probably would not have

5    come to the same conclusion that you've testified to today --

6    yesterday; is that correct?

7    A.    If the title-hook phrase were the only similarity, it

8    would certainly have caught my ear, as it does every listener

9    that I play the materials for --

10            MR. SUGARMAN:  Your Honor, I move to strike that.

11            THE COURT:  Overruled.

12            MR. MC NICHOLAS:  Object.

13            THE COURT:  Go ahead.

14            THE WITNESS:  Uh, and I would have noted it.  I

15   may not have -- I don't know for sure, but I may not have

16   suggested that copying had taken place.  It was only after I

17   had noted all of the other similarities that I was absolutely

18   sure that copying had taken place.

19            MR. SUGARMAN:  I'd like to read from page 111,

20   lines 11 through 25.

21            THE COURT:  All right.  111?  My deposition

22   goes from one to 91 to 120.

23            MR. SUGARMAN:  The pages may be at the end, Your

24   Honor, and they may be out of order.

25            THE COURT:  All right.  I see where they are, okay.

LUCILLE M. LITSHEIM,  U.S. COURT REPORTER

EXHIBIT A -028

708

1   A.   I think that's what I said before you read the excerpt.

2   Q.   And those additional supporting elements are the cadence

3   shift, the instrumental figures, the coda and the verse

4   chorus relationship; correct?

5   A.   Those are the most important ones.

6   Q.   Now, if you take as a hypothesis that someone other than

7   Mr. Bolton or Mr. Goldmark contributed the idea for the coda

8   and contributed the idea for the instrumental figures, that

9   would strip away two of your four supporting elements, would

10  it not?

11  A.   Because -- Well, if Mr. Bolton was in the recording

12  session, he heard what was going on.  And if someone else

13  suggested it, it doesn't mean that he didn't approve it.  So,

14  no, not really.

15  Q.   Isn't your theory, however, Dr. Eskelin, that because

16  there is this coincidence, that leads you to the conclusion

17  that there was copying in this case?

18  A.   Coincidence?

19  Q.   The confluence of all of these.

20  A.   I see.

21  Q.   Confluence of all of these factors; right?

22          MR. MC NICHOLAS:   Excuse me.  Is there a question

23  pending?   Objection.

24          MR. SUGARMAN:   That that gets you to your

25  inference of copying.

LUCILLE M. LITSHEIM,   U.S. COURT REPORTER

EXHIBIT A -029

709

1          MR. MC NICHOLAS:  Excuse me.  The question is

2     vague, ambiguous.

3          THE COURT:  Why don't you restate it.

4          THE WITNESS:  Thank you.

5     Q.   BY MR. SUGARMAN:  It's the combination of the title

6     motif and the cadence shift, the instrumental figures, the

7     coda and verse chorus relationship that together leads you to

8     the conclusion that there was copying in this case; correct?

9     A.   Yes.

10    Q.   Now, if Mr. Bolton and Mr. Goldmark did not originate

11    the ideas of the coda and the instrumental figures, that

12    would strip away two of the factors from their creative

13    process, wouldn't it?

14    A.   There is no way for me to know that.

15    Q.   Let's assume, Dr. Eskelin, that in the original --

16         You listened to a work tape, did you not, of the

17    composition of the Bolton-Goldmark song?

18    A.   Yes.

19    Q.   You didn't base any of your conclusions on it but you

20    listened to it; is that right?

21    A.   Not the musicological conclusions but it's clear from

22    that tape that the composers were aware of a song similar to

23    one they were composing.

24    Q.   Is that the Marvin Gaye "Some Kind Of Wonderful"?

25    A.   That may have been the remark, yes.

EXHIBIT A -030

711

1    "Question:  Again when I asked you the question

2    whether you were basing any of your opinions on

3    the work tape, you said," quote, "'not particularly.'

4    "Answer:  Well, let me change it to 'no,' then."

5 Q.  When you listened to the work tape, did you hear on the

6 work tape any suggestion of there being a coda?

