1

Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
2  KING & BALLOW
6540 Lusk Blvd., Suite 250
3  San Diego, CA 92121
(858) 597-6000
4  Fax: (858) 597-6008
Attorneys for Defendants and Counter-
5  Claimants Frankie Christian Gaye and
Nona Marvisa Gaye

6

7

8

Mark L. Block (SBN 115457)
9  E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
10  1888 Century Park East; Suite 1520
Los Angeles, CA  90067
11  (310) 853-6355 Fax: (310) 853-6333
Attorneys for Defendants and Counter-
12  Claimants Frankie Christian Gaye and
Nona Marvisa Gaye

Richard S. Busch (TN BPR 014594) (*pro hac vice*)
E-Mail: rbusch@kingballow.com
Sara R. Ellis (TN BPR 030760) (*pro hac vice*)
E-Mail: sellis@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN  37201
(615) 259-3456  Fax:  (615) 726-5417
Attorneys for Defendants and Counter-
Claimants Frankie Christian Gaye and Nona
Marvisa Gaye

Paul N. Philips (SBN 18792)
E-Mail: pnp@pnplegal.com
The Law Offices of Paul N. Philips
9255 West Sunset Boulevard
West Hollywood, CA  90069
(323)813-1126 Fax:  (323) 854-6902
Attorney for Defendant and Counter-Claimant

Marvin Gaye III

13

14            **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
15

16  PHARRELL WILLIAMS, an
individual; ROBIN THICKE, an
17  individual; and CLIFFORD
HARRIS, JR., an individual,
18
            Plaintiffs,
19
      vs.
20
BRIDGEPORT MUSIC, INC., a
21  Michigan corporation; FRANKIE
CHRISTIAN GAYE, an individual;
22  MARVIN GAYE III, an individual;
NONA MARVISA GAYE, an
23  individual; and DOES 1 through 10,
inclusive,
24
            Defendants.
25  ———————————————————————
26  AND RELATED
COUNTERCLAIMS
27

28

Case No. CV13-06004-JAK (AGRx)

Hon. John A. Kronstadt

**COUNTER-CLAIMANTS' EX PARTE
APPLICATION FOR CONTINUANCE OF
TRIAL, RECONSIDERATION OF
GRANTING MOTION IN LIMINE NO. 1-3
AND CERTIFICATION OF QUESTION
FOR INTERLOCUTORY APPEAL**

**[MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT;
DECLARATIONS OF INGRID MONSON,
JUDITH FINELL, AND RICHARD S.
BUSCH FILED CONCURRENTLY
HEREWITH]**

**[PROPOSED] *EX PARTE*  ORDER
LODGED CONCURRENTLY
HEREWITH]**

Action Commenced: August 15, 2013
Trial Date: February 10, 2015

1    **PLEASE TAKE NOTICE** Counter-Claimants Nona Marvisa Gaye, Frankie

2 Christian Gaye, and Marvin Gaye III ("The Gayes") submit this *Ex Parte* Application

3 under Central District of California Local Rule 7-19 in light of the impending trial date

4 and the immediate need for relief.   For the reasons discussed in the accompanying

5 Memorandum of Points and Authorities and Declarations in Support, the Gayes request that

6 this Court:  (1) postpone the trial date in this matter; and (2) reconsider a ruling that would

7 not only severely impact the trial of this action, and is not supported by law, but would

8 create dangerous precedent, or, in the alternative; (3) grant permission for the Gaye parties

9 to file an interlocutory appeal, since the finding that the non-lead sheet compositional

10 elements embodied in Marvin Gaye's commercially released sound recording are not part of

11 this action is directly at odds with every decision the Gayes' counsel can locate on the topic,

12 and the Court cited no law to support its conclusion.

13    This Application is made after a conference of counsel pursuant to Local Rule 7-

14 19. Specifically, on January 27, 2014 Richard S. Busch, counsel for the Gayes, and

15 Howard King, counsel for Plaintiffs, met and conferred on the issues outlined in this *ex*

16 *parte* application.  Mr. King advised Mr. Busch that he would oppose all portions of the

17 Application.

18    By bringing this Application, the Gayes are not acting in bad faith or engaging in

19 undue delay, and Plaintiffs will not suffer any harm should the Court grant Counter-

20 Claimants' requests.

21    For the reasons stated above, the Gayes hereby apply for an Order:

22    This *ex parte* Application shall be based on this application, the Memorandum of

23 Points and Authorities in support therefore, the Declarations of Judith Finell, Ingrid

24 Monson, Ron Aston, and Thomas Court, the complete files and records herein, and on

25 such further oral and documentary evidence as this Court may consider. Notice will be

26 served on Plaintiffs' counsel, Seth Miller, King, Holmes, Paterno & Berliner, LLP, 1900

27 Avenue of the Stars, 25th Floor, Los Angeles, CA 90067, (310) 282-8915,

28 miller@khpblaw.com.

1

2   Dated: January 29, 2015                 Respectfully submitted,

3
                                            KING & BALLOW
4

5                                           By: /s/ Richard S. Busch
                                            RICHARD S. BUSCH
6                                           PAUL H. DUVALL
                                            SARA R. ELLIS
7

8                                           WARGO & FRENCH, LLP

9
                                            By: /s/ Mark L. Block
10                                          MARK L. BLOCK

11
                                            *Attorneys for Defendants and Counter-*
12                                          *Claimants Nona and Frankie Gaye*

13
                                            THE LAW OFFICES OF PAUL N. PHILIPS
14

15                                          By: /s/ Paul N. Philips
                                            PAUL N. PHILIPS
16

17                                          *Attorney for Defendant and Counter-Claimant*
                                            *Marvin Gaye III*

18

19

20

21

22

23

24

25

26

27

28