1  KING, HOLMES, PATERNO & BERLINER, LLP
   HOWARD E. KING, ESQ., STATE BAR NO. 77012
2  STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
   ROTHSCHILD@KHPBLAW.COM
3  SETH MILLER, ESQ., STATE BAR NO. 175130
   MILLER@KHPBLAW.COM
4  1900 AVENUE OF THE STARS, 25TH FLOOR
   LOS ANGELES, CALIFORNIA 90067-4506
5  TELEPHONE: (310) 282-8989
   FACSIMILE:  (310) 282-8903
6
   Attorneys for Plaintiffs and Counter-
7  Defendants PHARRELL WILLIAMS,
   ROBIN THICKE and CLIFFORD
8  HARRIS, JR. and Counter-Defendants
   MORE WATER FROM NAZARETH
9  PUBLISHING, INC., PAULA MAXINE
   PATTON individually and d/b/a
10 HADDINGTON MUSIC, STAR TRAK
   ENTERTAINMENT, GEFFEN
11 RECORDS, INTERSCOPE RECORDS,
   UMG RECORDINGS, INC., and
12 UNIVERSAL MUSIC DISTRIBUTION

13              UNITED STATES DISTRICT COURT

14     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15 PHARRELL WILLIAMS, an              CASE NO. CV13-06004-JAK (AGRx)
   individual; ROBIN THICKE, an       Hon. John A. Kronstadt, Ctrm 750
16 individual; and CLIFFORD HARRIS,
   JR., an individual,                **PLAINTIFFS' AND COUNTER-
17                                     DEFENDANTS' FIRST AMENDED
                    Plaintiffs,        [PROPOSED] SPECIAL
18                                     QUESTIONS FOR *VOIR DIRE***
        vs.
19                                     **Jury Trial:**
   BRIDGEPORT MUSIC, INC., a          Date:   February 10, 2015
20 Michigan corporation; FRANKIE      Time:   9:00 a.m.
   CHRISTIAN GAYE, an individual;     Ctrm.:  750
21 MARVIN GAYE III, an individual;
   NONA MARVISA GAYE, an              Action Commenced: August 15, 2013
22 individual; and DOES 1 through 10,
   inclusive,
23
                    Defendants.
24

25 AND RELATED COUNTERCLAIMS.

26

27 / / /

28 / / /

4112.060/849747.1

1    Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN

2  THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER

3  FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON

4  individually and d/b/a HADDINGTON MUSIC, STAR TRAK

5  ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG

6  RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION hereby set forth

7  their proposed *voir dire* questions pursuant to Section C.3 of the Court's Order on

8  Court/Jury Trial filed 1/06/14 (Document 53) as follows:

9       1.    Do you have any formal music training?

10      2.    Have you ever written a song or a musical composition?

11      3.    Can you read music?

12      4.    Have you ever heard the sound recording of Marvin Gaye's "Got to

13  Give It Up"?

14      5.    If video presentations of songs created by one of the parties in the case

15  contained scenes that offended you, such as scantily clad or naked women, do you

16  think you would still be able to make an impartial determination in this case?

17      6.    Do you subscribe to any music streaming service?  Spotify, Pandora,

18  Rhapsody, Beats?

19      7.    Have you ever purchased or downloaded any records or songs by

20  Marvin Gaye?

21      8.    Have you, any members of your family or close friends ever been

22  involved in a dispute regarding copyright infringement?

23      9.    Do you agree, or disagree, that much stricter laws are needed to protect

24  original, creative work from copying?

25  / / /

26  / / /

27  / / /

28  / / /

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/849747.1                              1

1    10.    If one or more of the parties to this litigation is not present for all or a

2  part of this trial, will you still be able to judge that party impartially and reach no

3  decision based on that party's lack of presence for this trial?

4

5  DATED: February 2, 2015          KING, HOLMES, PATERNO &
                                    BERLINER, LLP
6

7

8                                  By: _____
9                                        HOWARD E. KING
                                         SETH MILLER
10                                 Attorneys for Plaintiffs and Counter-Defendants
11                                 PHARRELL WILLIAMS, et al.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2015, I electronically filed the foregoing **PLAINTIFFS' AND COUNTER-DEFENDANTS' FIRST AMENDED [PROPOSED] SPECIAL QUESTIONS FOR *VOIR DIRE*** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____
Dina Webb

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/849747.1