KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**NOTICE OF LODGING OF PLAINTIFFS' EDITED SOUND RECORDINGS OF "GOT TO GIVE IT UP" AND "AFTER THE DANCE" PURSUANT TO JANUARY 28, 2015 ORDER RE ADMISSIBILITY OF SOUND RECORDING EVIDENCE AT TRIAL**<br><br>**Jury Trial:**<br>Date:   February 10, 2015<br>Time:   9:00 a.m.<br>Ctrm.:   750<br><br>Action Commenced: August 15, 2013<br>Trial Date:              February 10, 2015 |

/ / /

4112.060/852572.1

PLEASE TAKE NOTICE THAT, pursuant to the Court's January 28, 2015, Minute Order Re Admissibility of Sound Recording Evidence at Trial, Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION ("Plaintiffs") lodge with the Court concurrently herewith a CD containing edited sound recordings as follows:

1. "Got to Give It Up"
2. "After the Dance"

The foregoing edited sound recordings were created under the direction of Plaintiffs' musicologist, Sandy Wilbur, using professional musicians to perform the compositions embodied in the deposit copy sheet music for "Got to Give It Up" and "After the Dance" at issue in this case so as to reflect only the compositional material embodied in the deposit copies. No elements of Marvin Gaye's sound recordings of either song were used in either of Plaintiffs' edited sound recordings.

DATED: February 2, 2015

KING, HOLMES, PATERNO & BERLINER, LLP

By: /s/ Seth Miller
HOWARD E. KING
SETH MILLER
Attorneys for Plaintiffs and Counter-Defendants
PHARRELL WILLIAMS, et al.

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/852572.1

1



# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1900 Avenue of the Stars, Twenty-Fifth Floor, Los Angeles, CA 90067-4506.

On February 2, 2015, I served true copies of the following document(s) described as **NOTICE OF LODGING OF PLAINTIFFS' EDITED SOUND RECORDINGS OF "GOT TO GIVE IT UP" AND "AFTER THE DANCE" PURSUANT TO JANUARY 28, 2015 ORDER RE ADMISSIBILITY OF SOUND RECORDING EVIDENCE AT TRIAL** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with King, Holmes, Paterno & Berliner, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 2, 2015, at Los Angeles, California.

*/s/ Joey S. Gossett*
Joey S. Gossett

King, Holmes, Paterno & Berliner, LLP

4112.060/852572.1

**SERVICE LIST**
**Williams, Pharrell, et al. v. Bridgeport Music, Inc., et al.**
**2:13-cv-06004-JAK (AGRx)**

| | |
|---|---|
| Richard S. Busch, Esq.<br>Sara R. Ellis, Esq.<br>KING & BALLOW<br>315 Union Street, Suite 1100<br>Nashville, Tennessee 37201<br>Tel:   (615) 259-3456<br>Fax:  (615) 726-5417<br>Email:     rbusch@kingballow.com<br>Email:     sellis@kingballow.com | Attorneys for<br>Defendants/Counterclaimants<br>**NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE** |
| Paul H. Duvall, Esq.<br>KING & BALLOW<br>6540 Lusk Boulevard, Suite 250<br>San Diego, California 92121<br>Tel:   (858) 597-6000<br>Fax:  (858) 597-6008<br>Email:     pduvall@kingballow.com | Attorneys for<br>Defendants/Counterclaimants<br>**NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE** |
| Mark L. Block, Esq.<br>WARGO & FRENCH LLP<br>1888 Century Park East, Suite 1520<br>Los Angeles, California 90067<br>Tel:   (310) 853-6355<br>Fax:  (310) 853-6333<br>Email:     mblock@wargofrench.com | Attorneys for<br>Defendants/Counterclaimants<br>**NONA MARVISA GAYE AND FRANKIE CHRISTIAN GAYE** |
| Paul N. Philips, Esq.<br>The Law Offices of Paul N. Philips, APLC<br>9255 West Sunset Boulevard, Suite 920<br>West Hollywood, California 90069<br>Tel:   (323) 813-1126<br>Fax:  (310) 854-6902<br>Email:     pnp@pnplegal.com | Attorneys for Defendant<br>**MARVIN GAYE III** |

King, Holmes,
Paterno &
Berliner, LLP

4112.060/852572.1