Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000
Fax: (858) 597-6008
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Richard S. Busch (TN BPR 014594)
(*pro hac vice*)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456  Fax: (615) 726-5417
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East; Suite 1520
Los Angeles, CA 90067
(310) 853-6355 Fax: (310) 853-6333
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Paul N. Philips (SBN 18792)
E-Mail: pnp@pnplegal.com
The Law Offices of Paul N. Philips
9255 West Sunset Boulevard
West Hollywood, CA 90069
(323)813-1126 Fax: (323) 854-6902
Attorney for Defendant and Counter-Claimant Marvin Gaye III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><hr>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**JOINT NOTICE OF LODGING DEFENDANTS AND COUNTER-CLAIMANTS' EDITED SOUND RECORDINGS PURSUANT TO THE JANUARY 28, 2015 ORDER RE ADMISSIBILITY OF SOUND RECORDING EVIDENCE AT TRIAL**<br><br>Action Commenced: August 15, 2013<br><br>JuryTrial Date: February 10, 2015<br>Time: 9:00 a.m.<br>Ctrm: 750 |

1    PLEASE TAKE NOTICE THAT pursuant to the Court's January 28, 2015, Minute Order, Defendants and Counter-Claimants FRANKIE CHRISTIAN GAYE, NONA GAYE and MARVIN GAYE III (the "Gayes") hereby lodge with the Court concurrently herewith a CD containing edited sound recordings as follows:

1. Revised audio example of "Got to Give It Up" and "Blurred Lines."
2. Revised audio example of "Got to Give It Up" and "Blurred Lines."
3. Revised audio example of "Got to Give It Up" and "Blurred Lines."
4. PowerPoint Presentation of Musicologist Judith Finell with audio clips embedded.
5. PowerPoint Presentation of Musicologist Ingrid Monson with audio clips embedded.

The foregoing edited sound recordings were created under the direction of Defendants and Counter-Claimants' experts, Judith Finell and Dr. Ingrid Monson. The sound recordings have been served, via electronic mail, on opposing counsel. Counsel stipulated to exchange audio exhibits at 12:30PT and written demonstratives by the end of the day.

Dated: February 2, 2015

Respectfully submitted,
KING & BALLOW

By: /s/ Richard S. Busch
RICHARD S. BUSCH
PAUL H. DUVALL

WARGO & FRENCH, LLP

By: /s/ Mark L. Block
MARK L. BLOCK
*Attorneys for Defendants and Counter-Claimants Nona and Frankie Gaye*

- 1 -

1  THE LAW OFFICES OF PAUL N. PHILIPS
   By: /s/ Paul N. Philips
2  PAUL N. PHILLIPS
   *Attorney for Defendant and Counter-Claimant*
3  *Marvin Gaye III*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28