Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000
Fax: (858) 597-6008
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Richard S. Busch (TN BPR 014594)
(*pro hac vice*)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 Fax: (615) 726-5417
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East; Suite 1520
Los Angeles, CA 90067
(310) 853-6355 Fax: (310) 853-6333
Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye

Paul N. Philips (SBN 18792)
E-Mail: pnp@pnplegal.com
The Law Offices of Paul N. Philips
9255 West Sunset Boulevard
West Hollywood, CA 90069
(323)813-1126 Fax: (323) 854-6902
Attorney for Defendant and Counter-Claimant Marvin Gaye III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**COUNTER-CLAIMANTS' JOINT PROPOSED VOIR DIRE QUESTIONS**<br><br>**Final Pretrial Conference:**<br>Date: January 26, 2015<br>Time: 3:00 p.m.<br>Ctrm: 750<br><br>**Trial Date:**<br>Date: February 10, 2015<br>Time: 9:00 a.m.<br>Ctrm: 750<br><br>Action Commenced: August 15, 2013 |

Pursuant to this Court's Order for Trial (Dkt. No. 53) and Ex. D to this Court's Standing Order, and the Court's Final Pretrial Conference instructions, Counter-Claimants Frankie Christian Gaye, Nona Marvisa Gaye, and Marvin Gaye III re-submit the proposed voir dire questions for the jury with the ten (10) most significant questions identified in bold:

1. You have heard the general statement of the case. Does any member of the jury panel believe there is anything that might prevent you from being fair and impartial in this case?

2. Does any member of the jury panel believe they will not be able to follow the Court's instructions in this case, even if you disagree with them?

3. Does any member of the jury panel believe they will not be able to apply the law in this case, even if you disagree with it?

4. Does any member of the jury panel believe that if you do not agree with the law in this case that you will disregard it and make decisions based on your own views?

5. Is any member of the jury panel not employed full time?

6. Is any member of the jury panel not employed at least part time?

7. Does any member of the jury panel have a high school diploma or equivalent?

8. Does any member of the jury panel have a college degree?

9. Does any member of the jury panel have a masters degree?

10. Does any member of the jury panel have a doctorial degree?

11. Has any member of the jury panel ever owned a business?

12. Is any member of the jury panel recently divorced or separated?

13. Has any member of the jury panel ever had a substance abuse problem?

14. Is any member of the jury panel close to anyone who has a substance abuse problem?

15. Does any member of the jury panel have a hearing impairment?

　　a. Does any member of the jury panel wear a hearing aid or similar device?

16. Does any member of the jury panel have a visual impairment?
    a. Does any member of the jury panel have a visual impairment that is not rectified by corrective lenses?
17. Has any member of the jury panel ever been involved in a lawsuit involving music or the music industry?
18. Is any member of the jury panel a musician?
**19. Does any member of the jury panel play an instrument or sing?**
**20. Does any member of the jury panel know how to read sheet music?**
21. Does any member of the jury panel have perfect pitch?
22. Does any member of the jury panel have a degree in music?
23. Does any member of the jury panel have any musical training?
    a. Does any member of the jury panel have advanced musical training?
24. Does any member of the jury panel consider themselves an expert in musical analysis?
25. Has any member of the jury panel ever worked in the music industry?
26. Does any member of the jury panel have any friends or family who work in the music industry?
**27. Has any member of the jury panel ever worked in the entertainment industry?**
28. Does any member of the jury panel have any friends or family who work in the entertainment industry?
29. Has any member of the jury panel ever worked in marketing?
30. Has any member of the jury panel ever worked in advertising?
31. Has any member of the jury panel ever worked in publicity or public relations?
32. Has any member of the jury panel ever worked in journalism?
33. Has any member of the jury panel ever registered for a copyright, patent, or trademark?

34. Does any member of the jury have someone close to them who has been involved in a dispute over a copyright, patent, or trademark, ?

35. Has any member of the jury panel ever inherited a home or other tangible property?

    a. Has any member of the jury panel ever inherited intellectual property?

    b. Does any member of the jury panel think there a difference between tangible property and intellectual property?

    c. Does any member of the jury panel think that if you inherit property as an heir you have a lesser right to protect it than the original owner?

    d. Does any member of the jury panel think heirs have an obligation to protect the property of those who came before them?

