Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000
Fax: (858) 597-6008
Attorneys for Defendants and Counter-
Claimants Frankie Christian Gaye and
Nona Marvisa Gaye

Richard S. Busch (TN BPR 014594)
(pro hac vice)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456  Fax:  (615) 726-5417
Attorneys for Defendants and Counter-
Claimants Frankie Christian Gaye and Nona
Marvisa Gaye

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East; Suite 1520
Los Angeles, CA  90067
(310) 853-6355 Fax: (310) 853-6333
Attorneys for Defendants and Counter-
Claimants Frankie Christian Gaye and
Nona Marvisa Gaye

Paul N. Philips (SBN 18792)
E-Mail: pnp@pnplegal.com
The Law Offices of Paul N. Philips
9255 West Sunset Boulevard
West Hollywood, CA  90069
(323)813-1126 Fax:  (323) 854-6902
Attorney for Defendant and Counter-Claimant
Marvin Gaye III

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>——————————————————<br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**COUNTER-CLAIMANTS' JOINT SUPPLEMENTAL FILING OF PAGES FROM THE DEPOSITION OF HARRY WEINGER**<br><br>Date: January 26, 2015<br>Time: 3:00 p.m.<br>Ctrm: 750<br><br>Action Commenced: August 15, 2013<br>Trial Date: February 10, 2015 |

Counter-Claimants Frankie Christian Gaye, Nona Marvisa Gaye, and Marvin Gaye III (collectively, "Counter-Claimants" or "the Gayes"), by and through counsel, hereby submit excerpts of the testimony of Harry Weinger, the Vice President of A&R for Universal Music Enterprises, the catalog reissue division of Counter-Defendant UMG Recordings Inc, in accordance with this Court's January 26, 2015 ruling on Plaintiffs' Motion in Limine 8, to demonstrate that Mr. Weinger is an employee of Counter-Defendant UMG Recordings Inc., which owns and markets the sound recordings of Marvin Gaye, and Mr. Weinger's  statements constitute admissions by a party opponent. Counter-Claimants incorporate their arguments, and the cited supportive law, within their Opposition to Plaintiffs' Motion in Limine No. 8 herein. Excerpts of Mr. Weinger's testimony are attached here to as Exhibit A. The following lines have been designated for this purpose:

| | | | |
|---|---|---|---|
| 4:19-21 | 17:25-18:12 | 29:7-19 | 54:11 |
| 8:9-15 | 18:18-19:20 | 29:21-22 | 68:7-19 |
| 9:16-11:13 | 20:12-19 | 41:2-18 | 69:15-70:12 |
| 14:9-11 | 21:2-24 | 42:12-45:12 | 70:15-71:8 |
| 14:14-15:3 | 25:10-22 | 48:18-49:21 | 71:11 |
| 15:12-16:11 | 27:3-28:6 | 53:8-54:8 | |

