1 | Paul H. Duvall (SBN 73699)
2 | E-Mail: pduvall@kingballow.com
  | KING & BALLOW
3 | 6540 Lusk Blvd., Suite 250
  | San Diego, CA 92121
4 | (858) 597-6000
  | Fax: (858) 597-6008
5 | Attorneys for Defendants and Counter-
  | Claimants Frankie Christian Gaye and
6 | Nona Marvisa Gaye

7 | Mark L. Block (SBN 115457)
  | E-Mail: mblock@wargofrench.com
8 | WARGO & FRENCH LLP
  | 1888 Century Park East; Suite 1520
9 | Los Angeles, CA 90067
  | (310) 853-6355 Fax: (310) 853-6333
10 | Attorneys for Defendants and Counter-
   | Claimants Frankie Christian Gaye and
11 | Nona Marvisa Gaye

Richard S. Busch (TN BPR 014594)
(*pro hac vice*)
E-Mail: rbusch@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456  Fax: (615) 726-5417
Attorneys for Defendants and Counter-
Claimants Frankie Christian Gaye and Nona
Marvisa Gaye

Paul N. Philips (SBN 18792)
E-Mail: pnp@pnplegal.com
The Law Offices of Paul N. Philips
9255 West Sunset Boulevard
West Hollywood, CA 90069
(323)813-1126 Fax: (323) 854-6902
Attorney for Defendant and Counter-Claimant
Marvin Gaye III

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**DECLARATION OF JUDITH FINELL IN SUPPORT OF COUNTER-CLAIMANTS' TRIAL BRIEF**<br><br>Date: February 3, 2015<br>Time: 3:00 p.m.<br>Ctrm: 750<br><br>Action Commenced: August 15, 2013<br>Trial Date: February 10, 2015 |

1

DECLARATION OF JUDITH FINELL

I, Judith Finell, declare and state:

1. I am a musicologist and have been retained by the Gayes to compare the similarities and differences between the songs "Blurred Lines" and "Got to Give It Up" and the similarities and differences between the songs "Love after War" and "After the Dance."

2. The information contained in this Declaration is based upon my personal knowledge. If I am called as a witness, I am competent to testify to all matters set forth in this Declaration.

3. In my October 31 report, and in the demonstrative exhibits submitted for use at trial, I created a slide which refers to "Theme X." I have reviewed the portion of the lead sheet included on page 18 of the Court's Summary Judgment Order. The "Theme X" defined by the Court is wholly different from the "Theme X" referenced in my October 31 expert report that was submitted following the Court's ruling, and in the demonstratives I prepared for trial.

4. The Court in its Summary Judgment Order stated that what it was referring to as Theme X begins after the lyrics "Think I'm Gonna Let You Do It." As shown on the deposit copy lead sheet, the lyrics that the Court cites are followed by the song's hook "Keep on Dancin." There is no "Theme X" after the lyrics the Court cited, and my October 31 report, issued following the Court's ruling, and testimony, does not claim that it is. The "Theme X" in my October 31 report is a four note vocal melody referred to at paragraphs 22-24. It is the four note vocal melody sung with the lyrics "Dancin' Lady" which was mistranscribed in the lead sheet as "Fancy Lady" and repeated 14 times in 14 bars in the lead sheet. This vocal melody appears on page 2 of Part 2 of the deposit copy immediately after the words "I've Got To Give It Up." It occupies nearly all of staves 2 and 3 on page 2 of the deposit copy.

5. The Court ruled that the 4 note vocal melody was allowable at trial in its summary judgment ruling. We believe this to be the same 4 note vocal melody I am

- 2 -

referring to as Theme X, but because of the name I gave it in my October 31 report, and demonstratives, we wanted to clarify that "my" Theme X, the four note vocal melody represented in the deposit copy lead sheets, is not the same as the Theme X the Court said was not in the lead sheet.

6. Attached hereto as **Exhibit A** is a true and correct copy of the portion of the lead sheet for "Got to Give it Up" which contains the four-note vocal melody referred to as "Theme X."

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of February 2015.

*[Signature]*

JUDITH FINELL

