KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE: (310) 282-8903

Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,

Plaintiffs,

vs.

BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,

Defendants.

AND RELATED COUNTERCLAIMS.

CASE NO. CV13-06004-JAK (AGRx)
Hon. John A. Kronstadt, Ctrm 750

**AMENDED JOINT TRIAL WITNESS LIST**

**Jury Trial:**
Date: February 10, 2015
Time: 9:00 a.m.
Ctrm.: 750

Action Commenced: August 15, 2013
Trial Date: February 10, 2015

/ / /

/ / /

Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION ("Plaintiffs"), and Defendants and Counter-Claimants NONA MARVISA GAYE and FRANKIE CHRISTIAN GAYE, and MARVIN GAYE III ("Defendants"), by and through their counsel of record, hereby submit their Joint Witness List for trial:

| | Name of Witness | Area of Testimony | Direct Exam (Hours) | Cross Exam (Hours) | Re-Direct (Hours) | Total (Hours) |
|---|---|---|---|---|---|---|
| 1. | Janis Gaye *(Quasi-Business Manager of Nona and Frankie Gaye)* | Analysis and pursuit of copyright infringement claim. Damages.<br><br>Janis Gaye will testify about the creation of "Got to Give it Up," that the Gayes own the copyrights to "Got to Give it Up" and "After the Dance," and the decision to investigate a copyright infringement claim. | .75 | .50 | .25 | 1.50 |
| | | | **.75** | **.50** | **.25** | **1.50** |

| | Name of Witness | Area of Testimony | Direct Exam (Hours) | Cross Exam (Hours) | Re-Direct (Hours) | Total (Hours) |
|---|---|---|---|---|---|---|
| 2. | Robin Thicke<br>*(Plaintiff and Counter-Defendant. Performer and Co-Composer of Blurred Lines and Love After War)*<br>*(By video and live)*<br>(Counter-Claimants may choose to play video excerpts of Mr. Thicke's deposition testimony in their case in chief or may call Mr. Thicke live) | Creation of Love After War and Blurred Lines, promotion and marketing. Touring.<br>Robin Thicke will testify generally about all matters related to "Blurred Lines" and "Love After War," including, but not limited to, his statements concerning the creation of "Blurred Lines." | 1.00 | 1.50 | .50 | 3.00 |
| 3. | Pharrell Williams<br>*(Plaintiff and Counter-Defendant, Producer, Composer and Performer of Blurred Lines)*<br>*(By video and live)*<br>*(Counter-Claimants only intend to play video excerpts of Mr. Williams's deposition testimony in their case in chief)* | History of song production, composition and performances. Creation of Blurred Lines. Marketing and promotion. Damages.<br>Various excerpts of deposition testimony. | 1.50 | 1.50 | .50 | 3.50 |
| | | | **2.50** | **3.00** | **1.00** | **6.50** |

KING, HOLMES, PATERNO & BERLINER, LLP

| | Name of Witness | Area of Testimony | Direct Exam (Hours) | Cross Exam (Hours) | Re-Direct (Hours) | Total (Hours) |
|---|---|---|---|---|---|---|
| 4. | Judith Finell *(Defendants' and Counter-Claimants' Expert Musicologist)* | Substantial similarity<br><br>Judith Finell will testify, consistent with her expert reports, to (1) all of the substantial similarities between "Blurred Lines" and "Got to Give it Up" including, but not limited to, the comparative demonstration recordings and the compositional elements in the sound recordings and deposit copy, and that "Got to Give it Up" is woven into the entire fabric of "Blurred Lines;" (2) the substantial similarities between "Love After War" and "After the Dance;" and (3) Ms. Wilbur's flawed methodology, findings, and conclusions. Ms. Finell will testify about comparison media related to "Blurred Lines" and "Got to Give it Up." | 5.00 | 1.50 | 1.00 | 7.50 |
| | | | **5.00** | **1.50** | **1.00** | **7.50** |

