| | |
|---|---|
| Paul H. Duvall (SBN 73699)<br>E-Mail: pduvall@kingballow.com<br>KING & BALLOW<br>6540 Lusk Blvd., Suite 250<br>San Diego, CA 92121<br>(858) 597-6000<br>Fax: (858) 597-6008<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye | Richard S. Busch (TN BPR 014594)<br>(*pro hac vice*)<br>E-Mail: rbusch@kingballow.com<br>KING & BALLOW<br>315 Union Street, Suite 1100<br>Nashville, TN 37201<br>(615) 259-3456  Fax: (615) 726-5417<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye |
| Mark L. Block (SBN 115457)<br>E-Mail: mblock@wargofrench.com<br>WARGO & FRENCH LLP<br>1888 Century Park East; Suite 1520<br>Los Angeles, CA 90067<br>(310) 853-6355 Fax: (310) 853-6333<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye | Paul N. Philips (SBN 18792)<br>E-Mail: pnp@pnplegal.com<br>The Law Offices of Paul N. Philips<br>9255 West Sunset Boulevard<br>West Hollywood, CA 90069<br>(323)813-1126 Fax: (323) 854-6902<br>Attorney for Defendant and Counter-Claimant Marvin Gaye III |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**DEFENDANTS' AND COUNTER-CLAIMANTS' JOINT NOTICE OF LODGING SUPPLEMENTAL DEMONSTRATIVE SOUND RECORDINGS**<br><br>**Jury Trial:**<br>Date: February 17, 2015<br>Time: 9:00 a.m.<br>Ctrm: 750<br><br>Action Commenced: August 15, 2013 |

///

///

PLEASE TAKE NOTICE THAT Counter-Claimants Nona Marvisa Gaye, Frankie Christian Gaye, and Marvin Gaye III (the "Gayes") hereby lodge with the Court a DVD containing sound recordings as follows:

1. Two PowerPoint slides created under the direction of Counter-Claimant's musicologist, Judith Finell, using a Midi synthesizer which is playing the musical examples using Sibelius music software.

These non-paper physical exhibits cannot be electronically filed because they are not paper exhibits but rather a DVD.

Dated: January 10, 2015

Respectfully submitted,

KING & BALLOW

By: /s/ Richard S. Busch
RICHARD S. BUSCH
PAUL H. DUVALL
*Attorneys for Counter-Claimants Nona and Frankie Gaye*

WARGO & FRENCH, LLP

By: /s/ Mark L. Block
MARK L. BLOCK
*Attorneys for Counter-Claimants Nona and Frankie Gaye*

THE LAW OFFICES OF PAUL N. PHILIPS

By: /s/ Paul N. Philips
PAUL N. PHILLIPS
*Attorney for Counter-Claimant Marvin Gaye III*

- 1 -

# CERTIFICATE OF SERVICE

I, Sherie Johnson, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 6540 Lusk Boulevard, Suite 250, San Diego, California 92121. On January 10, 2015, I served the foregoing **DEFENDANTS' AND COUNTER-CLAIMANTS' JOINT NOTICE OF LODGING SUPPLEMENTAL DEMONSTRATIVE SOUND RECORDINGS** by Email to the interested parties in this action as follows:

Howard E. King, Esq.
Seth Miller, Esq.
KING, HOLMES, PATERNO & BERLINER, LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA  90067-4506
Attorney for Plaintiffs Pharrell Williams, Robin Thicke, and Clifford Harris, Jr.
miller@khpblaw.com
king@khpblaw.com

I declare under penalty of perjury under the laws of the State of California and the Federal Rules of Civil Procedure that the above is true and correct. Executed on January 10, 2015, at San Diego, California.

/s/Sherie Johnson
Sherie Johnson