**EXHIBIT A**







