**EXHIBIT B**

# Judith Finell MusicServices Inc.
CONSULTING • RESEARCH • MUSIC COPYRIGHT MATTERS • MUSIC INDUSTRY SUPPORT

October 17, 2013

## Preliminary Report:
## Comparison of "Got to Give It Up" and "Blurred Lines"

### Materials Reviewed and Methodology

1. The following recordings were acquired from iTunes for review:

   a. "Got to Give It Up (Single)" from the album *Every Great Motown Hit of Marvin Gaye*, released 1983 ℗ 2000 Universal Motown Records, a division of UMG Recordings, Inc.

   b. "Blurred Lines (feat. T.I. & Pharrell) from the album *Blurred Lines (Deluxe Version)*, released July 30, 2013 ℗ 2013 Star Trak, LLC.

2. The following sheet music was obtained for reference:

   a. "Got to Give It Up," Words and Music by Marvin Gaye, © 1977 (Renewed 2005) Jobete Music Co., Inc.

   b. "Blurred Lines," Words and Music by Robin Thicke and Pharrell Williams, © 2013 EMI April Music, Inc. / More Water From Nazareth Publishing, Inc.

3. A preliminary analysis and comparison was conducted of the above recorded musical works. Transcriptions of portions of both songs were prepared for the purposes of comparison. A transcription is a written representation of the sounds heard in a musical performance.

4. Regarding key, the tonal center of "Got to Give It Up" is A, while in "Blurred Lines"

81 Pondfield Road • Suite 246 • Bronxville • NY 10708
Telephone: (914) 779-8881 • Fax: (914) 779-8883 • E-mail: judi@jfmusicservices.com
Web site: www.jfmusicservices.com

Musical Example 4A: "Give It Up" Backup Hook - Theme X



Musical Example 4B: "Blurred" Theme X (Verse 1, Phrases 1 and 3)[16]



Musical Example 4C: "Blurred" Theme X (Verse 2, Phrases 1 and 3)



26. Theme X also occurs within the signature phrase of "Blurred," (shown above in Musical Example 1B) sung to the lyrics "And that's why I'm" (at :47). See Musical Example 4D below.

Musical Example 4D: "Blurred" Theme X (as found in Signature Phrase)



---

[16] In Musical Example 4B, Theme X in "Blurred" is transposed down one octave for the purposes of comparison.

10