# EXHIBIT B

# Judith Finell MusicServices Inc.

**CONSULTING • RESEARCH • MUSIC COPYRIGHT MATTERS • MUSIC INDUSTRY SUPPORT**

November 14, 2014

## Supplemental Preliminary Response

## To Report by Sandy Wilbur of October 31, 2014

In reviewing the report of Sandy Wilbur, I have found additional errors by Ms. Wilbur as discussed below.

### Materials Reviewed

1. The following recordings were acquired for review:

a. "Got to Give It Up (Single)" from the album *Every Great Motown Hit of Marvin Gaye*, released 1983 Ⓟ 2000 Universal Motown Records, a division of UMG Recordings, Inc.

b. "Got to Give It Up," from the album *Live At the London Palladium*, released March 15, 1977 Ⓟ 2014 Motown Records, a Division of UMG Recording, Inc.

c. "Blurred Lines (feat. T.I. & Pharrell) from the album *Blurred Lines (Deluxe Version)*, released July 30, 2013 Ⓟ 2013 Star Trak, LLC.

d. "After the Dance" from the album *I Want You*, released March 16, 1976 Ⓟ 2000 Universal Motown Records, a division of UMG Recordings, Inc.

e. "Love After War" from the album *Love After War (Deluxe Version)*, released December 6, 2011 Ⓟ 2013 Star Trak, LLC.

2. The following sheet music was obtained for reference:

**81 PONDFIELD ROAD • SUITE 246 • BRONXVILLE • NY • 10708**
**Tel: (914) 779-8881• Fax: (914) 779-8883 • Email: Judi@jfmusicservices.com**
**www.jfmusicservices.com**

a. "Got to Give It Up," Words and Music by Marvin Gaye, © 1977 (Renewed 2005) Jobete Music Co., Inc.

b. "Blurred Lines," Words and Music by Robin Thicke and Pharrell Williams, © 2013 EMI April Music, Inc. / More Water From Nazareth Publishing, Inc.

c. "After the Dance," Words and Music by Leon Ware, Marvin Gaye, and Arthur Ross © 1976 (Renewed 2004), 1978 Jobete Music Co., Inc., MGIII Music, NMG Music and FCG Music

3. The following documents and materials were provided by King & Ballow for review:

a. Report by Sandy Wilbur of October 31, 2014

b. "Williams v. Bridgeport – Wilbur Declaration"

c. "Williams v. Bridgeport – Stockett Declaration"

**<u>References to Reports and Materials</u>**

4. Finell reports will be referenced as follows:

a. Finell preliminary report of October 17, 2013: "Finell Preliminary Report" [cited as "Finell Preliminary Report"]

b. Finell declaration of October 20, 2014: "Finell Declaration" [cited as "Finell Declaration"]

c. Finell full report of October 31, 2014: "Finell Full Report" [cited as "Finell Full Report"]

5. Wilbur Declaration: "Wilbur Declaration" [cited as "WD," followed by the paragraph number]

6. Wilbur Report of October 31, 2014: "Wilbur Report" [cited as "WR," followed by the paragraph number]

7. Recording of "Got to Give It Up (Single)" from the album *Every Great Motown Hit*

*of Marvin Gaye*: "Got to Give It Up recording"

8. Recording of "Got to Give It Up," from the album *Live At the London Palladium*: "Got to Give It Up extended version recording"

### Deposit Copies of "Got to Give It Up"

9. I strongly disagree with Sandy Wilbur's exclusion of the recording of "Got to Give It Up" as representative of the song,[1] as opposed to the song's deposit copy alone. The deposit copy is an incomplete manifestation of the song, and the full recording is more representative of the complete musical work, and is more relevant to the comparison with "Blurred Lines."

10. However, even relying only on the deposit copy(ies), a fuller review and analysis of it (them) shows that the deposit lead sheet(s) depict(s) the song and its similarities with "Blurred Lines" far beyond the limitations cited by Sandy Wilbur, [WR, ¶41]. The deposit copy also reveals additional similarities erroneously omitted by Sandy Wilbur and not yet discussed in detail in my Full Report.

11. The deposit copy disagrees with Sandy Wilbur's distinctions between "song," "performance," and "arrangement," in which she dismisses any similarities found in the performance or arrangement with "Blurred Lines." [WR, p. 33.] Rather, the deposit copy contains elements from <u>all</u> of these categories, showing that they are definitely part of the composition of "Got to Give It Up." This includes party chatter, instrumental indications, and in the case of Deposit Copy Part 2 and the extended version recording (discussed below), backup vocal material.

### Introduction: Defining Outgrowth Material

12. The musical analyst assesses a phrase as a musical "outgrowth" if it shares similar features with the phrase's original iteration, and then varies and references it. Composers

---

[1] There are 2 different deposit copies for "Got to Give It Up," as more particularly discussed herein.

develop and extend their songs by referencing earlier iterations of key phrases as their songs progress. In the case of "Got to Give It Up" and "Blurred Lines," outgrowth phrases contain similar scale degrees and other features that reference the initial iteration of the melody in question. With "Got to Give It Up," this is most often seen in the outgrowths of the Signature Phrase and the bass melody.

### Preliminary Findings

13. Two deposit copies for "Got to Give It Up" were provided, as listed in the Materials Reviewed section above.[2] Both deposit copies were compared to the recordings of "Got to Give It Up" and "Blurred Lines," as well as to my initial and full findings in Finell Preliminary Report and Finell Full Report, and to Sandy Wilbur's findings in the Wilbur Report.

### Deposit Copy Part 1

14. Deposit Copy Part 1 represents the recording compared in my Declaration and Preliminary and Full Reports: "Got to Give It Up (Single)" (item 1a above). These items will be referred to below as "deposit copy" and "recording." The numbered similarities below refer to the numbered similarities discussed in my Preliminary Report, as well as in my Declaration and Full Report.

### Similarity 1: Signature Phrase and Outgrowths

15. The Signature Phrase and its outgrowths in "Got to Give It Up" are found in 69 out of a total of 112 bars in the deposit copy.[3]

16. Specifically, the Signature Phrase and its outgrowths are located on the deposit copy as follows:[4]

---

[2] It is extremely unusual to find 2 separate and differing deposit copies for the same musical composition.
[3] Of these 77 bars, 5 are not written out in musical notation, but are indicated as "repeat to fade" for the corresponding section in the recording.
[4] In a conservative assessment of the outgrowths of the Signature Phrase, the following phrases are examples of those that I excluded from this qualification even though they do contain similar features to the Signature Phrase in the deposit copy: Bars

4

    a. Verse 1: Bars 8-19 and 22-23, or in 14 out of 16 bars

    b. Verse 2: Bars 24-27 and 30-39, or in 14 out of 16 bars

    c. Verse 3: Bars 40-63, or in 24 out of 24 bars

    d. Verse 4: Bars 88-95, or in 8 out of 8 bars

    e. Outro – hook "keep on dancin'": 4 ½ times, or in 9 out of 17 bars.

(In the recording, the hook occurs 7 times, or in 14 out of 31 bars in the outro.)

    f. Some of the outgrowth phrases are more similar to the Signature Phrase on the deposit copy than on the recording.

17. As discussed in my Full Report, the phrases in the lead vocal melody on the recording, sung to the lyrics "got to give it up" in the outro section, are also clearly outgrowths of the Signature Phrase. These lyrics are sung to the scale degrees 1-6-2-1-1 (first iteration), 1-6-2-1-6 (second iteration), and 1-1-2-1-1 (third iteration).[5] These are sung simultaneously with the backup vocals, sung to the scale degrees 5-5-6-6-5 which are also closely related to the Signature Phrase.[6]

18. The recording contains a total of 126 bars (bars 113-126 are indicated on the deposit copy as "repeat to fade.") The Signature Phrase and its outgrowths in the lead vocal melody are found in 74 out of 126 bars in the main vocal melody on the recording.

19. Sandy Wilbur refers to the above material and its significance in her report of October 31, 2014, as follows:

    a. Ms. Wilbur states: "In GOT, most of the vocal melody notes revolve around the following notes of the major scale 5-6-1-2-1…" [WR, ¶19.] This is correct, and as shown in

---

20-21 in Verse 1 (with scale degrees 2-2-2-2-2-2-b3-2-1), Bars 28-29 in Verse 2 (with scale degrees 6-1-b3-2-2-2-2-1-1-2-b3), and Bars 102-103 in the outro section (with scale degrees 1-2-6).

An "outro" describes the ending section of a popular musical work as compared with the introduction or "intro."

[5] Only 2 iterations were identified in my Full Report; the third iteration occurs at 4:04.

[6] On the recording, these lyrics occur a total of 7 times in the backup vocals in the outro section.

my Preliminary Report, the Signature Phrase in "Got to Give It Up" is precisely those scale degrees: 5-5-5-<u>5-6-1-2-1</u>-5-6.[7]

       b. Sandy Wilbur also acknowledges the significance of the hook and of the Signature Phrase outgrowth material in "Got to Give It Up" (discussed in paragraphs 15 and 17 of my Full Report). In fact, she terms both of these phrases as hooks: [Verse 4] "is followed by a repeating four-measure section that states the two hooks – "Keep on dancing" and "Got to give it up…" [WR, ¶10.]

    20. Regarding the deposit copy, many of the iterations of the Signature Phrase variants in "Got to Give It Up" contain nearly identical chord indications as found in the harmony accompanying the Signature Phrase in "Blurred Lines," namely the chords E7 - A7.[8]

       a. Specifically, this chord series accompanies the Signature Phrase variants in the following 8 locations in the deposit copy: Bars 18-19, 22-23, 34-35, 38-39, 58-59, 62-63, 90-91, and 94-95. This is a total of 16 bars.

       b. The majority of the remaining Signature Phrase outgrowth iterations contain only the indication for one of these similar chords, namely A7.

