UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**ORDER ALLOWING EQUIPMENT IN COURTROOM**<br><br>**Jury Trial:**<br>Date: February 24, 2015<br>Time: 8:30 a.m.<br>Ctrm.: 750<br><br>Action Commenced: August 15, 2013 |
| AND RELATED COUNTERCLAIMS. | |

/ / /

/ / /

IT IS HEREBY ORDERED that the below persons are authorized to bring the equipment set forth below into the Courthouse during the pendency of the trial in the above-captioned action set to commence on February 24, 2015:

4112.060/857087.1

1. **Howard E. King, Esq.**
    1. iPhone.
    2. Charger for phone.
2. **Seth Miller, Esq.**
    1. iPhone.
    2. Laptop (one laptop or ipad per party).
    3. Cord, VGA cords, charger, mouse for laptop/phone.
    4. Electronic musical keyboard instrument, keyboard case.
    5. Power cords, amplifier cables for keyboard, speaker, amplifier.
    6. Extension cords, surge protector.
    7. Keyboard stand.
    8. Speaker, amplifier for keyboard.
    9. External speakers for laptop, power cord.
3. **Karen Sloane/Paralegal**
    1. Audio Cables.
    2. Backup External Media (flash drive and/or data card).
    3. Laptop Case.
    4. Laptop External Speakers.
    5. Laptop Power Adapter and Power Cord.
    6. Laser Pointer.
    7. Mouse.
    8. Mouse Pad.
    9. VGA Cable.
    10. Water Bottles (box).
4. **Pharrell Williams**
    1. Cell phone/iPhone (1 phone)
    2. Charger for phone.

5. **Robin Thicke**

    1. Cell phone/iPhone (1 phone).

    2. Charger for phone.

6. **Richard S. Busch, Esq.**

    1. Cell phone/iPhone.

    2. Charger for phone.

7. **Paul H. Duvall, Esq.**

    1. Cell phone/iPhone.

    2. Laptop (1 laptop or ipad per party).

    3. Charger for laptop/phone.

8. **Scott Duval**

    1. 1 DA-LITE Projector Stand w/Skirt.

    2. 1 MACKIE Mixer & Speaker/Stand.

    3. 1 EXTRON VGA Switcher.

    4. Assorted VGA cables, Audio cables, Power Strips.

    5. External Hard Drives.

    6. Laser Pointer

    7. Powerpoint remotes

9. **Sara Ellis, Esq.**

    1. Cell phone/iPhone.

    2. Charger for iPhone.

    3. Keyboard, Stand, Keyboard Case and necessary wires and small chair to sit on.

10. **Frankie Christian Gaye**

    1. Cell phone.

**11.** **Marvin Gaye, III**

    1.    Cell phone.

**12.** **Nona Marvisa Gaye**

    1.    Cell phone.

**13.** **Paul Philips, Esq.**

    1.    iPhone 6.

    2.    Charger for Phone.

Laptops shall be used solely for the transmission of exhibits. If either of the laptops contains recording software/device, it is ordered to be turned off at all times. If it is determined that a recording device is on during the duration of the trial, sanctions will be imposed.

This order shall be presented to the Court security officers with the items so that they may be permitted into the Courtroom.

DATED: February 23, 2015

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE