**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV13-06004 JAK (AGRx) | Date | February 25, 2015 |
|---|---|---|---|
| Title | Pharrell Williams, et al. v. Bridgeport Music, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE DISPUTED JURY INSTRUCTIONS (DKT. 244) AND ADDITIONAL DISPUTED SPECIAL JURY INSTRUCTIONS (DKT. 267)

The parties have submitted 27 disputed jury instructions. Dkts. 244, 267. Several of these disputes concern proposed modifications to instructions from the Ninth Circuit Manual of Model Civil Jury Instructions ("MCJI"), and several concern special instructions. The Court rules on these as follows, and refers to the disputed instructions by the tab numbers given to them by the parties in their joint statements:

Tab 1: Plaintiffs' and Defendants' respective proposed instructions, which modify MCJI § 17.0, each is adopted in part. MCJI § 17.0 is further revised as described in this Order. Certain of these revisions address issues raised by the parties with respect to other proposed instructions. The revised MCJI § 17.0 has been further modified based on the suggestions of counsel.

Tab 2: Plaintiffs' proposed instruction, which modifies MCJI § 17.5, is adopted in part; provided, however, this may be revisited if ownership is not a disputed issue at trial.

Tab 3: Defendants' proposed instruction, which reflects MCJI § 17.12, including a bracketed final sentence, is adopted.

Tab 4: The parties' respective proposed instructions each modifies MCJI § 17.24. MCJI § 17.24 is adopted, with minor revisions, because the sale of a product is not at issue in this case.

Tab 5: Plaintiffs' proposed instruction reflects MCJI § 17.27. Defendants' modifies this model instruction. MCJI § 17.27 is adopted.

Tab 6: Plaintiffs' proposed instruction, which reflects MCJI § 17.26, is adopted; provided, however, that the MCJI title of the instruction is retained, and it is clarified that the instruction must be considered together with MCJI § 17.25, which concerns damages.

Tab 7: Defendants' proposed instruction, which reflects a California Civil Jury Instruction on witness credibility, is not adopted. However, certain language of this instruction is incorporated into MCJI § 1.11, to which the parties have otherwise agreed.

Tab 8: Defendants' proposed special instruction, which concerns the inverse ratio rule, is adopted in part.

Tab 9: Defendants' proposed special instruction, which concerns subconscious borrowing, is adopted in part.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV13-06004 JAK (AGRx) | Date | February 25, 2015 |
|---|---|---|---|
| Title | Pharrell Williams, et al. v. Bridgeport Music, Inc., et al. | | |

Tabs 10 and 11: The parties' respective proposed special instructions on the substantial similarity test for copyright infringement is each adopted in part as revised by the Court. This special instruction is further modified by incorporating in part certain separately proposed instructions as described in this Order.

Tab 12: Defendants' proposed special instruction is redundant with respect to other instructions, and is not adopted.

Tab 13: Defendants' proposed special instruction is redundant with respect to other instructions, and is not adopted.

Tab 14: Defendants' proposed special instruction on qualitative and quantitative importance is not adopted. However, it is partially incorporated as revised into the special instruction on substantial similarity.

Tabs 15 and 16: Defendants' proposed special instructions, on the protectability of combinations of individually unprotected elements, are not adopted. However, they are partially incorporated as revised into MCJI § 17.0.

Tabs 17 and 18: The parties' proposed special instructions on independent creation are adopted in part in a single, combined instruction.

Tab 19: Defendants' proposed special instruction is redundant with respect to other instructions, and is not adopted.

Tab 20: Defendants' proposed special instruction is redundant with respect to other instructions, and is not adopted.

Tab 21: Defendants' proposed special instruction is redundant with respect to other instructions, and is not adopted.

Tab 22: Defendants' proposed special instruction is redundant with respect to other instructions, and is not adopted.

Tab 23: Defendants' proposed special instruction is redundant with respect to other instructions, and is not adopted.

Tab 24: Defendants' proposed special instruction is redundant with respect to other instructions, and is not adopted.

Dkt. 267, Exs. A-B: The parties' proposed special instructions on the admissibility of sound recordings are not adopted. This issue is addressed in the revised version of MCJI § 17.0.

Dkt. 267, Ex. C: Plaintiffs' proposed special instruction on the copyrightability of individual words and phrases is not adopted. This issue is addressed in the revised revision of MCJI § 17.0.

**IT IS SO ORDERED.**

                                : 

Initials of Preparer    ak