# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | LA CV13-06004 JAK (AGRx) | Date | February 25, 2015 |
| Title: | Pharrell Williams, et al. v. Bridgeport Music, Inc., et al. | | |

Present: The Honorable   John A. Kronstadt, United States District Judge

| Andrea Keifer | Alex Joko (AM); Pamela Batalo (PM) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Howard E. King; Seth A. Miller | Richard S. Busch; Sara R. Ellis; Paul N. Philips; Paul H. Duvall |

_____ Day Court Trial          2nd     Day Jury Trial

_____ One day trial:    ____ Begun (1st day);   X   Held & Continued;   _____ Completed by jury verdict/Submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

X   Witnesses called, sworn and     X   Exhibits Identified     _____ Exhibits admitted.

_____ Plaintiff(s) rest.               _____ Defendant(s) rest.

_____ Closing arguments made by     _____ plaintiff(s)     _____ defendant(s).     _____ Court instructs jury.

_____ Bailiff(s) sworn.               _____ Jury retires to deliberate.     _____ Jury resumes

_____ Jury Verdict in favor of       _____ plaintiff(s)     _____ defendant(s) is read and filed.

_____ Jury polled.                    _____ Polling waived.

_____ Filed Witness & Exhibit Lists  _____ Filed jury notes.     _____ Filed jury instructions.

_____ Judgment by Court               _____ plaintiff(s)     _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared     _____ plaintiff(s)     _____ defendant(s).

_____ Case submitted.     _____ Briefs to be filed _____

_____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.

_____ Motion for mistrial _____ is ____ granted. ____ denied. ____ submitted.

_____ Motion for Judgment/Directed Verdict _____ is ____ granted. ____ denied. ____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

X   Case continued     February 26, 2015 at 11:30 am _____     for further trial/further jury deliberation.

X   Other:

### IT IS SO ORDERED.

                                                    6     :     10
                                        Initials of Deputy Clerk     ak

cc: