| | |
|---|---|
| Paul H. Duvall (SBN 73699)<br>E-Mail: pduvall@kingballow.com<br>KING & BALLOW<br>6540 Lusk Blvd., Suite 250<br>San Diego, CA 92121<br>(858) 597-6000<br>Fax: (858) 597-6008<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye | Richard S. Busch (TN BPR 014594)<br>(*pro hac vice*)<br>E-Mail: rbusch@kingballow.com<br>Sara R. Ellis (TN BPR 030760 (*pro hac vice*)<br>Email: sellis@kingballow.com<br>KING & BALLOW<br>315 Union Street, Suite 1100<br>Nashville, TN  37201<br>(615) 259-3456  Fax:  (615) 726-5417<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye |
| Mark L. Block (SBN 115457)<br>E-Mail: mblock@wargofrench.com<br>WARGO & FRENCH LLP<br>1888 Century Park East; Suite 1520<br>Los Angeles, CA  90067<br>(310) 853-6355 Fax: (310) 853-6333<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye | Paul N. Philips (SBN 18792)<br>E-Mail: pnp@pnplegal.com<br>The Law Offices of Paul N. Philips<br>9255 West Sunset Boulevard<br>West Hollywood, CA  90069<br>(323)813-1126 Fax:  (323) 854-6902<br>Attorney for Defendant and Counter-Claimant Marvin Gaye III |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**DECLARATION OF RICHARD S. BUSCH IN SUPPORT OF COUNTER-CLAIMANTS' TRIAL BRIEF RE: TOURING INCOME AND EXPENSES**<br><br>Action Commenced: August 15, 2013<br>Trial Date: February 24, 2015 |

1

## DECLARATION OF RICHARD S. BUSCH

I, Richard S. Busch, declare and state:

1. I am a partner in this law firm of King & Ballow and lead counsel for Counter-Claimants Nona Marvisa Gaye and Frankie Christian Gaye ("Counter-Claimants") in the above-captioned matter. My application to appear and participate in this action *pro hac vice* has been approved the Court. The information contained in this Declaration is based upon my personal knowledge. If called as a witness, I could and would testify competently to the contents of this Declaration.

2. Robin Thicke did not produce documents regarding his touring income expenses as a part of this litigation;

3. The Gayes never made any agreement that alleviated the Thicke parties obligation to produce any costs or expenses they wished to deduct from touring revenue attributable to the Thicke parties' infringement.

4. The Gayes can produce a witness from Creative Artists Agency to testify regarding the documents produced by Creative Artists Agency in this litigation.

5. Attached hereto as **Exhibit A** is a true and correct copy of the trial transcript from February 24, 2015, pages 21-24;

6. Attached hereto as **Exhibit B** is a true and correct copy of the trial transcript from February 25, 2015, pages 44-48;

7. Attached hereto as **Exhibit C** is a true and correct copy of correspondence sent by Mr. Miller;

8. Attached hereto as **Exhibit D** is a true and correct copy of trial exhibit 322.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25rd day of February, 2015.

/s/ Richard S. Busch
RICHARD S. BUSCH