# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-06004 JAK (AGRx) | Date | February 27, 2015 |
| Title: | Pharrell Williams, et al. v. Bridgeport Music, Inc., et al. | | |

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Andrea Keifer | Alex Joko (AM); Pamela Batalo (PM) |
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Howard E. King; Seth A. Miller | Richard S. Busch; Sara R. Ellis; Paul N. Philips; Paul H. Duvall |

\_\_\_\_ Day Court Trial     4th Day Jury Trial

- [ ] One day trial:
- [ ] Begun (1st day);
- [X] Held & Continued;
- [ ] Completed by jury verdict/submitted to court.
- [ ] The Jury is impaneled and sworn.
- [ ] Opening statements made by \_\_\_\_\_
- [X] Witnesses called, sworn and     [X] Exhibits Identified     [X] Exhibits admitted.
- [ ] Plaintiff(s) rest.     [ ] Defendant(s) rest.
- [ ] Closing arguments made by     [ ] plaintiff(s)     [ ] defendant(s).     [ ] Court instructs jury.
- [ ] Bailiff(s) sworn.     [ ] Jury retires to deliberate.     [ ] Jury resumes
- [ ] Jury Verdict in favor of     [ ] plaintiff(s)     [ ] defendant(s) is read and filed.
- [ ] Jury polled.     [ ] Polling waived.
- [ ] Filed Witness & Exhibit Lists     [ ] Filed jury notes.     [ ] Filed jury instructions.
- [ ] Judgment by Court \_\_\_\_\_     [ ] plaintiff(s)     [ ] defendant(s).
- [ ] Findings, Conclusions of Law & Judgment to be prepared     [ ] plaintiff(s)     [ ] defendant(s).
- [ ] Case submitted.     [ ] Briefs to be filed \_\_\_\_\_
- [ ] Motion to dismiss by \_\_\_\_\_     is     [ ] granted.     [ ] denied.     [ ] submitted.
- [ ] Motion for mistrial \_\_\_\_\_     is     [ ] granted.     [ ] denied.     [ ] submitted.
- [ ] Motion for Judgment/Directed Verdict     is     [ ] granted.     [ ] denied.     [ ] submitted.
- [ ] Settlement reached and placed on the record.
- [ ] Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- [ ] Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- [ ] Trial subpoenaed documents returned to subpoenaing party.
- [X] Case continued     March 3, 2015 at 8:30 am     for further trial/further jury deliberation.
- [X] Other: The parties have reached an agreement to admit Exhibits 248, 249, 515, 516, 603, 604, 607, 608, 613, and 614.

   The Thicke parties shall file a supplemental brief by 11:00 am on March 2, 2015, which shall include the data received and issues raised by the Court with respect to the touring expenses. The Court will make a determination as to the Gaye Parties' Motion for Leave to Admit Witnesses from CAA (Dkt. 278) upon review of the supplemental brief.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Nancie Stern is sworn and questioned by counsel outside the presence of the jury with respect to whether she is qualified to testify. The Court finds that there is sufficient evidence to permit her to testify with respect to the expected fees that she opines would have been paid to the Gaye Parties to permit the use of the each work.

Counsel shall finalize the jury instructions. Counsel shall email the Clerk the Word version of the instructions and provide her with 3 copies prior to the commencement of trial on March 3, 2015.

**IT IS SO ORDERED.**

|  |  |
|---|---|
|  | 6 : 45 |
| Initials of Deputy Clerk | ak |

cc: