KING, HOLMES, PATERNO & BERLINER, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
ROTHSCHILD@KHPBLAW.COM
SETH MILLER, ESQ., STATE BAR NO. 175130
MILLER@KHPBLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING TOURING INCOME AND EXPENSES**<br><br>**Jury Trial:**<br>Date:   February 24, 2015<br>Time:   8:30 a.m.<br>Ctrm.:   750<br><br>Action Commenced: August 15, 2013 |

///

4112.060/864168.1

Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., PAULA MAXINE PATTON individually and d/b/a HADDINGTON MUSIC, STAR TRAK ENTERTAINMENT, GEFFEN RECORDS, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION ("Plaintiffs") hereby present their supplement brief regarding touring income and expenses.

Counter-Claimants have moved to allow a witness from CAA to testify regarding a document produced by CAA as CAA00001-2, a list setting forth certain dates, locations and financial information (the "CAA Document"). In connection with this motion, the Court has requested that Plaintiffs determine what public performance expense information could be assembled and presented by Robin Thicke during trial in the event the Court allows a witness from CAA to testify and that witness can lay a proper foundation for the admissibility of the CAA Document.

Robin Thicke's accountant, who operates his own firm in New York, has informed counsel that he is able to compile a list of all expenses incurred in connection with both the Robin Thicke Blurred Lines tour and certain other personal appearances, private events, and so called "one offs" that are referenced in the CAA Document. This information can be compiled in consultation with and under the direction of Chris Knight, Mr. Thicke's personal manager and an upcoming witness in this case. Mr. Knight is not an accountant, but will be familiar enough with the categories of expenses to discuss same. However, given the timing of the trial, it is impossible for Mr. Thicke's accountant to be personally present to testify and it would be highly prejudicial if the Counter-Claimants were able to challenge the foundation for Mr. Knight's testimony on these issues or to later argue to the jury that adverse inferences should be drawn from the failure to provide either back up information (receipts, etc.) or the accountant himself to provide testimony.

///

1  Plaintiffs still object to any discussion of tour income as lacking the
2  appropriate nexus to the alleged infringement. Any testimony on this subject from
3  CAA should be limited to a CAA representative explaining what the CAA document
4  means to see if a proper foundation for its admissibility can be established.
5
6  DATED: March 2, 2015          KING, HOLMES, PATERNO &
7                                BERLINER, LLP
8
9
                                  By:      /s/
10                                       HOWARD E. KING
                                          SETH MILLER
11                                Attorneys for Plaintiffs and Counter-Defendants
12                                PHARRELL WILLIAMS, et al.

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2015, I electronically filed the foregoing **PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING TOURING INCOME AND EXPENSES** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____
Dina Webb

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/864168.1