| | |
|---|---|
| Paul H. Duvall (SBN 73699)<br>E-Mail: pduvall@kingballow.com<br>KING & BALLOW<br>6540 Lusk Blvd., Suite 250<br>San Diego, CA 92121<br>(858) 597-6000<br>Fax: (858) 597-6008<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye | Richard S. Busch (TN BPR 014594)<br>(*pro hac vice*)<br>E-Mail: rbusch@kingballow.com<br>Sara R. Ellis (TN BPR 030760) (*pro hac vice*)<br>E-Mail: sellis@kingballow.com<br>KING & BALLOW<br>315 Union Street, Suite 1100<br>Nashville, TN  37201<br>(615) 259-3456  Fax:  (615) 726-5417<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye |
| Mark L. Block (SBN 115457)<br>E-Mail: mblock@wargofrench.com<br>WARGO & FRENCH LLP<br>1888 Century Park East; Suite 1520<br>Los Angeles, CA  90067<br>(310) 853-6355 Fax: (310) 853-6333<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye | Paul N. Philips (SBN 18792)<br>E-Mail: pnp@pnplegal.com<br>The Law Offices of Paul N. Philips<br>9255 West Sunset Boulevard<br>West Hollywood, CA  90069<br>(323)813-1126 Fax:  (323) 854-6902<br>Attorney for Defendant and Counter-Claimant Marvin Gaye III |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**COUNTER-CLAIMANTS' NOTICE OF LODGING DEPOSITION TRANSCRIPTS FOR TRIAL**<br><br>**Trial Date:** February 24, 2015<br><br>Action Commenced: August 15, 2013 |

TO ALL PARTIES, THEIR COUNSEL, AND THE HONORABLE COURT:

Defendants and Counter-Claimants Nona Marvisa Gaye, Frankie Christian Gaye, and Marvin Gaye III (The "Gaye Parties"), hereby lodge originals or certified copies of the following deposition transcripts conducted in the above-captioned case for use at trial. The parties have stipulated that certified copies of depositions transcriptions may be used in lieu of originals for all purposes.

1. Transcript of deposition of Robin Alan Thicke taken on April 23, 2104.
2. Transcript of deposition of Pharrell Williams taken on April 21, 2014.
3. Transcript of deposition of Nicole Bilzerizian taken on October 16, 2014.
4. Transcript of deposition of Douglas Bania taken on November 20, 2014.
5. Transcript of deposition of Harry Weinger taken on October 27, 2014.
6. Transcript of deposition of Jason Gallien taken on July 11, 2014.
7. Transcript of deposition of Sandy Wilbur taken on August 27, 2014, and December 4, 2014.
8. Transcript of Caron Veazey taken on February 23, 2015.

Dated: March 4, 2015                     Respectfully submitted,

                                         KING & BALLOW

                                         By: /s/ Richard S. Busch
                                         RICHARD S. BUSCH
                                         PAUL H. DUVALL
                                         SARA R. ELLIS

                                         WARGO & FRENCH, LLP

                                         By: /s/ Mark L. Block
                                         MARK L. BLOCK

                                         *Attorneys for Defendants and Counter-Claimants Nona and Frankie Gaye*

- 1 -

THE LAW OFFICES OF PAUL N. PHILIPS

By: /s/ Paul N Paul N. Philips
PAUL N. PHILIPS

*Attorney for Defendant and Counter-Claimant Marvin Gaye III*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2015, I electronically filed the foregoing Document using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

By: /s/ Richard S. Busch

RICHARD S. BUSCH