1  Paul H. Duvall (SBN 73699)  Richard S. Busch (TN BPR 014594)
   E-Mail: pduvall@kingballow.com  (*pro hac vice*)
2  KING & BALLOW  E-Mail: rbusch@kingballow.com
   6540 Lusk Blvd., Suite 250  Sara R. Ellis (TN BPR 030760) (*pro hac*
3  San Diego, CA 92121  *vice*)
   (858) 597-6000  E-Mail: sellis@kingballow.com
4  Fax: (858) 597-6008  KING & BALLOW
   Attorneys for Defendants and Counter-  315 Union Street, Suite 1100
5  Claimants Frankie Christian Gaye and  Nashville, TN 37201
   Nona Marvisa Gaye  (615) 259-3456  Fax: (615) 726-5417
6  Attorneys for Defendants and Counter-
   Claimants Frankie Christian Gaye and
7  Nona Marvisa Gaye
8
   Mark L. Block (SBN 115457)  Paul N. Philips (SBN 18792)
9  E-Mail: mblock@wargofrench.com  E-Mail: pnp@pnplegal.com
   WARGO & FRENCH LLP  The Law Offices of Paul N. Philips
10 1888 Century Park East; Suite 1520  9255 West Sunset Boulevard
   Los Angeles, CA 90067  West Hollywood, CA 90069
11 (310) 853-6355 Fax: (310) 853-6333  (323)813-1126 Fax: (323) 854-6902
   Attorneys for Defendants and Counter-  Attorney for Defendant and Counter-
12 Claimants Frankie Christian Gaye and  Claimant Marvin Gaye III
   Nona Marvisa Gaye

13

14 UNITED STATES DISTRICT COURT

15 CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

16 PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,

   CASE NO. CV13-06004-JAK (AGRx)
   Hon. John A. Kronstadt, Ctrm 750

   **AMENDED [PROPOSED] VERDICT FORM**

   Plaintiffs,

   **Jury Trial:**
   Date: February 24, 2015
   Time: 8:30 a.m.
   Ctrm.: 750

   vs.

   BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,

   Action Commenced: August 15, 2013

   Defendants.

   AND RELATED COUNTERCLAIMS.

28 / / /

1

Defendants and Counter Claimants NONA MARVISA GAYE and FRANKIE CHRISTIAN GAYE, and MARVIN GAYE III ("Defendants"), by and through their counsel of record, hereby submit this Amended [Proposed] Verdict Form.

DATED: March 5, 2015     KING & BALLOW

By:    /s/ Richard S. Busch
       RICHARD S. BUSCH
Attorneys for Defendants/Counter-Claimants
NONA MARVISA GAYE and FRANKIE CHRISTIAN GAYE

DATED: March 5, 2015     LAW OFFICES OF PAUL N. PHILIPS, APLC

By:    /s/ Paul N. Philips
       PAUL N. PHILIPS
Attorneys for Defendant/Counter-Claimant
MARVIN GAYE III

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**[PROPOSED] SPECIAL VERDICT**<br><br>**Jury Trial:**<br>Date:  February 10, 2015<br>Time:  9:00 a.m.<br>Ctrm.:  750<br><br>Action Commenced: August 15, 2013 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

# SPECIAL VERDICT

**I. CLAIM NO. ONE: "Got to Give It Up" / "Blurred Lines":**

Question No. 1.: **Do you find by a preponderance of the evidence that the Gaye Parties own a valid copyright in the musical composition, "Got to Give it Up"?  Answer "yes" or "no"**

    Answer: _____

If your answer to Question No. 1 is "no," proceed to Question No. 9.

If your answer to Question No. 1 is "yes," please proceed to the next question.

Question No. 2.: **Do you find by a preponderance of the evidence that the Thicke Parties directly, vicariously or contributorily infringed the Gaye Parties' copyright in the musical composition "Got to Give It Up" in "Blurred Lines"?  Answer "yes" or "no"**

    Answer:_____

Please proceed to the next question.

Question No. 3.: **Please state the amount of actual damages that you find by a preponderance of the evidence that the Gaye Parties suffered as a result of the Thicke Parties' infringement of "Got to Give It Up":**

    Answer:    $_____

Please proceed to the next question.

