| | |
|---|---|
| Paul H. Duvall (SBN 73699)<br>E-Mail: pduvall@kingballow.com<br>KING & BALLOW<br>6540 Lusk Blvd., Suite 250<br>San Diego, CA 92121<br>(858) 597-6000<br>Fax: (858) 597-6008<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye | Richard S. Busch (TN BPR 014594)<br>(*pro hac vice*)<br>E-Mail: rbusch@kingballow.com<br>Sara R. Ellis (TN BPR 030760) (*pro hac vice*)<br>E-Mail: sellis@kingballow.com<br>KING & BALLOW<br>315 Union Street, Suite 1100<br>Nashville, TN  37201<br>(615) 259-3456  Fax:  (615) 726-5417<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye |
| Mark L. Block (SBN 115457)<br>E-Mail: mblock@wargofrench.com<br>WARGO & FRENCH LLP<br>1888 Century Park East; Suite 1520<br>Los Angeles, CA  90067<br>(310) 853-6355 Fax: (310) 853-6333<br>Attorneys for Defendants and Counter-Claimants Frankie Christian Gaye and Nona Marvisa Gaye | Paul N. Philips (SBN 18792)<br>E-Mail: pnp@pnplegal.com<br>The Law Offices of Paul N. Philips<br>9255 West Sunset Boulevard<br>West Hollywood, CA  90069<br>(323)813-1126 Fax:  (323) 854-6902<br>Attorney for Defendant and Counter-Claimant Marvin Gaye III |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt<br><br>**COUNTER-CLAIMANTS' PROPOSED CHANGE TO JURY INSTRUCTION 4**<br><br>**Trial Date:** February 24, 2015<br><br>Action Commenced: August 15, 2013 |

NOW COME THE COUNTER-CLAIMANTS and request that the following sentences be added to Jury Instruction 4:

"In this case, the Williams Parties, (Pharrell William and More Water From Nazareth Publishing, Inc.), Robin Thicke, Clifford Harris, Jr., The Interscope Parties (Interscope Records, UMG Recordings, Inc., UMGD and Star Trak are each members of the distribution chain, which includes creators, manufacturers, distributors and publishers, of "Blurred Lines;" therefore, if you find that "Blurred Lines" infringes "Got to Give It Up" each would be jointly and severally liable.

"In this case, Robin Thicke, Paula Maxine Patton, The Geffen Parties (Geffen Records, UMG Recordings, Inc., UMGD and Star Trak are each members of the distribution chain, which includes creators, manufacturers, distributors and publishers, of "Love After War;" therefore, if you find that "Love After War" infringes "After the Dance" each would be jointly and severally liable.

Dated: March 5, 2015

Respectfully submitted,

KING & BALLOW

By: /s/ Richard S. Busch
RICHARD S. BUSCH
PAUL H. DUVALL
SARA R. ELLIS

WARGO & FRENCH, LLP

By: /s/ Mark L. Block
MARK L. BLOCK

*Attorneys for Defendants and Counter-Claimants Nona and Frankie Gaye*

- 1 -

THE LAW OFFICES OF PAUL N. PHILIPS

By: /s/ Paul N Paul N. Philips
PAUL N. PHILIPS

*Attorney for Defendant and Counter-Claimant Marvin Gaye III*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2015, I electronically filed the foregoing Document using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

By: /s/ Richard S. Busch

RICHARD S. BUSCH

- 3 -