# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LA CV13-06004 JAK (AGRx) |
| Title: | Pharrell Williams, et al. v. Bridgeport Music, Inc., et al. |
| Date | March 5, 2015 |

Present: The Honorable **John A. Kronstadt, United States District Judge**

| Paul Songco for Andrea Keifer | Pamela Batalo |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Howard E. King; Seth A. Miller | Richard S. Busch; Sara R. Ellis; Paul N. Philips; Paul H. Duvall |

\_\_\_\_\_ Day Court Trial    7th Day Jury Trial

\_\_\_\_\_ One day trial:   \_\_\_\_\_ Begun (1st day);   X Held & Continued;   \_\_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_\_ Opening statements made by
\_\_\_\_\_ Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
X Plaintiff(s) rest.   X Defendant(s) rest.
X Closing arguments made by   X plaintiff(s)   X defendant(s).   X Court instructs jury.
X Bailiff(s) sworn.   X Jury retires to deliberate.   \_\_\_\_\_ Jury resumes deliberations.
\_\_\_\_\_ Jury Verdict in favor of   \_\_\_\_\_ plaintiff(s)   \_\_\_\_\_ defendant(s) is read and filed.
\_\_\_\_\_ Jury polled.   \_\_\_\_\_ Polling waived.
\_\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_\_ Filed jury notes.   \_\_\_\_\_ Filed jury instructions.
\_\_\_\_\_ Judgment by Court for \_\_\_\_\_   \_\_\_\_\_ plaintiff(s)   \_\_\_\_\_ defendant(s).
\_\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_\_ plaintiff(s)   \_\_\_\_\_ defendant(s).
\_\_\_\_\_ Case submitted.   \_\_\_\_\_ Briefs to be filed by \_\_\_\_\_
\_\_\_\_\_ Motion to dismiss by \_\_\_\_\_ is   \_\_\_\_\_ granted.   \_\_\_\_\_ denied.   \_\_\_\_\_ submitted.
\_\_\_\_\_ Motion for mistrial by \_\_\_\_\_ is   \_\_\_\_\_ granted.   \_\_\_\_\_ denied.   \_\_\_\_\_ submitted.
X Motion for Judgment/Directed Verdict by Defendants and Counter-Claimants is   \_\_\_\_\_ granted.   X denied.   \_\_\_\_\_ submitted.
\_\_\_\_\_ Settlement reached and placed on the record.
X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to March 6, 2015 at 8:30 a.m. for further trial/further jury deliberation.
X Other: The Court reads the parties' trial stipulations into the record. Court and counsel confer concerning jury instructions, verdict form and disputed exhibits.

4 : 30

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Initials of Deputy Clerk     PS