# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-06004 JAK (AGRx) | Date | March 6, 2015 |
| Title: | Pharrell Williams, et al. v. Bridgeport Music, Inc., et al. | | |

Present: The Honorable   John A. Kronstadt, United States District Judge

| Paul Songco for Andrea Keifer | Alex Joko(AM)/Pamela Batalo(PM) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Howard E. King; Seth A. Miller | Richard S. Busch; Sara R. Ellis; Paul N. Philips; Paul H. Duvall |

_____ Day Court Trial      8th Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   X  Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
_____ Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
_____ Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   X  Jury resumes deliberations.
_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to   March 10, 2015 at 8:30 a.m.   for further trial/further jury deliberation.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

X   Other:   Court and counsel confer about two brief, additional instructions that the Court plans to present to the jury. One concerns certain statements made by counsel during closing arguments. The other concerns the ability to view or hear the video and audio exhibits. Counsel for all parties agree to the latter. Counsel for the Gaye Parties agree to the former; counsel for the Thicke parties do not. The Court overrules that objection. The jury is brought into the Courtroom to receive both instructions. They are presented orally; no written versions are provided to the jury. The jury returns to its deliberations. Court and counsel confer concerning the remaining disputed exhibits. Counsel advise the Court that they have reached an agreement regarding the disputed exhibits. Exhibits are sent to jurors. Court and counsel further confer concerning Jury Notes 1, 2 and 3. A written response to Notes 1 and 2 is provided. Note 3, which concerns scheduling, is addressed by the Court with counsel and a response is provided through the clerk.

|  | 1 | : | 48 |
| --- | --- | --- | --- |
| Initials of Deputy Clerk | PS | | |