UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



)  Case No.: LA CV13-06004 JAK (AGRx)
)
)  JURY NOTE NUMBER: __3__
)
)  Today's Date: __3/6/2015__
)
)  Time: __1:45pm__
)
)
)
)

___ THE JURY HAS REACHED AN UNANIMOUS VERDICT

_X_ THE JURY REQUESTS THE FOLLOWING:

What is our time frame for today and are we able to deliberate on Monday?

SIGNED:__

**REDACTED FORM AS TO FOREPERSON SIGNATURE**

(Printed Name)

No written response sent. Response through Marshall + Clerk

Please see attached response