UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



CLERK, U.S. DISTRICT COURT

MAR 1 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

)  Case No.: LA CV13-06004 JAK (AGRx)
)
)  JURY NOTE NUMBER: ☒ 4
)
)  Today's Date: 3/10/15
)
)  Time: 9:25am
)
)
)
)

____   THE JURY HAS REACHED AN UNANIMOUS VERDICT

☒   THE JURY REQUESTS THE FOLLOWING:

On page 37 of jury instructions, is this sentence "A deposit copy is paper on which notes, lyrics and other musical elements are written in a notation understandable to musicians," a sentence designated by the judge, the lawyers or the musicology experts?

SIGNED   **REDACTED FORM AS TO FOREPERSON SIGNATURE**

(Printed Name)        U

ANSWER TO QUESTION NO. 4:

All of the instructions, including this sentence, are from the Court.