UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2015
CENTRAL DISTRICT OF CALIFORNIA
BY

) Case No.: LA CV13-06004 JAK (AGRx)
)
) JURY NOTE NUMBER: __5__
)
) Today's Date: __3/10/15__
)
) Time: __12:12 pm__

\_\_\_\_   THE JURY HAS REACHED AN UNANIMOUS VERDICT

\_\_\_\_   THE JURY REQUESTS THE FOLLOWING:

*May we have a new verdict form? We made a typo when writing the verdict down on our form.*

SIGNED   **REDACTED FORM AS TO FOREPERSON SIGNATURE**

*(Printed Name)*

One is attached.
JAK