UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2015
CENTRAL DISTRICT OF CALIFORNIA

) Case No.: LA CV13-06004 JAK (AGRx)
)
) JURY NOTE NUMBER: 6
)
) Today's Date: 3/10/2015
)
) Time: 1:45pm
)

__X__ THE JURY HAS REACHED AN UNANIMOUS VERDICT

____ THE JURY REQUESTS THE FOLLOWING:

SIGNED: **REDACTED FORM AS TO FOREPERSON SIGNATURE**

(Printed Name)