UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| PHARRELL WILLIAMS, et al., | ) Case No.: LA CV13-06004 JAK (AGRx) |
| Plaintiff(s), | ) QUESTION NUMBER: 1 |
| vs. | ) Today's Date: 2-27-15 |
| BRIDGEPORT MUSIC, INC., et al., | ) Time: 2pm |
| Defendant(s). | ) |

A JUROR HAS THE FOLLOWING QUESITON:

In the expert witness's opinion, did she assert that there is only one way to write down a chord when making musical notation, so although it implies ~~many~~ several notes are played, it would always be written and implied the exact same way in all music?

SIGNED      **REDACTED FORM AS TO JUROR SIGNATURE**

(Printed Name)