FILED
CLERK, U.S. DISTRICT COURT

MAR 10 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CASE NO. CV13-06004-JAK (AGRx)
Hon. John A. Kronstadt, Ctrm 750

**SPECIAL VERDICT**

**Jury Trial:**
Date: February 10, 2015
Time: 9:00 a.m.
Ctrm.: 750

Action Commenced: August 15, 2013

/ / /
/ / /
/ / /
/ / /
/ / /

/ / /

4112.060/866996.1

# SPECIAL VERDICT

I. **CLAIM NO. ONE: "Got to Give It Up" / "Blurred Lines":**

Question No. 1.: **Do you find by a preponderance of the evidence that the Gaye Parties own a valid copyright in the musical composition, "Got to Give It Up"?**

Answer: Yes  X

No  ____

If your answer to Question No. 1 is "no," proceed to Question No. 9.

If your answer to Question No. 1 is "yes," please proceed to the next question.

Question No. 2.: **Do you find by a preponderance of the evidence that the Thicke Parties infringed the Gaye Parties' copyright in the musical composition "Got to Give It Up" in "Blurred Lines"?**

Please answer "yes" or "no" for each of the following Thicke Parties:

Pharrell Williams and More Water From Nazareth Publishing, Inc. (the "Williams Parties")

Answer: Yes  X

No  ____

Robin Thicke

Answer: Yes  X

No  ____

Clifford Harris, Jr.

Answer: Yes  ____

No  X

Interscope Records, UMG Recordings, Inc., Universal Music Distribution, and Star Trak Entertainment (the "Interscope Parties")

Answer: Yes  ____

No  X

1     If you answered "no" for all Thicke Parties in your answer to Question No. 2,
2 please proceed to Question No. 9.
3     If you answered "yes" for any Thicke Party in your answer to Question No. 2,
4 please proceed to the next question.

6 Question No. 3.: **Please state the amount of actual damages, if any, that you find by a preponderance of the evidence that the Gaye Parties suffered as a result of the Thicke Parties' infringement of "Got to Give It Up":**
9     Answer: $ 4,000,000.00
10 Please proceed to the next question.

12 Question No. 4.: **Please state the amount of profits, if any, that you find by a preponderance of the evidence any Thicke Party received attributable to his or its infringement of the copyright in "Got to Give It Up" and not taken into account in calculating any damages you awarded in Question No. 3:**
16     Answer:

| | |
|---|---|
| The Williams Parties | $1,610,455.31 |
| Robin Thicke | $1,768,191.88 |
| Clifford Harris, Jr. | $ 0 |
| The Interscope Parties | $ 0 |

21 Please proceed to the next question.

23 Question No. 5.: **If you deducted overhead expenses due to willful infringement in calculating profits of the Interscope Parties in your answer to Question No. 4, please state the amount of overhead you deducted:**
26     Answer: $ 0
27 Please proceed to the next question.

KING, HOLMES,
PATERNO &
BERLINER, LLP

4112.060/866996.1

2

Question No. 6.: **Do you find by a preponderance of the evidence that the Thicke Parties' infringement of the copyright in "Got to Give It Up" was willful? Please answer "yes" or "no" for each Thicke Party below:**

    The Williams Parties

        Answer:    Yes   \_\_\_\_

                      No   _X_

    Robin Thicke

        Answer:    Yes   \_\_\_\_

                      No   _X_

    Clifford Harris, Jr.

        Answer:    Yes   \_\_\_\_

                      No   _X_

    The Interscope Parties

        Answer:    Yes   \_\_\_\_

                      No   _X_

Please proceed to the next question.

Question No. 7.: **Do you find by a preponderance of the evidence that the Thicke Parties' infringement of the copyright in "Got to Give It Up" was innocent? Please answer "yes" or "no" for each Thicke Party below:**

    The Williams Parties

        Answer:    Yes   _X_ h

                      No   _X_

    Robin Thicke

        Answer:    Yes   _X_ h

                      No   _X_

Clifford Harris, Jr.

