UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**ORDER GRANTING IN PART REQUEST OF COUNTER-DEFENDANTS PHARRELL WILLIAMS AND ROBIN THICKE FOR PERMISSION TO FILE MEMORANDUM IN EXCESS OF 25 PAGES IN SUPPORT OF MAY 1, 2015, POST-TRIAL MOTIONS**<br><br>Action Commenced: August 15, 2013<br>Trial Date:  February 24, 2015 |

The Court, having fully considered the papers filed in support of the Request of Counter-Defendants Pharrell Williams and Robin Thicke for Permission to File Memorandum In Excess of 25 Pages in Support of May 1, 2015, Post-Trial Motions (Document 374) (the "Request"), and no opposition to the Request being filed, the Court finds that there is good cause to GRANT the Request, and, therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Request is hereby GRANTED IN PART;

4112.060/893748.1

2. Counter-Defendants Pharrell Williams, Robin Thicke, and More Water From Nazareth Publishing, Inc. ("Williams Counter-Defendants") may file a memorandum with up to five (5) additional pages beyond the 25 page limit in Local Rule 11-6 (*i.e.*, up to 30 pages total) in support of their post-trial motions filed on May 1, 2015; and

3. Counter-Claimants may have the same number of additional pages for their opposing memorandum.

**IT IS SO ORDERED.**

DATED: May 8, 2015

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE