Richard S. Busch (TN BPR 14594) (*pro hac vice*)
E-Mail: rbusch@kingballow.com
Sara R. Ellis (TN BPR 030760) (*pro hac vice*)
E-Mail: sellis@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 Fax: (615) 726-5417
Attorneys for Frankie Christian Gaye and Nona Marvisa Gaye

Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000 Fax: (858) 597-6008
Attorneys for Frankie Christian Gaye and Nona Marvisa Gaye

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East; Suite 1520
Los Angeles, CA 90067
(310) 853-6355 Fax: (310) 853-6333
Attorneys for Frankie Christian Gaye and Nona Marvisa Gaye

Paul N. Philips (SBN 18792)
E-Mail: pnp@pnplegal.com
Law Offices of Paul N. Philips, APLC
9255 West Sunset Boulevard
West Hollywood, CA 90069
(323)813-1126 Fax: (323) 854-6902
Attorney for Defendant and Counter-Claimant Marvin Gaye III

Martin R. Glick (SBN 40187)
E-Mail: Martin.Glick@aporter.com
Daniel B. Asimow (SBN 165661)
E-Mail: Daniel.Asimow@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100 Fax: (415) 471-3400
Attorneys for Frankie Christian Gaye and Nona Marvisa Gaye

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt, Ctrm 750<br><br>**COUNTER-CLAIMANTS' JOINT REQUEST FOR REVIEW AND CLARIFICATION OF THE COURT'S OCTOBER 6, 2015 ORDER REGARDING APPLICATIONS TO FILE DOCUMENTS UNDER SEAL**<br><br>Action Commenced: August 15, 2013<br>Trial Date: February 24, 2015 |

Counter-Claimants Nona Marvisa Gaye, Frankie Christina Gaye, and Marvin Gaye III ("the Gaye Parties"), by and through counsel, seek clarification of the Court's October 6, 2015 Order regarding applications to file documents under seal.

On October 6, 2015, the Court entered an Order ruling on various applications to file documents under seal stating, in part, "Dkt: 395: MOOT. These exhibits are addressed elsewhere in this Order." (Dkt. No. 435 at 3). The Gaye Parties interpret this Order as authorizing the public filing on the docket of the video deposition excerpts that are filed in Docket Number 395, since very similar videotaped deposition excerpts were authorized to be filed in the Order, but out of an abundance of caution are seeking clarification to ensure that their interpretation of the Order is correct.

Portions of Mr. Williams' video deposition were filed under seal in both Docket Numbers 106 and 395. The Court amended its September 12, 2014 Order and denied the Docket Number 106 Application to File Documents Under Seal, specifically, video segments contained in Exhibit 16 to the Busch Declaration accompanying the Response to the Motion for Summary Judgment. The Court explained, in part:

> These video segments were played for the jury and the public on more than one occasion during the trial. This Exhibit was filed in connection with a dispositive motion, Counterclaimants' Opposition to Plaintiffs' and Counterclaim-Defendants' Motion for Summary Judgment and was offered in support of Counterclaimants' argument with regard to Counterclaim-Defendants' access to the copyrighted works. Dkt. 139 at 12-13. Thus, this Exhibit may remain sealed only if "compelling reasons support secrecy" *Kamakana*, 447 F.3d at 1180 (quotation marks omitted). As noted, the compelling reason that previously supported nondisclosure - the risk of disclosure to prospective or actual jurors - no longer exists.
>
> . . .
>
> First, whatever significance is given to the lack of formal designation of the videos at trial, they were submitted as an exhibit to Counterclaimants'

Opposition to a dispositive motion: as such, they are a judicial record for which the "compelling reasons" standard applies. *Kamakana*, 447 F.3d at 1180. Second, Counterclaim-Defendants have not shown that the video segments were filed, or will be used, for an improper purpose. . . . Further, "[t]he mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." *Id.* Counterclaim-Defendants fail to show a compelling reason to maintain this Exhibit under seal that outweighs the public's interest in its disclosure.

As this reasoning applies to the videos filed with *both* Docket Numbers 106 and 395, the Gaye Parties interpret the October 6, 2015 Order to mean the Court intends that *both* Exhibit 16 to Docket Number 106 and Exhibit R to Docket Number 395 should be filed on the public docket. Further, portions of the unsealed Docket Number 106 videos appear within the Docket Number 395 video. The Gaye Parties do not wish to misinterpret the Court's ruling and file this Motion for Clarification only out of extreme caution and a desire to ensure compliance with the Court's Order.

Dated: October 13, 2015              Respectfully submitted,

                                     KING & BALLOW

                                     By: /s/ Richard S. Busch
                                     RICHARD S. BUSCH
                                     PAUL H. DUVALL
                                     SARA R. ELLIS

                                     WARGO & FRENCH, LLP

                                     By: /s/ Mark L. Block
                                     MARK L. BLOCK

                                     ARNOLD & PORTER LLP

BY: /S/ DANIEL B. ASIMOW
MARTIN R. GLICK
DANIEL B. ASIMOW

*Attorneys for Defendants and Counter-Claimants Nona and Frankie Gaye*

THE LAW OFFICES OF PAUL N. PHILIPS, APLC

By: /s/ Paul N. Philips
PAUL N. PHILIPS

*Attorney for Defendant and Counter-Claimant Marvin Gaye III*