# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>**JUDGMENT**<br><br>**JS-6** |

This action was tried by a jury, which rendered a verdict. Based on that verdict,

IT IS NOW HEREBY ORDERED AND ADJUDGED that:

Judgment is entered in favor of Defendants and Counter-Claimants Nona Marvisa Gaye, Frankie Christian Gaye, and Marvin Gaye III (collectively, the "Gaye Parties") and against Plaintiffs and Counter-Defendants Robin Thicke; Pharrell Williams; Clifford Harris, Jr.; More Water From Nazareth Publishing, Inc.; Interscope Records; Star Trak Entertainment; UMG Recordings, Inc.; and Universal Music Distribution (collectively, "Counter-Defendants") on the First Claim for Relief, the Gaye Parties' counterclaim for copyright infringement of the work "Got to Give It Up" by the work "Blurred Lines."

It is further declared that any past and ongoing reproduction, preparation of derivative works, distribution, sale or other transfer of ownership, rental, lease, lending or public performance of "Blurred Lines," or any authorization of these activities, by any of the Counter-Defendants, individually or in combination, infringes the Gaye Parties' copyright in "Got to Give It Up"; provided, however, that Counter-Defendants or their licensees and other authorized users shall not be liable for damages or subject to suit under 17 U.S.C. § 106 with respect to exploitations of the work "Blurred Lines" occurring after the date of this judgment, so long as the running royalty provided in this judgment is timely paid to the Gaye Parties or their successors in interest.

For the First Claim for Relief, Counter-Defendants, jointly and severally, shall pay $3,188,527.50 in actual damages to the Gaye Parties. In addition, Robin Thicke shall pay $1,768,191.88, and Pharrell Williams and More Water From Nazareth Publishing, Inc. (collectively, the "Williams Parties") shall pay $357,630.96 to the Gaye Parties in separate awards of profits attributable to infringement.

Counter-Defendants shall pay prejudgment interest to the Gaye Parties on the actual damages award, and Robin Thicke and the Williams Parties shall pay prejudgment interest to the Gaye Parties on the respective profits awards against each of them, as calculated from the date of the jury's verdict, March 10, 2015, through the date of entry of this judgment, at the rate of 0.25% per annum simple interest.

The Gaye Parties are awarded their costs incurred and unique as to the First Claim for Relief, in an amount to be determined by the Court, to be paid by Counter-Defendants, who are jointly and severally liable.

The Gaye Parties are awarded a running royalty in the amount of fifty percent (50%) of the songwriter and publishing revenue, *i.e.*, net of third party administration costs, received by Counter-Defendants Pharrell Williams, Robin Thicke, and Clifford Harris, Jr., and/or their successors and assigns, from exploitation of the musical composition "Blurred Lines," occurring after the date of entry of this judgment. Such running royalty shall be paid to the Gaye Parties by Counter-Defendants Pharrell Williams, Robin Thicke, and Clifford Harris, Jr., who are jointly and severally liable.

Judgment is entered in favor of Counter-Defendants Robin Thicke, individually and d/b/a I Like 'Em Thicke Music; Paula Maxine Patton, individually and d/b/a Haddington Music; Geffen Records; Star Trak Entertainment; UMG Recordings, Inc.; and Universal Music Distribution, and against the Gaye Parties on the Second Claim for Relief, the Gaye Parties' counterclaim for copyright infringement of the work "After the Dance" by the work "Love After War." The Gaye Parties shall recover nothing for the Second Claim for Relief.

Counter-Defendants are awarded their costs incurred and unique as to the Second Claim for Relief, in an amount to be determined by the Court, to be paid by the Gaye Parties, who are jointly and severally liable.

The request for declaratory relief by Robin Thicke, Pharrell Williams, and Clifford Harris, Jr. is denied.

The Clerk shall enter this Judgment.

**IT IS SO ORDERED.**

Dated: December 2, 2015        _____
                               JOHN A. KRONSTADT
                               UNITED STATES DISTRICT JUDGE