KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
SROTHSCHILD@KHPSLAW.COM
SETH MILLER, ESQ., STATE BAR NO. 175130
SMILLER@KHPSLAW.COM
1900 AVENUE OF THE STARS, 25TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE: (310) 282-8989
FACSIMILE:  (310) 282-8903

Attorneys for Plaintiffs and Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants MORE WATER FROM NAZARETH PUBLISHING, INC., STAR TRAK ENTERTAINMENT, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**NOTICE OF APPEAL**<br><br>Action Commenced: August 15, 2013<br>Trial Date:           February 24, 2015 |
| AND RELATED COUNTERCLAIMS. | |

/ / /

/ / /

/ / /

4112.060/960267.1

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Counter-Defendants Pharrell Williams, Robin Thicke, individually and d/b/a I Like 'Em Thicke Music, and Clifford Harris, Jr., and Counter-Defendants More Water From Nazareth Publishing, Inc., Star Trak Entertainment, Interscope Records, UMG Recordings, Inc., and Universal Music Distribution, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on December 2, 2015, as well as any and all interlocutory rulings, decisions, and orders that gave rise to the judgment and are merged therein. A true and correct copy of the final judgment is attached hereto as **Exhibit A**.

Pursuant to Ninth Circuit Rule 3-2, a Representation Statement identifying all parties to the action, along with the names, addresses, and telephone number of their respective counsel, is attached hereto as **Exhibit B**.

DATED: December 7, 2015

KING, HOLMES, PATERNO & SORIANO, LLP

By: _____
HOWARD E. KING
SETH MILLER
Attorneys for Plaintiffs and Counter-Defendants
PHARRELL WILLIAMS, et al.

**EXHIBIT A**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>**JUDGMENT**<br><br>**JS-6** |

This action was tried by a jury, which rendered a verdict. Based on that verdict,

IT IS NOW HEREBY ORDERED AND ADJUDGED that:

Judgment is entered in favor of Defendants and Counter-Claimants Nona Marvisa Gaye, Frankie Christian Gaye, and Marvin Gaye III (collectively, the "Gaye Parties") and against Plaintiffs and Counter-Defendants Robin Thicke; Pharrell Williams; Clifford Harris, Jr.; More Water From Nazareth Publishing, Inc.; Interscope Records; Star Trak Entertainment; UMG Recordings, Inc.; and Universal Music Distribution (collectively, "Counter-Defendants") on the First Claim for Relief, the Gaye Parties' counterclaim for copyright infringement of the work "Got to Give It Up" by the work "Blurred Lines."

It is further declared that any past and ongoing reproduction, preparation of derivative works, distribution, sale or other transfer of ownership, rental, lease, lending or public performance of "Blurred Lines," or any authorization of these activities, by any of the Counter-Defendants, individually or in combination, infringes the Gaye Parties' copyright in "Got to Give It Up"; provided, however, that Counter-Defendants or their licensees and other authorized users shall not be liable for damages or subject to suit under 17 U.S.C. § 106 with respect to exploitations of the work "Blurred Lines" occurring after the date of this judgment, so long as the running royalty provided in this judgment is timely paid to the Gaye Parties or their successors in interest.

For the First Claim for Relief, Counter-Defendants, jointly and severally, shall pay $3,188,527.50 in actual damages to the Gaye Parties. In addition, Robin Thicke shall pay $1,768,191.88, and Pharrell Williams and More Water From Nazareth Publishing, Inc. (collectively, the "Williams Parties") shall pay $357,630.96 to the Gaye Parties in separate awards of profits attributable to infringement.

Counter-Defendants shall pay prejudgment interest to the Gaye Parties on the actual damages award, and Robin Thicke and the Williams Parties shall pay prejudgment interest to the Gaye Parties on the respective profits awards against each of them, as calculated from the date of the jury's verdict, March 10, 2015, through the date of entry of this judgment, at the rate of 0.25% per annum simple interest.

The Gaye Parties are awarded their costs incurred and unique as to the First Claim for Relief, in an amount to be determined by the Court, to be paid by Counter-Defendants, who are jointly and severally liable.

The Gaye Parties are awarded a running royalty in the amount of fifty percent (50%) of the songwriter and publishing revenue, *i.e.*, net of third party administration costs, received by Counter-Defendants Pharrell Williams, Robin Thicke, and Clifford Harris, Jr., and/or their successors and assigns, from exploitation of the musical composition "Blurred Lines," occurring after the date of entry of this judgment. Such running royalty shall be paid to the Gaye Parties by Counter-Defendants Pharrell Williams, Robin Thicke, and Clifford Harris, Jr., who are jointly and severally liable.

Judgment is entered in favor of Counter-Defendants Robin Thicke, individually and d/b/a I Like 'Em Thicke Music; Paula Maxine Patton, individually and d/b/a Haddington Music; Geffen Records; Star Trak Entertainment; UMG Recordings, Inc.; and Universal Music Distribution, and against the Gaye Parties on the Second Claim for Relief, the Gaye Parties' counterclaim for copyright infringement of the work "After the Dance" by the work "Love After War." The Gaye Parties shall recover nothing for the Second Claim for Relief.

Counter-Defendants are awarded their costs incurred and unique as to the Second Claim for Relief, in an amount to be determined by the Court, to be paid by the Gaye Parties, who are jointly and severally liable.

