Richard S. Busch (TN BPR 14594) (*pro hac vice*)
E-Mail: rbusch@kingballow.com
Sara R. Ellis (TN BPR 030760) (*pro hac vice*)
E-Mail: sellis@kingballow.com
KING & BALLOW
315 Union Street, Suite 1100
Nashville, TN 37201
(615) 259-3456 Fax: (615) 726-5417
Attorneys for Frankie Christian Gaye
and Nona Marvisa Gaye

Paul H. Duvall (SBN 73699)
E-Mail: pduvall@kingballow.com
KING & BALLOW
6540 Lusk Blvd., Suite 250
San Diego, CA 92121
(858) 597-6000 Fax: (858) 597-6008
Attorneys for Frankie Christian Gaye
and Nona Marvisa Gaye

Mark L. Block (SBN 115457)
E-Mail: mblock@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East; Suite 1520
Los Angeles, CA 90067
(310) 853-6355 Fax: (310) 853-6333
Attorneys for Frankie Christian Gaye
and Nona Marvisa Gaye

Martin R. Glick (SBN 40187)
E-Mail: Martin.Glick@aporter.com
Daniel B. Asimow (SBN 165661)
E-Mail: Daniel.Asimow@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100 Fax: (415) 471-3400
Attorneys for Frankie Christian Gaye
and Nona Marvisa Gaye

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-06004-JAK (AGRx)<br><br>**COUNTERCLAIMANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Date: May 2, 2016<br>Time: 8:30 a.m.<br><br>Hon. John A. Kronstadt, Ctrm 750<br><br>Action Commenced: August 15, 2013 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants/Counterclaimants Nona Marvisa Gaye and Frankie Christian Gaye (together, "Counterclaimants"), by and through counsel, bring this Application pursuant to Local Rule 79-5 for leave to file under seal portions of Counterclaimants' Motion to Strike Declaration of Gerald Eskelin, portions of the Declaration of Richard S. Busch in Support of Counterclaimants' Motion to Strike Declaration of Gerald Eskelin, and Exhibits A, B, and C to the Declaration of Richard S. Busch in Support of Counterclaimants' Motion to Strike Declaration of Gerald Eskelin. The precise sections which Counterclaimants seek to file under seal are reflected in the Proposed Order, filed concurrently herewith.

This application is made because there is good cause to seal these documents, as the information therein is confidential and privileged information protected under both the attorney-client privilege and work product doctrine, including an attorney's privileged communications with a consulting expert. Pending this Court's ruling on this Application, these documents are lodged under seal pursuant to Local Rule 79-5.

Dated: February 24, 2016

**KING & BALLOW**

By: s/ *Richard S. Busch*
    Richard S. Busch
    Paul H. Duvall
    Sara R. Ellis

**WARGO & FRENCH, LLP**

By: s/ *Mark L. Block*
    Mark L. Block

**ARNOLD & PORTER LLP**

By: s/ *Daniel B. Asimow*
    Daniel B. Asimow
    Martin R. Glick

Attorneys for Counterclaimants
NONA MARVISA GAYE and
FRANKIE CHRISTIAN GAYE