UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br><br>**ORDER RE STIPULATION TO RELEASE SUPERSEDEAS BOND (DKT. 575)** |

After full consideration of the parties' Joint Stipulation for Order Releasing Supersedeas Bond ("Stipulation" (Dkt. 575)), and Counter-Claimants NONA MARVISA GAYE, FRANKIE CHRISTIAN GAYE, and MARVIN GAYE III (the "Gayes") having confirmed therein that they have received payment in full of the Amended Judgment, the Stipulation is **GRANTED.** Good cause exists for release of the Supersedeas Bond.

It is therefore ORDERED as follows:

1. The Amended Judgment (Doc. 573) awarding $4,983,766.85 to the Gayes in damages, profits, and pre-judgment interest, plus all post-judgment interest thereon to date, has been satisfied in full by Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE, and MORE WATER FROM NAZARETH PUBLISHING, INC.

2. The Supersedeas Bond (Doc. 469) submitted by Counter-Defendants PHARRELL WILLIAMS, ROBIN THICKE, CLIFFORD HARRIS, JR., MORE WATER FROM NAZARETH PUBLISHING, INC., STAR TRAK ENTERTAINMENT, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and UNIVERSAL MUSIC DISTRIBUTION (the "Thicke Parties"), on December 16, 2015, issued by Arch Insurance Company as Bond #: SU1133222 and in the amount of $5,400,000.00 shall be released to Defendants through their counsel. Further, said Arch Insurance Company is hereby released from any and all past, present and/or future liability related to said Supersedeas Bond.

This Order will be served electronically on all counsel of Record via CM/ECF.

IT IS SO ORDERED.

Dated: January 18, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE