QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (Bar No. 242261)
  kathleensullivan@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone:  (212) 849 7000
Facsimile:   (212) 849 7100

  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
  Alex Bergjans (Bar No. 302830)
  alexbergjans@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiff and Counter-Defendant Pharrell Williams

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt, Ctrm 750<br><br>**DECLARATION OF DANIEL C. POSNER IN SUPPORT OF JOINT STIPULATION CONTINUING HEARING AND BRIEFING SCHEDULE ON MOTION FOR RELIEF FROM AMENDED JUDGMENT**<br><br>[STIPULATED PER STANDING ORDER]<br><br>Action Commenced: August 15, 2013 |

## DECLARATION OF DANIEL C. POSNER

I, Daniel C. Posner, declare as follows:

1. I am a member of the bar of the State of California and of this Court, and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff and Counter-Defendant Pharrell Williams ("Mr. Williams") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. On December 6, 2019, Counterclaimants filed a Motion for Relief from Amended Judgment (the "Motion"). I have been retained as lead counsel on behalf of Mr. Williams in this matter.

3. The Motion was originally set for hearing on March 16, 2020. The Court *sua sponte* continued the Motion hearing date to March 30, 2020.

4. On December 13, 2019, the parties filed a joint stipulation extending the deadlines to file any opposition to the Motion to January 24, 2020, and any reply in support of the Motion to February 24, 2020.

5. On December 18, 2019, a hearing date was set in a JAMS arbitration in which I represent the respondent. The hearing, which will be held in San Francisco, is to commence on March 23 and is scheduled to last through at least March 27. Given the possibility that the hearing may need to continue into the following week, I am concerned that I may be unable to attend the hearing in this matter on March 30. At a minimum, I will be unavailable for preparations for the hearing during the week of March 23.

6. On January 6, I met and conferred with counsel for Counter-Claimants regarding a continuance of the hearing date. The parties agreed to seek to continue the hearing on the Motion to April 13, 2020, which presently is identified as an open hearing date for the Court. Additionally, the parties agreed to extend the deadlines to file any opposition and reply briefs by one week each, to January 31, 2020 and March 2, 2020, respectively.

7.      There is good cause to grant the parties' stipulation to continue the hearing date on the Motion to April 13, 2020 and extend the deadlines to file any opposition or reply briefs.  I have been retained to appear on behalf of Mr. Williams at the Motion's hearing.  It is possible I may be unable to attend because of the week-long hearing commencing on March 23 that was recently scheduled in my JAMS arbitration.  I believe it is the best interests of Mr. Williams and the other parties if we address this scheduling issue now, while the Court and the parties are available for a hearing on the Court's next available calendar date following the current March 30 date.  Counter-Claimants have agreed to this continuance and have not identified any prejudice they would suffer thereby.

I declare under the laws of the United States that the foregoing is true and correct.

Executed on Executed on January 7, 2020, at Los Angeles, CA.


_____
Daniel C. Posner