1
2
3
4
5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-06004-JAK-AGRx<br><br>**ORDER RE JOINT STIPULATION CONTINUING HEARING AND BRIEFING SCHEDULE ON MOTION FOR RELIEF FROM AMENDED JUDGMENT (DKT. 582)** |

Based on a review of the Joint Stipulation Continuing Hearing and Briefing Schedule on Motion for Relief from Amended Judgment ("Stipulation" (Dkt. 582)), sufficient good cause has been shown. Therefore, the relief requested in the Stipulation is **GRANTED**, as follows:

i. The hearing on Counterclaimants' Motion for Relief from Amended Judgment ("Motion" (Dkt. 577)), is continued from March 30, 2020 to April 27, 2020 at 8:30 a.m.

ii. Counter-Defendants shall file their opposition, or oppositions, to the Motion on or before January 31, 2020.

iii. Any reply in support of the Motion shall be filed on or before March 2, 2020.

IT IS SO ORDERED.

Dated: January 22, 2020   _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2