CADER ADAMS LLP
Yasmin Cader (Bar No. 250762)
yasmincader@caderadams.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 408-4081
Facsimile: (213) 443-3100

Christine Adams (Bar No. 172876)
christineadams@caderadams.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 408-4082
Facsimile: (213) 443-3100

Attorneys for Plaintiff and
Counter-Defendant Robin Thicke

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. CV13-06004-JAK (AGRx)<br><br>Hon. John A. Kronstadt, Ctrm 750<br><br>**PLAINTIFF AND COUNTER-DEFENDANT ROBIN THICKE'S NOTICE OF JOINDER IN COUNTER-DEFENDANT PHARRELL WILLIAMS' AND COUNTER-DEFENDANT MORE WATER FROM NAZARETH PUBLISHING, INC.'S OPPOSITION TO MOTION FOR RELIEF FROM AMENDED JUDGMENT**<br><br>Date: April 27, 2020<br>Time: 8:30 a.m.<br>Ctrm.: 750<br><br>Action Commenced: August 15, 2013 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant Robin Thicke hereby joins in Counter-Defendant Pharrell Williams' and More Water from Nazareth Publishing, Inc.'s Opposition to Motion for Relief from Amended Judgment, filed January 31, 2020, set for hearing before the Court on April 27, 2020.

| | | |
|---|---|---|
| 1 | DATED: January 31, 2020 | CADER ADAMS LLP |
| 2 | | |
| 3 | | By /s/ Yasmin Cader |
| 4 | | Yasmin Cader |
| | | Attorneys for Robin Thicke |

3

CASE NO. CV-13-06004-JAK (AGRx)

NOTICE OF JOINDER IN OPPOSITION TO MOTION FOR RELIEF FROM AMENDED JUDGMENT