QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kathleen M. Sullivan (Bar No. 242261)
  kathleensullivan@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010–1601
Telephone:   (212) 849 7000
Facsimile:   (212) 849 7100

  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
  Alex Bergjans (Bar No. 302830)
  alexbergjans@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017–2543
Telephone:   (213) 443–3000
Facsimile:   (213) 443–3100

Attorneys for Plaintiff and Counter-Defendant Pharrell Williams and Counter-Defendant More Water From Nazareth Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. CV13–06004–JAK (AGRx)<br><br>Hon. John A. Kronstadt, Ctrm 750<br><br>**DECLARATION OF DANIEL C. POSNER IN SUPPORT OF PLAINTIFF AND COUNTER–DEFENDANT PHARRELL WILLIAMS' AND COUNTER-DEFENDANT MORE WATER FROM NAZARETH PUBLISHING, INC.'S OPPOSITION TO MOTION FOR RELIEF FROM AMENDED JUDGMENT**<br><br>Date:    April 27, 2020<br>Time:    8:30 a.m.<br>Crtrm.: 750<br><br>Action Commenced: August 15, 2013 |
| AND RELATED COUNTERCLAIMS. | |

## DECLARATION OF DANIEL C. POSNER

I, Daniel C. Posner, declare as follows:

1.     I am a member of the bar of the State of California and of this Court, and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff and Counter-Defendant Pharrell Williams ("Mr. Williams") and Counter-Defendant More Water From Nazareth Publishing, Inc. in this action.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript from the afternoon session of Day 1 of the trial in this case. The transcript is available in its entirety at Dkt. 331.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript from the morning session of Day 2 of the trial in this case. The transcript is available in its entirety at Dkt. 349.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript from the afternoon session of Day 2 of the trial in this case. The transcript is available in its entirety at Dkt. 332.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript from the afternoon session of Day 6 of the trial in this case. The transcript is available in its entirety at Dkt. 338.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript from the afternoon session of Day 7 of the trial in this case. The transcript is available in its entirety at Dkt. 339.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of a transcript of Trial Exhibit 390, a video interview of Mr. Williams played by Counterclaimants in Mr. Williams' cross-examination at Dkt. 338, 137:19-21.

8.     I have reviewed the *GQ Magazine* interview between Mr. Williams and Rick Rubin, which was lodged as Exhibit A to the Declaration of

1  Richard      Busch      (Dkt.      577-4)      and      is      available      at
2  https://www.gq.com/video/watch/epic-conversations-pharrell-and-rick-rubin-have-
3  an-epic-conversation, in its entirety.  For the Court's convenience, colleagues in my
4  office have prepared a transcript of the entire interview which is attached hereto as
5  **Exhibit 7**.

6  9.  Attached hereto as **Exhibit 8** is a true and correct copy of the
7  cover of *GQ Magazine*'s November 2019 edition.

8  10.  Attached hereto as **Exhibit 9** is a true and correct copy of LIVE
9  NATION ENTERTAINMENT, *Pharrell Williams' Something in the Water Returns for*
10  *Year Two with an Expanded Art, Culture, and Music Festival Celebrating Virginia*
11  *Beach*, October 14, 2019,
12  https://www.livenationentertainment.com/2019/10/pharrell-williams-something-in-
13  the-water-returns-for-year-two-with-an-expanded-art-culture-and-music-festival-
14  celebrating-virginia-beach/ (last visited Jan. 22, 2020).

15  11.  Attached hereto as **Exhibit 10** is a true and correct copy of *Alicia*
16  *Keys Honors Pharrell Williams' 'Letter to My Godfather' at Hollywood Film*
17  *Awards 2019*, JUST JARED (November 4, 2019),
18  http://www.justjared.com/2019/11/04/alicia-keys-honors-pharrell-williams-letter-to-
19  my-godfathet-hollywood-film-awards-2019/ (last visited Jan. 31, 2020).
20  //
21  //
22
23
24
25
26
27
28

12.    Attached hereto as **Exhibit 11** is a true and correct copy of Matthew Ismael Ruiz, *Watch Pharrell Perform 'Letter to My Godfather' on Colbert," December 5, 2019*, PITCHFORK (December 5, 2019) https://pitchfork.com/news/watch-pharrell-perform-letter-to-my-godfather-on-colbert/ (last visited Jan. 22, 2020).

I declare under the laws of the United States that the foregoing is true and correct.

Executed on Executed on January 31, 2020, at Los Angeles, CA.

_____
Daniel C. Posner

Case No. CV13-06004-JAK (AGRx)

DECLARATION OF DANIEL C. POSNER IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM AMENDED JUDGMENT

# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                        ---

 4           THE HONORABLE JOHN A. KRONSTADT

 5         UNITED STATES DISTRICT JUDGE PRESIDING

 6

 7    Pharrell Williams, et al.,        )

 8                      Plaintiffs,     )

 9                                      )

10    vs.                              )   Case No.

11                                      )   CV 13-06004-JAK(AGRx)

12    Bridgeport Music, Inc., et al.,  )

13                      Defendants.     )

14    _____  )

15

16

17          REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS

18                  Day 1 - P.M. Session

19                 Los Angeles, California

20              Tuesday, February 24, 2015

21

22    Pamela A. Batalo, CSR, FCRR, RMR
      Official Reporter
23    Roybal Federal Building
      255 East Temple Street
24    Room 181-I
      Los Angeles, California  90012
25    (213) 687-0446
```

Exhibit 1, Page 4

1   Mr. Williams and those associated with Mr. Thicke and Williams

2   in creating and distributing *Blurred Lines* are liable for

3   copyright infringement.

4         The second issue is whether Mr. Thicke, in creating

5   his song *Love After War*, copied a portion of Marvin -- Marvin

6   Gaye's song *After The Dance*.  And also whether therefore

7   Mr. Thicke and those associated with him and who distributed

8   *Love After War* are liable for copyright infringement.

9         I will prove to you in this case that the answer to

10  both questions is *yes*.

11        When Marvin Gaye died, his children became owners of

12  the songs he wrote.  They are therefore the owners of the songs

13  *Got To Give It Up* and *After The Dance*.

14        Throughout this trial, you will also hear from

15  Mr. King and Mr. Miller, seated at opposing counsel table who

16  represent Mr. Thicke and Mr. Williams and Universal Records, UMG

17  Recordings is the record label that released the song, and Star

18  Trak Entertainment, who is also involved in releasing the song.

19  And you will hear directly from Mr. Thicke and Mr. Williams, who

20  are both very well-known and are very big stars.

21        Mr. Williams himself is on a popular television show,

22  on magazine covers, just performed at the Grammys and is as big

23  as it gets right now.

24        They will testify in this case.  They will get up on

25  that witness stand.  They will smile at you.  And they will be

1    charming.

2            I want to ask you to keep one thing in mind.  They are

3    professional performers.

4            I will show you --

5            THE COURT:  Mr. Busch, will you please limit your

6    opening statement to what the evidence will show.  Thank you.

7            MR. BUSCH:  I will show you in this case that when

8    Mr. Thicke and Mr. Williams are not on the witness stand, the

9    evidence will show that their behavior is quite different.

10           As you might expect, because we are in a lawsuit,

11   Mr. Thicke and Mr. Williams will deny that they copied any

12   portion of *Got To Give It Up* when they wrote and recorded

13   *Blurred Lines*.

14           But I will prove to you and give you very specific

15   examples from their own mouths in which they said the exact

16   opposite.

17           As big as Mr. Thicke and Mr. Williams are today, as

18   popular as they are and as popular as *Blurred Lines* is, the

19   late, great Marvin Gaye was just as big in his day.

20           As you can see on the screen, in 1977, *Got To Give It

21   Up* was No. 1 on the *Billboard Hot 100*.  That is why, as I will

22   show you -- and that is the album, *Marvin Gaye Live at the

23   Palladium* on which *Got To Give It Up* appeared -- that is why I

24   will show you in this case Mr. Thicke and Mr. Williams and the

25   record label UMG Recordings, Star Trak Entertainment, marketed

1   *Blurred Lines* as a re-creation of *Got To Give It Up*.

2          I will show you that they not only copied *Got To Give*

3   *It Up*, but they marketed *Blurred Lines* as a re-creation of *Got*

4   *To Give It Up*.

5          They made money by doing so.

6          And while I wish it were different, Marvin Gaye,

7   unlike Mr. Thicke and Mr. Williams, will not be able to get up

8   on the witness stand and look you in the eye and tell you, *Yes,*

9   *they did copy my song.*

10          Marvin Gaye will not be able to do that because Marvin

11  Gaye is no longer with us.  But he left for his children his

12  songs.

13          It will be up to you to make your determination based

14  upon the facts after hearing all of the public statements by

15  Mr. Thicke and Mr. Williams, as well as their testimony and

16  admissions in this case, and all of the musical evidence.

17          Now, as I said, Mr. Williams will get up on the

18  witness stand and will look you in the eye and will tell you

19  under oath that *Got To Give It Up* never crossed his mind when

20  creating *Blurred Lines*.  That's what Mr. Williams will tell you.

21  He'll say *Got To Give It Up* never crossed my mind.

22          He will also tell you that he did not try to create a

23  song in *Blurred Lines* that had the feeling of *Got To Give It Up*

24  or sounded like Marvin Gaye at all.

25          How do I know that?  Because Mr. Williams told me that

himself while he was under oath in what is called a deposition,
because we are entitled to question people before trial to find
out what they're going to say, and we conducted a deposition of
Mr. Williams, and I got to question him in this case before this
trial in sworn testimony and that's precisely what he said to
me.

No. 1, *Got To Give It Up* never crossed his mind when
creating *Blurred Lines*, and No. 2, he did not try to create --
did not go into the studio to try to create a song that had the
feeling of *Got To Give It Up* or sounded like Marvin Gaye.

(Whereupon, the deposition testimony was played.)

MR. BUSCH:  So you heard he said those two things
under oath in this case.

I will prove to you, however, that when he was doing
interviews, discussing *Blurred Lines* outside of this case,
Mr. Williams said the exact opposite.  He said he did try to
take the feeling *Got To Give It Up* gave him and he did think of
*Got To Give It Up*.

(Whereupon, the video was played for the jury.)

MR. BUSCH:  So in this case, while under oath, he said
Marvin Gaye's *Got To Give It Up* never crossed his mind while
creating *Blurred Lines*.  But when he was giving public
interviews, he said he went into the studio and he tried to take
the feeling that *Got To Give It Up* gave him when creating
*Blurred Lines*.

1     And another thing, as you will see when you hear that

2     again in this trial, you will notice the interviewer did not

3     even ask him about *Got To Give It Up*.  All she asked him about

4     was Marvin Gaye and he offered that he tried to take the feeling

5     that *Got To Give It Up* gave him when creating *Blurred Lines*.

6          And Mr. Williams did not just reference Marvin Gaye in

7     that interview.  He did so again saying something directly

8     contrary to his sworn testimony in another interview.

9          It might be difficult to see, but in this interview,

10    Mr. Williams says *I was* -- when creating *Blurred Lines*, quote, I

11    was trying to pretend that I was Marvin Gaye.  You'll see that

12    in the red typed bold on that page.

13          And he pictured himself as Marvin Gaye.

14          So not just once, but twice, contrary to what he said

15    in his deposition testimony while under oath, Mr. Thicke did say

16    and was thinking about Marvin Gaye -- I'm sorry, Mr. Williams

17    was thinking about Marvin Gaye and *Got To Give It Up* while

18    creating *Blurred Lines*.

19          As for Mr. Thicke, even though he was listed as a

20    songwriter on *Blurred Lines*, he will now tell you under oath in

21    this case that he offered no suggestions, no thoughts, and no

22    input to Pharrell Williams about what to do or what style to

23    evoke during the creation of *Blurred Lines*.  Mr. Thicke will get

24    up on the witness stand in this case under oath and will tell

25    you he had no input whatsoever in what to create in creating

1   *Blurred Lines.*

2          Mr. Thicke will swear to tell the truth and tell you

3   he just simply did not have anything to do with creating *Blurred*

4   *Lines* at all and offered no opinions, suggestions or anything to

5   Mr. Williams.

6          And how do I know that?  Because Mr. Thicke told me

7   that, too, in sworn testimony when I questioned him before this

8   trial.

9          (Whereupon, the video was played for the jury.)

10         MR. BUSCH:  But just like with Mr. Williams,

11  Mr. Thicke's testimony in this case, now that they are trying to

12  protect the fortune they made on *Blurred Lines* --

13         MR. KING:  Objection.

14         MR. BUSCH:  -- is very different.  Mr. Thicke's

15  testimony --

16         THE COURT:  Sustained.

17         Excuse me, Mr. Busch.  Please don't make me continue

18  to interrupt you to say you are to present only what the

19  evidence will show.  You are not to make arguments and don't use

20  the phrase *I will prove to you* either.  Just what the evidence

21  will show, please.  Thank you.

22         MR. BUSCH:  Mr. Thicke's testimony is very different

23  than what he said before.  In fact, when they were promoting

24  *Blurred Lines* and trying to get everyone to purchase *Blurred*

25  *Lines*, he said the exact opposite.  They told a very different

story then.  The evidence will show that this story has changed

multiple times, including changing in this very case.

            No less than eight times, Mr. Thicke said in

interviews promoting *Blurred Lines* that *Got To Give It Up* was

one of his favorite songs of all time and that he, Mr. Thicke,

told Mr. Williams he wanted to create something just like *Got To
Give It Up*.

            So according to Mr. Thicke, they started with

percussion and were trying to get the *Got To Give It Up* rhythm

and groove and feel.  They certainly did that.  But the evidence

will show that they did much more than that.

            Play.

            (Whereupon, the video was played for the jury.)

            MR. BUSCH:  This is a radio interview that Mr. Thicke

gave.

            (Whereupon, the audio was played for the jury.)

            MR. BUSCH:  And in a written interview, I hope you can

see it, Mr. Thicke said, on May 7th of 2013, the same thing in

an interview with *GQ*, that *Pharrell and I were in the studio and
I told him that one of my favorite songs of all time was Marvin
Gaye's 'Got To Give It Up.'  I was like, damn, we should make
something like that, something with that groove.*

            In this case, however, what you will hear is that

Mr. Thicke testified in his deposition under oath that in fact

he did not tell Mr. Williams to create a song like *Got To Give*

1    *It Up* and he will get on the witness stand and he will tell you

2    in this case that everything that he said in those interviews

3    was not true.

4         But I will -- and I will not take the time to play

5    each one of these interviews today, but there are at least eight

6    of these interviews in which Mr. Thicke gave very similar

7    admissions and statements to what you just heard and saw.

8         These repeated statements that Mr. Thicke gave about

9    working with Mr. Williams to create something like *Got To Give*

10   *It Up* was changed.  And Mr. Thicke now says, as I mentioned,

11   that all of his statements were lies.

12        And how's he explain the reason for the complete

13   change in story and statements he gave before this litigation

14   and outside of this litigation to what he's saying today and

15   what he said in his deposition?

16        Well, for one, Mr. Thicke says that he was high on

17   Vicodin and drunk on vodka during each interview so he didn't

18   know what he was saying.

19        (Whereupon, the video was played for the jury.)

20        MR. BUSCH:  What other excuses does Mr. Thicke have?

21   Mr. Thicke says --

22        MR. KING:  Objection, your Honor.

23        THE COURT:  Sustained.

24        This is an opening statement, not an argument.  And if

25   you need further instructions, we'll go to the side.

