| | |
|---|---|
| Richard S. Busch (TN BPR 14594) (*pro hac vice*)<br>rbusch@kingballow.com<br>KING & BALLOW<br>315 Union Street, Suite 1100<br>Nashville, TN 37201<br>(615) 259-3456, Fax: (615) 726-5417<br>*Attorneys for Frankie Christian Gaye and Nona Marvisa Gaye* | Martin R. Glick (SBN 40187)<br>marty@skaggsfaucette.com<br>SKAGGS FAUCETTE LLP<br>4 Embarcadero Center<br>Suite 1400 PMB #72<br>San Francisco, CA 94111<br>(415) 215-5224<br>*Attorneys for Frankie Christian Gaye and Nona Marvisa Gaye* |
| Paul N. Philips (SBN 187928)<br>pnp@pnplegal.com<br>LAW OFFICES OF PAUL N. PHILIPS, APLC<br>468 N. Camden Drive, Ste. 200<br>Beverly Hills, CA 90210<br>(323) 813-1126, Fax: (310)854-6902<br>*Attorneys for Marvin Gaye III* | Daniel B. Asimow (SBN 165661)<br>Daniel.Asimow@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>(415) 471-3100, Fax: (415) 471-3400<br>*Attorneys for Frankie Christian Gaye and Nona Marvisa Gaye* |
| Daniel C. Posner (SBN 232009)<br>danposner@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street<br>Los Angeles, CA 90017<br>(213) 443-3000<br>*Attorneys for Pharrell Williams and More Water from Nazareth Publishing, Inc.* | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHARRELL WILLIAMS, an individual; ROBIN THICKE, an individual; and CLIFFORD HARRIS, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGEPORT MUSIC, INC., a Michigan corporation; FRANKIE CHRISTIAN GAYE, an individual; MARVIN GAYE III, an individual; NONA MARVISA GAYE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV13-06004-JAK (AGRx)<br><br>Action Commenced: August 15, 2013<br><br>**JOINT REQUEST FOR DECISION IN ACCORDANCE WITH LOCAL RULE 83-9.2**<br><br>Honorable Judge John A. Kronstadt<br>Courtroom 10B |

Pursuant to Local Rule 83-9.2, undersigned counsel respectfully advise the Court that Defendants' Motion for Relief from Amended Judgment ("Motion," ECF No. 577) has been under submission for more than 120 days and request that the Court issue a decision within 30 days or advise the parties in writing of the date by which the decision shall be made.

The specific dates at issue are as follows. On December 9, 2019, Defendants Frankie Christian Gaye, Marvin Gaye III, and Nona Marvisa Gaye ("Defendants") filed the Motion (ECF No. 577). Plaintiff and Counter-Defendant Pharrell Williams and Counter-Defendant More Water from Nazareth Publishing, Inc. filed their opposition to the Motion on January 31, 2020 (ECF No. 585). Defendants filed their reply in support of the Motion on March 3, 2020 (ECF No. 591).

The Motion was originally set for hearing on April 27, 2020, but was taken off calendar and deemed submitted on March 24, 2020 as part of the Court's March 23, 2020 Continuity of Operations Plan in response to the COVID-19 pandemic (ECF No. 592).

As a result, the Motion has now been under submission for more than 120 days.

Dated: February 2, 2021

Respectfully submitted,

**KING & BALLOW**

By:  /s/ *Richard S. Busch*
　　　RICHARD S. BUSCH

**SKAGGS FAUCETTE LLP**

By:  /s/ *Martin R. Glick*
　　　MARTIN R. GLICK

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:  /s/ *Daniel B. Asimow*
　　　DANIEL B. ASIMOW

*Attorneys for Frankie Christian Gaye and Nona Marvisa Gaye*

**THE LAW OFFICES OF PAUL N. PHILIPS, APLC**

By:  /s/ *Paul N. Philips*
     PAUL N. PHILIPS

*Attorneys for Marvin Gaye III*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:  /s/ *Daniel C. Posner*
     DANIEL C. POSNER

*Attorneys for Pharrell Williams and More Water From Nazareth Publishing, Inc.*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(2)(i), I, Richard S. Busch, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 2, 2021

/s/ *Richard S. Busch*
RICHARD S. BUSCH