

Case: 2:13cv06004   Doc: 596

Matthew Tyler Hale
Kristensen Weisberg LLP
12304 Santa Monica Blvd Suite 100
Los Angeles, CA 90025