7 A.  I don't remember.

8 Q.  Or any suggestion of the use of the instrumental figures

9 that you have been testifying about?

10 A.  I don't remember.

11 Q.  Let's assume for the moment that the work tape did not

12 include a coda or the instrumental figure.

13 A.  All right.

14 Q.  And then the work tape was given to a producer/arranger

15 to produce and arrange the song.  You're familiar with that

16 process.

17 A.  Oh, yes.  That's the way it works.

18 Q.  And the producer/arranger was the one who came up with

19 the idea of the use of a coda and the use of instrumental

20 figures.  Let's assume that set of facts for this question.

21 A.  All right.

22 Q.  On that scenario, two of your four factors would be

23 stripped away because the composers of the song didn't come

24 up with those two factors; isn't that correct?

25 A.  It wouldn't strip --

EXHIBIT A -031

1   A.    No.

2   Q.    And your transcription of the recording does have an

3   introduction; right?

4   A.    The recording has an introduction, yes.

5   Q.    The deposit copy doesn't have a coda, correct?

6   A.    That's correct.

7   Q.    And the recording does have a coda?

8   A.    Yes.

9   Q.    And your transcription of it has a coda?

10   A.    Yes, I believe so.

11   Q.    And the deposit copy doesn't have instrumental

12   figures as we've been talking about it?

13   A.    No, it doesn't.

14   Q.    And your transcription of the recording does?

15   A.    Yes.

16   Q.    Let's talk for a second, Dr. Eskelin, about prior

17   art.  First, about prior art in general, I'll break it down

18   into two categories.  There's prior art that's out there,

19   other composers, other songs.  That's one category of prior

20   art.  Do you agree?

21   A.    All right.

22   Q.    And there's another category of prior art which is

23   that of composers, body of work.

24   A.    All right.  I understand the difference.

25   Q.    All right.  So let's just talk about the prior art

1          Do you have an opinion as to whether or not at

2    this stage of the work tape, and I want to emphasize at this

3    stage of the work tape, do you have an opinion as to whether

4    or not Mr. Bolton or Mr. Goldmark have developed a

5    substantially similar title hook phrase?

6    A.     Yes.

7    Q.     And now the reasons for that opinion, please.

8    A.     The reasons -- I guess I don't understand the

9    question.  It's a combination of elements that come together

10   at that point to create the expression that is unique.

11   Q.     Same combination of elements that you told us about

12   earlier?

13   A.     Yes, yes.

14        MR. SUGARMAN:  Is there a question pending?

15        THE COURT:  No.  We're done with his question.

16   BY MR. MC NICHOLAS:

17   Q.     I would now like you to listen to exhibit 507 in

18   evidence, tape of the two songs.  We'll play them through

19   their entirety to the end then I'll ask you some questions.

20   A.     All right.

21   (Tape played)

22        MR. MC NICHOLAS:  For the record that was the Isley

23   Brothers "Love Is A Wonderful Thing."  We'll now hear

24   Mr. Bolton's.

25   (Tape played)

**EXHIBIT A -033**

1  A.    Stop.  We just heard bum bum da dum.  Another

2  instrumental lead in with a 5 6 1 just before we hear the

3  first statement of the title hook.  So could we just back up

4  that ever so slightly so we get that connection.

5  (Tape played)

6        Stop.  You are going to hear the second statement

7  for the title hook tape playing.

8        Stop.  Now you are going to hear the third phrase

9  and this is the one that shifts its position on the

10  conclusion, and let's hear that.

11  (Tape played)

12        Stop.  You just heard another statement of the

13  3 2 1 6 1 brass figure.

14        Go ahead.

15  (Tape played)

16        Stop just for a minute only to notice that we just

17  passed another inflection.

18  (Tape played)

19     Stop.  That was the next title hook phrase.  We're

20  into the second chorus now.

21        That was the second phrase of the second chorus

22  title hook phrase, I mean.  Go ahead.