36. Has any member of the jury panel ever heard the term "sound recording?"

37. Has any member of the jury panel ever heard the term "musical composition"?

38. Has any member of the jury panel ever heard the term "license" as it relates to music?

39. Has any member of the jury panel ever heard of the term "royalties" with regard to the music industry?

**40. Does any member of the jury panel believe copyrighted material is not entitled to protection under the law?**

41. Some people think that intellectual property is different than regular "property," and that stealing intellectual property is not as bad as stealing regular property. Does any member of the jury panel agree with that?

42. Has any member of the jury panel ever downloaded a song without paying for it?

**43. Does any member of the jury panel know who Marvin Gaye is?**

**44. Has any member of the jury panel ever heard "Got to Give it Up"?**

**45. Has any member of the jury panel ever heard "After the Dance"?**

- 3 -

      a.     Does any member of the jury panel have any preconceived notions about Marvin Gaye of his music that you would hold against his children?

46. Does any member of the jury panel listen to R&B music?

47. Does any member of the jury panel listen to soul music?

48. Does any member of the jury panel listen to rap music?

49. Does any member of the jury panel listen to pop music?

50. Does any member of the jury panel listen to disco music?

51. Does any member of the jury panel listen to funk music?

      a.     Does any member of the jury panel believe they could not make a decision in this case independent of their taste in music?

52. Does any member of the jury panel have any celebrity role models?

53. Does any member of the jury panel think celebrities act differently publicly than they do privately?

**54. Does anyone know who Pharrell Williams is?**

      a.     Does any member of the jury panel know him personally?

      b.     Does any member of the jury panel consider Pharrell Williams to be a role model?

      c.     Is any member of the jury panel a fan of Pharrell Williams?

      d.     Does any member of the jury panel think he is likable?

      e.     Does any member of the jury panel think he is unlikable?

      f.     Does any member of the jury panel have a negative impression of him?

      g.     Does any member of the jury panel have a positive impression of him?

55. Does any member of the jury panel watch the television show "The Voice"?

      a.     Has any member of the jury panel ever auditioned for "The Voice"?

      b.     Has any member of the jury panel ever auditioned for any other TV show?

- 4 -

56. Does any member of the jury panel watch the GRAMMYs?
57. Does any member of the jury panel watch the MTV Video Awards?
58. Has any member of the jury panel seen Despicable Me 2?
59. Does any member of the jury panel own any albums or songs by Pharrell Williams?
    a. Does any member of the jury panel own any albums or songs by N.E.R.D.?
    b. Does any member of the jury panel own any albums or songs by The Neptunes?
60. Does any member of the jury panel think Pharrell Williams acts the same way in the studio or his private life as he does on "The Voice" and in interviews?
61. Does any member of the jury panel know who Chad Hugo is?
62. Does any member of the jury panel know who Robin Thicke is?
    a. Does any member of the jury panel know him personally?
    b. Does any member of the jury panel consider Robin Thicke to be a role model?
    c. Is any member of the jury panel a fan of Robin Thicke?
    d. Does any member of the jury panel think he is likable?
    e. Does any member of the jury panel think he is unlikable?
    f. Does any member of the jury panel have a negative impression of him?
    g. Does any member of the jury panel have a positive impression of him?
63. Does any member of the jury panel own any albums or songs by Robin Thicke?
64. Has any member of the jury panel ever heard "Blurred Lines"?
65. Has any member of the jury panel seen either video for "Blurred Lines"?

1          a.    How many have seen the unrated video for "Blurred Lines"?

2  66.  Does any member of the jury panel have any negative opinions about "Blurred Lines"?

4  67.  Does any member of the jury panel have any positive opinions about "Blurred Lines"?

6  68.  Has any member of the jury panel heard the song "Love After War"?

7  69.  Has any member of the jury panel seen Pharrell Williams in concert?

8  70.  Has any member of the jury panel seen Robin Thicke in concert?

9  71.  Does any member of the jury panel anyone know who Paula Patton is?

10     a.    Does any member of the jury panel know her personally?

11     b.    Does any member of the jury panel consider Paula Patton to be a role model?