Dated: February 2, 2015

Respectfully submitted,

KING & BALLOW

By: /s/ Richard S. Busch
RICHARD S. BUSCH
PAUL H. DUVALL

- 1 -

1

WARGO & FRENCH, LLP

2

By: /s/ Mark L. Block

3

MARK L. BLOCK

4

*Attorneys for Defendants and Counter-Claimants*

5

*Nona and Frankie Gaye*

6

THE LAW OFFICES OF PAUL N. PHILIPS

7

By: /s/ Paul N. Philips

8

PAUL N. PHILIPS

9

10

*Attorney for Defendant and Counter-Claimant*

*Marvin Gaye III*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit  A

```
 1              - CONFIDENTIAL - HARRY WEINGER -
 2         Plaintiffs and the witness.
 3              MR. COHEN:  Brad Cohen, in-house
 4         counsel at Universal Music Group.
 5              THE VIDEOGRAPHER:  Now will the court
 6         reporter please swear in the witness.
 7
 8              HARRY WEINGER, called as a witness,
 9         having been duly sworn on October 27, by a
10         Notary Public, was examined and testified as
11         follows:
12                                1755 Broadway
13                                New York, New York
14                                (Business)
15
16    EXAMINATION BY MR. BUSCH:
17         Q.   Good morning.
18         A.   Morning.
19         Q.   Would you please state your name for
20    the record?
21         A.   Harry Weinger.
22         Q.   Mr. Weinger, my name is Richard Busch
23    and I'm representing Nona and Frankie Gaye in the
24    lawsuit that involves "Blurred Lines" and "Got to
25    Give it Up" and "Love After War" and "After the
```

```
 1              - CONFIDENTIAL - HARRY WEINGER -
 2         sure what the last exhibit was, the last
 3         deposition and because we have been doing
 4         this sequentially, I'm going to mark the
 5         documents produced by Mr. Weinger today as
 6         Exhibit Number 1200.
 7              (Whereupon, Exhibit 1200 was marked
 8         at this time.)
 9         Q.   Mr. Weinger, I'm going to show you
10    the documents that have been produced.  I want you
11    to thumb through them and tell me if you've
12    searched your records for documents that were
13    responsive to our subpoena and if these are all
14    the documents that you came up with?
15         A.   Yes.  Yes.
16         Q.   Yes.  So there are no documents that
17    you found that you withheld from production?
18    You've produced everything that you were able to
19    find?
20         A.   Yes.
21         Q.   Okay.  Okay.  All right.  We'll go
22    over these documentations in a few moments.
23              Before we do, I'd just like to get
24    some background on you.  Would you take me
25    through, if you would, your educational
```

```
 1                    - CONFIDENTIAL - HARRY WEINGER -
 2      background?
 3           A.    Sure.
 4           Q.    Okay.
 5           A.    How far back?
 6           Q.    Through college, I guess?
 7           A.    Bardonia elementary school --
 8           Q.    I think -- I think from -- I think
 9      just your year of graduation of college --
10           A.    I graduated high school in 1975.  I
11      went to Ithaca College in Ithaca, New York and
12      graduated in December 1978.
13           Q.    What was your major in?
14           A.    I had a bachelor of science in
15      communications with a concentration in TV/radio.
16           Q.    Okay.  And you are currently the vice
17      president of A&R for Universal Music Enterprises;
18      is that correct?
19           A.    Yes.
20           Q.    Okay.  And is Universal Music
21    . Enterprises a division of UMG Recordings, Inc.?
22           A.    Yes.
23           Q.    How long have you worked for -- did
24      you ever work for any other division of UMG
25      Recordings, Inc., other than Universal Music
```

1              - CONFIDENTIAL - HARRY WEINGER -

2     Enterprises?

3          A.     It's a complicated answer because

4     Universal Enterprises was only created in 1999.

5     So, yes, I've only worked for them.

6          Q.     Okay.  And how long have you worked

7     for a Universal related entity prior to 1999?

8          A.     I've worked for Polygram Records, the

9     predecessor to UMG, since 1992.

10         Q.     Okay.  So could you take me through

11    from 1992 until the present the different

12    positions you've held at either Polygram Records

13    or Universal Music Enterprises?

14         A.     At Polygram Records in 1992 I began

15    as a director of A&R for catalog development.

16    Then I was a director for catalog development for

17    UME in 1999, became a vice president in 2000 for

18    UME and I still hold that position.  It's

19    essentially been the same job.

20         Q.     Is there any difference between being

21    a director of A&R and a vice president of A&R?

22         A.     A bit more responsibility.

23         Q.     Okay.  Could you tell me what the A&R

24    department is -- what it is that you do at -- in

25    the A&R department and have done?

```
 1              - CONFIDENTIAL - HARRY WEINGER -
 2        A.     We are responsible for the artists
 3   and repertoire of Universal Music Group's back of
 4   catalog.
 5        Q.     What does that mean?
 6        A.     We produce or oversee reissues of
 7   original back catalog albums or create new
 8   compilations from those masters.
 9        Q.     Okay.  What responsibility do you
10   have with respect to the Marvin Gaye catalog?
11        A.     I am responsible for creating
12   reissues and compilations from his masters that we
13   control which include his Motown recordings.
14        Q.     I -- I have -- I pulled up your
15   biography from the Clive Davis Institute of
16   Recorded Music where I believe you teach as well;
17   is that correct?
18        A.     Yes.
19              MR. BUSCH:  So can we mark as Exhibit
20        1201 the biography of Mr. Weinger as stated
21        in this NYU biography.
22              (Whereupon, Exhibit 1201 was marked
23        at this time.)
24        Q.     Mr. Weinger, I've showed you what I
25   have marked as Exhibit 1201.  Can you thumb
```

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

    1                 - CONFIDENTIAL - HARRY WEINGER -

    2         A.    I do not.

    3         Q.    Are you able -- have you -- do you

    4    read musical notation?

    5         A.    I do not.

    6         Q.    Do you produce any music?

    7               MR. KING:  Objection to the form of

    8         the question.

    9         Q.    Have you acted as a producer with

   10    respect to any albums or recorded music of any

   11    kind?

   12               MR. KING:  Object to the form of the

   13         question.