| | Name of Witness | Area of Testimony | Direct Exam (Hours) | Cross Exam (Hours) | Re-Direct (Hours) | Total (Hours) |
|---|---|---|---|---|---|---|
| 5. | Ingrid Monson *(Defendants' and Counter-Claimants' Expert Musicologist)* | Substantial similarity<br><br>Dr. Ingrid Monson will testify, consistent with her expert reports, and qualifications as an ethnomusicologist, about (1) the fact that the substantial similarities between "Blurred Lines" and "Got to Give it Up" are not found in prior art and are not the result of the simple copying of the genre or style of the percussion and rhythms; and (2) the substantial similarities between "Love After War" and "After the Dance" including, but not limited to, the comparative demonstration recordings. Dr. Monson will also testify about comparison media related to "Blurred Lines" and "Got to Give it Up." | 1.50 | 1.00 | 1.50 | 4.00 |
| | | | **1.50** | **1.00** | **1.50** | **4.00** |

| | Name of Witness | Area of Testimony | Direct Exam (Hours) | Cross Exam (Hours) | Re-Direct (Hours) | Total (Hours) |
|---|---|---|---|---|---|---|
| 6. | Nona Gaye<br>*(Defendant and Counter-Claimant)* | Basis of claim and damages.<br><br>Nona Gaye will testify that the Gayes own the copyrights to "Got to Give it Up" and "Love After War," and the decision to investigate a copyright infringement claim. | .50 | .50 | | 1.00 |
| 7. | Marvin Gaye III | Marvin Gaye III will testify that the Gayes own the copyrights to "Got to Give it Up" and "Love After War." | .25 | .25 | | .50 |
| 8. | * Clifford Harris, Jr. (p/k/a T.I.) | Clifford Harris, Jr. will testify about the creation of "Blurred Lines." | .25 | .25 | | .50 |
| 9. | * Anthony Masciarotte (p/k/a Anthony Maserati) | Anthony Masciarotte will give testimony about his experience with Robin Thicke and "Blurred Lines." | .50 | .25 | | .75 |
| 10. | Harry Weiner<br>*(By videotape)* | Harry Weinger will testify about the marketing of "Got to Give it Up" and "Blurred Lines" as well as his statements and admissions concerning the similarities concerning those songs. | | .75 | | .75 |
| | | | **1.50** | **2.00** | | **3.50** |

| | Name of Witness | Area of Testimony | Direct Exam (Hours) | Cross Exam (Hours) | Re-Direct (Hours) | Total (Hours) |
|---|---|---|---|---|---|---|
| 11. | Nancie Stern | Damages<br>Nancie Stern will testify about how much the use of "Got to Give it Up" would have been licensed for, had a license been properly acquired. | .75 | .25 | .25 | 1.25 |
| 12. | Mark Levinsohn | Attorney Mark Levinsohn will testify that he is transactional counsel for the Gayes, and was retained to help them address and pursue potential infringement issues regarding "Blurred Lines" copying "Got to Give it Up." He will also potentially testify about his conversations with EMI and the Settlement Agreement between EMI and the Gayes. | .50 | .50 | | 1.00 |
| | | | **1.25** | **.75** | **.25** | **2.25** |

| | Name of Witness | Area of Testimony | Direct Exam (Hours) | Cross Exam (Hours) | Re-Direct (Hours) | Total (Hours) |
|---|---|---|---|---|---|---|
| 13. | Nicole Bilzerian *(Marketing and Promotion Executive from UMG)* *(by video and live)* (Counter-Claimants may choose to play video excerpts of Ms. Bilzerian's deposition testimony in their case in chief or may call Ms. Bilzerian live) | Marketing and promotion of Blurred Lines. | 1.00 | 1.00 | .25 | 2.25 |
| 14. | Jason Gallien *(UMG Financial Executive)* *(By video and live)* | Profits and losses of record label defendants regarding Blurred Lines and Love After War. Jason Gallien will testify about the foreign exploitation of "Blurred Lines." | .75 | 1.00 | .25 | 2.00 |
| 15. | Gary Cohen *(Defendants' and Counter-Claimants' Financial Expert)* | Damages. Gary Cohen will testify to the amount of damages sustained by the Gayes as a result of the Plaintiffs' infringement. | 1.50 | .50 | .50 | 2.50 |
| | | | **3.25** | **2.50** | **1.00** | **6.75** |