**Similarity 2: Hook**

    21. The hook in "Got to Give It Up," sung to the lyrics "keep on dancin'," is located in the outro section, found in Bars 96-112 of the deposit copy. It is notated 4 ½ times in the deposit copy, located in 9 bars in total (Bars 96-97, 100-101, 104-105, 108-109, and 112). This notation is followed by the indication "repeat to fade," which accounts for the additional 2 ½

---

[7] However, it is deceptive for Ms. Wilbur to term this a "major scale" here, since as in her own footnote 2 on page 5, she explains that "The major scale has seven steps. In the key of A, the rising seven scale steps are… 1-2-3-4-5-6-7."
[8] "Blurred Lines" contains the same fundamental harmonies in its chords, namely E major - A major. In "Blurred Lines," these chords each contain the same 3 notes as found in "Got to Give It Up." However, a fourth note (indicated by a "7") is added to the chord in "Got to Give It Up" to add color. This extra fourth note in no way detracts from the identity of the same main 3-note chords in the two songs, however.

iterations (occupying 5 bars) found on the recording, where the hook occurs a total of 7 times located in 14 bars.

22. The hook of "Got to Give It Up" contains scale degrees 6-1-2-1 and is an outgrowth of the song's Signature Phrase, discussed in greater detail above as well as in my Full Report. The harmony accompanying the last two notes of the hook is notated as A7 in the deposit copy. This is very similar to the hook of "Blurred Lines," which contains scale degrees 6-1-1-1, and the harmony accompanying the last two notes is an A major chord, or "A." See footnote above for an explanation as to the substantial similarity of these two chords.

23. Sandy Wilbur recognizes the hook of "Got to Give It Up" in her statement: [Verse 4] "is followed by a repeating four-measure section that states the two hooks – 'Keep on dancing' and 'Got to give it up...'" [WR, ¶10.]

**<u>Similarity 6: Bass Melodies and Outgrowths</u>**

24. The bass melody for "Got to Give It Up" is notated in Bars 1-8 of the deposit copy.[9] The single-line format of the deposit copy, wherein only one notational staff is used, limits the representation of the composition to one melody at a time.[10] This means that when the vocal melody enters, occurring simultaneously with the bass melody, the vocal melody is instead notated, while the bass melody is eliminated from view and instead indicated by the term "bass simile." In musical notation, "simile" means "continue in a similar way," so in this case, the term means to continue to execute the bass line similarly to the way it has been notated up until

---

[9] The deposit copy contains one additional tone at the end of Bar 4, scale degree flat-7, not found in the recording. There are also minor rhythmic differences between the deposit copy and the recording; these are the result of standard notational techniques that do not reflect the reality of how the instrument executes a given tone. These differences are immaterial in the substantial similarity issue in this case. For example, in Bar 1, the final note is shown in the deposit copy as tied to the following bar; however, in reality, when the string of the bass is plucked, the tone stops sounding before the next bar begins. Here, in Bar 1, the note still occurs on the second half of Beat 4, just as in the corresponding location in "Blurred Lines."

[10] A "staff" refers to the set of 5 horizontal lines upon which melodic notes are placed in musical notation. For multiple simultaneous musical lines, musical scores normally show more than a single staff. For example, one staff is used for the vocal line, another staff for the bass line, another for the keyboard, and so on. The reduction represented by a deposit copy forces the notator to compromise, and eliminate more than one musical line at a time.

that point. The deposit copy represents the recording with musical notation until Bar 112, followed by the indication "repeat to fade."

25. The "bass simile" part occurs in Bars 1-16, 25-32, 41-48, 65-72, and 97-126 on the recording, for a total of 70 Bars.

26. Additionally, similar harmonies are used in conjunction with the similar bass melodies in comparing the deposit copy of "Got to Give It Up" to "Blurred Lines": an A7 chord as shown in Bars 1-4 in the deposit copy, compared to an A chord in Bars 1-4 in "Blurred Lines."

27. The deposit copy contains the material that Sandy Wilbur describes as the "essence of the bass part" in "Got to Give It Up": "notes on the 'and' [second half] of beats 3 and 4." [WR, ¶20.] This is found in Bars 1, 2, and 5 in the deposit copy.

28. The descending bass melody found similar between the recording of "Got to Give It Up" and "Blurred Lines" as Similarity 6 (discussed in paragraph 31 of my Preliminary Report) is also found on the deposit copy. Specifically, in the deposit copy, Bars 4-5 and 7-8 contain 3 of the 4 identical scale degrees found in both songs' descending bass melodies: 4-3-1.

29. Sandy Wilbur was incorrect when she stated that the descending melody is not contained in the copyright deposit. A preliminary review shows that, apparently, she omitted this erroneous statement in her subsequent report, while she stressed it in her earlier Declaration [WD, ¶212.] Her finding of dissimilarity of the compared descending bass lines is also inaccurate [WR, ¶20.] This mistake is misleading as the bass line is the similar musical "glue" that creates cohesion for both "Got to Give It Up" and "Blurred Lines."

**Similarity 7: Keyboard Parts**

30. In addition to the chord indications, the keyboard material is represented in the deposit copy in the following way: the bass melody in Bars 1-8 of the deposit copy is parallel to

the lower keyboard (left hand) part on the recording, discussed in my Full Report in paragraphs 34-35 and Musical Example 5. The pitches shown on the deposit copy are performed in the keyboard part, with similar rhythms, and closely echoes the bass line shown in the deposit copy. Sandy Wilbur discusses the relationship of the lower keyboard part to the bass when she discusses the published sheet music of the song.

**Similarity 8: Unusual Percussion Choices**

31. The hi-hat rhythms are represented in many locations in the deposit copy, for example in Bars 1, 3 and 5 of the bass melody, and in the vocal melody such as in Bars 8, 12, 18, and 20 where the rhythms are identical to the hi-hat on the second half of beat 4. The hi-hat is a non-pitched instrument, so only the rhythm is applicable, not the pitches of the related bass and vocal lines outlined here.

**The Deposit Copy Contains the New Similarities Beyond the Constellation of 8**

**Similarities as Discussed in my Full Report and Omitted by Sandy Wilbur**

**Similar Story Lines and Lyrics**

32. On pages 17-20 of my Full Report, similar and identical lyrics were found between "Got to Give It Up" and "Blurred Lines." Sandy Wilbur erroneously stated that there were no similar lyrics. [WR, ¶16.] The following similar lyrics are found in the deposit copy of "Got to Give It Up":

"Got to Give It Up": But my body yearned to be **free; might wanna make romance**

Similarity to "Blurred Lines": Just let me **liberate** you; I know you **want it**

33. The above lyrics for "Got to Give It Up" are found in Bars 16-19 and 38-39 on the deposit copy, respectively. Their melodies are outgrowths of the Signature Phrase.

34. Further similar and identical lyrics discussed on pages 18-20 of my Full Report are also contained in the deposit copy of "Got to Give It Up":

9

a. "Got to Give It Up": "You can bump me when you want to, babe" as found in Bars 74-75 of the deposit copy, and "Let me slip into your erotic zone," found in Bars 60-63 of the deposit copy. These lyrics are similar to the following ones in "Blurred Lines": "Let me be the one you back that ass into" and "I'll give you something big enough to tear your ass in two," both located in the rap section of "Blurred Lines."

b. **Party chatter**: Ms. Wilbur dismisses the background party noises, which includes conversational chatter throughout the song, as being solely part of the recording and entirely dissimilar from "Blurred Lines." [WR, ¶41.]This is inaccurate and misleading. The relationship between the party chatter in "Got to Give It Up" and the spoken material in "Blurred Lines" is discussed in my Full Report. Regarding the party chatter itself in "Got to Give It Up," Bar 63 of the deposit copy contains the spoken phrase, "We heard that."[11] This phrase is in turn a response to the previous melodic phrase "Let me slip into your erotic zone," containing Signature Phrase outgrowth melodies (discussed above), found in Bars 60-63 of the deposit copy.

c. Sandy Wilbur is therefore incorrect where she claims that the background party noise is excluded from the deposit copy. [WR, ¶41.]

d. The similar series of three short phrases containing the words "up," "[a-]round," "shake," and "down" in the lyrics of both songs is found in Bars 66-71 of the deposit copy. The songs also share scale degrees, functions, and additional melodic features here, as discussed in paragraph 50 of my Full Report. Further, the first two phrases, "move it up" and "turn it 'round," echo what Sandy Wilbur terms the "essence" of the bass line in "Got to Give It Up" (as discussed above). This "essence" material, combined with the identical lyrics "up" and

---

[11] On the recording, the phrase spoken here is "I heard that."

10

"'round," as well as similar harmony A7 chord (compared to A chord in "Blurred Lines"), is found in Bars 66-69 of the deposit copy.

**Similar Deviation: *Parlando* Section in "Got to Give It Up"**

35. In my Full Report, pp. 22-24, I discuss the *parlando* section in "Got to Give It Up" compared to the rap section of "Blurred Lines." This *parlando* section is found in Bars 73-88 in the deposit copy of "Got to Give It Up," – and this is precisely the same location of the parallel rap section in "Blurred Lines." This is a very important similarity. It points to the likelihood that the creators of "Blurred Lines" utilized the template, namely the architectural framework, of "Got to Give It Up" to structure their song. Sandy Wilbur failed to recognize this in her lengthy structural comparisons in which she concluded no similarity. [WR, ¶15.]This is a serious omission.