Question No. 4.: **Please state the amount of profits that you find by a preponderance of the evidence and Thicke Party received attributable to his or its infringement of the copyright in "Got to Give It Up" and not taken into account in calculating any damages you awarded in Question No. 3:**

| | | |
|---|---|---|
| 1 | Answer: | |
| 2 | The Williams Parties | |
| 3 | (Pharrell Williams and More Water | |
| 4 | From Nazareth Publishing, Inc.) | $_____ |
| 5 | Robin Thicke | $_____ |
| 6 | Clifford Harris, Jr. | $_____ |
| 7 | The Interscope Parties | |
| 8 | (Interscope Records, | |
| 9 | UMG Recordings, Inc. | |
| 10 | UMGD, and Star | |
| 11 | Trak Entertainment) | $_____ |

Please proceed to the next question.

Question No. 5.:  **Do you find by a preponderance of the evidence that the Thicke Parties' infringement of the copyright in "Got to Give It Up" was willful?  Please answer "yes" or "no"**

   Answer:_____-

Question No. 6.:  **If you found the infringement to be willful, please state the amount of overhead to be added back into profits of the Interscope Parties in calculating the profits in your answer to Question No. 4, :**

   Answer:   $_____

Please proceed to the next question.

Question No. 7.:  **Do you find by a preponderance of the evidence that the Thicke Parties' infringement of the copyright in "Got to Give It Up" was innocent?  Please answer "yes" or "no"**

2

      Answer: _____

Please proceed to the next question.

Question No. 8.: **Please state the amount of statutory damages that you award to the Gaye Parties for the Thicke Parties' infringement of the copyright in the musical composition "Got to Give It Up":**

      Answer:   $_____

Please proceed to the next question.

II.    <u>CLAIM NO. TWO:  "After the Dance" / "Love After War":</u>

<u>Question No. 9.</u>: **Do you find by a preponderance of the evidence that the Gaye Parties own a valid copyright in the musical composition, "After the Dance"?  Answer "yes" or "no"**

      Answer_____:

If your answer to Question No. 9 is "no,"  Please have the Foreperson sign and date this form below and return it to the Court Clerk.

If your answer to Question No. 9 is "yes," please proceed to the next question.

<u>Question No. 10.</u>: **Do you find by a preponderance of the evidence that the Thicke Parties directly, vicariously or contributorily infringed the Gaye Parties' copyright in the musical composition "After the Dance" in "Love After War"?  Answer "yes" or "no"**

      Answer:_____

If you answered "yes" for No. 10, please proceed to the next question.

<u>Question No. 11.</u>: **Please state the amount of actual damages, that you find**

3

by a preponderance of the evidence that the Gaye Parties suffered as a result of the Thicke Parties' infringement of "After the Dance":

Answer: $_____

Please proceed to the next question.

Question No. 12.: **Please state the amount of profits that you find by a preponderance of the evidence any Thicke Party received attributable to his, her, or its infringement of the copyright in "After the Dance" and not taken into account in calculating any damages you awarded in Question No. 11:**

Answer:

| | |
|---|---|
| Robin Thicke | $_____ |
| Paula Maxine Patton | $_____ |
| The Geffen Parties (Geffen Records, UMG Recordings, Inc., UMGD, and Star Trek Entertainment) | $_____ |

Please proceed to the next question.

Question No. 13.: **Do you find by a preponderance of the evidence that the Thicke Parties' infringement of the copyright in "After the Dance" was willful? Please answer "yes" or "no"**

Answer: _____

Please proceed to the next question.

Question No. 14.: **If you found the infringement to be willful, please state**

4

the amount of overhead to be added back into profits of the Geffen parties in calculating your answer to Question No. 12,

    Answer: $ _____

Please proceed to the next question.

Question No. 15.: **Do you find by a preponderance of the evidence that the Thicke Parties' infringement of the copyright in "After the Dance" was innocent? Please answer "yes" or "no"**

    Answer: _____

Please proceed to the next question.

Question No. 16.: **Please state the amount of statutory damages, that you award to the Gaye Parties for the Thicke Parties' infringement of the copyright in the musical composition "After the Dance":**

    Answer: $ _____

You have now completed this special verdict. Please have the Foreperson sign and date this form below and return it to the Court Clerk.

DATED: March _____, 2015

By: _____
                FOREPERSON