       Answer:   Yes  __X__

                        No  ____

The Interscope Parties

       Answer:   Yes  __X__

                        No  ____

Please proceed to the next question.

**Question No. 8.:** **Please state the amount of statutory damages, if any, that you award to the Gaye Parties for the Thicke Parties' infringement of the copyright in the musical composition "Got to Give It Up":**

    Answer:  $ _9,375.00_

Please proceed to the next question.

II. **CLAIM NO. TWO: "After the Dance" / "Love After War":**

Question No. 9.: **Do you find by a preponderance of the evidence that the Gaye Parties own a valid copyright in the musical composition, "After the Dance"?**

       Answer:   Yes  __X__

                        No  ____

If your answer to Question No. 9 is "no," Please have the Foreperson sign and date this form below and return it to the Court Clerk.

If your answer to Question No. 9 is "yes," please proceed to the next question.

Question No. 10.: **Do you find by a preponderance of the evidence that the Thicke Parties infringed the Gaye Parties' copyright in the musical composition "After the Dance" in "Love After War"?**

**Please answer "yes" or "no" for each of the following Thicke Parties:**

Robin Thicke

    Answer:   Yes   ____

               No    X

Paula Maxine Patton

    Answer:   Yes   ____

               No    X

Geffen Records, UMG Recordings, Inc., Universal Music Distribution, and Star Trak Entertainment (the "Geffen Parties")

    Answer:   Yes   ____

               No    X

If you answered "no" for all Thicke Parties in your answer to Question No. 10, please have the Foreperson sign and date this form below and return it to the Court Clerk.

If you answered "yes" for any Thicke Party in your answer to Question No. 10, please proceed to the next question.

Question No. 11.: **Please state the amount of actual damages, if any, that you find by a preponderance of the evidence that the Gaye Parties suffered as a result of the Thicke Parties' infringement of "After the Dance":**

    Answer:   $_____

Please proceed to the next question.

Question No. 12.: **Please state the amount of profits, if any, that you find by a preponderance of the evidence any Thicke Party received attributable to his, her, or its infringement of the copyright in "After the Dance" and not taken into account in calculating any damages you awarded in Question No. 11:**

Answer:

    Robin Thicke                             $_____

    Paula Maxine Patton                 $_____

    The Geffen Parties                  $_____

Please proceed to the next question.

**Question No. 13.:** **If you deducted overhead expenses due to willful infringement in calculating profits of the Geffen Parties in your answer to Question No. 12, please state the amount of overhead you deducted:**

Answer:    $_____

Please proceed to the next question.

**Question No. 14.:** **Do you find by a preponderance of the evidence that the Thicke Parties' infringement of the copyright in "After the Dance" was willful? Please answer "yes" or "no" for each Thicke Party below:**

    Robin Thicke

        Answer:     Yes  \_\_\_\_\_

                           No  \_\_\_\_\_

    Paula Maxine Patton

        Answer:     Yes  \_\_\_\_\_

                           No  \_\_\_\_\_

    The Geffen Parties

        Answer:     Yes  \_\_\_\_\_

                           No  \_\_\_\_\_

Please proceed to the next question.

<u>Question No. 15.</u>: **Do you find by a preponderance of the evidence that the Thicke Parties' infringement of the copyright in "After the Dance" was innocent? Please answer "yes" or "no" for each Thicke Party below:**

    Robin Thicke

        Answer:    Yes  \_\_\_\_

                        No  \_\_\_\_

    Paula Maxine Patton

        Answer:    Yes  \_\_\_\_

                        No  \_\_\_\_

    The Geffen Parties

        Answer:    Yes  \_\_\_\_

                        No  \_\_\_\_

Please proceed to the next question.

<u>Question No. 16.</u>: **Please state the amount of statutory damages, if any, that you award to the Gaye Parties for the Thicke Parties' infringement of the copyright in the musical composition "After the Dance":**

    Answer:    $_____

You have now completed this special verdict. Please have the Foreperson sign and date this form below and return it to the Court Clerk.

DATED: March _10_, 2015

**REDACTED FORM AS TO FOREPERSON SIGNATURE**