The request for declaratory relief by Robin Thicke, Pharrell Williams, and Clifford Harris, Jr. is denied.

The Clerk shall enter this Judgment.

**IT IS SO ORDERED.**

Dated: December 2, 2015 _____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

**EXHIBIT B**

| | |
|---|---|
| 1  KING, HOLMES, PATERNO & SORIANO, LLP<br>   HOWARD E. KING, ESQ., STATE BAR NO. 77012<br>2  STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514<br>   SROTHSCHILD@KHPSLAW.COM<br>3  SETH MILLER, ESQ., STATE BAR NO. 175130<br>   SMILLER@KHPSLAW.COM<br>4  1900 AVENUE OF THE STARS, 25TH FLOOR<br>   LOS ANGELES, CALIFORNIA 90067-4506<br>5  TELEPHONE: (310) 282-8989<br>   FACSIMILE:  (310) 282-8903<br>6<br>7  Attorneys for Plaintiffs/Counter-Defendants/Appellants PHARRELL WILLIAMS, ROBIN THICKE and CLIFFORD HARRIS, JR. and Counter-Defendants/Appellants MORE WATER FROM NAZARETH PUBLISHING, INC., STAR TRAK ENTERTAINMENT, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>              Plaintiffs,<br><br>     vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br>Hon. John A. Kronstadt, Ctrm 750<br><br>**REPRESENTATION STATEMENT OF PLAINTIFFS/COUNTER-DEFENDANTS/APPELLANTS**<br><br>Action Commenced: August 15, 2013<br>Trial Date:           February 24, 2015 |

/ / /

/ / /

/ / /

4112.060/960411.1

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Ninth Circuit Rule 3-2 states that "a party filing an appeal shall attach to the notice a Representation Statement that identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel, if any."

Plaintiffs/Counter-Defendants/Appellants Pharrell Williams, Robin Thicke, individually and d/b/a I Like 'Em Thicke Music, and Clifford Harris, Jr., and Counter-Defendant/Appellant More Water From Nazareth Publishing, Inc. are represented by the following counsel:

> KING, HOLMES, PATERNO & SORIANO, LLP
> Howard E. King, Esq.
> Seth Miller, Esq.
> 1900 Avenue of the Stars, 25th Floor
> Los Angeles, California 90067-4506
> Telephone:  (310) 282-8989
> Facsimile:   (310) 282-8903
>
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> Daniel C. Posner, Esq.
> 865 South Figueroa Street, 10th Floor
> Los Angeles, California 90017
> Telephone:  (213) 443-3000
> Facsimile:   (213) 443-3100
>
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> Kathleen M. Sullivan, Esq.
> 51 Madison Avenue, 22nd Floor
> New York, New York 10010
> Telephone:  (212) 849-7000
> Facsimile:   (212) 849-7100

Counter-Defendants/Appellants Interscope Records, Star Trak Entertainment, UMG Recordings, Inc., and Universal Music Distribution are represented by the following counsel:

> KING, HOLMES, PATERNO & SORIANO, LLP
> Howard E. King, Esq.
> Seth Miller, Esq.
> 1900 Avenue of the Stars, 25th Floor
> Los Angeles, California 90067-4506
> Telephone:  (310) 282-8989
> Facsimile:   (310) 282-8903

/ / /

| | |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| 2 | Mark E. Haddad, Esq.<br>Michelle Goodman, Esq. |
| 3 | 555 West Fifth Street<br>Los Angeles, California 90013 |
| 4 | Telephone: (213) 896-6604<br>Facsimile: (213) 896-6600 |

Defendants/Counterclaimants/Appellees Nona Marvisa Gaye and Frankie Christian Gaye are represented by the following counsel:

KING & BALLOW
Richard S. Busch, Esq.
Sara R. Ellis, Esq.
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 259-3456
Facsimile: (615) 726-5417

KING & BALLOW
Paul H. Duvall, Esq.
6540 Lusk Boulevard, Suite 250
San Diego, California 92121
Telephone: (858) 597-6000
Facsimile: (858) 597-6008

WARGO & FRENCH LLP
Mark L. Block, Esq.
1888 Century Park East, Suite 1520
Los Angeles, California 90067
Telephone: (310) 853-6355
Facsimile: (310) 853-6333

ARNOLD & PORTER LLP
Martin R. Glick, Esq.
Daniel B. Asimow, Esq.
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KING, HOLMES,
PATERNO &
SORIANO, LLP

4112.060/960411.1

2

Defendant/Counterclaimant/Appellee Marvin Gaye III is represented by the following counsel:

> LAW OFFICES OF PAUL N. PHILIPS, APLC
> Paul N. Philips, Esq.
> 9255 West Sunset Boulevard, Suite 920
> West Hollywood, California 90069
> Telephone: (323) 813-1126
> Facsimile: (310) 854-6902

DATED: December 7, 2015

KING, HOLMES, PATERNO & SORIANO, LLP

By: /s/ Seth Miller
HOWARD E. KING
SETH MILLER
Attorneys for Plaintiffs/Counter-Defendants/Appellants PHARRELL WILLIAMS, et al.

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Joey S. Gossett*
Joey S. Gossett

KING, HOLMES,
PATERNO &
SORIANO, LLP

4112.060/960267.1