```
 1          MR. BUSCH:  Mr. Thicke says that he wanted the public
 2   to know that he had a role in creating the song and was jealous
 3   that he, in fact, did not have anything to do with the song.
 4   That's another excuse that he gives for what he admits were his
 5   lies.
 6          MR. KING:  Objection, your Honor.
 7          THE COURT:  If you are going to object, stand, please.
 8          MR. KING:  I'm sorry, your Honor.
 9          I object to the continuing argument.
10          THE COURT:  All right.  Please confine your statements
11   to what you contend the evidence will show and not argument.
12          MR. BUSCH:  The evidence will show that Mr. Thicke
13   will sit on the witness stand and tell you that he lied.
14          Mr. Thicke also says as another reason for why he said
15   what he said in his interviews and will say what he's going to
16   say here today and this week and in this trial, that the reason
17   he did it was because he is simply not an honest person.
18          (Whereupon, the video was played for the jury.)
19          MR. BUSCH:  So Mr. Thicke says, No. 1, he's not an
20   honest person, and, No. 2, he will tell you that the reason why
21   he made the statements he did is because when he gives an
22   interview, he wants to say whatever he needs to say to sell
23   records.
24          But apparently what the evidence will show is that by
25   referencing Marvin Gaye, that was the attempt through the
```

1    promotional process to sell records.  And to mention *Got To Give*

2    *It Up*, that was the promotional plan to sell records.

3           Mr. Thicke also said as an excuse that the only reason

4    he mentioned *Got To Give It Up* while promoting *Blurred Lines* is

5    because people began connecting the two.

6           (Whereupon, the video was played for the jury.)

7         MR. BUSCH:  The evidence will show in this case that

8    none of the excuses, the after-the-fact excuses that Mr. Thicke

9    will tell you makes any sense.

10          First, the evidence will show that Mr. Thicke's first

11    interview where he stated that he was trying to create a song

12    like *Got To Give It Up* and told Pharrell Williams to create a

13    song like *Got To Give It Up* occurred on May 1st of 2013.  That

14    was just four weeks after the release of the single but months

15    before the *Blurred Lines* album was released.

16          Mr. Thicke also will say and the evidence will show

17    and what he said to me before is that he was jealous that the

18    public did not know that he had anything to do with this big hit

19    song.  But the evidence will show that there's credits on the

20    label copy of the record that list Mr. Thicke as the first

21    writer, even before Pharrell Williams.  Even before

22    Mr. Williams, Mr. Thicke is listed as the writer.  So the

23    evidence will show that the public knew full well that

24    Mr. Thicke was a writer on *Blurred Lines*.

25          And Mr. Thicke also received 22 percent of the song

```
 1   filed with the copyright office.
 2            You will see those are the album credits, Blurred
 3   Lines written by Robin Thicke first, Pharrell Williams, Clifford
 4   Harris, Jr., right there.
 5            But there's more.  Before Mr. Thicke and Mr. Williams
 6   changed their story from saying outside of this case and before
 7   this case that Mr. Thicke told Mr. Williams to create a song
 8   like Got To Give It Up and Mr. Williams said outside of this
 9   case that he tried to take the feeling that Got To Give It Up
10   gave him in creating Blurred Lines and before they had decided
11   to say and will say in this case, as the evidence will show,
12   that all of Mr. Thicke's statements were untrue and were lies,
13   before Mr. Thicke stated under oath and will say here today that
14   he did not know what he was doing because he was high and drunk,
15   they crafted, they had, and the evidence will show, a completely
16   different and inconsistent story in this very case.
17            The evidence will show that their first story in this
18   case was not that Mr. Thicke never said anything to Mr. Williams
19   and gave no input.  No.  That was not their first story in this
20   case.
21            In their first story in this case, they did not deny
22   it at all.  In their first story in this case, as the evidence
23   will show, they said that Mr. Thicke told Mr. Williams to create
24   a song that evoked the era of Got To Give It Up.  So they tried,
25   as you will see and the evidence will show, to water down the
```

```
 1   story that they were telling outside of the case but they
 2   admitted that there was the conversation, that they did discuss
 3   Got To Give It Up.
 4           It was only later that they changed the story to say
 5   that they had no conversation, no discussion, nothing.
 6           You see, in a lawsuit, one side is entitled to ask the
 7   other side questions that the other side has to answer in
 8   writing.  They're called interrogatories.
 9           The lawyer representing the answering party has to
10   submit those answers under the lawyer's signature and the
11   answering party, in this case, Mr. Thicke, has to sign something
12   saying that all of his answers are correct under the penalty of
13   perjury.
14           Mr. Thicke's lawyers and Mr. Thicke answered those
15   written questions months before I questioned Mr. Thicke and
16   Mr. Williams in their deposition and before they decided to say
17   what you heard and what you'll hear today -- this week.
18           Mr. Thicke swore under oath that his answers were
19   correct.  That's the first page of the interrogatory --
20   interrogatories that were sent, and you'll see that is the
21   signature page showing that their lawyers submitted it.  You'll
22   see Mr. Miller's signature, who's counsel for Mr. Thicke and
23   Mr. Williams, and Howard King, Mr. King's name right below that,
24   they submitted those written answers to us, to our written
25   questions.  And then on that document as well you'll see that
```

 1   Mr. Thicke verified that all of the answers were true and

 2   correct under the penalty of perjury.

 3          His lawyers who represent both Mr. Williams and

 4   Mr. Thicke submitted those to us.  Answered them.  And

 5   Mr. Thicke told me in his deposition that he read all of his

 6   answers and he told the truth in every answer.

 7          (Whereupon, the video was played for the jury.)

 8          MR. BUSCH:  And here is the answer.  And the question

 9   that was asked is:  *Please describe the process by which*

10   *'Blurred Lines' was created and any conversations you,*

11   *Mr. Thicke and Mr. Williams had concerning the creation of*

12   *Blurred Lines.*

13          And here is the answer.  The answer that Mr. Thicke

14   supplied and their lawyers submitted to us in this case says as

15   follows:

16          *Robin Thicke told Pharrell Williams that Thicke would*

17   *love to create a song that evoked the musical era of 'Got To*

18   *Give It Up.'  Williams created the instrumental track and the*

19   *first verse and then Thicke and Williams created the rest of the*

20   *verses, improvising four lines at a time.  Clifford Harris later*

21   *added a vocal track.*

22          That was their first story in this case.

23          They then changed it.  Now they will say there was no

24   such conversation, there was no such discussion between

25   Mr. Thicke and Mr. Williams.  Mr. Thicke gave Mr. Williams no

```
 1   suggestions whatsoever, and what is stated in their sworn,

 2   written interrogatory response is not true.

 3           There will be no evidence in this case that Mr. Thicke

 4   or anyone else submitting those answers to those written

 5   questions were drunk on vodka or high on Vicodin when they

 6   prepared those written answers and submitted them to us in this

 7   case under the penalty of perjury.

 8           This sworn written answer under the penalty of perjury

 9   is the third different story that they have told and that you

10   will hear in this case and will be completely different than

11   any -- than the interviews he gave or the story they will ask

12   you to believe when they take the witness stand in this case.

13           It will be different, even though Mr. Thicke testified

14   under oath that he took his obligations to tell the truth in

15   answering those sworn interrogatories that his lawyers submitted

16   to us very seriously.

17           (Whereupon, the video was played for the jury.)

18           MR. BUSCH:  Now, there are other parties tied to

19   Blurred Lines who are involved in this case.  I've created a

20   couple of slides that will explain to you who each one is and

21   who is involved in this case.

22           As you'll see on this chart, Mr. Williams and

23   Mr. Harris and Mr. Thicke wrote Blurred Lines and they delivered

24   it to their record label, who is also involved in this case,

25   Star Trak.  And so you know, Star Trak is what's called a joint
```

venture or a partnership between a company owned by Mr. Williams and Interscope Records, which is a division of UMG Recordings, Universal.  They're the record label that released and sold *Blurred Lines*.  They have a distribution company that is affiliated with them that does the manufacturing and distributing, UMGD they're called.  They manufacture copies and they distribute it to the public for the record label and on behalf of the record label.  It then is distributed -- the record is then distributed to the public, to the iTunes of the world, to record stores when there used to be record stores, to YouTube, to everyone who then sells or licenses it or streams it.

And the revenue from these different entities flow back up to the record label and to Mr. Thicke and the other writers, Mr. Williams, of *Blurred Lines*.

So as the songwriter and publisher of the song *Blurred Lines*, Mr. Thicke, Mr. Williams, and Mr. Harris receive money every time the record is sold, when it's publicly performed, when it's licensed to TV -- for TV shows, for movies.  Each time it's streamed, money is paid back to the record label and to the writers as owners of that intellectual property.

Now, it was the record label's job as the company selling the record to market it.  And so they created a promotional plan to market and sell *Blurred Lines* because they made money whenever *Blurred Lines* was sold.

1    And it's very important that you understand something

2    in this case that I want to explain very briefly.

3         Star Trak UMG, Universal, they own the record *Blurred*

4    *Lines*, the sound recording that you'll be hearing about.

5    Mr. Williams, Mr. Thicke, and Mr. Harris, they own the song, the

6    words, the music, the melody, etc.  It's two separate pieces of

7    intellectual property.  It's very important that you understand

8    that.

9         And so when the record company was selling the record,

10   they had Mr. Thicke do many, many interviews, and as I said, in

11   no less than eight interviews, he tied *Blurred Lines* to *Got To*

12   *Give It Up*.

13        And the record label representatives, because they

14   were there promoting the record and the album, they were with

15   him during these interviews, never did anything to stop him or

16   correct him from referencing *Got To Give It Up* and saying *I was*

17   *trying to create a song like 'Got To Give It Up.'*

18        (Whereupon, the video was played for the jury.)

19        MR. BUSCH:  And that's what you'll hear, that nobody

20   ever commented, thought, suggested, assumed, inferred that

21   Mr. Thicke was drunk or on drugs during any of the interviews

22   where he made the statements that he made.

23        Here's an interesting twist in something that you'll

24   hear about in this case.  As I said to you, there's two pieces

25   of intellectual property, sound recording and a musical

composition, the song.  The evidence will show that in addition to owning the sound recording of *Blurred Lines*, UMG bought Motown Records many years ago, and that's who Marvin Gaye originally recorded for.

UMG, Universal, who owns the sound recording to *Blurred Lines,* therefore happens to also own the sound recording of *Got To Give It Up*.  The Gaye family owns the musical composition, but Universal, UMG Recordings, owns the sound recording of *Got To Give It Up* and the sound recording of *Blurred Lines*.  So they have an incentive of selling both records.

And just to explain this different intellectual property, you'll see here the *Blurred Lines* sound recording copyright that lists Star Trak, care of Interscope Records, a division of UMG Recordings, as the sound recording copyright owner.  Okay.  And then you'll see on the left that the composition copyright owners are Pharrell Williams, Robin Thicke, and Clifford Harris in *Blurred Lines*.  The same is true with respect to *Got To Give It Up*.  The Gaye children own the musical composition and UMG owns the sound recording.

You'll be meeting in this case a UMG executive by the name of Harry Weinger.  He works for the company that released *Blurred Lines*.  He's an executive at UMG and he is in charge of marketing the Marvin Gaye catalog of sound recordings that they purchased, that UMG purchased from Motown Records.

1    *It Up*, she immediately recognized it and believed it to be a

2    copy of -- when she heard *Blurred Lines*, she immediately

3    believed it to be a copy of *Got To Give It Up*.  Jan Gaye brought

4    it to the attention of the rest of her family and the family

5    agreed.

6           At first the Gaye family believed, as the evidence

7    will show, that it had to have been licensed, that they had to

8    have gone to the Gayes' copyright administrator and licensed it

9    because they believed it was so similar and she was happy at

10    first.  And you'll hear that she actually sent out a Tweet

11    thanking Mr. Thicke and Mr. Williams for doing this because she

12    thought it had been licensed properly.  She believed it had to

13    have been.  She then found out it wasn't.

14           She reached out to Mr. Thicke and Mr. Williams and got

15    nowhere.

16           She retained an attorney.  Ultimately we're here.

17           After the lawsuit was filed but before Mr. Thicke and

18    Mr. Williams decided to change their story, Mr. Thicke went on

19    *Oprah*.

20           MR. KING:  Objection.  Argumentive.

21           THE COURT:  Sustained.

22           MR. BUSCH:  Mr. Thicke went on *Oprah*.

23           THE COURT:  Disregard the last comments, ladies and

24    gentlemen.  Again, what the lawyers say is not evidence and the

25    purpose of an opening statement is simply to give you an outline

1    of what the evidence will show.

2            Please proceed.

3            MR. BUSCH:  Mr. Thicke went on *Oprah* and Mr. Thicke,

4    as you will see, did not say what you will hear him say today

5    and what you heard him say in his deposition.  Even after the

6    lawsuit was filed, Mr. Thicke continued to say something very

7    similar to what he said in his prior interviews.

8            He also said on *Oprah* that the writer of a song owns

9    the melodies, the bass lines, the chord progressions and the

10   syncopations, the elements that he believes make up the music of

11   a song.

12           (Whereupon, the video was played for the jury.)

13           MR. BUSCH:  So Mr. Thicke went on *Oprah*, and while he

14   said something a little bit different than what he was saying in

15   his other interviews, he said, as you heard and as the evidence

16   will show, he said on *Oprah* that he told Pharrell to -- now he

17   said to create a song that had the feeling of *Got To Give It Up,*

18   different than what he said in his eight interviews that

19   preceded it, but not what you're going to hear in this case and

20   not what you heard he said in his deposition.

21           And he also told *Oprah* something else.

22           (Whereupon, the audio was played for the jury.)

23           MR. BUSCH:  So Mr. Thicke also said that the person

24   who inspires all -- he means half -- of his music is either

25   Michael Jackson or Marvin Gaye.

1          So you heard Mr. Thicke say to Oprah that Marvin Gaye

2     influenced all -- he means half -- of his music.  He said the

3     opposite in his deposition.

4          And Mr. Williams gave an interview, the same one where

5     he said that he imagined himself as Marvin Gaye when creating

6     *Blurred Lines* where he, too, said something.

7          You heard Mr. Thicke say I -- I will come back to

8     Mr. Williams in a second.  You heard Mr. Thicke say that Marvin

9     Gaye inspires all -- he means half -- of his music.  In his

10    deposition, he said something directly opposite to that.

11          (Whereupon, the video was played for the jury.)

12          MR. BUSCH:  So on *Oprah* he said that Marvin Gaye

13    inspires all -- he means half -- of his music and in his

14    deposition in this case, he said he doesn't think of Marvin Gaye

15    when he's creating music.

16          Now, Mr. Williams' interview, the *XXL* interview.

17          In this interview, Mr. Williams said that in

18    referencing this matter:  *We're dealing with the idea that*

19    *someone feels that a groove is proprietary and it's not.  Music*

20    *is and the notes are, and when you look at the sheet music, then*

21    *you'd know.  And just for a bit of humor, the percussion that I*

22    *use on 'Blurred Lines', aside from the music notation being*

23    *completely different, completely different, the sheet music is*

24    *available online.*

25          So Mr. Williams says that the sheet music, if you

compare *Blurred Lines* to *Got To Give It Up*, the sheet music is completely different.

But I will show you in this case that the sheet music is not completely different.  I will show you in this case -- the evidence will show that the sheet music in many places is actually identical and in many important places very, very similar.

And I will also show you that when Mr. Williams was confronted with this in his deposition, when he was asked about sheet music in his deposition and asked to read the sheet music, he either wouldn't or couldn't answer any of my questions about it.

And while there's much more to a song than what Mr. Thicke and Mr. Williams stated in trying to defend themselves in these interviews, I will show you that the melodies of these songs are very similar.  Many of the same notes are used in the most important parts of the song.  The bass lines and the keyboards are very, very similar and run throughout both of the songs.  The lyrics are similar.  And the structure in certain places is identical.

The evidence will show you that *Got To Give It Up* was used as a blueprint for *Blurred Lines*.  And the expert testimony, the evidence of the expert testimony will show that there is evidence equivalent, in the words of our expert she will say, to finding fingerprints at the scene of a crime.

# EXHIBIT 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE JOHN A. KRONSTADT

UNITED STATES DISTRICT JUDGE PRESIDING

- - -

PHARRELL WILLIAMS, ET AL.,           )
                                     )
                    PLAINTIFFS,      )
                                     )
VS.                                  ) CV13-06004-JAK
                                     )
BRIDGEPORT MUSIC, INC., ET AL.,      )
                                     )
                    DEFENDANTS.      )
_____)


REPORTER'S TRANSCRIPT OF **DAY TWO** OF TRIAL PROCEEDINGS

LOS ANGELES, CALIFORNIA

WEDNESDAY, FEBRUARY 25, 2015, **MORNING SESSION**


_____

ALEXANDER T. JOKO, CSR NO. 12272
FEDERAL OFFICIAL COURT REPORTER
255 EAST TEMPLE STREET, ROOM 181-H
LOS ANGELES, CA 90012
ALEXANDER.JOKO@GMAIL.COM

```
1    THIS IS THE 1003, PAGE 3, THERE'S AN ENTRY FOR POWER

2    105, GQ, SIRIUS, VH-1, HOT 97, NYC PROMO.