23  (Tape played)

24        And here's the concluding phrase again of this

25  chorus which has the shifted ending.

EXHIBIT A -034

1          This is the bridge section which has nothing to do
2     with the case at all.
3     (Tape played)
4          Stop.  Let me tell you what's about to happen.  We're
5     going to get the brass lead-in figure, turnaround figure,
6     lead into a key change of the third chorus.  This statement
7     of the title hook that is identical to the Isley Brothers,
8     including the rhythm.
9     (Tape played)
10          Right there.  Stop.  This statement of the title hook
11     has the solo that varies the pitches on it, but it's in the
12     appropriate place and it is another statement, a varied
13     statement of the title hook.  Go ahead.
14     (Tape played)
15          Stop.  Now, here is the ending phrase in the third
16     chorus, the one in which Mr. Bolton toys with the placement
17     of the word "thing" emphasizing its importance in the total
18     song.  Go.
19     (Tape played)
20          Play the whole thing in context.  Go back a little
21     bit.
22     (Tape played)
23          A delay.  Another delay.  And followed bum bum bum bum
24     bum bum da dum by that brass fill again.
25          Go ahead to the coda, please.

1    (Tape played)

2    Q.    That concludes the playing of exhibit 507.

3          Dr. Eskelin, let me turn your attention to

4    exhibit 831.  This is the lead sheet for the Isley Brothers

5    copyrighted song, "Love Is A Wonderful Thing" which is on

6    deposit with the United States copyright office.

7          Have you located that?

8    A.    Yes.

9    Q.    Do you have an opinion as to whether or not this lead

10   sheet is sufficiently complete to identify the Isley

11   Brothers song "Love Is A Wonderful Thing"?

12   A.    Yes.

13         MR. SUGARMAN:  Objection.

14         THE COURT:  Overruled.

15         THE WITNESS:  Yes.

16   BY MR. MC NICHOLAS:

17   Q.    Would you play it and then I'll ask you some other

18   questions.

19   A.    (Keyboard)

20         THE WITNESS:  Would it help if I sang it instead?  You

21   could hear the lyric.

22   Q.    It would be helpful.

23   A.    (Singing) Love is a wonderful thing; love is a

24   wonderful thing; love is a wonderful thing; love is a

25   wonderful thing.

1  Q.   Now, when you were identifying the substantial

2  similarities when we played exhibit 507, the second half of

3  it, that is the Bolton-Goldmark version of "Love Is A

4  Wonderful Thing," were the terms that you used, inflection,

5  shift, instrumental figures, first chorus,

6  interrelationship, and coda, were those the same terms you

7  used in preparing exhibit 306, this large chart?

8  A.   The first column simply refers to the fact that the

9  inflections, the notes that are different in the printed

10  music and the performance -- excuse me, that inflections was

11  a normal part of Mr. Bolton's performance practice.

12       Therefore I feel comfortable in dismissing the

13  scale step six and scale step six five at the end as

14  inflections and stylistic additions.

15       MR. MC NICHOLAS:  Then the cadence shift, the

16  instrumental figures, the verse, the coda, these are the

17  same explanations, expressions that you were using in your

18  answer that appear on exhibit 306?

19  A.   Yes, although I didn't point out the first chorus

20  pitch relationship.  It wasn't appropriate in that

21  particular exercise.

22       MR. MC NICHOLAS:  Thank you very much.  Nothing

23  further.

24       THE COURT:  Mr. Sugarman.

25

889

1    Q.   Uh-huh.  Did you also produce that, that record?

2    A.   Yes.

3    Q.   All right.  And you mentioned one other record that you --

4    A.   "I Guess I'll Always Love You."

5    Q.   That was also in '66?

6    A.   Yeah, uh-huh.

7    Q.   Now -- Well, for how long did you work with the Isley

8    Brothers at Motown?

9    A.   Oh, I could couldn't say how long it took, a span of

10   time, because, uh, I was just sort of like all over the

11   place.  You know, we were working with two or three people at

12   the same time.