13     c.    Does any member of the jury panel think she is likable?

14     d.    Does any member of the jury panel think she is unlikable?

15     e.    Does any member of the jury panel have a negative impression of her?

16     f.    Does any member of the jury panel have a positive impression of her?

17  72.  Does anyone know who Clifford Harris, Jr., also publicly known as "T.I." is?

19     a.    Does any member of the jury panel know him personally?

20     b.    Does any member of the jury panel consider T.I. to be a role model?

21     c.    Does any member of the jury panel think he is likable?

22     d.    Does any member of the jury panel think he is unlikable?

23     e.    Does any member of the jury panel have a negative impression of him?

25     f.    Does any member of the jury panel have a positive impression of him?

27     g.    Is any member of the jury panel a fan of T.I.?

28  73.  Does any member of the jury panel own any albums or songs by T.I.?

74. Does any member of the jury panel think celebrities get special treatment?
75. Does any member of the jury panel get awe-struck by a celebrity?
76. **Does any member of the jury panel think they could not be impartial in a case that involves a celebrity?**
77. **Is any member of the jury panel more likely to believe someone because they are a celebrity?**
78. Is any member of the jury panel less likely to believe someone because they are a celebrity?
79. Does any member of the jury panel generally believe celebrities are honest?
80. Does any member of the jury panel generally believe celebrities are dishonest?
81. Does any member of the jury panel read gossip blogs like Perez Hilton?
82. Has any member of the jury panel read or heard anything about this case?
83. Does any member of the jury panel follow celebrity lawsuits in the news?
84. Does any member of the jury panel think they are good at deciding if somebody is telling the truth?
    a. Does any member of the jury panel think they are not good at deciding if someone is telling the truth?
    b. Does any member of the jury panel have a problem with concluding that someone is not credible because they previously did not tell the truth under oath?
85. Does any member of the jury panel believe that if someone had not told the truth on certain occasions, it makes them less believable?
86. Does any member of the jury panel believe that if someone does not tell the truth in one incident that they can still be believed in another incident?
87. Does any member of the jury panel think it is okay to lie?
88. Does any member of the jury panel think that everyone lies?

89. Does any member of the jury panel believe it is appropriate to take advantage of someone else's work and not give credit to them?

90. Does any member of the jury panel think that you have a right to believe what someone says in an interview?

    a. Does any member of the jury panel believe that embellishing is ok?

    b. Does any member of the jury panel believe someone should be held to what they say?

91. Has any member of the jury panel ever felt they have been deceived or tricked or had something that they worked very hard for stolen from them?

92. Does any member of the jury panel believe that if someone steals from you, the fact that they stole from you matters more than the amount they stole?

93. Has any member of the jury panel ever been the victim of a scam or identify theft?

94. Has any member of the jury panel ever had anything stolen from them?

95. Has anyone ever not given any member of the jury panel credit for something you did? Has anyone ever taken credit for what you did?

    a. How did you feel about it?

    b. What did you do about it, if anything?

    c. Do you think that that person should be held responsible?

96. Has any member of the jury panel ever been accused of taking credit for an idea that was not your own?

97. If someone has something wrongfully taken from them, does any member of the jury panel have a problem with saying the person or party responsible for that should pay for that?

98. Does any member of the jury panel believe victims are somehow responsible for not being smart enough to catch what's being done to them?

99. Has any member of the jury panel seen or heard anything that would make it hard for them to guarantee that they will judge the parties equally?

100. Has anything occurred during the question and answer period that makes you doubt that you would be completely fair and impartial in this case? If there is, it is your duty to tell the Court at this time.

Dated: February 2, 2015          Respectfully submitted,

KING & BALLOW

By: /s/ Richard S. Busch
RICHARD S. BUSCH
PAUL H. DUVALL

WARGO & FRENCH, LLP

By: /s/ Mark L. Block
MARK L. BLOCK

*Attorneys for Defendants and Counter-Claimants Nona and Frankie Gaye*

THE LAW OFFICES OF PAUL N. PHILIPS

By: /s/ Paul N. Philips
PAUL N. PHILIPS

*Attorney for Defendant and Counter-Claimant Marvin Gaye III*