   14         A.    Not new music, no.

   15         Q.    Tell me what distinction you're

   16    drawing between new music and I assume old music?

   17         A.    If I've produced a compilation, I

   18    would not have gone in and hired the musicians,

   19    but I would have pieced the elements together.

   20         Q.    What does that mean to piece the

   21    elements together?

   22         A.    Chosen the songs to be included in

   23    the compilation, worked with an engineer to master

   24    the recordings, chosen someone to write the liner

   25    notes and worked with the art director to create

1           - CONFIDENTIAL - HARRY WEINGER -

2     the booklet that would go with the physical

3     product.

4          Q.     When you said that you would work

5     with an engineer with respect to mastering the

6     product, what does that mean?

7          A.     You bring in an engineer to level the

8     recordings in case one is lighter or softer than

9     another, you can make things fairly even and any

10    sort of equalization that needs to be done, if it

11    needs to be done.

12         Q.     Okay.  I believe you said you manage

13    or administer Marvin Gaye's catalog for Universal

14    Music Enterprises.  Is that fair to say?

15         A.     I don't know if I used those words.

16         Q.     How would you describe it?

17         A.     Well, I work with the catalog.  So

18    I'm -- I'm -- I'm an A&R guy so I handle the

19    artist and repertoire.  So the repertoire for

20    Marvin Gaye at UMG would be the Motown recordings.

21         Q.     Can you -- can you describe what

22    you've done in that capacity with respect to the

23    Marvin Gaye catalog?

24         A.     I've done new compilations, new

25    greatest hits recordings.  I've done reissues of

```
 1              - CONFIDENTIAL - HARRY WEINGER -

 2    classic albums and I've done expanded or deluxe

 3    editions of classic albums, where we've gone into

 4    the vault and found additional songs.

 5         Q.     Would it be fair to say that you have

 6    contributed to 52 different releases or box sets

 7    of Marvin Gaye's music?

 8         A.     I've never counted them, so I don't

 9    know the exact number.

10         Q.     Does that sound about right?

11         A.     I really don't know.

12              MR. BUSCH:  Let's mark as Exhibit

13         Number 1202, a document entitled, "The Second

14         Disc, I Just Wanna Ask a Question, Harry

15         Weinger, on the 'What's Going On' box set."

16              (Whereupon, Exhibit 1202 was marked

17         at this time.)

18         Q.     Mr. Weinger, this appears to be an

19    interview that you gave on October 20 -- well,

20    that's the date it was printed out.

21              This appears to be an interview that

22    you gave.

23              Do you recall giving this interview?

24         A.     Yes.

25         Q.     Okay.  Have you read this interview
```

1              - CONFIDENTIAL - HARRY WEINGER -

2    before now, before today?

3         A.    I might have.  Maybe not.  I'm sure I

4    did, but I don't remember.  I don't remember it.

5              I mean, I don't remember the content.

6    I remember doing the interview.  I remember it

7    being published.

8         Q.    Would you mind, it's a few pages,

9    would you mind reading through it and tell me if

10   there's anything in this interview that you

11   believe is misreported?

12             MR. KING:  I'm going to object to the

13        form of the question.  It's grossly

14        overbroad.

15             Richard, if you want him to ask (sic)

16        if there's anything inaccurate in this

17        article, I'm going to ask him to read every

18        word of this article.

19             MR. BUSCH:  He can.

20             MR. KING:  Take your time,

21        Mr. Weinger.

22        A.    Yes, everything on here is correct to

23   my recollection.