| | Name of Witness | Area of Testimony | Direct Exam (Hours) | Cross Exam (Hours) | Re-Direct (Hours) | Total (Hours) |
|---|---|---|---|---|---|---|
| 16. | Dag Sandsmark* *(Sony/ATV Executive* *(By videotape)* | Analysis and rejection of claim that Blurred Lines infringed Got To Give It Up<br><br>Dag Sandsmark will testify that he is in possession of the Jobete Copyright file with contains the originally deposited lead sheets and that EMI/Jobete maintains those documents in the ordinary Course of Business and admissions about hearing similarities between "Got to Give it Up" and "Blurred Lines." | .25 | | | .25 |
| 17. | Caron Veazey *(Personal Manager of Pharrell Williams)* | Creation of Blurred Lines, including production, costs and clearances. Williams organization and background. | .75 | .25 | .25 | 1.25 |
| 18. | Chris Knight *(Personal Manager of Robin Thicke)* | Creation of Blurred Lines, marketing and promotion. Touring income and expense. Thicke organization and background. | .50 | .25 | .25 | 1.00 |
| 19. | Andrew Coleman *(Engineer of Blurred Lines Sound Recording)* | Creation of Blurred Lines. | .50 | .25 | | .75 |
| | | | **2.00** | **.75** | **.50** | **3.25** |

| | Name of Witness | Area of Testimony | Direct Exam (Hours) | Cross Exam (Hours) | Re-Direct (Hours) | Total (Hours) |
|---|---|---|---|---|---|---|
| 20. | Art Stewart *(Producer of Got To Give it Up)* | Creation of Got To Give It Up. | .50 | .25 | .25 | 1.00 |
| 21. | Preston "Bugsy" Wilcox *(Co-Creator of Got To Give It Up)* | Creation of Got To Give It Up | .25 | .25 | | .50 |
| 22. | Sandy Wilbur *(Plaintiffs' and Counter-Defendants' Expert Musicologist)* | Lack of similarity | 1.00 | 1.50 | .50 | 3.00 |
| 23. | Bruce Kolbrenner *(Plaintiffs' and Counter-Defendants' Financial Expert)* | Profits of Thicke, Williams, Harris defendants | .50 | .50 | .25 | 1.25 |
| 24. | Doug Bania *(Plaintiffs' and Counter-Defendants' Apportionment Expert)* | Damages / Apportionment | .75 | .75 | .25 | 1.75 |
| 25. | Peter Paterno | Handling of claim; clearance procedures | .25 | .25 | | .50 |
| 26. | * Paula Patton *(Creator of Love After War)* | Creation of Love After War | .25 | .25 | | .50 |
| | | | **3.50** | **3.75** | **1.25** | **8.50** |
| | | **GRAND TOTAL:** | **21.25** | **15.75** | **6.75** | **43.75** |

The inclusion of any witness on this list is without prejudice of either party objecting to that witness testifying at trial. The exclusion of any witness from this list is based on the Court's rulings and the parties reserve their rights to call such witnesses should the Court's ruling change or should any appellate Court decide such witnesses should have been allowed to testify.

DATED: February 4, 2015

KING, HOLMES, PATERNO & BERLINER, LLP

By: ______________________
HOWARD E. KING
SETH MILLER
Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, et al.

DATED: February 4, 2015

KING & BALLOW

By: /s/ Richard S. Busch
RICHARD S. BUSCH
Attorneys for Defendants/Counter-Claimants NONA MARVISA GAYE and FRANKIE CHRISTIAN GAYE

DATED: February 4, 2015

LAW OFFICES OF PAUL N. PHILIPS, APLC

By: /s/ Paul N. Philips
PAUL N. PHILIPS
Attorneys for Defendant/Counter-Claimant MARVIN GAYE III

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2015, I electronically filed the foregoing **AMENDED JOINT TRIAL WITNESS LIST** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dina Webb