**Phrase Construction Similarities**

36. On pages 24-25 of my Full Report, I discuss the similar "question" and "answer" phrase structure in "Blurred Lines" and "Got to Give It Up." [Finell Full Report, ¶60.] Sandy Wilbur erroneously omits this from her analysis, and does not include it in her deposit copy description. These phrases are also in the deposit copy, located in Bars 8-23 (Verse 1), Bars 24-39 (Verse 2), Bars 40-63 (Verse 3), and Bars 88-95 (Verse 4).[12]

**Deposit Copy Part 2: Preliminary Findings**

37. An additional deposit copy entitled "Got To Give It Up (Part 2)" was provided. This deposit copy represents the extended version recording of "Got to Give It Up" (listed in Materials Reviewed) and does contain a number of additional similarities with "Blurred Lines."

---

[12] In the interest of brevity, I only discussed Verse 1 in detail, in my Full Report.

**Deposit Copy Part 2 and "Got to Give It Up" Extended Version Recording**

38. I listened to the extended version recording of "Got to Give It Up," which is 11 minutes, 52 seconds in length. A preliminary review indicates that the first 4 minutes, 7 seconds are identical to the recorded version upon which I have reported above and in my prior reports and Declaration, namely the recording "Got to Give It Up (Single)." This single, and the first 4 minutes, 7 seconds of the extended version recording, both correspond to Deposit Copy Part 1 discussed above.

39. Deposit Copy Part 2 corresponds to the extended version recording, beginning at approximately 4 minutes, 7 seconds until approximately 7 minutes, 10 seconds. With some exceptions, the music and lyrics contained on 7 minutes, 10 seconds, to the end of the recording at 11 minutes, 52 seconds, are not notated on the deposit copy.

40. One of these exceptions is an indication for "guitar," in the last 2 bars on Deposit Copy Part 2. Sandy Wilbur agrees with this indication for guitar [WR, ¶12]. This indication is for a rhythm guitar that enters the extended version recording at 7:14, playing a single line in support of the instrumental solos for the "ad lib" section beginning here.[13] The guitar here does not play accompanimental chords such as Ms. Wilbur inaccurately describes as commonplace in her Declaration. [WD, ¶227.] Rather, the guitar in Deposit Copy Part 2 is unrelated to the scoring choice discussed in my Preliminary Report comparing the "Single" recording of the song, which <u>does</u> omit guitar for the entire 4 minutes and 15 seconds of the recording. As Ms. Wilbur seemingly has now omitted her earlier Declaration's mischaracterization of the guitar's function and appearance, her final report indicates that she has recognized her own mistake and conceded that position.

---

[13] The last indication on Deposit Copy PART 2 is "(ad lib – LONG FADE)". "Ad lib" gives license to the musician to improvise.

## Similarities Between Deposit Copy Part 2 and "Blurred Lines"

41. **Similarity 1: Signature Phrase and Outgrowths**: The lyrics "[you've / I've] got to give it up" occur 6 times, and "give it up" occurs once, in Deposit Copy 2. The scale degrees are similar to both the Signature Phrase and hook in Deposit Copy Part 1, particularly where they are scale degrees 6-1-6-2-1-1 in the fifth and sixth occurrences in Deposit Copy Part 2.

42. Much of the vocal melody in Deposit Copy Part 2 is similar to the Signature Phrase.

43. **Similarity 2: Hook**: The hook of "Got to Give It Up," namely the lyric phrase "keep on dancin'," occurs once (with varied rhythms), and the lyric "dancin'" occurs twice more, with the same scale degrees as in the full hook (2-1), in Deposit Copy 2.

44. **Background Vocals**: Where the lyrics "give it up" occur in Deposit Copy 2, they are notated with smaller note heads, implying this is not the main melodic material but rather background vocal material. This is an indication that background vocals are integral to the composition, even though the deposit copy single-staff format does not allow for their complete representation.

45. **Similarities 4 and 5 – Theme X**: The Backup Hook lyrics "dancin' lady" are indicated in 14 consecutive bars on page 2 of Deposit Copy 2, with different scale degrees.[14] On the extended version recording in the corresponding location (5:41), these lyrics are sung in harmony (several simultaneous voices), and include chromatic scale degrees, similarly to Theme X.[15]

46. **Additional Similar Lyrics**: The lyrics "[If] **you want it**" occur 6 times in Deposit Copy 2. This is similar to the lyrics "Blurred Lines": "I know **you want it**" (discussed above). The scale degrees in Deposit Copy 2 here are similar to the Hook (yet partially inverted), such

---

[14] The lyrics here are written as "fancy lady," but this is incorrect as per the recording.
[15] Here, the chromatic pattern begins with ascent followed by descent.

as in the second occurrence: 1-6-2-1, as well as to the Signature Phrase, such as in the fifth occurrence, including a "tail" phrase (also partially inverted): 5-6-2-1, 1-6-5.

47. **Spoken vocal material**: The words "Let's dance, let's shout, gettin' funky's what it's all about" are indicated in the last line on Deposit Copy Part 2, along with rhythms, and the indication "(Background)."

a. Here, the rhythms are nearly identical to the rhythms in the rap section in "Blurred Lines," where the similar lyrics discussed above occur: "let me be the one you back that ass into." See Musical Examples 1A and 1B below, where arrows indicate identical rhythms:

**Musical Example 1A: "Got to Give It Up (Part 2)"**



**Musical Example 1B: "Blurred Lines" (2:27)**



In the extended version recording of "Got to Give It Up," the above is preceded by additional rhythmical spoken material, and repeats consecutively numerous times, for example from 9:00-9:16 and 9:26-9:41.

48. **Additional instrumental indications**: The indications "sax ad lib over vocal," "guitar," and "long fade" are all included in Deposit Copy 2. These words of direction clearly refer to the recording and performers. These show that the composition as embodied on the recording encompasses much more than merely the main vocal melody and accompanying

harmonies. Rather, these directives clearly indicate that the composition does refer to the performance and recording, including instrumentation, arrangement, and recording properties. Ms. Wilbur has denied this intensely in her report [WR, ¶41, page 33], separating the composition from the arrangement, recording, and performance. The deposit copy itself proves her wrong, despite the limitations of its one-staff format.

### Summation of Deposit Copies Parts 1 and 2

49. Nothing in Sandy Wilbur's report, changes my opinion regarding the musical relevance of the deposit copy compared with the recording of "Got to Give It Up." However, even if the scope of review is limited to the deposit copy, because of the number of similarities contained in the deposit copy, it does not impact my overall finding of substantial similarity. Sandy Wilbur overlooks and mischaracterizes many of these similar features when reviewing the deposit copy, and misleadingly separates the elements of the song as opposed to the recording and arrangement. The deposit copy represents a constellation of these elements, and certainly many more similarities than acknowledged by Sandy Wilbur.

50. Consequently, her statement in her Declaration, which she echoes throughout her Report is inaccurate. [WR, ¶4.] By this, I am referring to the erroneous statement she makes in discussing the Constellation of 8 Substantially Similar Features described in my earlier reports: "Five of the eight Similarities (Similarities 3-5, 7-8), and a portion of Similarity 6 (Musical Example 6C), and also the purported 'Additional Distinctive Similarities' discussed at pages 16-17 of the Finell Report, concern elements in GIVE that are not contained in the Copyright Deposit for GIVE." [WD, ¶60.] This is not only misleading, but it is definitely wrong, as the full examination of the deposit copies above proves.

51. Further, Ms. Wilbur has applied a double standard throughout her report. For example, she argues against the mashup used to illustrate the musical congruence between "Got

15

to Give It Up" and "Blurred Lines." However, she constructed a mashup herself to illustrate the prior art upon which she relied. Second, she has applied even stricter criteria than earlier in her report when comparing "Got to Give It Up" for similarities with "Blurred Lines" and assessing the similarities I had noted. Yet, she has chosen prior art that does not begin to meet her own standards, nor contain the compelling constellation of similarities found throughout "Blurred Lines," as shown in Exhibit A of my Full Report. Finally, she dismisses the recording as not being representative of the song itself with "Got to Give It Up," yet uses aspects of the Gaye recording to illustrate dissimilarities. In sum, when it suits her purposes to point out dissimilarity, Ms. Wilbur goes outside the bounds of her own rigid standards.

Report submitted on November 14, 2014 by:

Judith Finell, Musicologist and President
Judith Finell MusicServices Inc.

16

# EXHIBIT C

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 19 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 108-14   Filed 01/13/15   Page 17 of 41   Page ID
#:5201

DECLARATION OF JUDITH FINELL

I , Judith Finell, declare and state:

       1.    I am a musicologist and have been retained by the Gayes to compare the similarities and differences between the songs "Blurred Lines" and "Got to Give It Up" and the similarities and differences between the songs "Love after War" and "After the Dance."

       2.    The information contained in this Declaration is based upon my personal knowledge. If I am called as a witness, I am competent to testify to all matters set forth in this Declaration.

       3.    Attached hereto as **Exhibit A** is a true and correct copy of my October 17, 2013 Preliminary Report.

       4.    Attached hereto as **Exhibit B** is a true and correct copy of my October 31, 2014 Full Comparison Report.

       5.    Attached hereto as **Exhibit C** is a true and correct copy of my Declaration in Support of Counter-Claimants' Joint Opposition to Plaintiffs and Counter-Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, dated September 7, 2014.

       6.    Attached hereto as **Exhibit D** is a true and correct copy of my November 10, 2014 Preliminary Response Report.

       7.    Attached hereto as **Exhibit E** is a true and correct copy of my November 14, 2014 Supplemental Preliminary Response Report.

       8.    Attached hereto as **Exhibit F** is a true and correct copy of my Errata to my November 10, 2014 Preliminary Response Report.