3              YOU SEE THAT; RIGHT?

4    A    YES.

5    Q    AND YOU DID THOSE INTERVIEWS ON THAT DAY; CORRECT?

6    A    I DON'T REMEMBER.

7    Q    OKAY.  YOU DON'T HAVE ANY REASON TO DISPUTE THAT

8    YOU DID, DO YOU?

9    A    NO.

10             MR. KING:  OBJECTION.  ARGUMENTATIVE.

11             THE COURT:  JUST A MINUTE.

12             PLEASE PAUSE AFTER THE QUESTION IS

13   COMPLETED BEFORE YOU RESPOND IN CASE THERE'S AN

14   OBJECTION.  THEN THE RECORD WILL BE EASIER TO FOLLOW.

15   THANK YOU.

16   BY MR. BUSCH:

17   Q    I'D LIKE TO PLAY FOR THE JURY AND FOR YOU THE

18   INTERVIEW THAT YOU DID ON MAY 1 FOR VH-1.

19             THE COURT:  WHAT EXHIBIT IS THIS, PLEASE?

20             MR. BUSCH:  EXHIBIT 41.

21             WE'RE HAVING A PROBLEM WITH THE VIDEO.

22   SO WE'LL PLAY THE AUDIO INSTEAD.

23             (THE AUDIO WAS PLAYED IN OPEN COURT)

24   BY MR. BUSCH:

25   Q    MR. THICKE, YOU RECOGNIZE YOUR VOICE ON THAT AUDIO
```

1    WE HEARD; CORRECT?

2    A    YES.

3    Q    OKAY.   AND YOU DID TELL -- YOU DID SAY IN THAT VH-1

4    INTERVIEW THAT YOU DID ON MAY 1, THAT YOU WENT INTO THE

5    STUDIO AND YOU TOLD PHARRELL WILLIAMS THAT "GOT TO GIVE

6    IT UP" WAS ONE OF YOUR ALL-TIME FAVORITES; IS THAT

7    RIGHT?

8              MR. KING:   TWO OBJECTIONS.   ONE IS, ASSERTING

9    A FACT THAT'S NOT BEEN ESTABLISHED.   FOUNDATION.   THE

10   OTHER IS JUST --

11             THE COURT:   RESTATE THE QUESTION, PLEASE.

12   BY MR. BUSCH:

13   Q    WE ALL HEARD WHAT YOU SAID, MR. THICKE.   I'LL JUST

14   MOVE ON.

15             WAS YOUR STATEMENT THAT YOU MADE IN THAT

16   INTERVIEW TRUE?

17   A    I'M SORRY, YOU WOULD HAVE TO REPEAT THE STATEMENT

18   AT THIS POINT.

19             MR. KING:   I'LL JUST OBJECT AS COMPOUND AS

20   FRAMED.

21             THE COURT:   CAN YOU -- ARE YOU REFERRING TO A

22   SPECIFIC SENTENCE?

23             MR. BUSCH:   YES.

24             THE COURT:   CAN YOU -- PHRASE THE QUESTION IN

25   THAT TERM, PLEASE, MR. BUSCH.

BY MR. BUSCH:

Q    IN YOUR INTERVIEW WHERE YOU STATED THAT YOU AND

PHARRELL WENT INTO THE STUDIO, AND YOU MENTIONED TO HIM

THAT ONE OF YOUR FAVORITE SONGS OF ALL TIME WAS MARVIN

GAYE'S "GOT TO GIVE IT UP," SO YOU TRIED TO GET A

LITTLE GROOVE LIKE THAT GOING, IS THAT TRUE?   DID THAT

OCCUR?

A    DID I SAY THAT?

Q    YES.

A    YEAH, WE JUST HEARD IT.   YES, I DID SAY IT.   WE

JUST HEARD ME SAY THAT.

Q    OKAY.   DID YOU ACTUALLY SAY THAT WHEN YOU WENT INTO

THE STUDIO TO CREATE "GOT TO GIVE IT UP" WITH PHARRELL

WILLIAMS?

A    NO, SIR.

        MR. KING:   FOR THE RECORD, HE DIDN'T CREATE

"GOT TO GIVE IT UP."

        THE WITNESS:   I'M SORRY, "BLURRED LINES."

BY MR. BUSCH:

Q    IN FACT, ISN'T IT TRUE THAT YOU TESTIFIED AT YOUR

DEPOSITION THAT YOU DID NOT HAVE ANY CONVERSATIONS WITH

MR. WILLIAMS BEFORE OR DURING THE CREATION OF "BLURRED

LINES" WHERE YOU DISCUSSED "GOT TO GIVE IT UP"?   ISN'T

THAT TRUE?

A    YES.

```
 1              THE CLERK:  MR. BUSCH, WHAT EXHIBIT ARE YOU

 2    ON?

 3              MR. BUSCH:  EXHIBIT 19, PAGE 2.

 4    BY MR. BUSCH:

 5    Q    DO YOU SEE THE QUESTION BY GQ, "WHAT'S THE ORIGIN

 6    STORY BEHIND YOUR NEW SINGLE 'BLURRED LINES'?"

 7    A    YES.

 8    Q    DO YOU SEE THE ANSWER, "ROB, PHARRELL AND I WERE IN

 9    THE STUDIO.  AND I TOLD HIM THAT ONE OF MY FAVORITE

10    SONGS OF ALL TIME WAS MARVIN GAYE'S 'GOT TO GIVE IT

11    UP.'  I WAS LIKE, DAMN, WE SHOULD MAKE SOMETHING LIKE

12    THAT, SOMETHING WITH THAT GROOVE.  THEN HE STARTED

13    PLAYING A LITTLE SOMETHING.  AND WE LITERALLY WROTE THE

14    SONG IN ABOUT A HALF HOUR AND RECORDED IT."

15              DO YOU SEE YOUR STATEMENT THERE?

16    A    YES.

17    Q    IS THAT STATEMENT TRUE?

18    A    NO.

19    Q    NOW, AT YOUR DEPOSITION IN THIS CASE, I SHOWED YOU

20    THESE INTERVIEWS AS WELL; CORRECT?

21    A    I DO NOT RECALL.

22    Q    OKAY.  YOU TOLD ME AT YOUR DEPOSITION --

23              THE COURT:  EXCUSE ME, AGAIN, THAT'S NOT

24    PROPER FORM.

25              MR. BUSCH:  FAIR ENOUGH.
```

# EXHIBIT 3

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                           ---

 4             THE HONORABLE JOHN A. KRONSTADT

 5           UNITED STATES DISTRICT JUDGE PRESIDING

 6

 7    Pharrell Williams, et al.,        )

 8                     Plaintiffs,      )

 9                                      )

10    vs.                              )   Case No.

11                                     )   CV 13-06004-JAK(AGRx)

12    Bridgeport Music, Inc., et al.,   )

13                     Defendants.      )

14    _____ )

15

16

17        REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS

18              Day 2 - P.M. Session

19              Los Angeles, California

20            Wednesday, February 25, 2015

21

22    Pamela A. Batalo, CSR, FCRR, RMR
      Official Reporter
23    Roybal Federal Building
      255 East Temple Street
24    Room 181-I
      Los Angeles, California  90012
25    (213) 687-0446
```

Exhibit 3, Page 31

```
 1    A.     Please describe --
 2              THE COURT:  You can just read it to yourself, please.
 3              THE WITNESS:  Oh, thank you.
 4              THE COURT:  Ladies and gentlemen, can each of you see
 5    what's on the screen?  Yes?  Anybody who can't see it?  Okay.
 6    Thank you.
 7     BY MR. BUSCH:
 8    Q.     Have you read the question to yourself?
 9    A.     Yes, sir.
10    Q.     Go to the answer.  The answer is on page 17, and do you see
11    the answer that you gave?
12    A.     The highlighted portion is my answer?
13    Q.     The highlighted yellow portion, do you see that?
14    A.     Yes, I do.
15              THE COURT:  Wait a second.  Is this to interrogatory
16    16?
17              MR. BUSCH:  Yes.
18              THE COURT:  That's fine.  Go ahead.
19              MR. BUSCH:  Okay.
20    Q.     Do you see here where you say that you told Mr. Thicke to
21    create a song that evoked the musical era of Got To Give It Up?
22    A.     It says Robin Thicke told Pharrell Williams that Thicke
23    would love to create a song.
24    Q.     Do you see that?
25    A.     I do see that.
```

1   Q.    And it is your testimony that that -- that conversation did

2   not occur; is that correct?

3   A.    That is correct.

4   Q.    And you told -- and you stated in your deposition that you

5   read everything -- you read this document before you signed it;

6   right?

7               MR. KING:  Objection, asked --

8               THE COURT:  Sustained.

9   BY MR. BUSCH:

10  Q.    Did you read this document before you signed it?

11              MR. KING:  Objection.  Asked and answered.

12              THE COURT:  Sustained.  We covered this.

13  BY MR. BUSCH:

14  Q.    Why did you say something in your interrogatory that was

15  not -- in your sworn interrogatory response in this case that

16  was not true?

17  A.    When I heard -- Pharrell and I had not spoken about the

18  lawsuit --

19              THE COURT:  By *Pharrell*, are you referring to

20  Mr. Williams?

21              THE WITNESS:  Oh, yes, sorry.

22              Mr. Williams and I had not spoken since the lawsuit

23  was offered or filed, and so almost a year had gone by, and once

24  I heard his deposition when I showed up at my deposition and I

25  heard his recollection of the evening, a light bulb went off and

```
 1   I realized I was not present when he created the song and I was
 2   living in revisionist history for my own benefit.
 3    BY MR. BUSCH:
 4   Q.    So you're saying that once you heard Pharrell Williams
 5   testify, you changed your story?
 6   A.    I didn't --
 7            MR. KING:  Objection.  Argumentative.
 8            THE COURT:  Sustained.
 9    BY MR. BUSCH:
10   Q.    Your counsel represents both Mr. Williams and Mr. Thicke;
11   isn't that correct?
12            MR. KING:  Objection.  Irrelevant.
13            THE COURT:  Sustained, sustained.
14    BY MR. BUSCH:
15   Q.    Isn't it true, sir, that the reason why you changed your
16   testimony is because you and Mr. Williams realized that a better
17   strategy would be to say that you had no part in creating the
18   song, not that you were trying to create a song like *Got To Give*
19   *It Up*?
20   A.    I'm sorry.  Can you repeat the question, please?
21   Q.    Isn't it true that you and Mr. Williams got together and
22   decided a better strategy for this case would be for you to say
23   that you were not involved in the process and had no
24   communications with Mr. Williams, that is why you changed your
25   sworn testimony?
```

1   A.   Absolutely not.

2   Q.   It took Mr. Williams' testimony to have you recall that you

3   were not present when *Blurred Lines* was created or had any

4   conversations with Mr. Williams?  It took his testimony for you

5   to realize that?

6   A.   It had been two years since the writing of the song and it

7   wasn't -- and since him and I had never gotten to speak about

8   what we remembered from that day, once I heard his recollection,

9   it was very clear to me that -- that his version was the truth.

10  Q.   I see.  And, Mr. Thicke, it might have been two years at

11  the time of your deposition, but I've shown you interview after

12  interview after interview that you gave shortly after the

13  release of *Blurred Lines* where you said something similar to

14  this; isn't that right?

15  A.   That was nine months after the creation of the -- of the

16  song, the first interview.

17  Q.   So it's your testimony that after nine months, you -- it's

18  your testimony that your recollection -- strike -- let me

19  rephrase that.

20       It's your testimony that the reason why you said the

21  things you said in your interview was because -- in your

22  interviews was because you didn't remember things accurately

23  from the creation of *Blurred Lines* just nine months before?  Is

24  that what you're saying?

25  A.   I'm sorry.  Please repeat the question.

1  Q.   Are you saying now that the reason why you said the things

2  you said in your interview, in your interviews, about speaking

3  to Pharrell Williams and telling him to create a song just like

4  *Got To Give It Up* was because you simply did not remember

5  correctly what had occurred nine months earlier during the

6  creation of *Blurred Lines*?

7  A.   Yes, that is correct.

8  Q.   I want to shift gears now for a second and talk about

9  financial matters related to *Blurred Lines*.

10  A.   Okay.

11  Q.   As the publisher of *Blurred Lines*, you approved large

12  licensing for *Blurred Lines*; correct?

13  A.   I do not believe that I have to approve the license if I'm

14  not the majority stake writer.  I don't remember approving any

15  licenses for *Blurred Lines*.

16  Q.   Let me see if I can refresh your recollection about what

17  you said in your deposition about this.

18  A.   Okay.

19  Q.   T-43.  This is page 162, line 14 to page 163, line 13.

20       THE COURT:  Any objection to that being read?

21       MR. KING:  I didn't hear the ending reference,

22  Mr. Busch.

23       MR. BUSCH:  Page 162, line 14, to page 163, line 13.

24       MR. KING:  I have no objection.

25       THE COURT:  All right.  You may play that.

# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                         ---

 4           THE HONORABLE JOHN A. KRONSTADT

 5        UNITED STATES DISTRICT JUDGE PRESIDING

 6

 7    Pharrell Williams, et al.,         )

 8                    Plaintiffs,        )

 9                                       )

10    vs.                                )   Case No.

11                                       )   CV 13-06004-JAK(AGRx)

12    Bridgeport Music, Inc., et al.,    )

13                    Defendants.        )

14    _____   )