13   Q.   Okay.  Mr. Dozier, at this time I am going to play a

14   song for you and I'm going to ask you to listen to it and

15   then I'll ask you a question about it after it's finished.

16        MR. SUGARMAN:  I'm playing part of exhibit 507,

17   Your Honor.

18        THE COURT:  Thank you.

19        (Audio tape played at 8:56 a.m.)

20        (Stopped at 8:57.5 a.m.)

21   Q.   BY MR. SUGARMAN:  Mr. Dozier, have you ever heard that

22   song before?

23   A.   I heard it for the first time over the phone, which you

24   played for me for the first time.

25   Q.   About when was that?

EXHIBIT A -038

890

1    A.   About a year ago.

2    Q.   Did you hear that song in 1966 when you were at Motown

3    as you've described?

4    A.   No.

5             MR. SUGARMAN:  I have nothing further.

6             THE COURT:  Mr. McNicholas.

7             MR. MC NICHOLAS:  Thank you.

8

9                      CROSS-EXAMINATION
                         (8:58 a.m.)

10   BY MR. MC NICHOLAS:

11   Q.   Mr. Dozier, would you say that the Isley Brothers in

12   1966 were, quote, hot, close quote?

13   A.   Yes.

14   Q.   Were they well known?

15   A.   Oh, yes.

16   Q.   Were they famous?

17   A.   Yes.

18   Q.   In 1966, did they have three major hits on Motown's

19   Tamla label?

20   A.   I think so.

21   Q.   "This Old Heart of Mine" was one of them?

22   A.   Yes.

23   Q.   That was on the Billboard Hot 100, number 12 for 12

24   weeks, was it not?

25   A.   Uh, I couldn't say what -- what it was on the charts, no.

LUCILLE M. LITSHEIM,  U.S. COURT REPORTER

**EXHIBIT A -039**

1    A.    It's a lead sheet.

2    Q.    Yes.   Have you had the opportunity to compare this

3    lead sheet that was deposited in the copyright office with a

4    transcription of the recording of the Isley Brothers song?

5    A.    Yes, I have.

6    Q.    And in your opinion is this lead sheet a complete copy

7    of the recording?

8    A.    No.

9          MR. MC NICHOLAS:   Objection, leading.   Move to

10   strike.

11              THE COURT:   Overruled.

12              THE WITNESS:   No, it is not a complete copy.

13   BY MR. SUGARMAN:

14   Q.    Would you explain why not?

15   A.    Well, first of all, there is no introduction.   There

16   is no coda, which we were just listening to.   All of the

17   instrumental figures that have been brought up are not found

18   on this particular copy, and I went through and counted the

19   numbers in the chorus section and there are seven pitches in

20   the title phrase, and there are four repetitions of these in

21   this particular document.

22              That makes 28, 28 pitches in the first eight bars

23   and when I counted them and related them to the first eight

24   bars of the chorus, if memory serves me correctly, there

25   were only 12 of those pitches which were the same.   That

1170

1   means 12 from 28 leaving 16 pitches which are different on

2   this.

3          In addition, on the recording, the next eight

4   measures are different from what is on this score.  This

5   score has a repeat sign which says you simply repeat the

6   previous pitch groups, and as we've seen the pitches in the

7   second bars change.  So even those would add up to even less

8   if we were to take what's on the recording.  So this is not

9   complete in relationship to the number of pitches that you

10  find in the actual recording and what we had on this lead

11  sheet.

12  Q.    Mr. Ricigliano, would you just summarize for us your

13  opinion and the basis of your opinion, and then I have

14  nothing further.

15  A.    Well, I think my opinion is very strongly that

16  Mr. Bolton and Mr. Goldmark created their song independently

17  of the Isley Brothers.  It is an independent creation.  It

18  is a different song.

19          I base that on the fact that I have said before,

20  that the motific idea of the songs, while it has some

21  similarity, is different.  There are differences in that

22  which made me feel these are not substantially musical

23  ideas, but more importantly than that, I feel that the way

24  in which these composers take this musical idea and develop

25  it is dramatically different.  They are different songs.