24        Q.    Okay.  Thank you.

25             Okay.  Have you ever produced an

         Elisa Dreier Reporting Corp.  (212) 557-5558
           950 Third Avenue, New York, NY 10022

```
 1                - CONFIDENTIAL - HARRY WEINGER -

 2     album containing "Got to Give it Up"?

 3          A.    No.

 4          Q.    Let me see if I can refresh your

 5     memory.  I have Marvin Gaye the -- you did produce

 6     "The Very Best of Marvin Gaye," did you not?

 7          A.    I compiled that record, yes.

 8          Q.    And do you know if "Got to Give it

 9     Up" appeared on that?

10          A.    Yes.

11          Q.    It did?

12          A.    Yes.

13                MR. BUSCH:  Okay.  Let's just mark as

14           Exhibit Number 2003 (sic), looks like a "Very

15           Best of Marvin Gaye" CD at Discog.

16                (Whereupon, Exhibit 1203 was marked

17           at this time.)

18          Q.    Mr. Weinger, if you'll take a look at

19     what I've marked as Exhibit 1203.  And if you'll

20     look, this is the Marvin Gaye, "The Very Best of

21     Marvin Gaye" discography.

22                Do you see that?

23          A.    Yes.

24          Q.    And if you look at the entry of 211

25     which is fifth from the bottom, you'll see Marvin
```

```
 1              - CONFIDENTIAL - HARRY WEINGER -
 2     Gaye, "Got to Give it Up"?
 3          A.    Correct, yes.
 4          Q.    Marvin Gaye's -- on the next page,
 5     under credits, you'll see that it says,
 6     "Compilation producer," and your name is
 7     identified, Harry Weinger.
 8                Do you see that?
 9          A.    Yes.
10          Q.    And "Got to Give it Up" is a UME
11     master; is it not?
12          A.    Correct.
13          Q.    Did you write the liner notes for the
14     reissue of "Live at the London Palladium," the
15     album which originally features "Got to Give it
16     Up"?
17          A.    Yes.
18          Q.    So you're familiar with the song,
19     "Got to Give it Up"?
20          A.    Yes, I am.
21          Q.    Okay.
22                MR. BUSCH:  And just for the record,
23          just so we have a record of it, let me mark
24          as Exhibit Number 1204, I believe, the "Live
25          at the London Palladium" credits.
```

```
 1            - CONFIDENTIAL - HARRY WEINGER -
 2                  (Whereupon, Exhibit 1204 was marked
 3            at this time.)
 4       Q.   And you'll see that Mr. Weinger --
 5   you'll see, Mr. Weinger, what I've marked as
 6   Exhibit 1204 is the credits for Marvin Gaye, "Live
 7   at the London Palladium," and if you look at the
 8   credit second to the bottom, it says "Harry
 9   Weinger liner notes," correct?
10       A.   Correct.
11       Q.   Okay.  All right.  Thank you.
12                  On April 2nd, 2014, did you tweet
13   that "Got to Give it Up" is a stone groove?
14       A.   Yes.  Well, I may have.  I don't
15   recall all my tweets, but...
16       Q.   You do have a Twitter account?
17       A.   I do have a Twitter account.
18       Q.   You do tweet?
19       A.   Yes.
20                  MR. BUSCH:  Okay.  Can we mark as
21            Exhibit number 1205 a tweet from Mr. Weinger
22            stating, "'Got to Give it Up' is a stone
23            groove..." etc.
24                  (Whereupon, Exhibit 1205 was marked
25            at this time.)
```

```
 1              - CONFIDENTIAL - HARRY WEINGER -

 2        Q.    So I'm showing you what I've marked

 3   as Exhibit 1205, Mr. Weinger, and you see that you

 4   wrote -- tweeted, quote, "'Got to Give it Up' is a

 5   stone groove but the deep charm is its

 6   vulnerability."

 7              Do you see that?

 8        A.    Um-hmm.

 9        Q.    Yes.

10        A.    Yes.

11        Q.    That is your tweet?

12        A.    Yes.

13        Q.    So what did you mean when you said,

14   "'Got to Give it Up' is a stone groove but the

15   deep charm is its vulnerability"?

16        A.    Just what I said.

17        Q.    What did that mean?

18        A.    It's a funky track, but it's

19   autobiographical so Marvin is talking about, in a

20   dance record, how he's afraid of dancing.

21        Q.    And so would you say you're very

22   familiar with the song "Got to Give it Up"?

23        A.    I mean, I'm familiar with it as a hit

24   and having worked on the catalog, yes.

25        Q.    Okay.  Have you ever produced an
```

1            - CONFIDENTIAL - HARRY WEINGER -

2    others remix original recordings?

3        A.    Sometimes.

4        Q.    Okay.  And what is your purpose in

5    doing those things, when you do them?

6        A.    It's research to see if we could do

7    something like what you supplied here, this

8    Rarities version, alternate versions of the "I

9    Want You" album.

10        Q.    And I believe I asked this question,

11    so as a result of your work with the Marvin Gaye

12    catalog, you are quite familiar with "Got to Give

13    it Up"?

14        A.    I'm familiar with "Got to Give it

15    Up."

16        Q.    You're familiar with "After the

17    Dance"?

18        A.    I am familiar with "After the Dance."

19        Q.    Okay.  Okay.  So, you are familiar

20    with the -- with the copyright infringement action

21    that's underlying this deposition today, correct?