       9.    Attached hereto as **Exhibit G** is a true and correct copy of my curriculum vitae.

**SUMMARY OF MY FINDINGS IN THE LEAD SHEETS**

    10.    Through my analysis of the sound recording and lead sheets of "Got to Give

- 2 -

Case 2:13-cv-06004-JAK-AGR  Document 263-1  Filed 02/13/15  Page 20 of 43  Page ID
Case 2:13-cv-06004-JAK-AGR  Document 160-5  Filed 01/13/15  Page 18 of 41  Page ID
#:5202

1  It Up," I concluded there are multiple items of similarities between "Blurred Lines" and

2  "Got To Give It Up" that are set forth in my Preliminary Report, Full Comparison

3  Report and Supplement Preliminary Response Report.

4        11.    I have reviewed the Declaration of Sandy Wilbur in Support of Plaintiffs'

5  Motions *In Limine* and disagree as to elements she alleges are not in the lead sheets. My

6  findings are set forth in more detail below.

7        12.    I strongly disagree with Sandy Wilbur's exclusion of the recording of "Got

8  to Give It Up" as representative of the song, as opposed to the song's Deposit Copy

9  alone. The Deposit Copy is an incomplete manifestation of the song, and the full

10  recording is more representative of the complete musical work, and is more relevant to

11  the comparison with "Blurred Lines."[1]

12        13.    Specifically, the following similarities are found in the first Deposit Copy

13  lead sheet of "Got to Give It Up:

14      (a)    Signature Phrase and its outgrowths throughout the main vocal melody;

15      (b)    the hook;

16      (c)    the bass melody;

17      (d)    the descending bass melody (partial);[2]

18      (e)    similar lyrics, specifically in a series of three phrases containing the words

19  "up," "down," "shake," and "(a-)round;"

20      (f)    harmonies accompanying the melodies in (a), (b), (c), and (e) above;

21      (g)    parlando section;

22      (h)    structure of question/answer phrases in verse sections; and

23

24  [1] The Deposit Copy lead sheet is a one dimensional representation of a multi-

25  dimensional sound recording.

  [2] The descending bass melody found similar between the recording of "Got to Give It

26  Up" and "Blurred Lines" as Similarity 6 (discussed in paragraph 31 of my Preliminary

27  Report) is also found in the deposit copy. Specifically, in the deposit copy, Bars 4-5 and

7-8 contain 3 of the 4 identical scale degrees found in both songs' descending bass

28  melodies: 4-3-1.

- 3 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 21 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 166-16   Filed 01/13/15   Page 19 of 41   Page ID
#:5203

1      (i)    party chatter.

2      14.    In addition to the first lead sheet, I was provided with a second lead sheet

3  entitled "Got To Give It Up (Part 2)" which corresponds to the extended version

4  recording. Based on my analysis of the second Deposit Copy lead sheet, I found the

5  following additional similarities between "Blurred Lines" and "Got to Give It Up":

6      (a)    Signature Phrase outgrowths;

7      (b)    hook variations;

8      (c)    Theme X (Backup Hook);

9      (d)    identical repeated lyrics "you want it" with outgrowth melodies from

10  the Signature Phrase and hook; and

11      (e)    rhythms of spoken lyrics.

12      15.    I also found several instrumental indications showing that the composition

13  encompasses performance elements that are only manifested on the recording of "Got to

14  Give It Up."

15      16.    The musical analyst assesses a phrase as a musical "outgrowth" if it shares

16  similar features with the phrase's original iteration, and then varies and references it.

17  Composers develop and extend their songs by referencing earlier iterations of key

18  phrases as their songs progress. In the case of "Got to Give It Up" and "Blurred Lines,"

19  outgrowth phrases contain similar scale degrees and other features that reference the

20  initial iteration of the melody in question. With "Got to Give It Up," this is most often

21  seen in the outgrowths of the Signature Phrase and the bass melody.

22

23  **COMPOSITIONAL ELEMENTS FOUND IN THE DEPOSIT COPIES**

24  **"Got to Give It Up" (Part 1)**

25      17.    Both Deposit Copies were compared to the recordings of "Got to Give It

26  Up" and "Blurred Lines," as well as to my initial and full findings in my Preliminary

27  Report and my Full Report, and to Sandy Wilbur's findings.

28      18.    Deposit Copy Part 1 represents the recording compared in my Declaration

- 4 -

Case 2:13-cv-06004-JAK-AGR  Document 263-1  Filed 02/13/15  Page 22 of 43  Page ID
Case 2:13-cv-06004-JAK-AGR  Document 188-17  Filed 01/13/15  Page 20 of 41  Page ID
#:5204

1  dated September 7, 2014, Preliminary and Full Reports: "Got to Give It Up (Single)."
2  These items will be referred to below as "Deposit Copy" and "recording." The
3  numbered similarities below refer to the numbered similarities discussed in my
4  Preliminary Report, as well as in my Declaration dated Sept. 7, 2014 and Full
5  Comparison Report.

6

7  <u>Signature Phrase and Outgrowths</u>

8      19.    The Signature Phrase and its outgrowths in "Got to Give It Up" are found
9  in 69 out of a total of 112 bars in the Deposit Copy.

10     20.    Specifically, the Signature Phrase and its outgrowths are located on the
11 Deposit Copy as follows:[3]

12      a.    Verse 1: Bars 8-19 and 22-23, or in 14 out of 16 bars

13      b.    Verse 2: Bars 24-27 and 30-39, or in 14 out of 16 bars

14      c.    Verse 3: Bars 40-63, or in 24 out of 24 bars

15      d.    Verse 4: Bars 88-95, or in 8 out of 8 bars

16      e.    Outro - hook "keep on dancin'": 4 ½ times, or in 9 out of 17 bars.

17     (In the recording, the hook occurs 7 times, or in 14 out of 31 bars in the outro.)

18     21.    Some of the outgrowth phrases are more similar to the Signature Phrase
19  on the Deposit Copy than on the recording.

20     22.    As discussed in my Full Report, the phrases in the lead vocal melody on
21  the recording, sung to the lyrics "got to give it up" in the outro section, are also clearly
22  outgrowths of the Signature Phrase. These lyrics are sung to the scale degrees 1-6-2-1-

23

24  [3]In a conservative assessment of the outgrowths of the Signature Phrase, the following
25  phrases are examples of those that I excluded from this qualification even though they
     do contain similar features to the Signature Phrase in the Deposit Copy: Bars 20-21 in
26  Verse I (with scale degrees 2-2-2-2-2-2-b3-2-1), Bars 28-29 in Verse 2 (with scale
     degrees 6-I-b3-2-2-2-2-1-1-2-b3), and Bars 102-103 in the Outro section (with scale
27  degrees 1-2-6).   An "outro" describes the ending section of a popular musical work as
28  compared with the introduction or "intro."

- 5 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 23 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 188-1   Filed 01/13/15   Page 21 of 41   Page ID
#:5205

1 (first iteration), 1- 6-2-1-6 (second iteration), and 1-1-2-1-1 (third iteration).[4] These are sung simultaneously with the backup vocals, sung to the scale degrees 5-5-6-6-5 which are also closely related to the Signature Phrase.[5]

23.    The recording contains a total of 126 bars (bars 113-126 are indicated on the Deposit Copy as "repeat to fade.") The Signature Phrase and its outgrowths in the lead vocal melody are found in 74 out of 126 bars in the main vocal melody on the recording.

24.    The Signature Phrase in "Got to Give It Up" is precisely the scale degrees: 5-5-5-5-6-1-2-1-5-6.

(a)    Sandy Wilbur has acknowledged the significance of the hook and of the Signature Phrase outgrowth material in "Got to Give It Up" (discussed in paragraphs 15 and 17 of my Full Report). In fact, she has termed both of these phrases as hooks: [Verse 4] "is followed by a repeating four-measure section that states the two hooks - "Keep on dancing" and "Got to give it up ... "

25.    Regarding the Deposit Copy, many of the iterations of the Signature Phrase variants in "Got to Give It Up" contain nearly identical chord indications as found in the harmony accompanying the Signature Phrase in "Blurred Lines," namely the chords E7 - A 7.[6]  Specifically, this chord series accompanies the Signature Phrase variants in the following 8 locations in the Deposit Copy: Bars 18-19,22-23,34-35,38-39,58-59,62-63,90- 91, and 94-95. This is a total of 16 bars. The majority of the remaining Signature Phrase outgrowth iterations contain only the indication for one of

---

[4] Only 2 iterations were identified in my Full Report; the third iteration occurs at 4:04.
[5] On the recording, these lyrics occur a total of 7 times in the backup vocals in the outro section.
[6] "Blurred Lines" contains the same fundamental harmonies in its chords, namely E major - A major. In "Blurred Lines," these chords each contain the same 3 notes as found in "Got to Give It Up." However, a fourth note (indicated by a "7") is added to the chord in "Got to Give It Up" to add color. This extra fourth note in no way detracts from the identity of the same main 3- note chords in the two songs, however.

- 6 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 24 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 188-19   Filed 01/13/15   Page 22 of 41   Page ID
#:5206

1  these similar chords, namely A7.

2  Similarity of Hook

3      26.    The hook in "Got to Give It Up," sung to the lyrics "keep on dancin'," is

4  located in the outro section, found in Bars 96-112 of the Deposit Copy. It is notated 4

5  ½ times in the Deposit Copy, located in 9 bars in total (Bars 96-97,100-101,104-

6  105,108-109, and 112). This notation is followed by the indication "repeat to fade,"

7  which accounts for the additional 2 ½ iterations (occupying 5 bars) found on the

8  recording, where the hook occurs a total of 7 times located in 14 bars.

9      27.    The hook of "Got to Give It Up" contains scale degrees 6-1-2-1 and is an

10  outgrowth of the song's Signature Phrase, discussed in greater detail above as well as

11  in my Full Report.