15

16

17        REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS

18              Day 6 - P.M. Session

19             Los Angeles, California

20            Wednesday, March 4, 2015

21

22    Pamela A. Batalo, CSR, FCRR, RMR
      Official Reporter
23    Roybal Federal Building
      255 East Temple Street
24    Room 181-I
      Los Angeles, California  90012
25    (213) 687-0446
```

Exhibit 4, Page 37

1  Q.   To be identical?

2  A.   Yeah.  It sounds like you're playing the same thing.

3  Q.   Exactly.  Okay.

4  A.   But that doesn't mean it's mine.

5  Q.   Okay.

6  A.   That's just what you played, sir.

7  Q.   Okay.

8       Now I want to talk to you about the bass melody, if we

9  could.

10      And, Mr. Williams, isn't it correct that you

11  understand and acknowledge when people say that the two bass

12  lines, the one from *Got to Give it Up* and the one from *Blurred*

13  *Lines*, sound similar?

14  A.   I'm sorry?

15  Q.   Isn't it true that you understand it when people remark

16  that the bass lines between *Blurred Lines* and *Got to Give it Up*

17  sound similar?

18  A.   When it feels that way.  When they talk about the feeling,

19  I understand that.  I understand the feeling.  But, you know,

20  soul music sounds like soul music.  Jazz feels like jazz.

21  That's why we have genres.

22      MR. BUSCH:  Your Honor, I would like to play for the

23  jury Mr. Williams' deposition testimony at page 122, lines 2

24  through 14.

25      THE COURT:  Any objection to that being played?

1  Q.    Because that's what people did in the '70s?

2  A.    Yeah.

3  Q.    Okay.

4  A.    That's what my dad used to say.

5  Q.    Your dad used to say *shake around, get down, get up*?

6  A.    Not in those specific words, but that's what we -- they

7  would do.  Your parents would tell you *Come on boy, get up, get*

8  *down, get down.  Shake it round.  Go ahead*.  You know, that's

9  what black families do.

10  Q.    Okay.

11  A.    You know, when we listen to music in the '70s, we loved our

12  music.

13  Q.    Now, in the direct examination of you, Mr. Williams,

14  Mr. King asked you what you were thinking about when you were

15  creating *Blurred Lines*, how you came up with the song.

16        Do you recall that?

17  A.    Yes, sir.

18  Q.    Okay.  Isn't it true, Mr. Williams, that you were

19  pretending that you were Marvin Gaye when you were creating

20  *Blurred Lines*?

21  A.    I've said in the past that I can see where people felt like

22  that and I'm -- and I must have been channeling that feeling,

23  you know, that late '70s feeling.

24  Q.    Okay.

25  A.    And sometimes when you look back on your past work, you see

1  inflections of people, but it doesn't mean that's what you're

2  doing when you're in it.

3  Q.   Okay.  I would like to put on the board Exhibit No. 25.

4  And, Mr. Williams, I want to just show you, you did an interview

5  with *XXL*; isn't that correct?

6  A.   Yes, sir.

7  Q.   Okay.  And in your interview with *XXL*, you stated as

8  follows:

9       *I was trying to pretend that I was Marvin Gaye and*

10 *what he would do had he went down to Nashville and did a record*

11 *with pentatonic harmonies.*

12      You did say that; correct?

13 A.   Yes.  Yes.  That's summary, when you're summarizing like

14 what you -- what your work is like and what you're doing.

15 Sometimes we don't know when we're in it, just to clarify for

16 you.

17 Q.   So is it your testimony that it's not true that you were

18 trying to pretend that you were Marvin Gaye when you were

19 creating *Blurred Lines*?  It was something that you realized

20 after the fact?

21 A.   Yes.  It was -- well, no.  What you're reading is my

22 interpretation of my work after I had done it.  But it wasn't a

23 preconceived notion to go into it and I wasn't thinking about

24 those things.

25      As musicians, we look back at our work and we give a

1  description.  Sometimes we know what we're doing when we're in

2  it and sometimes we look back and see what comes out.  That's

3  the truth.

4  Q.   Okay.  And, Mr. Williams, it's your position that you did

5  not go into the studio with the intention of making anything to

6  feel like or to sound like Marvin Gaye; correct?

7  A.   To sound like *Got to Give it Up*.

8  Q.   Okay.  You did not go into the studio --

9  A.   Or Marvin Gaye.

10  Q.   You did not go into the studio with the intention of making

11  anything to feel like *Got to Give it Up* or to sound like Marvin

12  Gaye; correct?

13  A.   No, sir.

14  Q.   Okay.  I would like to play -- and it's your testimony that

15  Marvin Gaye's -- or it's your -- yes.  It's your testimony that

16  Marvin Gaye's *Got to Give it Up* did not cross your mind at all

17  at any time in the creation of *Blurred Lines*; correct?

18  A.   Not during the creation, no, sir.

19  Q.   Okay.

20       I'm going to play Exhibit 390.

21       (Whereupon, the video was played.)

22  BY MR. BUSCH:

23  Q.   Okay.  Mr. Williams, it is your testimony that you and

24  Robin Thicke did not have any conversations whatsoever before or

25  during the creation of *Blurred Lines* in which he asked you to

# EXHIBIT 5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---

THE HONORABLE JOHN A. KRONSTADT

UNITED STATES DISTRICT JUDGE PRESIDING

Pharrell Williams, et al.,          )

                    Plaintiffs,     )

                                    )

vs.                                 )   Case No.

                                    )   CV 13-06004-JAK(AGRx)

Bridgeport Music, Inc., et al.,     )

                    Defendants.     )

_____     )

REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS

Day 7 - P.M. Session

Los Angeles, California

Thursday, March 5, 2015

Pamela A. Batalo, CSR, FCRR, RMR
Official Reporter
Royal Federal Building
255 East Temple Street
Room 181-I
Los Angeles, California  90012
(213) 687-0446

Exhibit 5, Page 42

1  *to Give it Up.*

2         And Pharrell Williams, he told interviews --

3  interviewers that he pictured himself as Marvin Gaye while

4  creating *Blurred Lines*.  And he told other interviewers, without

5  the interviewer even mentioning *Got to Give it Up*, saying he

6  tried to take the feeling that *Got to Give it Up* gave him when

7  creating *Blurred Lines*.  He didn't say *I took the feeling of an*

8  *era.*  He didn't say *I took the feeling of James Brown.*  He

9  didn't say I took the feeling of any other artist or any other

10  song.  What he said was it was *Got to Give it Up* and that he

11  pictured himself as Marvin Gaye.

12         But when this dispute arose, Mr. Williams and

13  Mr. Thicke began a campaign of changing their testimony and

14  statements nearly every time they spoke about it.  First,

15  Mr. Thicke went from saying he told Mr. Williams to create a

16  song just like *Got to Give it Up*, to telling Mr. Williams in

17  sworn, written statements in this case that he told Mr. Williams

18  to create a song that evoked the era of *Got to Give it Up*,

19  changing his story that he gave in multiple interviews, to

20  saying in sworn testimony that he did not tell Mr. Williams

21  anything.

22         And Mr. Williams went from saying that he pictured

23  himself as Marvin Gaye when creating *Blurred Lines*, not anyone

24  else, and that he took the feeling that *Got to Give it Up* gave

25  him to saying that neither Marvin Gaye nor *Got to Give it Up*

1    ever crossed his mind when creating *Blurred Lines*.

2          He actually went on that witness stand yesterday and

3    told you that he only realized after the fact that he was

4    picturing himself as Marvin Gaye when creating *Blurred Lines*,

5    whatever that means.

6          And Robin Thicke went from explaining his change in

7    stories from saying in his deposition that he purposefully lied

8    in interviews because he was jealous and wanted credit for

9    writing the most successful song of his career, which makes no

10   sense because he was the first person credited as a writer on

11   the album with his picture on it, and saying in his deposition,

12   excusing his dishonesty, by saying that he will, quote, say

13   whatever he needs to say to sell records.

14         To now saying on the witness stand right up there

15   under oath in this case to saying that he only realized he was

16   not in the studio and did not have any conversations when --

17   when Mr. Williams said so in his deposition.  At which point,

18   Mr. Thicke said a light bulb went on.  And he supposedly only

19   then realized, hey, I wasn't there and there was no

20   conversation.

21         Mr. Thicke actually said that under oath on the

22   witness stand in this case -- he actually said he was living in

23   revisionist history.  I don't know what that means either.  But

24   what I do know is that he said he deliberately did it and now

25   he's saying I didn't deliberately do it but I only realized I

For instance, she admitted that the first four beats
of the bass line had an A note on each downbeat in both songs.
I did this to show that Ms. Wilbur was concentrating on
differences in the pieces and avoiding the similarities.

The highest note in both bass lines is a D and
preceded by an A in both songs and she admitted very importantly
that the only chord progression of *Blurred Lines* is A and E.
And she admitted the same chord progression in *Got to Give it
Up*.  And she finally admitted that five of the six pitches in
the signature phrase are identical and two out of three pitches
in the melisma are also identical.

And one of the important elements of *Blurred Lines*
copied was the hook, *good girl*.  And in his deposition, I asked
a very straightforward question of Mr. Williams.  I asked him
what's the hook of *Blurred Lines*.  He said *good girl*.  Not
controversial, not confusing.  But yesterday for some reason he
went out of his way to claim that it was not and he did not
understand the question.  Made no sense.  And his explanation
for his behavior at his deposition, saying he came there to
bring clarity to the situation, likewise made no sense.

You saw the video of what happened at the deposition.
And as I told you in my opening statement, keep in mind at all
times, these people are professional performers.

He also told you yesterday, Mr. Williams did, when I
played him two parts of *Got to Give it Up* and *Blurred Lines*, he

1  because it's no good.  In fact, the music here sold the song

2  because if you wanted to buy the video -- I'm sorry.  If you

3  wanted to watch the video, you could watch it for me.  If you

4  wanted to buy the music and have it with you at all times, you

5  bought the track.  The music sold this song.  And Mr. Williams

6  has admitted as much.

7        And as far as marketing is concerned, they already --

8  Universal already deducted the marketing expenses from their

9  revenue number to get to profit.  They should not be entitled to

10  deduct -- make any further deduction.  It is also not relevant

11  in the damage calculation that what the Gayes own is a musical

12  composition.  As I asked Mr. Bania yesterday, *Got to Give it Up*

13  has infringed because it is contained in both the musical

14  composition of *Blurred Lines* and the sound recording.  And as

15  was discussed during Mr. Bania's testimony, without the song in

16  it, all of the sound recording owner of *Blurred Lines* Universal

17  would have is a picture of Robin Thicke and a blank CD with no

18  sound.

19        One last point.  As you were instructed, unless the

20  Thicke parties show that the profit was due to other factors

21  other than the infringement, all the profits should be

22  disgorged.  That's what the law says and that's what you have

23  been instructed.  Their theories on apportionment are not valid.

24  You will have to decide what you think is fair.  In this regard,

25  I ask you to keep this in mind.  They were dishonest from the

1    time this matter started and even in this trial.  They kept

2    changing their stories time and time and time again.  They gave

3    a sworn, written answer to questions and then changed their

4    answer when they got in their deposition.

5            Mr. Williams said one thing in his deposition and

6    something that you cannot reconcile outside of his deposition

7    when he was interviewed and gave print interviews.

8            I would suggest that whatever of the composition you

9    find that the Gayes would have received if licensed at minimum

10   should be used as the amount of the percentage of profit that

11   should be awarded.  So we have a stipulation in this case,

12   you'll have it back with you in the jury room, that speaks of

13   the profit of each of the individual parties.  Mr. Thicke's

14   profit was $5,628,214, of which four million $253 -- $4,253,643

15   is royalties from the sale of the record, because you can't take

16   into consideration things -- parts of this that you award as

17   actual damages in the publishing.  It has to be separate from

18   that.  That's what you will see in the instruction.

19           And Mr. Williams received $5,153,000, of which

20   $860,000 were royalties.  And Interscope and Star Trak and UMG

21   D, their profit was approximately 5 or $6 million.

22           So what you'll see in this case is before you get to

23   overhead, there is about $10 million that's not accounted to

24   with respect to publishing that's at issue for which you can

25   award profit.

don't get sued by him for copyright infringement.  But that is

what this is about.  This is a copyright infringement case where

Mr. Thicke and Mr. Williams created a song from *Got to Give it*

*Up* and in so doing, copied *Got to Give it Up* from elements that

are found in the deposit copy lead sheet, which Ms. Wilbur

admits it is, and we all know that it is.

You can't sit there -- and let me tell you something

else about how I see this.  You can't sit there and say one

thing one time when you're asked and another thing another time

that you're asked and another thing another time that you're

asked and then have people doubt your -- be upset that people

doubt your credibility.  Telling the truth is important in life.

And if you're not -- as I tell my children, if you are

being honest, you never even have to remember what you said

because it will always come out the same way.  But when you're

telling a story and you're making it up, you do have to remember

what you said.  You have to have a good memory.  And that's the

problem.

They copied eight different elements from *Got to Give*

*it Up*.  Each and every one of them are shown on the deposit copy

lead sheet.

And despite the accusations and the statements that

were made, you've heard it.  And we have cut for you very

specific audio clips that show the vocal melodies are the same.

That the bass line and the keyboard melodies are the same.  That

1    I just want to go through my notes very briefly.  I

2  don't have much more, I don't think.

3         Judith Finell is here because she cares.  Is there

4  anything wrong with that?  She believes.  She wants justice for

5  the Gaye family.  Is there anything wrong with that?  I don't

6  think so.

7         She was cross-examined for hours and she told you that

8  all these elements are shown on the lead sheet.  She told you

9  why.  And let's go back to what Ms. Wilbur said that I explained

10  to you.

11         Ms. Wilbur admitted when she wasn't in this case that

12  notation of a lead sheet is representational.  That's what she

13  said.  And that different people transcribing music do it

14  differently.  And I am going to ask you once again to pay

15  attention to the Court's jury instructions.  Nowhere in the jury

16  instruction, nowhere will you find anywhere where the Court has

17  instructed you that the notes in the lead sheet have to match

18  precisely with the notes in the composition as recorded in the

19  Marvin Gaye composition that was released.  You're not going to

20  see it.  That's not the instruction.  And it's not the law.

21         And so what they're basically saying, what it boils

22  down to is:  Yes, we copied, yes, we took it, yes, we lied about

23  it, yes, we changed our story every time.  Oh, I'm sorry.  One

24  more thing.  I hate to interrupt myself here.  But the other

25  thing that was particularly upsetting is this constant reference

to the fact that in their interviews and their statements and
when they were on *Oprah* and when they were talking to you and
trying to get you to buy *Blurred Lines*, they weren't under oath.
So therefore, they don't have to tell the truth.  That they had
no obligation to tell the truth?  That they can say whatever
they want to say and it's excusable?

But they also didn't tell the truth when they were
under oath.  They've made -- they said in their sworn written
interrogatories that this conversation between Mr. Thicke and
Mr. Williams happened.  That means something.

And when they go in their deposition and they're sworn
to tell the truth and Mr. Thicke says *I did it because I was
jealous, I did it intentionally because I say whatever I need to
say to sell records, which means saying that the song is like
Got to Give it Up* and then sitting in this room and saying *it
wasn't intentional, I just didn't remember and it wasn't until
Mr. Williams told me I wasn't there and I didn't -- I didn't
have any role in this, oh, the light bulb went on.  I was living
in revisionist history.*  That's testimony under oath.

So what are you going -- I guess at the end of the
day -- I guess at the end of the day it boils down to this:  Who
do you believe?  That's what it boils down to.  Do you believe
Judith Finell and Ingrid Monson, who has never been an expert
witness before in her life, who has the most impressive
credentials I've ever heard of, Professor of African-American

1   Music, Harvard, Quincy Jones professor of African-American

2   music?  Are you going to believe Nancie Stern who has spent 20

3   years in this industry?  Who told you that this was the copying?

4   Who told you that she would have valued this at 50 percent

5   minimum?  Are you going to believe them?  Or are you going to

6   believe Sandy Wilbur who told you that she did work that she

7   admitted in her deposition she didn't do?  Or are you going to

8   believe Sandy Wilbur who in different cases, in different

9   declarations she gave, said things directly contrary to what she

10  said in this courtroom?  Or are you going to believe Robin

11  Thicke, who has admittedly told us all that he is not an honest

12  person?  Or are you going to believe Pharrell Williams, who I

13  showed you said different things about the creation of *Blurred*

14  *Lines* when he was asked at different times?

15          The world will not end if you vote in favor of the

16  Gayes, believe me.  But what is important is people have to be

17  held responsible for their actions.  And honesty means

18  something.  And telling the truth means something.  Thank you.

19          THE COURT:  Thank you, Mr. Busch.

20          Ladies and gentlemen, I'm going to read you some final

21  instructions.

22          When you begin your deliberations, you should elect

23  one member of the jury as your presiding juror.  That person

24  will preside over the deliberations and speak for you here in

25  court.  You will then discuss the case with your fellow jurors

# EXHIBIT 6

1

2

3

4

5                    PHARRELL WILLIAMS INTERVIEW

6

7

8                 TRANSCRIPT OF VIDEO RECORDING

9                        JASMINE SIMPKINS

10                       PHARRELL WILLIAMS

11                       Trial Exhibit 390

12            File Name:   390. Despicable Me 2 Interview

13

14

15

16

17

18

19

20

21   Transcribed By:

22   TERRI NESTORE

23   CSR No. 5614, RPR, CRR

24   JOB NO. 3847953

25   PAGES 1 - 3

Page 1

1              JASMINE SIMPKINS:  Blurred Lines, which is like

2       everyone's favorite; like me, my mom, my grandmother, like

3       it crosses generations, and I'm dead serious, but I think

4       it's like the Marvin Gaye-like feeling, with the sample.

5              PHARRELL:  Mm-hmm, no sample.

6              JASMINE SIMPKINS:  No sample?

7              PHARRELL:  Hmm-mm.

8              JASMINE SIMPKINS:  But is there -- were you

9       inspired by him for that song?

10             PHARRELL:  Oh, for sure, totally.

11             JASMINE SIMPKINS:  Yeah, mm-hmm.

12             PHARRELL:  But what I tried to do -- see, this is

13      the thing; what I tried to do was I tried to take the

14      feeling that Got To Give It Up gave me, but also tried to

15      do -- blend in like southern white Baptist harmonies on

16      the chorus.  And then, you know, sex is always a good

17      element to inject in anything.

18             (End of recording.)

19                          --oOo--

20

21

22

23

24

25

                                                    Page  2

```
 1                    CERTIFICATE OF TRANSCRIBER

 2

 3   STATE OF CALIFORNIA       )

                               )

 4   COUNTY OF NEVADA          )

 5

 6

 7         I, TERRI NESTORE, Certified Shorthand Reporter/

 8   Transcriptionist, do hereby certify that I was authorized

 9   to transcribe the foregoing recorded proceeding, and that

10   the transcript is a true and accurate transcription of my

11   shorthand notes, to the best of my ability, taken while

12   listening to the provided recording.