EXHIBIT A -041

1220

1    which you said, "Listen to the sound" or -- "as you listen
2    to" the two title motifs of these -- "the first statement of
3    the two title motifs in the Isley Brothers and the Bolton-
4    Goldmark songs, do you hear them differently"?
5    A.    Yes.
6    Q.    And would you explain.  Explain how that is.
7    A.    Well, as I said, all of the differences that I pointed
8    out before, I hear them differently because their pitch
9    content, their rhythmic content, their harmonic content and
10   the placement of where they are within the song, I think all
11   of those things are important when we hear them and that's
12   how I hear them.
13   Q.    Now, let's talk about the instrumental figures, the
14   3-2-1-6-1 that appears in Bolton-Goldmark and the 3-2-1-6
15   that appears in Isley.  When you listen to those, do you hear
16   them to be the same?
17   A.    Absolutely not.
18   Q.    Can you explain that.
19   A.    Well, as I said before, first of all, in the Isley song
20   it's really not 3-2-1-6-1, it's not even 3-2-1-6.  There's
21   another note added on there which is different, 5 back to 6,
22   whereas in the -- and actually the last one goes down to 4.
23   And the rhythm and purpose of those particular melodic shapes
24   are totally different in both songs.
25          I don't think anyone hears the relationship

EXHIBIT A -042

1221

1    between the introductory material of the Isley Brothers' song

2    and the Bolton-Goldmark song, they're just two different

3    animals.

4    Q.    And what about the 5-5-5-5-5-6-1 figures that have been

5    talked about in both songs?  Do you hear those similarly at all?

6    A.    Yes, I hear a slight similarity.  I think the first one

7    in the Bolton-Goldmark that you hear that way doesn't sound --

8    when you just listen to it, does not sound very close at

9    all.  And the second one sounds a little bit closer to me.

10   But, again, as I said before, it's a sound in many-many works,

11   as far as that rhythmical aspect of it and as far as the

12   pitch and rhythmical concept of it, or whatever, as it's used

13   in between phrases or in between sections is found in several

14   of Mr. Bolton's prior works.  So to me it's not significant

15   at all that there might be some similarity there.

16   Q.    And do you hear any similarity in the sound of the

17   introductions of the two songs?

18   A.    I'm sorry, would you state the question again.

19   Q.    There are intro- -- musical -- instrumental

20   introductions to the two songs; correct?

21   A.    Yes.

22   Q.    When you hear those, do you hear any similarity --

23   A.    No.

24   Q.    -- between the instrumental introductions of each song?

25   A.    No, I do not.

LUCILLE M. LITSHEIM,  U.S. COURT REPORTER

**EXHIBIT A -043**

1449

1   original, unique ideas expressed by Mr. Isley.

2          These ideas fall into two categories. The

3   title-hook phrase setting, number one. Number two, the

4   combination of elements. I will refresh your recollection,

5   if it needs refreshing.

6          (Document displayed on plaster board.)

7          These are the elements. The shift, the cadence --

8   or the instrumental figures, the verse/chorus interrelationship,

9   and coda.

10          And here's the -- would you hold that for me.

11          (Document displayed on plaster board.)

12          These are the similarities. I mentioned the

13   title-hook phrase, the shifted cadence, instrumental figures,

14   verse/chorus material and the ending, or the coda. It's the

15   combination. It's the unique combination of these features

16   that is the protected expression in this case.

17          Now, you've got two tests, and we have to satisfy

18   both of them. We have to satisfy both of them. We have an

19   objective test, and that's where you compare these -- this

20   combination of elements, compare this unique combination of

21   elements. That's the objective test.

22          And you may recall the jury instruction, you'll

23   have it in the jury room, the last sentence where the court

24   read the objective test says: You may consider the testimony

25   of the experts. And I wish to emphasize the word "may."

EXHIBIT A -044