22        A.    Yes.

23        Q.    Okay.  Other than preparing for your

24    deposition today with Mr. King -- and let me ask

25    you, how much time did you spend with Mr. King

                Elisa Dreier Reporting Corp.  (212) 557-5558
                950 Third Avenue, New York, NY 10022

```
  1                  - CONFIDENTIAL - HARRY WEINGER -
  2      of you.  I'll go you one by one through them.
  3                       Let's start with the document
  4      Bates-stamped Weinger00001.
  5           A.    Um-hmm.
  6           Q.    And I want to direct your attention
  7      to the e-mail that is from you I believe, HW -- is
  8      that you?
  9           A.    Yes.
 10           Q.    To Doug Barasch at Umusic.com?
 11           A.    Yes.
 12           Q.    Who is Doug Barasch?
 13           A.    Doug is in digital marketing for UME.
 14           Q.    Okay.  And in your e-mail to Mr.
 15      Barasch on June 27, 2013, you wrote, did you not,
 16      "As Robin Thicke's 'Blurred Lines' hit is utterly
 17      based on this, can we get 'buy from...' link
 18      here."  And then there's a link.  And it says,
 19      "Good to see you.  HW."
 20                       What is the "this" in the sentence,
 21      "As Robin Thicke's 'Blurred Lines' hit is utterly
 22      based on this"?
 23           A.    I think I was referring to Marvin
 24      Gaye's "Got to Give it Up."
 25           Q.    Okay.  And why did you believe that
```

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

28

1                    - CONFIDENTIAL - HARRY WEINGER -
2      Marvin Gaye's "Got to Give it Up" was the entire
3      basis or utter basis, I should say, of "Blurred
4      Lines"?
5          A.      They sounded familiar to me.  They
6      sounded similar to me.
7          Q.      What sounded similar to you?
8          A.      You know, there was kind of a -- the
9      percussion, the -- "Blurred Lines" had voices in
10     the studio which was similar to Marvin Gaye's
11     record.
12         Q.      What else?
13         A.      You know, just felt like they felt
14     like each other.
15         Q.      And that's what you meant when you
16     said, "It is utterly based on this"?
17         A.      Yup.
18         Q.      Did "utterly" mean, in your mind,
19     completely?  Is that another word for completely?
20         A.      I don't know.  I mean, I think
21     perhaps I was being emotional.
22         Q.      Regardless of whether you were being
23     emotional or not, did you use the word "utterly"
24     as synonymous with totally or completely?
25                 MR. KING:  Objection, asked and

1              - CONFIDENTIAL - HARRY WEINGER -

2        answered.

3        Q.    Go ahead.  You can answer.

4              MR. KING:  You can still answer.

5              Why don't you rephrase the question

6        since my objection.

7        Q.    Did you use the word "utterly" in

8    this sentence as synonymous in your mind to

9    completely, sir?

10       A.    I don't know.  I think it was more of

11   a, you know, hey, it sounds so similar, can we get

12   some sort of connection back to Marvin Gaye's

13   version.

14       Q.    Okay.  What -- so you wanted --

15   Mr. Barasch is in marketing at U Music?

16       A.    Digital marketing, yes.

17       Q.    You were asking him to try to market

18   "Blurred Lines" as being kind of a -- as "Got to

19   Give it Up" to promote the Marvin Gaye catalog?

20             MR. KING:  Object to the form.

21       Q.    Is that fair to say?

22       A.    It's fair to say.

23       Q.    Okay.  All right.  Let me -- and the

24   date on that e-mail is June 27, 2013, correct?