12      28.    The harmony accompanying the last two notes of the hook is notated as

13  $A7^7$ in the Deposit Copy. This is very similar to the hook of "Blurred Lines," which

14  contains scale degrees 6-1-1-1, and the harmony accompanying the last two notes is an

15  A major chord, or "A." See footnote 6 above for an explanation as to the substantial

16  similarity of these two chords.

17      (a)    Sandy Wilbur has recognized the hook of "Got to Give It Up" in her

18  statement: [Verse 4] "is followed by a repeating four-measure section that states the two

19  hooks - 'Keep on dancing' and 'Got to give it up ... '"

20      (b)    The hook as found in the Deposit Copy is analyzed in my Preliminary and

21  Full Comparison Report. Musical Examples 2A and 2B of my Preliminary Report is

22  illustrative of the substantial similarity of the hooks of both songs.

23  Similarity of Bass Melodies and Outgrowths

24      29.    The bass melody for "Got to Give It Up" is notated in Bars 1-8 of the

25

26  [7] The A7 above the third stave dictates no instrument. The chord A7 simply means that
27  any instrument is performing, at this point in the song, should play the A7 chord
    harmony. For example, a guitar or piano, would be expected to use the A7 chord
28  harmony here.

- 7 -

Case 2:13-cv-06004-JAK-AGR  Document 263-1  Filed 02/13/15  Page 25 of 43  Page ID
Case 2:13-cv-06004-JAK-AGR  Document #:6820  Filed 01/13/15  Page 23 of 41  Page ID
#:5207

Deposit Copy.[8]   The single-line format of the Deposit Copy, wherein only one notational staff is used, limits the representation of the composition to one melody at a time.[9] This means that when the vocal melody enters, occurring simultaneously with the bass melody, the vocal melody is instead notated, while the bass melody is eliminated from view and instead indicated by the term "bass simile." In musical notation, "simile" means "continue in a similar way," so in this case, the term means to continue to execute the bass line similarly to the way it has been notated up until that point. The bass line found in the first eight bars is found similarly throughout the Deposit Copy. The Deposit Copy represents the recording with musical notation until Bar 112, followed by the indication "repeat to fade."

       (a)    The "bass simile" part occurs in Bars 1-16, 25-32,41-48, 65-72, and 97-126 on the recording, for a total of 70 Bars.

       (b)    The Deposit Copy contains the material that Sandy Wilbur has described as the "essence of the bass part" in "Got to Give It Up": "notes on the 'and' [second half] of beats 3 and 4." This is found in Bars 1, 2, and 5 in the Deposit Copy.

      30.    Musical Example 6A of my Preliminary Report and Musical Example 2 of

---

[8] The Deposit Copy contains one additional tone at the end of Bar 4, scale degree flat-7, not found in the recording. There are also minor rhythmic differences between the Deposit Copy and the recording; these are the result of standard notational techniques that do not reflect the reality of how the instrument executes a given tone. These differences are immaterial in the substantial similarity issue in this case. For example, in Bar 1, the final note is shown in the Deposit Copy as tied to the following bar; however, in reality, when the string of the bass is plucked, the tone stops sounding before the next bar begins. Here, in Bar 1, the note still occurs on the second half of Beat 4, just as in the corresponding location in "Blurred Lines."

[9] A "staff" refers to the set of 5 horizontal lines upon which melodic notes are placed in musical notation. For multiple simultaneous musical lines, musical scores normally show more than a single staff. For example, one staff is used for the vocal line, another staff for the bass line, another for the keyboard, and so on. The reduction represented by a deposit copy forces the notator to compromise, and eliminate more than one musical line at a time.

- 8 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 26 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 10821   Filed 01/13/15   Page 24 of 41   Page ID
#:5208

1 | my Full Report are illustrative of the melodic foundation for a great deal of the bass

2 | material throughout "Got to Give It Up." This material is also represented in Bars 1-8

3 | of the Deposit Copy.

4 | 31. Further, Musical Examples 3 and 4 in my Full Comparison Report

5 | demonstrate further outgrowths of Bars 1-8 of the bass melodies in "Got to Give It Up,"

6 | and demonstrate excerpts of the bass melody in the Deposit Copy indicated in Bar 8 as

7 | "bass simile."

8 | 32. The descending bass melody found similar between the recording of "Got

9 | to Give It Up" and "Blurred Lines" as Similarity 6 (discussed in paragraph 31 of my

10 | Preliminary Report) is also found in the Deposit Copy. Specifically, in the Deposit

11 | Copy, Bars 4-5 and 7-8 contain 3 of the 4 identical scale degrees found in both songs'

12 | descending bass melodies: 4-3-1.

13 | (a) Musical example 6C of my Preliminary Report is illustrative of one

14 | of the variations of the descending bass melody in "Got to Give It Up."

15 | 33. 29. Sandy Wilbur was incorrect when she stated that the descending

16 | melody is not contained in the copyright deposit. A preliminary review shows that,

17 | apparently, she omitted this erroneous statement in her subsequent report, which she

18 | stressed previously. Her finding of dissimilarity of the compared descending bass lines

19 | is also inaccurate. This mistake is misleading as the bass line is the similar musical

20 | "glue" that creates cohesion for both "Got to Give It Up" and "Blurred Lines."

21 | 34. Additionally, similar harmonies are used in conjunction with the similar

22 | bass melodies in comparing the Deposit Copy of "Got to Give It Up" to "Blurred Lines":

23 | an A7 chord as shown in Bars 1-4 in the Deposit Copy, compared to an A chord in Bars

24 | 1-4 in "Blurred Lines."

25 | Similarity of Keyboard Parts

26 | 35. In addition to the chord indications, the keyboard material is represented in

27 | the Deposit Copy in the following way: the bass melody in Bars 1-8 of the Deposit Copy

28 | is parallel to the lower keyboard (left hand) part on the recording, discussed in my Full

- 9 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 27 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 166-2   Filed 01/13/15   Page 25 of 41   Page ID
#:5209

1    Report in paragraphs 34-35 and Musical Example 5. The pitches shown on the Deposit

2    Copy are performed in the keyboard part, with similar rhythms, and closely echoes the

3    bass line shown in the Deposit Copy. Sandy Wilbur discusses the relationship of the

4    lower keyboard part to the bass when she discusses the published sheet music of the

5    song. Musical Example 5 in my Full Report demonstrates the harmonies as found in the

6    Deposit Copy. Musical Examples 7A and 7B in my Preliminary Report demonstrate

7    excerpts comparing keyboard parts in Bars 1-2 in "Blurred Lines" and Bars 1-2 in "Got

8    to Give It Up."

9

10

11   Similarity of Story Lines

12   36. The lyrics and scenarios expressed in "Got to Give It Up" and "Blurred Lines"

13         bear some notable similarities. Both songs' lyrics describe:

14         (a) behavioral transformation of self or other

15         (b) physical/sexual/emotional liberation from restraint, and

16         (c) the contrast between an earlier and changed self or other.

17   37. In "Got to Give It Up," the narrator describes transforming himself from a shy

18         "wall flower" into an active social participant able to attract women:

19

20                 "I used to go out to parties and stand around (verse 2: 'stand upside
                    the wall')
21                 'cause I was too nervous to really get down.
22                 But my body yearned to be **free**
                    I got up on the floor boy
23                 So somebody could choose me"

24   38. The above narrator expresses how he worked on transforming himself in order

25         to attract women:

26

27                 "Somebody watchin'
                    might **wanna make romance**"
28

- 10 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 28 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 180-3   Filed 01/13/15   Page 26 of 41   Page ID
#:5210

He also describes a desire to free himself of anxiety, enjoy himself, "give it up,"
and "keep on dancin'."

39. Similarly, in "Blurred Lines," the narrator attempts to seduce the repressed
"good girl" to whom he sings, urging her to change her behavior to reflect her
inner freer sexualized self.

> "But you're an animal; baby
> it's in your nature
> Just let me **liberate** you. . .
> And that's why I'm gon' take a good girl
> I know you **want it**. . . you're a good girl. . .
> Baby, can you breathe? I got this from Jamaica, It always works for
> me."

This story theme is amplified in the rap section of "Blurred Lines."

## Similarity of Lyrics

40. On pages 17-20 of my Full Report, similar and identical lyrics were found
between "Got to Give It Up" and "Blurred Lines." Sandy Wilbur erroneously
previously stated that there were no similar lyrics. The following similar lyrics
are found in the Deposit Copy of "Got to Give It Up":

> "Got to Give It Up": But my body yearned to be free; might wanna
> make romance"
>
> Similarity to "Blurred Lines": Just let me liberate you; I know you
> want it."

41. The above lyrics for "Got to Give It Up" are found in Bars 16-19 and 38-39 on
the Deposit Copy, respectively. Their melodies are outgrowths of the Signature
Phrase.

42. Further similar and identical lyrics discussed on pages 18-20 of my Full
Report are also contained in the Deposit Copy of "Got to Give It Up":

- 11 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 29 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 16824   Filed 01/13/15   Page 27 of 41   Page ID
#:5211

1        (a)    "Got to Give It Up": "You can bump me when you want to, babe" as
2  found in Bars 74-75 of the Deposit Copy, and "Let me slip into your erotic zone," found
3  in Bars 60-63 of the Deposit Copy.

4        (b)    These lyrics are similar to the following ones in "Blurred Lines":
5  "Let me be the one you back that ass into" and "I'll give you something big enough to
6  tear your ass in two," both located in the rap section of "Blurred Lines."