13

14         I further certify that I am not of counsel or

15   attorney for either or any of the parties to said

16   proceedings, nor in any way interested in the events of

17   this cause, and that I am not related to any of the

18   parties thereto.

19

20         Dated:  January 13, 2020.

21

22

23         TERRI NESTORE

24         TERRI NESTORE, CSR 5614, RPR, CRR

25
```

[1 - yeah]

| 1 | d | k | sex 2:16 |
|---|---|---|---|
| **1** 1:25 | **dated** 3:20 | **know** 2:16 | **shorthand** 3:7,11 |
| **13** 3:20 | **dead** 2:3 | **l** | **signature** 3:23 |
| **2** | **despicable** 1:12 | **lines** 2:1 | **simpkins** 1:9 2:1,6 2:8,11 |
| **2** 1:12 | **e** | **listening** 3:12 | **song** 2:9 |
| **2020** 3:20 | **either** 3:15 | **m** | **southern** 2:15 |
| **3** | **element** 2:17 | **marvin** 2:4 | **state** 3:3 |
| **3** 1:25 | **events** 3:16 | **mm** 2:5,7,11 | **sure** 2:10 |
| **3847953** 1:24 | **everyone's** 2:2 | **mom** 2:2 | **t** |
| **390** 1:11,12 | **exhibit** 1:11 | **n** | **take** 2:13 |
| **5** | **f** | **name** 1:12 | **taken** 3:11 |
| **5614** 1:23 3:24 | **favorite** 2:2 | **nestore** 1:22 3:7 3:24 | **terri** 1:22 3:7,24 |
| **7** | **feeling** 2:4,14 | **nevada** 3:4 | **thereto** 3:18 |
| **7709** 3:23 | **file** 1:12 | **notes** 3:11 | **thing** 2:13 |
| **a** | **foregoing** 3:9 | **o** | **think** 2:3 |
| **ability** 3:11 | **further** 3:14 | **oh** 2:10 | **totally** 2:10 |
| **accurate** 3:10 | **g** | **ooo** 2:19 | **transcribe** 3:9 |
| **attorney** 3:15 | **gaye** 2:4 | **p** | **transcribed** 1:21 |
| **authorized** 3:8 | **generations** 2:3 | **pages** 1:25 | **transcriber** 3:1 |
| **b** | **give** 2:14 | **parties** 3:15,18 | **transcript** 1:8 3:10 |
| **baptist** 2:15 | **good** 2:16 | **pharrell** 1:5,10 2:5 2:7,10,12 | **transcription** 3:10 |
| **best** 3:11 | **grandmother** 2:2 | **proceeding** 3:9 | **transcriptionist** 3:8 |
| **blend** 2:15 | **h** | **proceedings** 3:16 | **trial** 1:11 |
| **blurred** 2:1 | **harmonies** 2:15 | **provided** 3:12 | **tried** 2:12,13,13 2:14 |
| **c** | **hmm** 2:5,7,11 | **r** | **true** 3:10 |
| **california** 3:3 | **i** | **recorded** 3:9 | **v** |
| **cause** 3:17 | **inject** 2:17 | **recording** 1:8 2:18 3:12 | **video** 1:8 |
| **certificate** 3:1 | **inspired** 2:9 | **related** 3:17 | **w** |
| **certified** 3:7 | **interested** 3:16 | **reporter** 3:7 | **way** 3:16 |
| **certify** 3:8,14 | **interview** 1:5,12 | **rpr** 1:23 3:24 | **white** 2:15 |
| **chorus** 2:16 | **j** | **s** | **williams** 1:5,10 |
| **counsel** 3:14 | **january** 3:20 | **sample** 2:4,5,6 | **y** |
| **county** 3:4 | **jasmine** 1:9 2:1,6 2:8,11 | **see** 2:12 | **yeah** 2:11 |
| **crosses** 2:3 | **job** 1:24 | **serious** 2:3 | |
| **crr** 1:23 3:24 | | | |
| **csr** 1:23 3:24 | | | |

Page 1

Nevada Rules of Civil Procedure

Part V. Depositions and Discovery

Rule 30

(e) Review by Witness; Changes; Signing.  If requested by the deponent or a party before completion of the deposition, the deponent shall have 30 days after being notified by the officer that the transcript or recording is available in which to review the transcript or recording and, if there are changes in form or substance, to sign a statement reciting such changes and the reasons given by the deponent for making them. The officer shall indicate in the certificate prescribed by subdivision (f)(1) whether any review was requested and, if so, shall append any changes made by the deponent during the period allowed.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# EXHIBIT 7

1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 3  PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV13–06004–JAK (AGRx)<br><br>Hon. John A. Kronstadt, Ctrm 750<br><br>**EXHIBIT 7 TO DECLARATION OF DANIEL C. POSNER – TRANSCRIPT OF *PHARRELL AND RICK RUBIN HAVE AN EPIC CONVERSATION*** |

AND RELATED COUNTERCLAIMS.

1        0:00 / 47:58 Pharrell Williams: You did Rock the Bells?

2        0:02 / 47:58 Rick Rubin: Mmm.

3        0:06 / 47:58 Williams: Well Rock the Bells came out, I was like, what the

4    fuck is this?  You guys don't understand what you were doing us in Virginia.

5        0:19 / 47:58 Rubin: Thankful to be here.  All good.

6        0:39 / 47:58 Williams: Very.

7        0:45 / 47:58 Rubin: So what's you've been listening to lately, anything

8    exciting?

9        0:51 / 47:58 Williams: I feel like ahhh there's like a couple of songs here and

10   there, but for the most part. you know I just like to be intrigued.

11       1:00 / 47:58 Rubin: So tell me what intrigued looks like for you.

12       1:07 / 47:58 Williams: Intrigue for me is … first of all, this moment is

13   intriguing.  Doing this with you right now, that's intriguing.  But for me musically, I

14   feel like, I am not …I am not one of those guys that are like …  oh this is the nine

15   eight times signatures, this is amazing, that just felt like math to me.  I think I get

16   blown away by chord progressions that make me feel something that I'd never felt

17   before.  To me chords are coordinates.

18       1:39 / 47:58 Rubin: Wow.

19       1:41 / 47:58 Williams: You know what I mean, they like send you to a place.

20       1:43 / 47:58 Rubin: Beautiful.

21       1:45 / 47:58 Williams: And … I am lucky enough to be in the right elevator.

22   And I am looking up, I am doing… I am doing three things at once.  I am going

23   what is that?

24       1:57 / 47:58 Rubin: Uhmm

25       1:58 / 47:58 Williams: Number two, I am trying to like remember the feeling

26   because when I go to chase it later, that is .. I am gonna have to reverse engineer the

27   feeling in order to get to the chord structure.

28       2:10 / 47:58 Rubin: Uhmm.

1    2:11 / 47:58 Williams: And third is just back it by trying to shazam it right
2    there and there.

3    2:15 / 47:58 Rubin: How great is shazam?

4    2:17 / 47:58 Williams: Shazam is a gift.

5    2:18 / 47:58 Rubin: Yeah, game changer.

6    2:20 / 47:58 Williams: Game changer.

7    2:21 / 47:58 Rubin: So if you find one what do you do with it?  Let say you
8    hear something in that moment you have that experience, you've shazamed it.

9    2:28 / 47:58 Williams: Yeah.

10   2:29 / 47:58 Rubin: Next what happens?

11   2:30 / 47:58 Williams: I just wanna to listen to it over, over and over again.

12   2:32 / 47:58 Rubin: Uhmm

13   2:34 / 47:58 Williams: I am really understand what I am feeling.

14   2:37 / 47:58 Rubin: Uhmm

15   2:37 / 47:58 Williams: And why I feel that way.

16   2:39 / 47:58 Rubin: Uhmm

17   2:40 / 47:58 Williams: Cause there's a … there's a hold like university of
18   science between what's being played and what you're hearing.

19   2:52 / 47:58 Rubin: Yes.  So you're analyzing yourself as much as the music.

20   2:57 / 47:58 Williams: Yeah.  Cause if you don't then you don't really …
21   you're not really getting the proper assessment of what's happening, you know.  If I
22   am hearing something, then I am not paying attention to how I am feeling then for
23   me I don't know what I am listening … that's my way of … that's my GPS,
24   understanding.  That's how I process things, that's how I feel.

25   3:29 / 47:58 Rubin: Uhmm

26   3:31 / 47:58 Williams: Everything is catalogued by and categorized by the
27   feeling of it.  If I can't.  If I can't see how I feel about it, then I don't even really
28   know what it is, it's just music.

1    3:45 / 47:58 Rubin: So, so give me … you don't have to give me specific

2  example but what would be the kind of things that you'd be on the elevator that

3  would stop you on your tracks.  You don't have to be specific but how do you

4  describe what you're hearing.

5    4:03 / 47:58 Williams: I take it outside of music terms, it's like me and other

6  table with several people.  You're in a conversation with someone and all of the

7  sudden, you realized you drifted off and thought and this person is still talking, you

8  hear their voice but you now no longer know what they're saying.

9    4:21 / 47:58 Rubin: Yes.

10    4:21 / 47:58 Williams: Because you don't because you're not connected to

11  …you're not connected to, you're not plugged in,

12    4:27 / 47:58 Rubin: Yes.

13    4:21 / 47:58 Williams: To the conversation.

14    4:28 / 47:58 Rubin: Yes

15    4:29 / 47:58 Williams: So now it's just a bunch of vocal tone.

16    4:32 / 47:58 Rubin: Yeah.

17    4:33 / 47:58 Williams: That's what it's like if I'm not … if my feeling is not

18  connected to the song then I don't really know what I am listening to, couldn't really

19  tell you what it was.

20    4:42 / 47:58 Rubin: When you're working on music with other artists, are you

21  always working on it with them in mind or you're working on your favorite music

22  and then depending on who you're collaborating with, it applies to, it may or may

23  not apply to them.

24    5:03 / 47:58 Williams: I am always channeling other people, usually the

25  person that I am working with, I am sort of channeling them. Other times, I think

26  they should be channeling someone else.  So I'll do that for them.

27    5:16 / 47:58 Rubin: Uhmm

28

---
–3–

1        5:18 / 47:58 Williams: And they may not suspected, it will sound good on

2   them.  Sixty percent of the time, they don't do it, forty percent of the time people

3   just trust and try it.

4        5:29 / 47:58 Rubin: Uhmm

5        5:30 / 47:58 Williams: And with the next 60 percent of the time it goes to

6   someone else who absolutely gets it.

7        5:35 / 47:58 Rubin: Uhmm

8        5:36 / 47:58 Williams: That's how the universe works.

9        5:38 / 47:58 Rubin: Yeah.

10       5:39 / 47:58 Williams: Like … there all these triggers and not all of the

11  ending results will be what you think it's supposed to be, it's what was written.

12       5:53 / 47:58 Rubin: Yes.  If you are … speaks a little bit to something you

13  just said, if you're working with an artist, and you have a difference of opinion with

14  the artist over something that you're working on, what would normally happen?

15       6:10 / 47:58 Williams: Often times I take off my ego hat when I am in the

16  studio, so a lot of times, there's this thing that happens, where it's like people

17  respect for the most part, but 10 percent most people assume like people respect

18  others that they idolize.  But I found that people do sometimes, what I found that

19  people really respect the kind of person they feel like is the alpha in their rapport in

20  this newfound rapport.  But most producers, they kind of like no I'm the Alpha do

21  you know how many records I've sold.

22       6:59 / 47:58 Rubin: Yeah.

23       7:01 / 47:58 Williams: When truth be told we've not sold anything.  We've

24  only made music and people chose to stream it and share it and whatever.  We're

25  not responsible for our success.

26       7:10 / 47:58 Rubin: Agreed.

27       7:10 / 47:58 Williams: Millions of people who are responsible.

28       7:15 / 47:58 Rubin: Absolutely.

1    7:16 / 47:58 Williams: Yeah.  But when you do that like often times you run

2  the risk of them just all of a sudden just being like, man, I went from like trembling

3  in my boots talking to my parents to being so excited to being in the room with this

4  guy to like he, you know, I run the show.  And so we get to that place that we're

5  talking about when there's a subtle disagreement, this is what I still leave my ego

6  hat like hung up at the door.  But that's when I say maybe you should try this or you

7  know what if you do that its probably gonna be what you've been doing and my job

8  is to nudge you, to poke and prod and pull you and places that you would not go so

9  that you can get a different result because if you do the same things you're just

10  gonna make another one of those really well.  You know what I'm saying?

11    8:10 / 47:58 Rubin: Um hmm.

12    8:11 / 47:58 Williams: And that's when they have to trust you.  And that's

13  that same kind of very subtle trust of when someone says oh, you snore in your

14  sleep.  But you're one of those people that doesn't snore and wake yourself up, you

15  just snore at a certain hour or whatever, you just don't know.

16    8:32 / 47:58 Rubin: Yes.

17    8:32 / 47:58 Williams: It's one of those subtle things that you just gotta trust,

18  that someone sees something that you can't see.

19    8:38 / 47:58 Rubin: Yes.

20    8:39 / 47:58 Williams: Another example of what those subtleties is like – you

21  hear yourself talk all day and then you hear yourself on a voicemail and you sound

22  completely different and you hate what you hear right?  But everybody else hears

23  the same thing.

24    8:56 / 47:58 Rubin: Yes.

25    8:32 / 47:58 Williams: But you hate that.

26    8:58 / 47:58 Rubin: Yes

27

28

8:59 / 47:58 Williams: Well the difference is is because we're listening through the cavity of our head but there again these people who don't notice those subtle differences they rule that out so if they can trust you enough.

9:12 / 47:58 Rubin: Yes

9:16 / 47:58 Williams: To know that you can see, hear or feel something that is way too close for them to discern then you guys have the ingredients for like something new to come.

9:30 / 47:58 Rubin: Yes.  How often would you say that happens?  Is it typical on most projects or once in a while or once in a blue moon?

9:40 / 47:58 Williams: Every time I go on with Kendrick he transforms, but he gets that.  He knows he's his next man, he's super clear about that.  Arianna trusted.  JZ gets it.  He's always gotten it.  I mean, people don't realize he's been making records since the 80s.  That's unheard of.

10:14 / 47:58 Rubin: What's the first record you made with him?

10:17 / 47:58 Williams: Got a lot of records together I think it was given to me.  I think that was the first one.

10:22 / 47:58 Rubin: Let's say you were going into the studio tomorrow with the new artist you never worked with before what would a typical first day be like?  Or is there a typical first day?

10:32 / 47:58 Williams: It's what they come in talking about.  It's what they happen to be actually going through, so what they're talking about at that particular moment.  It's what they happen to be going through and it's a new way that I can use their voice like a juxtaposition to what they usually do.  Like if we were comparing their voices to textures.  If they had a like satin voice what would it sound like against granite versus, you know, cotton.  You know if they have like a crazy like diamond voice what does this sound like, you know, dropped in jello?  Like how do I mix the sensories together?

1    11:34 / 47:58 Rubin: Usually when you start a project do you come in with
2  any ideas or thoughts before it starts or do you start with like a blank slate?

3    11:44 / 47:58 Williams: A lot of times I'll come in with like two or three
4  ideas.

5    11:48 / 47:58 Rubin: And might those be conceptual ideas or tracks?

6    11:52 / 47:58 Williams: Tracks.

7    11:58 / 47:58 Rubin: Do you make tracks often?

8    12:00 / 47:58 Williams: Yeah.

9    12:01 / 47:58 Rubin: And do you make tracks regardless of thinking about
10  where they're gonna go?

11    12:06 / 47:58 Williams: Sometimes I think about where they're gonna go to
12  get them out to light.

13    12:11 / 47:58 Rubin: Just to make them.

14    12:12 / 47:58 Williams: Yeah I have to channel.

15    12:13 / 47:58 Rubin: Yeah.

16    12:16 / 47:58 Williams: I channel all the time.  I'm always pretending I'm
17  someone else in order to get it to come out because I just feel like I'm the best
18  version of myself is as a producer is I'm like a mirror for people.  I try to show them