25       A.    Yes.

```
  1                    - CONFIDENTIAL - HARRY WEINGER -
  2          Q.      Okay.  The next e-mail I have is an
  3    e-mail from Ashley Warren to you attaching a
  4    Huffington Post article dated August 16, 2013,
  5    which is entitled, "Robin Thicke sues Marvin
  6    Gaye's family."  Correct?
  7          A.      Correct.
  8          Q.      Then you wrote back -- you wrote to
  9    Bruce Resnikoff and Jane Ventom, "FYI, this is
 10    crazy."  Correct?
 11          A.      Yes.
 12          Q.      So who is Bruce Resnikoff?
 13          A.      Mr. Resnikoff is president of
 14    Universal Music Enterprises.
 15          Q.      And who is Jane Ventom?
 16          A.      She's senior vice president of A&R.
 17          Q.      And you -- you felt it was crazy that
 18    Robin Thicke sued Marvin Gaye's family?
 19          A.      I just thought the whole thing was --
 20    you know, I don't understand the lawsuits.  I
 21    don't understand how that works.  So...
 22          Q.      It wasn't that you felt it was crazy
 23    that Robin Thicke sued Marvin Gaye's family?
 24          A.      I mean, my recollection of the time
 25    was that it just was kind of a swirl of stuff.
```

```
 1                 - CONFIDENTIAL - HARRY WEINGER -
 2          Q.     Well, on August 16, 2013, at that
 3    point in time the Gaye's had not filed their
 4    counterclaim.  The only thing that had occurred at
 5    that time was that Robin Thicke and Pharrell
 6    Williams had sued Marvin Gaye's family.
 7                 Isn't that right?
 8          A.     Right.
 9          Q.     And in response to that article you
10    wrote, "This is crazy," right?
11          A.     Right.
12          Q.     Okay.  The next e-mail I have in line
13    is an e-mail from you to Kirk Bonin dated July 19
14    of 2013; is that correct?
15          A.     Correct.
16          Q.     And who is Kirk Bonin?
17          A.     Kirk Bonin is a colleague of mine
18    from the music business.  I don't believe he's
19    currently in the music business, but he used to
20    work at one of the Universal companies.
21          Q.     You wrote -- there's no e-mail that
22    precedes the one that I have here --
23          A.     There is, actually.
24          Q.     There is one?
25          A.     000013.
```

43

```
 1               - CONFIDENTIAL - HARRY WEINGER -
 2          Q.    Okay.  Okay.  So -- okay.  So at
 3     9:46, so let's look at 000010 and 000013 together,
 4     then.
 5               So 00013 is July 9th of 2013 at
 6     9:46 a.m., correct?  That's the first one in line
 7     to Kirk Bonin?
 8          A.    Correct.
 9          Q.    Actually, Kirk Bonin wrote to you --
10          A.    Correct.
11          Q.    -- on July 9, 2013 at 9:46 a.m.,
12     correct?
13          A.    Correct.
14          Q.    Then you wrote back from -- you wrote
15     back to Kirk Bonin on July 9th at 7:08 a.m.,
16     correct?
17          A.    Yes.
18          Q.    Why is -- is it because the
19     difference in the time zones, is that why there --
20     it seems like --
21          A.    I believe so.  He's in California.
22          Q.    Okay.  Okay.  And then you're saying
23     that a third e-mail is an e-mail from you to Kirk
24     on July 19, ten days later, at 2:53 p.m., correct?
25          A.    Correct.
```