7

8  <u>Similarity of Party Chatter/Noises</u>

9      43.    Ms. Wilbur dismissed the background party noises, which includes
10  conversational chatter throughout the song, as being solely part of the recording and
11  entirely dissimilar from "Blurred Lines." This is inaccurate and misleading. The
12  relationship between the party chatter in "Got to Give It Up" and the spoken material in
13  "Blurred Lines" is discussed in my Full Report. Regarding the party chatter itself in
14  "Got to Give It Up," Bar 63 of the Deposit Copy contains the spoken phrase, "We heard
15  that."[10] This phrase is in turn a response to the previous melodic phrase "Let me slip
16  into your erotic zone," containing Signature Phrase outgrowth melodies (discussed
17  above), found in Bars 60-63 of the Deposit Copy.

18      44.    Sandy Wilbur is therefore incorrect where she claimed that the
19  background party noise is excluded from the Deposit Copy.

20      45.    The similar series of three short phrases containing the words "up,"
21  "[a-] round," "shake," and "down" in the lyrics of both songs is found in Bars 66-71 of
22  the Deposit Copy. Musical Examples 10 and 11 in my Full Comparison Report
23  illustrate the substantial similarity here. The songs also share scale degrees, functions,
24  and additional melodic features here, as discussed in paragraph 50 of my Full Report.
25  Further, the first two phrases, "move it up" and "turn it 'round," echo what Sandy
26  Wilbur termed the "essence" of the bass line in "Got to Give It Up" (as discussed

27

28  [10] On the recording, the phrase spoken here is "I heard that."

- 12 -

Case 2:13-cv-06004-JAK-AGR  Document 263-1  Filed 02/13/15  Page 30 of 43  Page ID
Case 2:13-cv-06004-JAK-AGR  Document 196-5  Filed 01/13/15  Page 28 of 41  Page ID
#:5212

above). This "essence" material, combined with the identical lyrics "up" and "'round,"
as well as similar harmony A7 chord (compared to A chord in "Blurred Lines"), is
found in Bars 66-69 of the Deposit Copy.

Similar Deviation: *Parlando* Section in "Got to Give It Up"

46.    In my Full Report, pp. 22-24, I discuss the *parlando* section in "Got to Give
It Up" compared to the rap section of "Blurred Lines." This *parlando* section is found in
Bars 73-88 in the Deposit Copy of "Got to Give It Up," -- and this is precisely the same
location of the parallel rap section in "Blurred Lines." This is a very important
similarity. It points to the likelihood that the creators of "Blurred Lines" utilized the
template, namely the architectural framework, of "Got to Give It Up" to structure their
song. Sandy Wilbur failed to recognize this in her lengthy structural comparisons in
which she concluded no similarity.  While timings are never indicated on a deposit copy,
the *parlando* is present and in same bars (73-88) as in the rap section of "Blurred Lines,"
and is represented in the Deposit copy.

Phrase Construction Similarities

47.    On pages 24-25 of my Full Report, I discuss the similar "question" and
"answer" phrase structure in "Blurred Lines" and "Got to Give It Up." Sandy Wilbur
erroneously omitted this from her analysis, and does not include it in her Deposit Copy
description. These phrases are also in the Deposit Copy, located in Bars 8-23 (Verse 1),
Bars 24- 39 (Verse 2), Bars 40-63 (Verse 3), and Bars 88-95 (Verse 4). [11]

**Deposit Copy Part 2**

48.    An additional Deposit Copy entitled "Got to Give It Up (Part 2)" was
provided. This Deposit Copy represents the extended version recording of "Got to Give

---

[11] In the interest of brevity, I only discussed Verse 1 in detail, in my Full Report.

- 13 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 31 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 188-26   Filed 01/13/15   Page 29 of 41   Page ID
#:5213

1  It Up" (listed in Materials Reviewed) and does contain a number of additional

2  similarities with "Blurred Lines."

3

4  <u>Deposit Copy Part 2 and "Got to Give It Up" Extended Version Recording</u>

5      49.    I listened to the extended version recording of "Got to Give It Up," which is

6  11 minutes, 52 seconds in length. A preliminary review indicates that the first 4 minutes,

7  7 seconds are identical to the recorded version upon which I have reported above and in

8  my prior reports and Declaration, namely the recording "Got to Give It Up (Single)."

9  This single, and the first 4 minutes, 7 seconds of the extended version recording, both

10  correspond to Deposit Copy Part 1 discussed above.

11      50.    Deposit Copy Part 2 corresponds to the extended version recording,

12  beginning at approximately 4 minutes, 7 seconds until approximately 7 minutes, 10

13  seconds. With some exceptions, the music and lyrics contained on 7 minutes, 10

14  seconds, to the end of the recording at 11 minutes, 52 seconds, are not notated on the

15  Deposit Copy.

16      51.    One of these exceptions is an indication for "guitar," in the last 2 bars on

17  Deposit Copy Part 2. Sandy Wilbur agreed with this indication for guitar. This

18  indication is for a rhythm guitar that enters the extended version recording at 7:14,

19  playing a single line in support of the instrumental solos for the "ad lib" section

20  beginning here.[12] The guitar here does not play accompanimental chords such as Ms.

21  Wilbur inaccurately described as commonplace in her Declaration. Rather, the guitar in

22  Deposit Copy Part 2 is unrelated to the scoring choice discussed in my Preliminary

23  Report comparing the "Single" recording of the song, which <u>does</u> omit guitar for the

24  entire 4 minutes and 15 seconds of the recording. As Ms. Wilbur seemingly has now

25  omitted her earlier Declaration's mischaracterization of the guitar's function and

26  _____

27  [12] The last indication on Deposit Copy PART 2 is "(ad lib - LONG FADE)". "Ad lib"
   gives license to the musician to improvise.

28

- 14 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 32 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 188-7   Filed 01/13/15   Page 30 of 41   Page ID
#:5214

appearance, her final report indicates that she has recognized her own mistake and conceded that position.

## Similarities Between Deposit Copy Part 2 and "Blurred Lines"

### Similarity of Signature Phrase and Outgrowths

52.     The lyrics "[you've / I've] got to give it up" occur 6 times, and "give it up" occurs once, in Deposit Copy 2. The scale degrees are similar to both the Signature Phrase and hook in Deposit Copy Part I, particularly where they are scale degrees 6-1-6-2-1-1 in the fifth and sixth occurrences in Deposit Copy Part 2.

53.     Much of the vocal melody in Deposit Copy Part 2 is similar to the Signature Phrase.

### Similarities of Hook

54.     The hook of "Got to Give It Up," namely the lyric phrase "keep on dancin'," occurs once (with varied rhythms), and the lyric "dancin " occurs twice more, with the same scale degrees as in the full hook (2-1), in Deposit Copy 2.

### Similarity of Background Vocals

55.     Where the lyrics "give it up" occur in Deposit Copy 2, they are notated with smaller note heads, implying this is not the main melodic material but rather background vocal material. This is an indication that background vocals are integral to the composition, even though the Deposit Copy single-staff format does not allow for their complete representation.

### Similarities of Theme X

56.     The Theme X (Backup Hook) lyrics "dancin' lady" are indicated in 14

- 15 -

Trial Exhibit 1759-14

Case 2:13-cv-06004-JAK-AGR  Document 263-1  Filed 02/13/15  Page 33 of 43  Page ID
Case 2:13-cv-06004-JAK-AGR  Document 1082B  Filed 01/13/15  Page 31 of 41  Page ID
#:5215

1  consecutive bars on page 2 of Deposit Copy 2, with different scale degrees.[13]

2      57.   On the extended version recording in the corresponding location (5:41),
3  these lyrics are sung in harmony (several simultaneous voices), and include chromatic
4  scale degrees, similarly to Theme X.[14] In "Blurred Lines," Theme X is the core of the
5  entire verse as well as other significant vocal phrases throughout the song. This
6  substantially similar note sequence occurs many times throughout "Blurred Lines" –
7  while lyric and pitch variations do occur, the fundamental shared elements of Theme X
8  are intact and contribute to the songs' sounding similar. Musical Examples 4A-4E of my
9  Preliminary Report demonstrate the substantial similarity here.

10  Additional Similar Lyrics

11      58.   The lyrics "[If] you want it" occur 6 times in Deposit Copy 2. This is
12  similar to the lyrics in "Blurred Lines": "I know you want it" (discussed above). The
13  scale degrees in Deposit Copy 2 here are similar to the Hook (yet partially inverted),
14  such as in the second occurrence: 1-6-2-1, as well as to the Signature Phrase, such as in
15  the fifth occurrence, including a "tail" phrase (also partially inverted): 5-6-2-1, 1-6-5.

16      59.   Spoken vocal material: The words "Let's dance, let's shout, gettin' funky's
17  what it's all about" are indicated in the last line on Deposit Copy Part 2, along with
18  rhythms, and the indication "(Background)."

19      60.   Here, the rhythms are nearly identical to the rhythms in the rap section in
20  "Blurred Lines," where the similar lyrics discussed above occur: "let me be the one you
21  back that ass into." Musical Examples 1A and 1B below of my Supplemental Response
22  Report demonstrate the substantial similarity here.

23

24      **ADDITIONAL SIMILARITIES BETWEEN "GOT TO GIVE IT UP" AND**
25      **"BLURRED LINES"**

26      61.   Additionally,  during  my  analysis,  I  uncovered  a  shared  musical

27  _____

[13] The lyrics here are written as "fancy lady," but this is incorrect as per the recording.
28  [14] Here, the chromatic pattern begins with ascent followed by descent.