19  sides of themselves that they don't ever use as like when people take selfies they
20  only take like they only use like one side all the time so I'm the guy who's like hey
21  you know God made another side like it's very interesting you should try it.

22    12:44 / 47:58 Rubin: Let's come up with a hypothetical example, name an
23  artist you like from childhood someone you listen to as a kid can you tell me
24  someone?

25    12:52 / 47:58 Williams: Stevie Wonder.

26    12:53 / 47:58 Rubin: Okay so if you were producing a Stevie Wonder album
27  what would be what's what would be your first instincts in making a Stevie Wonder
28  project that you would want to listen to?  What would it be?

---

1    13:11 / 47:58 Williams: That's kind of difficult because he's done so many

2  different genres.  I mean his reggae was amazing, his disco was amazing, his ballads

3  were unbelievable, his Parisian Burt Bacharach, you know, bossa nova stuff was

4  amazing, so maybe use some maybe let's use somebody else.

5    13:35 / 47:58 Rubin: Okay.

6    13:38 / 47:58 Williams: I guess I only like eclectic people, because I was

7  gonna say Earth Wind and Fire but like they did a lot of stuff, too.

8    13:52 / 47:58 Rubin: Absolutely.  I like a couple of non eclectic groups.  I like

9  the Ramones and I wouldn't want them to be different.

10    14:05 / 47:58 Williams: Yeah they were really good at that thing.

11    14:07 / 47:58 Rubin: Yeah yeah but more often than not I like the watching

12  the evolution and growth.

13    14:15 / 47:58 Williams: Maybe Prince.

14    14:16 / 47:58 Rubin: That's a good one.  So what would what would the

15  Pharrell produced Prince project, what would be different about it?

16    14:27 / 47:58 Williams: Maybe be interesting to hear him do like Afro-Cuban.

17    14:34 / 47:58 Rubin: Be incredible.

18    14:36 / 47:58 Williams: Be something else yeah.

19    14:36 / 47:58 Rubin: Great idea.  Beyond Stevie and Prince who would have

20  been the music you listened to growing up?

21    14:47 / 47:58 Williams: Earth, Wind & Fire, James Brown.

22    14:54 / 47:58 Rubin: And did you grew up in a musical household?

23    14:57 / 47:58 Williams: They played a lot of music all the time.

24    15:01 / 47:58 Rubin: Brothers and sisters?

25    15:02 / 47:58 Williams: Yes.  Music was just like in our environment it was

26  just like in the environment and like going to church all the time, you know, like

27  between getting in the car, and listening to the music in the car, listen to the music at

28  home, and at church like it was always something.

–8–
EXHIBIT 7 – TRANSCRIPT OF *PHARRELL AND RICK RUBIN HAVE AN EPIC CONVERSATION*

1        15:20 / 47:58 Rubin: You grew up in Virginia?

2        15:21 / 47:58 Williams: Yes sir.

3        15:22 / 47:58 Rubin: And what was the music you listen to in the car, what

4 was the station?

5        15:25 / 47:58 Williams: On the FM side it was K94 and on the AM side I was

6 AM 850, and everything from Rick James, Give it to Me, to Thriller, to Another

7 One Bites the Dust, to Chuck Brown's Bustin Loose.  I mean it was a wide range it

8 just.

9        16:10 / 47:58 Rubin: Did GoGo make it to Virginia?

10        16:12 / 47:58 Williams: Oh my goodness.

11        16:13 / 47:58 Rubin: Really?

12        16:14 / 47:58 Williams: GoGo was the second sound of Virginia.

13        16:18 / 47:58 Rubin: Wow.

14        16:20 / 47:58 Williams: It was everything.

15        16:21 / 47:58 Rubin: Wow.

16        16:23 / 47:58 Williams: Everything.

17        16:24 / 47:58 Rubin: Did you ever go to the go-go?

18        16:26 / 47:58 Williams: Nothing like it.

19        16:27 / 47:58 Rubin: Nothing like it.

20        16:28 / 47:58 Williams: That's a world yeah and it's so interesting to me

21 because it's such a pocket that if you go outside of DC, northwise like to New York

22 like you wouldn't know anything about it.

23        16:38 / 47:58 Rubin: No.

24        16:40 / 47:58 Williams: If you go but when you go down south, you can find

25 some of it in Delaware you could find a little bit of it in Maryland, but not much and

26 Virginia was just big, and the Carolinas it was big.  It was a world.  It's a world.

27

28

1   17:02 / 47:58 Rubin: When I first heard it completely blew my mind.
2   Completely it felt like it was the next, like after hip hop, the next wave, it felt like
3   that.

4   17:12 / 47:58 Williams: Yeah.

5   17:13 / 47:58 Rubin: It felt like that.

6   17:14 / 47:58 Williams: Well you guys produced a lot of records with that
7   sound, right?

8   17:16 / 47:58 Rubin: Yeah yeah.

9   17:17 / 47:58 Williams: You did Rock the Bells?

10  17:18 / 47:58 Rubin: Umm-hmmm.  I haven't heard it in a while, but hope it
11  holds up

12  17:02 / 47:58 Williams: That's crazy bro.  I was I never forget where I was
13  when I heard Rock the Bells for the first time.  We were over my cousin's house out
14  in Norfolk, and uh, I got a cousin named Fifi and my mom and dad used to go over
15  their house over the weekends that were like we would just go over there to play
16  cards well they would go at it play cards I don't know how today we'll play like
17  spades.  But when Rock the Bells came out I was like what the fuck is this the
18  because it was because we loved Go-go.

19  18:15 / 47:58 Rubin: Yeah.

20  18:15 / 47:58 Williams: So it was kind of like these New York guys, which is
21  like go-go sound, and then like L was like the coolest, had the crazy chains.  You
22  guys don't understand what you were doing to us in Virginia.  It was a whole thing.
23  It was like you know yeah I bad I wanted a troop jacket?  Like how bad I wanted a
24  troop jacket, I wanted that I wanted those chains.  The music just literally
25  transformed.  It was doing things to our minds, shifting our perspectives, making us
26  dance, making us run to the television to watch Yo! MTV Raps for a glimpse of
27  anything, any kind of slang.  We savored it, because those records were so good.

28

1    19:22 / 47:58 Rubin: People don't remember how hard it was to hear rap
2  music.

3    19:27 / 47:58 Williams: No.

4    19:28 / 47:58 Rubin: It was the underground of the underground.

5    19:31 / 47:58 Williams: Yes.

6    19:35 / 47:58 Rubin: It was a tiny subculture.

7    19:37 / 47:58 Williams: Really tiny, but he's super huge.

8    19:40 / 47:58 Rubin: Yes, but also tiny.

9    19:42 / 47:58 Williams: Like they did a lot to try to suppress it, but the white
10 kids loved it too much and there was no hate to make it racial but that's what
11 changed, it right?  We've been professed our love for it.  You guys been making it,
12 but you just couldn't you know, they couldn't suppress that.  It just was too big, it
13 was just too strong, it was too beautiful, and it was igniting people in a way.

14    20:17 / 47:58 Rubin: Why do you think they wanted to suppress it?

15    20:23 / 47:58 Williams: They don't understand it in my opinion.  They didn't
16 understand it they didn't understand what was coming from.  If you don't
17 understand where it's coming from, you really don't understand why it's necessary
18 to support it, and then like some, a group of people realized there was a lot of money
19 in it, and then things changed obviously.

20    20:53 / 47:58 Rubin: I think it changed for the worst personally.  My
21 experience was, when people started getting involved, once they saw they could
22 make money in it.

23    21:03 / 47:58 Williams: Yeah.

24    21:04 / 47:58 Rubin: It changed the culture a little bit.

25    21:06 / 47:58 Williams: Sure.

26    21:07 / 47:58 Rubin: Because early on anyone who's doing it clearly loved it
27 because there was no upside so if you were doing it you had to love it.

28    21:13 / 47:58 Williams: Yeah you just did it because it felt amazing.

1     21:15 / 47:58 Rubin: That's it.  What's, what's your first memory of any hip-
2     hop?

3     21:25 / 47:58 Williams: Kraftwerks.

4     21:27 / 47:58 Rubin: Wow.  Interesting.  I wouldn't have given that answer
5     even though probably same, but I wouldn't have thought that.

6     21:35 / 47:58 Williams: Yeah.

7     21:36 / 47:58 Rubin: Yeah.

8     21:37 / 47:58 Williams: We were hearing those records and we were like,
9     what is this?  Another record it was very transformative in Virginia was Strafe, Set
10    It Off.

11    21:47 / 47:58 Rubin: Yeah, incredible, one of the greats.  Any time we were
12    to club and that came on people just lost their mind.  One of the greats.  And there's
13    not much to it if you think back.

14    22:02 / 47:58 Williams: It's amazing.  Every sound.

15    22:05 / 47:58 Rubin: Yeah.

16    22:06 / 47:58 Williams: Every sound in that song.

17    22:07 / 47:58 Rubin: Yeah.

18    22:02 / 47:58 Williams: That's like what I was like trying to beat when we did
19    grinding and I was like trying to beat like the classicness of like Set It Off.  I mean
20    the Benjamins is what sent us in the studio like okay we gotta like we gotta beat this.

21    22:29 / 47:58 Rubin: Yeah.

22    22:02 / 47:58 Williams: But Set It Off was like, Set It Off was a hit for like
23    eight more years.

24    22:38 / 47:58 Rubin: Yeah for sure.  For sure you can go out to a club today
25    and still hear it and it would play like it played the day came out.

26    22:45 / 47:58 Williams: Starts with one snare.  There was as a kid, there was
27    nothing like coming outside, somebody pulling up like you know their car whatever.
28    You come outside and like one of the drug dealers is like you don't have the system

1  light just knocking, and they're playing Set It Off, and they all just sitting around

2  like smoking a joint, and you're just like wow.  These guys are Titans.  I mean that's

3  how we looked at them they were like larger-than-life.  I mean every time you came

4  outside you know the gold chains or whatever and the music's playing, those are

5  videos.  At least that's how I was looking at it I would just go outside like wow.

6  We're losers.  Well what we're gonna do today?  Let's go lose.  Squawk outside and

7  you just see like the baddest chicks, you know the hoop earrings, the bicycle shorts,

8  you know, with the incredible figures talking to the drug dealers and those guys are

9  all just like, you know, chains out passing joints and Set It Off is playing and it's a

10  movie.  Another record to me that is like had like a eight year run.  White Lines.

11      24:16 / 47:58 Rubin: Yeah.

12      24:16 / 47:58 Williams: How do you just like how do they just like nail each

13  one of Planet Rock?

14      24:25 / 47:58 Rubin: Mmm-hmm.

15      24:30 / 47:58 Williams: Numbers.  Set It Off and White Lines.  And the

16  message?

17      24:39 / 47:58 Rubin: Mm-hmm.

18      24:41 / 47:58 Williams: Each one of those records, so my question is like how

19  like what were those guys feeling where was Grandmaster Flash and Melly-Mel

20  feeling when they made The Message?

21      24:51 / 47:58 Rubin: I might argue Scorpio, for that matter.

22      24:54 / 47:58 Williams: Scorpio.

23      24:55 / 47:58 Rubin: Yeah when I was DJing I would always play Scorpio.

24      24:59 / 47:58 Williams: Did you did you do that record too with L?

25      25:01 / 47:58 Rubin: I don't know.

26      25:03 / 47:58 Williams: The Jingling Baby.

27      25:04 / 47:58 Rubin: No, that's after me.

28      25:06 / 47:58 Williams: Okay because that's what they sample.

–13–

1    25:08 / 47:58 Rubin: Oh is it?

2    25:09 / 47:58 Williams: Yeah.

3    25:10 / 47:58 Rubin: I had no idea.

4    25:11 / 47:58 Williams: Yeah that was a rocket.

5    25:12 / 47:58 Rubin: Yeah.

6    25:14 / 47:58 Williams: Bram Bram Bram Bram

7    25:19 / 47:58 Rubin: So cool.

8    25:22 / 47:58 Williams: That's like music was a different kind of eclectic

9    then.

10    25:42 / 47:58 Rubin: Any theories why?

11    25:45 / 47:58 Williams: Technology where it was where it was.

12    Instrumentation was still very much so a very big part of it.  There's a lot of

13    predictive default modes in in the way that people program now.

14    26:02 / 47:58 Rubin: Yeah.

15    26:02 / 47:58 Williams: Like so you don't have to play as much as you can,

16    you know, it's perfect for someone who is a great player or someone who's not the

17    best player but has ideas has really strong ideas.  So that takes a lot of the

18    experimentation that the machine can predict and get to but there's a different thing

19    that man has that the machines don't.  It's an intuitiveness.

20    26:36 / 47:58 Rubin: Yes

21    26:36 / 47:58 Williams: An intuitive intuition and prediction are two different

22    things, and so the machine can do give you a bunch of predictive equations for

23    examples of changes you might like or things you might want to do and make some

24    really very interesting suggestions, but it's predictive and it's pretty much based on

25    like not even random but just like different variations.  Whereas intuition is like no

26    go completely left.

27    27:08 / 47:58 Rubin: Mmm-hmm how much do you rely on technology like,

28    are you attached to certain instruments or certain technology.

–14–

1    27:24 / 47:58 Williams: I think I'm like pretty much porous at this point like

2    I'm just open you know.  I like the way I work at the moment but I'm like open to

3    new methods.

4    27:35 / 47:58 Rubin: When you first started making music you went from not

5    seeming like a hip-hop fan, into what's the first thing you ever made regardless

6    whether you put it out or not what was your first experiments in making your own

7    music?

8    27:47 / 47:58 Williams: We Chad and I and I haven't mentioned Chad yet but

9    because I think you asked me a lot of questions in reference to my own personal

10    process but for a very big part of my career Chad and I work together and I think

11    what we tried to do, and we still work together, but I think for the most part what we

12    always tried to do was reverse-engineer the songs that did something to us

13    emotionally and figure out where the mechanism is and there and listen said to you

14    before try to figure out if we can build a building that doesn't look the same but

15    makes you feel the same way.

16    28:29 / 47:58 Rubin: Yeah.

17    28:33 / 47:58 Williams: I did that and blurred lines and got myself in trouble.

18    28:36 / 47:58 Rubin: Yeah. Ridiculously.

19    28:40 / 47:58 Williams: Stevie Wonder told me he said you got to get the

20    right musicologists in there because juries don't understand.  It's very technical

21    what you've done.

22    28:54/ 47:58 Rubin: Yeah and it's the song is nothing like the song

23    28:56 / 47:58 Williams: Nope but the feeling was.

24    28:59 / 47:58 Rubin: Yeah but the feeling not something you can copyright.

25    29:02 / 47:58 Williams: No, you can't copyright a feeling.  All salsa songs

26    sound pretty much the same.

27    29:06 / 47:58 Rubin: Yes, and reggae songs or any genre.

28    29:10 / 47:58 Williams: 100%

–15–

EXHIBIT 7 – TRANSCRIPT OF *PHARRELL AND RICK RUBIN HAVE AN EPIC CONVERSATION*

1          29:11 / 47:58 Rubin: Trap music sounds relatively similar.

2          29:13 / 47:58 Williams: Yeah but here's the difference.  What we failed and -

3     it hurt my feelings because I would never take anything from anyone -

4          29:22 / 47:58 Rubin: Of course!

5          29:26 / 47:58 Williams: And it really set me back.  I made Missy Elliott's

6     Where They From in the middle of that trial, when I was really hurt because what I

7     realized all too late was what he was trying to tell me is I needed to use my gift to

8     make music, to reverse-engineer the disparity between the truth and people's, and