Elisa Dreier Reporting Corp. (212) 557-5558
950 Third Avenue, New York, NY 10022

```
 1            - CONFIDENTIAL - HARRY WEINGER -

 2        Q.    All right.  So let's take these in

 3   line here.

 4              On July 9, 2013, in the first e-mail,

 5   Kirk Bonin wrote to you and says, said quote,

 6   "Hey, Harry, my ears aren't deceptive.  'Blurred

 7   Lines' is an updated version of 'Got to Give it

 8   Up.'  Considering what a smash hit it is, oddly

 9   within the same music corporate family, a

10   plagiarism suit is a no brainer.  Considering how

11   Marvin's estate got so complicated, I hope this is

12   found revenue for him or at least Joebete

13   Publishing which is now owned by EMI Publishing,

14   right?  I am a Robin Thicke fan so I would like to

15   think it was not intentional.  But if you recall,

16   'Got to Give it Up' was almost an identical

17   out-of-the-box smash, taking his live album to

18   double platinum while selling tons of singles.

19   Robin is a songwriter with integrity, but he often

20   tips his hat to old school R&B which makes this

21   even more suspect?"

22              Did I read that correctly?

23        A.    Correct.  Yes.

24        Q.    And then can you tell me what you

25   wrote back to Kirk Bonin response to that e-mail
```

```
 1               - CONFIDENTIAL - HARRY WEINGER -

 2    that I just read?

 3         A.     You want any read this?

 4         Q.     What you wrote back.

 5         A.     "Yup, they sampled/borrowed from

 6    Marvin and all is well.  Jan recently tweeted a

 7    thank you to Robin Thicke and Pharrell."

 8         Q.     So on July 9 of 2013, you believed

 9    that "Blurred Lines" sampled/borrowed from Marvin

10    Gaye's "Got to Give it Up," correct?

11               That is what you wrote?

12         A.     I wrote that, yes.

13         Q.     And then on July 19th of 2013, ten

14    days later, you wrote, quote, "I was misinformed.

15    There has been no official recognition for

16    source."

17               Why did you write that ten days

18    later?

19         A.     Well, you notice that I mention that

20    Jan tweeted a thank you to Robin and Pharrell.

21    My -- I had had a conversation with her, as I

22    recall, she told me that it was official and all

23    was okay.  So I was reporting what I'd been told.

24         Q.     I thought you said you don't recall

25    your conversation with Jan Gaye?
```

```
 1              - CONFIDENTIAL - HARRY WEINGER -
 2     the music, correct?  That was your view at the
 3     time?
 4         A.     It really was based on Jan sending a
 5     tweet out to her followers on social media.
 6         Q.     Okay.  But your statement back on
 7     July 27 of 2013, "As Robin Thicke's 'Blurred
 8     Lines' hit is utterly based on 'Got to Give it
 9     Up,'" that wasn't based on Jan Gaye's tweet, was
10     it?
11         A.     You know, I had a response.  I
12     listened to the record.  I had a response.
13         Q.     So answer my question --
14         A.     They sound very similar.
15         Q.     So that -- your July 27, 2013 e-mail
16     wasn't based on any tweet by Jan Gaye, was it?
17         A.     No.
18         Q.     Okay.  Okay.  Let's go to the last
19     two documents you produced which would be first
20     Weinger00011.
21                That is an e-mail July 17, 2013 from
22     you to Nate Albert, correct?
23         A.     Correct.
24         Q.     And in this e-mail -- first of all,
25     who is Nate Albert?
```

```
 1                - CONFIDENTIAL - HARRY WEINGER -
 2         A.     Nate Albert is an A&R executive at
 3    Republic Records.
 4         Q.     Is Republic Records a division of UMG
 5    Recordings, Inc.
 6         A.     Yes.
 7         Q.     And Interscope Records is a division
 8    of UMG Recordings, as well, correct?
 9         A.     Yes.
10         Q.     And in this e-mail titled Marvin --
11    in this e-mail which is subject -- which the
12    subject line is "Marvin and Robin/Pharrell" dated
13    July 17, 2013, you wrote, "Who at Interscope or in
14    Robin's world can we float the real idea of doing
15    this for real from the masters?"
16                What is that about?
17         A.     I believe the video link is the same
18    mash up that we discussed earlier of the two songs
19    that someone did.  And my thought was to promote
20    Marvin Gaye's catalog, that we could perhaps mash
21    the songs up officially.
22         Q.     Okay.  Then Weinger00012 is an e-mail
23    from you to Doug Barasch and Luba Shapiro?
24         A.     Yes.
25         Q.     And the subject is, "Robin Thicke
```

```
 1                 - CONFIDENTIAL - HARRY WEINGER -
 2           Exhibit Number 1200 and -- what are we up to?
 3                     THE REPORTER:  Eight.
 4                 MR. BUSCH:  -- 1208, a tweet from
 5           Harry Weinger.
 6                     (Whereupon, Exhibit 1208 was marked
 7           at this time.)
 8           Q.    Mr. Weinger, take a look at what I've
 9      marked as Exhibit 1208.  Is this a tweet that you
10      sent out?
11           A.    Yes, that's my account.
12           Q.    And so you don't dispute that you
13      sent that tweet out, correct?
14           A.    No, I do not.
15           Q.    Okay.  This tweet is a tweet of,
16      "Robin Thicke, you're no Marvin Gaye," correct?
17           A.    Well -- take a look.  That would be
18      an editorial headline.
19           Q.    And the, "Robin Thicke, you're no
20      Marvin Gaye" is the title of the attached article
21      by David Ritz, where he wrote --
22           A.    Yes.
23           Q.    -- where he writes, "When I first
24      heard Robin Thicke's 'Blurred Lines' my reaction
25      was the same as millions of other R&B fans:  Hey,
```

```
 1              - CONFIDENTIAL - HARRY WEINGER -

 2    that's Marvin Gaye's 'Got to Give it Up.'"

 3              Is that correct?

 4        A.    Yes.

 5        Q.    Does this refresh your recollection

 6    that you, in fact, were aware of David Ritz's

 7    comment about "Blurred Lines" and "Got to Give it

 8    Up" and, in fact, tweeted that to the world?

 9              MR. KING:  Object to the form of the

10        question.

11        A.    I did send this tweet.

12        Q.    Okay.  So does this refresh your

13    recollection that you were aware of David Ritz's

14    article and, in fact, supported it?

15              MR. KING:  And that supported?

16        Q.    And, in fact, supported it?

17              MR. KING:  I'll object.

18        A.    Supported what?

19        Q.    Let me rephrase the question.

20              First of all, does this refresh your

21    recollection that you were, in fact, aware of

22    David Ritz' comments about "Got to Give it Up" and

23    "Blurred Lines"?

24        A.    Yes, yes.

25        Q.    And would it be fair to say that by
```