- 16 -

Case 2:13-cv-06004-JAK-AGR  Document 263-1  Filed 02/13/15  Page 34 of 43  Page ID
Case 2:13-cv-06004-JAK-AGR  Document 168-2  Filed 01/13/15  Page 32 of 41  Page ID
#:5216

1 "fingerprint," which is explained in my Full Comparison Report. Specifically, both

2 songs express a high-pitched vocal exclamation of "woo" in repeated locations. As

3 discussed on page 15 of my Full Comparison Report, the "woo" feature in "Blurred

4 Lines" echoes the rhythmic suspension feature in the keyboard part, occurring at the

5 same location in Bars 4, 12, 20, and so forth. Here in "Blurred Lines," the

6 accompanying harmony is an A chord, which is similar to the accompanying harmony

7 of an A7 chord in "Got to Give It Up" at (1:44).The repeated use of "woo" is a highly

8 provocative music detail. I refer to this element as a "fingerprint" or "musical

9 fingerprint" as it is an indicator that "Got to Give It Up" was virtually "present" during

10 the creation of "Blurred Lines." To deny this influence and appropriation is tantamount

11 to accepting the denial of a suspect's presence after his fingerprint was found at the

12 scene of a crime.

13    62.   Keyboard Parts: As stated in my Preliminary Report, "Blurred Lines"

14 alternates between two chords with each chord repeated consecutively for four bars at a

15 time, for the entirety of the song. Both chords in "Blurred Lines" are also found in "Got

16 to Give It Up," as previously reported – these chords are found in the upper part

17 (normally performed with the right hand). Further examination has revealed that the

18 similarities extend beyond this: there is a lower (left hand) part with identical rhythms

19 and primary scale degrees in both songs (not discussed in my Preliminary Report).

20 Musical Examples 5- 8 in my Full Comparison compare this material in "Blurred Lines"

21 and "Got to Give It Up."

22    63.   The hand clap rhythms and their shared function are substantially similar in

23 "Blurred Lines" and "Got to Give It Up."  In both songs, the hand claps function as

24 would any other percussion instrument. Both songs contain two hand clap rhythms,

25 repeated throughout the songs, illustrated on page 16 of my Full Comparison Report.

26    64.   Backup vocals   "Doo-Wop" passage in "Got to Give It Up": Closer

27 examination has revealed a substantial similarity in the backup singers' "doo-wop"

28 passage at 2:10 in "Got to Give It Up" as compared with Theme X in "Blurred Lines."

- 17 -

Case 2:13-cv-06004-JAK-AGR  Document 263-1  Filed 02/13/15  Page 35 of 43  Page ID
Case 2:13-cv-06004-JAK-AGR  Document 263-0  Filed 01/13/15  Page 33 of 41  Page ID
#:5217

1   As discussed in my Preliminary Report, Theme X in "Blurred Lines" is the core melody
2   of the verse section, first heard with the lyrics in Verse 1,"If you can't hear," and in
3   Verse 2, "Okay, now he was close." In "Got to Give It Up," the "doo-wop" passage
4   occurs during the bridge section of the song, where the lead vocal part contains the lyrics
5   "Move it up."

6       65.    Further study has revealed that the "doo-wop" passage in "Got to Give It
7   Up" is a precursor to the Backup Hook (Theme X) in its own song, meaning that the
8   melody heard in the "doo-wop" passage is again found later within "Got to Give It Up"
9   itself, as the Backup Hook (Theme X) sung to the lyrics "dancin' lady." In the "doo-
10  wop" passage first appearing at 2:10- 2:26, the backup chorus has a lower singing part
11  using the same scale degrees as heard subsequently in the Backup Hook (Theme X) of
12  "Got to Give It Up," namely scale degrees 3-3-#2-3. These same scale degrees in the
13  lower backup singing part are indicated in the musical example below with a bracket.
14  This "doo-wop" passage was not discussed in my Preliminary Report.

15      66.    The significance of this additional similarity within "Got to Give It Up" is
16  that the substantial similarity with "Blurred Lines" is even more pervasive than initially
17  found and discussed in the Preliminary Report.

18      67.    Roots of Backup Hook "Hey, Hey, Hey" in "Blurred Lines" found
19  Similarly Expressed in "Got to Give It Up": A predecessor to the distinctive, recurring
20  Backup Hook in "Blurred Lines," the phrase "hey, hey, hey" has been found in "Got to
21  Give It Up." Further study of the background party chatter that permeates "Got to Give
22  It Up" has revealed frequent use of the word exclaimed as "hey," singly and in
23  repetition. In both songs, this first occurs in the introduction section.

24          The multiple iterations of the word "hey" in "Got to Give It Up" include:
25              (a) 0:01-0:09 (in the background voices evoking a party scene)
26              (b) 0:11-0:12 ("Hey Clayton! Clayton!")
27              (c) 0:16-0:18 ("Hey Clayton! Clayton!")
28              (d) 1:06-1:08 ("Hey! Hey!")

                                    - 18 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 36 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document #:6831   Filed 01/13/15   Page 34 of 41   Page ID
#:5218

(e) 2:16 ("Hey!")

68.     This element is emblematic of "Blurred Lines," so much so that a single iteration of it, always sung in 3 repeats to the same ascending chromatic scale degrees, is immediately recognizable as part of "Blurred Lines."

Unusual Percussion Choices

69. Open hi-hat playing on the second half of beat 4 occurs in both songs. In "Got to Give It Up," the open hi-hat is introduced prominently even before the bass and keyboard enter, launching the instrumental introduction, and it appears repeatedly throughout the song. In "Blurred Lines," the open hi-hat appears prominently in every second bar throughout the song. In both songs, this open hi-hat rhythm is placed on the weakest beat of the bar, creating a distinctive "splash" that is in sharp contrast to the stable rhythms of the drums. This identical open hi-hat rhythm is crucial to the character of both songs.

71.     70.     The above similarities are somewhat unusual and represent the same specific creative choices made by the composers of both songs. Both songs contain a cowbell part, which is a very prominent percussion lines with distinctive sonorities. Specifically, both songs contain syncopated rhythms played by cowbell. [15] Although their cowbell parts are not identical, this feature performs the same function in both songs, adding a very specific color and identity to the rhythm section. The cowbell part is a shared deviation from the standard drum set instrumentation, and it is an indispensable feature in both songs' identities.

72.     Both songs use distinctive falsetto in their vocal parts.

73.     While composers can and often do include a tempo indication, it is not required and is not relevant in determining substantial similarity.

---

[15] The cowbell part is executed by different instruments, but the character, sonority (sound) and function are the same.

- 19 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 37 of 43   Page ID
#:7832
Case 2:13-cv-06004-JAK-AGR   Document 190-2   Filed 01/13/15   Page 35 of 41   Page ID
#:5219

**"AFTER THE DANCE" Deposit Copy**

74.     In discussing "After the Dance" as compared to "Love After War," Plaintiffs assert that the Counter-Claimants' copyright in "After the Dance" is limited to the material reflected in the copyright deposit sheet music. While I already discussed the problematic issues with this approach regarding "Got to Give It Up," the same applies to "After the Dance."

75.     In the case of "After the Dance," the elimination of the recording is a critical mistake and entirely inappropriate towards accurately defining the underlying song. In "After the Dance," the simultaneous lead and backup vocal melodies intertwine in a way that they function as a unit, alternating in their prominence, and blending together in their roles as primary and secondary melodic lines. This differs from the more standard domination of the lead vocals and subordination of the backup vocals.

76.     This is especially important in this case because the deposit copy represents only one vocal melody at a time. It does not at all reflect the complexity of the true underlying material of the song.

**COMPARATIVE DEMONSTRATION RECORDINGS**

77.   I have listened closely to the comparative demonstration recordings prepared by Thomas Court and Ron Aston. I have also reviewed Mr. Court's and Mr. Aston's descriptions of the way in which they created the comparative demonstration recordings, and their process in preparing them. I have also spoken with Mr. Court and Mr. Aston numerous times during the recording process in order to ensure fully that the materials prepared by them were trustworthy and that they accurately reflected elements from both "Blurred Lines" and "Got to Give It Up." I am more than satisfied that these comparative demonstration recordings do accurately reflect the music of "Got to Give it

- 20 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 38 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 196-3   Filed 01/13/15   Page 36 of 41   Page ID
#:5220

1 | Up" and "Blurred Lines," and that any minor adjustments made are within acceptable
2 | musicological practice.[16]
3 | The three examples show that when the similar vocal melodies in "Blurred Lines" are
4 | merged with the similar instrumental melodies in "Got to Give It Up," the material
5 | sounds like a perfect, natural match because it blends sonically. The same natural
6 | congruence occurs when the similar vocal melodies in "Got to Give It Up" are merged
7 | with the similar instrumental melodies in "Blurred Lines."

8 |     78.    These comparative demonstration recordings demonstrate the undeniable
9 | substantial similarity between the two compositions. It is significant that the two songs
10 | are so effortlessly overlaid. As the comparative demonstration recordings show, each
11 | song's vocal line can be played interchangeably—and on a sustained basis —with the
12 | instrumental accompaniment of the other.  In this case, this is because the compositions
13 | contain a multitude of similar compositional features.

14 |     79.    The above is demonstrated in Example 1, which contains approximately the
15 | first minute and 20 seconds of the vocal material in "Blurred Lines" superimposed over
16 | approximately the first minute and 20 seconds of the instrumental material of "Got to
17 | Give It Up." In this example, the similarities from the respective parts in both songs
18 | occur simultaneously, interlocking and synchronizing in the same way as does the vocal
19 | material with its own instrumental material in the commercially released recordings of

---

[16] In Example 1, where the "Blurred Lines" vocals are combined with instrumental accompaniment from "Got to Give It Up," "Got to Give It Up" is transposed down one whole step, to the key of "Blurred Lines." This is the audio equivalent of what a musicologist does in comparing musical works, described in paragraph 68 and the corresponding footnote in my Declaration attached as Exhibit C. In Examples 1-3, the tempos are adjusted very slightly, so that the songs can be synchronized to be heard in the same time frame. According to the Wilbur Declaration, both songs are in the tempo range of 120-128 beats per minute, meaning that the tempo adjustments for these examples are minimal and have no impact whatsoever in the content compared between the two songs. This procedure embodies standard musicological practice, as the tempo is not a factor in comparing musical works for their underlying melodic, harmonic, and other compositional similarities.