9     the juries uneducated opinions.  And I say that because rayon and silk feel the same

10    but we understand that there's a clear difference.

11         30:23 / 47:58 Rubin: Yeah.

12         30:23 / 47:58 Williams: And that was what happened.  Like I really made it

13    feels so much like it, that people were like oh I hear the same thing and it's like nah,

14    look at the notes, well you don't know then you know when you get like you know

15    an ambulance chaser, which is who they got it's got another one in like I speak

16    negatively about them this was my lesson.

17         30:56 / 47:58 Rubin: Yeah.

18         30:57 / 47:58 Williams: I didn't take Stevie's advice to the fullest extent.  I

19    did, I thought I was, but I never I really underestimated people are not not getting

20    that.

21         31:10 / 47:58 Rubin: Yeah but the issue is it's bad for music because we've

22    had an understanding of what a song is and now based on that one case now there's

23    a question what a song is.  It's not what it used to be, because in the past it would be

24    the chords, the melody, and the words would be the song.  And, your melody, and

25    your words, none of them had anything to do.

26         31:53 / 47:58 Williams: Nope.

27         Rubin: So

28         Williams: it was just a feeling but …

1    32:00 / 47:58 Rubin: But it leaves us as music makers in a really

2    uncomfortable place making things because now we don't know what you can do.

3    32:08 / 47:58 Williams: I failed you.

4    32:09 / 47:58 Rubin: (laughs)

5    32:10 / 47:58 Williams: I did.  I left it up to what I thought would be you

6    know what was right when I was wrong because I didn't go to the extra mile to get

7    people to understand.  You can you can copyright that which is tangible, not the

8    intangible and that's what they proved because I had a ability to make something

9    feel very similar, they said you know what? this is wrong if it feels like it that's what

10   it is. Well you can't copyright a feeling because if that's the case there will be a lot

11   of marijuana cases right now.  Well this weed makes me feel this way and this weed

12   makes me feel this way, it's the same.  Copywriting feeling yeah right so that means

13   that like if you make chocolate and somebody else makes chocolate and both of

14   them make someone feel a certain kind of way they can now sue you.

15   33:07 / 47:58 Rubin: Be an interesting documentary for you to make about

16   just about this.  Just explain, just explain to people how it works, what you did, what

17   the what the rules historically have been and what impact this this decision has on

18   the history of music.  Because if you I mean everything is rooted in something.

19   Everything.

20   33:44 / 47:58 Williams: That one hurt me, that one set me back, that one like

21   that hurt well.

22   33:52 / 47:58 Rubin: Everyone was shocked by it.

23   33:53 / 47:58 Williams: Of course.

24   33:54 / 47:58 Rubin: Anyone who knows about it who knows who

25   understands the situation would be shocked by it because what you did was

26   completely what has been done since the beginning of people making music.

27   34:07 / 47:58 Williams: Yeah.  I mean can you imagine all the people who

28   made Motown-esque music.

1          34:13 / 47:58 Rubin: Everyone.

2          34:14 / 47:58 Williams: You know. Everybody that makes meringue,

3 everybody that makes jazz.  Oh without swinging.

4          34:30 / 47:58 Rubin: I wonder if this is interesting I never really made this

5 connection before but I wonder if this in any way plays into the new way our culture

6 is looking back on material.  Like I was at a dinner the other night and someone

7 mentioned that Richard Pryor wouldn't be able to put out the material that he put out

8 today.  And Richard Pryor was great you know one of the great all-time greats and I

9 wonder if there's this like if the line of what's possible instead of it being this ever

10 expanding growth of making more beautiful interesting things, the powers that be

11 may be very much like in the beginning days a hip-hop are trying to constrict that

12 opening of what's possible to share.

13          35:38 / 47:58 Williams: I mean there's a there's a yeah I think there's I think

14 there's always that anyways. I mean I think that's the country we live in.  That's the

15 world we live in there's always a bunch of you know older folks who are in

16 positions of power who don't think as progressively as the younger generation and

17 seek to hold things and keep trying to keep things as yesterday when we already

18 know it's already for tomorrow.  I mean, I don't think that he could do that kind of I

19 don't think that he could do it now.  I don't think Richard could do it now I think

20 he's amazing to me he's the G.O.A.T. – he's like the greatest of all time to me of all

21 the time, but I don't think you could because the poles have shifted already.  And

22 when the polls shift everything in the matrix it's just a new it's a new color, it's a

23 new taste it's the new smells and new feeling and the rules change.  If you go back

24 and look at half the commercials that were like out in the 70s like they are incredibly

25 disrespectful to women.  Like incredibly.  And so he made his jokes were created

26 and at a time when the zeitgeist was progressive for that time but then when you

27 look over your shoulder you realized that even in you know the need to progress

28 was still so much super wrong shit.  I mean like LGBTQIA where they were like

–18–

1  really not even allowed to exist with the exception of being mocked as men cross-

2  dressing for a joke or cross-dressing for a show.  Other than that that just didn't

3  happen.  And they you know it was okay to call them names and be incredibly

4  disrespectful to people's feelings that would never that will never fly.  But he I mean

5  if you really know his life story like I mean he didn't have anything against anyone.

6          38:12 / 47:58 Rubin: No.

7          38:13 / 47:58 Williams: And maybe and maybe he could have for that reason

8  yeah but the language that he used was because it was pushing it for that time.

9          38:22 / 47:58 Rubin: Yes.  It was of the moment, you can't you can't you

10  can't take art out of the context in which it was made.

11          38:30 / 47:58 Williams: Yeah, an art is expression and the art of art you know

12  the power of art but what gives art its pertinence is when people are pushing it.

13          38:40 / 47:58 Rubin: Yeah.

14          38:41 / 47:58 Williams: He would be pushing it in a completely different way

15  work right now.

16          38:44 / 47:58 Rubin: But but the world was a different place so he would be

17  pushing it maybe in the same way but it would feel completely different in today's

18  world because the world's different

19          38:51 / 47:58 Williams: Yeah.

20          38:53 / 47:58 Rubin: So the context would change everything

21          38:55 / 47:58 Williams: Yes.

22          38:55 / 47:58 Rubin: But he would it would be the same velocity

23          38:58 / 47:58 Williams: Yes.

24          39:00 / 47:58 Rubin: Of power.

25          39:01 / 47:58 Williams: The same degree.

26          39:02 / 47:58 Rubin: Probably just different jokes

27          39:04 / 47:58 Williams: 100%.

28

1    39:05 / 47:58 Rubin: Yeah since since the blurred lines issue - it's interesting
2    I wasn't even gonna bring it up - but since since.

3    39:12 / 47:58 Williams: Because we was talking about feeling I know that's
4    my - I know that's what the universe is giving me, one of the things it's giving me is
5    like the ability is to make things is to reverse-engineer a feeling and make a tangible
6    item.

7    39:27 / 47:58 Rubin: So since what happened happened has it changed
8    anything about the way you work?

9    39:32 / 47:58 Williams: No.

10    39:33 / 47:58 Rubin: Good.

11    39:35 / 47:58 Williams: This is the only way I know how to make.

12    39:36 / 47:58 Rubin: Great.

13    39:36 / 47:58 Williams: Yeah.

14    39:38 / 47:58 Rubin: That's great news.

15    39:38 / 47:58 Williams: Yeah.  I just know I need to be incredibly, when
16    something feels super no matter if the chords are absolutely like they're jazz chords

17    39:51 / 47:58 Rubin: Yeah.

18    39:52 / 47:58 Williams: And and what I am seeking to match the feeling in is
19    like '80's power power band cool chords.  I still reach out hey you guys just want to
20    be clear this feels the same to me

21    40:10 / 47:58 Rubin: Yeah.

22    40:11 / 47:58 Williams: But it's not.

23    40:12 / 47:58 Rubin: Yeah yeah.

24    40:13 / 47:58 Williams: Here's this here's this here's this here's this.  How do
25    you feel about this? You know just having those kinds of conversations if there's
26    someone who's just like completely outlandish about something like alright I'm
27    cool on you.  Like, whatever.  Which never happens.  This was just like a freak
28    situation

1    40:30 / 47:58 Rubin: Absolutely.

2    40:31 / 47:58 Williams: That was meant to humble me, to teach me a lesson.

3 And I think that lesson was just be very clear and what my intentions are and to just

4 not assume that everybody understands the difference the difference between rayon

5 and silk.

6    40:57 / 47:58 Rubin: Yeah.

7    40:58 / 47:58 Williams: I'm a rayon

8    40:59 / 47:58 Rubin: Yes.

9    41:00 / 47:58 Williams: He may silk.

10    41:01 / 47:58 Rubin: Yes.  Sometimes you want rayon

11    41:06 / 47:58 Williams: Yeah.

12    41:08 / 47:58 Rubin: Depends what depends on the use

13    41:09 / 47:58 Williams: Yeah.

14    41:10 / 47:58 Rubin: There's there's a reason rayon exists.

15    41:12 / 47:58 Williams: 100%.

16    41:14 / 47:58 Rubin: What's the most fun or exciting moment for you in the

17 process?

18    41:19 / 47:58 Williams: When you make something and you're like, yeah, I

19 gotta play this again, you know? Only a couple times in my career I made something

20 like that where me and my wife would just play it over and over and over going to

21 ride and we'll look up and we've been driving for like 45 minutes to an hour.  A

22 couple times.

23    41:47 / 47:58 Rubin: It's a great feeling.

24    41:48 / 47:58 Williams: Oh my goodness.

25    41:50 / 47:58 Rubin: Yeah.  I love the moment when, we're working in the

26 studio, patiently you know waiting for something to happen, and something goes

27 from not so interesting to really interesting and not much changed, and it's like what

28 just like what happened? what just happened? and it's a little scary that feeling of

–21–

1 like, nobody move.  It's very exciting and it's so it's so out of our control you

2 know? Can't make that happen.

3      42:26 / 47:58 Williams: No.

4      42:27 / 47:58 Rubin: It's just patience.

5      42:29 / 47:58 Williams: No I don't think we make we don't make much

6 happen when it comes to creativity we're just we're just antennas and transistors

7      42:38 / 47:58 Rubin: Yes.

8      42:39 / 47:58 Williams: We're speakers you know we're just lucky to get the

9 transmission

10      42:44 / 47:58 Rubin: Yeah.  When did your interest in fashion begin?

11      42:57 / 47:58 Williams: Oh ever since I realized I didn't have it.  When I was

12 young and while other friends would come to class with like Jordans, and all these

13 other the things I would always say,  man, if I get those and I would like see those in

14 green, you know.  And so when given an opportunity I just started like doing it, just

15 because I was so appreciative to be able to do it.

16      43:34 / 47:58 Rubin: Do you see it as the same as making music?

17      43:38 / 47:58 Williams: Making?

18      43:39 / 47:58 Rubin: Yeah.

19      43:40 / 47:58 Williams: Yeah.  Yeah.

20      43:45 / 47:58 Rubin: It's the same -

21      43:46 / 47:58 Williams: You're using the same muscles.

22      43:48 / 47:58 Rubin: It's the same process.

23      43:50 / 47:58 Williams: Yeah definitely using the same muscles.

24      43:52 / 47:58 Rubin: Anything else you'd be interested in applying those

25 muscles to that you haven't yet?

26      43:58 / 47:58 Williams: Well first of all like the one thing that's definitely on

27 my mind before I leave is that we have to do something together.  You don't need

28

1   me.  I definitely need you.  I'm not sure for what yet.  I don't know what you're

2   working on but I mean I'm so down you're like.

3          44:24 / 47:58 Rubin: We'll find something important to do together.

4          44:27 / 47:58 Williams: I would be so honored.

5          44:30 / 47:58 Rubin: You talked about you and Chad starting together making

6   music how would you say the process of making music has changed from before

7   doing anything starting as a kid being a fan making music till now.  What's

8   changed?

9          44:49 / 47:58 Williams: I guess being a family man, you know.  More than

10  more of a family man than I ever was.  I always said that I was gonna have like four

11  kids.  I didn't know I was really gonna have four kids.  I always said it.

12         45:06 / 47:58 Rubin: Yeah.

13         45:07 / 47:58 Williams: And we went from one to four.

14         45:09 / 47:58 Rubin: Incredible.

15         45:11 / 47:58 Williams: That's the only difference.  I love music.  Music is

16  like - music is the is the key that's open, you know, it's the skeleton key that's

17  opened every door for me, including this one right here.  Who knew on the other

18  side of chord structures that would make me emotional as a child would lead to this

19  moment right here.  I go on the other side of listening to you know, Q-tip sampling

20  Roy Ayers music productions Daylight to make Benita alpha bum on the other side

21  of my infatuation with that song and listening to it over and over again on repeat on

22  the other side of that, of those chords was the distance to this moment.  Nothing's

23  changed.

24         46:09 / 47:58 Rubin: All built on music.

25         45:11 / 47:58 Williams: Hundred percent.

26         46:12 / 47:58 Rubin: The mountain of song.

27         46:14 / 47:58 Williams: It's crazy.

28

---

–23–

EXHIBIT 7 – TRANSCRIPT OF *PHARRELL AND RICK RUBIN HAVE AN EPIC CONVERSATION*

1    46:15 / 47:58 Rubin: Yeah.  Yeah, we're very lucky that this that we get to

2    play in this world so much

3    46:24 / 47:58 Williams: Yeah, I mean I want this for everybody.  I want

4    everybody to wake up every day, going how did that how did this happen?  I love

5    doing this, I feel like I get paid for free.  So I'm doing what I love to do.  I want that

6    for everybody.  This is, this place is amazing.  This interview was, you know,

7    awesome, just so grateful, so grateful for this opportunity to be able to sit with you,

8    and that's, look, to me that's how awesome the universe is.  You know what I'm

9    saying?

10   47:04 / 47:58 Rubin: Absolutely.  We are blessed.

11   47:07 / 47:58 Williams: I got a chance to sit and talk to you, the uni, like the

12   universe works it out that way.  But you're doing one thing okay and you're also

13   gonna sit down and have this conversation.

14   47:20 / 47:58 Rubin: Thank you for making the long journey out here.

15   They're trying to silence the voices of hip-hop (laughter).

16   47:43 / 47:58 Williams: They're at it again.

17   47:48 / 47:58 Rubin: Thank you so much.

18   47:48 / 47:58 Williams: I love you.

19   47:51 / 47:58 Rubin: See you soon.

20   47:52 / 47:58 Williams: Yes sir.

21

22

23

24

25

26

27

28

–24–