Elisa Dreier Reporting Corp.  (212) 557-5558
950 Third Avenue, New York, NY 10022

```
 1                - CONFIDENTIAL - HARRY WEINGER -
 2        A.    I don't know what you mean by that.
 3        Q.    If you support the Gayes and didn't
 4   support your employer in litigation, that might
 5   not be too good for your career at UME.
 6        A.    I'm wholly supportive of the Gayes.
 7        Q.    Okay.  And you were asked some
 8   questions and I believe I asked you earlier, both
 9   Interscope and UME are divisions of UMG recordings
10   Inc., correct?
11        A.    Yes.
12        Q.    Okay.  They are unincorporated
13   divisions of UMG Recordings, Inc.; isn't that
14   right?
15        A.    Unincorporated, I don't know what
16   that means.
17        Q.    Okay.  But they are divisions of UMG
18   Recordings, Inc., correct?
19        A.    Yes.
20        Q.    And Mr. King asked you a few seconds
21   -- a few minutes ago if you had anything to do
22   with Interscope and you said "not at present."
23              At one point did you have something
24   to do with Interscope?
25        A.    No.
```

```
 1              - CONFIDENTIAL - HARRY WEINGER -

 2         Q.    All right.  All right.  He asked you

 3    if you had anything to do with the creation or

 4    anything to do with "Blurred Lines" whatsoever.

 5              Do you recall that?

 6         A.    Yes.

 7         Q.    You do, however, have quite a bit to

 8    do with the Marvin Gaye catalog, correct?

 9         A.    Yes.

10         Q.    And "Got to Give it Up," correct?

11         A.    I didn't create it.

12         Q.    But you have a lot to do with

13    managing it, administrating it now, correct?

14         A.    Yes.  Yes.

15         Q.    Okay.  And he asked you with respect

16    to the e-mail that is dated -- the e-mail that's

17    marked as Weinger00013 where you wrote on July

18    9th, 2013, to Kirk Bonin, "They sampled/borrowed

19    from Marvin and all is well.  Jan recently tweeted

20    a thank you to Robin Thicke and Pharrell."

21              Mr. King asked you some questions

22    about that.  Do you recall that?

23         A.    Yes.

24         Q.    And as you pointed out, you sent that

25    e-mail to Mr. Bonin on your business e-mail
```

```
 1              - CONFIDENTIAL - HARRY WEINGER -

 2     account, correct?

 3         A.     Uh-huh.  Yes.

 4         Q.     And you -- your signature line

 5     contains your title of UME A&R VP, correct?

 6         A.     Yes.

 7         Q.     And the statement that, quote, "Yep,

 8     they sampled/borrowed from Marvin," that is

 9     consistent with your e-mail from June of 2013,

10     which is Weinger00001 where you said that 'Blurred

11     Lines' is utterly based on 'Got to Give it Up,'"

12     correct?

13              MR. KING:  Objection.  The documents

14         speak for themselves.

15         Q.     Correct?

16         A.     Yes.

17         Q.     Okay.  And in June of 2013, when you

18     said that "Blurred Lines" is utterly based upon

19     "Got to Give it Up," that was before any tweet by

20     Jan Gaye, correct?

21         A.     Yes.  And with an absence of

22     information.

23         Q.     You had listened to the two songs by

24     that time?

25         A.     Yeah.
```

```
 1               - CONFIDENTIAL - HARRY WEINGER -
 2       Q.      That was your view?
 3       A.      That was my opinion.
 4       Q.      Okay.  And isn't it true, sir, that
 5  it is the quote/unquote, "all is well" comment
 6  that was based on Jan's tweet and not the
 7  statement that they quote, "sampled/borrowed from
 8  Marvin" in your July 9, 2013 e-mail?
 9               MR. KING:  Object to the form of the
10       question.
11       A.      As I recall, yes.
12               MR. BUSCH:  Okay.  All right.  That's
13       all I have.  Thank you.
14               Hold on a second.
15       Q.      With respect to Interscope, do you
16  work with the catalog at Interscope?
17       A.      I do not.
18               MR. BUSCH:  Okay.  All right.  That's
19       all I have.
20               MR. KING:  I have no further
21       questions.
22               MR. BUSCH:  Thank you.
23               THE VIDEOGRAPHER:  The time is
24       12:22 p.m., October 27, 2014.  This completes
25       the videotaped deposition of Mr. Harry
```