- 21 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 39 of 43   Page ID
#:7834
Case 2:13-cv-06004-JAK-AGR   Document 196-1   Filed 01/13/15   Page 37 of 41   Page ID
#:5221

"Blurred Lines" and "Got to Give It Up." The same is true in Example 2, in which the vocal material in "Got to Give It Up" is superimposed over the instrumental material in "Blurred Lines."

80.    The ongoing sequence of vocal melodies of "Blurred Lines" superimposed over the ongoing instrumental material of "Got to Give It Up" also shows how continuous the similar materials are within their own respective songs. Further, the ongoing sections (introduction, verse, chorus) of "Blurred Lines" in their original form need no reorganization to co-exist seamlessly with the instrumental parts of "Got to Give It Up." The same is true of the vocal melodies of "Got to Give It Up" as superimposed over the instrumental material of "Blurred Lines" in these comparative demonstration recordings.

81.    All eight similarities in the "Constellation of Similarities" are discussed below. Specifically:

a.    Example 1 demonstrates Similarities 1, 2, 3, 4, and 5 in "Blurred Lines," combined with simultaneous Similarities 6, 7, and 8 in "Got to Give It Up," transposed to the key of "Blurred Lines." Example 1 begins at counter : 02 with Similarities 6 (bass melody), 7 (keyboard parts), and 8 (percussion) in "Got to Give It Up." All of these similarities occur simultaneously with Similarity 5 of "Blurred Lines" (the backup hook with lyrics "hey, hey, hey") at counter: 11, followed by Similarity 4 of "Blurred Lines" (Theme X, lyrics "If you can't hear") at counter :16, and Similarities 1, 2 and 3 of "Blurred Lines" (Signature Phrase, "And that's why I'm gon' take a good girl") at counter :45. The songs' similarities merge together in this comparative demonstration recording and clearly show the substantial similarities between "Blurred Lines" and "Got to Give It Up."

b.    Example 2 merges the vocals in the verse of "Got to Give It Up" with the instrumental accompaniment of "Blurred Lines." Here, Similarity 1 (Signature Phrase) and its outgrowth material in "Got to Give It Up" are combined seamlessly with simultaneous Similarities 6, 7, and 8 in "Blurred Lines."

- 22 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 40 of 43   Page ID
#:7835
Case 2:13-cv-06004-JAK-AGR   Document 166-1   Filed 01/13/15   Page 38 of 41   Page ID
#:5222

1    c.   Example 3 merges the vocals in the hook of "Got to Give It Up" (starting at

2    3:12 of the original recording), with the instrumental accompaniment of "Blurred

3    Lines." Specifically, Example 3 contains Similarities 2 (hook, "Keep on dancin'"), 3

4    (hook with backup vocals), 4 and 5 (backup hook/Theme X, lyrics: "Dancin' lady") in

5    "Got to Give It Up," combined with simultaneous Similarities 6, 7, and 8 in "Blurred

6    Lines."

7    d.   Example 4 contains the commercially released recordings of "Got to Give It

8    Up" and "Blurred Lines," played in succession.

9

10   82.   Summary of Comparative demonstration recordings 1-4

11

| Example No. | "Got to Give It Up" | "Blurred Lines" |
|---|---|---|
| 1 | Similarities 6, 7, and 8 | Similarities 1, 2, 3, 4, and 5 |
| 2 | Similarity 1 (Signature Phrase) and its outgrowth material | Similarities 6, 7, and 8 |
| 3 | Similarities 2, 3, 4, and 5 | Similarities 6, 7, and 8 |
| 4 | Full song | Full song |

19   83.   The Wilbur Declaration exaggerates the minor dissimilarities between the

20   two works, including their chords (where they actually contain the same basic chords,

21   embellished in "Got to Give It Up"), slight rhythmic position shifting, and intervening

22   passing tones (such as in the shared melisma in Similarity 1). None of these minor

23   differences, however, detract from the effortless blending of vocals of "Blurred Lines"

24   with instrumentals of "Got to Give It Up," and the reverse with the vocals of "Got to

25   Give It Up" with the instrumentals of "Blurred Lines," in these comparative

26   demonstration recordings. This is because the overriding similarities between the two

27   works (as discussed in my Declaration above) surpass their less significant differences.

28

- 23 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 41 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 196-1   Filed 01/13/15   Page 39 of 41   Page ID
#:5223
#:5836

84.    Examples 1-3 also expose the faulty methodology and conclusions of Ms. Wilbur who stressed the lesser differences, and even discounted pitches that were identical (such as in Similarity 1) as "different," acknowledging only one same note instead of the five identical notes found in comparing the Signature Phrases of both songs.

85.    Examples 1-3 further discredit Ms. Wilbur's mischaracterization of the similar features as mere "ideas" or "devices," as these melodies, rhythms, harmonies, and instrumental material are clearly the identifying features of both songs that coincide in these comparative demonstration recordings.

86.    The obvious blend of the vocals of one song with the instrumentals of the other as presented in Examples 1-3 reinforces in a dramatic way my conclusions that "Blurred Lines" is substantially similar to "Got to Give It Up."

87.    The above is demonstrated in Example 1, which contains approximately the first minute and 20 seconds of the vocal material in "Blurred Lines" superimposed over approximately the first minute and 20 seconds of the instrumental material of "Got to Give It Up." In this example, the similarities from the respective parts in both songs occur simultaneously, interlocking and synchronizing in the same way as does the vocal material with its own instrumental material in the commercially released recordings of "Blurred Lines" and "Got to Give It Up."

88.    The purpose of the comparative demonstration recording is to clarify the similarities between "Blurred Lines" and "Got to Give It Up" by demonstrating how sonically congruent they are with no significant changes in their properties. This congruence would only be as obvious and successful as it is for over 1 minute's duration if the two songs had many synchronizing similar features.

89.    Hearing the full recordings is essential to the lay listener in order to understand and assess completely the similarities that we are discussing. The Deposit Copy alone is just not representative of "Got to Give It Up," as it is by nature single dimensional, whereas music is a multi-dimensional listening experience. These

- 24 -

Case 2:13-cv-06004-JAK-AGR   Document 263-1   Filed 02/13/15   Page 42 of 43   Page ID
Case 2:13-cv-06004-JAK-AGR   Document 196-1   Filed 01/13/15   Page 40 of 41   Page ID
#:7837
#:5224

1  examples of overlapping similarities which permeate both compositions can only be

2  fairly demonstrated by this form of comparative demonstration recording presentation.

3  .   90.   Further, Sandy Wilbur's report contains the following fallacies and

4  misleading statements:

5  a. <u>Tempos</u>: The tempos (speeds) of both songs were actually very slightly

6  adjusted (within 1% as per the Court Declaration) so that they would be aligned for each

7  comparative demonstration recording. This adjustment is negligible to the lay listener.

8  b. <u>Keys</u>: The only comparative demonstration recording with the key actually

9  changed was the one containing the instrumental material of "Got to Give It Up," to

10  match the key of "Blurred Lines" (Example 1). The comparative demonstration

11  recordings containing the vocal material of "Got to Give It Up" are in their original keys

12  (Examples 2 and 3), and all of the material from "Blurred Lines" is in its original key

13  (Examples 1-3). The comparative demonstration recordings that Sandy Wilbur finds less

14  discordant are those in which both songs are played in their original keys (as stated in

15  paragraph 31 of her report).

16  c. <u>Changes</u>: The material of the recordings was not changed nor altered in any

17  way in their content. Sandy Wilbur hears "the vocal in time to a mainly percussion/ drum

18  track"; however, the comparative demonstration recordings are simply the actual music

19  as heard on the recordings (except for the one key transposition described above).

20  91.   Ms. Wilbur has applied a double standard throughout her report. For

21  example, she argues against the comparative demonstration recording used to illustrate

22  the musical congruence between "Got to Give It Up" and "Blurred Lines." However, she

23  constructed a comparative demonstration recording herself to illustrate the prior art upon

24  which she relied. Second, she has applied even stricter criteria than earlier in her report

25  when comparing "Got to Give It Up" for similarities with "Blurred Lines" and assessing

26  the similarities I had noted, including phrase and harmonic context. Yet, she has chosen

27  prior art that does not begin to meet her own standards, nor contain the compelling

28  constellation of similarities found throughout "Blurred Lines," as shown in Exhibit A of

- 25 -

1  my Full Report. Finally, she dismisses the recording as not being representative of the

2  song itself with "Got to Give It Up," yet uses aspects of the Gaye recording to illustrate

3  dissimilarities. In sum, when it suits her purposes to point out dissimilarity, Ms. Wilbur

4  goes outside the bounds of her own rigid standards.

5      92.    Ms. Wilbur references an "Axis of Awesome" video to support her

6  proposition that many hit songs are compatible with one another because the same four

7  chords in multiple works. However, there is no indication that the works in the "Axis of

8  Awesome" video remain faithful to the originals, as did Examples 1-5 here.

9      93.    It is my opinion that use of comparative demonstration recordings created

10  by experts that evidence similarities between two works is common and generally

11  accepted in the forensic musicological practice.

12

13              **ACCURATE REPRESENTATION OF DEPOSIT COPIES**

14      94.    I am of the opinion that the most accurate and true representation of the

15  elements of the Deposit Copy are expressed in the composition as embodied in the sound

16  recordings. Merely playing the keyboard will not accurately reflect all elements set forth

17  in the Deposit Copy.

18

19

20  Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true

21  and correct. Executed this 12th day of January 2015.

22

23

24                               JUDITH FINELL

25

26

27

28

- 26 -