EXHIBIT 7 – TRANSCRIPT OF *PHARRELL AND RICK RUBIN HAVE AN EPIC CONVERSATION*

# EXHIBIT 8



Exhibit 8, Page 83

# EXHIBIT 9





OCTOBER 14, 2019

# PHARRELL WILLIAMS' SOMETHING IN

Exhibit 9, Page 84

# THE WATER RETURNS FOR YEAR TWO WITH AN EXPANDED ART, CULTURE AND MUSIC FESTIVAL CELEBRATING VIRGINIA BEACH



Case 2:15-cv-06004-JAK-AGR   Document 588   Filed 01/31/20   Page 96 of 119   Page ID
#:16987



# MONDAY, APRIL 20 – SUNDAY, APRIL 26, 2020 IN VIRGINIA BEACH, VA

Today visionary recording artist, producer, songwriter, philanthropist, fashion designer, and entrepreneur, **Pharrell Williams** announced the second year of his acclaimed **SOMETHING IN THE WATER**, a multi-day

1/22/2020 Pharrell Williams' Something In The Water Returns For Year Two With An Expanded Art, Culture and Music Festival Celebrating Virginia Beach - Liv…

Case 2:18-cv-06004-JAK-AGR Document 588 Filed 01/31/20 Page 97 of 119 Page ID #:16988

music festival and cultural experience on the beach in his hometown of Virginia Beach.

Building on the success of 2019's inaugural SOMETHING IN THE WATER, 2020 will feature expanded programing across an entire week.  In addition to the incredible group of music artists that will be on the beach **Friday, April 24th through Sunday, April 26th**, Pharrell will expand upon the week by once again bringing the best of what he's seen around the world back to Virginia Beach, including the brightest minds from the culinary world, technology, environmental sustainability, health & wellness, media and more, from **Monday, April 20th, through Thursday, April 23rd.**

Exhibit 9, Page 87

Full line up and details to be announced soon.  SOMETHING IN THE WATER is produced by Live Nation and Redrock Entertainment Services.

A special "Locals Only" presale for April 24-26 tickets for Virginia residents (restricted to VA zip codes) runs Saturday, October 19th from 12 PM EST through 5 PM EST. Tickets can be purchased in-person at the Veterans United Home Loans Amphitheater at Virginia Beach box office, or online at somethinginthewater.com, while supplies last. Fees are waived for the in-person purchase, and standard online service fees will apply for online purchases.

SOMETHING IN THE WATER 2019 purchasers will also have access to a Loyalty presale

1/22/2020 Pharrell Williams Something In The Water Returns For Year Two With An Expanded Art, Culture & Music Festival In Celebrating Virginia Beach - Liv…

Case 2:15-cv-06004-JAK-AGR Document 588 Filed 01/31/20 Page 99 of 119 Page ID #:16990

online for the April 24-26 tickets on Saturday, October 19th from 12 PM EST through 5 PM EST at somethinginthewater.com, and should look for an email from SOMETHING IN THE WATER with instructions.

For more information please visit: somethinginthewater.com

## About SOMETHING IN THE WATER

In 2019, Pharrell launched the first ever SOMETHING IN THE WATER, a multi-day music festival and cultural experience on the beach in his hometown of Virginia Beach.

The festival's mission was to unite the community and celebrate the diversity and magic of Virginia Beach.  It was an

1/22/2020          Pharrell Williams' Something In The Water Returns For Year Two With An Expanded Art, Culture And Music Festival Covering Virginia Beach - Liv…

Case 2:13-cv-06004-JAK-AGR   Document 588   Filed 01/31/20   Page 100 of 119   Page ID #:16991

opportunity to bring the best of what Pharrell has encountered around the world back to his hometown. The weekend celebrated opportunity and the chance to empower everyone from the youth to the small business owners.

In April some of the world's biggest musicians, personalities, scholars, students, artists, activists and athletes converged on Virginia Beach to activate and amplify, collaborate and co-author, shift and shape the future.

## About Live Nation Entertainment

Live Nation Entertainment (NYSE: LYV) is the world's leading live entertainment company comprised of global market leaders:

1/22/2020 Pharrell Williams' Something in the Water Returns For Year Two with An Expanded Art, Culture, And Music Festival of 5-Inviting Virginia Beach - Liv…

Case 2:13-cv-06004-JAK-AGR Document 588 Filed 01/31/20 Page 101 of 119 Page ID #:16992

Ticketmaster, Live Nation Concerts, and Live Nation Sponsorship. For additional information, please visit www.livenationentertainment.com.

Media Contacts:

Amanda Silverman

Amanda.Silverman@ledecompany.com

Cara Hutchison

Cara.Hutchison@ledecompany.com

Live Nation Contacts:

Emily Bender

1/22/2020 Pharrell Williams' Something in the Water Returns For Year Two with an Expanded Art, Culture And Music Festival Coverage of Existing Virginia Beach - Liv…

Case 2:13-cv-06004-JAK-AGR Document 588 Filed 01/31/20 Page 102 of 119 Page ID #:16993

EmilyBender@livenation.com

Monique Sowinski

MoniqueSowinski@livenation.com

---

# READ MORE ABOUT

CONCERTS

**About**

Biz at LN

Empowered by Live Nation

Leadership

**Careers**

Life at Live Nation

Work at Live Nation

**Resources**

Case 2:13-cv-06004-JAK-AGR   Document 588   Filed 01/31/20   Page 103 of 119   Page ID
#:16994

News

Investors

Leadership

Contact

**Apps**




TERMS OF USE / PRIVACY POLICY / 

© 2020 LIVE NATION WORLDWIDE, INC. ALL RIGHTS RES
PAGE, YOU AGREE TO OUR TER

Exhibit 9, Page 93

# EXHIBIT 10

1/31/2020    Alicia Keys Honors Pharrell Williams' 'Letter to My Godfather' at Hollywood Film Awards 2019 | Hollywood Film Awards, Alicia Keys,...

Case 2:13-cv-06004-JAK-AGR   Document 588   Filed 01/31/20   Page 105 of 119   Page ID #:16996



   

JJ Jr.    RSS    Twitter    Facebook    Instagram

MAIN    ABOUT US    EXCLUSIVE    CONTACT    SEND TIPS     [Search_____] **Search**



**'The Crown' to End With Season 5, Imelda Staunton to Play Queen Elizabeth!**



**Kaia Gerber Shares Cryptic Photo Reading Pregnancy Book: 'Read Into This'**



**Kobe & Vanessa Bryant's Helicopter Agreement Was 'Not Fear-Based'**



**Jason Momoa Is Getting Steamy & Shirtless in a Bath!**

 We care about your smile. **Let Us Help You!** 

◀ Older      Newer ▶

MON, 04 NOVEMBER 2019 AT 12:12 AM     Tweet    Like    Share 12

## Alicia Keys Honors Pharrell Williams' 'Letter to My Godfather' at Hollywood Film Awards 2019



**Alicia Keys** honors **Pharrell Williams'** contribution to Netflix's *The Black Godfather*!

The 38-year-old "Girl on Fire" singer presented the "1000" singer with Hollywood Song Award for **"Letter to My Godfather"** at the **2019 Hollywood Film Awards** held at The Beverly Hilton Hotel on Sunday (November 3) in Beverly Hills, Calif.

**Alicia** looked stunning in a backless black dress, and **Pharrell** looked stylish in a painted "Human Made" jacket and Mickey Mouse t-shirt.

**Alicia** began her tribute to **Pharrell** by recognizing all of the love in the room, before **Pharrell** delivered a powerful speech focusing on the unparalleled contributions made by *The Black Godfather* subject, **Clarence Avant**. He said that he has opened doors when others would glue them shut and has consistently demanded equality throughout his career.

"Baby hairs poppin' 💅🏽💅🏽💅🏽💅🏽," **Alicia** shared on Instagram, adding, "Feeling grrrand!"

**READ MORE:** Pharrell Williams Covers the New Masculinity Issue for 'GQ,' Talks Gender-Fluid Fashion

FYI: **Alicia** is wearing *Stella McCartney*.

30+ pictures inside of **Alicia Keys** and **Pharrell Williams** at the event..



 **JustJared** Jr.

 **'Timmy Failure: Mistakes Were Made' Cast Steps Out For...**
Timmy Failure: Mistakes Were Made is getting ready to hit Disney+! The entire cast of the upcoming...

 **Harry Styles Sings 'Juice' with Lizzo at Her Miami Concert...**
Harry Styles was the surprise guest at Lizzo's special concert in Miami on Thursday night...

 **Lucy Hale Reveals How Her Perspective on Dating Has Changed**
Lucy Hale isn't afraid of being single anymore! The 30-year-old actress recently opened up...

**Read more on Just Jared Jr! »**

TRENDING

www.justjared.com/2019/11/04/alicia-keys-honors-pharrell-williams-letter-to-my-godfather-hollywood-film-awards-2019/     1/5

Exhibit 10, Page 94

Case 2:13-cv-06004-JAK-AGR   Document 588   Filed 01/31/20   Page 106 of 119   Page ID #:16997








**Louis Tomlinson: 'Walls' Album Stream &**

**Chris Rock & Sylvester Stallone Star in Facebook's**




**MD: If You Have Dark Spots, Do This Immediately**
Ad by Gundry MD

**Los Angeles Pays Homeowners To Install Solar. See If**
Ad by Comparisons.org



**Shania Twain Says Ending Up With Husband Frederic**

**Zendaya Joins Jacob Elordi at AAA Arts Awards**

Just Jared on Facebook   Like 402K

Follow @justjared   750K followers


























JUST JARED ARCHIVES

Jan ▼   31 ▼   2020 ▼        Go

Exhibit 10, Page 95








Photos: Getty
Posted to: 2019 Hollywood Film Awards, Alicia Keys,
Pharrell Williams

## Around the Web

Ads by Revcontent



**60 Greatest Western Actors of All Time**

Trend Chaser

**Puzzling Celebrity Deaths That Still Remain a Mystery Today**

Upbeat News



**The 25 Most Powerful Avengers Ever, Officially Ranked**

Upbeat News

**28 Movie Bloopers That Were Too Good To Cut**

Upbeat News

**Load More**

## Popular in the Community



AdChoices          Sponsored

1/31/2020   Alicia Keys Honors Pharrell Williams' Letter to My Godfather at Hollywood Film Awards 2019 | Hollywood Film Awards, Alicia Keys,...

Case 2:13-cv-06004-JAK-AGR   Document 583   Filed 01/31/20   Page 108 of 119   Page ID #:16999

JJ LINKS AROUND THE WEB

Getty Images

- **Find out how Amazon's Jeff Bezos** made $13 billion in a matter of minutes - TMZ

- **Shay Mitchell** & daughter **Atlas** star in the new *Beis* campaign - Just Jared Jr

- PETA wants the *Groundhog's Day* groundhog replaced with an A.I. robot - TooFab

- **Gaten Matarazzo** undergoes fourth surgery for rare bone disorder - Just Jared Jr





**184**

Comments posted on Just

Comment



H&R BLOCK    Learn more

AdChoices ▷      Sponsored

# Conversation   0 Posts

🔔   Log In

Be the first to comment...

Terms | Privacy | Feedback      Add Spot.IM to your site



**TMZ**
1. Mase Claims Diddy's a Hypocrite, Gripes Over Original $20k...
2. Lil Wayne Honors Kobe Bryant on New Album, 24 Seconds of...
3. Shots Fired at Trump's Mar-a-Lago During Car Chase

**toofab.com**
1. David Beador Engaged Less Than a Year After Divorcing...
2. Gwyneth Paltrow's Goop Lab Slammed by U.K.'s Top Medical...
3. You Can Fly From Hong Kong to New York for Just $193 (if...

**celebitchy** escapism can be smart
1. "Kaia Gerber wants us to read a book, or maybe it's...
2. Duchess Kate is 'in a panic, and has been having bouts of...
3. Duchess Meghan 'is actively looking for...

www.justjared.com/2019/11/04/alicia-keys-honors-pharrell-williams-letter-to-my-godfathet-hollywood-film-awards-2019/      4/5

Exhibit 10, Page 97

1/31/2020 Alicia Keys Honors Pharrell Williams' 'Letter to My Godfather' at Hollywood Film Awards 2019 | 2019 Hollywood Film Awards, Alicia Keys,…

Case 2:13-cv-06004-JAK-AGR   Document 588   Filed 01/31/20   Page 109 of 119   Page ID #:17000



Exhibit 10, Page 98

# EXHIBIT 11

1/22/2020    Watch Pharrell Perform Letter to My Godfather on Colbert | Pitchfork
Case 2:13-cv-06004-JAK-AGR    Document 588    Filed 01/31/20    Page 111 of 119    Page ID
#:17002

**NEWS**

by **Matthew Ismael Ruiz**
Associate Staff Writer, News

/ **POP/R&B**

DECEMBER 5 2019





# Watch Pharrell Perform "Letter to My Godfather" on *Colbert*

From the soundtrack to the Netflix film *The Black Godfather*



*Pharrell photo via Kris Long/CBS ©2019 CBS Broadcasting Inc.*

Pharrell was the musical guest on *The Late Show with Stephen Colbert* last night. Backed by a choir of tracksuit-wearing singers, he delivered a performance of "Letter to My Godfather," a song that appeared on the soundtrack for the Netflix film *The Black Godfather*, released in June. The film follows the life of "the godfather of black music," Clarence Avant. Check that out below.

Pharrell recently appeared on "Everlasting Nothing," a new song with Beck. Next April, he'll be hosting the second annual Something in the Water festival. The lineup has not been announced, but Something in the Water 2019 featured sets by Travis Scott, Mac DeMarco, DRAM, and more. In a recent interview, he officially denounced his duet with Robin Thicke, "Blurred Lines."

Read Pitchfork's 2014 "Update" feature on Pharrell.

Pharrell Williams: "Letter To My Godfather"

Exhibit 11, Page 100





ARTISTS IN THIS STORY

Pharrell

TAGS IN THIS STORY

TV, Video

Exhibit 11, Page 101

RELATED

Oscars 2020: Beyoncé, Thom Yorke, Randy Newman Make Best Original Song Nominees Shortlist /
DECEMBER 16 2019

Pharrell Reveals Something in the Water Festival 2020 Lineup: Tyler, Foo Fighters, Post Malone, More /
DECEMBER 12 2019

Watch the Weeknd Perform "Blinding Lights" on *Colbert* / DECEMBER 7 2019

**NEWS**

by **Evan Minsker**
News Editor

/ **ROCK**

DECEMBER 5 2019



# Shopping Announce New Album *All or Nothing*, Share New Song: Listen

Check out "Initiative" from the band's new one

Exhibit 11, Page 102



The UK post-punk trio Shopping are back with a new album. The follow-up to their 2018 album *The Official Body* is called *All or Nothing*. It's out February 7 via FatCat. "We found ourselves singing about being true to yourself, in an often binary and belligerent digital age, and reclaiming agency when it feels like our personal freedom and privacy is constantly eroding," the band said of their new album in a statement. Check out the Jack Barraclough-directed video for their new song "Initiative" below.

In addition to the record, Shopping have also announced North American tour dates for 2020, beginning with a show at Mississippi Studios in Portland, Oregon on March 5. Find their full itinerary below as well.

*The Official Body* was named one of Pitchfork's "Best Rock Albums of 2018.

Shopping - Initiative

Exhibit 11, Page 103

Shopping:

02-07 London, England - Rough Trade East

02-09 Bristol, England - Rough Trade Bristol

02-10 Nottingham, England - Rough Trade Nottingham

03-05 Portland, OR - Mississippi Studios ^

03-06 Seattle, WA - Sunset Tavern ^

03-07 Vancouver, British Columbia - The Biltmore ^

03-09 Reno, NV - Holland Project ^

03-10 San Francisco, CA - Rickshaw Stop ^

03-11 Los Angeles, CA - 1720 ^

03-12 San Diego, CA - UCSD ^

03-14 Tucson, AZ - Club Congress ^

03-16-21 Austin, TX - SWSW ^

03-23 Tallahassee, FL - The Bark ^

03-24 Atlanta, GA - The Masquerade ^

03-25 Durham, NC - The Pinhook ^

03-26 Washington, D.C. - DC9 ^

03-27 Philadelphia, PA - Boot & Saddle ^

03-28 Brooklyn, NY - Elsewhere ^

Exhibit 11, Page 104

03-29 Portsmouth, NH - The Press Room

03-31 Toronto, Ontario - The Monarch ^

04-02 Detroit, MI - Deluxx Fluxx ^

04-03 Fort Wayne, IN - The Brass Rail ^

04-04 Chicago, IL - Subterranean ^

04-05 Minneapolis, MN - 7th Street Entry ^

04-07 St. Louis, MO - Sinkhole ^

04-08 Lawrence, KS - White Schoolhouse ^

04-09 Denver, CO - Hi Dive ^

04-10 Salt Lake City, UT - Kilby Court ^

05-05 London, England - The Lexington

05-06 Paris, France - Supersonic

05-08 Utrecht, the Netherlands - ACU

05-09 Hamburg, Germany - Molotow (Skybar)

05-10 Copenhagen, Denmark - VEGA Ideal Bar

05-11 Berlin, Germany - Urban Spree

05-14 Vienna, Austria - Fluc Cafe

05-15 Prague, Czech Republic Meetfactory

05-16 Munich, Germany - Milla

05-17 Bern, Switzerland - Reitschule/Rössli

05-19 Winterhur, Switzerland - Albani

05-21 Luxembourg, Luxembourg - De Gudden Wellen

05-23 Offenbach, Germany - Hafen 2


^ w/ Automatic

Exhibit 11, Page 105



WATCH
The One Song Sheer Mag Wish They Wrote

ARTISTS IN THIS STORY

Shopping

TAGS IN THIS STORY

New Releases

RELATED

Shopping Announce Tour  /  AUGUST 8 2018

5 Albums Out Today You Should Listen to Now: Shopping, Tune-Yards, Porches, More  /  JANUARY 19 2018

Shopping Announce New Album, Share New Song "The Hype": Listen  /  OCTOBER 25 2017

Exhibit 11, Page 106

"